UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| MAINE PEOPLES ALLIANCE and<br>NATURAL RESOURCES DEFENSE COUNCIL, INC.,<br><br>    Plaintiffs<br><br>v.<br><br>HOLTRACHEM MANUFACTURING COMPANY, LLC, and MALLINCKRODT, INC.,<br><br>    Defendants | Civil No. 00-69-B-C |

Gene Carter, Senior U.S. District Judge

**ORDER REQUIRING STUDY PANEL TO REVISE PHASE II STUDY PLAN**

On March 10, 2008 the Study Panel filed with the Court its Proposed Phase II Study Plan. (Docket No. 391.) The parties have filed their comments and objections. (Docket Item Nos. 392 and 393.) In approving the Phase I Report the Court ordered, inter alia, "the Study Panel arrange forthwith to conference with the parties, by a mutually acceptable modality of communication, to discuss the conduct of Phase II of the Study." (Docket No. 390.) The Study Panel has been working to schedule a conference call with the parties to discuss their comments and objections to the Phase II Study Plan.

In order to assure that the overall Study is not delayed and the spring 2008 field work commences as proposed, the Court hereby **ORDERS** that the Study Panel continue revise the Phase II Study Plan based on the comments and objections of the parties. No

field work shall commence, however, until the Phase II Study Plan is approved by the Court.

/s/Gene Carter\
Senior United States District Judge

Dated at Portland, Maine this 18th day of April, 2008.