October 13, 2009

# Report Number XXII
# of the Study Panel Investigating the Mercury Contamination of the
# Penobscot River/Estuary

by

The Penobscot River Mercury Study Panel

*October 23, 2009.*

*Seen & approved.*

*Jn̄o. D. Woodcock Jr*

*U.S.D.J.*

The following is the twenty second in a series of reports submitted to the court by the Study Panel investigating the mercury contamination of the Penobscot River/Estuary. These quarterly reports are intended to provide a summary of the progress of the study during the past quarter as well as conclusions and opinions to date. Also included are anticipated activities for the coming quarter (October 1 – Dec. 31, 2009).

A. **Activities during the second quarter of 2009**

1. Two proposals arising from the remediation workshop that was held in the previous quarter were approved by the court, and contracts are now in place to carry out this work. One contract, with Reed Harris Environmental Ltd. is to conduct a feasibility study for the development of a mechanistic mercury model for the Penobscot River and upper Estuary. So far work is progressing well on the feasibility job. There appear to be no road blocks for the development of the computer software, which would run the model. Much of the mercury data that we have already collected would be used to calibrate the model. Some additional data would also be needed. Two contractors have been identified who would collect these additional physical and chemical data. Discussions with modelers and hydrodynamic and particle flux experts are telling us that the model is needed and that if developed would be useful as envisioned in the proposal. A report from Mr. Harris detailing his recommendation about whether or not to go forward with the model development is expected later this month.
The second contract is to improve our understanding of food webs in wetlands - particularly in Mendall Marsh. These data will tell us the pathway of MeHg transport up the food chain to birds, which are heavily contaminated with mercury. This level of understanding is necessary for the possible development of remediation measures. Sampling for this study is now completed and samples are awaiting analyses.

   A third proposal was also approved to for the collection and analyses of mercury concentrations and some biota in three reference estuaries.

2. Field sampling for all other aspects of the study is almost completed for this field season[1]. Sample analyses are well under way and data analyses continue. Dr. Bodaly encountered no major difficulties carrying out the field program this past summer.

3. We have decided to propose to the court to hold a team meeting early in April of 2010 to discuss these data and make plans for the 2010 field season.

B. **Anticipated activities for the fourth quarter of 2009**

- Assuming that we proceed with full development of the mercury model, a proposal would be submitted to the court for development of this model. This proposal would also contain a request for funds to collect the additional needed data for the model calibration.

- The remainder of the field sampling will be completed:
  1. Surface runoff sampling at the HoltraChem site will be continued until freeze-up.
  2. Field sampling of sediments and mussels in 3 reference estuaries will be completed.
  3. Field sampling of biota (fish, shellfish) will be completed.
  4. Field sampling for the aquatic food chain study will be completed.

- Analyses of field samples and data will continue in preparation for the spring team meeting.

---

[1] 1. One round of water sampling for mercury and water quality in support of the mass balance modeling being done by Tetra Tech (Normandeau), This activity is probably complete for the year (with one more round to be done next year, to catch low flows, which did not occur this year due to higher than average rainfall.) 2. Completion of seasonal sampling of mercury and methyl mercury in 6 wetlands with final sampling done in late August (Normandeau). 3. Two field trips by Dr. Cindy Gilmour and staff from the Smithsonian, taking samples of sediments to examine factors influencing mercury methylation in sediments and wetlands. Field work completed for this year. 4. BRI has completed the sampling of cormorant eggs for mercury. 5. BRI has completed the sampling of songbirds and shorebirds for mercury. 6. Field work for the wetland food chain work has been completed by BRI, with all samples of invertebrates taken. They are being identified before being sent to the labs for mercury and stable isotope analyses. 7. Samples from the surface streams on the HoltraChem site were monitored all quarter. This activity will be completed when the sampling equipment freezes, probably in November. This work was conducted by Drs. Turner and Kopec. 8. Samples were taken from the Marsh and Orland rivers as part of Phase I of the work to estimate fluxes from these tributaries of the Penobscot. Also, work was done using two Acoustic Doppler flow estimating systems by Drs. Turner and Mitchell to prepare for Phase II of this work next year. 9. Aquatic biota (mussels, lobsters, fish) are being sampled now. This work is mostly complete and will be finalized in October. This sampling is being carried out by Normandeau. 10. Samples for the aquatic food web study are being sampled now, in conjunction with aquatic biota sampling. This is also being done by Normandeau. 11. A second field trip by personnel from University of Southern Mississippi and University of New Orleans (with boat and staff support from Normandeau) was completed this quarter. All sediment cores have been successfully collected and are being processed in various laboratories. 12. A series of samples were taken in Mendall Marsh to determine the production of methyl mercury during spring tides that flood the extensive upper areas of the marsh. 13. Dr. Matt Charette from Woods Hole conducted sampling at the HoltraChem site using seepage meters and radon analysis to determine the rates of groundwater seepage from the HoltraChem. Dr. Turner took samples of these seeps for mercury analysis to be able to estimate the flux of Hg from groundwater seeps into the river.