# A Mass Balance Mercury Cycling and Bioaccumulation Model for the Penobscot River and Estuary: Assessment of Need and Feasibility

Submitted by Reed Harris Environmental Ltd.

November 6, 2009

# 1 Background

The purpose of this document is to report on the findings of a study that examined the feasibility and potential usefulness of a comprehensive mercury model for the Penobscot River Mercury Study. The model would be used to predict rates of natural attenuation of mercury levels in the lower Penobscot River and portions of the Penobscot Estuary, and the relative merits of potential remediation measures.

A preliminary study (Environ 2009a) was commissioned in January 2009 to apply simplified modeling tools based on water column salinity gradients to estimate net flows and particle transport in the study area. Due to the complexity of hydrodynamics in the Penobscot River and Estuary, particularly the prevalence of vertically stratified waters, the simple analysis was ultimately not feasible. During a project review meeting in July 2009, an external review panel strongly recommended the use of a mass balance mercury model for the Penobscot River. A second study was commissioned in September 2009 (Environ 2009b) for Reed Harris Environmental Ltd. to evaluate the feasibility and potential benefits of a more sophisticated mercury model. This document reports on the findings of the second study.

# 2 Objectives

Study objectives included the following:

- Identify key questions for the Penobscot Mercury Study that would benefit from the use of a mercury cycling model;
- If there is a clear anticipated benefit to modeling, identify available models, preferred models, and further model development needed, if any. Use existing models where possible.
- Identify the types of data needed to support modeling;
- Identify a small group of experts to participate in the study;
- Provide an approximate cost estimate, to be refined in a subsequent proposal.

# 3 Assessment of Need

Two overall goals of Phase II of the Penobscot River Mercury Study are (1) to estimate the time required for natural attenuation to reduce mercury concentrations in sediments, birds, shellfish, and finfish to acceptable levels, and (2) to assess the relative merits of possible active remediation measures designed to accelerate the recovery of the Penobscot ecosystem. To address both of these goals, it is necessary to understand various physical,

chemical and biological factors currently controlling methylmercury (MeHg) levels in biota, and how these factors would be affected if remediation measures were implemented. Primary sources and transport of MeHg that end up in biota in different parts of the ecosystem need to be identified and quantified, as well as the primary sources and transport of inorganic mercury supporting these MeHg pools. Without this information, it will be difficult to make informed decisions regarding the specific pathways of mercury transport that need to be altered to reduce MeHg levels in biota. It will also be difficult to examine the relative merit of various active remediation approaches that may be applied to the Penobscot.

The Penobscot Mercury Study has extensively characterized mercury contamination in the study area, but has not yet assembled mercury fluxes or mass balances for inorganic Hg or MeHg needed to address the above issues. It is clear however that flows, particle transport and associated mercury fluxes (inorganic and MeHg) are important and need to be estimated to address key project questions. For example, one hypothesis is that Mendall Marsh is an important source of MeHg to birds and to the main stem of the river and estuary. If so, flows and mixing between the marsh and river need to be estimated, not just to estimate export of MeHg to the river, but also to determine the importance of the delivery of inorganic Hg from the river back into sites of methylation in the Marsh.

Due to hydrodynamic complexity of the lower Penobscot River and Estuary, it is not possible to use field data to reliably estimate mercury fluxes associated with flow and particles for a range of conditions needed to address key project questions. Mercury transport in the Penobscot River and Estuary is highly dynamic and often dominated by high flow events. While detailed hydrodynamic field measurements can characterize flows and particle transport during a given period (e.g. one or two summer field seasons), there are high flow events during each annual spring freshet when direct measurements are not possible because of ice conditions and the high flows. Furthermore what will happen to natural attenuation rates or the effectiveness of remedial actions when there is a large storm event in the future, which has not been captured during field studies? The project needs to be able address the impact of these high flow events, during which time most of the mercury transport is known to occur.

Overall, it is not clear how key project goals will be addressed without estimates of flows, particle transport and associated mercury fluxes under current conditions and for future scenarios, including high flow events. **Modeling offers a useful tool to help quantify flows, particle transport and associated mercury fluxes under typical conditions and extreme high/low flow events, needed to assess remedial options for the Penobscot River and Estuary.** While simple approaches, such as those attempted initially, are preferred in principle it is concluded that a more comprehensive mass balance model is needed for the Penobscot ecosystem.

## 4   Model Feasibility

The following components are considered necessary to develop a framework for modeling mercury bioaccumulation in the lower Penobscot River and Estuary.  The term "framework" is used because it is possible that no single model satisfies the requirements below, and a set of interacting models would need to be assembled:

- Represents cycling of inorganic Hg(II), MeHg and elemental Hg;
- Simulates hydrodynamics and particle transport;
- Compartments to be simulated include a vertically stratified water column, sediments, wetland soils, and simplified aquatic food web;
- The model must predict MeHg concentrations in birds or alternatively threshold concentrations of concern in the diet of birds;
- Simulates the river downstream of Veazie Dam, the estuary to mid Islesboro Island, and adjoining marshes;
- The model must predict inorganic mercury concentrations in sediments and wetland soils, because the study has already found a strong positive relationship between inorganic mercury concentrations in sediments and wetlands and MeHg concentrations.
- Time dependent simulations;
- Capable of two dimensional and three dimensional simulations;
- Simulates effects of water level fluctuations and wet/dry cycles on Hg cycling in the river, marshes and estuary; and
- Model runs on Windows PC computers.

A review of existing models indicated that the above requirements can be met with existing tools, although the preferred combination of models would require some "soft-links".  Soft linking means that results are passed from one model to another, rather than merging software products into one model.

The remainder of this section discusses available models for hydrodynamics, particle transport, mercury cycling and bioaccumulation, and the feasibility of linking the preferred models in an integrated framework.

## 4.1 Hydrodynamic and particle transport models

Because of the strong positive correlation in Penobscot River sediments and wetlands between inorganic mercury concentrations and MeHg, the first goal of the model should be a capability of predicting transport and burial of inorganic mercury.  This would then enable the mercury component of the model framework to predict MeHg production and bioaccumulation as accurately as possible.  Several experts in hydrodynamics and hydrodynamic models were contacted regarding modeling flows and particle transport in rivers and estuaries, including staff at the US EPA (R. Ambrose, C. Knightes), Woods Hole Oceanographic Institute (R. Geyer), and Tetra Tech Inc. (S. Gherini).  Because of the need to estimate the timing of the recovery of mercury in the Penobscot ecosystem, only dynamic models with this ability were considered.  A consistent message emerged, indicating that simulations of the Penobscot River and Estuary would require a relatively sophisticated hydrodynamic model, due for example to tidal effects and vertical stratification in the water column.  The model consistently mentioned for such applications was the Environmental Fluid Dynamics Code (EFDC, US EPA 2009a).  Other models identified, but not recommended for this study, included ECOM3D/ECOMSED (HydroQual 2009), and MIKE (DHI 2009).  The latter is being used by the US DOE on East Fork Poplar Creek, a system that is much simpler hydrodynamically.  Discussions with EPA staff also indicated that the default routines for hydrodynamics and particle transport in EPA's WASP model may not be suitable for a hydrodynamically complex situation such as the Penobscot Estuary.

EFDC is a time-dependent 1D to 3D model that can simulate water and water quality constituent transport in rivers, stratified estuaries, lakes, and coastal seas.  Transport equations include salinity, temperature, and suspended cohesive and non-cohesive sediment.   EFDC can also simulate wetting and drying cycles and vegetative resistance.  EFDC was originally developed at the Virginia Institute of Marine Science (VIMS) and School of Marine Science of The College of William and Mary, with support from the Commonwealth of Virginia.  The US EPA, NOAA and Tetra Tech Inc. have subsequently supported model development.   The model was developed by Dr. John Hamrick, currently with Tetra Tech Inc.  EFDC has a wide range of applications, is supported and maintained by the US EPA, and can be used in conjunction with EPA's Water Quality Analysis Simulation Program (WASP, more discussion below).

It is recommended that EFDC could be used to simulate hydrodynamics and particle transport in the lower Penobscot River and Estuary.

## 4.2   Mercury Cycling Models

Several models exist to simulate mercury in aquatic systems, including the Dynamic Mercury Cycling Model (D-MCM, EPRI 2002), the mercury module in WASP (US EPA 2009b), and a model developed by HydroQual Inc. (2005).

**WASP** is a generalized mass balance model that can be used to simulate hydrodynamics, particle transport, water quality and contaminant transport (US EPA 2009b).  WASP is time-dependent and includes the water column and the underlying sediments.  It does not include a food web.  WASP results must be passed to a separate model to predict contaminants in fish (e.g. the US EPA's BASS model) or wildlife.   It includes a module for mercury cycling.  It can be applied in 1, 2, and 3 dimensional systems.  WASP is a widely known and used model, although most of the applications have not been for mercury.   The representation of mercury includes major transport processes, partitioning and reactions.  The treatment of partitioning and reactions is simplified in some regards, for example it does not include thermodynamic speciation to estimate specific Hg or MeHg complexes.  WASP currently has a limited capacity to simulate wetting and dry cycles in sediments.  Discussions are ongoing with the EPA regarding the possibility of updating the ability of WASP to represent wet/dry cycles.   While WASP has default modules for hydrodynamics, particle transport and mercury, other models designed to be compatible with it can be substituted (more discussion below).

**HydroQual model**:  HydroQual Inc. (2005) developed a mercury module as part of a larger effort to simulate the fate and transport of contaminants in the New York and New Jersey Harbor.  The approach made use of modeling components for hydrodynamics, eutrophication and sediment transport previously developed as part of the System-Wide Eutrophication Model (SWEM).   Similar to D-MCM, the mercury component of the model includes major mercury transport processes, reactions and mercury speciation routines.

**D-MCM** is a mechanistic model simulating mercury cycling and bioaccumulation in lakes.  D-MCM predicts inorganic Hg (II), MeHg and elemental mercury in water (epilimnion, hypolimnion), sediments, and a food web that includes phytoplankton, zooplankton, benthic organisms and 3 fish species (chosen by the user).   It simulates concentrations and fluxes through time.   An option exists to run the model probabilistically, although it is not clear if that would be practical for a configuration with a large number of cells.

A modified version was created for the Everglades and wetlands generally (E-MCM, Tetra Tech 1999), and multi-cell versions were created for Lake Superior and more recently, the Gulf of Mexico under contract with the Florida Department of Environmental Protection.   It has been used for pilot mercury Total Maximum Daily Load (TMDL) studies for Devil's Lake Wisconsin (Harris et al., 2003) and the Florida Everglades (Atkeson et al., 2003).  D-MCM is

5

also being used in a study to investigate climate-Hg interactions for the Great Lakes Commission, simulate results of the METAALICUS mercury loading experiment in Ontario, and is being updated by EPRI to reflect recent advances in the understanding of mercury cycling. *For the purpose of disclosure, it should be noted that the author of this report is the lead developer of the D-MCM model.*

Discussions are currently ongoing with the US EPA to evaluate the potential to link mercury routines from D-MCM to EPA's WASP model. The US EPA has expressed interest in this possibility as a potential optional feature in WASP that would add to the sophistication of the current treatment of mercury cycling in the model.

Overall, the mercury cycling routines in D-MCM and the HydroQual model may be comparable, although the D-MCM model has a wider range and history of applications in aquatic systems. A version of D-MCM (E-MCM) has also been designed specifically for wetlands. It is recommended that the mercury routines in the MCM models be used to represent mercury cycling in the Penobscot River, estuary and wetlands.

As discussed below, an analysis is ongoing regarding the optimal approach to linking MCM Hg routines with outputs from the EFDC model.

## 4.3  Mercury bioaccumulation in wildlife

MeHg bioaccumulation in wildlife, particularly birds, is an important aspect of the Penobscot Mercury Study. No existing mass balance model of wildlife MeHg bioaccumulation was identified in a literature search or during discussions with several wildlife Hg experts. Additional efforts will continue to find an existing model. An approach often used to address mercury-related risk to birds is to assign threshold acceptable MeHg concentrations in the bird diet, and then assess whether these concentrations are exceeded using predictions of dietary MeHg concentrations (D-MCM for example predicts MeHg in fish and aquatic insects). Alternatively, a MeHg bioaccumulation module could be developed and added to the model framework for the Penobscot.

# 5  Frameworks to link hydrodynamic, particle transport and mercury models

It is recommended that a soft-link approach be used to create a modeling framework that includes hydrodynamics, particle transport, mercury cycling and bioaccumulation. Existing models can be linked by passing information among them, rather than integrating the computer code into a single model. This approach would reduce both the time and cost for model development. Two options have been identified:

1) Use EPA's WASP framework (Figure 1):  A tested soft-link already exists between EFDC and WASP.  A meeting was held between the developers of WASP and D-MCM in September 2009 to discuss soft-linking D-MCM mercury routines to WASP. Essentially the computer code from D-MCM mercury routines would be saved as a Dynamic Link Library (DLL) file that could be read by WASP.  A small scale test is planned shortly to confirm that code written with Visual Basic 5.0 (used for D-MCM) can be converted to a DLL and read by WASP.

   If this small scale test is successful, a few other modifications would be necessary. Modifications would be needed to better handle wet/dry cycles.  Discussions are ongoing with the US EPA on this possibility.  WASP does not have a food web module.  As a result, WASP outputs for mercury concentrations in water and sediments would need to be passed to a separate food web model such as the EPA's BASS model or a stand-alone version of the food web module from D-MCM.

2) It would also be possible to soft-link EFDC outputs directly with a multi-cell version of the MCM model (Figure 2). A similar approach is being used for a screening model assessment of mercury cycling in the Gulf of Mexico.  Results from a high spatial resolution hydrodynamic model are being aggregated and used in a ~20 cell model grid to represent the Gulf of Mexico.  This approach would have the advantages of existing routines to handle wet/dry conditions and an integrated aquatic food web in MCM.   There is likely a practical limit to the number of cells that could be represented with this approach however.  This approach could also be evaluated as part of Stage 2 of model development.



Figure 1.  Modeling approach using WASP.



Figure 2.  Modeling approach with EFDC outputs passed directly to MCM

8

## 6   Data Requirements for Modeling

Some data are already available to calibrate the hydrodynamic and particle transport components of a model framework, but more data collections would be needed, including characterization of bottom types.   Many of the data required to simulate mercury cycling appear to be available already, based on conversations with J. Rudd.  A list of typical inputs to D-MCM is provided in Appendix A.

## 7   Study Team

The recommended modeling team includes the following:

1) **Mercury cycling and bioaccumulation** (MCM routines):  Reed Harris (Reed Harris Environmental Ltd.).   Assistance to link EFDC and MCM with WASP would be provided by the US EPA if WASP is used.
2) **Hydrodynamics and particle transport** (EFDC):  John Hamrick (Tetra Tech Inc.).
3) **Field data**:  R. Geyer (Woods Hole): field programs related to hydrodynamic and particle transport.   ATI is a likely candidate to for the determination of the aerial extent of bottom types.  Drew Bodaly would be the principal researcher coordinating field programs related to modeling Hg cycling and bioaccumulation.

It should also be noted that the proposed modeling would be done in close cooperation with principle investigators for the overall Penobscot Mercury Study, incorporating findings and hypotheses from the overall study team into the model framework.

## 8   Preliminary Cost Estimate and Schedule

Until contractors and exact methodologies have been determined, it is not possible to do a detailed cost estimate.  Costs for the overall modeling study and associated field data program (hydrodynamics, particle transport, bottom types, mercury cycling and bioaccumulation) would be expected on the order of several hundred thousand dollars.  About one third of this amount would be for data collections and the other two thirds would be for model development and application.  The costs needed to support hydrodynamic and particle transport modeling are estimated to be about $150K, not including the cost of a side scanning sonar survey to determine bottom types.

A detailed budget will be assembled if a full proposal for a modeling study is requested.

# 9 Conclusions

The Penobscot Mercury Study needs to estimate the time required for natural attenuation to reduce mercury concentrations in sediments, birds, shellfish, and finfish to acceptable levels. The study also needs to assess the relative effectiveness of remedial options. Flows, particle transport and associated mercury fluxes (inorganic and MeHg) are critical fluxes affecting mercury cycling in the lower Penobscot ecosystems and need to be estimated for current and future conditions, including high flow events. While simple approaches are preferred in principle, a more detailed mass balance model is required to estimate hydrodynamics, particle transport and mercury cycling for the Penobscot ecosystem.

It is technically possible to assemble a model framework, largely from existing tools, that simulates hydrodynamics, particle transport, mercury cycling and bioaccumulation. A soft-link approach is recommended, connecting existing models and passing information among them. It is recommended that the EFDC model be used for hydrodynamics and particle transport, as well as mercury cycling routines from the MCM models. These models could be directly soft-linked, or the US EPA's WASP model could be used. A decision on the optimal approach would be made if a full proposal was requested. Mercury models exist to predict bioaccumulation in finfish. Relatively simple modifications may be needed to model shellfish. In the case of birds, an approach could be used based on predicting the threshold concentration of concern in the bird diet, which is now being studied as part of Phase II of the Penobscot Study. Alternatively, a mass balance module could be developed to explicitly predict bioaccumulation in birds.

A study team has been assembled that could carry out the study. The overall project cost would be on the order of several hundred thousand dollars. Details of a modeling study, participants, schedules and budgets would be provided in a full proposal if requested.

# 10 References

Atkeson, T.D., D.M. Axelrad, C.D. Pollman, and G.J. Keeler (2003) Integrating Atmospheric Mercury Deposition with Aquatic Cycling in the Florida Everglades: An Approach for Conducting a Total Maximum Daily Load Analysis for an Atmospherically Derived Pollutant. Integrated Summary, Final Report. Prepared by the Florida Department of Environmental Protection, University of Michigan Air Quality Laboratory, and Tetra Tech Inc., 247 pp.

EPRI (2002) Dynamic Mercury Cycling Model for Windows 98/NT/2000/XP ™ - A Model for Mercury Cycling in Lakes. D-MCM Version 2.0. User's Guide and Technical Reference. November 2002.

Environ (2009a) Studies to determine the mass flux of particulate material and mercury from the lower Penobscot River to Penobscot Bay. Contract No. 03-12807S with Tetra Tech Inc. January 2009

Environ (2009b) Contract No. 03-12807X with Reed Harris Environmental Ltd. September 2009

Harris R.C., C.D. Pollman and D. Hutchinson (2003a) Wisconsin Pilot Mercury Total Maximum Daily Load (TMDL) Study: Application of the Dynamic Mercury Cycling Model (D-MCM) to Devil's Lake, Wisconsin. Submitted to the United States Environmental Protection Agency Office of Wetlands Oceans and Watersheds. December 2003

Harris R., C. Pollman, D. Beals and D. Hutchinson (2003b) Modeling Mercury Cycling and Bioaccumulation in Everglades Marshes with the Everglades Mercury Cycling Model (E-MCM) - Final Report - Prepared for the Florida Department of Environmental Protection and South Florida Water Management District. June 2003

HydroQual (2009) http://www.hydroqual.com/ehst_env_hyd.html

HydroQual (2005) Mercury Modeling Case Studies in NY/NJ Harbor – Abstract. Presented by R. Santore at the Mercury Fate and Transport Modeling Workshop, University of Delaware, January 4 and 5, 2005

Tetra Tech Inc. (1999) Everglades Mercury Cycling Model for Windows 95/NT ™ - A Model for Mercury Cycling in Everglades Marsh Areas.Draft User's Guide and Technical Reference Version 1.0 Beta, June 1999

US Environmental Protection Agency (USEPA) (2009a) http://www.epa.gov/ceampubl/swater/efdc/index.html

US Environmental Protection Agency (USEPA) (2009b) http://www.epa.gov/athens/wwqtsc/html/wasp.html

**Appendix A**
**Inputs for the Dynamic Mercury Cycling Model (D-MCM)**

The following list summarizes the most important model inputs. Most of these data have already been collected during Phase I and Phase II of the Penobscot study, or information is available in the scientific literature. .

Note: In many cases, inputs are time-series. Time series data do not have to be at specific regular intervals. For most situations, seasonal or monthly mean values are adequate. Items in blue are highest priority.

- **Physical**: Bathymetric information (area vs elevation curve for entire waterbody from bottom to maximum elevation); water temperature (monthly or peak summer); period of ice cover if applicable; Incident radiation.
- **Biological**: Fish species: Usually top level predator and one or two others considered most important in the trophic transfer of MeHg to top level predator; fish biomasses if available (kg ha$^{-1}$), growth rates and diets (who eats what – often not available and assumed from literature); phytoplankton and zooplankton biomasses if available (mg L$^{-1}$). If fishing is occuring, information on the rate and fish sizes. Migration patterns (to determine if the fish get most of their exposure within the modeled area)
- **Water quality**: The following data should be available for both epilimnion and hypolimnion if stratification exists: dissolved organic carbon, color, pH, chloride (for estuaries or marine sites), dissolved oxygen, sulfate, total suspended solids (mg L$^{-1}$), sulfide (mg L$^{-1}$) if anoxia exists, chl*a* concentrations if available, light extinction rate or secchi depth.
- **Hydrology**: Monthly water inflow and outflow rates (for surface and/or groundwater); surface water elevation; thermocline depth vs time if applicable.
- **Sediment characterization**: The model has one sediment layer vertically, but can have up to three different sediment zones spatially, e.g. shoreline littoral zones versus deeper pelagic zones. Typically the model is run with two zones (nearshore non-depositional and deeper depositional area). These zones are defined on the basis of elevation ranges input by the user. The following data should be provided for each zone: sedimentation or resuspension rates (g/m2/yr, mm yr$^{-1}$); organic carbon fraction and decomposition rate (day$^{-1}$) in the upper 3-5 cm of sediment; porewater chemistry including DOC, pH, Cl, sulfate, sulfide; sediment particle density (e.g. g/cc); sediment porosity (fraction) at the sediment/water interface and at 3-5 cm.
- **Mercury loadings:** Total Hg and MeHg concentrations in inflows (ng L$^{-1}$, unfiltered); Atmospheric wet deposition of mercury (ug m$^{-2}$ yr$^{-1}$), often estimated with regional data. Data on dry deposition of mercury is usually unavailable and assumed to be low in terms of direct deposition to a lake surface. Point source loadings of Hg(II) or MeHg if any exist.
- **Mercury concentrations**: To test and calibrate the model: THg and MeHg concentrations in water (ng L$^{-1}$, dissolved and particulate split would be useful) and sediment solids (ug g$^{-1}$ dry). Porewater THg and MeHg are useful; MeHg in lower food web (zooplankton ug g$^{-1}$ dry, benthos ug g$^{-1}$ dry) if available, and Hg in fish being modeled (THg in muscle or whole body, for a range of sizes or ages).