# EXHIBIT 17

# EXPERT REPORT of
# DIMITRIOS VLASSOPOULOS

## Natural Resources Defense Council, Inc. et al. v. HoltraChem Manufacturing Company, LLC et al.

United States District Court, District of Maine, Civil No. 1:00-cv-00069-JAW

**Prepared for**

Mallinckrodt US LLC

**Prepared by**

*[signature]*

Dimitrios Vlassopoulos, Ph.D.

Anchor QEA, LLC
421 SW Sixth Avenue, Suite 750
Portland, Oregon 97204

**January 13, 2014**

### 3.1.4 Removal of Mercury Hot Spots Will Not Result in Overall Reduction in Methylmercury Levels

The relationship between total mercury and methylmercury in surface sediments is not linear and reflects the fact that methylmercury production and accumulation is primarily determined by geochemical conditions rather than total mercury concentration. Surface sediments in areas with lower total mercury concentration do not necessarily have proportionally lower methylmercury concentrations than surface sediments in areas with higher total mercury concentrations. Remedial actions involving removal of mercury hot spots, therefore, are not expected to result in a significant overall reduction in methylmercury levels in sediments.

## 3.2 Sorptive Amendments Are Not Effective for Reducing Methylmercury Production in the Penobscot River System

### 3.2.1 Carbon-based Amendments Reduced Porewater Concentrations Temporarily but Had No Effect on Methylmercury Levels in Sediment

While carbon-based amendments (SediMite™ and biochar) implemented in the PRMS in situ amendment plots initially achieved significant decreases in porewater mercury and methylmercury concentrations (50 to 90%) compared to control plots, other amendments tested in the field plots showed lesser reductions or no reduction at all, and within less than two years after application, porewater total mercury and methylmercury concentrations in the carbon-based amendment plots were statistically indistinguishable from the unamended control plots. None of the amendments tested in the PRMS were successful in reducing sediment methylmercury concentrations.

### 3.2.2 Sorptive Amendments Have a Limited In Situ Life Expectancy

Carbon amendments exhibited a relatively short period of effectiveness in Mendall Marsh sediments. This is due to the induced upward flux of relatively mobile mercury from the sediment beneath the treatment zone. The in situ amendment plot study design was fundamentally flawed because it neglected to account for the vertical flux of mercury from outside the treatment zone.

### 3.2.3   *Performance of the Amendment Plots Was Overstated*

The field plot test results were statistically manipulated and presented in a manner that overstates the performance of the amendments. Overall, the field plot studies failed to demonstrate that amendments could be used as part of a feasible in situ remediation strategy that would be effective for full-scale implementation.

### 3.2.4   *No Further Research on Amendments is Needed*

No further research is needed with regard to evaluating the feasibility of using sorptive amendments for in situ remediation in Mendall Marsh. The porewater chemistry and upward flux of mobile mercury in Mendall Marsh poses very significant challenges for in situ remediation using sorptive amendments. The data gathered to date are sufficient to conclude that application of such amendments will not result in significant long-term reduction of methylmercury concentrations in marsh soils.