UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| MAINE PEOPLE'S ALLIANCE and NATURAL RESOURCES DEFENSE COUNCIL, INC., <br><br> Plaintiffs, <br><br> v. <br><br> HOLTRACHEM MANUFACTURING COMPANY, LLC and MALLINCKRODT US LLC, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) )  Case No. 1:00-cv-00069-JAW |

**PLAINTIFFS' WITNESS LIST**

Plaintiffs identify the following witnesses they plan to call at trial:

1. **Richard Andrew Bodaly**
   115 Oystercatcher Place
   Salt Spring Island, British Columbia, Canada V8K 2W5

2. **Charles Thurston Driscoll, Jr.**
   Department of Civil and Environmental Engineering
   Syracuse University
   Syracuse, NY 13244

3. **Bob Duchesne**
   478 Beechwood Avenue
   Old Town, ME 04468

4. **Patricia Duft**
   Covidien
   444 McDonnell Blvd.
   Hazelwood, MO 63042

5. **David C. Evers**
   Biodiversity Research Institute
   652 Main Street
   Gorham, ME 04038

1

6. **Nicholas Fisher**
    School of Marine and Atmospheric Sciences
    State University of New York
    Stony Brook, NY 11794

7. **Nancy Galland**
    1089 Cape Jellison Road
    Stockton Springs, ME 04981

8. **W. Rockwell Geyer**
    Department of Applied Ocean Physics and Engineering
    Woods Hole Oceanographic Institution
    Woods Hole, MA 02543

9. **Cynthia C. Gilmour**
    Smithsonian Environmental Research Center
    P.O. Box 28
    Edgewater, MD 21037

10. **Philippe Grandjean**
    Harvard School of Public Health
    401 Park Drive
    Landmark Center Room 3-110 East
    Boston, MA 02215

11. **Richard Judd**
    48 Ferry Road
    Orrington, ME 04474

12. **Dianne Kopec**
    479 Beechwood Road
    Old Town, ME 04468

13. **Butch Phillips**
    33 Tallwood Drive
    Milford, ME 04461

14. **John W.M. Rudd**
    R & K Research Inc.
    675 Mount Belcher Hts.
    Salt Spring Island, British Columbia, Canada V8K 2J3

15. **Peter Santschi**
    Texas A&M University
    1001 Texas Clipper Rd - Bldg 3029
    Galveston, TX 77554

16. **Ralph R. Turner**
    RT Geosciences Inc
    3398 Kingburne Drive
    Cobble Hill, British Columbia, Canada V0R 1L5

17. **Chris G. Whipple**
    Environ
    2200 Powell Street Suite 700
    Emeryville, CA 94608

18. **James G. Wiener**
    University of Wisconsin-La Crosse
    1725 State Street
    River Studies Center, 2029 Cowley Hall
    La Crosse, WI 54601

19. **Kenneth Wyman**
    25 Harris Road
    Stockton Springs, ME 04981

20. **Kevin M. Yeager**
    Department of Earth and Environmental Sciences
    University of Kentucky
    Lexington, KY, 40506

Dated:   May 30, 2014

Respectfully submitted,

<u>/s/ Mitchell S. Bernard</u>
Mitchell S. Bernard
Natural Resources Defense Council, Inc.
40 West 20th Street
New York, NY 10011
(212) 727-4469
mbernard@nrdc.org
Attorney for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that on May 30, 2014, I electronically filed Plaintiffs' Witness List with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record in the above-captioned matter.

I hereby certify that on May 30, 2014, I mailed the document by United States Postal Service to the following non-registered participant:

> HoltraChem Manufacturing
> c/o Steven R. Guidry
> 277 N. Kirkland Drive
> Brusly, LA 70719

> /s/Mitchell S. Bernard
> Mitchell S. Bernard
> Natural Resources Defense Council, Inc.
> 40 West 20th Street
> New York, New York 10011
> (212) 727-4469
> mbernard@nrdc.org