1    UNITED STATES DISTRICT COURT

2    DISTRICT OF MAINE

3  MAINE PEOPLE'S ALLIANCE          )
   and NATURAL RESOURCES            )
4  DEFENSE COUNCIL, INC.,           )
                                    )
5              Plaintiffs           )
                                    )                CIVIL ACTION
6                                   )
          vs.                       )      Docket No. 1:00-cv-00069-JAW
7                                   )
                                    )             BENCH TRIAL
8  HOLTRACHEM MANUFACTURING         )
   and MALLINCKRODT LLC,            )
9                                   )
              Defendants.           )
10

11                     VOLUME VII

12             TRANSCRIPT OF PROCEEDINGS

13       Pursuant to notice, the above-entitled matter came on

14   for BENCH TRIAL before the HONORABLE JOHN A. WOODCOCK, JR.,

15   Chief District Judge, in the United States District Court,

16   Bangor, Maine, on the 11th day of June, 2014, at 8:44 a.m.

17   APPEARANCES:

18   For the Plaintiffs:              Mitchell S. Bernard, Esquire
                                      Aaron S. Colangelo, Esquire
19                                    Rachel E. Heron, Esquire
                                      Jared J. Thompson, Esquire
20
     For the Defendants:             Patricia H. Duft, Esquire
21                                    Sigmund D. Schutz, Esquire
                                      Jeffrey D. Talbert, Esquire
22

23                  Julie G. Edgecomb, RMR, CRR
                       Official Court Reporter
24

25   Proceedings recorded by mechanical stenography; transcript
     produced by computer.

1168

1    INDEX OF PROCEEDINGS

                                                         Page:
2
     Testimony:  (see below)
3
                    INDEX OF WITNESSES
4
                                                         Page:
5    WAYNE R. "ROCKY" GEYER  (called by Mr. Bernard)

6    Continued Direct Examination by Mr. Bernard          1169
     Cross-Examination by Mr. Talbert                     1219
7    Continued Cross-Examination by Mr. Talbert           1239
     Redirect Examination by Mr. Bernard                  1266
8    Recross-Examination by Mr. Talbert                   1271

9    KEVIN M. YEAGER  (called by Mr. Colangelo)

10   Direct Examination by Mr. Colangelo                  1272
     Cross-Examination by Mr. Talbert                     1346
11
                     INDEX OF EXHIBITS
12   Joint
     Exhibit No.    Description            Offered   Admitted
13
        67        E-Mail from Bodaly to Fisher   1170      1170
14

15

16

17

18

19

20

21

22

23

24

25

1    (Counsel present in open court.)

2    (Wayne R. "Rocky" Geyer, having been previously duly

3    sworn, resumed the witness stand.)

4        THE COURT:  Good morning.  I apologize for the delay

5    in the start.  There are some calls that a district judge has

6    to take.

7        You may proceed.

8        MR. BERNARD:  Thank you, Your Honor.

9                CONTINUED DIRECT EXAMINATION

10   BY MR. BERNARD:

11   Q    Dr. Geyer, good morning.

12   A    Good morning.

13   Q    When we last off yesterday, you were describing, I

14   think, how you tell the difference between consolidated and

15   unconsolidated mud.  Do you remember that?

16   A    Yes.

17   Q    And one of the means you use is color; is that correct?

18   A    Right.

19   Q    Let me show you from Joint Exhibit 67 a slide -- let me

20   first ask you, do you remember attending a meeting of the

21   investigators of the Penobscot River Mercury Study in Boston?

22   A    Yes.

23   Q    And did you make a presentation at that meeting?

24   A    Yes.

25   Q    Okay.  And I'm just going to show you from Plaintiffs'

GEYER - DIRECT EXAMINATION/BERNARD

1170

1  67 -- this is Joint -- sorry -- Joint Exhibit 67, the title of

2  a -- what looks like a PowerPoint presentation that you

3  participated in.  Do you see that?

4  A    Yes.

5  Q    Do you recognize that as the cover sheet of -- of your

6  PowerPoint to the group in Boston?

7  A    Yes.

8       MR. BERNARD:  Okay.  Your Honor, I offer into

9  evidence Joint Exhibit 67.

10      THE COURT:  Any objection?

11      MR. TALBERT:  No objection.

12      THE COURT:  It's admitted.

13 BY MR. BERNARD:

14 Q    Let me show you slide 11 from that PowerPoint and ask

15 you whether you recognize that.

16 A    Yes.

17 Q    Okay.  Now, could you please point out for the court the

18 -- withdrawn.

19      Does this show samples of -- one sample of consolidated

20 mud and one sample of unconsolidated mud?

21 A    Yes.

22 Q    Okay.  Would you please show the court which is which?

23 A    Okay.  This is consolidated, and this is unconsolidated.

24 Q    And are you telling that difference by the color?

25 A    The -- the color and the texture that's visible by the

GEYER - DIRECT EXAMINATION/BERNARD

1171

1    photograph.

2    Q    Let's focus on color for a moment.  You mentioned

3    yesterday that -- well, let me -- let me ask this way.  Why

4    does unconsolidated mud have a different color from

5    consolidated mud?

6    A    I'd like to -- to change the -- rather than talk about

7    unconsolidated mud to say mud that's -- that's recently been

8    mobile in the -- in the upper water column, because the --

9    whether sediment is consolidated or not is not as much a

10   reflection of its geochemistry as it is its -- its

11   geotechnical properties, especially how close together the

12   grains are.

13        And so -- but, typically, there's a strong correlation

14   between being unconsolidated and having an oxidized oxidation

15   state.

16   Q    Let me ask it then a little bit differently.  Why do

17   these two examples that you've circled in Joint Exhibit 67,

18   slide 11, why are -- why do they have different colors?

19   A    The -- the -- the unconsolidated -- the one that I put

20   the U on has a -- a more oxidized state because the -- the

21   sediment that -- that we see that's -- that's that light --

22   that tannish color has -- has recently been in the water

23   column exposed to oxygen.

24   Q    And is that how you know that it has been, I think the

25   term you used is recently deposited?

GEYER - DIRECT EXAMINATION/BERNARD

1172

1   A     Right, well, because we got this from the bottom, it was

2   recently -- it was deposited sediment.  So -- so that sediment

3   was recently deposited that has that light color.

4   Q     And I think you said this yesterday, but, again, because

5   we're -- you're testifying on two different days, let me ask

6   again.  Do you have a sense of how recently the unconsolidated

7   sediment was deposited?

8   A     Based on a previous experience from -- from looking at

9   the time progression of -- of sediment cores in the -- in the

10  Hudson River, we estimate the timescale to be -- this color

11  sediment, it would be very likely to be the last 30 days that

12  that sediment had been remobilized.

13  Q     Now, this method of using color -- and I understand you

14  used other properties, which we'll get to in a moment -- but

15  using color to distinguish between more recently-deposited

16  sediment and more consolidated or -- or not as

17  recently-deposited sediment, is that the technique you've used

18  in other locations?

19  A     Yes.

20  Q     Did you use it in the Hudson River?

21  A     Yes.

22  Q     And for the same or similar purpose?

23  A     Ah, a similar purpose, yes.

24  Q     Okay.  Now, you mentioned, also, one factor is

25  viscosity, I think, or stiffness?

GEYER - DIRECT EXAMINATION/BERNARD

1173

1    A    Yes.

2    Q    Could you please explain what relationship viscos --

3    first of all, how do you define viscosity?

4    A    Well, I wouldn't -- I wouldn't call it viscosity, I

5    would call it the -- the sheer strength of the sediment, and

6    the -- and that's, as I described yesterday, the -- the

7    tendency of the -- of the sediment to retain its shape under

8    stress.  And so -- so if the -- if the sediment is -- is being

9    influenced by -- by water motion, a consolidated sediment will

10   have much more resistance to -- to re -- resuspension,

11   resuspension meaning to be eroded back into the water column,

12   the unconsolidated sediment.

13   Q    Now, when you were looking at these samples that are

14   depicted in Joint Exhibit 67, is this what you see when --

15   when you're on the boat?

16   A    Yes.

17   Q    Okay.

18   A    Well, except that on the boat -- because the light is --

19   we see it in different light conditions, it's much easier when

20   you're -- when you're looking at it to identify the color than

21   in a photograph.

22   Q    Okay.  Now, do you -- when you were on the boat in the

23   Penobscot, did you also observe the consistency of -- of the

24   sediment?

25   A    Yes.

GEYER - DIRECT EXAMINATION/BERNARD

1    Q      Okay.  And that was another means by which you

2    classified it either as consolidated or unconsolidated?

3    A      That's correct.

4    Q      Okay.  Now, did you also look at the texture of the

5    sediment?

6    A      Yes.

7    Q      Please explain what you did.

8    A      Well, when we look at these two photographs, we can see

9    little pockmarks in the -- in the consolidated sediment.

10   Those are -- are worm burrow holes, and worm burrow holes take

11   a certain amount of time for the worms to -- to colonize the

12   sediment, and so that's an indication that -- that that

13   sediment's been -- been there long enough to be colonized, and

14   we see very few and very faint burrow holes in the -- in the

15   unconsolidated sediment, so the -- the worms are just getting

16   started in that case.

17          So the -- the number and size of burrow holes is another

18   example.  We also see -- well, I guess that's -- I'll let you

19   continue, yeah.

20   Q      And so is there a relationship, then, between -- well,

21   withdrawn.

22          If there are fewer of these burrow holes, does that

23   indicate to you that the -- that the sediment has been

24   deposited more recently on the bottom?

25   A      That would be one of the -- one of the clues, and it's

1   particularly a lack of evidence of biological activity, the

2   way that I would summarize that.

3   Q    Okay.  Is there any -- is smell a factor in

4   distinguishing consolidated from unconsolidated sediment?

5   A    Yes.

6   Q    Please explain.

7   A    The -- um, the smell of rotten eggs is hydrogen sulfide.

8   That's -- that's one of the smells that you smell with rotten

9   eggs, and hydrogen sulfide is an indication of a reduced state

10  of -- of sediment, and that's -- also corresponds with black

11  sediment.  It's not necessarily because the -- the reduction

12  from sulfate -- that's the SO4 ion -- from sulfate to sulfide

13  occurs at a -- a lower -- what's called EH, or we can think of

14  as a lower oxidation state than the -- than the -- from iron

15  plus-3 to iron plus-2.

16       And so -- so not all black sediment smells, but -- but

17  if it smells, then it's very likely to be black.

18  Q    Okay.  And that would put it in the consolidated

19  category?

20  A    It would put it in the -- it would be -- it it's more

21  likely -- as I said, those are independent parameters, but

22  they're correlated, so it's more likely to be -- to be

23  consolidated.

24  Q    Okay.  Now, these factors that you looked at, are those

25  observations you made immediately when you were on the boat

GEYER - DIRECT EXAMINATION/BERNARD

1176

1    when samples were brought onboard?

2    A    Yes.

3    Q    Okay.  And what degree of confidence do you have in the

4    judgment that you exercised using these parameters that you've

5    described that you correctly characterized sediment as either

6    consolidated or unconsolidated?

7    A    I have high confidence based on using other parameters,

8    for instance, grain size, to independently check -- what we

9    find is that the -- the -- the percent coarse sediment is very

10   low in the unconsolidated sediment, and the -- so when we look

11   at a -- when we take the correlation between grain size and

12   consolidation, we see high correlation.

13        And then another parameter is the percent organic

14   matter, and the percent organic matter tends to be very high

15   in the unconsolidated sediment.

16        And so -- so when we -- when we -- when we perform a

17   regression between the percent organic matter and the -- and

18   the -- and this on -- on-ship classification, we get high

19   correlation, as well.  So that's sort of a test of how well we

20   were -- we were identifying the sediment.

21   Q    What is the relationship and if -- I'm not sure it's

22   anything more than what you've just described, but I want to

23   check -- between new mud, the unconsolidated sediment, and

24   fine grains?  In other words, is that -- is there a reason why

25   new mud has a higher proportion of fine grain in sediment?

1  A     It tends to be in a region where the -- where estuarine-

2  trapping processes are -- are active, and the

3  estuarine-trapping processes favor the -- the -- the focusing

4  of fine-grain sediment -- sediment that's of similar settling

5  velocity, which is the -- which is the settling velocity of --

6  of mud, and that's -- so that's -- that's a reason why it

7  tends to be homogeneous and -- and fine, homogeneous meaning

8  lacking in coarse grain material.

9  Q     Okay.  Now, we'll return in a moment to where you find

10  this fine-grained unconsolidated sediment within the

11  Penobscot.

12       But, first, did you look at the range of mercury

13  concentrations in what you've identified as the mobile pool in

14  the Penobscot?

15  A     Yes.

16  Q     And what did you find?  Do you remember?

17  A     We found that the -- the concentrations of mercury

18  tended to be, particularly when normalized against organic

19  carbon, tended to be quite consistent in the -- the standard

20  deviation was about 30 percent or so of the mean, and the mean

21  was around 800 to a 1,000 -- 800 -- around -- I believe around

22  800 to a 1,000 nanograms per gram.

23  Q     Okay.  I think you said in your deposition, but let me

24  just check, that the range was about 800 to 1400, centering

25  around 1200; does that ring a bell?

1  A     Yes, yeah, that sounds more accurate than what I just

2  said, yeah.

3  Q     Okay.  Now, you say that there -- is that -- is that a

4  relatively narrow range when you normalize to organic carbon?

5  A     It's relatively narrow compared to the -- to the range

6  of the other categories, particularly the -- if you consider

7  the -- the old mud category, which has similar grain size, but

8  it's -- but it's consolidated and black.  That has much

9  greater standard deviation.

10  Q     Okay.  Which means greater variation?

11  A     Greater variation, right.

12  Q     Now, what, if anything, does the relatively narrow range

13  you've described in mercury concentrations in the fine-grain

14  new mud, what does that indicate to you?

15  A     It's consistent with the idea that there's a

16  homogenization of sediment within the mobile pool.

17  Q     Where did you find this new mud within the Penobscot

18  System?

19  A     Almost everywhere, but it -- but we would find it -- we

20  would -- we would tend to find it in different -- the center

21  -- center of mass was in different places in different

22  seasons.

23  Q     Did you find some new mud near Mendall Marsh?

24  A     Yes.

25  Q     Okay.  And how about the channel east of Verona Island?

1   A      Yes.

2   Q      And near Bucksport?

3   A      Yes.

4   Q      And in parts of the Orland River over there just kind to

5   the east and north, I guess, of Verona Island, if you recall?

6   A      I'm just -- I'm just trying to get the geography because

7   the Orland River is pretty much to the east.

8   Q      Yeah.

9   A      But not to the north.

10  Q      I'm sorry.

11  A      The -- the -- the new mud we found, what I would call

12  the -- the -- let's say the -- the -- the southern -- the

13  southern branch -- I'll just circle the --

14  Q      All right.  You know what, let me show you a map that

15  might be a little better, and this is slide --

16  A      Can I erase my old --

17  Q      I'll do it for you, actually.

18  A      Oh.

19  Q      So this is -- does this map help a little?

20  A      Well, I can show you on the --

21         MR. BERNARD:  This is slide 2, Your Honor, from

22  Joint Exhibit 67, now in evidence.

23         THE COURT:  Thank you.

24  A      The specific area where we saw new mud in the Orland --

25  well, we saw it in this area.  We saw -- we saw -- we also saw

1    some in this area.  This -- this area's a little more

2    complicated because this is -- this is more of a depositional

3    area.  This is -- this is a region -- this is a trapping area.

4    This -- this is a trapping area where the -- where we saw a

5    lot of variability, but this -- this area to the -- to the

6    north is a more consistent trapping area.  But it also -- it

7    also had new mud, but it had -- it tended to be more

8    consistently depositional than -- than other places we saw new

9    mud.

10   BY MR. BERNARD:

11   Q    Okay.  And will you just define for the judge what you

12   mean when you say a depositional area?

13   A    Depositional area means that the -- the sediment is

14   persistently being deposited there with -- with less of a

15   cycle of erosion and deposition.

16   Q    Okay.  So let me just close off before we move off the

17   -- the fact or the -- the identification of the mobile pool.

18       Is there any doubt, in your mind, that there's a mobile

19   pool of mercury-contaminated sediment in the Penobscot?

20   A    No.

21   Q    Okay.  And you believe that view is well-supported by

22   the data you collected?

23   A    Yes.

24   Q    Let's talk about estimated-residence time.  First, could

25   you explain what happens -- you mentioned it yesterday -- when

1  sediment enters the estuary, what happens to it?

2  A      The sediment is -- is resuspended -- sediment is

3  suspended in the fresh water that comes over the dam, and it

4  has a settling velocity of something like 1 to 2 millimeters

5  per second, which is about a hundred to 200 meters per day is

6  a way of thinking about units, so -- and since the water's

7  only 10 to 20 meters deep, it means that the sediment would

8  settle out if it weren't for the energy of turbulence keeping

9  it suspended.

10      And so the tidal motions keep that -- that water in

11  suspension, and the -- as -- as it comes down -- it

12  experiences the tides before it experiences salt, and so the

13  -- so we have fresh water coming down from -- from the -- from

14  Bangor towards Winterport, and typically there's -- the salt

15  front is going to be in the vicinity of Winterport, and -- and

16  when the -- when the sediment encounters the salt front, the

17  -- the -- there's a reduction of turbulence in the -- in the

18  upper water column associated with the salt front, and that

19  tends to allow the sediment to settle into the -- below the

20  salt front, and then the -- the currents within the water

21  column beneath the salt front tend not to be moving outward at

22  the same speed that the fresh water was.

23      So there's a -- there's a convergence of bottom flow

24  associated with the salt front, and so there tends to be

25  trapping of sediment at the salt front.  And the position of

GEYER - DIRECT EXAMINATION/BERNARD

1182

1    the salt front can be different -- it's going to be different

2    at different phases of the tide and different river flows, so

3    the position of the salt front is going to occur at different

4    places.  But there's going to tend to be enhanced trapping of

5    sediment in that -- in that region.

6    Q    Do you have a definition for the term sediment trapping?

7    A    The trapping of sediment.  I guess it's a -- let me --

8    let me think if I can -- it would be -- I'm speaking

9    specifically of the horizontal transport, so there's a -- from

10   -- from a more mathematical point of view, it means a

11   convergence of the flux of sediment, so that -- so that

12   there's a horizontal transport of sediment, which is -- which

13   is -- which changes in magnitude, along -- and -- and possibly

14   in sign, along the direction of the axis of the -- of the

15   river.  So that this -- so that this convergence leads to the

16   accumulation of bottom sediment.

17   Q    Okay.  So, I mean, from a lay perspective, it -- is it

18   kind of what it sounds like, that sediment gets trapped?

19   A    That's right.  That's pretty accurate.

20   Q    Okay.  What is a sediment-trapping zone?

21           THE COURT:  You're defining the term by the term?

22   Go ahead.  Sorry.  I couldn't resist.

23           MR. BERNARD:  I've gone to a lot of schooling, but I

24   haven't been to Woods Hole, Your Honor.

25   A    So the sediment-trapping zone is -- is very strongly

GEYER - DIRECT EXAMINATION/BERNARD

1183

1   associated with the zone of salinity -- of near-bottom

2   salinity gradient, and the near-bottom salinity gradient

3   position depends, as I said before, on the tide, the stage of

4   the tide, low tide versus high tide and the river flow.  The

5   trapping zone can extend as far north as -- it can extend

6   significantly north of Winterport off the map that's being

7   shown here during low-flow conditions high tide, and there's a

8   significant trapping zone under normal flow conditions around

9   -- near the mouth of Mendall Marsh, just -- just in the -- in

10  the main stem.

11  Q    Let me show you a document.  This is Plaintiffs' Exhibit

12  43, which is actually a larger version -- I -- do you remember

13  this chart or figure?

14  A    Yes.

15  Q    Okay.  This is from Page 7-3 of Joint Exhibit 6-7, which

16  is your -- your chapter in the Phase II Report is Chapter 7;

17  is that right?

18  A    Right.

19  Q    Okay.  So this is a slightly blown-up version of -- of

20  that chart, which shows -- appears to show sediment-trapping

21  zones in two categories, one is temporary and the other is

22  permanent.  Do you see that?

23  A    Yes.

24  Q    Okay.  So explain to the judge, please, what this figure

25  displays.

1    A     It shows where there are regions where there's

2    significant trapping of sediment, either in the -- the

3    temporary category, which means that the -- that the salt

4    front is -- is -- is moving tidally and seasonally, leading to

5    trapping at some -- some times of the tide and of the -- in

6    some seasons and then not other times.  So that there's a

7    continual cycle of erosion and deposition at those -- at the

8    sites with the green circles, the green ovals.

9          And then the -- the two blue ones are ones in which the

10   -- the -- there's more persistent continual sediment trapping

11   and -- and there's less energy for erosion, so there tends to

12   be more consistent trapping of sediment without the -- without

13   the accompanying erosion.

14   Q     So the -- the blue zones, or what you've denoted as the

15   permanent zones, there's one in the Orland River, which, as

16   you mentioned, is really east of Verona Island, and there's

17   one in Mendall Marsh?

18   A     Yes.

19   Q     Okay.  And the other trapping zones you've noted, one

20   looks like it's kind of on the south end of Verona Island?

21   A     Yes.

22   Q     And then one on the east side of Verona Island?

23   A     Yes.

24   Q     And then what are those kind of interlocking ovals

25   around Bucksport, if I'm seeing that correctly?

1    A      Right.  Well, those are -- those are additional trapping

2    zones, and it could be considered as -- as one large trapping

3    zone, although there's a lot of heterogeneity because of the

4    curvature there, and so we actually do tend to see isolated

5    zones of -- of intense trapping in that -- in that region.

6    Q      And then the last one is over on the west side of the

7    river in the Frankfort Flats area?

8    A      Yes.

9    Q      Okay.  And that's just north of Mendall Marsh?

10   A      Yes.  And I should point out that the -- the deep

11   channel of the river flows like -- something like that.  So

12   the -- so the -- that -- that Frankfort Flats -- the -- the

13   oval adjacent to Frankfort Flats is in the -- what we call the

14   foul way or the deep channel of the river.

15   Q      Okay.  Now, what do you find by way of suspended

16   sediment levels in -- in the estuary in general?  Did you look

17   at that?

18   A      Yes.

19   Q      Okay.  And how would you characterize the level of

20   suspended sediment in the estuary?

21   A      The concentrations tend to be much higher in the

22   sediment-trapping zones.

23   Q      And what, if anything, does -- how would you compare the

24   suspended sediment in the trapping zones to, say, the

25   suspended sediment that comes over Veazie Dam?

1   A     It's a factor of 5 to 10 higher in concentration

2   typically in the trapping zones.

3   Q     Okay.  And what, if any, is the significance to you of

4   the high-suspended sediment in these trapping zones?

5   A     The high-suspended sediment is indicating that there are

6   processes going on in the -- in the combination of -- of water

7   column processes and resuspension processes that are focusing

8   the sediment in these trapping zones.

9   Q     Okay.  And -- and in terms of the reason for the

10  trapping zones, I don't know whether you want to add anything

11  to what you described before.  You described before this --

12  this is a phenomenon that has to do with the -- the flow of

13  fresh water coming downstream and up -- salt water coming up

14  from the bay?

15  A     Right.  I think that the -- the key is that it's a --

16  it's a -- associated with the salt front, and the salt front

17  is a result of this -- of the -- there has to be a fresh water

18  source and a saltwater source to generate the -- the salt

19  front, and the -- but the dynamics of the salt front and the

20  associated turbulence and the influence of that on the tidal

21  flow all contribute to the -- to the -- to these -- this

22  process of sediment trapping.

23  Q     Where is the region's strongest trapping that you found

24  in -- in the Penobscot?

25  A     Both in terms of the strength of fronts and the -- the

1    direct evidence of trapping, it would be just -- just to the

2    left of the B in Bucksport.

3    Q    Okay.  Now, did you have an incident with one of your

4    tripods in the Bucksport area that you thought was relevant?

5    A    Yes, the --

6    Q    Let me just show you first, well, you talked about a

7    tripod.  Did you use a tripod as -- as a measurement

8    instrument?

9    A    Yes, and the tripod is shown on the -- the -- this is

10   the tripod -- this is one of our tripods.  And so this is --

11   this is about 2 and a half feet.  So it -- it sits about 2 and

12   a half feet off the bottom.  The feet sit on the bottom.

13        And so one of these tripods was located at this -- this

14   Bucksport site.

15   Q    What do you use to -- what is the purpose of planting

16   the tripod there?

17   A    We -- based on our 2010 data, we -- we recognized that

18   there was a trapping zone -- or there was -- there were strong

19   fronts suggestive of a track -- trapping zone near Bucksport,

20   and so we wanted to document the -- the concentration of

21   suspended sediment at -- at that location and the -- and the

22   velocity.

23        So the -- this instrument with the orange circles,

24   that's an acoustic Doppler velocity sensor, so that measures

25   the currents, and then there's a -- there's an instrument that

1    measures the water properties, including the -- the turbidity,

2    which is located, um, on one of the horizontal bars, and so we

3    -- we knew that that would be an interesting place to make

4    measurements based on what we saw the previous year.

5    Q    What happened with the tripod?

6    A    We -- the tripod got buried under an estimated -- the --

7    the top of the tripod was probably under 1 meter of -- of

8    sediment when we tried to recover it.

9    Q    And so that was sediment that was not there when you

10   installed the tripod?

11   A    That's correct.

12   Q    So what would that mean in terms of the height of the

13   sediment that was deposited between the time you installed the

14   tripod and the time you attempted to recover it?

15   A    More than a meter of sediment was deposited.

16   Q    Okay.  Now, when you did -- what -- what is a grab --

17   you took grab samples.

18   A    That's right.  A grab sample is a sample -- we lower a

19   -- a metal instrument from the ship, and it -- it -- it closes

20   -- the jaws close when it reaches the bottom, and it brings

21   back a sample of sediment -- a maximum of -- of about

22   10 centimeters.

23   Q    Okay.  So this is considerably greater than that.

24   A    Right.

25   Q    Okay.  What, if anything, did the burial of the tripod

1    signify to you?

2    A      It indicates that the sediment in that area is very

3    mobile and that there is -- the -- there's -- there's a couple

4    of different hypotheses that one could invoke:  One is that

5    there is -- there is a regional-trapping zone that -- where --

6    where the meter or more than a meter of sediment accumulated,

7    let's say, over the region the size of that circle that I -- I

8    drew; another possibility is that there are migrating sand

9    waves that are -- actually, it's not sand waves, they're --

10   they're wood chip waves because the actual material that was

11   in this location was a mixture of -- of mud and wood chips.

12   So it's -- so we typically talk about sand waves, which are

13   bedforms that are -- that are very mobile in very high-energy

14   regions that -- that might have amplitudes of a meter.

15       We saw sand waves in this region based on our echo

16   sounding data -- or we saw bedforms, which are not sand waves,

17   but wood chip waves, as it were.  And so the -- so the -- so

18   part of -- so one hypotheses, there's actually a migration of

19   bedforms, and then another is -- is that there's a regional

20   deposition.

21       But I -- I think the -- the -- the most plausible

22   scenario is that both were happening, that there was migration

23   of these bedforms, and there was a -- an accumulation -- the

24   -- the -- the regional accumulation -- the accumulation on

25   scales of hundreds of meters was probably not 1 meter.  It was

1   probably on the order of -- it could have been on the order of

2   20 centimeters, but the -- within that roughly 20-centimeter

3   -- as you mentioned, there were -- there was migration of

4   bedforms, which led to the burial of the tripod.

5   Q    Do you remember when -- I'm trying to get a sense of the

6   time frame here -- do you remember when during the year you

7   deployed the tripod?

8   A    Yeah, we deployed in early March 2011, and we attempted

9   recovery in -- in June.  And the -- the diver who tried to

10  help us recover it, who also works at the mill, was -- he said

11  he'd never not recovered what he was looking for, and he's

12  recovered cars from underneath the ice in ponds in Maine.  And

13  so he was really determined to -- to find this thing.

14       So he went out on his own.  We didn't even know it, but

15  he went out on his own several times between June and August

16  looking for it, and we came back out in August, and -- and

17  then we got it.

18  Q    You said during your deposition about the burial of the

19  tripod at Bucksport, my data were screaming at me.  Do you

20  remember that?

21  A    I --

22  Q    It was -- it was --

23  A    Did I really say that?

24  Q    It was one of your more, you know, technical moments.

25  What did you mean by that?

1    A    Well, I mean, it -- it clearly indicates the -- I think

2    with a -- what the data were screaming was that the sediment

3    is very mobile.  That's what -- basically what this -- what

4    they were saying.

5    Q    Did you also look at the degree of mercury contamination

6    in the mobile sediments around Bucksport?

7    A    Yes.

8    Q    What did you find?

9    A    Similar to the numbers that I saw at -- generally

10   characterized in the mobile pool.

11   Q    What, if anything, does the high mercury -- I'm

12   characterizing it at high -- but the mercury concentrations

13   you found, what, if anything, does that mean to you as an

14   indication of the sediment trapping, or the intensity of the

15   sediment trapping?

16   A    It's, um -- I don't think it really says anything about

17   the intensity of the sediment trapping.

18   Q    Is the frontal trapping consistent with the high mercury

19   concentrations?

20   A    I -- I wouldn't call it high mercury concentration.  I'd

21   just call it relatively homogeneous.

22   Q    Okay.

23   A    From -- you know, there's a certain class of sediment

24   that you can find really almost anywhere on this map, but it

25   -- but it has to be -- it has to be mobile sediment, and if --

1    if you're looking at mobile sediment, it's going to have

2    similar mercury concentrations.  I wouldn't call it high

3    because there's a lot of places that are a lot higher within

4    the study area.

5    Q    Okay.  Okay.  I shouldn't have used the word high, and

6    that's not really what I mean.

7         But when we talk about the mercury concentrations, are

8    you talking about that range from 800 to 1,400, centering on

9    1,200?

10   A    Right.

11   Q    Okay.  Now, how do -- let's talk about Mendall Marsh for

12   a moment.  And you can see it here.  Maybe we'll just keep

13   this slide up, or if this is better -- I'm not sure it is.

14   Why don't we just keep this up.

15        Do you have a sense of how particles are transported

16   into Mendall Marsh?

17   A    Yes.

18   Q    Please describe that.

19   A    The -- Mendall Marsh is a -- is a miniature version of

20   -- of -- of the -- of an estuary.  So there's -- there's a

21   salinity gradient where the salinity's higher at the mouth and

22   lower at the head of Mendall Marsh, and so there's -- there

23   tends to be a -- there's a -- a frontal processes going on in

24   Mendall Marsh just like in the main stem of the estuary, and

25   that leads to a slight favoring of the -- of near-bottom

GEYER - DIRECT EXAMINATION/BERNARD

1193

1    inflow.  So the combination of tidal flow and that slight mean

2    due to the -- the estuarine circulation of Mendall Marsh

3    favors the -- the lam or transport of sediment.

4    Q     Do you have a view concerning whether mercury in Mendall

5    Marsh comes from particles in the mobile pool?

6    A     I'm sure that -- that it does.

7    Q     And could you explain why?

8    A     Because the -- because we saw, with our -- with our

9    shipboard measurements, we saw -- we saw high concentrations

10   of sediment -- well, relatively high -- during the flood tide

11   in the -- in the near-bottom waters, indicating that there was

12   -- there was transport of sediment in from the -- from

13   Penobscot River, and the -- Ralph Turner provided similar data

14   with tidal cycle studies that he did there.

15        So there were -- there were two -- two sets of water

16   column measurements that clearly were indicating transport in.

17   And there's also -- in this figure, we see a -- this square is

18   a tripod that we put in in 2010, and it showed a net lam or

19   transport, a net transport of sediment into Mendall Marsh.

20   And so -- and we also know that this -- we have this temporary

21   trapping zone at the mouth where we saw quite a few instances

22   of -- of what we call new mud, this highly mobile,

23   unconsolidated sediment that tended to get trapped right at

24   the mouth of Mendall Marsh.

25        And so -- so all of the -- all of these factors strongly

1   suggest that the -- that there's a significant input of -- of

2   sediment from the mobile pool into Mendall Marsh.

3   Q    What about over in the Orland River, are -- is there a

4   -- a similar set of factors there or different?

5   A    The Orland River is more uncertain.  Um, we do have a

6   significant trapping zone, as I've indicated before, right

7   near the mouth of the Orland River, and so there's a --

8   there's a supply of mobile sediment.  There's quite a -- quite

9   a change in depth going from this region.  The Orland River's

10  very shallow, and the -- the -- there's a major change in

11  depth from where I've circled into the Orland River.

12       And so we don't have as clear of evidence of the direct

13  transport, and the -- we don't have nearly as much -- or the

14  Study Group has not nearly as much information about the

15  accumulation of sediment and the accumulation of mercury in

16  the Orland River as -- as the Mendall Marsh.

17  Q    And, finally, just what about this area at -- at the

18  south part of Verona Island, where you found a trapping zone,

19  do you have a sense of how particles arrive there?

20  A    Yeah, it's the same -- it's the same mechanism.  There's

21  a -- a frontal zone forms during the ebb tide, a strong front

22  forms in this region, and sediment gets trapped there, just as

23  in the other -- the other trapping zones.

24  Q    Did you estimate what proportion of sediment entering

25  the system joins the mobile pool?

1    A    I -- I think the best word is that I speculated as to

2    how much does.

3    Q    Okay.  I'm more interested, I guess, in -- in the -- in

4    the mechanism than in the speculation.  But is it your view

5    that some of the sediment that enters the -- the estuary joins

6    the mobile pool?

7    A    Right.  So the range -- the range of possibilities,

8    well, is 0 to 100 percent, and my -- my -- just based on my

9    understanding of the system, the -- the -- the range -- it

10   could be 100 percent.  It's -- it's more likely -- it's

11   probably some number less than that.  It could be as -- I

12   don't -- I wouldn't expect it to be less than 50 percent, and

13   I wouldn't expect it to be more than 80 percent.  So that's --

14   that's the range -- that's my range of uncertain -- it's --

15   it's not uncertainty, but that's my comfort range as to what I

16   would think the -- the limits would be.

17   Q    Do particles reside for a period of time in the mobile

18   pool once they enter the mobile pool?

19   A    Yes.

20   Q    Okay.  And is that what is meant by residence time?

21   A    Right.

22   Q    Okay.  Now, did you estimate the residence time of

23   particles in the Penobscot mobile sediment pool?

24   A    Yes.

25   Q    And what did you conclude, or what did you estimate?

1   A      I estimated I think a range of 10- to 20-year residence

2   time based on the calculations I did.

3   Q      Okay.  Is there an uncertainty factor associated with

4   that estimate?

5   A      There are quite a few -- there's -- there's two -- two

6   main uncertainties, let's --

7   Q      Please.

8   A      And the way we calculated the residence time is we -- we

9   take the -- the volume or the mass of the mobile pool and then

10  divide that by the input rate of sediment that -- either the

11  input or the -- the output, and with the assumption that it's

12  -- that the mobile pool's staying the same size.  So if it's

13  staying the same size, then the output and the input are the

14  same, and so you can take either the input or the output.

15       And so we -- we use the input, which is -- which is the

16  measured mass of sediment that's -- that's coming over Veazie

17  Dam, with some correction for additional tributary inputs.

18  And then we -- we have to consider, okay, well, how much of

19  that is directly contributed to the mobile pool, and how much

20  of it -- bypasses?  Either -- the bypassing can -- either be

21  that that sediment goes directly into depositional areas, or

22  it -- it -- because it's high flow and some of that sediment's

23  very fine, it might just pass right through the estuary into

24  Penobscot Bay.

25       So there's -- there's -- there's -- those are the two

1   main losses -- the deposition within the system, but not in

2   the mobile pool, and the bypassing into Penobscot Bay.  And so

3   there's some fraction of that that gets lost.  So I've already

4   pointed out that there's some uncertainty into our estimate of

5   how much of the sediment that enters the -- the estuary

6   actually enters the mobile pool.  So that's one of the

7   uncertainties.  And the other uncertainty is, how big is the

8   mobile pool?

9   Q    We'll get to the second one in a moment, but I believe

10  you testified yesterday that your view is that the export from

11  the system, the amount of sediment that actually exits the

12  system south of Fort Point, is pretty small, I think.

13  A    Yes.  Well, particularly that the concentrations are

14  pretty low compared to the concentrations that we see in the

15  -- in the area of the mobile pool.

16  Q    And is that the basis for your view that there is

17  limited export from the system, or is there an additional

18  basis?

19  A    That's the -- that's the reasoning, yes.

20  Q    Okay.  Now, this residence time -- have you assigned an

21  uncertainty factor, in other words, a percentage that -- that

22  you think accounts for the uncertainty in your estimate of the

23  residence time?

24  A    I -- I've come up with a -- with -- with estimates of

25  uncertainty, but I -- I don't feel that the statistics are

1    that strong in -- in either the question of how much of the

2    sediment that enters the system -- well -- I didn't even

3    mention the uncertainty of the actual estimate of sediment

4    that comes over the Veazie Dam.  There's -- that's additional

5    uncertainty that's based on only a very limited amount of data

6    during high-flow conditions.

7         High-flow conditions are when most of the sediment comes

8    over the Veazie Dam because the concentrations tend to go up

9    when the flow is high, and so there's a dominance of --

10   disproportionate contribution of high-flow events to that.

11        And so we only have some small number of points.  There

12   tends to be a lot of variance in the -- it's not -- it's not a

13   data quality issue.  It's a -- it's an environmental

14   variability issue, in that we only have so many looks at these

15   high-flow events.  So there's some uncertainty there.  It's

16   very hard to quantify, because of the small number of data

17   points, you know, from a robust statistical way what the

18   uncertainty of our loading is.

19        It's even less -- we have even less confidence of our

20   estimate of the bypassing and -- and sequestering of sediment

21   in regions besides the mobile pool.  So I don't really have a

22   way of assigning an accurate uncertainty of the -- of the

23   sediment input.

24        And the -- I think the mass of the mobile pool, my

25   uncertainties are even worse because the -- we -- we estimated

1   the mass by taking a number of about 200 -- 220 grab samples,

2   something like on the order of 220 grab samples, but the grab

3   samples are only extended to 10 centimeters, as we've

4   discussed, and so there are places where the -- the sediment

5   might have extended further.  And there's also parts of the --

6   of the system that we didn't have very many samples, and --

7   and so we have trouble getting a really good statistical

8   estimate of -- of our errors in the size of the mobile pool.

9   Q     Okay.  We're going to return to the size of the mobile

10  pool in a moment, but I just want to finish up on residence

11  time.

12        Are you familiar with the sediment core work that Drs.

13  Santschi and Yeager performed for the Penobscot River Mercury

14  Study?

15  A     Yes.

16  Q     Okay.  And are you aware that they derived --

17  particularly Dr. Santschi derived recovery half-times?

18  A     Yes.

19  Q     On the basis of the geochemical data in the cores?

20  A     Yes.

21  Q     Okay.  How, if at all, does the residence time in the

22  mobile pool that you've described relate to the recovery

23  half-times that Dr. Santschi derived?

24  A     The one compelling explanation for the -- the timescale

25  of recovery is the -- is that it basically represents the rate

GEYER - DIRECT EXAMINATION/BERNARD

1    at which clean sediment from over the Veazie Dam -- there's

2    clean sediment input -- relatively clean.  We've already

3    talked about how clean is clean.  But the relatively clean

4    sediment coming into the system is diluting the mercury and

5    providing a -- a recovery timescale.  So that the -- if we

6    just think of the system as being -- the recovery of the

7    system is determined by the recovery of the mercury

8    concentration, the change in mercury concentration of the

9    mobile pool, if we just thought of that as completely

10   describing the system, then the recovery timescale would be --

11   would be comparable to the residence time of sediment within

12   the mobile pool.

13   Q    Were your measurements intended to be used to estimate

14   recovery half-times?

15   A    That was not the original intent.

16   Q    Okay.  If you wanted to determine a recovery half-time

17   for the Penobscot System, what data would you use?

18   A    I would use -- I would focus on two approaches:  One

19   being the -- the technique that was -- that was described

20   yesterday looking at the time -- the vertical distribution of

21   mercury within cores using -- using the vertical as a proxy

22   for time; and the other way would be to -- to use as much

23   historical data as could be amassed to look at the -- the --

24   look more directly at the -- the temporal recovery of mercury.

25   Q    What -- what are you referring to when you say

1 historical data?

2 A    For instance, data from the 1970s, when -- when mercury

3 concentrations were estimated, and then looking at -- so -- so

4 looking at the actual time cores of concentration based on --

5 on measurements that have taken place from the 1970s until the

6 present.

7 Q    And -- and is that your understanding of what

8 Dr. Santschi did?

9 A    His -- the main focus was -- was looking at the -- the

10 vertical distribution.  He -- he also tried looking at -- at

11 the -- using his own data from, I believe, 2006 until the --

12 in the -- or the study -- the Study Group's data from about

13 2006 to the present, which is a very small timescale to use

14 for -- for recovery.  So there's not much -- it's hard to get

15 accuracy in -- in the -- that's in the category of historical,

16 looking at how the near-surface concentrations are decreasing

17 in time, but such a short period of time that it's hard to get

18 a statistically significant measure.

19       So the -- the down core estimation is -- is more robust

20 for the -- for the kind of data that -- for the -- for the

21 collection of data that Santschi's working with.

22 Q    So is the down core data the data you understand

23 Dr. Santschi to have analyzed?

24 A    He's -- yes, he's done that, and he's also looked at the

25 -- I think he's used a -- a couple of different methods to get

1    an estimate of the recovery timescale, but the -- the one that

2    -- that I believe he has the most confidence in is the -- is

3    the down core.

4    Q    Okay.

5    A    Data.

6    Q    Now, are the -- are the sediment core data, in your

7    view, do they provide the most accurate estimate of system

8    recovery of the data that exists regarding the Penobscot?

9    A    Yes.

10   Q    Okay.  And are you familiar with Dr. Santschi's data and

11   analysis?

12   A    Yes.

13   Q    Okay.  And do you believe that your data are consistent

14   with his?

15   A    Yes.

16   Q    Please explain.

17   A    They -- um, before we -- before we went out to -- to

18   collect the 200 grab samples, I wanted to -- and one of the

19   motivations for doing that was to determine whether the

20   physical processes and the -- and the distributions of

21   sediment in the system were consistent with his long half-time

22   estimate because I -- I was struck by how long that was.  I

23   didn't expect that a system that's this -- this size and with

24   this kind of energy to have such a long timescale of recovery.

25        And so I knew that there had to be a lot of mud out

1   there.  If -- -- if his assertion was correct, there had to be

2   a lot of mud out there, and I wanted to go see if we could

3   find at least some of it.  And so I -- I was motivated to --

4   to determine whether I could essentially disprove the

5   hypothesis that there was a large enough mobile pool to

6   account for his long half-times.

7         And so I could not disprove the hypothesis.  I found

8   enough mud to -- to support the hypothesis.

9   Q     You said in your deposition that your observations about

10  the mobile pool link with Dr. Santschi's observations about

11  the geochemical data that -- that you weren't working in a

12  vacuum.  Do you remember that?

13  A     That's correct.

14  Q     And please explain what you mean by that.

15  A     That the interpretation of the -- the processes should

16  not be -- we shouldn't rely on only one line of evidence.  We

17  should see whether the lines of evidence are consistent with

18  each other, and -- and particularly focus on the

19  inconsistencies.  I mean, that's basically what we -- what

20  scientists spend most of our time doing is focusing on

21  inconsistencies and try to determine whether those

22  inconsistencies indicate that there's something wrong with our

23  theory.

24        And so one of the inconsistencies at the outset was that

25  given the energy level and rates of movement in the system, I

1   didn't expect that there would be such long residence times,

2   and so -- so we had to figure out what the size of the -- of

3   the pool -- or at least -- at least determine whether it was

4   plausible that the size of the mobile pool was large enough to

5   be consistent with -- with his -- his estimates.

6   Q     And did you -- did you find that --

7   A     Yeah, we found that to be the case.  And my -- my

8   estimates tend to be -- my residence time estimates tend to be

9   slightly shorter than his estimates, and that's because --

10  well, I don't know why that is.  But -- but one explanation

11  could be that the -- that there are places where the mobile

12  pool is deeper than I had estimated.  I mean, there's a sort

13  of a list of -- of possible reasons, including that the -- the

14  amount of sediment that -- that actually goes into the mobile

15  pool might be less than the -- than the -- than the fraction

16  that -- that I determined in my calculation -- that I used for

17  my calculations.

18  Q     Okay.  And, again, we're almost at the estimate of the

19  size of the mobile pool, but -- but just before we get there,

20  are you familiar with some of the profiles in the cores, these

21  kind of mercury spikes and then, you know, what happened after

22  that?

23  A     Yes.

24  Q     Okay.  Please briefly describe your understanding of

25  what those core profiles show.

1   A     Well, there's certainly a number of core profiles that

2   show irregularities in the -- in the concentration that are

3   hard to interpret in terms of a -- a uniform decrease in

4   concentration, and so -- and then there are other -- there are

5   other profiles that show a well-behaved, uniform monotonic --

6   in other words, just decreasing concentrations of mercury

7   starting with the -- with around 1970, you know, dating to

8   around 1970, and showing -- but in some cases, they do show a

9   more rapid decline in the early 1970s, or the -- the -- maybe

10  the first decade -- let's say through the 1970s than they do

11  later on.

12  Q     And is that consistent or inconsistent with what you

13  found in terms of the mobile pool?

14  A     I think it's readily -- I think it's consistent with --

15  with my understanding of the way the mobile pool behaves and

16  the way we hypothesized that the mobile pool was formed -- or

17  that the mercury concentration evolved in the mobile pool from

18  the 1960s to the present.

19  Q     And please briefly explain to the court what that

20  consistency is that you found.

21  A     Right.  So the mobile pool was there before mercury was

22  there, but then when the -- when mercury started being

23  introduced to the system, it was -- it was initially

24  introduced at higher -- high concentrations, and the -- and it

25  took between seasons and years for the -- for the mercury

1    concentration within the mobile pool to become uniform.

2         So there's going to be -- there was some time

3    period, which I would -- I would hypothesize to be several

4    years in which the mobile pool equilibrated -- it didn't

5    equilibrate, but it -- it homogenized with respect to inputs

6    of mercury.

7         And during that time -- and during the -- the first --

8    during the 1970s, if we consider the sediment in Mendall

9    Marsh, the -- the delivery of mercury to Mendall Marsh

10   initially was not from the mobile pool.  Initially it was from

11   the hotspot, but from the -- the direct input of -- of -- of

12   contaminated sediment.

13        And so -- so -- so initially, there's going to be much

14   higher concentrations of sediment coming into Mendall Marsh.

15   As time goes on, more and more of the mercury is -- is

16   residing in the mobile pool rather than in the hotspot, and --

17   and so as time goes on, more of the mercury is going to be

18   coming from the mobile pool and less from the hotspot.

19        So that -- that change in the source conditions of the

20   mercury that probably occurred through the course of the 1970s

21   would result in a steeper decline in the 1970s of

22   concentration than you're going to get once the only thing you

23   see is sediment coming from the mobile pool.

24   Q    Does your work, the work you did in the Penobscot, by

25   itself have predictive value, do you think, in terms of

1    assigning a recovery rate to the system?

2    A    Not -- not that would hold up in court.

3    Q    Well, given the present setting, let me just remind --

4    in your deposition, you said, I definitely don't want anyone

5    to think that we should adjust their estimates based -- of

6    recovery half-times based on my calculations; is that a

7    fair --

8    A    I think that's another way of saying what I just said,

9    yeah.

10   Q    Okay.  That's the courtroom way of saying it.  And is

11   that a fact that you made clear to Dr. Rudd, or whoever you

12   dealt with on the Study Panel?

13   A    Yes.

14   Q    Okay.  Let's talk about the estimated size of the mobile

15   pool.  Did you try to estimate its size?

16   A    Yes.

17   Q    By what means?

18   A    By assigning spatial areas for different -- I divided

19   the -- the study area into I think 12 or 14 different

20   segments, and then based on the -- the average concentration

21   within those segments and the area of those and then an

22   estimated depth, I came up with a -- an accrued estimate of

23   the size of the mobile pool.

24   Q    Is it really possible to determine the size of the

25   mobile pool from the measurements you made?

GEYER - DIRECT EXAMINATION/BERNARD

1   A     It's possible to come up with an estimate.

2   Q     Okay.  You called it a crude estimate.

3   A     Yeah.

4   Q     Okay.  You mentioned one problem -- and I just want to

5   make sure that there's nothing to add about this -- but you

6   said that one issue -- withdrawn.  One limitation in the data

7   you collected is that you took grab samplers with an

8   instrument that only went down 10 centimeters and some of your

9   samples were filled, and you don't know how much more mud

10  there might have been in the sediment?

11  A     That's correct.

12  Q     Okay.  Are there other -- is that the central factor, or

13  is there anything to add to it?

14  A     No, I'd say that even -- even within one sample -- the

15  thickness of the -- of the mobile pool within that sample is

16  -- is -- is not -- the inaccuracy's probably 30 percent or

17  something for -- within one sample.

18        And then there's another -- another factor, which I

19  probably haven't talked about enough with other members of the

20  Study Group, and that is that because the -- the definition of

21  the mobile pool with respect to mercury really has to be -- we

22  have to think of it in terms of the timescale that the -- the

23  mercury resides in the system, and so the fact that the

24  mercury's residing over -- over decades, the processes that

25  are responsible for remobilization -- we have to consider

1  processes that might happen at timescales that approach the

2  decadal timescale.

3      So there might be fairly rare -- rare events that --

4  that remobilize sediment, that bring sediment into the mobile

5  pool, that may only -- you know, happen -- let's say happen

6  every five years, that mobilize some sediment, mix it with --

7  with the rest of the mobile pool.  And so once that sediment

8  that -- that got remobilized once every five years gets mixed

9  in with the mobile pool, we can't tell that sediment from --

10 from any other mobile-pool sediment.

11     And then some part -- some portion of that then gets

12 sequestered for another five years, and turns black and

13 becomes consolidated, but then, you know, so that in my

14 sampling method, I would say, well, that's not part of the

15 mobile pool, but then some rare event remobilizes that

16 consolidated sediment.

17     And I would say those -- that's -- that's a possibility.

18 It's a possibility that we don't really have good numbers on,

19 but it's part -- it's part of the -- the physics of the system

20 that -- that adds uncertainty to the -- to the -- to our

21 estimate.

22     So -- so assigning old versus new mud is not the whole

23 story.

24 Q    What -- what is your crude estimate of the size of the

25 mobile pool from Bangor to Fort Point?  Do you remember?

1  A      I think it's something like 400,000 tons.

2  Q      And did you assign an uncertainty factor there in a

3  percentage?  Do you remember?

4  A      I don't remember.

5  Q      Okay.  Now, you indicated that there are lots of

6  uncertainties, and you've described them.  Do the uncertainty

7  factors point in any one direction from your estimate?  In

8  other words, do the uncertainty factors, in your mind, do you

9  think would it tend to make you think that you've

10  overestimated the size of the pool or underestimated it?

11  A      I think there -- there are more -- there are more

12  factors that would -- that would push in the direction of --

13  of -- of underestimating.  But the -- the -- the -- if we go

14  back to the residence time, the rest -- the factors can go

15  either way because of the -- because of the input.  If we're

16  stick -- sticking with the mobile pool -- that's what you're

17  asking about --

18  Q      Yes.

19  A      -- it's -- yeah, the -- the factors tend to be on the --

20  on the underestimating side.

21  Q      If you are asked to better constrain the size of the

22  mercury-contaminated sediment pool in the Penobscot, how would

23  you do it?

24  A      I would use sediment cores, not grab samples, and I

25  think that the -- we would probably want to use a -- a corer

1    that could penetrate, let's say, 50 centimeters, and then

2    maybe have a longer one for -- that we would -- if we -- if we

3    -- if we got mobile sediment all the way down to

4    50 centimeters, we have a longer one that we use for those

5    special cases.  That would -- we wouldn't need that very

6    often, but then do -- we would probably need something like

7    300 or 400 samples.

8    Q    And how many different surveys would you do if -- in

9    terms of covering seasonal variation or something like that?

10   A    I'm not sure we'd need to -- to deal with the seasonal

11   variation.  I think that -- I mean, that's something I would

12   be -- I would be very eager to pursue that seasonal variation

13   question, but the -- but I think as far as an inventory, you

14   know, you can just pick a -- a time.  The main thing is to --

15   to really work it, to really -- to really get as -- put as

16   many holes in the bottom as you can.

17   Q    So you would do some number of hundred of cores, many of

18   them down to 50 centimeters.  How much time would that take

19   you to do in the field?

20   A    The fieldwork would be probably, um, probably five days

21   probably of fieldwork.

22   Q    And how long would it take you to analyze those data?

23   A    Well, now, the analysis would be, um -- we would do

24   something besides new mud and old mud if we were -- if we were

25   doing a more rigorous analysis.  And so -- so we really have

 1  to go into -- there would have to be some geochemistry that --

 2  I mean, it's very important to measure down-core mercury and,

 3  you know, do -- you know, to do the full sweep of

 4  geochemistry.  So there's other people that could probably

 5  answer those questions better than me.

 6  Q    Do you have a sense, though, of an estimate of about --

 7  you said it would take -- I think you said five days in the

 8  field, or something, but about how long it would take to, if

 9  you analyze the full suite of data you think are appropriate,

10  about how long that would take?

11  A    Well, I think that it -- there's significant cost

12  because you'd want to do radionuclide studies, and so you'd

13  probably want to have several labs involved in order to be

14  able to get, for instance, beryllium 7 counts.  Beryllium 7

15  has a 53-day half-life, so the -- so you can't wait too long

16  to do the --

17       (Interruption by the court reporter.)

18  A    53 years.  Look at the person who actually knows the

19  answer to see whether I've got it right.

20       But it's -- it's something like 53 years, and the -- um,

21  and so -- yeah, I -- I really can't say, and I think that

22  there should be discussion about what -- whether -- whether

23  the full suite should be done with all the samples or whether

24  there's some proxies that would -- that would -- I mean, it

25  really depends on how important it is, and because if it's

1  important enough, then you want to do everything on every

2  sample, and so you might be spending, um, a lot of money per

3  -- per core.  I mean, but that really -- because if you're

4  doing -- if you're doing down-core analyses -- we were -- we

5  were doing one -- we were taking one grab sample and -- and,

6  you know, one mercury number per grab sample, and if you're

7  doing this right, then you're really looking at a down-core

8  distribution, so you really need to put some effort into the

9  -- into that analysis.

10  BY MR. BERNARD:

11  Q    Okay.  This -- this is work that can be done, I mean,

12  it's -- it's feasible to do this work?

13  A    Oh, yes.

14  Q    Okay.  Now, you mentioned earlier -- and I'll just put

15  Plaintiffs' 43 back up, if it helps, that there are these

16  trapping zones, and I believe you said -- correct me if I'm

17  wrong -- that there are fine-grain sediments that settle in

18  these zones?

19  A    That's correct.

20  Q    And do you have a sense of how long they stay there?

21  A    We -- we believe that -- that a major timescale of

22  mobility is the seasonal timescale.  So -- so that in the --

23  for instance, the -- the -- the trapping zone adjacent to

24  Mendall Marsh, the -- when we go there in April during

25  high-flow conditions, there's no fine sediment there.  It's

1    just -- we get sand.

2        And then we come back in -- in June, we have a full bar

3    -- we have a full grab sample of -- of sediment.  So that's an

4    example where there's a seasonal -- let's say -- let's say an

5    annual cycle, but it's probably shorter than an annual cycle

6    because as the river flow changes.

7    Q    Hm-hmm.  Would it be feasible, from your point of view,

8    to remove some of the mobile sediment that settles in these

9    sediment-trapping zones?

10   A    As a -- as a -- as a means of remediation?

11   Q    Yes.

12   A    Is that what you mean?  It's -- it's -- um, I'm not

13   sure.

14   Q    Okay.  Is it -- is there a natural process by which

15   there's a kind -- kind of a focusing of these fine-grain

16   sediments in the trapping zones that you've identified?

17   A    Well, as I've said, the Bucksport trapping zone is the

18   most pronounced, and so the largest amount of -- of sediment

19   -- of mobile sediment does accumulate in -- in Bucksport, and

20   so if -- if the -- if this approach were going to be used,

21   then that might be a good candidate for -- as a place to

22   remove sediment.  The --

23   Q    Do you think that's worth exploring?

24   A    Yes.

25   Q    Okay.  Do you believe that the removal of mobile

1    mercury-contaminated sediments from one or more of these

2    trapping zones would accelerate recovery of the ecosystem?

3    A    Yes.

4    Q    Okay.  You mentioned in your deposition that removing

5    mercury-laden sediment is inherently valuable.  Do you

6    remember that?

7    A    Yes.

8    Q    What do you mean by that?

9    A    Because mercury is causing harm, and so if we can remove

10   it from the system, each mercury molecule that gets removed is

11   not going to cause harm in this environment.

12   Q    Just a few questions on the expert report of

13   Dr. Connolly, who's one of the defendants' expert witnesses.

14   Did you review his expert report?

15   A    Yes.

16   Q    Okay.  And are you familiar with what he said or opined

17   about the concept of the mobile pool?

18   A    Yes.

19   Q    Okay.  And what is your understanding of what he opined?

20   A    He -- he was skeptical about the -- the details of the

21   way that the mobile pool was described, particularly about,

22   um, issues related to the, um, rate of oxidation of sediment.

23   Q    And do you have a view concerning his view?

24   A    Yes, although I believe that his view -- I -- I learned

25   more about his view reading his deposition, in which he --

1    because in his -- in his report, he didn't admit that there

2    was such a thing as a mobile pool.  But then in his

3    deposition, he agreed that there is such a thing as a mobile

4    pool.  So we -- we made some progress in at least agreeing

5    that we can talk about a mobile pool.

6         And then the -- um, the issue of rates, I believe

7    represents a misunderstanding or that we're -- that the two of

8    us are talking about two different things.

9    Q    Please explain.

10   A    The -- I've explained in -- in my testimony that's come

11   up until now what I mean by a mobile pool is sediment that,

12   within a timescale of -- as long as -- as much as five years,

13   might get remobilized, and so in that -- in that five-year

14   time frame, let's say four and three-quarters years in which

15   that sediment was lying dormant, it can become completely

16   anoxic, and, in fact, sediment can become anoxic in a very

17   short amount of time, but the -- it -- it doesn't have to have

18   oxygen to be part of the mobile pool.  It's just having oxygen

19   in it is an indication that it has recently been remobilized,

20   and so it -- it provides -- it's a necessary, but not

21   sufficient condition to indicate that it's part of the mobile

22   pool.

23        And so -- so that it's a -- the -- and the -- the

24   question of whether it's oxygenated or whether it's suboxic,

25   these are all details that he seemed to be challenging my

1    concept with.  But it's -- it's -- suboxic is -- is still --

2    suboxic being that there's no -- there's no free oxygen, but

3    you still have light-colored sediment.  That's strong evidence

4    of recent mobilization.  But it doesn't necessarily -- it

5    doesn't mean there's oxygen in that sediment.

6         So he was arguing about details which were -- which were

7    really indicating that we're not agreeing about what we mean

8    by mobile pool.

9    Q    Are you familiar with his opinion that mercury spikes in

10   the cores with this rapid initial decrease in mercury in the

11   cores is inconsistent with the mobile pool?

12   A    Yes, I'm familiar with that.

13   Q    What is your view, if any, about that?

14   A    My view, as I explained earlier, that the -- the --

15   early in the -- in the -- the period of -- that the -- the

16   sediment was -- that the mercury was being redistributed

17   within the estuary, there were -- there would have been

18   significant direct delivery of -- of mercury-laden sediment

19   from -- from the hotspots to depositional areas without --

20   without it going through the mobile pool.

21        So I -- I believe that what we're seeing is -- is a

22   change in the -- in the pathway of mercury that -- that, as

23   time went on, more and more of the mercury was going through

24   the mobile pool on its way to become deposited, whereas in the

25   -- in the -- over the first decade, there was more direct

GEYER - DIRECT EXAMINATION/BERNARD

1218

1    delivery of contaminant to the -- to the depositional areas.

2    Q    Just one more thing about Dr. Connolly's report.  Did he

3    assume a particular settling velocity of fine particles when

4    he was talking about the -- a concern about sediment traps?

5    Do you remember that?

6    A    I -- if -- it would help if you refreshed my memory

7    about what he said.

8    Q    Did he -- did -- did you find a certain settling

9    velocity for particles?

10   A    I found -- I made estimates of settling velocity between

11   1 and 2 millimeters per second, provided the most accurate --

12   most consistent estimate with our data.

13   Q    Right.  And you told me in your -- or you said in your

14   deposition that Dr. Connolly's view is that it's two orders of

15   magnitude slower than that.  Do you remember that?

16   A    As you refresh my memory, I do remember.

17   Q    Okay.  Please tell me what -- what your view is, if any,

18   about that disagreement.

19   A    That the -- that that estimate -- his estimate is not

20   consistent with our data.

21   Q    Based on your experience and expertise and on the data

22   you collected and analyzed in the Penobscot, are you confident

23   that removing as much of the mercury-contaminated mobile pool

24   sediment as possible will accelerate recovery of the Penobscot

25   ecosystem?

1  A      Yes.

2            MR. BERNARD:  Nothing further, Your Honor.

3            THE COURT:  Cross-examination?

4                        CROSS-EXAMINATION

5  BY MR. TALBERT:

6  Q      Good morning, Dr. Geyer.

7  A      Good morning.

8  Q      You were contacted to take part in the Penobscot River

9  Mercury Study sometime around the fall of 2009, correct?

10  A      Right.

11  Q      And I believe, as you testified earlier, your initial

12  work was really to collect field data to be used in the

13  multicell model, correct?

14  A      That was not my complete understanding of it.  My intent

15  was always to provide physical insight about the processes,

16  but -- but that was -- um, I believed that that was the -- the

17  Study Group's preliminary interest in my -- that was the

18  initial -- their initial interest until I convinced them that

19  there was a broader mandate.

20  Q      And you, I think as you explained earlier, you're an

21  expert in -- in hydrodynamics and sediment transport, correct?

22  A      That's correct.

23  Q      In fact, you have a lot of experience studying estuaries

24  in the U.S. and, actually, in -- in the world?

25  A      Yes.

1   Q      Have you worked on remediation projects before?

2   A      Yes.

3   Q      And which projects have you worked on?

4   A      I've worked on a project in New Bedford Harbor, looking

5   at the fate and transport of PCBs, actually it wasn't exactly

6   remediation, but it was a -- it was assigning -- determining

7   who -- who the principal contributor of the contamination was.

8   Q      You were the primary author for Chapter 7 in the -- in

9   the Phase II Report?

10  A      Um, I'm not -- I'm not a hundred-percent sure of the

11  chapter numbers, but, um, I suspect that that's the number.

12  Q      I'll just put it on the screen just to refresh your

13  recollection.

14  A      That would help, actually.

15         MR. TALBERT:  Switch over to this.

16  BY MR. TALBERT:

17  Q      Is this your -- your chapter?

18  A      Yes, Chapter 7, right.

19  Q      All right.  Did you have any role in drafting Chapter 8,

20  which is the next chapter, looking and analyzing mercury

21  concentrations on different sizes of sediments?

22  A      I -- I made some contributions, and -- and had

23  discussions that were led -- led to the results that were

24  shown there.

25  Q      Okay.  But prior to the issuance of Phase II, you did

1   not review that final chapter; is that correct?

2   A     No.

3   Q     Also, with respect to the remediation chapter, when the

4   Phase II Report was issued, that was not a chapter that you

5   had reviewed, correct?

6   A     No.

7   Q     I want to understand -- step back and understand where

8   we are currently in terms of data collection and understanding

9   and then talk a little bit about next steps.

10        But, first, just to back up with respect to the data, is

11  it fair to say that, you know, in the initial data collection

12  season in 2010, that there were -- there were some issues with

13  the collection of that data?

14  A     Yes.

15  Q     And can you just explain what those issues were?

16  A     We had -- um, there was one -- one trip in which the --

17  the -- the instrument that we profiled from the -- from the

18  vessel was set at the wrong sampling rate, so we got very --

19  we -- we didn't get adequate vertical resolution of the water

20  properties during one of our -- one of our trips.

21  Q     Was this the shipboard surveys?

22  A     Yes.

23  Q     Okay.  And what was the -- what were those shipboard

24  surveys meant to -- what was that information meant to

25  provide?

1   A     To show the distribution of suspended sediment and

2   salinity and velocity during different tidal phases and

3   different river flow conditions.

4   Q     And the shipboard surveys really didn't get full

5   characterization in 2010, correct?

6   A     They did a very good job of -- of resolving the

7   variability.

8   Q     Okay.

9   A     I mean, I think that there's always -- there's always

10  more data that could be -- you could -- instead of going

11  12 hours, you could go 24 hours.  I mean, there's always more

12  data that you could obtain.

13        Whether you've adequately defined the variability is a

14  totally subjective statement.

15  Q     With respect to the optical instruments, did you have

16  some problems with those in -- in the 2010 sampling season?

17  A     That's the problem I just described.

18  Q     It's the same -- same problem?

19  A     Yes.

20  Q     And I think at your deposition, you had mentioned that

21  you would have liked to have more water samples in the 2010

22  season; is that correct?

23  A     That's correct.

24  Q     Okay.  I also think you said that you would not put too

25  much weight on the 2010 season sediment data; is that correct?

1   A     Suspended sediment data, that -- that's -- that's what I

2   meant.  The suspended sediment, yes.

3   Q     Okay.  But at least in 2010, you were able to use that

4   data and determine that you believed that there were some

5   trapping zones within the system.

6   A     That's correct.

7   Q     So you set out to do a -- a larger-scale survey of the

8   main stem in -- in 2011, correct?

9   A     That's correct.

10  Q     And your field study in 2011 also included side-scan

11  surveys, correct?

12  A     No, that was 2010.

13  Q     Okay.  So in 2011, you did not do the side-scan surveys?

14  A     That's correct.

15  Q     Did you also do bottom-sampling in -- in both 2010 and

16  2011?

17  A     Yes.

18  Q     And you -- you took some additional grab samples, it's

19  my understanding, to try to make up for some of the

20  inconsistency in the -- the side-scan data; is that correct?

21  A     No, I think we -- we -- we wanted to come to a fuller

22  characterization of the -- of the seabed properties.  I -- I

23  wouldn't say that it was -- it was closely related to the

24  side-scan effort.

25  Q     Can you then describe -- I guess just differentiate what

1    the side-scan surveys were meant to provide as opposed to the

2    -- the grab sample data.

3    A      Originally, the side-scan data were an attempt to

4    provide a -- to extend the spatial coverage and provide more

5    spatial delineation of -- of differences in -- in sediment

6    properties.

7           We -- we found, um, consistent with -- with Dr. Bodaly's

8    comments yesterday, that the -- that some of our -- some of

9    our efforts were less pro -- bore less fruit, were less

10   productive than others, and the side-scan effort was one of

11   those examples of something that -- that bore less fruit for a

12   couple of different reasons.

13          But one of them was that we couldn't -- we didn't feel

14   that we could actually distinguish old mud and new mud or

15   depositional versus -- versus, um, non-depositional zones with

16   the side scan, and that's partly because of the complex

17   geometry of the system.  And it was -- it's a difficult place

18   to do side-scan surveys because of the -- the very rapid depth

19   variations.

20   Q      Did you take any samples above Bangor?

21   A      Yes -- oh, no, not above Bangor, no.

22   Q      So -- so Bangor would have been the -- the extent, the

23   sort of northerly extent of -- of sampling?

24   A      That's correct.

25   Q      And some of your -- your efforts, I believe you said the

1    grab sampling is not a particularly quantitative way of

2    figuring out how sediment is -- is oxidized in the system.

3    A    I don't recall saying that.

4    Q    Let me rephrase.  Is it fair to describe the analysis

5    you did to distinguish the various types of muds as more

6    qualitative rather than -- than quantitative?

7    A    I -- I can't agree with that because it depends on what

8    -- what it is that you're trying to quantify.  If you tried to

9    quantify the -- the -- what's called the EH, which is the --

10   the electronegativity of the sample, then the -- then color is

11   not -- is not the most precise method.

12        But if you're trying to determine the amount of sediment

13   that's experienced a certain environment, then it could be --

14   it could be the most quantitative if you use, for instance,

15   photo -- a photographic method and then just measure the

16   thickness on a photograph.  So it -- it depends on what it is

17   that you're quantifying.

18   Q    Well, in terms of characterizing the -- the oxidation of

19   the -- of the muds and putting them in the two categories, is

20   it fair to say that some of the methods you used were really

21   more on the qualitative sense, they were -- there were

22   quantitative methods that could have been employed like using

23   a color scale or taking X rays of the mud or, you know, those

24   types of -- of quantitative approaches?

25   A    Again, it's -- it's really a matter of what it is you're

GEYER - CROSS-EXAMINATION/TALBERT

1    trying to quantify.  If you're trying to quantify how much mud

2    -- let me -- let me give an example that would illustrate my

3    point.

4         Let's say there's only two kinds of sediment out there,

5    gravel and -- and sand.  And the gravel is fist-size gravel,

6    cobbles, then -- and you need a very precise estimate of how

7    much gravel do you have and how much sand do you have.  It

8    doesn't matter whether you're very precise about measuring how

9    big the cobbles are, what's important is you measure how --

10   how much of the cobble category you have versus the sand

11   category.

12        So -- so precision sometimes is not did you -- did you

13   measure the -- the quantity that's distinguishing these two

14   populations, that's not -- that's not necessarily where the

15   precision comes from.  The precision comes from the accuracy

16   with which you determine how much of the different categories

17   you have.

18   Q    And for -- for your purposes, you felt that doing the

19   visual observations were -- were sufficient; is that right?

20   A    Yes, it was -- it was definitely sufficient.

21   Q    Okay.  And can you just define for us what -- what your

22   -- your purpose in the -- I guess the 2010 and 2011 sampling

23   was?

24   A    Yeah, the purpose in 2010 was to provide -- of the -- of

25   the grab sampling in 2010 was to relate the observations --

1    the -- the water column observations of resuspension with the

2    bed characteristics.

3        And the 2011 observations, the main purpose was to -- to

4    determine whether or not there was an identifiable mobile pool

5    and how big that mobile pool was.

6    Q    And we'll get at this a little bit later, but it's my

7    understanding that the 2011 sampling was not really meant to

8    provide a, you know, accurate estimate of the size of the

9    mobile pool, that wasn't the full --

10   A    The -- the purpose of it was to provide a consistency

11   test of the hypothesis of Santschi's -- or at least the

12   hypothesis that Santschi's data could be explained by a mobile

13   pool.

14   Q    When you established your work plan for this project, is

15   it true that the mobile pool had not yet been identified in

16   the system?

17   A    That's correct.

18   Q    Okay.  And I think you said in your deposition the first

19   key evidence you found that there was a mobile pool in the

20   Penobscot was time series data from your moored instruments;

21   is that correct?

22   A    Yes.

23   Q    Can you explain that?

24   A    We observed a strong seasonality to the -- to the

25   integrated transport of sediment at the -- at the Winterport

GEYER - CROSS-EXAMINATION/TALBERT

1228

1  mooring.  So we had -- we had an instrument at Winterport, and

2  it showed that during the period of high flow, starting in

3  early April, the -- there was significant southward transport

4  of sediment, and then that -- that -- and the southward

5  transport of sediment was much greater than the amount of

6  sediment that was actually -- that's been estimated to come

7  over the Veazie Dam.  I think it might be a factor of 10

8  greater amount of sediment.

9       And then that -- that transport reversed for the rest of

10  the deployment, and so we -- it showed a northward transport.

11  So it shows that much more sediment than the actual annual

12  input moved back and forth past this station.

13  Q    And did you first inform the Study Panel about the

14  mobile pool at the meeting in Jackson Hole in June of 2011?

15  A    We -- we definitely discussed it then.  I'm not sure

16  whether that was the first time that I -- um, that I let them

17  know about it.

18  Q    Do you recall when the -- the first time was that you

19  notified them?

20  A    No.

21  Q    Okay.  Let's move to the size of the mobile pool.  Is it

22  the size of the mobile pool that determines whether it has an

23  important impact on, I guess, the fate of controlling recovery

24  in the system?

25  A    Yes.

1   Q     In the Penobscot, is it fair to say that the current

2   mass of the mobile pool is currently uncertain?

3   A     Yes.

4   Q     And the -- is it the thickness of the mobile pool that

5   is currently the greatest unknown?

6   A     If we think of thickness as a variable that's -- that's

7   got, um, spatial coordinates to it, so that we have a -- it's

8   a -- so if you look at a map of the system, there's a -- a

9   thickness is a function of latitude and longitude, then that

10  -- yes, that would be the biggest uncertainty.

11  Q     And I believe you explained this earlier, but there's --

12  there's also potentially this element of interannual

13  variability in the size the mobile pool; is that correct?

14  A     I wouldn't say it's interannual variability of the size

15  of the mobile pool because we -- the way that I defined the

16  mobile pool is that it's a -- it's something which has a

17  certain size averaged over decades, and so it's a question of

18  whether the -- the -- the processes that -- that allow

19  sediment to be -- to be incorporated in the mobile pool have

20  interannual variability.

21        The size of the mobile pool is something that's -- it

22  only means anything on a long-term average -- in a long-term

23  average sense.

24  Q     If you were to try to measure the size of the mobile

25  pool in -- in one year and then come back and try to measure

1   it three years from now, could you get different numbers?

2   A     Yes.

3   Q     So in that sense, is there interannual variability in

4   the size?

5   A     No, there's interannual variability in your estimate.

6   Q     Can you please explain that?

7   A     It reminds me of the problem of sea-level rise that --

8   when we consider -- when we consider global sea-level rise and

9   somebody wants to know, well, how -- how much did sea level

10  rise this year?  The only way you really know what -- what the

11  rate of global sea-level rise is to have many years of data.

12  And so you -- and so this is a similar problem where we're

13  really talking about something which -- which -- it's

14  impacting this -- this -- something which has a -- a 20-year

15  timescale.  And so we really have to integrate all the -- all

16  the processes that contribute to that 20-year timescale.

17  Q     And what are the factors that would influence the size

18  of the -- of the mobile pool year to year?

19  A     The -- the mobile pool is not -- is not changing in size

20  year to year.  It's the -- the sediment which is recently -- I

21  mean, there's -- different sediment is going to be mobilized

22  at different times, and the -- and the -- the integrated

23  influence of -- of this accumulation of events that occurs

24  over some timescale determines the -- the, um -- your -- ah,

25  ultimately determines the size of the mobile pool.

GEYER - CROSS-EXAMINATION/TALBERT

1    So to -- to answer the -- the -- um, the key -- the key

2  factors that influence interannual variability are the -- the

3  size of the river flow events, for instance, how -- how big a

4  peak river discharge is there, the -- and the -- the timing of

5  those -- of the strong river flow with respect to the spring

6  leap cycle.  So that -- those are -- those are important

7  factors that contribute to the -- the intensity of the

8  interannual variability of intensity of erosion and

9  remobilization.

10  Q    Maybe I should clarify that what I understand you to say

11  is the interannual variability in the -- in the estimate of

12  the mass of the mobile pool, would that depend on which

13  sediments are -- are mobile in a particular year?

14  A    Yeah, which sediments have been mobilized.  That -- that

15  would -- that would affect the -- the estimate, yeah, I think

16  we agree now, yeah.

17  Q    Okay.

18  A    Yeah.

19  Q    So some -- some years, you may have certain areas that

20  are not as mobile as others.

21  A    That have not been mobilized, right, right.

22  Q    Okay.  Let's switch gears and talk about just the -- the

23  location of the mobile pool at different time periods.

24    How do you -- I think with Mr. Bernard, you discussed a

25  little bit about what you would do to -- to measure the size

1   of the mobile pool.  And I guess, to back up a little bit, I

2   want to understand a little bit better, understanding that the

3   estimate could vary, you know, by year, even though by year

4   definition, you're saying that the mobile pool itself is a

5   specific size, but you need to look at averages over time, how

6   would you address that particular issue in -- in terms of

7   measurements?

8   A      Well, I think that -- that the -- um, the last few

9   minutes of discussion have -- have indicated one of the -- the

10  major challenges of using -- using a spatial sampling method

11  to come up with a size for the mobile pool because you're

12  actually, as -- as my testimony has indicated, you're not

13  going to come up with a definitive size, even with a perfect

14  sampling program.

15       And so there's -- so then -- so then a question -- an

16  important question to consider is, what is the -- what size

17  error is there in the estimate?  In other words -- and so --

18  and so this is getting down to the question of, how much of

19  the mobile pool is subject to this interannual versus more of

20  a seasonal?  And my opinion on that is that it's probably, hm,

21  yeah, I -- I -- you know, I might say there's a -- about a

22  30-percent -- I mean, that -- you know, I'm speculating and my

23  speculation comes from most of the energy of the system is --

24  shows up in the annual cycle.  The -- the extreme events don't

25  represent a large additional amount of energy.

1       That's in contrast to systems that have significant

2   hurricane impacts where the -- where you might have much more

3   interannual variability than in a system which is dominated by

4   tidal energy.  In a system dominated by tidal energy and river

5   flow, most of the energy is -- we -- we -- most of the

6   remobilization is probably going to occur on the annual cycle,

7   and so the -- and so we're probably looking at about

8   30 percent.

9       And so given that you just pick one particular year, the

10  year-to-year variations of that estimate are -- would be -- my

11  opinion would be probably you would have about 30-percent

12  uncertainty.

13  Q    Is one of the factors impacting the measurements the

14  amount of loading into the system from above the Veazie Dam?

15  A    That's not a big factor in the -- in the interannual.

16  It's -- it's not the sediment loading, it's really just the --

17  the -- how the river flow changes the, um, the frontal

18  structure.  Because it's the remobilization -- there's much

19  more sediment involved with remobilization than there is

20  sediment input.

21  Q    How does the sediment loading impact your understanding

22  of -- of the trapping in the system?

23  A    It's -- it's important in the sense that the -- the --

24  there has to be loading in order for there to be -- ultimately

25  for there to be sediment in the system.  But this system, the

1  loading of sediment is actually a -- a small fraction of the

2  total standing stock of sediment that we see at any given

3  time.

4      So it's not -- it's not a particularly big part of --

5  what you see in the -- at any given time in -- in the

6  Penobscot Estuary is not very sensitive to the loading.

7  Q    And I believe at your deposition we had some discussions

8  about these sort of five-year events or longer events that

9  could be large, you know, loading events and impact the

10 system.  Do -- do you recall that discussion?

11 A    Not -- not in -- not specifically, no.

12 Q    All right.  Later I will -- I'll grab you that.  But in

13 terms of seasonal variability, I think you -- you discussed in

14 looking at that margin of error, one thing that would factor

15 into that would be these large storm events or high-flow

16 events; is that correct?

17 A    Right, and what I just said is that that probably

18 represents a 30-percent variability compared to the -- to the

19 annual signal.

20 Q    Is there a better way to quantify what that variability

21 may be?

22 A    That's a very difficult problem, and it sort of gets --

23 it's really a research question.  I think that the way we --

24 at least in -- in -- in the general characterization of it, we

25 have to look at the long-term variation of -- of the energy of

1   the system, and the -- and the problem is that, you know,

2   ideally, you would have a long-term time series of near-bottom

3   currents, near-bottom suspended sediment.  That would be a

4   very useful record to use for -- for determining.

5        So -- so because we don't have that, we have to use our

6   knowledge of the -- of the various forcing functions, but we

7   know that -- if we consider one of the factors that influence

8   near-bottom currents, we know that the tides and the river

9   flow are the -- are the big -- the big contributors, and tides

10  are actually more important than river flow.

11       And so -- so we can come up with a pretty good -- based

12  on my experience with estuarine dynamics, understanding tides,

13  and the influence of river flow, I have a fair amount of

14  confidence in the -- in an assessment of -- of what do you

15  expect the ten-year extreme event to be relative to -- to the

16  annual event.  And it's not as extreme as it would be in a

17  river or it would be in a -- in a coastal setting subject to

18  hurricanes.  Much -- much less, in fact, than those -- those

19  environments.

20  Q    Did the Penobscot data show that the nonmobile mud had,

21  on average, lower concentrations of mercury than the mobile

22  mud?

23  A    I don't recall.  I know that it had much more

24  variability.

25  Q    Are you aware of whether the mobile pool changes

1   locations during the year?

2   A      Yes.

3   Q      And can you please explain that?

4   A      That the, um, mobile pool moves with -- as the fronts

5   move.  It doesn't keep up with the fronts, but it -- it

6   catches up with the fronts over the course of time.  So it

7   tends to move further to the south during high-flow conditions

8   and moves further to the north during low-flow conditions.

9   Q      And is -- I'm sorry.  And with respect to the different

10  trapping areas, do -- can those shift throughout the year?

11  A      The intensity of the trapping at each individual area

12  changes through the year.  The -- the trapping areas tend to

13  be the same places, but the -- the -- well, the -- the

14  trapping area near Mendall Marsh is very weak during high-flow

15  conditions because the salt barely makes it to Mendall Marsh.

16         But then during moderate -- moderate to low-flow, that

17  becomes a much more intense trapping area.

18  Q      Is one of the ways that you looked at trapping areas to

19  look at the amount of suspended solids that were moving around

20  at different time periods?

21  A      Yes.

22  Q      Let's just put this up.  I'm just going to show you a --

23  a figure from your report.  This is Figure 7-35 on Joint

24  Exhibit 6-7, which has already been admitted into evidence, on

25  Page 7-38.  And I just want to -- can you just explain what

GEYER - CROSS-EXAMINATION/TALBERT

1237

1    this figure shows?

2    A    It shows regions that we -- that we saw the highest

3    concentrations during our 2010 surveys.

4    Q    Okay.  And so you have three different sampling periods,

5    correct?

6    A    Yes.

7    Q    And -- and what did you find in these different sampling

8    periods?

9    A    We see the -- well, there's these -- these three regions

10   of -- of high-suspended sediment, and the -- what we're seeing

11   in the -- in the -- the main thing we see when we look at this

12   comparison is that the -- that we're seeing less sediment

13   getting resuspended as we move to June, and the -- and we see

14   the -- the -- these three -- they -- the three trapping zones

15   show most clearly in April, and then by the time we get to

16   June, we, um -- we see that the -- we see less resuspension.

17        Part -- part of what we're -- part of the reason -- in

18   fact, the most important reason why June shows so little is

19   because of the spring leap cycle.  The spring leap cycle is

20   the -- related to the phase of the moon, and so the -- the

21   June study we had, we went out during a time that was -- that

22   was -- where there was less tidal energy.  And so we -- we

23   have superimposed on whatever the seasonal cycle of sediment

24   resuspension might be, we have a spring leap cycle, and the

25   spring leap cycle is actually -- probably has more -- causes

1   more variability in suspended sediments than the -- than the

2   seasonal.

3   Q    And -- and what, if anything, does this data indicate to

4   you regarding the mobile pool and -- and the nature of where

5   material is settling?

6   A    It's consistent with there being three trapping zones in

7   this -- in this zone -- in this area.

8   Q    And -- and then is it fair to assume that in May and

9   June, the idea is that the mobile sediments have settled in

10  some location?

11  A    No, I think what it tells us is that we -- that in --

12  well, in -- in June, the suspended -- the tidal currents

13  weren't strong enough to cause the level of resuspension that

14  we saw in April and May.

15  Q    And so thereby those -- those materials are not active,

16  I mean, they're not resuspended in the water column,

17  they're -- they're on the bottom?

18  A    There's less resuspension at this -- at this particular

19  time than -- yeah, I mean, this is not a way of looking at --

20  looking at individual snapshots is not a way of looking at the

21  seasonal cycle.  So if you're trying to draw seasonal

22  information from -- from -- from these snapshots, then it's

23  going to be extremely misleading.

24  Q    Are these the only, I guess, three months that you --

25  you took samples for?

1    A      In 2010, you're talking about.

2    Q      Yeah.

3    A      We -- we had continuous -- more data during this time.

4    Q      And does that extend throughout the entire year?

5    A      No, it was for April through June.

6    Q      Okay.  In other words, right now, do we have any data

7    about the resuspension of material in different times of the

8    year?

9    A      We have data from -- um, we have the grab sample data

10   from August 2011, which indicates that sediment was -- that --

11   that we found mobile pool sediment well north of Winterport.

12   And so -- so that's an important element in indicating the

13   seasonal variability of the mobile pool.

14           THE COURT:  Is this a good time to take a break?

15           MR. TALBERT:  Sure.

16           THE COURT:  We'll take a 20-minute break.  We'll see

17   you in about 20 minutes.

18       (Court recessed from 10:34 a.m. to 11:04 a.m.)

19           THE COURT:  Mr. Talbert?

20               CONTINUED CROSS-EXAMINATION

21   BY MR. TALBERT:

22   Q      Dr. Geyer, I want to slow down for a second and see if I

23   can simplify this.  If -- I want to start by asking you a

24   hypothetical.  If I wanted to go out and try to capture a

25   significant or a large portion of the mobile pool and -- what

1  information would I need -- what would we need to do now to

2  have a better understanding of the location that I should go

3  to in order to capture a lot of the mobile pool and the time

4  that I would want to go there?

5  A      Okay.  The -- the mobile pool moves around, and we have

6  a -- some ability to predict how it moves around based on the

7  seasonal variation of river flow, and -- for example, in the

8  summer of 2011, we found part of the mobile pool extending up

9  past Winterport, so -- some fraction -- it was probably a

10  small fraction, but some fraction of the mobile pool extended

11  above Winterport.  So the -- the low-flow conditions are

12  probably not optimal for identifying the mobile pool because

13  it gets spread so far to the north.

14      And, um, so I think it would probably be more

15  advantageous to go during -- during probably moderate river

16  flow, at least moderate river flow, so that -- so that the

17  mobile pool is all south of Winterport.  And under those

18  conditions, I think it's pretty straightforward.  So -- so

19  it's -- and -- and one could check by taking a line -- several

20  cores to the north of Winterport and confirming that it's all

21  sand up there so that there's no mud to the north of

22  Winterport.

23      And then those -- those 300 samples that I talked about

24  can all be south of Winterport, and, um, when we -- some of

25  the big uncertainty of the size of the mobile pool came from

1    the -- the zone between the south end of Verona Island and

2    Fort Point because we really -- we did see some sediment that

3    looked -- that had the characteristics of the mobile pool in

4    terms of -- of mercury concentration, in terms of -- of color,

5    that we didn't really expect to be that far south.

6         And so I think that the -- that we need to do a good job

7    of surveying the region between Fort Point and -- and south

8    end of Verona Island and determine whether that -- try to come

9    up with some sense of what the -- what the actual mobility of

10   that sediment is.  And in order to do that, we probably want

11   to use some geochemical tools like radiochemical tracers, for

12   instance, beryllium-7 with the 53-day half-life, and I think

13   that the -- the position -- the major part of the mobile pool

14   under -- under just about all circumstances, is going to be --

15   it's going to be centered around Bucksport, and so it's not --

16   it's not that elusive to -- to find.

17   Q    And can you just -- well, let's follow up.  Are there

18   any other geo -- geochemical tracers that you would want to

19   have sampled aside from beryllium?

20   A    Well, I think we -- we would want to use lead-210 and

21   cesium.  We're not expecting that we're getting to the kinds

22   of depths and ages where cesium and lead-210 are -- are going

23   to be instructive.  But the same -- the same method provides

24   those numbers as well, so -- so that -- that's a gamma --

25   gamma counting.

1    And then the -- obviously, the mercury and the -- the

2    sediment -- sedimentological characteristics, and then some

3    geotechnical properties.  That would be -- that would be

4    something that would have been -- would have been useful in

5    our study if we had, for instance, a -- something to measure

6    the sheer strength of the sediment at different levels or

7    perhaps something like the -- the Sedflume that I know that

8    John Connolly is a big fan of -- for measuring the erodibility

9    of the sediment.  Something like that would be very valuable.

10   Q    And then I -- I think you said locating an area like

11   around Bucksport as -- as being an area where we're likely to

12   find a lot of this -- of the mobile pool?

13   A    That's -- that's correct.

14   Q    And --

15   A    Whether that's the -- whether that's where most of it is

16   or whether that's a -- you know, a quarter of it, I -- I'm not

17   sure.

18   Q    And -- and what information -- so, say, we hired -- say

19   Woods Hole was -- was hired, you were hired to investigate

20   that, what would you do to better delineate and figure out,

21   you know, how much is -- is in that location versus other

22   locations?

23   A    Well, we would set up a grid, and the grid would be

24   stratified by -- I mean, we would put more points in places

25   that we thought were likely to have higher concentrations

1    because the -- um, the -- ah, there's more information

2    content -- if we have 30 centimeters of -- of mobile pool

3    sediment, then we want the stations to be closer together,

4    because the difference between 10 and 30 centimeters

5    represents a very big difference there, whereas -- as opposed

6    to 2 versus 4 centimeters someplace else, those -- that's not

7    going to contribute as much to the -- to the volume.

8         But -- so we start with probably a -- a grid of -- of

9    samples, and then as we -- as we locate the -- the -- as --

10   you know, there's -- there's a fair amount that can be done in

11   shipboard identification.  So the -- we could modify, we could

12   add stations in places where it's clear that we're picking up

13   a lot of mud and we should -- we should do better resolution

14   in certain areas.

15        And I think of it as being pretty straightforward.  The

16   shipboard part of this is quite straightforward.  The -- the

17   challenging part is the -- is that the analytical -- the --

18   it's -- it's pretty open-ended as to how much could be spent

19   on analysis once -- once the cores are brought back to the

20   lab.

21   Q    In terms of the -- setting up the -- the grid and taking

22   sediment cores within the -- a grid area to better define a

23   location you think that a lot of the mobile pool would be

24   located, do you have any sense for what number of -- of cores

25   we would be talking about in that kind of a grid?

1   A    I -- I threw out a number of 300 last -- earlier in

2   my -- my testimony, and I think that's a -- that's a good

3   ballpark number to think about.

4   Q    So the 300, I thought you -- you said the 300 would be

5   doing sediment cores from south of Winterport, you know, down

6   to Fort Point, but would the -- would the smaller grid

7   encompass those 300 core samples, as well?

8   A    Right.  The 300 cores would be -- they wouldn't be

9   evenly distributed over that region.  We would concentrate

10  them where we were, first of all, expecting to find more

11  mobile sediment and then where we actually do find sediment

12  that we identify based on what comes on deck that we -- that

13  we would -- we would -- so we might have a -- we might start

14  with 200 that we've set, and then with we're going to add

15  another hundred depending on -- you know, based on -- based on

16  where we feel like we need to fill in.

17  Q    Is there a particular time of year that you would want

18  to take these samples, or does it matter?

19  A    I would say that -- as I said, we don't want to really

20  go to low flow because the -- the mobile pool has spread out.

21  I think that the spring is a good time because it's -- it's

22  the most mobile during the spring, and the reason it's the

23  most mobile is because there's -- the biggest change in -- in

24  trapping.  The front moves the most in the spring, and so its

25  mobility is most easily identified in the spring.

1   Q    And would these sediment core sample results give us a

2   better understanding of the -- the depth of the mobile pool?

3   A    Yes.

4   Q    What other information would it -- would it provide?

5   A    Well, obviously, the -- it would -- it would provide --

6   the mercury concentration would -- would allow us to see, are

7   there -- are there spatial -- is there spatial structure to

8   the mercury distribution?  And the -- the hypothesis is that

9   the -- that -- that if we're within the mobile pool, then the

10  mercury concentration is homogenized, and so we could test

11  that hypothesis.  And if we're seeing spatial structure to the

12  mercury concentration within the, quote unquote, mobile pool,

13  it means we need to rethink that hypothesis, and we need to

14  rethink -- for instance, down in Fort Point, I wouldn't be

15  surprised if in the Fort Point Cove area we start to see some

16  deviation from the -- from that uniform mercury concentration.

17       My suspicion is that the sediment that gets trapped down

18  there is not as mobile as it is further to the north, and

19  the -- and so we -- that might be reflected in the mercury

20  concentration, and we might be able to use the mercury

21  concentration to get a sense of the mobility, and if we think

22  that that sediment is -- is likely to stay there, then, in

23  terms of remediation, that might be something we'd want to

24  know.  Because if it's likely to stay there, we might just

25  want to leave it.

GEYER - CONTINUED CROSS-EXAMINATION/TALBERT

1246

1    Q     And in terms of timing, so say I -- I said to you,

2    Rocky, I need -- I want to know the best time to go out and

3    try to capture, you know, a significant portion of the mobile

4    pool, what information would you want to -- to try to figure

5    that out in terms of the best time of the year to go and --

6    and capture that material?

7    A     The -- um, the spring is a good time because of the --

8    because of the increased mobility, so I would say, you know,

9    the month of May would be good, for example.  You -- you're

10   not getting into the low-flow conditions that you're going to

11   get in June or later.  You're not in the high-flow conditions

12   of April, which partly leads to some logistical challenges

13   with really high flow, and also the -- the sediment might be

14   pushed further to the south and -- and more spread out than it

15   will be in May when the -- when the salt wedge has -- has

16   pushed the sediment back and sharpened up.

17         My guess is that the -- that May the front might be --

18   the -- the sediment pool might be the most geographically

19   compact.

20   Q     Is there additional information that you would want to

21   gather in order to better address, you know, the location of

22   significant portions of the mobile pool?

23   A     We might accompany the -- the sedimentology with some

24   tripod measurements just to -- you know, to have some tripod

25   measurements beforehand.  Depends how much time we wanted to

1  spend on it, because we -- if we wanted to -- if we were

2  thinking of -- of being very well-prepared, we might set up an

3  array of -- of tripods, just so that we can observe the -- you

4  know, get more information about seasonality.  I think we have

5  a pretty good idea of the seasonality of the -- what's

6  happening in the water column already, and so I don't think we

7  actually need to do much more of that.

8  Q    If you and I went out to this area around Bucksport this

9  May and we went down to try to measure mobile sediments from

10  the mobile pool, what's your -- what is the probability that

11  we show up and not all of the mobile pool -- or not as much of

12  the mobile pool is there in May as we -- as we thought?

13  A    I -- I will go back to my 30-percent number.  There's

14  probably a 30-percent interannual signal.  So we're going to

15  see, you know, between 70 and 130 percent of what we expected.

16  Q    Is the question, then, really how much material is there

17  as opposed to --

18  A    There's -- I mean, there's different questions.  There's

19  how much material and how is it distributed?  And, for

20  instance, if we talk about the color, is -- is -- how much of

21  it is -- is this sort of greenish, light greenish-gray, how

22  much of it is kind of -- you know, looks like it's been

23  sitting there for awhile?  And then the -- and there's other

24  techniques we can use.  For instance, x-ray -- x-rayography,

25  where you actually just take a -- a section of a core and put

1   it in an x-ray machine and -- and you can look at the -- the

2   physical strata and compare that with biological activity, and

3   that provides, actually, a pretty good way of extending the

4   timescale of estimating the mobile sediment beyond what you

5   can do with color.

6        And so once you pass the sort of 60-day mark, you can

7   actually use the radiography to tell you that this sediment --

8   because it has very well-defined physical strata and little

9   biological disturbance, that's telling you that probably was

10  laid down in the last year or so, because -- because after a

11  couple of years, the worms have worked their way down and --

12  and -- and the -- there tends to be much more -- you -- you

13  tend to get a much more diffuse x-ray and -- and complicated

14  x-ray profile after -- after a couple -- a few seasons of

15  biological activity.

16       So that's another way of extending out the timescale,

17  and it takes away some of the uncertainty of the -- of the

18  seasonal variation.

19  Q    I want to understand a little bit about the -- just the

20  time periods.  I think you mentioned, you know, May being a

21  potentially good time.  Is -- if you wanted to go out and you

22  wanted to actually try to remove this material, wouldn't you

23  want to go out at a time period that you thought the material

24  had -- had settled?

25  A    Well, the -- the material -- the mobile pool -- almost

1  all the mobile pool is almost always on the seabed.  The

2  fraction of the mobile pool, which is actually in the water

3  column at any given time, is probably maybe 1 percent or less

4  of the mobile pool.

5       So it's -- it's mobile, but it's not moving.  So it's --

6  it's waiting its chance to move, but it's not moving.  So --

7  so -- so from that standpoint, it doesn't matter too much.  I

8  mean, you can use the same argument for remediation as you

9  would for sampling, that something like -- except that the --

10 when you're doing the remediation, you're no longer

11 necessarily trying to identify it.  You're just trying to grab

12 it and -- and, you know, get rid of it.

13      So that -- so the -- I'm not sure I would want to do the

14 remediation in May because it's -- because of the temporal

15 variability of that -- you know, it's not a very -- it's not

16 necessarily the easiest time to work in the environment.

17 Q    And earlier I think you mentioned something about the

18 wood chip wave?

19 A    Yes.

20 Q    Is that something we would want to have more information

21 about in terms of, you know, just the movement of material?

22 A    Yes, and I think -- we can think of that as -- as part

23 of this mobile pool identification, but I -- but because

24 the -- these -- these sediment waves have very short spatial

25 scales -- spatial scales are tens of meters -- we need to do

1    something besides coring to -- to quantify their distribution.

2         And so I think some additional side-scan measurements,

3    multibeam bathymetry, multibeam being high resolution

4    bathymetry.  That type of technique will provide us with

5    details, and that's something that we definitely want to look

6    at.  We want to come at different times, probably separated by

7    one to two months, to detect movement of bedforms so that we

8    can identify, you know, okay, where are there significant

9    migrating bedforms?  And so we might want to do, you know,

10   April, June high-resolution bathymetry.

11   Q    And over how many seasons would you want to take that

12   information?

13   A    I think -- I think a pair like that -- would be -- would

14   be accurate.  I mean, it -- the more information -- I mean,

15   you learn more the more times that you go, but I think that

16   the -- what you want to do is pick the time that you think the

17   bedforms are the most mobile and see if they move.

18   Q    Is there any other information that you would want in

19   order to get to -- to my question that, you know, I want to go

20   out at some time period in the year and know where I should go

21   and how much material's going to be there when I get there to

22   try to remove?

23   A    I think we're -- the things I've described I think

24   are -- are going to provide the kinds of insights necessary to

25   make that decision.

1  Q    Okay.  And let's talk about areas.  I mean, it sounds

2  like your testimony is that you would focus on this area

3  outside of Bucksport?

4  A    Well, the surveying really is -- I mean, we really have

5  to -- to survey this.  The 300 samples cover that area.  And I

6  think that if we -- if we look -- you say, okay, well, where

7  is the mobile pool?  The region where I think we're going to

8  see, you know, the -- the mass is something like that.  I

9  mean, we really don't know about down here.

10        But the -- but we do know about these other areas, and

11  so the -- so the mass of the mobile pool is going to -- the

12  mass map is going to look something like that.

13  Q    Your -- your anticipation is that the mass map will show

14  that there is more of the mobile pool in these areas that

15  you've marked in red here?

16  A    Well, except for this question mark down here because

17  this -- based on my calculations, this -- this area -- because

18  of -- because there's so much area, we only had a small number

19  of -- of samples down there, depending on how thick -- whether

20  that is mobile pool and how thick it is, that -- that's a --

21  that's an uncertainty in -- in -- so that's something that

22  needs to be sorted out.

23        Is that mobile pool -- is that part of the mobile pool,

24  and how much -- and if it is -- if it is, how much mass is in

25  it?  If it isn't, then what is the mercury doing there?  I

1    mean, what -- is it -- is it staying there, or, you know, is

2    it getting buried?  So we need to learn a little bit more

3    about this south of Verona Island area.

4    Q    How does this -- you talked earlier about the -- about

5    the salt fronts, right, where there would be trapping areas?

6    A    Yes.

7    Q    And just to try to bring this together, are these

8    locations that you've identified where you think there would

9    be the most amount of the mobile pool also in those areas that

10   you think there is -- is trapping?

11   A    Yeah, the -- the trapping areas are -- maybe if we

12   can -- okay, yeah.

13   Q    Does that help?

14   A    Yeah, for the most -- the only -- the only additional

15   area is -- that's not an identified trapping -- frontal

16   trapping area --

17   Q    Whoops, sorry, just trying to make it a little bigger.

18   A    This area over here.

19   Q    Yeah.

20   A    Is -- we -- we found what looked like mobile pool

21   sediment there, but it's not a -- it's not a frontal trapping

22   area.  It -- it traps sediment for a different reason because

23   it's -- because the currents are weaker there.  It's sort of

24   a -- kind of a like -- it acts kind of like a lagoon with --

25   with lower velocities.  And so -- so that's another area that

1    we need -- we need to investigate a little more closely as to

2    how mobile the sediment is there.

3    Q    Do you think it's a better idea to try to use these

4    areas that you've identified as areas where there's likely to

5    be more of the mobile pool and try to go in and -- and capture

6    those -- the material in those areas as opposed to trying to

7    dig some kind of a -- a trench and capture portions of the

8    mobile pool?

9    A    I -- I think I probably would agree with that, but I --

10   but I have to -- I'm not an expert on remediation, and I'm --

11   and I feel like the -- um, I would need to hear from an expert

12   on -- you know, an expert on -- on -- on contaminant-trapping

13   facilities.  I haven't really reviewed the literature that

14   much on that, and so -- so before -- before giving a -- I

15   can't give an authoritative opinion on that.

16   Q    Well, is it fair to say that you have some -- we

17   discussed this at your deposition, correct?

18   A    Yes.

19   Q    And you expressed some concern about whether a sediment

20   trap would actually work.

21   A    I did.

22   Q    And -- and why -- why is that?

23   A    It just has to do with the -- this is an energetic

24   channel.  The -- the main channel of the Penobscot is

25   energetic, and -- and because it's -- for the same reason that

GEYER - CONTINUED CROSS-EXAMINATION/TALBERT

1    the -- that the mobile pool is mobile, it -- it might be hard

2    to get a sediment trap to -- to permanently trap sediment in

3    this region, which is presently a mobile pool.

4         And so -- so -- so the conditions -- the hydrodynamic

5    conditions have to change significantly from the way they are

6    now in order to make it a permanent trap as opposed to a

7    temporary trap.  And so -- so the -- so then the question

8    becomes, well, is that -- is that feasible?  And -- and, like

9    I said, I'm not an expert in this.  I'm an expert on what

10   happens under natural conditions, not on what happens under --

11   in these artificial conditions.

12   Q    And -- and for these questions, I'm really asking you in

13   your capacity as an expert on hydrodynamics in the river

14   system.  But what I hear you to say is that it could be very

15   challenging to have a trap that would allow sediments to land

16   and then stay there, they may be remobilized.

17   A    Right, right.

18   Q    Is that correct?

19   A    That's the issue, yes.

20   Q    Okay.  Is it also the issue that you could end up

21   capturing a lot of material that is not necessarily the same

22   type of material that you want to capture in order to remove

23   more -- higher concentrations of -- of mercury from the

24   system?

25   A    I -- that's -- that's not really a concern because

1    the -- the sediment that would get trapped is -- is mobile

2    pool sediment, and so it's -- and so given that the mobile

3    pool sediment is this sort of -- you know, centered around

4    1,200 nanograms per gram, that's probably -- I mean, we could

5    be pretty confident that at the outset that's what would be

6    trapped.  As time goes on, it's going to change as -- as the

7    sediment -- as the concentrations change.

8    Q    But based upon what you know about the hydrodynamics of

9    the river right now, you know -- strike that question.

10         I want to talk a little bit about the residence time of

11   the mobile pool, and you -- my understanding is you estimated

12   a mobile pool residence time based on sediment input and the

13   estimated size of the mobile pool; is that correct?

14   A    Yes.

15   Q    And my understanding is that you -- you estimated a

16   residence time range of between 6 and 25 years?

17   A    Yes.

18   Q    Is that correct?  I believe you said, as well, that this

19   range expresses a 50-percent uncertainty in your calculation;

20   is that correct?

21   A    That's -- that sounds -- that sounds right.

22   Q    A shorter residence time would result from a smaller

23   mass of -- of mobile pool or a larger sediment input.

24   A    That's correct.

25   Q    And is it possible that the mobile pool residence time

GEYER - CONTINUED CROSS-EXAMINATION/TALBERT

1256

1   is shorter than multidecadal?

2   A     It could be -- according to my calculations, it could be

3   ten years, but I want to also reiterate what I've said in the

4   past that -- that in order to come up with a -- an informed

5   estimate of the residence time, we have to look at various

6   data sources, and we have to consider the reliability of

7   the -- of the different data sources we're considering.

8         But if you just isolate the data that I'm talking about,

9   the -- the mass of mobile pool sediment as determined by

10  this -- this grab sampling effort and my estimates of -- of --

11  of sediment input, then -- then ten years is a plausible

12  timescale.

13  Q     And, again, the various factors that would -- would

14  influence that residence time are really the loading to the

15  system from above Veazie or the -- or the size of the mobile

16  pool.

17  A     That's correct.

18  Q     Is it your opinion that the residence time of the mobile

19  pool should be similar to the half-time for recovery?

20  A     Yes.

21  Q     Is it fair to say that -- that -- strike that question.

22        Just talking with respect to the loading to the system

23  as one variable in impacting the residence time, is it fair to

24  say that right now that the amount of loading to the system

25  carries with it significant uncertainty?

GEYER - CONTINUED CROSS-EXAMINATION/TALBERT

1257

1    A    Yes.

2    Q    I think you -- you talked a little bit earlier that your

3    understanding of the system is that the mobile pool would

4    actually create some homogenization in the variability of

5    mercury concentrations in the system.

6    A    That's correct.

7    Q    Does the existence of the mobile pool confound some of

8    the dating information derived from the sediment cores?

9    A    I don't think so, no.

10   Q    And -- and why is that?

11   A    It's just -- I think whenever -- whenever we try to

12   interpret data, we have -- we have to have a conceptual model

13   of the -- of how the -- how the mercury got on the sediment

14   and how the sediment got to the core and maybe got to that

15   place where a core was taken, and -- and then what other

16   things happened after -- after the -- the sediment -- the

17   mercury-laden sediment got there.  We have to consider the --

18   geologists have to basically tell -- tell that story, and

19   then -- then based on that paradigm, they -- you come up with

20   a -- an estimated residence time.

21        And so the -- the mobile pool is consistent with the

22   conceptual model that Peter Santschi has -- has developed.  In

23   fact, we independently came up with a very similar conceptual

24   model, and that -- and that really strengthens our confidence

25   in the -- in the conceptual model, the fact that two totally

GEYER - CONTINUED CROSS-EXAMINATION/TALBERT

1258

1    independent approaches led to a similar assessment of the way

2    the -- the way that mercury in sediment are being transported

3    through the system.

4    Q    And is it -- is it your understanding that Dr. Santschi

5    calculated half-times for the area in Mendall Marsh?

6    A    Yes.

7    Q    Is it your opinion that that Mendall Marsh area is more

8    quiescent and, therefore, may have a better record of history

9    in the sediment cores than some of the other areas of the

10   system?

11   A    Yes.

12   Q    Is it also your understanding that in Dr. Santschi's

13   calculations, there -- there is some -- there are some

14   bracketed error in -- in the calculation?  In other words, if

15   it's 22 years, if could be plus or minus some set of years?

16   A    Right, you might say -- you might call it uncertainty as

17   opposed to error.  I mean, it's -- I would prefer to use the

18   term uncertainty, yeah.

19   Q    Okay.  Do you have an understanding of what the level of

20   uncertainty is in that calculation of -- of half-time for

21   Mendall Marsh?

22   A    I understand some of the sources of uncertainty, and

23   the -- and -- and a -- you know, um, some idea of the -- of

24   the range that he's -- that he presented.

25   Q    Okay.  And certainly if there were, you know, a level of

GEYER - CONTINUED CROSS-EXAMINATION/TALBERT

1   uncertainty off of that 22 years, you could very well get down

2   to where your independent estimates of -- of residence time

3   and recovery are very similar, correct?

4   A    Yes.

5   Q    Is it your opinion that -- we talked a little bit about

6   the sediment load, and I just want to put a finer point on

7   that in terms of the level of uncertainty.  I believe you

8   testified at your deposition that there was maybe between a

9   50- and 90-percent margin of error regarding the estimates of

10  what the loading could be coming from Veazie; is that correct?

11  A    That sounds that I might have said that.

12  Q    Do you -- do you agree with that?

13  A    I mean, the 90 percent is at that -- it -- that's not

14  very likely -- the 90-percent error is not very likely.  That

15  has to do with, um, for instance, if there's a lot of

16  bypassing and -- or -- or a lot of sequestering.  It's -- it's

17  not likely that there's a 90-percent error.

18  Q    Your current estimate, I believe, or the amount that you

19  used was 43,000 tons per year; is that correct?

20  A    Right.

21  Q    And so I think you had discussed a potential swing of

22  about 25,000 to 50,000 tons; does that sound right?

23  A    Yes, that sounds familiar, yeah.

24  Q    Is it fair to say that, where things stand right now,

25  there's also some uncertainty regarding how much material

1    is -- is leaving the system?

2    A    Yes.

3    Q    And can you just explain what those areas of uncertainty

4    are?

5    A    Well, the -- the, um, concentration of sediment that

6    leaves the system, you have to be there when it's -- when it's

7    leaving in order to see it.  We don't have -- we don't have

8    too many measurements of near-surface concentration at -- at

9    Fort Point Cove.  We do -- I mean, at Fort Point.  We do have

10   an -- optical backscatter measurements that were almost at the

11   detection limit for the entire time data that was out there in

12   2010, which means that it was -- tended to be concentrations

13   of less than 10 milligrams per liter.  So the concentrations

14   were very low during our observation periods.

15        There's some uncertainty as to whether maybe during

16   intense storms there could be resuspension of sediment from

17   the near-shore regions due to -- to surface waves that could

18   cause enhanced export.  That's something that we -- we didn't

19   observe, but it's a possibility.

20        Um, there's also the possibility that -- that sediment

21   gets sequestered in -- in side embankments and doesn't enter

22   into the mobile pool.  That's probably a larger uncertainty in

23   terms of the -- the input of sediment into the mobile pool.

24   Q    And what would be the importance of trying to address

25   that uncertainty?

1    A    I'm not sure.  It's not really important to address.

2    It's just important to -- to account for the differences

3    between my estimate of the residence time and the geochemical

4    estimate.  Because it's not something -- it's something very

5    difficult to quantify, and one of the reasons it's difficult

6    to quantify is it's really not a very big number.  43,000

7    tons, I mean, it sounds like a lot until you try looking for

8    it.  It's actually distributed over such a large area that

9    we're talking about, it's a very hard number to pin down.  So

10   it's not a very -- it -- it's not very profitable to try to --

11   to track down that export number.

12   Q    Does that really become important if you're trying to

13   make sure you understand what's controlling recovery of the

14   system?

15   A    No, I don't think so.  I think that it's -- it's -- um,

16   it's more important to look at where the mercury is and what

17   concentration.

18   Q    I'll give you an example.  In Reed Harris' Chapter 18,

19   are you familiar with the single-cell model that he did?

20   A    Yes.

21   Q    So in trying to see if the conceptual understanding of

22   the system matches with the field data, is -- is that the

23   context in which that type of information would be important

24   to make sure that you understand, you know, what is

25   controlling the system?

GEYER - CONTINUED CROSS-EXAMINATION/TALBERT

1  A      The -- it represents an uncertainty in that -- in that

2  approach, and I think what it -- if you -- if you look at it

3  from a -- a -- a data power point of view, the power of data

4  is basically its ability to tell you something useful.

5  Q      Hm-hmm.

6  A      The power of the data related to the export of suspended

7  sediment, there's very little power of that data in terms of

8  the uncertainty in the measurements and the -- and how much

9  that -- how much that is going to tell you about the system.

10        And what this -- what this inquiry then leads to is

11  indicating that using this type of box -- sediment box model

12  as a way of coming up with the half-time of recovery is not

13  a -- is not a very powerful approach from a data analysis

14  point of view.

15        And so -- so it -- I mean, you're -- you were concerned

16  earlier about spending a -- your client's money.  This isn't a

17  very good way to spend your client's money.

18  Q      Leaving aside spending the client 's money, the -- I

19  think we discussed at your deposition some of the -- if you

20  were to have a better understanding of the residence time --

21  and -- and I just wanted to understand, you know, there's --

22  one component is what's leaving the mobile pool.  I think you

23  just addressed that.  The other component is what's entering

24  the mobile pool --

25  A      Right.

1   Q     -- in loading, correct?

2   A     Right.

3   Q     And I think you discussed at your deposition the

4   preference that if you're going to look at those two numbers,

5   really looking at the loading may be an easier estimate to

6   make than looking at what's leaving.

7   A     Right, because what's leaving the mobile pool is even

8   harder because that's -- that's basically what's -- what's --

9   Q     Hm-hmm.

10  A     -- being -- becoming part of the permanent seabed due to

11  -- due to sea-level rise, as well as what is going from the

12  mobile pool into side embankments into Mendall Marsh for

13  permanent burial.  So, yeah, that's even harder.

14  Q     Just to close the loop on this, I believe you discussed

15  that we have loading coming from above Veazie, but there's

16  also other potential sources of loading in the system,

17  correct?

18  A     That's correct.

19  Q     I think you -- there's -- there's something called ice

20  rafting that you discussed?

21  A     That's right.

22  Q     Can you explain what that is?

23  A     That's when -- when ice that forms over a marsh or a --

24  particularly over an intertidal region and then freezes and

25  melts and incorporates some sediment into the bottom -- into

GEYER - CONTINUED CROSS-EXAMINATION/TALBERT

1264

1    the actual matrix of ice.  And then that ice, during the

2    spring, it -- it floats off, and then -- and then that

3    sediment, um, melts and -- you know, the ice melts, the

4    sediment falls into the mobile pool.

5         So that provides a -- a source from the -- either the

6    marsh or the intertidal or -- or banks into the mobile pool.

7    Q    Are tributaries another source?

8    A    Yes.

9    Q    And then, finally, Penobscot Bay itself, I think you

10   mentioned, could be -- could be a source, as well?

11   A    Right.

12   Q    Do you -- do you recall whether, since you took these

13   samples, the Veazie Dam has been breached?

14   A    I -- I don't recall the details of that.

15   Q    Okay.  Do you know what the impact of removal of the

16   Veazie Dam may have on the hydrodynamics of the river?

17   A    It's -- it's possible that it'll increase the sediment

18   loading by remobilizing sediment that was trapped behind the

19   dam.

20   Q    Hm-hmm.  Would you also expect, I guess, some increased

21   sediment loading, at least for a short period of time?

22   A    That's -- that's possible.

23   Q    With respect to discussion of -- of hotspots, is it your

24   understanding that the mobile pool would effectively create

25   warm spots?

GEYER - CONTINUED CROSS-EXAMINATION/TALBERT

1265

1    A     Um, I guess you could -- I guess you could say that.

2    Q     I believe you wrote that in an e-mail.  I could -- I

3    could show you, but is that consistent with your understanding

4    of the way the mobile pool would work?

5    A     Yes.

6    Q     Okay.  I believe you testified, also, in your

7    deposition -- one of your depositions, I guess your -- your

8    first deposition, that for a sediment trap to capture mobile

9    sediments, you thought it would need to be at least a -- a

10   kilometer long, given the settling velocities; is that

11   correct?

12   A     I did say that.  I was -- I was -- I was basically

13   trying to put a conceptual picture together on the fly there,

14   and so I wouldn't put too much weight on that line of

15   testimony.

16   Q     Okay.  Do you agree that it -- the sediment traps could

17   be very difficult and challenging to do a pilot test of

18   because you would need to have it, essentially, at full scale

19   to see if it would work?

20   A     I -- I think it's -- um, I -- I'd rather not answer that

21   because I think it's -- it's -- um, there's always challenges

22   of doing pilot studies with sediment because of the -- the

23   scaling challenges.  But I know that -- that, um, the -- yeah,

24   I -- I'm not -- I'm really not sure about that.

25   Q     Is another concern about the sediment trap that we could

1    be altering the natural system in a way that we don't fully

2    understand?

3    A     I think that's -- I agree with that.

4    Q     Can you -- can you explain that?

5    A     Well, it's just that -- in order for -- in order to get

6    the sediment to trap there on a more permanent basis, as I --

7    as I mentioned earlier, the -- the flow will have to be

8    decreased significantly in the trap, and that might lead to --

9    for instance, it might lead to -- to, um, changes in

10   benthic -- benthic habitat, which might affect distributions

11   of -- of organisms.

12          MR. TALBERT:  No further questions, Your Honor.

13          THE COURT:  Redirect?

14                    REDIRECT EXAMINATION

15   BY MR. BERNARD:

16   Q     Dr. Geyer, just a sequence of questions to try to

17   distill what you've testified to this morning.  Is there clear

18   evidence of a mobile pool of sediments in the Penobscot

19   Estuary?

20   A     Yes.

21   Q     And are the mercury concentrations of the fine-grain

22   sediment in the mobile pool between 800 and 400 nanograms per

23   gram, roughly, centering around 1,200 nanograms per gram?

24   A     Correct that, between 18 -- 800 and 1,400, I think you

25   meant to say.  Centered around --

1        THE COURT:  You said 400.

2   BY MR. BERNARD:

3   Q     I'm sorry.

4   A     So if you correct that to 1,400, then I agree with --

5   Q     And they center around 1,200?

6   A     Yes.

7   Q     Thank you for the correction.  And is there clear

8   evidence of sediment trapping in the Penobscot?

9   A     Yes.

10  Q     And have you identified specific sediment-trapping

11  zones?

12  A     Yes.

13  Q     And showing you Plaintiffs' 43, one of them is at

14  Frankfort Flats?

15  A     Yeah, to -- to the west of Frankfort Flats, right.

16  Q     And one at Bucksport?

17  A     Yes.

18  Q     And one in the Orland River?

19  A     The -- well -- yes.

20  Q     And one on the east side of Verona Island?

21  A     Yes.

22  Q     And one on the south side of Verona Island?

23  A     Yes.

24  Q     Okay.  And are Dr. Santschi's long-core samples and his

25  analysis the best available information on estimated recovery

1   half-times in the ecosystem?

2   A    Yes.

3   Q    Okay.  And I believe you said -- did you tell people on

4   the Study Panel that they should not use your data to predict

5   recovery half-times in the system?

6   A    I think I said something to that effect.

7   Q    Okay.  I just want you to read -- I just want to show

8   you something from your deposition just to verify, and this is

9   Defendants' Exhibit 959.  It's a rather long passage, and so

10  I'm going to ask you to read part of it, which I hope is in

11  context.  I certainly mean it to be.  This is on questioning

12  from Mr. Talbert.  And I'll tell you that you're discussing --

13  so this is on Page 266.  You're discussing using residence

14  times -- you're -- you're discussing this issue of residence

15  times and recovery half-times.

16       And starting on Line 14, would you just read from

17  there -- and then I'll help you on the next page, which is up

18  here -- and then down to the end of your response, which is on

19  Line 13, so I'll follow along with you there.  So I want you

20  to start here.  And, again, if you remember this or -- or you

21  think it needs more context, please feel free to provide it.

22  Go ahead.

23  A    Yeah, I would not recommend this method for coming up

24  with the residence times.  What we are trying to do, what I

25  would recommend -- strongly recommend is that we have a

1  conceptual model for what physical processes are responsible

2  for the residence time that the geochemists are telling us.

3  And so the value that I add to the study is to come up with

4  not just a plausible, but a solid physical transport, you

5  know, an explanation of the physical transport processes and

6  pathways that are leading to the observed half-time, the

7  observed geochemical decay, and the natural attenuation that

8  has been observed.

9  Q     Please continue.

10  A     So that is where -- that is the value of my input, not

11  to come up with a number, but to come up with an explanation

12  of the physical processes that is based on direct measurement

13  of the physical transport -- of the transport processes that

14  is consistent to ensure that it is -- that my version is

15  consistent with their version.

16  Q     Keep going.

17  A     My version doesn't have much scope, much predictive

18  value in terms of assigning a timescale.  And I think that

19  I've tried to make that clear to everyone involved, and I

20  think that it puts more burden on the geochemists in terms

21  of -- of what is that timescale.

22  Q     Keep going.

23  A     And I don't think we can, I don't -- I definitely don't

24  want anyone to think that we should adjust their estimates

25  based on my calculations.

1  Q    Okay.  I think -- I think that's enough.

2       And is that -- is that an accurate reflection of -- of

3  your view and of what you've testified to this morning?

4  A    Yes.

5  Q    Okay.  Now, does the mobile pool you discerned in the

6  Penobscot help to provide an explanation for the multidecadal

7  recovery half-times derived by Dr. Santschi?

8  A    Yes.

9  Q    And that's consistent with -- with the passage you just

10  read, is it not, that, in other words, a value -- a principal

11  value your work added to this study is to -- by describing

12  physical and transport processes within the system, to

13  corroborate or to match up with the geochemical information?

14  A    Yes.

15  Q    Okay.  Now, you were asked during your cross-examination

16  about the construction of sediment traps.  Do you remember

17  that?

18  A    Yes.

19  Q    And you're not an expert at that?

20  A    No.

21  Q    Okay.  Now, are you familiar with the Study Panel's

22  recommendation to the court that there be active remediation

23  in -- in the Penobscot Estuary?

24  A    Yes.

25  Q    Okay.  And do you understand that, if the court orders

1    that remediation, there would be a process that would involve

2    mercury scientists and engineers to consider various

3    possibilities for effective active remedies?

4    A    Yes.

5    Q    Okay.  And do you see any reason why the construction of

6    a sediment trap should be excluded from that discussion of

7    possibilities?

8    A    No.

9    Q    And do you believe that what you testified to earlier by

10   way of -- should be included in this discussion, by which I

11   mean the natural focusing of mobile sediments in certain parts

12   of the river as creating the possibility for effective

13   removal?

14   A    Yes.

15          MR. BERNARD:  No further questions.

16          THE COURT:  Recross?

17                    RECROSS-EXAMINATION

18   BY MR. TALBERT:

19   Q    Just one -- one question on -- on next steps.  In terms

20   of evaluating options for remediation, I believe we discussed

21   this at your deposition, but I wanted to get your -- your

22   thoughts here, that your -- my understanding of your advice

23   would be to focus on ways in which we could address or remove

24   portions of the mobile pool; is that correct?

25   A    Yes.

1    MR. TALBERT:  No further questions.

2    THE COURT:  Anything further?

3    MR. BERNARD:  No, Your Honor.

4    THE COURT:  Thank you very much, Dr. Geyer.

5    (The witness left the witness stand.)

6    THE COURT:  Next witness?

7    MR. BERNARD:  Plaintiffs call Dr. Kevin Yeager.

8    THE CLERK:  Please raise your right hand.  Do you

9  solemnly swear that the testimony you shall give in the matter

10  now in hearing shall be the truth, the whole truth, and

11  nothing but the truth, so help you God?

12    THE WITNESS:  I do.

13    THE CLERK:  Please be seated.  Please state your

14  name and spell your last name for the record.

15    THE WITNESS:  Kevin M. Yeager, Y-e-a-g-e-r.

16    THE COURT:  Could you pull yourself up to the

17  microphone a little bit, Dr. Yeager, and speak into the

18  microphone.  Thank you.

19  KEVIN M. YEAGER, having been duly sworn, was examined and

20  testified as follows:

21                    DIRECT EXAMINATION

22  BY MR. COLANGELO:

23  Q    Good afternoon, Dr. Yeager.

24  A    Good afternoon.

25  Q    Are you employed?

1   A     I am.

2   Q     And where are you employed?

3   A     I'm a tenured associate processor in the Department of

4   Earth and Environmental Sciences at the University of Kentucky

5   in Lexington, Kentucky.

6   Q     Do you conduct scientific research?

7   A     I do.

8   Q     What kind of scientific research do you conduct?

9   A     A wide range.  I'm a sedimentary geologist and

10  environmental radiochemist, and so my research focuses on

11  contemporary sedimentary environments or geologically young

12  sedimentary environments.

13  Q     What is sedimentary geology?

14  A     Sedimentary geology is a very wide subfield of geology.

15  Some sedimentary geologists focus on the acquisition and

16  discovery of petroleum resources; some focus on deciphering

17  earth history through the stratigraphic record or rock record

18  or sediments; and then some, like myself, try to understand

19  both recent geological processes and ongoing geological

20  processes and, in particular, how humans interact with

21  processes that occur at the surface of the earth.

22  Q     What is radiochemistry?

23  A     Radiochemistry is a broad field.  Um, there are some

24  radiochemists that focus on trying to use radioactive isotopes

25  of certain elements to answer questions, such as the age of

1    the solar system, the age of the planet, the age of other

2    bodies in the solar system, the age of rocks on earth.

3         In my particular area of radiochemistry, environmental

4    radiochemistry, I utilize radioactive isotopes of certain

5    elements to understand timescales of processes, generally that

6    occur over about the last 120 years, but, periodically, in my

7    research, we also use radiocarbon, which allows us to extend

8    that window of time back to about 50,000 years.

9    Q    Can you explain, briefly, how that works, using

10   radioisotopes to identify timescales of geographical processes

11   -- geological processes.

12   A    Sure.  The radioisotopes that we focus on in our work

13   are useful for two reasons:  One is that they're what we call

14   particle-affinitive, and so what that means is that when they

15   enter the environment, by whatever means they enter in the

16   environment, they tend to associate themselves very quickly

17   with particulate matter, sediment, basically.  Sediment can be

18   organic or inorganic, and so they're useful in that respect

19   because once they associate with that particulate matter,

20   wherever that particulate matter goes, so goes those isotopes.

21        The second reason why they are useful is because

22   radioactive decay is a fixed process.  What I mean by that is

23   that, when you examine many kinds of processes in -- in say

24   aqueous geochemistry, those processes or those rates of

25   reactions are subject to variability as a function of things

YEAGER - DIRECT EXAMINATION/COLANGELO

1275

1   like temperature, pressure, this sort of thing.

2        Radioactive decay is not subject to those same sources

3   of variability.  So, for example, whether the radioactive

4   isotope is stuck on the bottom of my shoe, is in the heart of

5   the sun, is at the bottom of the ocean, the rate at which it

6   decays is absolutely the same, and it does not change.  And so

7   because of that, we are able to use that radionuclide to

8   quantify vigorously the passage of time over which the

9   window -- you know, that particular isotope can allow us to do

10  so.

11  Q    Do you currently teach?

12  A    I do.

13  Q    And what do you teach?

14  A    Oh, I teach a range of classes.  I teach a marine

15  sedimentology course.  I teach an environmental geology

16  course.  And I have like two or three courses right now that I

17  teach relatively infrequently in addition to those.  Those are

18  the ones I teach the most.  Sedimentary geology among them, as

19  well.

20  Q    What is your educational background?

21  A    I earned a bachelor of science degree in geology from

22  Edinboro University in Pennsylvania.  After that, I went to

23  the University of Toledo in Ohio and I earned a master of

24  science degree in geology.  Following that, I went to Texas

25  A&M University in College Station, and I earned a Ph.D. in

1    geology and geophysics.

2    Q    Do you design and conduct field experiments?

3    A    I do.

4    Q    What -- involving what?

5    A    Um, because of the nature of the work that we do, the

6    field sampling campaigns that I -- I design and execute focus

7    on sampling sediment.  Relatively infrequently we've sampled

8    suspended sediment.  For the most part, we sample sediments

9    that are in place.

10        And the two primary ways that we do that are either grab

11   sampling, as Dr. Geyer had discussed, but much more commonly,

12   we will collect sediment cores, and we've collected sediment

13   cores from a very wide range of environments at the surface of

14   the earth, a very large variability in terms of the length of

15   the core, the type of core collected, whether it was collected

16   on land or in an aquatic setting or in the open ocean.  We've

17   done all of those things.

18   Q    What is a sediment core?

19   A    Ah, simply put, a sediment core is a tube of some kind

20   full of sediment.  Sometimes we collect sediment cores in PVC

21   tubes, sometimes polyacrylic tubes, sometimes aluminum,

22   sometimes steel.  But in every case, they're some kind of

23   cylinder that's full of sediment.

24   Q    Let me show you an image -- this is from your lab's Web

25   site.

1    A    Okay.

2    Q    And this is a demonstrative exhibit.  It's Plaintiffs'

3    94.  And can you describe what this shows?

4    A    Sure.  That is a Russian peat corer, which is a type of

5    gauge auger, and what you have there is you have the barrel

6    split, and it's laying on the marsh surface, and in the upper

7    part of the image, you can see preserved the cylinder of

8    sediment that was recovered by that core barrel.  And the way

9    that particular core barrel works is that -- I believe it's on

10   the order of 30 centimeters in length, and you will insert

11   that empty tube into the substrate to a depth of

12   30 centimeters.  You will then recover the sediment.  You will

13   extract it from the substrate.  We then remove that cylinder

14   of sediment from the core barrel, clean it, and then can put

15   it back down the same hole and collect another 30 centimeters

16   of sediment and so on and so forth, until we either have

17   enough sediment or we can't put it in the ground any deeper.

18   Q    How often does your fieldwork involve sediment coring?

19   A    Ah, probably 95 percent of the time, I would say.

20   Q    And you said you've done this in a range of

21   environments.  Can you briefly describe that range?  In what

22   types of environments have you collected sediment cores?

23   A    Sure.  Um, we've collected sediment cores in river

24   floodplains, river channels.  We've collected sediment cores

25   in coastal marshes, freshwater, brackish, and salt.  We've

1  collected sediment cores in estuaries, um, lakes of various

2  sizes.  We've collected sediment cores in the coastal ocean,

3  um, and the deep sea.

4  Q    Have you previously done radiochemical analysis of those

5  sediment cores?

6  A    Yes.

7  Q    How often?

8  A    Ah, nearly every project.

9  Q    Have you been involved with large, multidisciplinary

10  studies before?

11  A    I have.

12  Q    Can you give an example?

13  A    Um, in addition to this study, I suppose the largest is

14  a study that's about the same size.  In 2010 and 2011, I

15  became involved with research associated with the Deepwater

16  Horizon incident, and so in 2010 and 2011, we conducted a

17  number of field sampling campaigns in the coastal ocean, in

18  the marshes of Louisiana and Mississippi, on the shelf slope

19  and the abyssal plain of the northern Gulf of Mexico.  I was

20  the chief scientist on two oceanographic research cruises --

21  one in 2010, one in 2011 -- where we collected on the order of

22  the same number of stations that were visited and sampled as

23  part of this project, and we continue to work on that project

24  to this day.

25  Q    Is Deepwater Horizon the BP oil spill?

1    A      Yes, yes.

2    Q      Did you play a role in the Penobscot River mercury

3    study?

4    A      Yes.

5    Q      What role did you play?

6    A      I played several roles.  Um, in 2008, I believe, later

7    in the year, Peter Santschi contacted me and gave me some

8    information about discussions he had had, I believe, with John

9    Rudd up to that time about Peter's possible involvement in the

10   study, and Peter explained to me that there was an interest in

11   conducting a fairly large sediment coring campaign, that would

12   then be followed by analytical work that would involve Peter,

13   that may involve me if I was interested in participating, and

14   would probably involve at least one other laboratory.

15         So conversations then continued to develop, and I began,

16   I think, to talk to John Rudd and also Drew, Dr. Bodaly, to

17   identify what roles I would play.  And so the roles that I

18   played were that I was in responsible charge of developing and

19   implementing the field program for the collection of the

20   long-sediment cores.  That work involved my research group

21   and, by necessity, because of the scale of the work, it also

22   involved Dr. Mark Kulp, who is a coastal geologist and

23   stratigrapher from the University of New Orleans, and a number

24   of people from his research group, and it also included

25   logistical support from Normandeau, who I believe has been

1    mentioned several times in these proceedings.

2        So we designed -- or I designed the sampling, and then

3    we executed the sediment core sampling in 2009.

4    Q    Did you prepare Chapter 5 of the Penobscot River Mercury

5    Study report?

6    A    I did.

7    Q    What were the objectives of your chapter of that report?

8    A    The objectives of my chapter were to synthesize the

9    sediment accumulation rate data that had been derived from the

10   radionuclide information that had been produced by the three

11   labs.  Basically what happened was once we collected the

12   cores, um, my laboratory was also responsible for centralizing

13   the processing of those samples.

14       So all the samples were returned to my laboratory.  They

15   were initially inspected.  Each station was sampled in

16   triplicate, so there were three cores for each station.  And

17   then based on a physical inspection of those three cores for

18   each station, one of them was selected for further processing.

19       After that point, then my lab was responsible for

20   sectioning each one of those cores, along an interval that --

21   a sectioning interval -- depth interval that had been agreed

22   to by all the parties previously, and then those samples were

23   initially sent to the Flett laboratory, where total mercury

24   determinations were made.

25       No further analyses were conducted at that time until

1   the data was returned from the Flett laboratory.  Once we had

2   the total mercury data, then myself and Peter and members of

3   the Study Panel would assess that information and make a

4   decision about whether it made sense or not to proceed with

5   further analytical work for that station or to reject it

6   outright.

7        And as I recall, out of 72 stations, I believe 14 were

8   rejected by these folks and myself, and the other 58 were then

9   recommended for further analysis.

10       At that point, then my laboratory was responsible for

11  providing the other two laboratories with samples for cores

12  that they had been assigned to process, and then my lab kept a

13  third of the cores and processed them, as well.

14  Q    Let's cover the big picture first and then walk through

15  the details.

16  A    Sure.

17  Q    As far as the major objectives of your chapter of the

18  report, you mentioned deriving sediment accumulation rates?

19  A    Right.

20  Q    Are there other major objectives that you undertook?

21  A    Yes, we wanted to get the sedimentation rate data, but

22  then also to assess two other things:  One was to quantify the

23  inventories of total mercury that were held in the upper

24  90 centimeters of sediment at each one of those coring

25  stations, with the exception of just a few coring stations

1    where we didn't actually recover 90 centimeters of material.

2    So wherever the end of the core was, we quantified it to that

3    depth.  And with an even smaller number of stations, there was

4    an interest by one or more scientists to extend the depth at

5    which we quantified it, but in most cases to quantify the

6    inventory of total mercury to 90 centimeters depth.

7        And then, secondly, to combine data on sediment

8    accumulation rates and near-surface, like upper 3 centimeters,

9    concentrations of total mercury to derive estimates of

10   contemporary fluxes of total mercury to surface environments

11   that had been cored.

12       That's where we kind of proceeded from.  And then later

13   on, as we were working through the data -- I can't remember

14   who suggested this -- it might have been John Rudd at one of

15   our annual meetings -- but there was a recognition that it

16   would be helpful if we could create some graphical data that

17   would allow people to see in graphical form the results of

18   these calculations.

19       It's at that point I started to work with Ruben So at

20   Environ, to try and translate some of that tabular data on

21   inventories and mercury surface fluxes into graphical products

22   that would be easy for people to see and understand.

23   Q    Okay.  So let's define each of these major concepts.

24   You first mentioned calculating sediment accumulation rates.

25   What does that mean?

1   A     Basically, to use the data that we had produced,

2   principally the radionuclide data, to quantify the rates of

3   sediment accumulation over time.  So this would be a certain

4   amount of sediment or thickness in centimeters per year at

5   each station.

6         And to accomplish that, we utilized, where possible,

7   cesium-137, lead-210, and a smaller subset of cores.  We were

8   also able to utilize plutonium-239 and 240, and in addition to

9   that, we started with the premise that we knew mercury --

10  mercury had been released beginning in 1967, and so we

11  utilized the peak depth of mercury as a chronological marker,

12  which also contributed to the sediment accumulation rate

13  determinations.

14  Q     Okay.  And then you also referred to calculating total

15  mercury inventory.

16  A     Correct.

17  Q     What does that refer to?

18  A     Ah, the inventory is basically a determination of the

19  total amount of mercury that is held in storage over a given

20  depth of sediment, and you can quantify this inventory to any

21  depth that you choose.

22        In this instance, because we had agreed that the

23  protocol for sectioning would be down to 90 centimeters, with

24  the exceptions that I noted earlier, we calculated the total

25  mercury inventories, the amount of mercury held in storage in

1  those sediments, to a depth of 90 centimeters.

2  Q    And then the last major objective you referred to

3  deriving contemporary flux.

4  A    Right.

5  Q    What does that mean?

6  A    What that means is that we wanted to have data that gave

7  us some quantitative estimate of how much mercury was

8  actually -- total mercury was actually being delivered to the

9  sediment surfaces at these environments that we had cored.

10       And so to do that, as I mentioned, we combined the

11  sediment accumulation rate data with an average concentration

12  of total mercury, I believe, over the first 3 centimeters, and

13  that gave us the contemporary flux information that we wanted.

14  Q    How would you characterize the major conclusions of your

15  work here?

16  A    How would I characterize the major conclusions?  Can you

17  maybe tell me a little more -- characterize?

18  Q    Well, let me ask that a different way.  What were your

19  major conclusions?

20  A    Well, the major conclusions were that we found very

21  large quantities of mercury stored in sediments throughout the

22  system, which was no surprise.  I think the estimate that we

23  came up with, using the kriging method, the graphical

24  interpretation I was mentioning earlier, was a little bit

25  above 9 metric tons of total mercury stored in sediment

1   throughout the system, and this was based on extrapolating

2   known points of information, where the cores were, to areas

3   that were not as well-known or known at all.

4        So one major finding was that we -- we did see large

5   quantities of mercury stored in sediments throughout the

6   system where we sampled them.

7        Another major finding, at least I thought was a major

8   finding, was that, based on the total mercury flux data that

9   we produced, it was somewhat surprising to me that there were

10  areas that did not have high total mercury inventories, but

11  they did have high contemporary total mercury fluxes.  That

12  was surprising to me because what that indicated was that

13  there had been some change.

14       So, for example, if you're adding a lot of mercury to

15  the surface of the sedimentary body over long periods of time,

16  you would expect that you would have a large inventory of

17  mercury at that location, even if the mercury being added to

18  that surface was dissipating over time because you're

19  measuring how much was in total storage.

20       It was surprising to me, though, that there were some

21  places where there was not a high mercury inventory,

22  suggesting that over time, historical time, those locations

23  were not receiving a lot of mercury, but the near-surface

24  concentrations of mercury, as evidenced by the fluxes, were

25  quite high, very high in some cases.

1       And so that suggested to me that there was something

2   changing in the system over the time since mercury had been

3   released and had been distributed throughout the system.

4   Q    And did you have any major findings regarding the

5   sediment accumulation rates?

6   A    Ah, well, I mean, we -- we quantified the sediment

7   accumulation rates.  As we expected, in a system that was as

8   large and complicated as this one, that had as many different

9   environments, you know, everything from tidal-controlled, you

10  know, bedrock-mantled river areas to Mendall Marsh to very

11  expansive intertidal mudflats, we expected to find quite a

12  range in sediment accumulation rates, and we did find quite a

13  range.  So that was not unexpected.

14  Q    You said you collected the sediment cores in 2009.

15  A    That's right.

16  Q    Let's just walk through the details of what you did as

17  part of that coring collection study.

18  A    Sure.

19  Q    Who was in charge of the fieldwork?

20  A    I was.

21  Q    And who did you work with?

22  A    We worked with a range of people.  Um, so as I mentioned

23  earlier, because of the size of the work and the timescale

24  with which the Study Panel was interested in collecting the

25  cores, and then moving to the analytical work, it required

1    more than one team of people in the field.

2         So each day that the weather allowed us to work in the

3    field, we had two crews collecting cores simultaneously every

4    day, all day.  So generally how that worked was we would meet

5    in the morning with whichever personnel from Normandeau were

6    available to help us that day, and we would make an outline of

7    what we wanted to accomplish for that day and who was going to

8    work where and who was going to be supported by which

9    Normandeau personnel wherever they were working.

10        And then those teams would then go out and try to get as

11   much done as they possibly could that day, um, and then return

12   to Winterport, which was the staging area, with whatever we

13   had collected.  And then we would secure those cores for

14   transport and store them, clean up the mess, and get ready for

15   the next day.

16   Q    Over what time period did this core collection process

17   proceed?

18   A    As I recall, we needed to split the core sampling.  Um,

19   so we had -- as I remember, the first period of coring was

20   about two weeks in duration.  After that was concluded, we

21   took the cores that we had recovered back to my laboratory in

22   the south and then began work on those.

23        And then later that year, we came back again, and I

24   think that the second trip was a little bit shorter, maybe ten

25   days or something like that and, once again, two teams in the

1    field, and we were able to complete the sampling of the 72

2    stations that we identified.

3    Q     Say that again?  I'm sorry.  72 stations?

4    A     72, right.

5    Q     Okay.  How did you choose where to conduct the coring?

6    A     That was very challenging.  Um, I had been to Maine once

7    before with Dr. Kulp when we met Drew Bodaly, and we talked a

8    little bit about -- you know, we looked at some topographic

9    maps and we talked about the areas the study was principally

10   interested in.  We took a ride in a small airplane, and we

11   kind of conducted some reconnaissance over the area to see

12   what we were dealing with with respect to different

13   environments.

14         Um, I was out on at least one, and maybe two, boat trips

15   with people from Normandeau, where we were actually on the

16   water and we were looking at some of these areas that were

17   prospectives for coring.  So we went through that process.

18         And from that process identified, using basically aerial

19   imagery, areas that looked, from the combination of those

20   experiences, to be prospects for collecting sediment cores.

21   And then we went through the process of actually going out in

22   the field and -- and doing that.

23         I don't remember the total number of stations visited.

24   I want to say it was in the high 90s, um, and some of those

25   stations that we visited, once we were there and we had boots

YEAGER - DIRECT EXAMINATION/COLANGELO

1289

1   on the ground, as it were, we could clearly see that there was

2   no way we were going to be able to collect sediment cores, you

3   know, either at all or anywhere near the length that we wanted

4   to, and so those stations were just discarded outright because

5   they just -- they didn't have enough stuff, as it were, for us

6   to sample.

7        And out of that number in the high 90s, then we ended up

8   actually sampling 72 stations and so on and so forth.

9   Q    Let me show you the locations of your sampling stations

10  and just have you walk through them.  This is from Joint

11  Exhibit 6-5 on Page 5-6.  Okay.  Are you familiar with this

12  image?

13  A    Yes, there should be several others like it.

14  Q    Okay.  And we'll run through each of them.  Can you just

15  describe what this shows?

16  A    This is simply a Google Earth aerial image of parts of

17  the upper Penobscot River.  You can see the HoltraChem

18  facility's location there by the large red dot.  And then

19  there are a number of yellow dots that denote locations

20  adjacent to the river or in the river proper where sediment

21  cores were collected.

22       You'll also notice that there are some stations, like

23  PBR15A, PBR12C, and others that have REJ in parentheses next

24  to them.  That just denotes that those particular locations

25  were rejected based on the preliminary total mercury data and

1   the judgment of myself and a number of other scientists on the

2   panel.  And the ones that do not have that designation were

3   fully processed.

4   Q    Can you explain the core naming protocol?  What do these

5   codes mean for each location?

6   A    Very simply, you know, I came up with these, so PBR is

7   just Penobscot River.  Um, and the -- the numbers refer to the

8   order that they were collected in in terms of the field

9   sampling campaign.  And then the alphabetical part of it, A,

10  B, or C, refers to the fact that each one of those stations

11  there were three cores collected -- core A, B, and C -- and

12  then later on, when we reviewed those cores in the laboratory,

13  one of the three was then selected for full analytical

14  characterization, and that's the letter that ended up being

15  associated with that station.

16  Q    Okay.  And you had other prefixes for other regions of

17  the estuary.  Could you just say what those were?

18  A    That's right.  As I recall, Mendall Marsh was MM.  The

19  Orland River was OR.  And the open estuary was ES.

20  Q    Okay.  Let me show, for example, this is from Page 5-8.

21  Are these the coring locations in Mendall Marsh?

22  A    That's correct.

23  Q    Okay.  What were you aiming for in choosing the

24  locations where you collected core samples?

25  A    Well, given the fact that the objectives were to

1  quantify sediment accumulation rates principally, to derive

2  chronology and to assess inventories and fluxes, what we were

3  really looking for were areas that gave us some indication

4  that they were consistently depositional areas.

5      And so often there's -- there's some confusion between

6  deposition and accumulation.  They're actually not the same

7  thing.  So material can be deposited somewhere, but that

8  doesn't mean that that material will accumulate there.  It can

9  subsequently be eroded and transported somewhere else.

10      So ideally for our purposes, we wanted to find locations

11 that were not just depositional, but were accumulatory and

12 that over long periods of time, they were going to accumulate

13 sediments that were the foundational record for what we needed

14 to assess.

15      And so that was the primary objective, um, and in many

16 cases, we were successful; and in some cases, we were not.

17 Q     And how does your effort here compare to -- in -- in

18 size and scope -- other field programs that you've been

19 involved in?

20 A     Ah, this was the largest program I had been involved in

21 until I became involved with the Deepwater Horizon research,

22 which, as I mentioned previously, is essentially equivalent in

23 scale.

24 Q     And you said you collected 72 cores in triplicate,

25 meaning three at each station; is that right?

1   A     72 stations.

2   Q     Yes.

3   A     We collected three cores at 72 stations.

4   Q     Sorry.  Okay.  So 216 cores?

5   A     Right, right.

6   Q     72 stations, three cores at each station.

7   A     Correct.

8   Q     Why did you collect triplicate cores at each station?

9   A     Because I've learned that when you're conducting field

10  science, um, one of the biggest challenges, if not the biggest

11  challenge we face, is heterogeneity over small spacial scales.

12  And so one of the ways that we try to address that is

13  oversample, oversample, oversample.

14        So, you know, if we were to go out, for example, and

15  collect one core at each of these stations and that core

16  didn't look very good, then we would have nothing for that

17  particular station.  But if we collect two or three cores,

18  then we have a much better probability that we will be able to

19  recover one that will be useful for our purposes.

20  Q     What did you do once you collected these three cores at

21  each location?

22  A     Ah, we secured them for transport.  We transported them

23  to my lab, which at the time was at the University of Southern

24  Mississippi, at the John C. Stennis Space Center in southern

25  Mississippi.  Once we got there, we started with the stations

1    that we had sampled first, and we would take all three cores

2    from that station.  We would split each one of them, kind of

3    similar to that first graphic that you showed of the Russian P

4    core in the marsh.  Once we split each of the three, we would

5    lay them on the lab table next to each other, and we could

6    examine each one of them next to each other.  And in every

7    case, there were differences.

8         So one simple example is we never had three cores that

9    were the same length.  You know, all three of them would have

10   recovered a different amount of material.  But, in addition to

11   that, we could examine the sediments in each of those cores

12   physically and look at their structure and basically, based on

13   my experience of collecting, you know, hundreds of sediment

14   cores over my career and looking at many, many, many kinds of

15   sediment, make a judgment about which of the three cores was

16   most likely to exhibit characteristics which indicated that it

17   was more of a stable accumulatory environment than, say, the

18   other two cores that had been collected there.

19        And so based on those kinds of inspections, I would make

20   a decision, I'd say, okay, this is the best core of these

21   three, we would discard the other two, and then we would begin

22   processing the one that we had chosen.

23   Q    What did that involve?

24   A    Ah, processing it, we would photograph it.  We would

25   physically describe it.  After that point, there was an

1  agreed-upon sectioning interval that we used, and as I recall,

2  it was -- we sectioned it at 1-centimeter intervals from the

3  surface to 20 centimeters, and then I believe from

4  20 centimeters to 40 centimeters, we sectioned it by

5  2-centimeter intervals, and then from 40 centimeters to

6  90 centimeters, we sectioned it at 5-centimeter intervals.

7      And then if the core was longer than 90 centimeters, we

8  sectioned the rest of the core at 5-centimeter intervals, and

9  we archived those sediments in case later on we needed to

10  analyze them for some purpose.

11      THE COURT:  Is this a good time to take a break?

12      MR. COLANGELO:  Sure, Your Honor.

13      THE COURT:  We'll take a 20-minute break.  Thank

14  you.

15      (Court recessed from 12:31 p.m. to 12:59 p.m.)

16      THE COURT:  Mr. Colangelo?

17          CONTINUED DIRECT EXAMINATION

18  BY MR. COLANGELO:

19  Q    Dr. Yeager, you were describing the sectioning protocol

20  once you pulled up the cores; is that right?

21  A    That's right.

22  Q    Okay.  And so you have a core that's perhaps

23  90 centimeters long or longer, and do I understand it right

24  that you cut it into 1-centimeter slices for the first

25  20 centimeters, 2-centimeter slices for the next

1   20 centimeters, and then 5-centimeter slices until 90

2   centimeters or longer?

3   A      That's my recollection, yes.

4   Q      Okay.  What did you do after that?

5   A      Well, each of those samples was then sent to the

6   laboratory that was responsible for that core.  So, basically,

7   there were some analyses that were redundant between the labs.

8   What I mean by that is that radiochemistry, for example,

9   radiochemistry was conducted by Peter Santschi's lab, by my

10  lab, and by Dr. Flett's lab.  And so we essentially would send

11  a third of the cores -- samples to Dr. Santschi's lab, a third

12  to Dr. Flett's lab, and we would retain a third to do

13  radiochemistry.

14         Other analyses were independent to a given lab.  So what

15  I mean by that is that Dr. Santschi's lab and my lab did no

16  analyses for total mercury.  All of that work was done by

17  Dr. Flett's lab.  So aliquots of each sample from every core

18  was then sent to Dr. Flett's lab to have total mercury

19  characterization done.

20         Similarly, Peter's lab -- Peter Santschi's lab conducted

21  all of the particulate organic carbon analyses, as I recall,

22  and so he was responsible for those analyses, and no other lab

23  conducted those analyses.

24         My lab was responsible for grain-size determinations.

25  So we retained an aliquot of every core from every station

1  regardless of what lab was sent samples to provide the

2  grain-size determination data.

3  Q     What's an aliquot?

4  A     An aliquot is just a subsample.  So if I cut a core, you

5  know, 1-centimeter interval, I take some fraction of that

6  material as an aliquot, and, you know, I might keep it at my

7  lab to do grain-size analysis, and another aliquot goes to

8  Flett's lab to do total mercury and so on and so forth.

9  Q     Did you conduct the total mercury analysis before you

10 looked at the radiochemical profiles?

11 A     Yes, that's correct.  So what we did was we took an

12 aliquot subsample of every core that was identified as that

13 core that was best representative of that station of the three

14 collected, and the initial step was to send those aliquots to

15 Dr. Flett's lab to produce the total mercury data.

16       We then held the rest of those samples in storage until

17 we received the data back from Dr. Flett's lab, and myself and

18 other members of the Study Panel could review those data and

19 make a decision about whether or not we thought it was best to

20 reject that core or to further analyze it.

21       In those cases where the decision was made to further

22 analyze it, then we took those samples that we had in storage,

23 and we distributed them, as I've described.

24 Q     How many cores did you reject and not send on for

25 further analysis?

1    A      I believe I previously stated 14 -- 14 stations, or 14

2    cores, were rejected based on the total mercury data.

3    Q      What criteria did you use to reject those cores?

4    A      Um, as I recall, there were a number of different

5    considerations.  Um, I think prime -- the primary

6    consideration, at least from my perspective, was the nature of

7    the mercury profile.

8           And so if you had a mercury profile that seemed to

9    indicate that there was an identifiable peak, and it was

10   relatively smooth and sharp, that suggested that that core

11   probably had high fidelity, meaning that it had been sampled

12   from an area where deposition and net accumulation had

13   occurred because, clearly, there's a well-defined mercury

14   peak, suggesting that things had been quiet and depositional

15   over the period of time that mercury had accumulated there.

16          That would lead us to believe, then, that the likelihood

17   was high that the other data we would collect, like the

18   radionuclide data, would be similarly high quality.

19          So from my perspective, I think that was probably the

20   number one consideration was the form of the -- or the shape

21   of the profile.  If the profile was very jagged, raggedy,

22   irregular, that suggested that there was likely problems with

23   that station, there had been mixing, lateral transport, this

24   sort of thing.

25   Q      Can you explain those terms?  What -- what do you mean

1    by mixing, and what do you mean by lateral transport?

2    A      Mixing is just that, you know, the sediment has been

3    mixed by either some combination of physical processes, like

4    currents, for example, or biological processes, so domicile

5    fish, fish that live near or in the bottom can sometimes mix

6    up sediments.  There's a range of invertebrates, invertebrate

7    benthos that live on or in the sediment.  Those can then drive

8    biological mixing.

9         So mixing processes, if they are extensive, particularly

10   if they result in some fraction of erosion, can result in very

11   jagged profile forms in terms of the tracers that we've

12   considered.

13   Q      And what do you mean by lateral transport?

14   A      Lateral transport is just that many times when -- when

15   we think of the deposition of sediment in, say, like the

16   ocean, for example, we think of it as a simple, almost

17   one-dimensional process where material is falling down through

18   the water column, and it's being deposited on the sea floor.

19        But, in reality, we know that material does do that,

20   but, also, we can have material that comes in laterally, um,

21   and can be deposited in that same location, as well, whether

22   it's the result of a landslide under the sea or something like

23   that, a turbidity flow.  There are a number of processes that

24   can provide sediment from lateral sources, which then become

25   integrated with sediments that have settled down through the

1    water column, and that can modify the profiles of the tracers

2    that we're considering here.

3    Q    And is the core selection process you described, when

4    you said you had 72, you sent 58 on for the full radiochemical

5    analysis --

6    A    Right.

7    Q    -- is that typical in this type of fieldwork?

8    A    Ah, I would say that the discrimination process is very

9    typical.  Um, I can't think of a study -- well, it's probably

10   been for me ten years since I've gone to a station and

11   collected just one core, um, because I've learned that that

12   doesn't work that well.

13        So ever since that time, we always try to oversample so

14   that we have the ability to discriminate between what appear

15   to be higher-quality samples versus others so that we can try

16   to improve our chances of success

17   Q    Did that selection process, discriminating between the

18   quality of the samples, in your view, introduce any bias into

19   your subsequent analysis?

20   A    I don't think so.

21   Q    What did the full workup involve for those 58 cores that

22   you then sent on for the full analysis?

23   A    The full workup, as I mentioned, we received total

24   mercury profile data from the Flett lab, so that was one

25   variable that was quantified.

1    We also quantified activity concentrations of the

2    isotope cesium-137, the isotope 210 lead.  In some -- a few

3    cores, I want to say half or two-thirds of the cores we

4    collected from Mendall Marsh, we were able to quickly analyze

5    them, and we did get beryllium-7 data for those cores.

6         In addition to that, Peter Santschi's lab, I can't

7    remember the number of stations, but there were some

8    relatively small number, maybe around ten stations, where they

9    also analyzed plutonium-239 and 240 there, but, again, that

10   was at a minority of -- of stations.

11        We determined sediment grain size in my lab for all

12   stations.  Peter's lab -- Peter Santschi's lab produced

13   particulate organic carbon data for all the stations, as I

14   recall.  And I think that Peter also produced some sulfur

15   data, not a lot of it, but some in his lab, as well, and I

16   don't recall how many cores or how many stations that was done

17   for.

18        Um, and then, of course, we had, as I said before,

19   photographic cores, physically described them.  When we

20   processed the sediment that was derived from those cores,

21   basically as part of the grain-size determination, we measured

22   a number of other physical variabilities that allowed us to

23   determine things like porosity, bulk density, this kind of

24   thing.

25   Q    Who analyzed the radionuclides?

1   A       Who analyzed them?

2   Q       Yeah.

3   A       Do you mean after the data was produced?

4   Q       No.  Who generated those data?

5   A       Oh, who generated those data?  All three laboratories --

6   Q       Okay.

7   A       -- as I just described.

8   Q       Why did you divide up the work like that?

9   A       Principally, as I understood it, the work was divided

10  that way because the Study Panel, in their communications with

11  Peter primarily, and to myself, as well, were on a timetable,

12  and, you know, they recognized that there's not an infinite

13  amount of money, and there's also not an infinite amount of

14  time that we could use to analyze all of these cores.

15      And so very early on in the process -- the discussion

16  process, we realized that with the number -- the minimum

17  number of stations we would need to produce the data with

18  confidence that they requested, that it would be far too much

19  work for any one, or even two, labs to take on in order to

20  produce in even a few years' time.

21  Q   Do you have an estimate overall of how many measurements

22  this stage of your work involved?

23  A       The core collection and characterization?

24  Q       Yes, including the radionuclide data and the physical

25  data that you listed.

1   A     Right.  Something on the order of 28,000 pieces of data.

2   Q     And that was divided among three different labs; is that

3   right?

4   A     Right.

5   Q     Okay.  Did you have any process in place to reconcile

6   data across the labs in case you identified any discrepancies?

7   A     We did.  Um, we talked about that with Dr. Carol Kelly,

8   and she was kind of our point person with respect to that.

9   And basically what she was interested in was to see that there

10  was quality assurance, quality control between the three labs,

11  and the principal way that we addressed that was that she

12  would ask us for a certain number of samples that we would

13  analyze at multiple laboratories, the same exact sample, and

14  the idea there was that if we saw too much of a discrepancy

15  between the data produced by any of the three labs, then that

16  might indicate that there were some kind of QA/QC problem that

17  we should address.

18       And so she was kind of lead person on that, and

19  periodically through our analytical work she would address us,

20  she would say, okay, it's probably time for another round of

21  replication, let's go ahead and do this, I would talk to her

22  about materials that I had in hand, I'd say, okay, I have

23  enough material to provide some more to Peter Santschi's lab

24  or to Bob Flett's lab or what have you, so we basically did

25  that at her request whenever she requested it

1   Q     Is this process of identifying and reconciling potential

2   discrepancies between labs common in a project of this size?

3   A     In my experience, yes.  And, in fact, you know, I can

4   only be responsible for my own laboratory protocol.  I can't

5   be responsible for other people's.

6         But I know Peter Santschi operates similarly to myself,

7   in that every -- you know, maybe there's 10 percent or

8   5 percent replication that's internal to the lab.  So what

9   that means is that of all the samples that I analyze by a

10  certain technique, either 5 or 10 percent of those I analyze

11  again, and I produce a replicate data set, so I can then

12  compare that to what I produced the first time to make sure

13  that there's no internal problems.

14        I strongly suggest that Dr. Flett operates under a

15  similar protocol, but I don't know the details.

16  Q     Let's turn to mercury inventory.  You've said that you

17  derived a total mercury inventory for the Penobscot study

18  area; is that right?

19  A     That's right.

20  Q     Okay.  How did you do that?

21  A     We did that basically by taking the concentrations of

22  total mercury over the entire core section and combining them

23  by an equation that I've listed in my chapter -- in Chapter 5

24  that determines how much mercury is stored in each one of

25  those intervals that we mentioned before -- 1 centimeter,

1   2 centimeters, 5 centimeters -- so we can determine how much

2   mercury is associated with those sediments in each interval,

3   and then we can sum all of those intervals over the depth that

4   we wish to quantify the inventory in, and that's how it's

5   determined.

6   Q    Let me show you a few figures from your report.  This is

7   Page 5-15 on Joint Exhibit -- Joint Exhibit 6-5.  And did you

8   create this figure?

9   A    I did.

10  Q    Okay.  Can you explain what this is?

11  A    This simply shows on the X axis a listing of all the

12  stations that were designated from the Penobscot River, and

13  they're ordered approximately from left to -- ah, left to

14  right, from north to south, moving down the river, and on the

15  Y axis from 0 to 1,600, you have the total mercury inventories

16  in units of milligrams of total mercury per square meter of

17  sediment.

18  Q    And did you repeat that process for each other

19  compartment of your study area?

20  A    That's correct.

21  Q    Okay.  And let me just -- and so which one is this?

22  A    This is Mendall Marsh.

23  Q    Okay.  And then you also have Orland River.

24  A    That's right.

25  Q    This is now on Page 5-16.  And then you did the same for

1    Fort Point Cove in the lower estuary.

2    A    That's right.  And the Y axis is the same for all of

3    those figures you just showed.

4    Q    Okay.  And how did you -- once you determined these

5    cumulative totals in each coring location, how did you derive

6    the total sedimentary mercury inventory from there?

7    A    What we did was we went through multiple steps.  So the

8    first step was that we recognized that the entire surface area

9    of the Penobscot River, from the farthest north, northern most

10   sampling station, coring station, all the way to, say, Fort

11   Point -- Fort Point, um, not all of that area -- that surface

12   area was accumulating sediments.

13        And so for us to come up with an estimate of the total

14   amount of mercury associated with that whole surface area

15   would result in a gross overestimate of how much total mercury

16   was actually there because we knew for a fact that there were

17   many areas in the system that were not favoring deposition;

18   they were not accumulating sediment.

19        And, in fact, as one moves up the river, um, you have

20   less and less material that's being accumulated, and there's

21   certain parts of the river that -- where it's a bedrock

22   mantled channel, where literally there's nothing there but

23   bedrock and the water that flows over it.  So including those

24   areas in the quantification would have been a gross

25   overestimate.

1       So the first thing we had to do was we had to determine

2   how much area between the northern most sampling station and

3   the termination of where we were going to determine the total

4   amount of mercury in the system were actually accumulating

5   sediments, versus those areas that were not accumulating

6   sediments and should be excluded.  There were several sources

7   of information that we used to determine what those net

8   depositional areas were.

9       One of them was bathymetric data that that was provided

10  by NOAA.  This data was extremely useful because it showed us

11  not just depths of various parts of the system, but it also

12  showed us the nature of the sea floor or the river bottom.

13  And so from that data, we could identify bedforms that

14  indicated clearly to us that, well, here's an area where

15  there's sediment accumulating versus scoured parts of the

16  channel that clearly indicate that they're not accumulating in

17  these locations.  So that was one important source of

18  information.

19      Another one was where we had success collecting sediment

20  cores in the first place.  So as you'll recall, earlier I

21  testified that there was something on the order of 96, or so,

22  stations that we originally went out and wanted to sample

23  from, and that out of those 96, or so, he with were only able

24  to collect sediment at 72 of them, and so our field

25  reconnaissance actually showed us that those locations were

1   not accumulating sediments.

2   Q      Hm-hmm.

3   A      That was a second piece of information.

4          A third piece of information were data that were

5   provided to me -- I can't remember by -- directly by Dr. Geyer

6   or maybe Dr. Bodaly -- I don't remember -- but it showed where

7   they had collected grab samples of sediment and linked that to

8   Dr. Geyer's classification of what kind of sediment were

9   there, if any.  So there were some places that Dr. Geyer's

10  group sampled where they recovered nothing, and so they

11  classified that as bedrock, essentially.  So we excluded those

12  areas.

13         There were some other areas where Dr. Geyer had sampled

14  very, very core sediments -- gravels, essentially, and we know

15  that mercury is not accumulating in association with cobbles

16  of gravel, you know, the size of your fist.  So those were

17  excluded.

18         So we went through this iterative process of excluding

19  areas that we knew were not accumulating sediments in favor of

20  identifying those areas that were accumulating sediments.

21  So --

22  Q      Let me show --

23  A      No, go ahead.

24  Q      I'll show you a map from Page 5-17, and the caption is

25  net depositional areas and non-net depositional areas of the

YEAGER - DIRECT EXAMINATION/COLANGELO

1308

1    study system.

2    A    Right.

3    Q    So can you describe what this shows.

4    A    This basically graphically represents the end result of

5    the process that I was just referring to.  And so you'll

6    notice that in each one -- so in the center of the image, you

7    have the entire system, and then there are boxes that are

8    blowing up certain parts of the system that you can see on the

9    side here, and what's happening is in each of those boxes, you

10   have the same color, but you have different shades of that

11   color, right?

12        So in this example, these areas are areas that we

13   denoted as net-depositional, whereas the center part of the

14   channel there that's in the lighter color or shade of blue

15   were designated as non-net-depositional.

16        So this was the first product that was produced based on

17   that iterative process I just described, identifying which

18   areas are accumulating sediments and likely net-depositional

19   versus those that are not.

20   Q    And who determined the shapes on this map?

21   A    That was a process that we generated polygons.  I did

22   this in concert with Ruben So at Environ.  Basically, there

23   was a discussion between myself and, I believe it was, Chris

24   Whipple, but I recall also that John Rudd was involved,

25   whereby I said, look, we have all this information, but I'm

1  not a specialist in spatial analysis.  So, you know, I don't

2  really have the skills to generate these kinds of figures that

3  we need to generate.  Um, but we do have the data that we can

4  use to produce these if we had that expertise.

5       And eventually the conversation went around to Chris

6  Whipple at Environ, who said that they actually had a number

7  of people that produced these kind of products for their own

8  purposes routinely, and so at that point, he connected me with

9  Ruben So, and Ruben produced the background map, and working

10  with me, I indicated to Ruben those areas that, using the

11  combined data set I described, corresponded to what I

12  considered to be net-depositional areas versus

13  non-net-depositional areas, and then he produced the polygons

14  that you see here and the map that you see here

15  Q     And when you see polygons, are you referring to

16  something like this shape here?

17  A     Yes, that's right.  All -- all these shapes are actually

18  individual polygons that were created within a geographic

19  information system software package that Ruben So, you know,

20  operates on daily basis, and then were overlaid on the base

21  map that he had created to produce the map that we see here.

22  Q     And was that -- the decision of, you know, how big and

23  where these polygons were, was that based on the three main

24  sources of data that you testified to earlier -- the Woods

25  Hole data, your collection of sampling, and the NOAA

1   bathymetry data?

2   A     And in addition to that, there's actually four -- our

3   field experience.  The fact that we had actually been in the

4   field and we identified places -- we definitely thought

5   initially going in, well, these might be accumulating

6   sediments, but once we got there, we realized they weren't.

7   Q     Okay.  Now, this is Page 5-18, the next page in your

8   report, and the caption says -- here's the page number -- the

9   caption says, simple contour map showing the distributions of

10  total sedimentary mercury inventories throughout the mercury

11  system.

12  A     That's right.

13  Q     Was this the ultimate product of this type of -- this

14  process that you're describing?

15  A     For the inventories, that's correct, and what we did was

16  we realized that, you know, there were some polygons that were

17  created where, you know, there was only a single core station

18  within them.  So we only had one piece of information to tell

19  us what the inventory might be.

20        In some of the smaller polygons, in fact, in the upper

21  river, there was no coring station directly within the

22  boundaries of that polygon.  And then farther to the south,

23  particularly when some of the polygons got rather large, there

24  were multiple stations within that polygon.

25        So we recognized right away that it was -- it was not

1   going to be accurate for us to say, well, each one of these

2   polygons represents a single value in terms of mercury

3   inventory.  And so what we did, based on that, was I had asked

4   Ruben to define the boundary conditions, which were the

5   hydrologic boundaries, in other words, the boundaries of the

6   channel, the boundaries of the Upper Estuaries, around the

7   islands, the boundaries of the Mendall Marsh river, and then

8   within the area, after the boundaries had been defined, to

9   contour what the distribution of inventories would be based on

10  the kriging approach, using the actual core stations as the

11  control points from which the kriging equation would then

12  derive estimates of what the inventory might be between

13  stations where we got actual data and we don't have data.

14       Um, once that was done, this map was produced, which

15  it's difficult to see from -- maybe without zooming in more,

16  but there's actually contour lines, and -- maybe it's the

17  reproduction itself of the map that you have -- but there's

18  Q    Hm-hmm.

19  A    -- gradients of colors -- you can sort of see that here

20  -- where this is a lighter color than down here, but there are

21  gradients in color and there are actual contour lines that

22  show that there are distributions of different interpreted

23  mercury inventories between the control stations that

24  represent the coring stations.

25  Q    And is this an extrapolation --

1    A    Yes.

2    Q    -- based on the 58 -- the mercury inventories in the 58

3    cores that you analyzed?

4    A    That's correct.

5    Q    Okay.  And, in your opinion, is that a sufficient number

6    of data points to -- for the inventory calculation that you

7    conducted?

8    A    I think that, you know, 58 sounds like a big number, but

9    you're talking about a very large system.  So I think that for

10   the purposes of illustrating that there are differences in

11   mercury inventories in different parts of the system, this is

12   absolutely more than adequate.

13        I think that if you wanted to end up with a very

14   rigorous estimate of the total amount of mercury in the system

15   that is associated with a small uncertainty, you would want to

16   have more control points than what we had.  But I think for

17   those purposes I previously stated, this is more than

18   adequate.

19   Q    And did you tally the total inventory in numeric form as

20   a result of this part of your work?

21   A    That's right.

22   Q    Okay.  That's reflected on Page 5-19 of Joint

23   Exhibit 6-5; is that right?

24   A    That's correct.

25   Q    Okay.  And what's the cumulative total sedimentary

1  mercury that you came up as a result of this process?

2  A     It's 9.28, um, but I should qualify that -- and I

3  believe I testified to this effect in one of the two

4  depositions, perhaps the second, but I can't be sure -- it's

5  important to note that the inventories were determined to

6  90 centimeters depth, or the end of core, for all of the 58

7  stations.

8       So when one looks at this number, I think that this

9  number is a slight overestimate of the total mercury inventory

10 in the system.  The reason why I say that is because in many

11 of the cores that showed the highest fidelity or the highest

12 resolution, one can clearly see that within that 90-centimeter

13 interval, often you would have a slight increase in the total

14 mercury concentration that I interpret as associated with the

15 beginning of heavy industrialization in the Penobscot

16 watershed.  That above-baseline point would then persist up

17 through the sectioning, moving in time towards the present.

18 And then at some point in the section, there would be a very

19 rapid excursion from that baseline and a large mercury peak,

20 which would then move back down and decrease towards the

21 surface.

22       So when we calculated these inventories in each core, we

23 often included some of that small excursion that I represented

24 to be, in my opinion, associated with industrial activity in

25 the watershed.

1    So if one were to go back and calculate this same thing

2  again and exclude that early industrial signature and focus

3  only on the point where the peak got very large, then this

4  number would be reduced.  I don't think it would be

5  significantly reduced, but it would be reduced.

6  Q    So when you said you think -- just now, that you think

7  this number might be a slight overestimate, were you saying

8  that this is an overestimate of the total amount of mercury in

9  the system?

10 A    That's a good point.  What I mean by that is that if we

11 wanted to determine the -- the inventory for all of the

12 mercury that we can find in the system, then we would want to

13 include all the sediment all the way down to the point where

14 we first see that small excursion from basically the baseline.

15    What I'm referring to is if one assumes that that very,

16 very large peak in mercury is associated with releases from

17 HoltraChem, then if one wanted to determine the total

18 inventory of mercury associated with releases from HoltraChem,

19 then one might want to redo this analysis, which would result

20 in this number decreasing somewhat.

21 Q    And does the inventory in -- reflected in this table

22 here include mercury in mudflats in Mendall Marsh, for

23 example?

24 A    Ah, of the -- in fact, if you could put that figure up

25 that shows the core stations in Mendall Marsh?

1  Q     Sure.  This is Figure 5-5.

2  A     Right.  So of the cores that are shown here, 12, 11, 10

3  was rejected, 9, those were collected, um, at the very margin

4  of the intertidal mudflats and what one -- one might call the

5  marsh margin proper.  So those were collected essentially on

6  those intertidal mudflats.

7       However, as one moves towards the headwaters of the

8  Marsh River, what -- what one finds is that the tidal

9  excursion results in, when it's low tide, tall channel banks,

10 and those channel banks are mantled with very large quantities

11 of mud, and that mud is inundated then when the tide comes up

12 and periodically when the tide comes out of the banks and

13 inundates the marsh surface, as well.

14      When we collected the cores for all but those three

15 stations, we collected them immediately distal to the natural

16 levy.  So what I mean by that is that once one comes up the

17 channel bank, there's a natural levy or bump in elevation

18 produced by sedimentation as a result of overbank flow, and

19 then the elevation slowly goes back down, and then there's a

20 flat marsh platform.  So our cores were collected on the other

21 side, or the marsh platform side, of this levy.  We didn't

22 take any cores from the channel bank itself.

23      So there's very large quantities of mud associated with

24 those channel bank deposits, basically almost all the way up

25 to -- well, actually, yeah, all the way up to the first -- the

1    first core that we collected -- the first station.

2    Q    And would including mercury in those locations increase

3    the number, that 9.28 metric tons number, that you were

4    looking at earlier?

5    A    Yes.

6    Q    Okay.  Let's move to the radiochemical analysis that you

7    conducted.  What can -- just very generally speaking, what can

8    radiochemical traces in sediment show?

9    A    They can give us varying pieces of information.  They

10   can tell us the age of the sediment at different layers or

11   depths within the section.  We can use that chronological

12   information to derive sediment accumulation rates at that

13   location.

14        They can also provide quantitative information in some

15   cases on the extensiveness of mixing, particularly near-

16   surface mixing, so we can quantify if we have high-quality

17   profiles of certain radionuclides, the depth over which active

18   mixing is occurring within the temporal window represented by

19   that isotope.

20        So, for example, beryllium-7 has a 53-day half-life, so

21   looking at a profile of beryllium -7, wherever its maximum

22   penetration depth is, one can make statements about mixing

23   that has occurred over about the last year, whereas if we were

24   in the open ocean and we could use thorium-234, which has a

25   much shorter half-life of about 24 days, we could conduct the

1   same exercise, but only over about the last six months.

2        So it can provide us with quantitative information of --

3   of those kinds of things.

4        In addition, if we have longer-life isotopes, like

5   cesium-137 or lead-210, and you have profiles that extend over

6   much greater depths, the nature of those profiles can also

7   provide us information that's more qualitative in terms of how

8   much disturbance occurred at that location over the time frame

9   represented by that profile for that isotope.

10  Q   Where does cesium-137 come from?

11  A   Cesium-137 is anthropogenically produced.  It does not

12  occur in nature.  It comes primarily from aboveground nuclear

13  weapons testing, which tapered off considerably in 1963, when

14  there was an international moratorium on testing nuclear

15  weapons by exploding them at the surface of the earth.

16  Q   And what --

17  A   We could also get them from, for example, in 2011, the

18  Fukushima disaster.  That produced considerable quantities of

19  cesium-137 which were released, in that case, into the ocean.

20  Q   Are there standard techniques to measure these tracers

21  in sediment?

22  A   Yes.

23  Q   And are those techniques that you've used before?

24  A   Yes.

25  Q   What are the limit -- let's talk about each of them one

1    at a time.  But starting with cesium-137, what are the

2    limitations of using cesium-137 in this type of environment,

3    the Penobscot Estuary?

4    A    Ah, well, there are several.  Um, one of them is, of

5    course, there's a time limitation.  So if you're interested in

6    dating material that is older than, say, about the early

7    1950s, um, then cesium-137 is not going to be very effective,

8    and the reason for that is that cesium-137 did not appear, at

9    least in the published literature, it was not recorded at

10   above nondetect quantities on earth until the early 1950s.

11   So, basically, we started blowing up nuclear weapons in, you

12   know, 1944 or '45, and it took a few years of doing that

13   before we got enough cesium up into the earth's atmosphere

14   that it was distributed widely and we could begin to detect

15   it.  So one of them is time.

16        Um, another one is the type of sediment.  So, as I

17   mentioned earlier on in my testimony, one of the reasons why

18   these radionuclides are useful is because they're particle-

19   affinitive.  However, that does not mean that they like all

20   particles.  As I mentioned, these radionuclides, like mercury,

21   won't associate with cobbles and gravel.  They tend to prefer,

22   in cesium's case, very fine-grain sediments and that's a

23   function of the mineralogy of those fine-grain sediments.  So

24   particularly clays and silts are very effective at absorbing

25   or sticking to cesium.

1       So, for example, if you were trying to use cesium in an

2  environment where the sediment was dominantly sand, it's very

3  unlikely that you'd be successful, mostly because the quantity

4  of cesium would be so low that it would be difficult to

5  measure it with existing technology.  So that is certainly

6  another limitation.

7       Um, a third limitation would be the setting.  So if you

8  have a location like, say, a large lake, a deep lake, where,

9  at the deepest parts of the lake, there -- there's not really

10  any current action to speak of that's strong, there's

11  certainly no wave action to speak of, perhaps it's anoxic, it

12  doesn't have oxygen so there's not many biological critters

13  running around and stirring things up, chances are you'd have

14  a beautiful cesium-137 profile because there hasn't been much

15  disturbance.

16       If, however, you're in an energetic river system, where

17  material is routinely being deposited and picked up and

18  deposited and picked up and deposited and picked up, chances

19  are your cesium profile is going to be very, very irregular,

20  and so it's going to be really hard for you to use that to

21  say, well, this represents 1963 because you don't necessarily

22  have a strong peak there.

23       Um, alternatively, sometimes we're able to utilize

24  cesium-137 even if we don't have a strong peak because we can

25  use the fact that it appeared in the environment in the early

1  1950s as a secondary marker.  So we can say, well, hey, as

2  soon as I can detect it, that must correspond to about the

3  early 1950s.

4        The problem, of course, is that in these kinds of

5  energetic environments, there can be hiatuses where

6  sedimentation ceases.  There can then be intermittent erosion

7  where parts of the profile were removed and then new sediment

8  is laid down.  And these things can all complicate the utility

9  of cesium-137.

10 Q    What are the limitations of using 210 lead in this type

11 of environment?

12 A    They are very similar.  210 lead is a constant fallout

13 radionuclide.  So unlike cesium, which is produced by

14 anthropogenic activity with very discrete time markers,

15 lead-210 is constantly produced on earth, and it's part of the

16 uranium-238 decay series, so it's part of rocks that make up

17 our crust.  The crust breaks down into sediments, which

18 include lead-210.

19       And the way that that works basically is that as

20 isotopes are decaying to lead-210, one of the intermediary

21 products is the noble gas radon.  So radon has an isotope 222

22 radon.  So what happens is that radon can escape from the

23 surface of the earth because it's a noble gas, go into the

24 atmosphere, where it then further decays, eventually becoming

25 lead, which is then rained down in the atmosphere to the

YEAGER - DIRECT EXAMINATION/COLANGELO

1   surface of the earth.

2        So lead is effective over timescales of about 125 years.

3   That's not because of the source pulse like with cesium.

4   That's because the half-life of lead is about 22.3 years.

5   After five to seven half-lives, the isotope will decay away to

6   the point where it's not usable.  So there's a temporal

7   limitation, of course, there with lead-210, as with cesium.

8        There is also a limitation with respect to the material

9   that lead-210 will associate itself with.  So lead-210 is a

10  little bit different than cesium in that lead-210 likes clay

11  material, as well, but it also likes organic material.  So it

12  will associate itself with organic material much more strongly

13  than cesium will.

14       And with lead-210, there are the same problems -- or

15  there can be the same problems with respect to the setting,

16  the setting where you find the lead-210.  So if it's quiet,

17  you have a much higher quality profile; if it's disturbed,

18  then it presents a challenge.

19  Q    Let's turn to your calculation of sedimentation rates.

20  Describe what sedimentation rates refers to?  What does that

21  term mean?

22  A    Sedimentation rate can be defined in more than one way.

23  You can define it in terms of mass accumulation, which would

24  be a certain number of grams of material deposited over a

25  certain surface area per year.  So a common unit for that

1   would be grams per square centimeter per year.

2        You can also define sediment accumulation in terms of a

3   linear rate or centimeters per year, a certain thickness of

4   material that's laid down in a certain place over a given

5   period of time.

6        So I think the most common utilization for -- that

7   you'll see for sedimentation rate is in units something of

8   like centimeters of sediment per year.

9   Q    Is that what you did here?

10  A    Yes.

11  Q    Why did you calculate sedimentation rates here?

12  A    We calculated sedimentation rates here because -- well,

13  first of all, we wanted to try to understand the distribution

14  -- quantify the distribution of time.  We wanted to date the

15  sediment.

16       Once we have chronological information about the age of

17  the sediment and we've measured its thickness, so we know how

18  thick it is, we can derive, with pretty high confidence, what

19  the average sediment accumulation rate must have been over the

20  time since that marker was placed in the sediment to the

21  present day.

22       In addition to that, it's impossible to quantify fluxes

23  without knowing what the sediment accumulation rate is.  So we

24  had to get that data for that purpose.

25  Q    And by flux, do you mean contemporary additions to an

1    area?

2    A    Right.

3    Q    Okay.  What tracers did you use to calculate the

4    sedimentation rates here?

5    A    We used, wherever possible, cesium-137.  We used

6    lead-210 excess.  In some cases, as I mentioned, a minority,

7    maybe about ten cores, we also had some plutonium-239 and 240

8    data.  Plutonium, like cesium, is a bomb fallout radionuclide,

9    and so we can use it the same way.

10        In addition to that, because we knew the year when

11   releases from HoltraChem began in quantity, in 1967, we could

12   use the peak location for total mercury in some cases to

13   derive an estimate of sediment accumulation, as well.

14   Q    Let me show you some bar graphs from your report that

15   plot the sediment accumulation rates that you've derived.

16   This is from Page 5-21 of Joint Exhibit 6-5.  And is this a

17   figure you generated?

18   A    That's right.

19   Q    Okay.  What does this show?

20   A    This shows the sedimentation rates in centimeters per

21   year for each of the stations in the Penobscot River, and it's

22   -- this figure is similar to the previous one -- one of the

23   previous ones you showed in the sense that, from left to

24   right, on the X axis, the Penobscot River stations are

25   approximately north moving to the south, and then the Y axis

1   is just the sediment accumulation rate in centimeters per

2   year.

3        For many of the stations, you'll note that there is more

4   than one bar, and that corresponds to the legend in the upper

5   right-hand corner of the figure.  So blue data indicates

6   sediment accumulation rates determined by lead-210.  The red

7   or orange is cesium-137.  The green is total mercury.  And I

8   think the purple is where we had plutonium data.

9   Q    And you did the same for each of the various

10  compartments in the estuary; is that right?

11  A    That's correct.

12  Q    Okay.  So I'm showing you now the sedimentation rate bar

13  graph from Page 5-22, which is for Mendall Marsh?

14  A    That's right.

15  Q    Okay.  And so for some of the stations, you have four

16  sedimentation rates, which, as you were describing, come from

17  the four different tracers where you had them available; is

18  that correct?

19  A    That's correct, that's correct.

20  Q    Okay.  And for some, for example, you have three --

21  A    Hm-hmm.

22  Q    -- because it looks like in this core, MM9V, you did not

23  have plutonium data.

24  A    That's correct.

25  Q    Okay.  Did you observe inconsistencies between the

1  sedimentation rates that you derived from different tracers

2  for the same locations?

3  A    In some cases, yes.

4  Q    And what, if anything, does that signify?

5  A    Ah, that signifies to me that those were stations that

6  most likely had some level of disturbance, and so they

7  presented challenges in terms of interpretation.

8       Um, the other thing to consider is that we felt that it

9  was a prudent exercise for sediment accumulation rates to be

10  determined independently by Dr. Santschi and myself, and the

11  reason for that is that then we could compare notes afterwards

12  and see if -- identify discrepancies and how those

13  discrepancies were produced.

14      Um, so these -- these are final results that were

15  produced as a result of comparison of those results from each

16  lab.  Um, but, yes, we did have some locations where there was

17  not strong agreement between the various methods used to

18  determine sediment accumulation.

19  Q    Across all the cores, if you look across all 58, how

20  much agreement did you see between the various sedimentation

21  rates that you derived?

22  A    Excellent agreement.  In fact, I believe I produced a

23  number of figures in Chapter 5 that shows regression

24  relationships between sediment accumulation -- there you go --

25  produced by different isotopes for various stations.

1       And so the relationships were, in fact, very strong.

2    Q    Okay.  This is from Page 5-20 of your report.  And can

3    you explain what you mean that this shows the relationship

4    between the various sedimentation rates derived from various

5    tracers was very strong?

6    A    Right.  So if you look at those three plots, each of

7    those plots is comparing, essentially, the sediment

8    accumulation rates in centimeters per year between different

9    tracers that were utilized to produce those rates.

10       So the very bottom there, you have total mercury on the

11   Y axis versus cesium-137.  So there's a large number of data

12   points there.  The R-squared value is very high.  And so you

13   can see that there is excellent agreement between the rates

14   determined by those two independent tracers.  And each of

15   these figures then compares a different set of tracers that

16   produced sediment accumulation rates.

17   Q    Do the sedimentation rates that you derived from the

18   radiochemical tracers corroborate your assumption of a major

19   mercury release in 19 -- in or around 1967?

20   A    Yes, and, in fact, at one of my depositions, I want to

21   say maybe the second deposition, I actually went through the

22   exercise of bringing up the spreadsheet of -- of the data that

23   had all the sediment accumulation rates produced by all the

24   tracers, and one of the things that we did was we combined the

25   results from multiple tracers to determine aggregate or mean

1   average sediment accumulation rate for the stations.

2        And if one removes the sedimentation rate produced by

3   the total mercury, the change in the mean rates is

4   insignificant.

5   Q    What does that signify for you?

6   A    That indicates that, in this case -- in this particular

7   case, that total mercury is, in fact, serving as an effective

8   marker in time producing sediment accumulation rates that are

9   in strong agreement with independent tracers, in this case,

10  the radionuclide data.

11  Q    For what date and time?

12  A    For the late '60s.

13  Q    You also looked at contemporary flux.

14  A    That's right.

15  Q    And does contemporary flux mean current additions of

16  mercury to a particular location?

17  A    That's a difficult question to answer.  The reason why I

18  say that is because the sediment accumulation rate is one

19  variable that one must have in order to calculate a

20  contemporary mercury flux.

21       And so the sediment accumulation rate is determined

22  based on markers that are operating over decadal timescales.

23  So, essentially, what we're saying is the long-term sediment

24  accumulation rate based on these data is X value, right.  So

25  whether or not that sediment accumulation rate, that average

1   sediment accumulation rate over those multiple decades, is

2   representative of what the sedimentation rate is this morning,

3   we don't know, but this is the best information that we have.

4        The second consideration is that you're taking an

5   average value of the total mercury concentration between the

6   surface of the sediment and 3-centimeters depth, and you're

7   saying, okay, that's the second part of the equation.  So

8   putting these two variables together, I can produce a

9   contemporary mercury flux.

10        So what is the age of those 0 to 3 centimeters?  Do

11   those represent mercury -- mercury associated with sediments

12   that had been put there in the last week?  Have they been put

13   there in the last month or last four months or five months?  I

14   don't know.  But it's certainly contemporary in comparison to

15   the sedimentation rate -- the sediment accumulation rate data

16   determinations.

17   Q    How did you measure contemporary mercury flux?

18   A    Ah, one way you could do that would be you could deploy

19   sediment traps, um, into the field, and the sediment traps

20   would accumulate sediment that's coming down, not lateral

21   transport, but vertical transport, so sediment that's raining

22   down through the water column would be intercepted by the

23   sediment traps, and if you leave them out for enough time,

24   then you'll accumulate enough material in there that you can

25   measure that material, so if I know when I put the sediment

1    trap in the field and I know when I collected it and I've

2    measured how much material it caught, I can quantify how much

3    -- what the rate of sediment accumulation is through the water

4    column at that location.

5         And then if I measure the total mercury concentration in

6    those same sediments that were collected in the trap, then I

7    can say, well, if the trap's been out for six months or a

8    year, this is what the contemporary flux of mercury is to the

9    bottom over that time frame.

10   Q    What did you do to assess contemporary flux here?

11   A    Ah, I think I already described that.

12   Q    Okay.

13   A    The combination of the mean sediment accumulation rate.

14   Q    Right.

15   A    That was determined from the sediment core work, and the

16   average concentration of total mercury, I believe over the

17   first 0 to 3 centimeters, those two variables were put

18   together to develop an estimate of contemporary mercury

19   fluxes.

20   Q    And where are you seeing evidence of contemporary

21   mercury flux?

22   A    Well, we see it everywhere, so I don't recall any of the

23   58 stations where we performed this exercise where the

24   contemporary mercury flux was 0.  There was a contemporary

25   mercury flux at all stations.

1    Um, I don't remember out of the 58 cores exactly which

2    ones were hotspots, other than the testimony I'd offered

3    earlier, which, in regard to the Orland River, which was

4    somewhat surprising, where you had relatively low inventories

5    of total mercury, particularly in the upper parts of the

6    Orland River, but you had very high contemporary fluxes or

7    surface concentrations of mercury at those stations, which was

8    interesting.

9    Q    Let me show you a sentence from -- towards the end of

10   your report.  This is Page 5-29 of Joint Exhibit 6-5.  And I'm

11   wondering about this sentence here, the distribution of mean,

12   near-surface, upper 3-centimeter total mercury concentrations,

13   however, clearly indicates that total mercury is being spread

14   throughout the system, both beyond and between those locations

15   that show elevated and highly elevated total mercury

16   inventories.  Can you explain what that means?

17   A    What that means probably can be best explained if I give

18   you an example.  If there was no change in mercury release in

19   the Penobscot River, in other words, you released a certain

20   amount of mercury, um, and the circumstances in the system did

21   not change from that point, then you would expect that those

22   stations that show high total mercury inventories would also

23   show relatively high contemporary fluxes of mercury, relative

24   to all the other places that you've taken those cores.

25       And that means that over time, there hasn't been a lot

1  of change; in other words, material that used to be rich in

2  mercury and was put here is still being put here.  Right?

3  Material that today is relatively rich in mercury -- relative

4  to other places -- is still being deposited in the same place.

5      Um, and so what this means is that when you have

6  locations that historically show that there's a lot of mercury

7  stored in inventory, but there's very low fluxes of mercury

8  means that those aren't places anymore where mercury-laden

9  sediments are currently being deposited, but they used to be.

10      And, conversely, those places where you have low

11  sediment-mercury inventories means that historically, there

12  hasn't been a lot of mercury put in that place, but if it has

13  very high contemporary mercury fluxes, that means that now it

14  is.  And so that's basically what that means.

15  Q    Are there some areas in the system, based on your

16  observations, where surface mercury concentrations are still

17  increasing?

18  A    Yes.

19  Q    Where?

20  A    Ah, well, I mentioned the upper Orland River.  Clearly,

21  that's one example.  Um, I would have to look at some of the

22  profiles for individual cores -- 58 cores is a little too many

23  to commit to memory -- but there are a number of cores where

24  we saw two things happen:  One, was we saw homogenization of

25  mercury profiles, which meant that some depth from the

YEAGER - DIRECT EXAMINATION/COLANGELO

1332

1    surface, say 5 to 10 centimeters, the mercury concentrations,

2    you know, it was wiggling around, but it wasn't really

3    changing a whole lot from the surface to that depth.

4         Um, and then there were other locations where, in

5    fact, we saw that there was mercury increasing towards the

6    surface.  So those are places where, you know, you would

7    suspect that contemporary fluxes of mercury are relatively

8    high and that would explain that -- those observations.

9    Q    Let's discuss your replicate core analysis very briefly.

10   Did you conduct a replicate core?

11   A    I did.

12   Q    Analysis?

13   A    I did.

14   Q    And what does that mean?

15   A    All that meant was that, as I testified to earlier, one

16   of the challenges, perhaps the biggest challenge, that field

17   scientists face is heterogeneity over small spatial scales.

18   And so in addition to the QA-QC protocols that we discussed

19   previously, I suggested to the Study Panel that it would be a

20   good idea for us to choose at least two stations that were

21   very different in terms of their setting.

22        And instead of selecting only a single core from

23   these two stations, we select two cores.  And we take those

24   two cores, and we work them up in exactly the same manner, um,

25   and we compare them, what the results were.  And that's what

1    we did.

2    Q    And which cores did you do this for?

3    A    I don't remember the numbers, but I remember one of them

4    was in the Penobscot River.  So it was a PBR core.

5    Q    Yes.

6    A    And the second one was an estuarine core, it was an ES

7    core, I don't remember the number, but I know they're in the

8    report.

9    Q    This might help.  I think the first was PBR21?

10   A    Okay.

11   Q    Because you have a 21B and a 21C?

12   A    That's right.

13   Q    And the second was ES8?

14   A    That's right.

15   Q    Does that ring a bell?

16   A    That's right.

17   Q    I'm not sure it's on this image here.

18   A    Ah --

19   Q    But does that sound correct?

20   A    Yes, that's correct.

21   Q    ES8?

22   A    There you go, it's A and C.

23   Q    A and C.  So how close together were these replicate

24   cores?

25   A    As close as we could get them.

1    Q    And what did you find when you analyzed the degree of

2    variability between the replicate cores?

3    A    We found two things.  Um, the first thing we found was,

4    as expected, there was considerable variability between each

5    of the two cores at each of the two stations, and we expected

6    that.  We knew that spatial variability over small scales is

7    just a fact of life.

8         The second thing that we discovered was that there was

9    significantly less variability at the paired cores at the ES8

10   station than at the paired cores at the PBR21 station, and

11   this also was not unexpected.  I don't recall what the water

12   depth was at ES8, but it was considerably larger than what was

13   the case at PBR21.  PBR21 was a tidally-influenced location,

14   much more energy there, and so the results were not

15   unexpected.

16   Q    And I'm sorry for the quality of this image, but just to

17   be clear, there's a square here -- this is from Page 5-10 of

18   Joint Exhibit 6-5, and there's a square right here.  And does

19   that icon depict the location for both of these two cores,

20   essentially?

21   A    That's right.

22   Q    Okay.

23   A    Um, basically, the resolution of the GI -- the

24   GPS, the uncertainty associated with the location of that

25   point was greater than the actual distance between that point

1    as represented by this particular figure.

2    Q    Okay.  Let's talk about mudflat erosion.  What does

3    mudflat erosion mean?

4    A    Ah, mudflat erosion simply means the loss of sediment

5    from a body of sediment that compromises an existing mudflat.

6    That erosion can occur either from the surface of the mudflat,

7    or it can occur from the side of the mudflat where the mudflat

8    abuts against the river channel, for example.

9    Q    Did you make any recommendations in your report

10   regarding mudflat erosion?

11   A    I did.

12   Q    What were those?

13   A    Um, as we previously discussed, there were extensive

14   mudflats -- there are extensive mudflats in the Marsh River,

15   in Mendall Marsh, most of which we have no data for.  I do not

16   know of any sample that was collected of the sediments in

17   those channel bank mud deposits.  So that was one part of it.

18        The other part of it was that we know from the core

19   locations that we recovered in mudflats in the Orland River,

20   the lower Orland River, and around the margin -- the eastern

21   margin of Verona Island, and also in the Frankfort Flats area,

22   on both sides of the river, that these mudflats have

23   considerable quantities of mercury in storage, as reflected by

24   the inventories of total mercury.

25        We also know that these mudflats are subject to

YEAGER - DIRECT EXAMINATION/COLANGELO

1336

1    erosion.  So as the river channel essentially migrates back

2    and forth, it is able to erode the margins of those mudflats,

3    and so if one cuts into those mudflats, you know, that's

4    indiscriminate of depth, essentially, so if you have very

5    large quantities of mercury, even if they were stored at some

6    depth in the sediments, if I'm cutting away the side of that,

7    then I can liberate considerable quantities of mercury in

8    those sediments that can then be further transported in the

9    system.

10           Additionally, we observed in the field that these

11   mudflats are typically dissected.  What that means is that as

12   you ride by in a boat and it's low tide, you can see the

13   surface of those mudflats, you can see what looks to be little

14   river systems on top of the mudflats, where you have gullying

15   and erosion.  You have water that's draining off them, and

16   it's cutting into the surface of those mudflats over time, and

17   as it does that, it liberates those sediments and delivers

18   them to the river, and then they can be transported.

19        And these gullies and rills that are on top of those

20   mudflats move over time, and they can deepen over time, and so

21   my recommendations were that because we had very little data

22   -- we had no data at all from the mudflats in the Mendall

23   Marsh area, except for those few cores at the end, and we had

24   very little data from the extensive mudflats in the lower

25   Orland River, east of Verona Island, and in the Frankfort

1    Flats area, that further work should be done there to

2    characterize how important or not important erosion of those

3    sediments might be in terms of remobilizing legacy mercury.

4    Q    And you're -- you're speaking of erosion from the

5    mudflats, but is mercury also being deposited to the mudflats

6    in some locations?

7    A    Certainly.

8    Q    And let me just, so that you can illustrate, show you --

9    this is, again, from 5-8 of Joint Exhibit 6-5 -- where --

10   showing Mendall Marsh and your coring locations in Mendall

11   Marsh, can you tell from this image, can you indicate using

12   your finger where the mudflats are?

13   A    Sure.  So there are extensive mudflats down here, and as

14   I mentioned before, we had three core stations that, um,

15   sampled them.  But the mudflats actually mantel the marsh

16   margin, and then the river starts to wiggle a whole lot up

17   here.  The entire reach that we sampled above MM1B, I'm not

18   sure how much further upriver, up the Marsh River there are

19   extensive mudflats, but they existed at least up to MM1B.

20   Q    Okay.  Did you review some of the parties' expert

21   reports in this case?

22   A    I did.

23   Q    Do you recall in defendants' expert reports there was a

24   discussion of using the sediment cores to identify other

25   sources of mercury to the Penobscot Estuary?

1   A      Yes.

2   Q      And was your objective in your coring study to identify

3   source?

4   A      No.

5   Q      Would your study have been different if it were?

6   A      Yes.

7   Q      If you look at all of the cores that you collected with

8   the question of source in mind, what pattern do you see in the

9   cores as a whole?

10  A      Can you be a little more specific?

11  Q      I think you referred to this earlier when you talked

12  about low industrial -- kind of early industrial levels of

13  mercury and then a sharp peak.  I was just asking whether that

14  relates, in your mind, to this question of source, and if you

15  saw a particular pattern across all the cores as a whole.

16  A      It does.  Um, it relates to source with respect to time.

17  So as one moves down -- I'm referring now to cores that were

18  high-fidelity cores, ones that showed very clear profiles of

19  total mercury -- there was a number of those cores, and, yes,

20  it was very clear, looking at the total mercury profiles, that

21  at some point in the past, um, probably early 1900's or even

22  late 1800's, depending on the location, that you had basically

23  a flat-line total mercury.

24          And then there was an excursion from that, where it was,

25  you know, a little bit gradual, and it didn't get very high,

1  there wasn't any big peak or anything like that, but it

2  certainly was an excursion from the baseline.

3       And then this would persist as you moved up the core and

4  came up through time towards the present day.  And then at

5  some point, in those cores, which correlated to the late

6  1960s, generally, you would see a very sharp excursion to the

7  right, so the concentration of total mercury would increase

8  dramatically.  And in many of those cores there would be one

9  single, large, readily identifiable peak of total mercury in

10  the sediment.  In some cases it would be a little bit more

11  diffuse, where there'd be smaller subpeaks, you know, above

12  it.  But then this very large excursion would then quickly

13  decrease, but it would not decrease to background, and it

14  would not decrease to that early industrial level that I

15  mentioned earlier.  It would be above that, and then it would

16  move towards the surface and continue to decrease.

17  Q    And what is the general timing of that rapid increase in

18  mercury concentrations that you observed?

19  A    The late '60s.

20  Q    What's the time envelope that you can provide using

21  cesium-137, for example, regarding events recorded in the

22  cores?

23  A    As I said, peak cesium occurred in the earth's

24  atmosphere in 1963, and so if you have a core that, you know,

25  shows continuous accumulation, you'll see the largest

1    magnitude peak in cesium-137 corresponding to year 1963.  But

2    we can detect cesium using existing technology typically after

3    about 1951, 1952.

4        So, clearly, we only have that temporal range that we

5    can use cesium-137 for.  So, for example, it would not help us

6    identify when that small excursion occurred in early

7    industrial times because it doesn't remember that long.

8    Q    During your deposition, you referred to core PBR16A as a

9    good example of an illustration of the kind of bounds that you

10   can put on timing in a core.  Do you recall that?

11   A    I do.

12   Q    Okay.  Why, in your mind, is that core a good example?

13   A    That core's a good example because it has an extremely

14   well-defined total mercury peak.  The total mercury peak

15   there, as I recall, it's either PBR16 or PBR5 that had the

16   maximum concentration of total mercury, which, as I remember,

17   was somewhere around 80,000 nanograms per gram, just a, you

18   know, huge number.  So it's not just the magnitude of that

19   peak that's important, but it's also its shape, its form,

20   it's -- you know, I don't even know if I could draw a peak

21   that's that sharp as the data show for that particular

22   location.

23       So it's just very sharp, very narrow, it has a clear

24   point, and a very high concentration, it has a rapid excursion

25   from this early industrial baseline, and it quickly falls, as

1    well.

2    Q    Did you, in reviewing the defendants' expert reports,

3    understand defendants' experts to be suggesting that if you

4    see a -- a mercury peak in a core below a cesium peak, then

5    that necessarily means the mercury was deposited prior to

6    1963?

7    A    I recall some text to that effect.

8    Q    Okay.  Do you have an opinion about that?

9    A    Ah, the resolution of the markers that we use are -- is

10   not as exact, I think, as some of the experts contend.  Just

11   because 1963 corresponds to the year where maximum

12   concentrations of cesium-137 were recorded in the earth's

13   atmosphere does not mean that you can narrow down 1963 in

14   every single core that you look at based on the distribution

15   of the cesium-137 data.

16        What's more accurate is, depending on the core that you

17   have, the broadness of the peak, and other considerations, it

18   represents an envelope of time, and that uncertainty

19   associated with the point that you ascribe to the time

20   representing the peak of that particular isotope is a function

21   of the setting that you found it in and the processes that

22   have gone on since the time that it was deposited.

23        So it's not unusual at all to see, in very high-fidelity

24   settings, like lakes, as I mentioned before, a very sharp peak

25   in cesium-137.  And in those instances you would say, well,

1   the envelope of time or the uncertainty may be only a couple

2   years either way, whereas if you take -- go to another

3   environment and you see a very broad peak in cesium-137, then

4   you have to realize that the envelope of uncertainty is much

5   larger.  So in that case, well, you know, maybe it's 1963

6   wherever you call that peak point to be, but maybe it's five

7   or six or seven years on either side of that.

8           So I think that, you know, when you start considering

9   the envelopes of uncertainty, the relative position of the

10  total mercury peak and the cesium-137 peak are irrelevant if

11  their era, considered together, is greater than the difference

12  in their locations.

13  Q    You mentioned earlier today that you learned through

14  experience not to draw conclusions based on a single core.  Do

15  you remember that?

16  A    Yes, I do.

17  Q    And why is that?

18  A    Why have I learned that?

19  Q    Why would you not draw conclusions based on a single

20  core?

21  A    Ah, well, because you're -- it's kind of analogous to

22  some of the testimony that Dr. Geyer gave earlier about

23  snapshots in time.  Um, a single core is not a snapshot in

24  time, but it's a snapshot in space.

25          So, you know, it wouldn't be very reasonable for one to

1   go out and collect a sediment core in the middle of the

2   Atlantic Ocean and pull it up and say, well, now I know what

3   happened in the Atlantic Ocean over the last, you know, 10,000

4   years, because spatial variability is absolutely a reality.

5   So that's a primary reason why you can't extrapolate really

6   based on a single core, unless, of course, your water body was

7   your swimming pool or something, and then it might be more

8   reasonable.  But, generally, I think that answers your

9   question.

10   Q     Let's turn to a discussion of recovery half-times.

11   A     Okay.

12   Q     Who -- who calculated the recovery half-times for the

13   Penobscot River Mercury Study?

14   A     Dr. Peter Santschi.

15   Q     Did you review his conclusions?

16   A     I read his chapter.

17   Q     And are you familiar with the methodology that he used?

18   A     I am.

19   Q     Do you have sufficient experience and expertise to

20   comment on the recovery half-times that he calculated?

21   A     I would say that I do, and I would say that the recovery

22   half-times that he produced are entirely reasonable and that

23   they are based on an enormous data set.  So I think that

24   they're very well-constrained.

25   Q     Do you happen to recall what the numbers are that he

1    determined?

2    A    Well, as I recall -- correct me if I'm wrong -- but I

3    believe that Peter conducted that exercise over, actually, two

4    different periods in time.  So he kind of divided the

5    post-1967 period into two -- is that right -- two periods of

6    time.

7         And so for the latter, or the closer to the present

8    period of time, I recall the number 22 years as an estimate

9    recovery half-time for the system, and I recall that the

10   Mendall Marsh was considerably longer, but I don't remember

11   what the number range was that he wrote in his report.

12   Q    Let me show you -- this is Page 6-14, so this is from

13   Dr. Santschi's chapter.  And he divides this by compartment.

14   This here means half-time.  Mean values of half-time -- and

15   here are his conclusions, 31 plus or minus six years in the

16   Penobscot River, 22 plus or minus three years at Mendall

17   Marsh, 78 plus or minus 13 years -- these are the estuary

18   stations, and 77 plus or minus 21 years at the Orland River.

19   Do you see that?

20   A    I do.

21   Q    Okay.  And you said it would take considerably longer in

22   Mendall Marsh.  You might be referring to -- I think to the

23   fact it will take multiple half-times in Mendall Marsh to

24   achieve recovery?

25   A    Right.

1   Q     Is that right?

2   A     Right.

3   Q     Okay.  And we're using the term recovery half-times, but

4   are there parts of the system that are not yet recovering?

5   A     Yes.

6   Q     Where mercury concentrations are still increasing?

7   A     Both.  As I testified earlier, there are locations where

8   you have apparent homogenization of total mercury profiles as

9   one moves towards the surface, and so if you have a profile

10  that, you know, it wiggles a little bit, but generally it's

11  homogenized as one moves from say 10 centimeters to

12  0 centimeters, that suggests that at that location the system

13  isn't getting worse, but it's also not getting better.  And

14  then there are other locations where as one moves from, say,

15  10 centimeters towards the surface, the concentration of total

16  mercury actually is increasing as one moves towards the

17  surface, which indicates that recovery is negative in those

18  places; in other words, it's getting worse, not better.

19  Q     And these recovery half-times here were derived only

20  from the locations where recovery is being observed; is that

21  right?

22  A     That's correct.

23  Q     Okay.  In your opinion, then, would you treat these as

24  minimum numbers for recovery?

25  A     I would.

1           MR. COLANGELO:  That's all I have.  Thank you,

2    Dr. Yeager.

3           THE COURT:  Cross-examination.

4                       CROSS-EXAMINATION

5    BY MR. TALBERT:

6    Q     Good afternoon, Dr. Yeager.

7    A     Good afternoon.

8    Q     Let's start -- I'll just start where you left off with

9    opposing counsel discussing Dr. Santschi's -- some of his

10   conclusions in his core (sic), and on the point that you just

11   discussed, where there were some cores where there was an

12   increase towards the surface, doesn't Dr. Santschi address

13   that in the subsequent sentences there?  He says, in a

14   substantial number of cores, mercury actually stayed

15   relatively constant or increased from low concentrations

16   towards the surface.  One can conclude that such sites with

17   lower and/or mercury concentrations that increase toward the

18   surface are sites which are not in close communication with

19   the rest of the system, and thus are not representative of

20   that system as a whole.

21   A     I see that.

22   Q     Do you agree with that statement?

23   A     Um, it depends on how you define representative.  I

24   think that the fact that those locations are real and that we

25   have collected material from them and we have characterized

1  that material means that that's real.  Ah, those locations

2  exist.  The data are what they are, and they are -- that is

3  part of the system.

4       So I think it depends on how you define representative.

5  If you want to use the entire body of cores or a subset of

6  that body of cores to say, well, these are representative of

7  the larger system, that we can then extrapolate from this body

8  of evidence and make statements about the whole, I think

9  that's what Peter is trying to say.

10      In my understanding of representative, though, the fact

11 that these locations actually exist and are there and we were

12 able to characterize them means that they are representative

13 of the system, at least in that context.

14 Q   In Peter's context, for the purpose of performing a

15 half-time for recovery, is he looking --

16 A   For the system as a whole.

17 Q   -- for the system as a whole, he's looking -- trying to

18 find cores that have a certain profile that he believes would

19 be representative of the system as a whole, right?

20 A   I think that's accurate.

21 Q   Okay.  Dr. Yeager, when you did your analysis of the

22 sediment cores, is it true that you were asked to assume 1967

23 as the date of peak releases?

24 A   No, I -- I don't recall that anybody asked me to assume

25 that.  Um, I remember that this topic came up in conversations

1    between myself and -- and Peter, um, more than one time.  I

2    also recall that the topic of -- of utilizing the total

3    mercury peak as a chronological marker came up at one or more

4    of the meetings that we had with the greater Study Panel.  So

5    I don't remember anyone asking me to make that assumption, but

6    I do remember it being discussed.

7    Q    Okay.  Let's -- let's pull up a quote from your

8    deposition.  This is Exhibit 962, and it's electronic Page

9    170, but on the transcript, it will be Page 485, and we're

10   looking at Lines 7 through 23.  We can take that in chunks.

11        But my question here, it looks like you're using the

12   year 1967 and mercury as an independent gauge of time based

13   on, it looks like, the statement -- you state it's also --

14   release of the large quantities of total mercury into the

15   Penobscot River system is known.  You say okay.  Associated

16   with that year.  How do you know that?  Your answer, as I

17   recall, that was part of information that had been provided to

18   me by the Study Panel.  I mean, it's not something that I went

19   out and found myself.  You say, that's where the year 1967

20   came from, if that's the question.

21   A    I recall that.

22   Q    Do you agree with Mr. Bigham that the use of mercury

23   peak concentrations to mark 1967 was not appropriate?

24   A    No.  Um, what I believe I testified to at my second

25   deposition was that -- I believe it was Mr. Bigham that was

YEAGER - CROSS-EXAMINATION/TALBERT

1349

1   critical of the assumption that one could a priori assume that

2   total mercury had been released in 1967, and, therefore, it

3   could function in that capacity, given that the focus of the

4   study, in part, was trying to assess the timing of delivery of

5   mercury to different parts of the system.

6         However, when one considers the body of data, ah, as I

7   illustrated also in my second deposition, the fact that

8   excluding sediment accumulation rates, for example, derived

9   from the use of total mercury as a marker essentially was

10  insignificant in changing the rates of accumulation derived by

11  other means, other tracers, suggests that it's completely

12  reasonable to, in this case, use total mercury in that

13  capacity.

14  Q    So your agreement, just to clarify the record, with

15  Mr. Bigham, was related to his critique that you should have

16  not have started out assuming that it was the year 1967 that

17  marked the mercury peak, correct?

18  A    I felt that that was a fair criticism.

19  Q    When you evaluated the sediment cores, isn't it true

20  that you were not aware that there was a Bangor Dam?

21  A    That is true.

22  Q    And as you recall, the Bangor Dam is downstream of at

23  least two cores, right, PBR1.5B and PBR4C?

24  A    As I understand it, yes.

25  Q    Let's pull up a map just to mark this.  This is Joint

1  Exhibit 57, and if I can have Page 28 -- electronic page.

2  Let's blow up just the portion of the map up here.  So just to

3  orient our discussion, this is a map from Mr. Vaillancourt's

4  report where he has placed the former Bangor Dam on the map.

5  Do you see that?

6  A    I do.

7  Q    And then we're talking about PBR4C and PBR1.5B.  And

8  those are two cores that you did some analysis on, correct?

9  A    That's correct.

10 Q    Is it fair to say that the -- the fact that you learned

11 about the Bangor Dam and its location vis-a-vis these two

12 cores can change your evaluation of -- of those two cores and

13 the source of mercury in those cores?

14 A    Well, my -- the objectives that were presented to me for

15 my role in the project did not involve the determination of

16 the source of mercury to the system, and so when I designed

17 the field sampling program for the long-core work, that was

18 not part of my mandate.

19      Um, I think that, as I testified to earlier, if that had

20 been part of my mandate, um, then I would have changed the --

21 both the field sampling protocol and would have suggested

22 different analyses to address that point of source.

23 Q    Would you have -- I believe you testified to this in

24 your deposition, but would you have taken some additional

25 cores, either above the Bangor Dam or above the Veazie Dam?

YEAGER - CROSS-EXAMINATION/TALBERT

1   A     I would have attempted to.  As I testified to earlier,

2   um, the farther one gets up the Penobscot River, the more

3   difficult it becomes to find environments that are conducive

4   to the accumulation of sediment, but I certainly would have

5   tried to do that, yes.

6   Q     Assuming that the Bangor Dam formed a barrier, at least

7   for some period of time, for mercury in the system below the

8   Bangor Dam to reach above the dam, what, if anything, would

9   that tell you about the historical sources of mercury in PBR4C

10  and 1.5B?

11  A     Well, at this point, based on the information that I've

12  seen, it's not clear to me how effective a barrier the Bangor

13  Dam was to communication of water or suspended material or

14  sediments from below it to the reaches above it.

15        Ah, my understanding of it is that there was a boat

16  launch in that dam that was open essentially all the time

17  while it was standing, ah, and that that provided some ability

18  for communication with the lower reaches below that dam.  And

19  then subsequently I believe that dam was removed in the late

20  1970s -- is that correct -- and so, of course, after that

21  point, then it was a relatively open system.

22        But if your question is to assume that the Bangor Dam

23  was a complete barrier --

24  Q     That was my initial question, yes.

25  A     Okay.  So if the Bangor Dam is a complete barrier, then

1   the presence of elevated total mercury in cores above it, um,

2   suggests that those -- that total mercury had to come from

3   somewhere, and it's not coming from below the dam because it's

4   an impermeable boundary.

5   Q    Is it fair to say that when I took your deposition the

6   second time, it was your understanding that the dam was a --

7   was a barrier?

8   A    At that time, I didn't have a whole lot of information

9   about the nature of that dam.  Um, as I recall, I think I only

10  had one conversation with John Rudd, who informed me that the

11  dam had been there.  Um, I hadn't had a chance to go through

12  all of the expert reports to learn more myself about that.

13  And since that time, we learned a little bit more about the

14  nature of that dam, how long it was there, and the boat lunch

15  and this kind of thing.

16       But at that time, my knowledge of the dam was limited.

17  Q    Subsequent to your deposition -- your second deposition,

18  did someone from the Study Panel tell you that they thought

19  that there was some communication with water below the dam to

20  water above the dam?

21  A    Ah, very recently, within the last, I want to say,

22  couple weeks, John Rudd distributed some information that

23  Dr. Kopec had found about -- historical records about

24  information concerning the nature of that dam.  And I've read

25  that e-mail, but that's all I've learned since then.

1   Q     But other than the information that you may have

2   received that Dr. Kopec looked at, you haven't done any

3   independent research yourself regarding the ability of water

4   below the dam to get above the dam.

5   A     No, I have not.

6   Q     Okay.  I believe at your deposition you testified that

7   your understanding is typically boat launches would only

8   provide limited communication between downstream and upstream

9   of the dam, correct?

10  A     In my experience, yes.

11              THE COURT:  Is this a good time to break?

12              MR. TALBERT:  Sure.

13              THE COURT:  All right.  Thank you very much.  We'll

14  see you all tomorrow at 8:30.

15       (Proceedings concluded at 2:30 p.m.)

16                        CERTIFICATION

17       I certify that the foregoing is a correct transcript from

18  the record of proceedings in the above-entitled matter.

19

20

21  /s/ Julie G. Edgecomb_____              June 11, 2014____
    Julie G. Edgecomb, RMR, CRR            Date
22  Official Court Reporter

23

24

25