1    UNITED STATES DISTRICT COURT

2    DISTRICT OF MAINE

3    MAINE PEOPLE'S ALLIANCE          )
     and NATURAL RESOURCES            )
4    DEFENSE COUNCIL, INC.,           )
                                      )
5                 Plaintiffs          )
                                      )                    CIVIL ACTION
6                                     )
         vs.                          )      Docket No. 1:00-cv-00069-JAW
7                                     )
                                      )                    BENCH TRIAL
8    HOLTRACHEM MANUFACTURING         )
     and MALLINCKRODT LLC,            )
9                                     )
                  Defendants.         )
10

11                    VOLUME VIII

12            TRANSCRIPT OF PROCEEDINGS

13        Pursuant to notice, the above-entitled matter came on

14   for BENCH TRIAL before the HONORABLE JOHN A. WOODCOCK, JR.,

15   Chief District Judge, in the United States District Court,

16   Bangor, Maine, on the 12th day of June, 2014, at 8:44 a.m.

17   APPEARANCES:

18   For the Plaintiffs:            Mitchell S. Bernard, Esquire
                                    Aaron S. Colangelo, Esquire
19                                  Rachel E. Heron, Esquire
                                    Jared J. Thompson, Esquire
20
     For the Defendants:           Patricia H. Duft, Esquire
21                                 Sigmund D. Schutz, Esquire
                                   Jeffrey D. Talbert, Esquire
22

23                    Julie G. Edgecomb, RMR, CRR
                        Official Court Reporter
24

25   Proceedings recorded by mechanical stenography; transcript
     produced by computer.

1

INDEX OF PROCEEDINGS

Page:

2

Testimony:  (see below)

3

INDEX OF WITNESSES

4

Page:

5

KEVIN M. YEAGER   (called by Mr. Colangelo)

6

Continued Cross-Examination by Mr. Talbert            1363
Redirect Examination by Mr. Colangelo                1389
Recross-Examination by Mr. Talbert                   1403

7

8

JAMES WIENER  (called by Mr. Bernard)

9

Direct Examination by Mr. Bernard                    1407
Continued Direct Examination by Mr. Bernard          1427
Cross-Examination by Mr. Schutz                      1492

10

11

INDEX OF EXHIBITS

12

Joint

| Exhibit No. | Description | Offered | Admitted |
| --- | --- | --- | --- |
| 78 | Evers, The Extent and Effects of Mercury Pollution | 1467 | 1467 |
| 80 | Wiener's Preliminary Review | 1413 | 1413 |
| 81 | E-Mail from Bodaly to Fisher | 1414 | 1414 |
| 82 | Wiener PRMS Review | 1415 | 1415 |
| 98 | Wiener's Review of Driscoll | 1475 | 1475 |
| 99 | Wiener's Review of Section 4 | 1475 | 1475 |
| 103 | Dillon Residue-Based Mercury Dose-Response in Fish | 1518 | 1518 |
| 104 | Spreadsheet of Wiener's Comments | 1422 | 1423 |

13

14

15

16

17

18

Plaintiffs'

19

| Exhibit No. | Description | Offered | Admitted |
| --- | --- | --- | --- |
| 70 | Wiener, Scanned Pages from Report of Connolly | 1476 | 1476 |
| 81 | Wiener, Mercury Exposed | 1446 | 1446 |
| 82 | Penglase, Selenium and Mercury | 1485 | 1485 |

20

21

22

23

24

25

| Defendants' Exhibit No. | Description | Offered | Admitted |
|---|---|---|---|
| 308 | E-Mail from Wiener to Bodaly | 1496 | 1497 |
| 310 | Draft - Setting Mercury Targets | 1496 | 1497 |
| 682 | Presentation - Sedimentary Mercury within Mendall Marsh | 1378 | 1378 |
| 750 | Depew, Toxicity of Dietary Methylmercury to Fish | 1520 | 1520 |
| 1003 | Bodaly/Kopec Draft Chapter 12 | 1496 | 1497 |

1       (Counsel present in open court.)

2       (Kevin M. Yeager, having been previously duly sworn,

3   resumed the witness stand.)

4               THE COURT:  Good morning.

5               MR. TALBERT:  Good morning.

6       Your Honor, one preliminary item that we wanted to

7   address.  I think I alluded to this the other day with respect

8   to some of the expert opinions that we have.

9       We have -- we have one expert that has responded to a

10  Study Panel member opinion that was somewhat -- somewhat late

11  in terms of being produced.  As you may recall, we finished up

12  discovery in this case towards the end of March, and one of

13  the last witnesses deposed was Dr. Gilmour.  She came in with

14  a modeling run aggregating an evaluation of a correlation of

15  different factors with -- with total mercury in the system and

16  then a few days later supplemented that decision with a --

17  with a memo, which was produced to the parties on April 4th.

18  And this responded to Dr. Vlassopoulos' opinion in his expert

19  report that she had read and reviewed.

20       And so we sent that over to Dr. Vlassopoulos and asked

21  him if it changed his opinion on anything.  He reviewed it,

22  and in all honesty, it took him a little while to figure out

23  exactly what she had done.  Obviously, discovery was finished

24  at that point, and he sent it over to us.  We examined what he

25  did and then produced, in the form of a demonstrative, to

1    explain why what she had done didn't change his opinion.  It

2    was -- it was obviously a late disclosure in light of the fact

3    that we have a truncated schedule and we're past discovery,

4    and also we have a situation where we're deposing Study Panel

5    members, you know, it's not exactly the normal expert

6    disclosure.

7         Given that this is a bench trial and we have offered,

8    once we produced that, to allow the plaintiffs, you know, a

9    short deposition of Mr. -- or Dr. Vlassopoulos if they would

10   like to explore the nature of that -- of that supplemental

11   opinion, that it doesn't change his core opinion.  We offered

12   that on May 30th and would still extend that offer to them.

13   He doesn't testify for another week and a half now.

14        And in light of that, we believe that it's -- although

15   it's late, it's substantially justified and harmless in this

16   context.

17             THE COURT:  All right.

18             MR. COLANGELO:  Your Honor, just to add a little

19   context.  Dr. Vlassopoulos is one of defendants' experts.  He

20   critiqued part of the chapter written by Dr. Gilmour, one of

21   Study Panel scientists.  In her deposition in March, she

22   responded to that critique and then produced a written report

23   to the parties on April 4th.

24        Defendant has advised us that Dr. Vlassopoulos has now

25   reviewed what she has done and has a new opinion in response

1 to that.  And although we know that he has an opinion, we

2 don't know what that opinion is.

3     We were alerted to its existence because of the

4 demonstrative exhibits, but you can't discern from looking at

5 those exhibits what the opinion is.  We agree -- we let the

6 defendant know that we would move to preclude the introduction

7 of that new opinion because of the untimely disclosure.  Under

8 Rule 26, the defendant was required to supplement by the date

9 of the pretrial disclosures which, in this case, was a week

10 before trial.  We agree that the test under Rule 37 is whether

11 that disclosure -- the late disclosure is substantially

12 justified or harmless.  It's not substantially justified here,

13 Your Honor, because Dr. Vlassopoulos had two months since

14 Dr. Gilmour's disclosure to respond and produce that, and it's

15 not harmless because the cure is for us to depose

16 Dr. Vlassopoulos again during the trial.

17     Although that alone may not be that much of a burden, it

18 has come up, Your Honor, with two additional witnesses of the

19 defendants'.  We're still trying to sort those out.  This one

20 is coming to a head today because Dr. Gilmour is scheduled to

21 testify tomorrow.  But this has also come up with respect to

22 Dr. Connolly and Mr. Bigham.  We're still talking about those

23 two, but, cumulatively, if the cure is for us to take three

24 additional depositions, that, we believe, would be an

25 inappropriate burden during trial.

1        THE COURT:  So what do you want me to do?

2        MR. TALBERT:  Just a short response, I -- my

3   understanding is we had sorted out the other two witnesses and

4   really had isolated this to Vlassopoulos.  As you have heard

5   some of the opinions of the Study Panel members are coming

6   even during trial, Your Honor, we would just request that --

7   you know, Dr. Vlassopoulos be allowed to explain -- if

8   Dr. Gilmour is allowed to put on the supplemental opinion

9   that -- that he looked at that and it doesn't change his core

10  opinion.  And, again, we'd make him available -- you know, we

11  finish trial 2:30 each day, and we'd make him available in the

12  afternoon on one of those days or on the weekend, whatever's

13  convenient for the plaintiffs.

14       THE COURT:  It seems to me there -- there are two

15  issues raised, and the first is Mr. Colangelo's statement that

16  they really haven't gotten an expert -- supplemental expert

17  designation from you so that they can properly analyze what

18  the basis of your expert's opinion is.  Do you agree with

19  that?

20       MR. TALBERT:  I agree that it came in the form of

21  the demonstratives and also oral explanation, but it's true

22  that it wasn't in a -- a written form.

23       THE COURT:  Okay.

24       MR. TALBERT:  That's correct.

25       THE COURT:  Well, I -- that's the first thing.  I

 1    would suggest that this afternoon, while you're -- after 2:30,

 2    you have an opportunity to work on the case, that you provide

 3    them with a supplemental designation that will satisfy your

 4    discovery obligations.

 5        As far as the opinion, I take it that it is -- or try and

 6    give me an -- an idea of the scope of the opinion that you

 7    would propose to introduce in terms of -- you say it's -- he

 8    reviewed Dr. Gilmour's modeling and has basically not changed

 9    his opinion, but wants to explain why he hasn't changed his

10    opinion.  That sounds fairly limited in scope to me.

11            MR. TALBERT:  It is, Your Honor.  His -- one of his

12    opinions in his expert report is that, if you look at mercury

13    and methylmercury in Mendall Marsh, that you can't predict

14    what -- what methylmercury levels will be there and the

15    methylation rate solely based on looking at total mercury.

16            THE COURT:  Okay.

17            MR. TALBERT:  Dr. Gilmour responded to him and said

18    that she ran some correlations and it was a strong predictor,

19    and he looked at that and determined that it didn't change his

20    opinion and he has some reasons why.

21            THE COURT:  All right.  And I guess my suggestion

22    is, if you get that over to the plaintiffs' counsel this

23    afternoon -- later this afternoon, you can take a look at it,

24    Mr. Colangelo, and make a better evaluation as to whether or

25    not you really do object to what seems to me to be sort of in

1   the nature of rebuttal.

2       If -- if, in fact, what you're talking about is a

3   deposition that's going to take eight hours, that's one thing.

4   But if you're talking about a deposition that's going to take

5   maybe an hour for you to clarify the position of the expert,

6   it seems to me that we should go forward.

7       My sense about this -- I think about this -- this is my

8   general sense about litigation as a whole, but, in particular,

9   in this type of litigation is that we want the truth.  We're

10  seeking the truth, and I don't want -- this is a matter of

11  public concern.  We've heard testimony that is very

12  significant, and I'm going to have to make a decision that is

13  publicly important and important to -- not only for the

14  plaintiffs and the people you represent, the people who live

15  in the Penobscot Estuary, but also for Mallinckrodt.  And my

16  view is, the better informed I am, the better decision I'm

17  going to make.

18      So I'm not really interested in guillotining this and

19  short-circuiting it, basically.  I want to hear what the

20  parties have to say, let them put their best case forward, and

21  unless it really disadvantaged you in a way that couldn't be

22  cured, my inclination would be to go forward with a brief

23  deposition and allow him to testify.

24              MR. COLANGELO:  Thank you, Your Honor.

25              THE COURT:  All right?

1    MR. TALBERT:  Thank you, Your Honor.

2              CONTINUED CROSS-EXAMINATION

3    BY MR. TALBERT:

4    Q    Dr. Yeager, good morning.

5    A    Good morning.

6    Q    Yesterday there were some discussions regarding the

7    dating of sediment cores, and I would like to start out today

8    by seeing if you could walk us through a little bit about how

9    you would use -- I think primarily cesium and -- and the depth

10   intervals and look at total mercury to try to date the peak

11   for total mercury.

12             What I've put up on the screen is Table 5-1B20, which is

13   from Page 5-115 of Joint Exhibit 6-5.  Do you recognize this

14   table?

15   A    This is, I believe, from Chapter 5?

16   Q    Correct.

17   A    Yes.

18   Q    And that's the chapter that you authored, correct?

19   A    That's correct.

20   Q    Is this a summary table of the chemical and -- and

21   radiochemical data for sediment core PBR4C?

22   A    Yes.

23   Q    And if you could, can you just orient us to what

24   information is contained on this -- on this table?

25   A    Certainly.  The first column there is the depth interval

YEAGER - CONTINUED CROSS-EXAMINATION/TALBERT

1364

1   in centimeters.

2   Q     And this is a touch screen, so if --

3   A     Sure.

4   Q     -- as you talk, if you want to just highlight things,

5   you can -- you can put them on the screen.

6   A     Sure.  So as I testified to yesterday, each core was

7   sectioned at an agreed-upon range of intervals.  So from the

8   surface, 0, to 20 centimeters, the core was cut at a

9   1-centimeter interval.  From 20 centimeters down to

10   40 centimeters, each core was cut at a 2-centimeter interval.

11   And then from 40 centimeters to the end of the core, in this

12   case, 90 centimeters, or wherever the end of the core was,

13   each core was sectioned at a 5-centimeter interval.

14       So what was done was, um, various analyses were take --

15   took place, and those were -- the data are represented here.

16   So you see that in the second column there is total mercury in

17   nanograms per gram.  The third column is beryllium-7 in

18   millibecquerels per gram, and you can see there that no

19   beryllium-7 was detected, basically because this core took so

20   long to process that -- it's not that there was no beryllium

21   there.  We don't know if there was any beryllium there because

22   the half-life of beryllium is -- is rather short, and this

23   core was collected and held in storage too long to be able to

24   analyze for beryllium-7.

25       The fourth column there is the activity concentration of

1  cesium-137, also in millibecquerels per gram.

2      The following column is lead-210, also in

3  millibecquerels per gram.

4      Followed by led-210 excess or the unsupported fraction,

5  also in millibecquerels per gram.

6      And then, finally, the last column, on the far right, is

7  plutonium-239, 240, in the same units, millibecquerels per

8  gram, and this is a core that was not analyzed for plutonium.

9  So, again, it's not that we know there was no plutonium there,

10  we don't know if there was any plutonium there because we did

11  not analyze this core for that.

12      Um, so an important consideration here is that each one

13  of those variables that I just discussed corresponds to that

14  section of the core that's illustrated in the first column.

15      There is an assumption here that's important to note,

16  which is that, for example, in the part of the core that is

17  from 0 to 20 centimeters, the assumption is that whatever the

18  value of the data are in the following columns, that value

19  corresponds to or is assumed to correspond to the middle of

20  that interval.  So if you can imagine 1 centimeter, it's in

21  the middle of that 1 centimeter, that's the assumption, and so

22  there's an inherent uncertainty in that, basically half a

23  centimeter up or down.

24      Um, that uncertainty increases as we move down-section

25  because the sectioning interval increases.  So, therefore, in

1    the 20 to 40 range there's an assumption that in that

2    2-centimeter range it's in the middle; therefore, the

3    uncertainty is 1 centimeter on either side -- or at least

4    1 centimeter on either side.  Then in the bottom interval,

5    where it's 40 to the end of the core, at 5-centimeter

6    intervals, the assumption is there's a minimum uncertainty of

7    at least 2 and a half centimeters on either side of the data

8    point.

9         So, basically, these data were then used to generate

10   profiles of these variables, the radioisotopes, over the cored

11   section.  So, for example, with cesium-137, what we were

12   looking for were one of two things.  We were looking for a

13   well-formed, clearly-identifiable maxima, or peak, in

14   cesium-137 that we might be able to attribute to the year

15   1963.

16        In the absence of that, as I testified to yesterday,

17   sometimes it is possible, if there is not a well-defined

18   cesium peak, to look for the first appearance of cesium-137

19   that we can detect, and in some instances, we're able to

20   attribute that to the early 1950s -- '51 or '52.

21        Um, so once we have that chronological marker for that

22   particular isotope, we can then derive what a sediment

23   accumulation rate may be based on considering the time since

24   the marker, so from 1963 to 2009, when this -- when the core

25   samples were collected, um, and consider the depth at which we

YEAGER - CONTINUED CROSS-EXAMINATION/TALBERT

1  find that.  And that allows us to derive a sediment

2  accumulation rate for that particular isotope.

3       The same thing is true for plutonium-239 and 240, in

4  other words, the exercise that I just described is carried out

5  in the same fashion.  We could do not that here, obviously,

6  because we did not have that data.

7       Lead-210 excess is utilized in a much different fashion.

8  Lead-210 excess is not an anthropogenically produced

9  radionuclide, and so, therefore, we cannot tie a peak of

10  lead-210, for example, to a specific year in the record.  And

11  so there are various approaches or models that can be used

12  that consider the profile of lead-210, which allows us to

13  derive chronological information, as well, the age of

14  different intervals, from which we can then derive a sediment

15  accumulation rate.

16  Q    So let's -- let's take cesium, this fourth column, and

17  can you just walk us through, you know, how we would date, I

18  guess, 1963 using cesium in this core.

19  A    Sure.  Um, if you look at the data for cesium, as you

20  move down the profile, you can see that there's some

21  variability in the activity concentration of cesium.  The

22  maximum value appears to be here.  However, you'll notice

23  that, really, this range here are the two maximum values in

24  that particular core.

25       So, again, I have to emphasize that we assume that those

1    two points correspond to the middle part of those sectioned

2    intervals.  So from 60 to 65, you know, that'd be 62 and a

3    half, that's where we think that is, and -- and the same thing

4    for the following interval, and then there's uncertainties

5    bounding each of those.

6         And so then we would use that point to say, well, if

7    there's no other peaks in the profile to consider, um, and

8    we -- and we can't identify the 1951 interval, then we would

9    assume that that represents 1963 in the absence of other

10   evidence.

11        And then we would move forward and look at, obviously,

12   lead-210 excess, which I'm not really able to circle, as I

13   said before, a point which would correspond to any one year

14   without looking at the modeling data.

15        But the point there is that the lead-210 excess data, if

16   it's amenable to modeling, can be used to produce

17   chronological information, which can produce a sediment

18   accumulation rate, which we can then compare to what we derive

19   from cesium-137.

20        And then following that, we can look at total mercury as

21   another chronological marker, and as I testified to yesterday,

22   we made an a priori assumption that we could use total mercury

23   as a chronological marker because we knew that HoltraChem was

24   a major source of mercury to the system.  We had information

25   suggesting that 1967 was the year -- about the year of maximum

1  release.  And subsequently, when comparing all the data

2  together, it turned out that that was a founded assumption.

3  Q    Let's -- let's take a look, though, and just slow down.

4  So -- so if you've marked cesium -- the cesium peak at 162

5  here and then you've bracketed a range of 133 right there,

6  that would then correspond to the specific depth, correct,

7  where you would -- you would say that between 60 and

8  70 centimeters, that would correspond to 1963?

9  A    Considering the uncertainty, right.  We have to consider

10  the fact that the sampling interval introduces a certain

11  amount of uncertainty into where that peak actually is.

12  Q    Which is why you bracketed that, right?  Which is why

13  you're bracketing about 10 centimeters there?

14  A    Right.  It would have been helpful, for example, to

15  refine our interpretation if we had sectioned the entire core

16  at a very high resolution, say, 1-centimeter intervals.  Then

17  that would give us much more confidence because it would

18  reduce that vertical uncertainty considerably.

19  Q    Understood.  But this is the information we have, right?

20  A    This is.

21  Q    Okay.  So taking this 10-centimeter interval as 1963

22  based on cesium, then can you point out where the mercury peak

23  would be?

24  A    Sure.  When you look at the data in the second column

25  from the left, which is the total mercury, it appears that the

1    maximum total mercury is found somewhere in this interval --

2    these two intervals, I should say, here.  Those numbers are

3    generally within the air, and so I'm not sure -- you know,

4    just because one actually is larger than the other one, I'm

5    not sure if that is outside the uncertainty of the analytical

6    measurements of total mercury.

7    Q     In this case, the maximum mercury peak is approximately

8    10 centimeters lower than the cesium peak, 1963, correct?

9    A     Ah, it depends on your interpretation.  Again, we've

10   bracketed an area between 60 and 70 centimeters for cesium-137

11   as where the prospective maximum might be, and then we've

12   bracketed an area of 70 to 80 centimeters, where the total

13   mercury might be.

14         So the difference between those two is not significant,

15   considering the uncertainty in the sectioning.

16   Q     Well, but we're -- we're bracketing 10 centimeters down

17   for cesium, and then you're bracketing another 10 centimeters

18   in order to take into account that uncertainty, correct?

19   A     Well, the bracketing is based on the actual values.  So

20   if you look at those values, 162.22 and 133.05, those two

21   values taken together are clearly much larger than the values

22   on either side.  So, example -- for example, if you move up

23   section, it goes to 95, 80, 80, 73, et cetera.  If you move

24   down section, it goes from 133 to 39, 19, 7, et cetera.  So

25   those are clearly above -- well above the adjacent values.

1    The same thing can be said for the total mercury.  You

2  go from 2,540 and the very next value on top of that is 1,500.

3  That is a significant difference.  If you look at the value

4  below that, 2,790, the very next value's 1,500.  That is a

5  significant difference.

6    So what I'm saying is I can't tell you for certain where

7  exactly between that 70- and 80-centimeter interval the true

8  peak of total mercury might be, nor can I tell you for the

9  cesium data, between 60 and 70 centimeters, exactly where the

10  true peak might be.

11  Q    Is it fair to say, though, that even taking into account

12  the uncertainties that -- in this particular core, the mercury

13  peak predates 1963?

14  A    No, I can't say that.

15  Q    All right.

16  A    Considering the vertical interval and the uncertainty, I

17  can't say that.

18  Q    Okay.  Can you please pull up Defense Exhibit 976,

19  switch over, and this is Page 101, Lines 12 through 20, and

20  let's blow up 12 through 20.  Okay.  This is at your

21  deposition.  And I asked you, and, again, with this PBR4C,

22  where would you date the mercury peak, approximately?  You

23  say, answer, well, the cesium peak is at 62.5 centimeters.

24  And it's a fairly well-defined peak.  And the mercury peaks at

25  77.5 centimeters.  So I don't know exactly what the value

1    would be just looking at these profiles, but it would

2    certainly predate the 1963 cesium.  By how much, I don't know.

3    A    If you considered only the discrete points; in other

4    words, the exercise that we just went through looked at

5    adjacent points, two points which had values that were

6    similar.  But if you discarded those and you only said, well,

7    I'm looking at the maximum values, which were the 2,790, I

8    believe it was, for total mercury, and the 166 for cesium, and

9    you only compared those, then this statement is accurate.

10   Q    Did you also -- in your deposition, do you recall me

11   asking you to similarly date core PBR1.5B?

12   A    I believe so.

13   Q    Do you recall that you also testified that that mercury

14   peak predated the 1963 cesium peak?

15   A    Ah, as I recollect, that core actually had more than one

16   cesium-137 peak.

17   Q    Hm-hmm.

18   A    And that complicates the interpretation.  But as I

19   remember -- and you might be able to pull up my deposition to

20   correct me or refresh my memory -- that conversation was

21   confined to looking only at the larger of the two cesium-137

22   peaks.

23   Q    So if you're looking at the lower, larger cesium peak in

24   PBR1.5B, would you agree that that -- the mercury peak

25   predates that lower, larger cesium peak?

1   A     If you were to assume that the larger cesium-137 peak,

2   which I believe was higher in the section than the smaller

3   cesium-137 peak below it, and you assume that that was 1963,

4   then that's accurate.  The problem, however, is that whenever

5   you see two peaks of a pulsed radionuclide signal, like

6   cesium-137, that suggests the possibility of lateral transport

7   and mixing.  And I believe that in that core, that contention

8   is substantiated by supporting data, including lead-210

9   excess, grain size, bulk density, and other considerations.

10  Q     I think you're actually getting the opposite, that the

11  cesium peak is lower -- the higher cesium peak is lower in

12  that core than the above one.  I can pull that profile up if

13  you would like to --

14          THE COURT:  Why don't you pull it.

15  A     Sure.  That'd be easier.

16          THE COURT:  You guys know what you're talking about,

17  but I haven't seen it.

18          MR. TALBERT:  Let's switch over.

19  BY MR. TALBERT:

20  Q     So this is now, again, same format -- and, for the

21  record, you have done this kind of a radiological evaluation

22  for each of the 58 cores that you did an analytical review of,

23  correct?

24  A     That's correct.

25  Q     That -- those are all in your tables in the back of

1  Chapter 5, correct?

2  A    That's correct.

3  Q    Okay.  So let's take a look at PBR1.5B, and if we go

4  down the fourth column to cesium, I believe that the highest

5  cesium concentration measured in that core is 62.73, and that

6  appears at a depth of approximately 34 to 36, so here you're

7  at a 2-centimeter interval.

8  A    That's right.

9  Q    So there should be less variability, correct, than the

10 5 centimeters?

11 A    Less -- less sectioning variability, that's correct.

12 Q    Okay.

13 A    Or uncertainty, I should say.

14 Q    Okay.  And I believe that the earlier -- the -- the

15 secondary peak you discussed would have been here, at the

16 50.71, right?

17 A    Um, it's difficult to tell without seeing the actual

18 profile.  It could be that value, or it could be this value.

19 Q    Okay.  Well, just --

20 A    I'm not sure.

21 Q    -- even bracketing those two, those two are shallower in

22 the depth of the core than the 62.73, correct?

23 A    Yes.

24 Q    And my understanding from talking with both you and

25 Dr. Santschi is that, when you have a dual cesium peak that --

1  and you're trying to figure out which of the peaks to use, you

2  typically would go with the deeper cesium peak; is that your

3  understanding, as well?

4  A      Not always.  It depends on what information we have to

5  go with.  It would be helpful if I could see the profile for

6  this core.  I don't know if that's something that you can

7  produce.  I remember that there was a small peak, which may be

8  this one, at depth, and that above that there was a much

9  larger peak, which does correspond to the value that you

10  indicate here in that profile.

11      And so what I'm suggesting is that when you have two

12  discernible peaks, regardless of their magnitude, you have to

13  start asking questions about why you have those two peaks.  If

14  the core location is one that has high fidelity, in other

15  words, it's a consistently accumulating site, without a lot of

16  interruption, then the literature clearly shows that you would

17  expect to see only a single cesium peak that corresponds to

18  the maximum fall-out year of 1963.

19      And so that's why, with respect to this core, it

20  introduces questions.

21  Q    So if you were to -- to line this -- this up, basically,

22  the highest cesium that you -- you have, though, is in this

23  depth of 34 to 36, correct?

24  A      That's true.

25  Q      And then --

1    A    However, the highest mercury value, which is also one of

2    the tracers that we use, corresponds to the first peak of

3    cesium-137 at depth.

4    Q    And the -- the reason I'm asking you this with respect

5    to PBR1.5B and 4C is that those are the two cores that are

6    upriver of the Bangor Dam.

7    A    That's correct.

8    Q    The former Bangor Dam, correct?

9    A    Yes.  I learned that afterwards.

10   Q    So, again, assuming that -- you know, setting aside for

11   a second questions of whether there was some water in

12   communication with water above the dam, if that served as a --

13   as a barrier, assuming that it's 1967 at the mercury peak

14   would not be a correct assumption, correct?

15   A    I'm not sure I follow.

16   Q    In other words, if we have a known dam that was in place

17   and stayed in place after 1967 --

18   A    Right.

19   Q    -- unless you had evidence that that dam were somehow

20   overtopped, you know, repeatedly and enough to get enough

21   sediment over that dam to deposit at this depth, just assuming

22   that the -- the peak mercury concentration is 1967, because of

23   the downstream HoltraChem site, would not be appropriate.

24   A    Yes, I would agree with that.

25   Q    So in these two cores -- I just wanted to point out that

1    the mercury peaks in those two cores that were taken above the

2    former Bangor Dam, the mercury peaks are at a depth in the

3    core profile that is lower than the maximum cesium peaks.

4    A    Based on the information we have here, that's correct.

5    However, we must consider the uncertainty associated with

6    those measurements.

7    Q    Understood.  And the uncertainty would apply to every

8    core that you've taken.

9    A    Absolutely.

10   Q    Okay.  So even cores where it looks like the mercury

11   peak would be in 1967, if you were applying the same

12   uncertainty factor, that could well dip you down into the late

13   '50s.

14   A    Well, I think that might be a slight overstatement in

15   the sense that you would have to look at the form of those

16   peaks.  Right?  So if you have a very broad peak, then it

17   becomes more difficult to assign, well, which exact point

18   corresponds to the true maximum value defining that peak.

19   Whereas if you have a very, very sharp peak, then it's

20   reasonable to say, well, the vertical uncertainty may be less

21   because of the form of that data.  Does that make sense?

22   Q    Is it fair to say that you -- you have not -- I mean,

23   aside from our conversation today about, you know, dating a

24   couple of these cores, as I'm asking you to do, in your

25   Chapter 5, that's not something that you were -- that -- that

1    you did or were asked to do?

2    A    That's correct.

3    Q    Okay.  Let's switch gears and talk a little bit about

4    recovery times, and to do that, I would like to discuss with

5    you Defense Exhibit 682.

6              MR. TALBERT:  And I'd move for the admission of that

7    exhibit at this time.

8              THE COURT:  Any objection to 682?

9              MR. COLANGELO:  No objection, Your Honor.

10             THE COURT:  682 is admitted.

11   BY MR. TALBERT:

12   Q    Dr. Yeager, is it true that there are various methods of

13   calculating recovery half-times?

14   A    As I understand it, yes.

15   Q    Okay.  Do you recognize this document?  This is a

16   document that we discussed at your first deposition?

17   A    I do.

18   Q    And what is this document?

19   A    As I recall, it looks to be the cover slide for a

20   presentation that I gave at one of the Study Panel meetings.

21   Q    Okay.  And do you recall which Study Panel meeting?

22   A    I don't.

23   Q    In -- in this slide presentation, you were looking at

24   various questions and have a number of slides that attempt to

25   provide some information regarding these questions, correct?

1   A     That's right.

2   Q     And one of the things you were looking at was recovery

3   times, correct?

4   A     No, not really.  Um, recovery times was something that

5   was included in this presentation because it was something

6   that was -- required discussion.  At this meeting, as I

7   recall, there was a decision made in terms of division of

8   labor, and so Peter Santschi has a lot more experience with

9   respect to the determination of recovery times with respect to

10  total mercury or mercury in the environment.  And so at this

11  meeting, as I remember it, there was a division of labor

12  between, you know, what was going to be my responsibility and

13  what was going to be Peter's responsibility, and there was

14  some discussion about the various ways of addressing recovery

15  time.  And it was decided that that was something that

16  Dr. Santschi was going to take on.

17  Q     And so -- at least as of this meeting, understanding

18  that Dr. Santschi took over the role of doing the recovery

19  times and he has a separate chapter that looks at recovery

20  times --

21  A     Exactly.

22  Q     Correct?  At this point in time, you were taking an

23  initial look at some recovery times, correct?

24  A     Well, the data's that's presented here, the various

25  methods you mentioned about recovery times were actually

1    derived from information provided to me by Dr. Santschi.

2    Q     Okay.  So you were -- you were making a presentation on

3    that for the Study Panel?

4    A     As basically a preamble to what Peter would then go into

5    at much greater depth, which as I recall he did at this

6    meeting.

7    Q     Okay.  Let's -- let's flip over and talk about some of

8    the -- some of the -- the methods.  What is portrayed on this

9    slide?  You have various equations and you're presenting --

10   you're laying out your methods?

11   A     Sure.  At the beginning there, underneath methods, it

12   defines some terms, $Z_m$ is a term that corresponds to the

13   sediment mixing depth, and basically what we're saying there

14   is that we can use two different radionuclides when they are

15   available to make estimates of mixing depths.  So this would

16   be basically the maximum depth within the sediment profile

17   that we believed mixing was an important process.

18         So for beryllium-7, I testified earlier that we only

19   have that data for maybe half or two-thirds of the cores for

20   Mendall Marsh, and we do not have that data for any other

21   cores in the system.  So we are able to assess sediment-mixing

22   depths over the short-term, so six months to a year based on

23   the short half-life of beryllium-7, only for those cores for

24   which we had beryllium-7 data.

25         The longer time frame there, indicated by lead-210

1  excess, what that does is, if we look at the profiles of

2  unsupported lead-210 data, which we had for all of the cores,

3  based on the form of those profiles, we could make some

4  interpretations based on how likely or pervasive mixing was,

5  over what depth, over a much longer time frame.  The half-life

6  of lead-210 is about 22 years, and so we can examine those

7  same processes over much longer timescales.

8        Would you like me to read all those or just --

9  Q    No, I think that's --

10 A    Okay.

11 Q    -- that's good just by way of background.  Is there

12 anything additional to add here?  I think you start getting

13 into -- I mean, you have this earlier equation at the top, and

14 then you start going into what appear to be different methods

15 of examining mercury recovery half-times?

16 A    Yes, that's right.  So at the top there, we're

17 continuing to discuss basically the -- the approach to

18 determining sediment accumulation rates and chronology by

19 cesium-137.  And then as I remember, there were, I believe,

20 three different approaches that could be used looking at the

21 mercury profile data to estimate recovery times, and these

22 three approaches actually were provided to me by Dr. Santschi.

23 Q    And this is the -- the first one that you present on

24 this page is the vertical profile approach?

25 A    Right.

1   Q    Can you just briefly try to describe what that approach

2   is?

3   A    It's just a semiexponential decrease in the

4   concentration of mercury towards the surface in dated cores,

5   which exhibit a shallow mixing depth, which is indicated by

6   $Z_m$.  And then there's an equation after that, which basically

7   quantifies how it is that we derive that recovery time.

8   Q    So in this approach, you're really looking at cesium and

9   you're kind of going up through the sediment core doing a

10  vertical analysis?

11  A    Well, what we're doing is we're looking at time, which

12  is in that equation that you just moved, but looking at the

13  exponential -- semiexponential decrease in the total mercury

14  concentrations, but time is an important variable, which we

15  need to get from somewhere; and in this case, we can get time

16  from a combination of radionuclides that we use for modeling,

17  as has been previously discussed.

18  Q    Okay.  And I believe these are the other two methods.

19  Can you just briefly describe what those are.

20  A    Right.  The second one is the vertical mixed-layer

21  model, which assumes a tracer transit 1/e time through a mixed

22  layer depth, again, $Z_m$, to be equivalent to the equation

23  that's listed there.  And so in that case, we are solving for

24  the transit time, and in this case, we need the sedimentation

25  rate, which, again, we are producing based on at least three,

1    and as many as four, tracers for each individual core.

2         And then the third one is the recovery index, which is

3    simply really a ratio.  The recovery index is defined by the

4    equation that you see there, with the difference in time being

5    the time from 1967, um, to the present, which, in this case,

6    was 2009.

7    Q    Okay.  Now, I believe in this presentation you were

8    focusing on the cores from Mendall Marsh?

9    A    That's right.

10   Q    And why did you do that?

11   A    We did that because of a couple reasons.  One is that at

12   this stage in the analytical work, um, I think I might have

13   testified that when we went out and we began conducting the

14   fieldwork, we began in Mendall Marsh.  So Mendall Marsh was

15   the first subenvironment of the -- the greater Penobscot River

16   and estuary system that was cored as part of my involvement in

17   the project.

18        So because these were the first cores collected, they

19   were the set of cores that we had the most data for at that

20   particular time.  So that was one consideration.

21        The second consideration was that, unlike all the other

22   subenvironments that were sampled by the long-coring project,

23   this was the only area for which we had any beryllium-7 data,

24   which allowed us to look at that mixing depth over a shorter

25   timescale.

1     And so for those two reasons, we felt it was appropriate

2  to focus on this particular area for this presentation.

3  Q     And is it fair to say that you can have different

4  half-times for recovery, depending upon which of the three

5  methods you use?

6  A     Yes.

7  Q     Let's just take a look at some of your results, and I

8  believe the first one -- okay.  Is this the vertical profile

9  approach results that we discussed earlier?

10 A     That's right.

11 Q     Okay.  And can you just briefly describe what we're

12 seeing on this slide?

13 A     Right.  The vertical profile approach was used with the

14 data that we had in-hand for the Mendall Marsh, which, as I

15 mentioned, we had the most data for at this time, but as I

16 recollect, we had not completed all of the analyses for

17 Mendall Marsh cores.  But we certainly had the most

18 information.

19     So what you see here is on the X axis, you have each

20 individual station that we utilized for this purpose in the

21 Mendall Marsh environment, and as I recollect, um, basically,

22 the cores are oriented -- the stations are oriented from left

23 to right corresponding to the location that was farthest

24 upstream, so the Headland station, to the station that was

25 closest to the confluence of the Mendall Marsh River with the

1  Penobscot River itself.

2      And then on the Y axis, you see the estimated recovery

3  times for mercury in years, from 0 to 40.  And so you can see

4  that there's considerable variability using this method from

5  one station to another.  And the dotted line that you see

6  moving across the graph between about 10 and 15 years

7  represents the mean, considering all those cores together.

8  Q    So in this case, does the dotted line represent the mean

9  recovery time, half --

10 A    The mean recovery time considering all these cores in

11 aggregate.

12 Q    Okay.  Would that be about 12 years using this approach?

13 A    It looks to be about like -- yeah, something like that.

14 Q    Okay.  Let's take a look, is this the -- are these the

15 results for the vertical mixed layer model approach?

16 A    Yes, that's right.

17 Q    And so --

18 A    It's exactly the same as far as the orientation for the

19 figure.  Um, the stations are on the X axis.  The recovery

20 times are on the Y axis.  Um --

21 Q    And in this case, you have -- you -- the data line again

22 represents the mean recovery time?

23 A    Yeah, but it's important to note that when you look at

24 the -- this figure, this statement up here at the top, primary

25 limitation, it says, predicts mercury half-life near surface,

1  assuming only mercury source is underlying sediment.  So what

2  that requires is that the flux, the contemporary flux of

3  mercury, is 0.  And so, obviously, this model is -- is not

4  appropriate in that sense because we have data for every

5  single one of these cores that shows that there is a mercury

6  flux to the surface of these locations, which violates the

7  assumption of this particular approach.

8  Q    Understanding that -- that caveat, which is important,

9  the dotted line here, would you say that that indicates about

10  a mean recovery time of five years?

11  A    Ah, it appears that way, yes.

12  Q    Okay.  So, again, depending on which method you use, it

13  can yield different recovery half-times, correct?

14  A    Right.  And one must be sure that the model that you

15  employ, the assumptions inherent in the model are, in fact,

16  real.

17       So in this case, the fact that we know that mercury

18  continues to be delivered to the sediments at these stations

19  means that this model is not applicable in that sense without

20  considering that.

21  Q    Can you also have results where, you know, you have one

22  station that appears to skew the results?

23  A    Sure.

24  Q    Is this next, I guess, final approach, the recovery

25  index, an example of that, where basically you have all of the

1    sort of lower stations, and then you have this one really big

2    outlier station?

3    A      Sure.

4    Q      Okay.  And that yielded obviously a much longer recovery

5    time using that method, correct?

6    A      Correct.

7    Q      Let's switch gears and talk a little bit about erosion

8    of mudflats in Mendall Marsh I guess in particular, but it

9    would obviously apply outside of Mendall Marsh, as well.

10          Is -- is it fair to say that the question of measuring

11   and trying to quantify mudflat erosion is a fairly complex

12   issue?

13   A      Yes.

14   Q      And to your knowledge, it's not -- is it fair to say

15   that you're not aware of another system where that type of

16   quantification has occurred?

17   A      Ah --

18   Q      For mercury?

19   A      Oh, for mercury, no.  There have been some studies, the

20   Thames River Estuary in the United Kingdom, and at least one

21   or two other river estuaries also in the United Kingdom, where

22   studies were made to look at the erosion and deposition

23   processes occurring in intertidal mudflats.  It was not

24   focused on the quantification of mercury, but it was looking

25   at mass and volume changes of sediment in those environments.

YEAGER - CONTINUED CROSS-EXAMINATION/TALBERT

1      So there are some studies that have been conducted that

2 focus on those kinds of questions, just not specifically to

3 mercury.

4 Q    Are you aware of any in the United States?

5 A    Off the top of my head, no.

6 Q    Is it fair to say that -- let's switch gears and talk a

7 little bit about kriging.

8 A    Okay.

9 Q    The kriged maps that you -- you used in Chapter 5

10 that -- where you discussed yesterday with opposing counsel

11 about the different depositional areas?

12 A    Correct.

13 Q    Is it fair to say that you are not an expert in -- in

14 kriging?

15 A    Oh, definitely.

16 Q    And so I believe you said that you worked with Ruben So

17 at Environ to do the --

18 A    That's correct.

19 Q    And you used the kriging as a part of your estimate of

20 the surface -- well, and -- and the mercury inventory in the

21 system, correct?

22 A    That's correct.

23 Q    Is it fair to say that, at least based on your

24 understanding of kriging, that what it does is it extrapolates

25 data sometimes into areas where you don't have a specific data

1    point?

2    A    Exactly.

3    Q    Okay.  And one -- one of those areas, I think we talked

4    about in your deposition as an example of that, was across the

5    river from the former HoltraChem site where there was not a

6    sample point, but the map indicates that it's a -- it's an

7    area of higher mercury.

8    A    As I recollect, there were -- and I believe I testified

9    to this yesterday, there were a number of areas or polygons

10   created as a function of making those maps, where we did not,

11   in fact, have a control point, or, in other words, a coring

12   station, to control the distribution inferred by kriging at

13   that particular location.

14            MR. TALBERT:  No further questions.

15            THE COURT:  Redirect?

16                      REDIRECT EXAMINATION

17   BY MR. COLANGELO:

18   Q    Good morning, Dr. Yeager.

19   A    Good morning.

20   Q    Defendants' expert Mr. Bigham criticized your use of

21   1967 as an assumed mercury release date to derive the

22   sedimentation rate from mercury.  Do you recall that?

23   A    I do.  I believe his criticism specifically was the

24   assumption a priori that that could be used as a 1967

25   chronological marker.

YEAGER - REDIRECT EXAMINATION/COLANGELO

1    Q     If you eliminate that assumption, what does it change?

2    A     If I eliminate the assumption that 1967 corresponds to

3    the mercury peaks?

4    Q     Right.  What would it change in terms of your analysis

5    of the sedimentation rates?

6    A     Nothing.

7    Q     Why is that?

8    A     Because the determination of sediment accumulation rates

9    was made using a range of markers.  So total mercury is not a

10   radionuclide, so it's a geochemical marker, but we use

11   lead-210 excess, we use cesium-137, we use plutonium-239, 240

12   where possible.  So we have multiple methods by which we could

13   assess sediment accumulation, and total mercury was just one

14   of those several methods.

15         And I believe I testified to this yesterday, but I did

16   go through the exercise at one of the depositions -- I think

17   the second one -- where I actually took the data that is found

18   in the Chapter 5 report and removed the total mercury in terms

19   of determining a mean sediment accumulation rate for every

20   station, and the change in the sediment accumulation rate as a

21   result of removing that was insignificant.

22   Q     Do the sedimentation rates that you derived from the

23   other tracers corroborate the assumption of 1967 as a major

24   mercury release date?

25   A     Yes.

1   Q    You were asked about cores showing mercury shallower

2   than -- I'm sorry -- mercury deeper than cesium in the core

3   profile.  Do you recall that?

4   A    I do.

5   Q    Okay.  And let me show you a core profile.  This is core

6   PBR5C -- I'm sorry -- 5A.  This is from Joint Exhibit 6-5 at

7   Page 5-116.  And do you recall where this core was in the

8   estuary?

9   A    Ah, I believe that PBR16 and PBR5 were collected within,

10  um, a cove or embayment named Southerly Cove, which is in very

11  close proximity to the HoltraChem facility.

12  Q    Let me show you an image, just so you see where it is.

13  This is from Mr. Vaillancourt's report, Joint Exhibit 57,

14  Figure 2-2, indicated at the bottom here.

15  A    Could you maybe zoom in a little bit?

16  Q    Sure.

17  A    That's good.  Thank you.

18  Q    Okay.  Okay.  And you see the location of the HoltraChem

19  facility is here.  And the arrow for core PBR5A is in

20  Southerly Cove adjacent to the former HoltraChem facility.  Do

21  you see that?

22  A    I do.

23  Q    Okay.  So turning back to the profile of the core -- let

24  me zoom back out -- now this is back on Joint Exhibit 6-5,

25  Page 5-116.  Could you take a look at the peak mercury

1   concentration in this core.  Where do you see that?

2   A     Ah, that appears to be at that location.

3   Q     Okay.

4   A     No -- I'm sorry.  Oh, no, that's right.  Yes, that's

5   right.

6   Q     Between 32 and 34 centimeters?

7   A     Yes.

8   Q     Okay.  And where is the peak cesium depth in this core?

9   A     Can you slide it down just slightly so I can see the

10  column headings?  I just want to make sure I'm looking at the

11  right place.  Okay.  So this is here.

12  Q     Let me clear and why don't you do that again.

13  A     Okay.

14  Q     Indicate where the peak mercury is.

15  A     (Witness complying.)

16  Q     Okay.  And that's -- and you've indicated a peak mercury

17  concentration of 46,300 nanograms per gram between 32 and 34

18  centimeters; is that right?

19  A     That's right.

20  Q     Okay.  And you've indicated a peak cesium concentration

21  of 31.03, just above that, between 30 and 32 centimeters.

22  A     That's correct.

23  Q     Okay.  Now, is that mercury value one of the highest

24  seen anywhere in the entire estuary?

25  A     Ah, I believe that's true.  Um, I think that the peak

1  for PBR16 value may be higher than that.  It even be

2  substantially higher than that.  But, yes, that might be the

3  second highest total mercury peak concentration that was

4  observed in the long-core program.

5  Q    And as far as you know, does anyone claim that the peak

6  mercury here came from any source other than the HoltraChem

7  plant?

8  A    No one has made that statement that I recall.

9  Q    Do you think that you can look at the position of

10 mercury peak relative to cesium peak in isolation in a core

11 and draw conclusions about the source of mercury in that

12 course based on that data alone?

13 A    No, I do not.

14 Q    Why not?

15 A    Because the envelope of error or uncertainty must be

16 considered in concert with other variables.  So in this case,

17 there is a source of uncertainty that results from the

18 sectioning interval, as I've previously testified, um, and

19 also there's a source of error that's associated with the

20 nature of the peaks, in this case, for total mercury and for

21 cesium-137.  But in addition to those considerations, we also

22 have other radionuclide data which we can use to refine that

23 information and physical data -- grain-size data, porosity,

24 bulk density and so on -- that can further inform our

25 interpretation.

1    Q      Is there a subset of cores that, in your view, preserve

2    the highest fidelity record of historical processes in the

3    estuary?

4    A      As a body, I believe that the cores that were collected

5    in Mendall Marsh certainly represent the highest fidelity

6    record of processes going on in the greater system.

7           However, there are a number of cores scattered

8    throughout the 58 locations that were sampled that also

9    provide a high fidelity record.

10          But I would say as a body, the Mendall Marsh cores

11   provide the highest fidelity record.

12   Q      What is that?

13   A      Why do they provide the --

14   Q      Yes.

15   A      -- highest fidelity record?

16   Q      Yes.

17   A      I believe it's a function of the hydrodynamics of

18   geomorphology that characterize Mendall Marsh.  Mendall Marsh

19   is an offshoot of the Penobscot River, and so I believe that

20   Dr. Geyer testified to this effect that it's protected, in

21   essence, from the large variabilities and energy regime that

22   characterized the main channel of the Penobscot River.  And so

23   as a result, those kind of processes often drive sediment

24   resuspension, lateral transport, mixing, these things that can

25   confound our interpretations.

YEAGER - REDIRECT EXAMINATION/COLANGELO

1      And so those types of processes are essentially absent

2   from Mendall Marsh, particularly the marsh platform, which is

3   not only part of the Marsh River but is elevated above the

4   Marsh River, and so that part of the system is only inundated

5   as a function of large variations in the tidal flux or storm

6   surge, this sort of thing.

7      So as a result, these are net accumulatory regions, and

8   so the geomorphology and the hydrodynamics provide for an

9   excellent record, generally speaking, of what's happening in

10  terms of sedimentary processes.

11  Q   Do you know when deposition of mercury recorded in the

12  Mendall Marsh cores generally dates to?

13  A   The late '60s.

14  Q   Let me show you -- this is from Dr. Santschi's chapter.

15  Let me show you this -- this is Page 6-22 of Joint

16  Exhibit 6-6, and this is the profile for core MM1B.  And could

17  you just explain what this shows?

18  A   Could you zoom in slightly?

19  Q   Sure.

20  A   It's hard for me to read some of those titles at the top

21  of the columns.

22  Q   Sure.

23  A   Okay.  So the first figure from the left shows on the

24  X -- I'm sorry -- the Y axis core depth in centimeters from 0,

25  at the top, the surface, down to a hundred.  The Y axis there

1    is the activity concentration in decays per minute per gram

2    from 0 to 10, and then it appears that he lists multiple data

3    there.  He lists in the blue symbols lead-210 excess as

4    determined by gamma spectrometry.  The green triangles are

5    polonium-210 -- pardon me -- which were resolved by alpha

6    spectrometry, and the reddish-orangish squares are radium-226,

7    also resolved by gamma spectrophotometry.

8         The following figure to the right has the same Y axis,

9    the same X axis, but depicts the activity concentration of

10   cesium-137 with the red dots.  The third figure from the left

11   has the same Y axis, but the X axis is different.  It shows

12   nanograms per gram dry weight of mercury -- I assume that's

13   total mercury.

14        The next figure over to the right, the Y axis is

15   truncated, but I'm assuming it's the same as the other three

16   figures.  At the top, the X axis shows the concentration in

17   percent of organic carbon, and he has another data set

18   depicted there, which is the carbon and nitrogen ratio in the

19   blue triangles.

20        And then the next one over, the last -- or the -- the

21   first panel on the right, it again shows the organic carbon

22   percentage on the X axis.  However, the Y axis is the

23   approximate year.  So it moves from presumably 2009, at the

24   surface, down to 17 -- approximately 1700 at the bottom, and

25   it shows the carbon and nitrogen ratio with the open circles

1   and the organic carbon percentage in the closed circles.

2   Q    And is this profile, looking at the mercury profile

3   here, in this column, is this an example of what you described

4   yesterday as a typical pattern that you see across the cores

5   throughout the estuary?

6   A    Yes.  I should note that the typical pattern that I

7   referred to is in those cores that do provide a reasonably

8   high fidelity record.  Some of the cores were extensively

9   mixed, and we did not see that profile.  But in many, many

10  cores we did.

11  Q    And is this -- just to provide another example, this is

12  from Page 6-21 of Joint Exhibit 6-6 core MM8A, is this another

13  example of that general pattern that you observed across the

14  cores that could be interpreted?

15  A    That's correct.

16  Q    There was some discussion of the two cores above the

17  form -- former Bangor dam.  And do you believe that the

18  mercury in those cores shows no influence from the HoltraChem

19  discharge?

20  A    No, I do not.

21  Q    Why not?

22  A    Um, well, my understanding of the Bangor Dam was -- I

23  mean, we're not talking about the Aswan High Dam or the Hoover

24  Dam.  You know, I've seen some pictures of it.  It appears to

25  be an elevational bump in the river course.  It had a boat

1    notch that was either permanently or semipermanently open.  It

2    had a fairly large log sluice, which also was open.  And,

3    further, it was in place, I believe, until the 19 -- late

4    1970s, and then it was removed altogether.

5        So I'm not convinced that there was not communication

6    between the lower river course and the upper river course

7    above the Bangor Dam, and so it's possible that -- or likely

8    that some mercury from the lower river course was basically

9    transported above the Bangor Dam.

10       However, I don't know these things for sure.  Um, so it

11   is also possible that if it was an effective barrier, that

12   that mercury that was measured at those two locations could

13   have come from somewhere else.

14   Q    And what about after 1978, after the dam was breached,

15   in -- what is your opinion about whether mercury from lower in

16   the river could be deposited at those locations?

17   A    I think that there's ample evidence that in cores that

18   were below the Bangor Dam, but above the HoltraChem site, that

19   hydrodynamic processes and sediment transport processes were

20   able to move materials upriver from the point source.

21       And so certainly if the dam was not there, there would

22   be no impedance to those processes.

23   Q    Do you recall an opinion from Dr. Bigham, one of

24   defendants' experts, that the distribution of organic carbon

25   and mercury in the cores could be used to identify source?

1    A      I do recollect that.

2    Q      Would you like me to show you the opinion?

3    A      It would probably help --

4    Q      Okay.

5    A      -- to refresh my memory.  Thank you.

6    Q      This is from Joint Exhibit 42.  This is Mr. Bigham's

7    report at Page 20.  And the opinion starts here on Page 20

8    regarding sediment mercury and organic carbon data.  And let

9    me show you his conclusion.  This is now Page 23 of Joint

10   Exhibit 42.

11         And he states, the anthropogenic discharges that

12   increased organic carbon and increased sediment mercury

13   concentrations by several thousand nanograms per gram are

14   believed to be from paper mills in the Penobscot River

15   watershed that used mercury as a slimicide.  Do you recall

16   this opinion?

17   A      I do.

18   Q      Okay.  Do you have a view of this?

19   A      I do not agree.  Um, the reason why I do not agree is

20   because, you know, Mr. Bigham, as I recollect, presented data

21   from one, maybe two cores, as I recall.  And Dr. Santschi and

22   I examined organic carbon and total mercury data from all 58

23   cores, representing thousands of data points, and we did not

24   see any strong correlation between organic carbon and total

25   mercury when you took the data as an entire data set.

1    Q     You were also asked about a presentation you made at a

2    Study Group meeting, and you were shown a PowerPoint

3    presentation.   Do you remember that?

4    A     I do.

5    Q     Okay.  And this is Defendants' Exhibit 682.  Now, what

6    was your purpose in discussing recovery half-times at this

7    meeting?   This is the first page of the exhibit, Defendants'

8    682.

9    A     The purpose --

10   Q     Go ahead.

11   A     The purpose of me discussing the recovery times was

12   basically to provide a preamble to the Study Panel of how it

13   was that the recovery time exercise that -- that basically

14   Peter took over and focused on was intimately related to the

15   sediment-coring project and the radiochemistry data; in other

16   words, those two approaches were linked.

17         And so the primary purpose was to provide this

18   information to the Study Panel who, of course, were experts in

19   areas that were different than Peter and I so that they could

20   understand how important it was to have mixing-depth data,

21   chronological data, sediment accumulation rate data, these

22   sorts of things, in order to utilize quantitative approaches

23   to address mercury recovery.

24         And so as I recollect, at this meeting, I made this

25   presentation, and then a considerable amount of time was then

1    spent discussing the details of how might one go about

2    quantitating recovery times, and that discussion was led by

3    Peter, but it included participation by myself, by Dr. Geyer,

4    by other members of the Study Panel, as well.

5    Q    Did your presentation here rely on all of your data?

6    A    No.

7    Q    And would you rely on the bar graphs that you were shown

8    as a final assessment of -- or meaningful assessment of

9    recovery half-times?

10   A    No, I would not.

11   Q    Why not?

12   A    Well, for one thing, they're only based on preliminary

13   information.  As I said before, we did have most of the

14   data -- or much of the data for Mendall Marsh coring stations

15   at that time, but we didn't have them all completed.  But we

16   utilized that subset of data because it was the most complete

17   subset of data that we had at that time.

18        So in that sense, it's premature -- even for Mendall

19   Marsh, it was premature, but certainly for the rest of the

20   system, it was premature.

21   Q    Was this in the nature of spurring a conversation about

22   recovery rates?

23   A    It was.  Peter and I had a discussion prior to this

24   meeting where we discussed the progress of our component of

25   the project and we discussed what each of us should focus on

1   with respect to presentations made to the greater Study Panel.

2       And so he and I kind of agreed, you know, that I would

3   present A, B, and C, and he would present, you know, D, E, and

4   F, and that that's how we would go about it.  But, obviously,

5   one of the things that we felt was important was that our two

6   presentations would be cooperative.  So information that I

7   presented would then be informative to the audience who would

8   then receive the information that Peter presented.

9   Q    Who was this work subsequently assigned to in terms of

10  calculating recovery rates to inform the Study Panel's

11  analysis?

12  A    Basically, as I recollect at this meeting, um, as I

13  mentioned, there was a lot of discussion about this, and it

14  was very clear to everyone that Dr. Santschi had far more

15  experience doing this sort of analysis than anyone else who

16  was present, and so it was just logical that -- that he would

17  lead that component of the study, which he subsequently did.

18      MR. COLANGELO:  Your Honor, I neglected to note that

19  Dr. Yeager's CV is Joint Exhibit 32.

20      THE COURT:  Okay.  Thank you.

21      MR. COLANGELO:  In evidence.

22   Thank you, Dr. Yeager.  That's all I have.

23      THE WITNESS:  You're welcome.

24      THE COURT:  Recross?

25      MR. TALBERT:  Yes, Your Honor.

1                          RECROSS-EXAMINATION

2    BY MR. TALBERT:

3    Q      Dr. Yeager, opposing counsel just asked you a few

4    questions about cores 5A and, I believe it was, 16A that were

5    cores taken from the Southerly Cove.  Do you recall that?

6    A      I do.

7    Q      Okay.  Are you aware that the Southerly Cove is going to

8    be removed as a part of a remedial action associated with

9    the -- the HoltraChem site?

10   A      Ah, I recall that being mentioned on a number of

11   occasions.  I don't recall that it was ever confirmed, but I

12   guess that's what you're doing now.

13   Q      You -- you testified that -- I believe, that those two

14   cores had very sharp mercury peaks, correct?

15   A      My recollection is one of them certainly did, and I

16   believe that both of them did.

17   Q      And by that, you mean that if you looked at the mercury

18   profile on the chart that -- a similar chart that we had

19   looked at earlier, you would see, as you go down with depth,

20   mercury at a certain level and then there would be a spike, a

21   pretty high number; is that correct?

22   A      That's correct.

23   Q      Are you aware that one of the other sediment cores in

24   the system that has a similar sharp peak is 27B, which is

25   right outside of Bucksport?

1   A      I believe that's correct.

2   Q      Would you agree that in the sediment cores, if we were

3   to examine mercury, that prior to the peak cesium dated in

4   1967, that in many of the cores, there's a build-up of mercury

5   before that time?

6   A      I believe I testified to that effect yesterday.

7   Q      With respect to the Bangor Dam, I just want to make sure

8   that the record is clear.  You yourself do not have any

9   independent evidence that that dam was overtopped, correct?

10  A      I do not.

11  Q      And are you aware that in your questioning from

12  Mr. Colangelo regarding organic carbon and an evaluation of

13  sediment cores, that Mr. Bigham actually did analyze all of

14  the cores that you looked at?  He has an appendix in the back

15  where he evaluates each and every core?

16  A      In terms of looking at relationships between organic

17  carbon and total mercury?

18  Q      Correct.

19  A      I don't recall figures in his report that show

20  relationships between organic carbon and total mercury.

21  Q      I'll just put an example, but there's one for every

22  core --

23  A      Okay.

24  Q      -- that we can go through that has percent organic

25  carbon that he has in the dotted green lines here, and next to

1    some of the total mercury peaks.  Do you see that?

2    A    So -- let's see.  So this is the line you're referring

3    to?

4    Q    Correct.

5    A    Organic carbon?

6    Q    Yes.

7    A    And total mercury.  Um, I see that, but as I testified

8    to a moment ago, um, we looked at all of the organic carbon

9    data and total mercury data and regressed those data together

10   for all of the cores in concert, and we did not see a strong

11   relationship.

12        Now, I think that it might be Dr. Santschi's report

13   where he mentions that there does appear to be some

14   correlation between organic carbon concentrations and total

15   mercury concentrations within that narrow range where there's

16   a large peak in total mercury, but when you consider all of

17   the data, all the total mercury data, all the organic carbon

18   data, we do not have strong relationships evident between

19   organic carbon and total mercury.

20   Q    So the distinction you were making would be between

21   aggregating all the data as opposed to looking at it on an

22   individual core-by core basis?

23   A    No, what I'm saying is that the relationships that I

24   believe Dr. Santschi mentioned were basically taking an entire

25   core worth of data and discounting most of the data and only

1    looking at that data in the narrow range where you have a

2    total mercury peak.  And if you compare only the organic

3    carbon and total mercury data in that narrow range, there

4    appears to be a relationship.

5        However, if you considered the data in aggregate, in

6    other words, all the organic carbon data for that core, all

7    the total mercury data for that core, there's no apparent

8    relationship.

9        And if you aggregate that further by considering all 58

10   cores, you have a much, much larger data set, and there's no

11   evidence that there's a correlation between organic carbon and

12   total mercury.

13           MR. TALBERT:  No further questions.

14           THE COURT:  Anything further?

15           MR. COLANGELO:  Nothing further, Your Honor.

16           THE COURT:  Thank you.  You may step down, sir.

17   Thank you.

18       (The witness left the witness stand.)

19           THE COURT:  Next witness?

20           MR. BERNARD:  Dr. James Wiener.

21           MR. SCHUTZ:  Your Honor?

22           THE COURT:  Yes.

23           MR. SCHUTZ:  I just want to for the record note that

24   we did file a motion with respect to Dr. Wiener to limit his

25   testimony.  That's ECF No. 730.  Basically we've heard from

1    authors and coauthors of chapters, and they've all been

2    available to testify.  And Dr. Wiener is a reviewer of the

3    chapters.  I just simply want to note that for the record.

4              THE COURT:  Very good.  Thank you, Mr. Schutz.

5              THE CLERK:  Please raise your right hand.  Do you

6    solemnly swear that the testimony you shall give in the matter

7    now in hearing shall be the truth, the whole truth, and

8    nothing but the truth, so help you God?

9              THE WITNESS:  I do.

10             THE CLERK:  Please be seated.  Please state your

11   name and spell your last name for the record.

12             THE WITNESS:  James Wiener, last name W-i-e-n-e-r.

13             MR. BERNARD:  Your Honor, Dr. Wiener has a bit of a

14   hearing issue, so I'm going to try to speak in a high volume.

15             THE COURT:  Sure.  I don't think you're shouting at

16   me.

17   JAMES WIENER, having been duly sworn, was examined and

18   testified as follows:

19                       DIRECT EXAMINATION

20   BY MR. BERNARD:

21   Q    Dr. Wiener, is this a good volume for you to hear?

22   A    It is.

23   Q    Okay.  I'll try to keep it at this level.  If you have a

24   problem, please let me know.

25             Are you employed?

1  A      I am.

2  Q      By whom?

3  A      The University of Wisconsin System and the State of

4  Wisconsin.  I am stationed at the University of Wisconsin-La

5  Crosse campus in La Crosse, Wisconsin.

6  Q      And are you a Wisconsin Distinguished Professor there?

7  A      I am.

8  Q      What does that designation mean?

9  A      Ah, the Wisconsin Distinguished Professor's Program is a

10  program that was developed and authorized to apply scholarly

11  information from the academic communities to problems that are

12  important and that affect the resources and economy of

13  Wisconsin and the region.

14  Q      Okay.  How many Wisconsin Distinguished Professors are

15  there at the university location at La Crosse?

16  A      One.

17  Q      What is the River Studies Center?

18  A      The River Studies Center is an interdisciplinary center

19  on our campus that brings people together to do work on

20  rivers.  The center started out primarily with work on the

21  Mississippi River, where La Crosse is located, on the banks of

22  the Upper Mississippi River, and as a result of developing

23  expertise and capability, much our work now is actually done

24  on other rivers and other systems, such as the Great Lakes.

25  Q      Do you have a doctoral degree?

1   A      I do.

2   Q      In what subject?

3   A      Ah, I have a doctoral degree from the University of

4   Georgia in 1979.  The major on my diploma is listed as

5   zoology.  Things weren't quite so fine-grained then in terms

6   of -- of degrees, but my emphasis and my graduate work was in

7   the area of aquatic chemistry and toxicology.

8   Q      Have you previously worked for the United States

9   Government?

10  A      I have.

11  Q      And did you do mercury research for the government?

12  A      I did.

13  Q      Could you please briefly describe that experience for

14  the court?

15  A      Yes.  Um, I became employed in the U.S. Fish and

16  Wildlife Service as a research biologist in 1979.  I've done

17  work in a number of systems on mercury, including rivers that

18  are contaminated by mercury, such as the Upper Wisconsin

19  River, the Sudbury River in Massachusetts, which was

20  contaminated by a Superfund site, the Upper Mississippi River,

21  which is contaminated by industrial point sources and more

22  recently by nonpoint sources.  I have done also substantial

23  work, especially in the last two decades, on mercury that has

24  contaminated -- contaminating fishery resources as a result of

25  atmospheric trans -- transport and deposition of mercury from

1  human emissions.

2  Q    Have you participated in interdisciplinary studies

3  regarding aquatic resources and environmental management?

4  A    I have.

5  Q    And have you led such studies?

6  A    I have.

7  Q    Could you give an example of that for the court, please?

8  A    Ah, yes.  I have been substantially involved in projects

9  such as the Mercury in Temperate Lakes Project, which is an

10  interdisciplinary project.  I led the fisheries team and also

11  the sediment team that was looking at inventories of mercury

12  in surficial sediments in lakes.  That project actually looked

13  at processes within the lakes that basically led to

14  contamination of fishery resources from mercury entering lakes

15  and watersheds and atmospheric deposition.

16      That was followed by a subsequent project called Mercury

17  Accumulation Pathways and Processes.  I've also led and

18  provided leadership in the development of a very large effort

19  in the San Francisco Bay and Delta, including some of the

20  tributary rivers that -- that discharge into the delta area in

21  California.  Those are sites that are contaminated by mercury

22  from both mercury mining, gold mining, and other sources.

23  Q    Has your research focused on the subject of mercury?

24  A    It has.  Ah, I started doing work on mercury in 1980.

25  Those studies were being done in conjunction with work on acid

1  rain to determine its effect on -- on fishery resources, and

2  we suspected and discovered that there is, in fact, a linkage

3  between acid -- acid deposition and increasing mercury

4  contamination of fish.

5  Q    So have you been working on mercury-related issues,

6  research, and out in the real world for 30 years or more?

7  A    Yes.

8  Q    Okay.  And have you published articles in the

9  peer-reviewed literature concerning mercury contamination?

10  A    Yes, I believe that my total peer-reviewed publications

11  on mercury have come to about 48 papers.  Several of those

12  papers, I think on the order of 35 or 6, are published in

13  peer-reviewed journals.  A number are book chapters, and a few

14  are peer-reviewed technical bulletins published by agencies.

15      I would also add that several of the papers that I've

16  written on mercury have been written by invitation.  Ah, for

17  example, I wrote a book -- or a book chapter on ecotoxicology

18  of mercury in the CRC handbook of ecotoxicology, and that

19  paper has been widely cited, hundreds of times, I believe.

20      A total of eight or nine papers have been written by

21  invitation to basically conduct broad syntheses of the state

22  of information on mercury and its effect on our aquatic

23  resources.

24  Q    You mentioned CRC.  What does that stand for?

25  A    Chemical Rubber Company, it's a large publishing company

1    that -- that specializes in production of handbooks.

2    Q    Repeat the answer about CRC, please.

3    A    Chemical Rubber Company.

4    Q    And what is CRC?  I mean, other than the name, what does

5    it do?

6    A    Oh, they are engaged in publishing handbooks on a

7    variety of topics, including many in the very broad area of

8    toxicology.

9    Q    Is there a fuller description of your publications and

10   professional activities in your CV?

11   A    Yes.

12         MR. BERNARD:  Your Honor, that's Joint Exhibit 31.

13         THE COURT:  Thank you.

14   BY MR. BERNARD:

15   Q    Did you have any involvement, Dr. Wiener, in the

16   Penobscot River Mercury Study?

17   A    I did as a reviewer.

18   Q    Did you serve as an occasional outside reviewer for the

19   Study Panel?

20   A    I did.  Ah, I -- I -- to the best of my knowledge, I'm

21   the only person who worked virtually from the planning stage.

22   I began involvement with -- with the Penobscot project in

23   2004, and that involvement continued with interim evaluations

24   and review of interim products and plans and continued through

25   the review of draft reports in the Penobscot River Mercury

1   Study report to the court.

2   Q    Let me show you Joint Exhibit 80, just the cover page,

3   and ask you whether that -- this is dated November 13th, 2004.

4   Do you recall this?

5   A    Yes.

6   Q    Okay.  And this says, a preliminary review of a draft --

7   it looks like a draft study plan.  Do you see that?

8   A    Yes.

9   Q    Okay.  And it says, the following appraisal is based on

10  review of a draft study plan back in 2004.  Is that one of the

11  documents -- comment -- set of comments you prepared for the

12  Study Panel?

13  A    Yes, it is.

14        MR. BERNARD:  Okay.  Your Honor, I move the

15  admission of this, which is Joint Exhibit 80.

16        THE COURT:  Any objection to Joint Exhibit 80?

17        MR. SCHUTZ:  No objection.

18        THE COURT:  Joint Exhibit 80's admitted.

19  BY MR. BERNARD:

20  Q    Dr. Wiener, let me show you Joint Exhibit 81 and ask you

21  whether you recognize it.  This is dated -- well, there's an

22  e-mail down here from you to Dr. Bodaly, it looks like, dated

23  March 5th, 2009, and it seems to be covering a review of a

24  draft Phase I Report and a draft Phase II Project or Study

25  Plan.  Do you see that?

1    A    Yes.

2    Q    And do you recall submitting comments to the Study Panel

3    on those subjects?

4    A    Yes.

5    Q    Okay.

6         MR. BERNARD:  Your Honor, I move the admission of

7    Joint Exhibit 81.

8         THE COURT:  Any objection?

9         MR. SCHUTZ:  No objection.

10        THE COURT:  It's admitted.

11   BY MR. BERNARD:

12   Q    Dr. Wiener, I'm going to show you Joint Exhibit 82,

13   again, the cover page, and ask you whether you recognize this

14   document.

15   A    Yes.

16   Q    This is dated June 25th, 2010.  And do you remember what

17   this -- what this involves?

18   A    Yes, this was, um, a -- an interim review.  The Phase II

19   Studies had just begun.  The team had been assembled and had,

20   I believe, been working maybe on the order of a single field

21   season.  This review was convened in Chicago, and it was a

22   very timely and appropriate review.

23        The team had greatly expanded, um, the -- the Study

24   Panel had greatly expanded the team from the standpoint of the

25   disciplinary mix.  They had people who were working on

1  sediment transport, on sediment deposition, interpretation of

2  data from sediment cores, people such as Dr. Gilmour, who were

3  working on processes in sediment that influence methylmercury

4  production, a very important aspect of this study.

5      And there was substantial discussion of interim results,

6  and -- and -- and this was actually the first time in a group

7  setting that the group had actually started about the setting

8  of targets, how to proceed with that and what kind of a

9  framework to use in setting targets.

10  Q    And you made some written comments following this

11  meeting you attended?

12  A    I did.

13  Q    Okay.  And they're reflected in this exhibit, Joint

14  Exhibit 82?  They're reflected in this document?

15  A    I believe so.

16          MR. BERNARD:  Your Honor, I move the admission of

17  Joint Exhibit 82.

18          THE COURT:  Any objection?

19          MR. SCHUTZ:  No objection.

20          THE COURT:  It's admitted.

21  BY MR. BERNARD:

22  Q    Did there come a time, Dr. Wiener, when you were asked

23  to conduct a peer review of the entire draft Phase II Study

24  Report?

25  A    Yes.

1   Q      And did you conduct a peer review?

2   A      I did.

3   Q      Do you recall when you did so?

4   A      Ah, I did that peer review beginning in late January of,

5   um, was it 2013?

6   Q      Yes, it was.

7   A      And concluding in very early March of that same year.

8   My last review was submitted on March 1st.  I reviewed several

9   of the chapters -- of the draft chapters in the report to the

10  court, and I had been asked if I would be interested in

11  serving as a peer reviewer, and because of my involvement

12  historically with the project, I was very interested in the

13  findings and the recommendations by the Study Panel and team

14  members, and -- and asked them to give me a heads-up so I

15  could set aside about a month, which turned out not to be

16  necessarily sufficient time to get through all the material.

17  It was -- it was an intensive time.

18  Q      So you spent about a month of work time reviewing the

19  draft of the Phase II Report?

20  A      Yes.

21  Q      Okay.  What is a peer review?

22  A      A peer review is an evaluation of a written document or

23  of a study that's underway of results that are -- that are

24  available to date, goals and objectives of the study, methods

25  that are being used to address key questions needed to provide

1    the essential information so that in this case, people could

2    proceed to make decisions and use the information in a

3    decision framework about remediation, harm, that kind of

4    thing.

5    Q    Had you conducted any peer review prior to this one?

6    A    Oh, yes, many.

7    Q    And did you -- what was your method of peer review in

8    this instance?

9    A    In this instance, it was -- it was really to look at the

10   science that was being proposed and done, to look at the

11   validity of methods that were being used in -- in conducting

12   the work.  Oftentimes in the reviews, we would -- we would

13   oftentimes be provided with information regarding quality

14   control and control assurance, starting out with evaluations

15   of data quality and reliability is -- is usually a part of

16   these things.

17        And then making recommendations about the conduct of

18   studies and the focus.  Um, I've had a lot of experience in --

19   in interdisciplinary projects and have learned from that

20   experience, and in -- large interdisciplinary studies of this

21   -- this -- this type oftentimes fall a bit short of their --

22   of their -- of their potential, in part because people don't

23   give themselves enough time for integration of results across

24   disciplines, that kind of thing.

25        So some of my comments were, for example, that people

1    need more time to think, come together, and not simply look at

2    their own data, but to compare -- to -- to integrate

3    information amongst different substudies in a project of this

4    scope.

5    Q    Before -- prior to conducting your peer review, had you

6    crossed paths professionally with some of the scientists who

7    were involved in generating material and drafting chapters in

8    the study?

9    A    Yes.

10   Q    And had you published with some of them previously?

11   A    I have published, I believe, two papers with Dr. Bodaly;

12   one a journal paper, one a book chapter by invitation.  I had

13   published a report, a -- a strategic plan, for investigating

14   mercury in the San Francisco Bay delta system with Cindy

15   Gilmour, and another scientist from USGS, David Krabbenhoft.

16       But most of the public -- yeah, I have interacted with

17   many of the individuals on this team.  These are -- this was

18   an astonishing group of people that were brought together for

19   this very complex and demanding project, and my sense is

20   they've done an excellent job.  It was a good team.  It was a

21   very interactive team.  And these are individuals who are

22   well-known, have substantial credentials to do the kind of

23   work that they were doing, and these are the people that tend

24   to attract a crowd at an international conference.  They're

25   well-known.  They're leaders in their field, and they have

1    something to say when they speak.

2    Q     Did the fact that you had crossed paths professionally

3    with some of the scientists involved in the study inhibit in

4    any way your peer review of the draft Phase II Report?

5    A     No, it did not.

6    Q     Is it common in your field to review colleagues' work?

7    A     Ah, it's a community of scientists that's come together.

8    There's a -- an international community of probably, you know,

9    1,500 or so scientists, and over the course of years, through

10   meetings such as international mercury conferences, we've

11   actually gotten to know people in that community reasonably

12   well.  We're familiar with their work, and they are leaders in

13   the field who are -- who are making substantial advances that

14   are very important.

15         So, yes, I would say, yeah, I know many of the people

16   working on mercury in this country and Canada, and to a lesser

17   extent in Europe and Asia.

18   Q     And does that inhibit your capacity to review their work

19   with rigor?

20   A     No.

21   Q     You mentioned that -- and we -- we -- the court admitted

22   into evidence some exhibits of comments that you had written

23   during various times during the study process.

24   A     Hm-hmm.

25   Q     Did your involvement -- your prior involvement in giving

1   comments compromise or inhibit your peer review in any way?

2   A     No.

3   Q     Okay.  Could you just explain why that's -- that's not

4   an issue?

5   A     It's -- it's -- it's simply not an issue.  I think the

6   goal is to strengthen the science, and the value of the

7   science at the end of the day, when the studies have been

8   done, the data interpreted, and the results applied to

9   decisions regarding ecosystem management and remediation.

10        So, I mean, I -- this is an area where I think

11  scientists are -- are -- it's -- it's a fascinating area

12  because of the complexity of the mercury problem.  And it's an

13  area where the scientists are, to a considerable extent,

14  motivated to see what we can learn that can, you know, be

15  applied to help reduce exposure of humans, wildlife, fish to

16  methylmercury and the -- the effects that are occurring at

17  very local to global scales in this problem.

18  Q     Now, did you commit -- withdrawn.

19        Did you submit some comments on your peer review to the

20  Study Panel?

21  A     I did.

22  Q     And did you submit some of the written comments in the

23  form of a spreadsheet?

24  A     Ah, yes, and I can explain briefly how this was handled.

25  Um, this was a time when there was a Penobscot River Mercury

1   Study cloud drive.  Materials that were being distributed for

2   review by reviewers were put on the cloud drive, and then we

3   would put -- upload our review comments back onto the cloud

4   drive.

5        So while my reviews were under way, this was actually a

6   living document that was being updated as the -- as I was

7   submitting reviews of individual chapters.

8   Q    Okay.  And just to go through this briefly, this part of

9   what we have in a hard copy, these are summary comments, and

10  -- and over here you have the number of the chapter that you

11  reviewed?

12  A    Yes.

13  Q    Okay.  And the -- the --

14  A    I should mention --

15  Q    Sure --

16  A    -- that the numbers of the chapters have changed between

17  the draft and the final.

18  Q    Yes, and to the extent --

19  A    In some cases.

20  Q    To the extent we look at specific comments a little bit

21  later on --

22  A    Yes.

23  Q    -- we'll note that.  And then you have the subject

24  matter of the chapter?

25  A    Yes.

1    Q    And then you have the listed lead author?

2    A    Yes.

3    Q    What is the date of review?

4    A    Ah, date of review would have been the day on which I

5    uploaded my review to the cloud drive.  And -- and rather than

6    -- what I did is try to provide summary comments.  There were

7    some occasions in which I could not access the cloud drive,

8    and in such cases, I would submit comments via e-mail, and

9    comments were generally relayed on the draft manuscript, which

10   was transmitted to me as a Word file.  And I used comment

11   boxes and tracked changes, because efficiency was paramount,

12   and that time frames for revision and finalizing the chapters

13   was very short.

14   Q    So does the date of review mark the -- the date you kind

15   of completed your review of a particular chapter?

16   A    Yes.

17   Q    Okay.  And you'll notice that most of these dates are in

18   -- you have a January 30th and then dates in February, and

19   there are a few other pages of comments.  And this would

20   reflect that review period you described of the very end of

21   January to the very -- very early March?

22   A    Yes.

23   Q    Okay.

24        MR. BERNARD:  Your Honor, I move the admission of

25   Joint Exhibit 104.

1    THE COURT:  Any objection to 104?

2    MR. SCHUTZ:  No objection.

3    THE COURT:  It's admitted.

4    BY MR. BERNARD:

5    Q    Were you deposed prior to this trial?

6    A    Yes.

7    Q    In this case?  Twice?

8    A    Twice.

9    Q    And were you asked to testify here today by the

10   plaintiffs?

11   A    Yes.

12   Q    And was that request made to you by plaintiffs after

13   your peer review was completed?

14   A    Yes.

15   Q    And was it made after both of your depositions?

16   A    Yes.

17   Q    Okay.  And have plaintiffs agreed to compensate you for

18   your time in testifying here today?

19   A    Yes.

20   Q    And to reimburse you for your travel expenses?

21   A    Yes.

22   Q    Okay.  Have you prepared in any substantive way with the

23   plaintiffs for your testimony here today?

24   A    No.

25   Q    Are you here as an independent witness?

1   A     I am.

2   Q     You adverted to this a moment ago, but I just want to

3   ask you a couple of questions about your overall view of the

4   Penobscot River Mercury Study, and then we'll get into some

5   specifics.  Have you formed a view regarding the scientific

6   quality of the Penobscot River Mercury Study?

7   A     I have.

8   Q     What is your view?

9   A     My assessment is that this was an extraordinarily

10  well-done study by a group of people who are very capable and

11  brought the best mix of skills, knowledge, and analytical

12  tools to the table to do the work.

13        I have to confess I -- I know that estuaries are very

14  complex dynamic systems, and I am extremely pleased that

15  they've managed to work on a system of this scale and

16  complexity and with very substantial hydrodynamics and provide

17  very, very high-quality useful information that can be applied

18  to remedial decisions about what to do next in terms of

19  improving the situation.

20        I think there were several lines of evidence that --

21  that were used and that were supporting in terms of

22  identifying the HoltraChem site as the dominant source of

23  mercury to the system.  My assessment is that the Study Panel

24  is absolutely correct in their determination that the

25  contaminated sediments that are now in this system, some of

1    the sediments having been buried deeply, and some of the --

2    and sediments still being laterally transported in a mobile

3    sediment pool, that that is the -- has to be the focus of

4    remediation.

5         The methylmercury production and the production rates

6    for methylmercury in the system are extremely high,

7    particularly in the Mendall Marsh.  Ah, I would say, in a

8    global sense, that may be a worst-case scenario as far as

9    conversion of inorganic mercury to methylmercury.

10        The surficial sediments have been the focus of -- of

11   much of the attention in the main stem river, and -- and that

12   is because the microbial actions that are converting inorganic

13   mercury to methylmercury are occurring in a very thin layer of

14   sediments, typically the top 3 centimeters or so, and that is

15   where the benthic food -- benthic community is being exposed,

16   and that methylmercury is -- is being transferred up the food

17   web to other organisms.

18   Q    We'll delve into some detail --

19   A    Yes.

20   Q    -- about each of the points you just made.  But before

21   we get there, have you participated in or reviewed a lot of

22   scientific research projects?

23   A    Yes.

24   Q    And have you participated in or reviewed a lot of

25   mercury-related scientific projects?

1    A      Yes.

2    Q      And how would you rate the Penobscot study and study

3    team in terms of your experience as a participant in and

4    reviewer of mercury-related projects?

5    A      I would say that this is -- there's only one other

6    project that could compare in terms of its completeness, and I

7    would say that's a project that was much more straightforward

8    and did not possess some of the challenges that this project

9    had.  That's -- I speak of the METALICUS project in the

10   Experimental Lakes Area of Ontario, where mercury was added,

11   different isotopes were added, some straight to a lake, some

12   to a forested upland catchment, and some to a wetland.

13          This project, I would say, is -- is as good a project as

14   I have ever seen and far better than most.

15          There's been a maturation in interdisciplinary studies

16   in terms of us learning how to do these things and do them

17   well.  In the early days, a lot of these projects involved a

18   lot of mercury, quote, mercury scientists, who went out and

19   quickly found out that they didn't have the tools and

20   information and knowledge that they needed to really

21   understand ecosystem processes, such as sediment transport,

22   hydrodynamics, that kind of thing, that are very important in

23   a -- in an estuarine system, such as this.

24          This is an extraordinary project by an extraordinary

25   team of scientific investigators, and well-led and

1   well-coordinated.

2           MR. BERNARD:  Your Honor, we're about to launch into

3   a discussion of ecotoxicology, so I wonder whether you maybe

4   want to take the break now.

5           THE COURT:  Sounds good.  Very good.  And we'll be

6   back in about 20 minutes or so.

7       (Court recessed from 10:27 a.m. to 10:56 a.m.)

8           THE COURT:  Mr. Bernard?

9                   CONTINUED DIRECT EXAMINATION

10  BY MR. BERNARD:

11  Q    Dr. Wiener, what is ecotoxicology?

12  A    Ecotoxicology is a -- is a science that involves

13  toxicology in terms of the effects of toxic substances on

14  organisms; but it goes farther than that and involves the

15  effects on ecological relationships in a much broader sense,

16  the transfer of substances like methylmercury in food webs,

17  the indirect effects that can result from impacts on certain

18  parts of a biotic community.

19       So it includes both direct and indirect effects of

20  exposure to contaminants in systems, and there are much

21  broader impacts at community-levels of organization, as well

22  as population levels of organization.

23       Toxicology focuses largely on the effects on

24  individuals, usually in a single species, exposed to one or a

25  number of toxic substances simultaneously, so a much more

WIENER - CONTINUED DIRECT EXAMINATION/BERNARD

1428

1    straight -- a much more limited approach to assessing the

2    adverse effects of contaminants.

3    Q    Are you saying that ecotoxicology is broader than --

4    A    Oh, much broader, yes.

5    Q    Okay.  Now, are you familiar with the scientific

6    literature on ecotoxicology of mercury that has been done over

7    the past several decades?

8    A    Yes, I am.  And -- and as I mentioned in prior comments,

9    I have -- have actually written, in many cases as lead author

10   or second author, a number of synthesis critical reviews of

11   the state of the science -- what we've learned, what we need

12   to do, and -- and where things need to proceed to -- to move

13   us forward.

14   Q    Now, in examining the effects of methylmercury on fish

15   and wildlife, did researchers in the past customarily look at

16   growth and survival endpoints?

17   A    Much of the earlier work did look at traditional

18   endpoints that had been pursued in many studies, the effects

19   of exposure on -- on bioaccumulation, growth, and survival.

20   Those endpoints for mercury are -- are largely insensitive to

21   methylmercury exposure.

22        There are other endpoints related to biochemical

23   effects, to reproduction, to behavioral effects that are much

24   more sensitive; and, in particular, the scientific community

25   has known for some time that the reproductive effects are in

WIENER - CONTINUED DIRECT EXAMINATION/BERNARD

1429

1    particularly highly sensitive to methylmercury exposure, and

2    that reproductive effects can occur, for example, in birds as

3    the result of exposure of the embryo in the egg.

4         It's a much more sensitive life stage.  And so the

5    embryo is exposed to mercury that comes from the female diet

6    during egg development, and, in fact, you can have complete

7    failure of hatching or zero hatching success and embryo

8    mortality in -- in birds, for which adults, say, the -- the

9    hen and the male show no overt effects of toxicology -- or of

10   toxicity whatsoever, so --

11   Q    Are mercury scientists looking more and more now away

12   from growth and survival endpoints and toward the more

13   sensitive endpoints, like reproduction, that you were just

14   discussing?

15   A    Yes, and if we want to understand the effects of

16   methylmercury on populations, we really need to look at

17   reproduction.  That's the most sensitive endpoint by far, and

18   it is the one where we're going to see the most substantial

19   impacts on populations.

20        I know of only one case in all of the gross mercury

21   pollution cases that have been studied where fish were

22   actually dying as a result of exposure, and that was at

23   Minamata Bay, Japan, where concentrations in fish were

24   extraordinarily high, on the order of 20 to 40 parts per

25   million in their edible tissues.  And -- and humans, who were

1  fishing in the bay and eating fish from the bay, were also

2  dying; as were cats that were eating fish that the fishermen

3  had cleaned and left entrails and that kind of thing behind.

4       So we need to be worried about much -- if we've got a

5  problem with fish mortality, the problem is much more serious

6  than the fish would lead us to believe.  It's going to be

7  having adverse impacts on upper trophic levels, which can

8  include humans as -- humans, as well as birds, mammals, and

9  other organisms.

10  Q    Okay.  Did you urge the Penobscot River Study Panel to

11  consider reproduction as an endpoint when it established

12  targets for the Penobscot?

13  A    I did.

14  Q    Okay.  And is that for the reasons you've articulated?

15  A    Because of the sensitivity of that endpoint and -- and

16  its importance from the standpoint of population-level

17  effects.

18  Q    Okay.  Do you know a paper by Depew and others that was

19  published in 2012?

20  A    I do.

21       MR. BERNARD:  Your Honor, this is Joint Exhibit 76.

22  I think it's in evidence, but we'll find out in a second.

23  BY MR. BERNARD:

24  Q    Is this the paper that you're referring to?

25       THE COURT:  70 -- Joint 76 is in evidence.

1       MR. BERNARD:  Thank you, Your Honor.  So I'm showing

2  the witness Joint 76, which is a paper by Depew and others.

3  BY MR. BERNARD:

4  Q     Do you see that?

5  A     Yes.

6  Q     Is that the paper you're talking about?

7  A     Yes.

8  Q     And you're a coauthor on this paper; is that right?

9  A     I am.

10 Q     Okay.  Now, I want to show you a table from the paper to

11 see whether that illustrates a point you're making, and it's

12 from Page 7 of Joint Exhibit 76, and it's Table No. 3.  Are

13 you familiar with this table, Dr. Wiener?

14 A     I am.

15 Q     Okay.  So we actually looked at this briefly with

16 another witness, but could you -- with regard to the proposed

17 -- did -- did the -- did Depew and his fellow authors actually

18 propose thresholds for various endpoints in terms of the

19 intake by fish of methylmercury?

20 A     Ah, what they did is it's very clear with methylmercury

21 that exposure results largely through the diet and fish.

22 There are small amounts of methylmercury that come in fish

23 over the gill, but those were very small, probably for an

24 adult fish, less than a percent, for a very small fish, it

25 might be up to 10 percent.  But, in general, you can't get

1  enough water over the gill of a fish to accumulate substantial

2  amounts of mercury during the course of its lifetime.

3      And -- and so this is -- the diet is the exposure

4  pathway, and what we wanted to do was determine to what extent

5  we could create guidelines for adverse effects associated with

6  the amount of methylmercury and the prey fish that, say, a --

7  in this case, predatory fish that eat other fish, are eating

8  on.

9  Q    So the proposed threshold, then, was for adverse effects

10 of the predator fish?

11 A    Ah, those are -- are proposed thresholds related to

12 concentrations in the diet of prey fish eaten by predatory

13 fish.

14 Q    Okay.  And -- and is the idea that those concentrations,

15 according to the authors of this article, would produce

16 adverse effects in the predator?

17 A    The -- the thresholds basically are levels that are

18 considered screening thresholds in terms of above those

19 concentrations, we would expect harm to occur.

20 Q    Okay.  So I just want to illustrate, if we can, one

21 point that you were making in your oral testimony.  What do

22 you see here in terms of lethality and growth compared to the

23 reproductive endpoint?

24 A    The reproductive endpoints are -- is, by far, the most

25 sensitive endpoint with the lowest threshold level,

1  substantially less than the endpoints for lethality and

2  growth.  Less than the behavioral endpoint and similar to the

3  biochemical endpoint.

4  Q    Okay.

5  A    Now, one of the reasons for focusing on reproduction, we

6  believe that the behavioral and biochemical endpoints are

7  important, and they can lead to significant adverse effects.

8  But they're very hard to interpret from the standpoint of

9  population-level significance.

10       The reproductive effects are much more straightforward

11  in terms of their importance and relation to the well-being of

12  populations.

13  Q    Are there behavioral and biochemical effects that can

14  influence reproductive success?

15  A    Yes.

16  Q    Okay.  Now, was the data reviewed by Depew based on

17  laboratory studies?

18  A    All of the studies reviewed were laboratory experiments.

19  Q    So I want to show you something in the conclusion

20  section and ask your view of it.  This is on Page 10 of Joint

21  Exhibit 76 in evidence, and this is you see -- so this is

22  Joint 76, and Page 10 is in the upper left-hand corner there,

23  and this is the conclusion and recommendation section.

24       And I just want to ask you about this sentence -- or

25  maybe it's more than one sentence:  It is important to note

WIENER - CONTINUED DIRECT EXAMINATION/BERNARD

1434

1   that the present study and the thresholds derived herein are

2   based entirely upon laboratory experiments and were generally

3   conducted under favorable conditions.  Such conditions are

4   unlikely to be present in the field, where additional

5   environmental stressors related to foraging, predation,

6   temperature fluctuation, and other potentially toxic

7   contaminants are present.  Thus our defined threshold -- our

8   thresholds defined here, albeit intentionally conservative,

9   may still underestimate the magnitude of effects experienced

10  by wild fish.  Do you see that?

11  A    Yes.

12  Q    And do you subscribe to that view?

13  A    Yes.

14  Q    And please explain to the court the basis for that

15  statement.

16  A    Okay.  In laboratory studies, one of the things you want

17  to do is maintain your test organisms in a very healthy

18  condition.  We don't learn anything from studies involving

19  test organisms that are sick, malnourished, that kind of

20  thing.  And so, typically, test organisms in studies are in

21  water of temperatures that are very tolerable.  The water is

22  clean, except for the toxicant that's being provided.  And

23  these studies -- all of these studies dealt with dietary

24  exposure.  So there wasn't mercury being added to the water --

25  methylmercury, but there was methylmercury being added to the

WIENER - CONTINUED DIRECT EXAMINATION/BERNARD

1435

1    food that the fish were given.

2        The fish are well-fed.  The water contains ample oxygen.

3    And conditions of temperature and an absence of other

4    stressors that are important for fishes in the field, many of

5    which are mentioned here, they're not escaping predators;

6    they're not dealing with low-oxygen levels during certain

7    conditions.

8        And so what we have is a case where fish are being

9    exposed under optimal conditions.  Fish in the field are not

10   living under such conditions.

11   Q    Okay.  And as a result, do you agree that the results or

12   thresholds derived from laboratory studies may, in fact, be

13   under -- underestimates, in other words, may be, in fact --

14   those -- those might be skewed high?

15   A    They may be.

16   Q    Okay.

17   A    There is some indication that there are also aspects of

18   laboratory studies that can lead to an overestimation of

19   toxicity.  Um, for example, in some cases, it's argued that

20   the form of mercury that is administered -- I don't think that

21   was true in this study, but in some of the studies that have

22   been done on egg-injection experiments with the -- the eggs of

23   birds, it's clear that the methylmercury that's injected in

24   the egg is more toxic than the methylmercury that comes from

25   the hen to the egg during natural exposure.

1   Q     Is that possibly confounding factor at play in the Depew

2   paper?

3   A     No.

4   Q     Okay.

5   A     But we -- these are the things that people who do

6   ecotoxicology try to work -- work through in -- in

7   understanding and interpreting our data.

8   Q     You mentioned during one of your depositions that for

9   laboratory studies -- withdrawn.

10        When you do a laboratory study, you have to select a

11  species to -- as the test species, right?

12  A     Yes.

13  Q     You mentioned during one of your depositions that when

14  you do that, you look for the tough kid on the block.  Do you

15  remember that?

16  A     Yes.

17  Q     What does that mean?

18  A     To work with -- there are only certain species that can

19  -- that are really amenable to long-term laboratory studies.

20  They have to be species that can tolerate handling,

21  confinement, oftentimes that can be reared in the laboratory

22  or in small ponds from which fish are harvested for

23  experimental purposes.

24        And one of the things that we were concerned about is

25  that we've relied very, very heavily in work on fish and in

WIENER - CONTINUED DIRECT EXAMINATION/BERNARD

1437

1    work on birds to species that appear to be some among possibly

2    the more mercury or metal-tolerant species.  Good examples of

3    that are the mallard in birds.  There's probably been more

4    laboratory work done on mallards with mercury than any other

5    species.

6              And then the common loon has been very intensively

7    studied, a charismatic species that is widespread that eats

8    fish; and they are adversely affected by mercury, but they are

9    also considered to be among the more mercury-tolerant.

10   So Gary Heinz and his coworkers at the Patuxent Wildlife

11   Research Center examined the relative sensitivity of 26

12   species, had usable data for 23 of those species, and

13   basically the most -- the three most tolerant species were,

14   um, the double-crested cormorant, which occurs in the

15   Penobscot, the mallard, and the common loon.

16   Q    And have there been a lot of studies done on toxicity of

17   mercury to birds that involve -- where the test subject was

18   either the common loon or the mallard?

19   A    Would you repeat the question?

20   Q    Yes.  Have there been many studies done of -- have many

21   of the studies --

22   A    Oh.

23   Q    -- that have been done on the toxicity of mercury to

24   birds, in those studies, were the test species either the

25   common loon --

WIENER - CONTINUED DIRECT EXAMINATION/BERNARD

1    A     Yes.

2    Q     -- or the mallard?

3    A     Yes.

4    Q     Okay.  And so is that a factor you would want to

5    consider if the species that you're concerned about is more

6    sensitive to mercury than those test species are?

7    A     Yes.  I -- I would, for example -- the double-crested

8    cormorant, which occurs in this system, is a known -- a fairly

9    mercury-tolerant species.

10          I would want to set, you know, goals in terms of

11   reducing exposure that apply to species that are sensitive or,

12   at worst, moderately sensitive to mercury.  If there has been

13   extirpation of some populations from this system, and my guess

14   is that at one point during peak pollution, there was

15   certainly much more intensive harm of organisms inhabiting

16   this system, if we want to recover some of those species --

17   and I don't know what those species are -- I've not seen that

18   data -- but we have to set standards that are focused not on

19   things that we know to be mercury-tolerant, but on things that

20   might be mercury-sensitive and have been much more adversely

21   affected.

22   Q     Do you know where songbirds, like the Nelson's sparrow

23   and the red-winged blackbird, are situated along the continuum

24   of tolerance to mercury?

25   A     Songbirds tend to be much more sensitive, not

1 surprising, perhaps.  It does appear that some of the

2 fish-eating birds have evolved some defensive mechanisms that,

3 to some extent, provide some protection against the adverse

4 effects of methylmercury.  That's probably not the case for

5 some of these other bird species, such as passerine songbirds.

6 Q    Based on your knowledge of the scientific literature, is

7 there any trend you've discerned regarding the level at which

8 mercury has been found to have toxic effects on fish and

9 birds?

10 A    In terms of the history of our perception of effect

11 levels?

12 Q    Yes.

13 A    Is that what you're asking?

14 Q    Yes.

15 A    Okay.  Yes, those trends have been going down.  In fish,

16 for example, we didn't even worry about mercury levels in fish

17 for, you know, the early decades of -- of the awareness of

18 mercury, which really began in -- in North America in the late

19 '60s and early '70s.  And we knew that fish could survive with

20 very high concentrations of mercury in their bodies or, say,

21 in their muscle tissue.

22      Um, it gave us a bit of a -- kind of misguided us in

23 terms of thinking about their -- you know, the impacts of --

24 of mercury on fishery resources and fish species.  But that

25 also presents a danger for humans and other organisms that eat

WIENER - CONTINUED DIRECT EXAMINATION/BERNARD

1440

1    fish, in that because they are able to accumulate such high

2    levels, that's one way in which potentially harmful levels of

3    methylmercury can be transferred to wildlife species or human

4    populations.  Fish consumption being the primary pathway.

5         Now, we started looking at fish, and there was enough

6    information on birds and mammals to know that reproductive

7    endpoints are really important and they're much more

8    sensitive.  And so we started looking to see if anybody had

9    done any work on this, and no one had.  And I coauthored a

10   paper with Doug Spry -- it was in a book chapter -- and we

11   said the jury's still out, but what's fairly clear is that if

12   there are adverse effects on fish, there are probably

13   reproductive effects occurring at environmentally relevant

14   exposure levels.

15        That paper actually stimulated a lot of work, not as

16   much work as we'd like to see, and not as much as we need, but

17   what it did is it stimulated a number of very, very well-done

18   studies that have shown, yes, indeed, fish exposed to low

19   levels of mercury have greatly reduced reproductive success,

20   and a number of measures -- multiple measures -- biochemical

21   measures, measures related to sex steroids, measures related

22   to development and growth of gonads, to energy investment, to

23   spawning success, spawning behaviors and that kind of thing.

24   So very consistent, not a large number of studies, but

25   well-done studies and very consistent results that are in good

1    agreement with each other.

2    Q    Do you have a view whether this downward trend you're

3    describing in mercury toxicity thresholds for fish and birds

4    is likely to continue into the future?

5    A    I think that it will.

6    Q    What's the basis for that?

7    A    Ah, the basis for that is that, you know, ten years ago,

8    people would not have considered trying to do work exposing --

9    exposing fish to very, very low levels that were, you know, at

10   that point, probably considered harmless.

11        Now that people are aware that there are adverse effects

12   on fish reproduction and on, say, bird reproduction, mammals,

13   work is being done at much, much lower exposure levels, and --

14   and what that will mean is that estimates of lowest observed

15   effect levels are going to fall as the treatment levels and

16   experiments are reduced.

17   Q    And do you consider that to be part of the maturation

18   process of the science within ecotoxicology?

19   A    Yes.

20   Q    Now, are you familiar with the -- the targets that the

21   Study Panel set as kind of safety thresholds for fish and

22   birds in the Penobscot System?

23   A    Yes.  It's been a while since I read that chapter, but,

24   yes.

25   Q    Now, the target for fish health was set at 500 micro --

WIENER - CONTINUED DIRECT EXAMINATION/BERNARD

1442

1    nanograms per gram.  Do you recall that?

2    A    I do.

3    Q    Do you think that's a reasonable target?

4    A    I do.

5    Q    Okay.  Could you briefly explain why?

6    A    Ah, yes, and that -- that basically emanates from a

7    number of published studies, one of which is a -- a review

8    that I did with Mark Sandheinrich, a professor at the

9    University of Wisconsin-La Crosse.  And this review was

10   invited for a book on interpreting tissue concentrations of

11   contaminants on biota.  And there's a group out there that are

12   going out, groups like states' fish and wildlife service, and

13   they go out and they do surveys, and they get information back

14   on -- on things that have been analyzed, for example, you

15   know, fish tissue, fish muscle, maybe bird feathers, bird

16   blood, that kind of thing, and they want to say, so what?

17   What -- what can we say from -- from the -- in terms of

18   identifying potential for harm?

19        And so our review basically looked at a number of

20   studies, and we wanted to do -- focus on studies that had what

21   we were thinking of as environmentally realistic exposure

22   levels.  And what we did see is that for a number of types of

23   endpoints, reproduction being one, that there is actually

24   substantial evidence for adverse effects on reproduction and

25   some other endpoints, behavioral endpoints, biochemical

1    endpoints.  And that the 500 -- and the 500 pertains to axial

2    muscle tissue; and if we look at concentrations in whole fish,

3    we then have to adjust that estimate to the whole fish level.

4    Q     But for axial muscle, you deem 500 nanograms per gram,

5    based on your knowledge, as a reasonable target?

6    A     Yes.

7    Q     Okay.  Now, are you aware whether the Study Panel set a

8    target for prey fish?

9    A     Yes, they did.

10   Q     And do you remember what that was offhand?

11   A     I believe it's 50 nanograms per gram.

12   Q     And what is your view of the reasonableness of that

13   target?

14   A     I think it's a reasonable target.

15   Q     And what, briefly stated, is the basis for your view?

16   A     The basis of my view is that's consistent with the

17   lowest observed effect level in the Depew, et al., 2012 paper

18   that examined effects of dietary exposure and identified

19   benchmarks that could be used to interpret dietary exposure in

20   a risk screening sense.

21         And that number is also reasonable when we look at

22   something like other benchmarks and say -- you think about the

23   prey fish, you have biomagnification of mercury going up one

24   trophic level to the bigger fish that are eating the prey

25   fish.  And usually those concentrations increase by a factor

1  of somewhere like 5 to 7; in some cases, we see as much as a

2  10-fold increase as we go up one trophic level.

3       So the concentration -- the threshold that you mentioned

4  for muscle is certainly not out of line -- I mean, that prey

5  fish threshold is consistent with what we see for adult fish

6  that are feeding on other fish.

7  Q    Are you familiar with the target that the Study Panel

8  set for mercury in the blood of invertivores or insect-eating

9  birds?

10 A    Yes, I believe it's very -- it's I think on the order of

11 1.2.

12 Q    Yes, 1.2 --

13 A    Yes.

14 Q    -- micrograms per gram.  Do you remember that?

15 A    I do.

16 Q    Do you have a view about the reasonableness of that

17 target?

18 A    Well, I have to confess that I do not know the avian

19 literature as -- as well as Dr. Evers does, and I believe that

20 came from the Carolina wren study.  And I think it's a

21 reasonable estimate, but I would defer to Dr. Evers, who is a

22 world-renowned authority on the ecotoxicology of methylmercury

23 in birds for -- for the definitive answer to that question.

24 Q    Would you be inclined to, based on what you know of

25 Dr. Evers or his work, to trust his judgment about an

1   appropriate toxicity threshold for insect-eating birds?

2   A     I would.

3   Q     Okay.  I want to show you, just to wrap up this part of

4   the examination, Plaintiffs' Exhibit 81, which is an article

5   published last year written by you.  Do you -- do you

6   recognize that?

7   A     Yes.

8   Q     And did you write this paper?

9   A     I did.

10  Q     Okay.  And briefly just -- what is the subject matter?

11  And then I'm just going to show you one little piece of it.

12  A     Okay.  This was written at the invitation of the editor

13  of the journal Environmental Toxicology and Chemistry, and it

14  -- to celebrate the 30-year history of the society, they

15  wanted -- in terms of 30 years of publication of this journal,

16  they wanted to look at the impact this journal was having on

17  the development and advancement of science related to toxicity

18  and our knowledge of environmental toxicology and chemistry.

19       And they did a citation analysis -- a fairly rigorous

20  citation analysis, and they looked at the top 100 papers.

21  There were four papers on mercury.  And they asked me to write

22  an editorial that would basically mention those four papers,

23  but talk more broadly about where the science has gone and,

24  you know, what have we learned, what can we say about a

25  problem, and I was specifically asked to address the mercury

1    papers.

2         And one of those papers, I would mention, the

3    highest-ranked mercury paper out of the top 100 was coauthored

4    by John Rudd, who was on the Study Panel.

5              MR. BERNARD:  Your Honor, I move Plaintiffs' Exhibit

6    81 into evidence.

7              THE COURT:  Any objection?

8              MR. SCHUTZ:  No objection.

9              THE COURT:  It's admitted.

10   BY MR. BERNARD:

11   Q    Let's just look at one -- I think it may be a sentence

12   or two of what you said on the subject you just pointed out.

13   And the highlighting is mine, I thought last night this might

14   be better than my finger-painting on the screen.

15        This -- this is under ecological risks, and I just

16   wanted to ask you about this.  You write, the ecotoxicology of

17   mercury is also an area of substantive scientific discovery.

18   Recent findings indicate that the scope and severity of the

19   mercury problem for fish and wildlife have been substantially

20   underestimated.  Methylmercury impairs the reproduction and

21   health of fish and birds at much lower dietary or tissue

22   concentrations than previously recognized, and reproductive

23   endpoints are highly sensitive to methylmercury exposure.  Did

24   you write that?

25   A    I did.

1    Q     And does that accurately convey your view on the subject

2    matter it covers?

3    A     Yes.  It also was -- this was peer-reviewed and -- and

4    the reviewers were in agreement.

5    Q     Okay.  Now, I believe -- I've tried to ask you questions

6    that elicit the basis for this view.  Is there anything you

7    want to add to what you've said as the basis for the view you

8    express in this -- in this editorial?

9    A     Um, yes, and -- and I think one is the -- the recent

10   discovery of adverse effects of methylmercury exposure at low

11   levels, at environmentally realistic levels of exposure.  We

12   didn't expect that, and we've had our eyes opened.

13         The other thing is just the recent awareness, for

14   example, beginning, I think around 2005, less than ten years

15   ago, that songbirds -- we assumed that methylmercury exposure

16   and adverse effects were occurring only in fish-eating birds,

17   birds that are eating fish and -- and getting high dietary

18   exposures.  But what we were astonished to find that songbirds

19   that are feeding on invertebrates, oftentimes invertebrates

20   that included aquatic insects that emerge from aquatic larvae

21   and then become terrestrial, and they're fed on by spiders,

22   and the spiders accumulate the mercury, and an astonishing

23   number of papers, again fairly consistent, showing adverse

24   effects, a variety of adverse effects on -- on songbirds.

25         And so what that does is suddenly we've gone from a -- a

1    conceptual model of harm and risk that says if you're not

2    eating just -- if you're eating -- if you're not eating fish,

3    you're okay.  Now we've got birds out there that are eating,

4    you know, invertebrates and terrestrial, things we think of as

5    being part of terrestrial food webs at that point that are at

6    risk, and it greatly expands the scope of the methylmercury

7    problem for wildlife.

8    Q    We've been talking about literature thresholds, and now

9    I want to just turn your attention to their application.

10        Were you involved in any discussion whether the

11   Penobscot River Mercury Study would include site-specific

12   field studies on toxicity?

13   A    As a reviewer?

14   Q    Yes, or at one of the meetings you attended.  I mean,

15   were you --

16   A    No.

17   Q    Okay.  Were you told anything during the course of your

18   involvement with the project about whether the Study Panel had

19   discussed that or -- or what the result of any such discussion

20   may have been?

21   A    Um --

22   Q    If you recall.

23   A    Yeah, and I believe that was in the review meeting that

24   occurred in the early days of Phase II in Chicago.  And, um,

25   the way it was presented to myself and the other reviewer at

1  that meeting was that a -- a judgment had been made by the

2  court, I believe by Judge Carter at that time, that tox --

3  that field studies would not be done, but rather the Study

4  Panel would rely on published data regarding exposure levels

5  and associated harm to make inferences about harm to fish and

6  wildlife.

7  Q      Is it your understanding that the Study Panel assessed

8  toxicity to Penobscot biota by reference to thresholds derived

9  from the scientific literature?

10  A      Yes.

11  Q      What do you think of that approach?

12  A      I think that that's a very reasonable and defensible

13  approach.  Um, we certainly, for birds, have much more

14  substantial information than we do, for example, for fish.

15  I'd like to see a lot more threshold data for fishes, and I'm

16  hoping we'll get there as as -- as the science continues to

17  mature.

18        But I -- I think that's a very reasonable approach and a

19  defensible approach.  I would say that the wildlife work, by

20  and large, is -- is very consistent with regards to exposure

21  and effects.

22  Q      Have you seen other studies, Dr. Wiener, in which

23  toxicity has been assessed based on values derived from the

24  scientific literature?

25  A      Yes.

1    Q     And -- and would you call that common?

2    A     Yes.

3    Q     Do you think site-specific toxicity studies would

4    necessarily have been productive in the Penobscot?

5    A     Ah, I think they would have been very difficult, and at

6    the end of the day, one -- they might have produced more

7    questions than answers, and there are a number of reasons for

8    that.

9          Um, if you're going to do fieldwork of that type, I

10   think you really need to link it to lab studies, and then you

11   have the whole problem of finding species that you can work

12   with, both in the field and in the lab.  Lab studies on some

13   species take years of development just to learn how to rear

14   and maintain a healthy organism in a confined laboratory-type

15   environment.  There are very few places that can do that kind

16   of work, and there's good reason for that.  It's very, very

17   tedious, requires enormous effort, a long time, and it -- it

18   -- it requires substantial support.  Um --

19   Q     What do you mean when you say that it may have generated

20   more questions than answers?

21   A     I think you -- you would have ended up with questions,

22   not really getting -- questions that can help you move forward

23   in terms of a decision regarding remediation and harm.

24   Q     You mentioned earlier that you believed that the

25   Penobscot ecosystem was more polluted decades ago than it is

WIENER - CONTINUED DIRECT EXAMINATION/BERNARD

1    today.  Do you remember that?

2    A    Yes.

3    Q    Okay.  And you mentioned that there might have been

4    species of biota within the ecosystem that were sensitive to

5    mercury contamination that may no longer be in the system; is

6    that right?

7    A    Yes.

8    Q    Okay.  When you set a target for toxicity to mercury in

9    the Penobscot --

10   A    Hm-hmm.

11   Q    -- do you think you should consider or take a count of

12   the species that may have been more sensitive to mercury and

13   were once in the system and are no longer there?

14   A    Yes.  Now, I do not have any information on the species

15   composition and possible extirpation of populations that

16   occurred in response to that pollution.  I think that would be

17   well worth doing.  I'm not sure if those species were there,

18   what were they?  But I -- I have to believe that that kind of

19   information is available somewhere.

20        Um, but, yeah, it doesn't make any sense to

21   remediate only with the goal of enhancing conditions for

22   something like the double-crested cormorant, which is a

23   mercury-tolerant species and has been able to clearly

24   withstand the high exposure levels that have occurred in this

25   system.

1    Q     Why doesn't that make sense?

2    A     Because if -- if harm was done at the population level,

3    say, of birds, there are probably birds that have -- we would

4    like to see recolonize and re-inhabit this system and -- and

5    expand back into the -- the estuary.

6    Q     Is that an ecological possibility, in other words, that

7    if you reduce mercury levels that currently exist in the

8    system, that species that were less tolerant of mercury that

9    may have been there or been there in healthier numbers at some

10   time in the past might actually come back or be healthier?

11         MR. SCHUTZ:  Objection, Your Honor, asked and

12   answered and calls for speculation.

13         THE COURT:  Overruled.  You may answer if you can.

14   A     Okay.  If you would repeat the question.

15   BY MR. BERNARD:

16   Q     Is it possible that if you reduce existing mercury

17   levels, that you would create conditions in the Penobscot that

18   would invite back species that were driven out previously?

19   A     If -- if other, you know, habitat qualities, food

20   resources are present, yes, it is possible.

21   Q     Okay.  What does it mean for an ecosystem to be

22   sensitive to mercury pollution?

23   A     Um, one can think of a sensitivity to mercury pollution

24   as a function of a number of things.  But I think a good

25   indicator is the extent to which inorganic mercury coming into

WIENER - CONTINUED DIRECT EXAMINATION/BERNARD

1453

1    the system, whether it's coming in through atmospheric

2    deposition, or whether it's from historical contamination

3    that's led to contaminated sediments where methyl -- and --

4    and marshes where methylmercury is being produced.

5            A sensitive system is one that is very effective at

6    converting inorganic mercury to methylmercury.  And there's a

7    -- a variety of -- there are several lines of evidence, from

8    experimental studies, from observational field studies, from

9    lab studies, field manipulations, that show that the

10   production of -- the microbial production of mercury --

11   methylmercury and its entry into the food web and its

12   concentration at the base of the food web -- the base of the

13   food web could be algae, it could be attached algae or

14   periphyton, it could be bacteria -- that that ultimately

15   controls the concentrations in successively higher trophic

16   levels.

17       So mercury methylation is a key driver of -- of the

18   sensitivity question.  And this is a system where substantial

19   amounts of methylmercury are being produced, particularly in

20   the Mendall Marsh, and possibly other fringe marshes.

21   Q    Do you view the Penobscot as a -- as an ecosystem that

22   is sensitive to mercury pollution?

23   A    Yes.

24   Q    Okay.  Now, did the Study Panel -- do you know -- find a

25   correlation or relationship in the Penobscot between total

WIENER - CONTINUED DIRECT EXAMINATION/BERNARD

1454

1  mercury and methylmercury in surficial sediments?

2  A     Yes, they did, an astonishingly tight relationship and

3  one that is perhaps unusual in -- in many respects.  There's

4  oftentimes a relationship.  That relationship exists for the

5  main stem of the river, and it also exists for the wetlands

6  and the Mendall Marsh.

7  Q     Let me just show you -- and this is from Joint

8  Exhibit 6-1 in evidence and it's Page 134.  There are two

9  figures here -- we'll look at the top one first.  Can you see

10  what this depicts?  Can you see what this depicts, Dr. Wiener?

11  A     Yes.

12  Q     What does it show?

13  A     Basically it says that the concentration of

14  methylmercury in surficial sediments, 0 to 3 centimeters, for

15  each of 35 sampling sites is strongly correlated and it's a

16  linear relationship with the concentration of total mercury in

17  those sediments.

18  Q     And how about this chart farther down on Page 1-34?

19  A     Yes, this basically provides the same plot,

20  methylmercury concentration versus total mercury

21  concentration, in the wetland sites, with I believe it's

22  intertidal -- and I'm not sure what the yellow -- the key is

23  on the yellow.  Low elevation sites in the marsh, I believe.

24  Q     My zoom here doesn't seem to be -- well, there we go.

25  But maybe I've zoomed as much as I can.  There you go.  Does

1   that help?

2   A    Yes.

3   Q    Okay.  So these are different -- these are all wetland

4   sites, but at different elevations?

5   A    Yes.

6   Q    Okay.  And do these figures depict the view you were

7   expressing orally about this relationship between total

8   mercury and methylmercury in surficial sediments in the

9   Penobscot?

10  A    Yes.

11  Q    Okay.  You've mentioned -- you've mentioned Mendall

12  Marsh.  Are you familiar with that component of the ecosystem?

13  A    Yes.

14  Q    And you said in your deposition that Mendall Marsh is

15  one of the most mercury-sensitive systems you're aware of

16  based on your knowledge of the published scientific

17  literature.  Do you remember that?

18  A    Yes.

19  Q    Is that true?

20  A    Um, that statement emanates from a figure that was put

21  together by Cindy Gilmour, comparing the methylmercury/total

22  mercury relationship at sites that have been intensively

23  studied.

24  Q    Let me show you Plaintiffs' Exhibit 57 in evidence and

25  ask you whether this is the figure.  So this is Page 11-90

1  from the Phase II Report, Joint Exhibit 6-11.  Is this the

2  figure you're referring to?

3  A     It is.

4  Q     And how does this figure factor into the view you're

5  expressing?

6  A     Well, basically, if we look at this figure and we look

7  at basically this range of total mercury, what we can see is,

8  um, this is, in this case, along this line, we have 10 percent

9  of the mercury being methyl, 1 percent on this line and .1

10 percent.

11        And so you can see that for a given amount of total

12 mercury, the methylmercury concentrations, as reflected on

13 this axis, are exceptionally high when we look at data from

14 many different systems that have been intensively studied.

15 Q     Now, this covers, if you look at the caption here,

16 methylmercury concentrations in sediments or soils in Mendall

17 Marsh.  Do you see that?

18 A     Yes.

19 Q     Okay.  Did you also review a chart -- this is

20 Plaintiffs' Exhibit 58 in evidence -- laid out similarly, but

21 for --

22 A     Hm-hmm.

23 Q     -- pore water?

24        MR. BERNARD:  And this -- just to show you, Your

25 Honor, it's Page 11-92 of the Phase II Report, Joint

1  Exhibit 6-11.

2  BY MR. BERNARD:

3  Q    And this is, I think, a similar, but it talks about pore

4  water.  Do you see that?

5  A    Yes.

6  Q    What is pore water?

7  A    Pore water is water that occurs between particles within

8  the sediment or soil.

9  Q    Okay.  And what's the relevance of pore water in Mendall

10  Marsh in terms of the -- the issues we're -- we're concerned

11  about?

12  A    It is generally believed that the methylmercury in pore

13  water is much more readily available for entry into the --

14  into the food web than the mercury that is associated with

15  particles.

16  Q    Okay.  You -- and does this show something similar to

17  the figure that we just looked at for -- for soils?

18  A    Yes.

19  Q    Okay.  You said in your deposition that you find these

20  numbers, referring to these charts, to be worrisome.  Do you

21  remember that?

22  A    Yes.

23  Q    What do you mean?

24  A    Um, based on, one, the amount of total mercury in this

25  system, which inventories are very large.  The data from the

1  cores indicate that in many sites, concentrations have gone

2  down over time.  But these are samples taken near the surface.

3  There is continuous supply of mercury to this marsh system

4  occurring as a result of particle trapping in the marsh,

5  particles that are coming in with inorganic mercury.

6         And for this fraction of the total mercury to be

7  converted to a form that is highly toxic and readily available

8  for entry into the food web, um, again, it gets back to the --

9  the importance of mercury methylation, and its abundance at

10  the base of the food web, as a driver of contamination in

11  trophic levels as you move up the food web.

12  Q    Just -- you've used the term trophic levels a number of

13  times.  Could you just define that, please?

14  A    Yes, for example, a trophic level, um, would be the

15  predator fish that's eating the prey fish.  The predator is

16  one trophic level above the prey.  The prey fish might be

17  eating something like an invertebrate that might be feeding on

18  plant material.  So you can have -- typically, the predatory

19  fish are generally four trophic levels up, classified as -- as

20  that.

21  Q    Okay.  Now, are there other marshes -- do you know --

22  within the Penobscot Estuary other than Mendall Marsh?

23  A    Yes.

24  Q    And are there smaller marshes that fringe the main stem

25  of the river?

1   A      Ah, I believe so, and -- and there -- there are some

2   other fringe marshes.  It's been a while since I've read that

3   -- that material.  But if you had a map --

4   Q      Okay.

5   A      -- I could --

6   Q      It's not so much their location.  I was referring to

7   something you testified to --

8   A      Yeah.

9   Q      -- and I'll just ask you one more question.  If you

10  don't remember it, we'll move on.  But you testified that --

11  that you thought it would be worth looking at other --

12  A      Yes.

13  Q      -- marsh locations within the system.  Do you remember

14  that?

15  A      Yes.

16  Q      And why -- why -- what did you mean by that?

17  A      Well, I think we -- looking at the data for Mendall

18  Marsh should give us cause for concern that there may be very

19  substantial methylmercury production going on in these other

20  sites, as well.

21  Q      Okay.  Let's talk about climate change for just a

22  moment.  Are you familiar with the concept of climate change?

23  A      I am.

24  Q      Also referred to as global warming?  Is that also

25  referred to as global warming?

1    A     Yes.

2    Q     Okay.  And what, if any, relevance does the phenomenon

3    of global warming have on mercury contamination in the

4    Penobscot Estuary?

5    A     One of the concerns we have about global warming is that

6    conditions -- mercury contamination problems may be

7    exacerbated by increasing temperatures and altered hydrologic

8    conditions in systems, for example, storms, flooding,

9    inundation of habitats, rising and falling water levels.

10         But one of the concerns we have and -- about climate

11   change is that we are seeing what we call trend reversals in

12   mercury levels.  Mercury levels that have been declining in,

13   say, fish or wildlife over a period of three or four decades

14   suddenly start increasing.  And these changes -- or these

15   increases in mercury contamination, called trend reversals,

16   are occurring primarily in northern latitudes.  Examples

17   include Nova Scotia, Ontario, inland lakes in Ontario,

18   Minnesota, northern Wisconsin.  In northern Wisconsin, we have

19   data for both loons and fish.  And also northern Sweden,

20   forest lakes in northern Sweden.

21         We don't -- I have to be honest.  We don't know what the

22   causes and drivers of -- of these trend reversals are, but I

23   think reasonable people suspect that climate -- warming

24   climate may be involved.  Part of the reason for that is that

25   these changes are synchronous to -- I mean, amongst very

1  widely, widespread sites in the northern hemisphere.  So why

2  would we see these changes occurring in Sweden, in -- in Nova

3  Scotia, in the upper Midwest, in Ontario?

4  Q    Can higher temperatures stimulate the microbial activity

5  that causes methylation?

6  A    They can.  Um, microbial activity is strongly related to

7  temperature and increases up to, I believe, 35 degrees

8  centigrade or so, and laboratory studies have done this.

9  They've looked at conversion of inorganic mercury to

10  methylmercury and -- and they look at the peaks, and you get a

11  peak, and it's very -- um, very prom -- prominent increase

12  with temperature.

13  Q    You mentioned floods a moment ago.  Is there any

14  relationship between floods and the promotion of mercury

15  methylation?

16  A    Ah, yes.  Um, inundated -- sites that go through

17  alternative periods of wetting and drying are oftentimes sites

18  of very active mercury methylation.  You inundate a site.  For

19  example, in Canada, they had a huge problem with high mercury

20  levels in reservoirs, and what would happen is they were

21  building reservoirs for hydropower development, and they would

22  flood these sites that had -- that were vegetated, and the

23  inventories of mercury were very small.

24      But what happened is that that mercury that was present

25  in those forest soils was being methylated and entering the

1  food web.  So, for example, it wasn't uncommon in Canada to

2  see concentrations in game fish on the order of .3 to .5 parts

3  per million increase to 5 to 8 parts per million over a period

4  of two or three years after reservoir creation.

5      Now, the same thing happens if you flood a forest soil

6  along the margin of an aquatic system, especially if -- and

7  you can get alternating periods of methylmercury production,

8  especially if you get drying between the wetting periods.

9  Q    One last thing on climate.  Would a rise in water

10 temperature have any effect on fish feeding?

11 A    Yes.

12 Q    What would the effect be?

13 A    Ah, fish -- well, they have higher energy requirements

14 at higher water temperature levels and tend to feed at higher

15 rates.

16 Q    And what, if any, is the relationship between a higher

17 feeding rate for a fish and the bioaccumulation of mercury if

18 mercury is in -- in the environment?

19 A    Most of the mercury in the diet of the fish is retained

20 in the body of the fish, and so that would lead to increased

21 concentrations.

22 Q    Okay.  Did you review the Phase II Study Report chapter

23 on mercury in biota?

24 A    Yes.

25 Q    Okay.  Let me just show you, because it might make it

WIENER - CONTINUED DIRECT EXAMINATION/BERNARD

1463

1   easier, Joint Exhibit 104, which is now in evidence.  This is

2   the third page of the exhibit.  And you see it was then called

3   Chapter 12b and c in draft form, but let me represent to you

4   that it's now -- in the final report, it's Chapter No. 14.

5          MR. BERNARD:  So, Your Honor, that would be Joint

6   Exhibit 6-14.

7   BY MR. BERNARD:

8   Q    And -- and these are some summary comments you wrote,

9   and let me just -- let's just see whether this does summarize

10  your view and then, to the degree you want to elaborate, you

11  should feel free to.

12         But what you write is as follows:  This chapter

13  demonstrates conclusively that methylmercury is accumulating

14  to concentrations that pose significant risks to multiple

15  species of predatory fish, birds, and mammals, including

16  humans, that forage in reaches of the Penobscot System

17  polluted by mercury from the HoltraChem facility.

18  Concentrations in biota at contaminated sites substantially

19  exceed those in biota from reference areas that are not

20  contaminated by mercury from HoltraChem.  The concentrations

21  of total mercury and methylmercury in biota from the Mendall

22  Marsh area are extremely high and reflect the very high rate

23  of methylmercury production in soils and sediments there.  And

24  then you go on to a subject we'll talk about in a moment,

25  which is biota trends.

1       But using this for what it's worth, what is your

2  evaluation of the data the study generated on mercury in

3  Penobscot biota?

4  A    I think -- I think it's -- it's fairly well encapsulated

5  by this text.  We have very high levels of mercury --

6  problematic levels, I think, in biota that create risk, and --

7  and we understand why we have those levels.  We've -- the

8  processes have been analyzed.  There's been lateral movement

9  of mercury through this system, deposition into very sensitive

10  areas, such as Mendall Marsh, where Cindy Gilmour has shown

11  very high rates of mercury methylation, and the -- the -- I

12  think we can look at her data and understand why there's so

13  much mercury moving into the food web and why we have high

14  levels of mercury in birds at that site.

15      So I think that there are multiple lines of evidence

16  that come together and are very -- are mutually supporting,

17  and basically leading me to this encapsulated view of -- of

18  the situation.

19  Q    Okay.  Now, did you review the study report writing

20  about trends in biota -- temporal trends during the period of

21  the study?

22  A    Yes.

23  Q    Okay.  And did you find anything conclusive in those

24  biota trends?

25  A    Um --

1   Q     You can look.  There's a little -- there's a sentence I

2   didn't read --

3   A     Yeah.

4   Q     -- in this -- in Joint Exhibit 104 because I didn't want

5   to do too much at once.  You say, the analyses of temporal

6   trends in mercury concentrations in sampled organisms are not

7   conclusive, which is not surprising --

8   A     Right.

9   Q     -- given the short duration of the Penobscot River

10  Mercury Study monitoring effort.  Do you see that?

11  A     Yes.

12  Q     And -- and is that your view?

13  A     Yes, and there's interannual variation that leads to

14  things bouncing around in the short-term that makes it very

15  hard sometimes to see a trend within a five- or eight-year

16  period.

17      My experience is that, to really get a handle on trends,

18  you have to look at multidecadal data, you know, 20, 30 years

19  of information, to really have -- to -- to -- to have a

20  confident grasp of where things are going.

21      An example of that, we see twofold variation from year

22  to year in mercury levels in things like small fish, bird

23  eggs, just based on different changes in conditions that might

24  be water level, that might be temperature-related.  So there

25  can be a lot of variation from year to year that makes it

1    difficult to understand what direction things are going in in

2    a more long-term sense.

3    Q     If you try to assess temporal trends over too short a

4    period of time, might you be misled?

5    A     Absolutely.

6    Q     Let me show you, and then I'll ask you why, but during

7    your deposition you testified about this, and let me show you,

8    is there a -- this is Joint Exhibit 78.  Does that cover page

9    of -- of a document ring a bell?

10   A     Yes.

11   Q     Okay.  And is this a study that you were involved in

12   concerning contamination in the Great Lakes?

13   A     Yes, this was a study led by David Evers and myself, and

14   what we did is we got eight states and the Province of Ontario

15   involved in a synthesis of mercury data in -- largely in

16   aquatic systems, the aquatic systems including inland lakes

17   and rivers, as well as the Great Lakes proper.

18         And what we ultimately ended up doing is bringing

19   together a group of 172 scientists to pull together much of

20   the data that had been collected in monitoring programs -- a

21   lot of the fish data, for example, had been used to set fish

22   consumption advisories.  Nobody had ever looked at these data

23   to say, what can we -- what have we learned about this

24   problem?

25         And so we set out -- we ended up publishing two journal

WIENER - CONTINUED DIRECT EXAMINATION/BERNARD

1467

1    issues, a full issue of the journal Ecotoxicology, and then an

2    issue of Environmental Pollution, which had, I think, 13 or 14

3    papers.  But, ultimately, I think we had 35 published papers,

4    and we felt it was important before we did this document to

5    have the peer-reviewed products accepted for publication so we

6    were standing on firm ground as far as the scientific

7    community was concerned.

8    Q    Let me show you a figure, which is Figure 16 on Page 31.

9         MR. BERNARD:  And, Your Honor, I move the admission

10   of Joint Exhibit 78 into evidence.

11        THE COURT:  Any objection to 78 Joint?

12        MR. SCHUTZ:  No objection.

13        THE COURT:  It's admitted.

14   BY MR. BERNARD:

15   Q    And this is Figure 16.  Do you recognize that figure?

16   A    Yes.

17   Q    And it's called long-term mercury trends in fish and

18   wildlife, and it covers, it looks like, four decades?

19   A    Yes.

20   Q    Okay.  Now, does this help illustrate the point you were

21   making a moment ago that if you look at mercury trends in

22   biota over too short a period of time, you might be misled?

23   A    Certainly, yes, it does.

24   Q    Please explain to the judge what in this figure leads

25   you to say that.

1   A      Well, for example, there are some intervals here.  If we

2   were to base it -- try and base some -- come to conclusions

3   with data over this one, two, three, four -- seven-year

4   interval, right there we would have very difficult -- problem

5   doing so.  If we were looking at this interval, we would

6   assume that things are increasing.

7          There are also some other intervals that are suggestive

8   of increases, here and here.  There are intervals that are

9   suggestive -- suggestive of decreases, as well, such as this.

10         But when we view this in a multidecadal perspective,

11  it's very clear that concentrations in the fish are -- in the

12  long run are declining.  We -- we have one different

13  situation, and that is the Ontario situation, where we have a

14  trend reversal.  We don't know why.

15         And we see that the herring gulls, which are out there

16  feeding on fish, are telling us the same story, and the

17  herring gull data themselves would also -- there would be some

18  periods, if we looked at data for either of these two

19  intervals, we would suggest that, well, it looks to me like

20  things are increasing.  In the long run, they're declining.

21  Q      Did the -- and that could work the other way, too,

22  right, you could get --

23  A      Oh, certainly.

24  Q      -- short-term -- a short-term movement that looks like a

25  decrease, but the longer-term trend could be an increase?

1    A     Yes.

2    Q     Okay.  Let's talk about monitoring.  Did the Study Panel

3    recommend to the court the long-term monitoring of the

4    Penobscot System?

5    A     They did.

6    Q     And are you -- are you knowledgeable about long-term

7    monitoring of contaminated aquatic systems?

8    A     Yes.  In fact, I was the senior author of a -- a book

9    that was produced by the Society Of Environmental Toxicology

10   and Chemistry on monitoring of methylmercury in aquatic biota.

11   Dr. Bodaly was -- was one of the authors.  I think there were

12   on the order of eight or nine authors from various

13   institutions who participated in that.

14   Q     In -- in laying out or planning a long-term monitoring

15   program, is it important to allow for the effects of

16   interannual variation when you consider the duration of the

17   program?

18   A     Yes.

19   Q     Why is that important?

20   A     Um, basically, I think -- you know, you -- what you can

21   do is -- is you can get a better handle on some of the drivers

22   if you have interannual variation, and to understand patterns,

23   you know, we have a -- the issue of mercury pollution, the

24   mercury that's either entering surface waters or has been

25   previously deposited into surface waters.  Then you have all

1   of these other factors that can affect, you know, interannual

2   things.  Mercury methylation is a huge factor.  You could have

3   changes in -- in food web structure.  That's -- that doesn't

4   occur often, but it -- in some circumstances, it is

5   significant, for example, where zebra mussels have come into

6   play and modified the food webs.

7        You know, so one of the things we have done is we use

8   one-year-old fish, fish that spawn in the spring, and we go

9   back and sample them the following spring.  So we have

10  one-year intervals.  You can think of that as a one-year cycle

11  from ice-out to ice-out, year to year.  And that gives us a

12  nice -- nice little time trend windows for looking at how much

13  mercury is being accumulated in fish that are living in this

14  system over a roughly 12-month period.

15       When we can look at the larger fish, and we can get a

16  sense of -- you know, by sampling fish that are say three to

17  five years old of what patterns you're seeing in a fish that's

18  integrating over a longer time frame.

19  Q    In terms of frequency, how -- how frequently would you

20  sample biota in the Penobscot as part of a long-term

21  monitoring program?

22  A    I would sample annually at a minimum.  And there are

23  publications by statisticians who are -- have looked at this

24  kind of thing, and in terms of detecting trends and patterns,

25  annual sampling, you have much more power and ability to do

1   that with annual sampling than if you cut back to, say,

2   sampling every three years or so.

3   Q    Let me turn your attention to remedy.  Are you aware

4   whether the Study Panel recommended to the court that it order

5   the pursuit of active remedies to accelerate recovery of the

6   Penobscot System?

7   A    Yes.

8   Q    Do you agree with that recommendation?

9   A    Ah, I do.

10  Q    Okay.  Now, in terms of -- why do you agree with it?

11  A    I'm sorry?

12  Q    Why do you agree with it?  For what reason?

13  A    Um, well, in part, because the recovery by natural

14  attenuation is very, very slow.  So, you know, are you -- do

15  you want to wait several decades for -- for things to get to a

16  point where you're -- you know, you feel like the mercury

17  levels are no longer causing harm?

18       You know, you have two issues:  One is, you know, the

19  main stem and the movement of this -- this mobile pool of

20  sediments that I think is -- is very problematic.  And I

21  thought that the -- the Study Panel really addressed that very

22  nicely, and I think they were very honest in saying, there are

23  some things we need to get a better handle on to proceed

24  with -- with mitigation, and one was a better definition of

25  the mobile pool, and we heard a lot about that yesterday from

1    Dr. Geyer.

2         The other thing is -- is Mendall Marsh and the

3    extraordinarily high rates of -- of methylmercury production

4    in the marsh and the presence of at-risk species in the marsh.

5         And so it just seems that -- that what was proposed is

6    sensible in terms of one approach in the marsh being to, one,

7    reduce the input of mercury-contaminated particles by trapping

8    and to try and reduce the methylmercury production or at least

9    its partitioning into pore water with a SediMite treatment.

10   Q    Is SediMite a form of activated carbon?

11   A    Yes.

12   Q    Okay.  In terms of active remedies, did the Study Panel

13   propose to focus on mercury in Penobscot sediments?

14   A    Yes, ah, with a -- a large trap.

15   Q    Right.

16   A    If you will.

17   Q    And do you agree that active remediation should focus on

18   legacy mercury that's in the sediments of the Penobscot?

19   A    Yes, by -- my -- my interpretation of the data from this

20   project is that it is the legacy mercury that is causing the

21   problem.  Clearly there are problems with atmospheric mercury

22   that are leading to contamination of fishery resources in

23   lakes in the state of Maine.  That's a big problem, but it's a

24   different problem.

25        And the information from Maine lakes is not going to

1  help us understand or -- or make decisions regarding mercury

2  in the Penobscot and what to do about it.  It's a different

3  problem; it's in place mercury in the sediments, in the soils.

4  Q    If total mercury concentrations are reduced in Penobscot

5  sediments and wetland soils, do you expect proportionate

6  reductions in methylmercury in those sediments?

7  A    I do.  Ah, one question I would have is whether

8  short-term remedial measures might result in a temporary

9  increase in methylmercury production.  I don't have the answer

10  to that question, but I think it's a reasonable question.

11  Q    And --

12  A    But I think in time that, yes, ah, removal of -- of

13  total mercury-contaminated sediments from this -- from this

14  sedimentary zone of active methylation will produce benefits.

15  Q    Let me just be more specific because I had framed the

16  question in terms of the relationship between -- if you

17  reduced total mercury, will you reduce methylmercury in the

18  sediment.

19      And let me just ask you a further question, which is, do

20  you expect that, if methylmercury is reduced in the sediment

21  by the reduction of total mercury, that there will be a

22  decrease in methylmercury in biota that are feeding in the

23  system?

24  A    Yes, especially biota that are linked to the benthic

25  food web.

WIENER - CONTINUED DIRECT EXAMINATION/BERNARD

1474

1   Q    And do you expect that reduction, over time, to be

2   proportionate to the reduction in methylmercury in the

3   sediments?

4   A    Yes, if the relationship between total and methylmercury

5   stays -- you know, does not change substantially.

6   Q    Okay.  Are you familiar -- did you review the expert

7   report of Dr. Driscoll, who's one of plaintiffs' expert

8   witnesses?

9   A    Yes.

10  Q    And are you familiar with his suggestions that expert

11  engineers and mercury scientists convene to formulate a plan

12  for a suite of active remedies, assuming they can find --

13  A    Yes.

14  Q    -- remedies?  And -- and do you agree that that's a good

15  idea?

16  A    I do.

17  Q    And do you agree that, if such a meeting takes place,

18  all ideas for active remedies should be considered, not just

19  the ideas that were mentioned by the Study Panel in the

20  Phase II Report?

21  A    Yes.

22  Q    Okay.

23  A    This is an area of very active research and study and

24  development and bring all of the possibilities and ideas and

25  experts to the table, I think.

1   Q    Now, you mentioned you reviewed Dr. Driscoll's report.

2   Did you review any other expert reports submitted by the

3   parties?

4   A    Yes, I reviewed the reports -- Section 4 of the report

5   by Keenan, um, which was the, ah, um, ecological risk

6   assessment chapter, I believe, and the -- and the report by

7   Dr. Connolly.

8   Q    And do -- did you prepare written comments on the --

9   Dr. Driscoll's report?

10  A    I did.

11  Q    Okay.

12          MR. BERNARD:  Your Honor, that's Joint Exhibit 98,

13  which I offer into evidence.

14          THE COURT:  Any objection to Joint 98?

15          MR. SCHUTZ:  No objection.

16          THE COURT:  Joint 98's admitted.

17          MR. BERNARD:  And the comments on Dr. Keenan's

18  report are -- are Joint Exhibit 99, which I offer into

19  evidence.

20          THE COURT:  Any objection to 99 Joint?

21          MR. SCHUTZ:  No objection.

22          THE COURT:  It's admitted.

23          MR. BERNARD:  And there are handwritten notes on the

24  report of Dr. Connolly.

25  BY MR. BERNARD:

1   Q      Do you remember that you typed up the --

2   A      Yes.

3   Q      -- Driscoll and Keenan, but you wrote in-hand on the

4   Connolly report?

5   A      Yes, and my apologies to Dr. Connolly.  I ran out of

6   time.

7              MR. BERNARD:  Okay.  That's Plaintiffs' Exhibit 70,

8   Dr. Wiener's handwritten comments on Dr. Connolly's expert

9   report or a portion of it, we offer that into evidence.

10             THE COURT:  70.

11             MR. BERNARD:  Plain -- this is Plaintiffs' 70.

12             THE COURT:  Oh -- I'm sorry -- Plaintiffs' 70.  Any

13  objection to Plaintiffs' 70?

14             MR. SCHUTZ:  No objection.

15             THE COURT:  Plaintiffs' 70 is admitted without

16  objection.

17  BY MR. BERNARD:

18  Q      Let's focus on your review of Dr. Driscoll's report for

19  a moment.  Do you know Dr. Driscoll?

20  A      Yes, I do.

21  Q      And do you know him by reputation?

22  A      Yes.

23  Q      And is he qualified, in your view, to review the

24  substance of the Penobscot River Mercury Study?

25  A      Absolutely.

WIENER - CONTINUED DIRECT EXAMINATION/BERNARD

1477

1  Q     And -- and what -- what is the basis for your view that

2  he is qualified to do that?

3  A     He -- he has a -- an extraordinary knowledge and

4  understanding of the subject area, particularly with regards

5  to the biogeochemistry of mercury in systems, including

6  mercury, methylmercury, and its behavior in food webs.  He's

7  done work on remediation, multiple sites, I believe, including

8  Onondaga Lake in -- near Syracuse, New York, also the site of

9  a chlor-alkali plant.  He's been involved, you know, with

10 industrial partners in remedial efforts.

11      And recently he's become more involved in coastal issues

12 and has a number of notable publications related to, you know,

13 mercury in coastal waters.

14 Q     What is the Institute for Scientific Information?

15 A     Institute for Scientific Information, ISI, is an

16 institute that looks at publications of scientific --

17 scientific publications, their impact patterns, and -- and,

18 you know, the impact of journals, the impact of authors, the

19 citation of their work by others, that kind of thing.

20 Q     And has the Institute for Scientific Information

21 recognized Dr. Driscoll as one of the most highly cited

22 researchers?

23 A     Absolutely.

24 Q     And has it done so in more than one field?

25 A     Yes, in two fields.

1   Q    Which fields?

2   A    Um, I -- I think one was environmental science and one

3   is engineering.

4   Q    I believe that's correct.

5   A    Okay.

6   Q    Is that a meaningful recognition to you?

7   A    That is a very meaningful recognition.  I don't know

8   anybody else who's done that.

9   Q    Now, do you recall Dr. Driscoll in his report expressing

10  the view that the target concentrations that the Study Panel

11  set for mercury in biota may actually be too high to eliminate

12  the endangerment to fish and wildlife supported by the

13  Penobscot food web?

14  A    Yes.

15  Q    And do you share that view?

16  A    Ah, I share that concern.

17  Q    And explain to the court, please, why you share that

18  concern.

19  A    Well, um, one of the things that Dr. Driscoll pointed

20  out in his report is that the -- the -- our benchmarks, as far

21  as toxic effects are concerned, are declining over time.

22  That's been a pattern that people working in this field have

23  seen happening, you know, over the last decade to two decades,

24  um, and I think he's well enough aware of research that's

25  ongoing to suspect that that's going to continue at least for

1   a while, as the science continues to mature and these things

2   become statistically better defined.

3        I think he's also generally aware that, you know,

4   toxicological studies oftentimes involve conditions, you know,

5   the absence of stressful conditions experienced by organisms

6   in the field.  Um, he's also aware that many of the test

7   organisms that we've leaned on very heavily tend not to be the

8   most sensitive when it comes to mercury or they tend to be the

9   more sensitive.

10        So, you know, there -- there are things that go on in

11  this arena of science that can lead to overestimation and

12  underestimation, but I think in his view the balance is that

13  we're probably underestimating effects at this point.

14  Q    And you think that's a sensible point of view?

15  A    I -- I think it's something we should be concerned about

16  and continue to work on in -- in our research, in -- in

17  looking at this body of information.

18  Q    Okay.  Let's turn to Dr. Keenan's report for a moment.

19  And -- and you mentioned earlier that fish can survive with

20  extremely high concentrations of methylmercury in their tissue

21  and organs.  Do you remember that?

22  A    Yes.

23  Q    Now, does that fact -- is it possible that fact can lull

24  us into a false sense of security in terms of the impacts of

25  mercury?

1    A    Absolutely.

2    Q    Why?

3    A    Why?  Because if -- if fish have maximum tolerable

4    levels of methylmercury in their tissue, there are going to be

5    substantial adverse effects on, you know, other components of

6    the system that are -- that are depending on fishery resources

7    as a source -- you know, for food, whether they be wildlife

8    species or humans.

9         And just -- it doesn't seem appropriate to use that kind

10   of a target when, in fact, that -- that kind of a target if --

11   if -- you know, if we reach that level, could create

12   significant problems.

13   Q    Okay.  Now, did Dr. Keenan -- do you recall -- develop

14   his own fish tissue action level --

15   A    He did.

16   Q    -- for adverse effects for mercury?

17   A    Yes.

18   Q    And do you recall his method?

19   A    Basically what he did is he lumped different end points

20   together and then recalculated threshold effects levels.  And

21   if you look at -- you know, if you go back to the Depew, et

22   al., where you have, you know, you know, very, very low levels

23   for reproduction and, you know, levels that are 50 -fold

24   greater, you know, for survival and growth, obviously, the

25   threshold effects level you come up with will be totally

WIENER - CONTINUED DIRECT EXAMINATION/BERNARD

1481

1    dependent on what data you put into the derivation of the

2    estimate.

3    Q    Let me show you Plaintiffs' Exhibit 96, which is a -- a

4    barchart, and as you'll see, it comes out of the Depew table

5    we talked about earlier.  And you'll see it shows the Depew

6    number for the lowest lowest observed adverse effects level

7    for the lethality endpoint, the growth endpoint, and then

8    reproduction.  Do you see that?

9    A    Yes.

10   Q    Does this illustrate the point you're making?

11   A    Absolutely.  It makes no sense to combine these.  It

12   produces some kind of an estimate that has virtually no value

13   in terms of assessing harm.

14   Q    Okay.  And is it your view that one should use this

15   value when you're looking at assessing harm?

16   A    It is.  That is a very significant value.  That is where

17   effects are occurring, most likely, that would be significant

18   at population level.

19   Q    In supporting his own fish tissue action level for

20   adverse effects from mercury on fish, did Dr. Keenan cite

21   studies involving the fathead minnow?  Do you remember?

22   A    Yes, I believe so.

23   Q    And is the fathead minnow -- where does that stand in

24   terms of its tolerance to mercury?

25   A    We -- we believe that the fathead minnow is more

1   tolerant to mercury and metals in general than many other

2   species that are used in toxicity testing.  But it's a great

3   species to work with in the lab.

4   Q    Might relying too much on tests involving the fathead

5   minnow cause you to set a threshold that's too high if you're

6   also concerned about more mercury-sensitive species?

7   A    Yes, it could.

8   Q    Do you recall -- you discussed earlier the Study Panel

9   target for prey fish, which was 50 nanograms per gram.  Do you

10  remember that?

11  A    Yes.

12  Q    Do you recall whether Dr. Keenan criticized that

13  threshold?

14  A    He criticized it as being too low.

15  Q    Okay.  And did he produce a table in his report that

16  illustrated why he thought it was too low?

17  A    Ah, yes.  He basically said, this -- this target is, ah,

18  less than mercury concentrations in fish in Maine lakes, and

19  he had a number of species there, but they were largely sport

20  fishes, they were largely fish that are predatory, eat other

21  fish.  I believe they included a species of pickerel,

22  largemouth bass, and smallmouth bass, and there might have

23  been a couple of other things.

24       And what we're talking about with this -- this

25  reproductive target here is small forage fish, you know, that

WIENER - CONTINUED DIRECT EXAMINATION/BERNARD

1    are being eaten by other fish.  So to compare this target and

2    say, well, the fish in Maine lakes are higher than that

3    target, um, you know, you're comparing small forage fish that

4    might be one year old to predatory fish that are several years

5    old that are high in the food web versus these prey fish that

6    are low on the food web, and it's a -- it's not a valid

7    comparison.

8    Q    Let me just show you the chart.  This is from Joint

9    Exhibit 55 and it's Table 4-3.

10   A    Yeah.

11   Q    Is this the table you remember reviewing from

12   Dr. Keenan's report?

13   A    Yes.

14   Q    Okay.  And does it confirm the view you just expressed

15   that he's using inappropriate species for the comparison he's

16   making?

17   A    Yes.

18   Q    Finally on Dr. Keenan's report, did he opine -- do you

19   recall -- whether selenium may detoxify methylmercury?

20   A    Okay.  I'm sorry?

21   Q    Did Dr. Keenan -- do you recall -- opine that selenium

22   may detoxify methylmercury?

23   A    Yes.

24   Q    And do you have a view about that?

25   A    I do.

1   Q      What is it?

2   A      Um, my view is that we -- we've learned something about

3   the relationship between mercury and selenium.  There's

4   definitely interaction between those two elements.  It is

5   clear, for example, that the presence of selenium reduces the

6   bioaccumulation of mercury, of methylmercury in food webs, and

7   including bioaccumulation in fish.

8          It is also -- there is also some evidence that selenium

9   is protective against the effects of mercury, ah, in adult

10  organisms, such as birds and fish that are exposed to mercury.

11  However, toxicologists have not resolved this issue on the

12  protective nature of selenium, and the jury's really still out

13  on this.

14         But what I think -- what I think the real shortcoming of

15  suggesting that, well, there might be selenium out there, you

16  haven't measured it, how can you make any comments about the

17  toxicity of mercury, and that was his basic point.

18         My concern is that selenium, in conjunction with

19  methylmercury, leads to an elevation of the reproductive

20  effects in fish and in birds that are greater than the effects

21  of methylmercury alone or selenium alone.  Selenium is an

22  essential element, but the range between deficiency and

23  toxicity is a very, very narrow range, and so it's -- it's a

24  very complicated thing.  Selenium can be harmful, and it can

25  be beneficial.

1   Q      Is there a recent paper that you're aware of by

2   Penglase --

3   A      Yes.

4   Q      -- that addresses this issue?

5   A      Yes, a very well-done study.

6   Q      And is this that study that -- by Penglase that you're

7   referring to?

8   A      Yes.

9   Q      It's a -- published this year, in 2014?  Is this the

10  one?  And it talks about, as you can see from the title,

11  selenium and mercury have a synergistic negative effect on

12  fish reproduction?

13  A      Yes.

14  Q      And is that one of the findings of this study?

15  A      Yes, it is.

16          MR. BERNARD:  Your Honor, this is Plaintiffs'

17  Exhibits 82, which we offer into evidence.

18          THE COURT:  Any objection to Plaintiffs' 82?

19          MR. SCHUTZ:  No objection.

20          THE COURT:  Plaintiffs' 82 is admitted.

21  BY MR. BERNARD:

22  Q      Now, turning to Dr. Connolly's report, do you recall

23  whether he used U.S. Geological Survey mercury data in order

24  to make a point about mercury loadings come down into the

25  lower Penobscot River from over the Veazie Dam?

1   A     Yes.

2   Q     And you had a reaction to that, the use of those data,

3   didn't you?

4   A     Yes, I believe he was basing -- he had information from

5   the U.S. Geological Survey, which is a competent scientific

6   federal agency, to be sure, but that was back in the days

7   before we understood how much mercury is added to water

8   samples and other dilute media, such as wet deposition or

9   rain, during the collection, handling, and storage of samples.

10        And Bill Fitzgerald at the University of Connecticut and

11  others have shown that we basically elevate concentrations of

12  mercury in samples without using clean techniques.  You're --

13  you're basically introducing 100- to 1,000-fold the amount of

14  mercury that was present in the original sample before it was

15  taken in.  So contamination can occur during the sampling

16  process.  It can occur during storage and refrigeration.  It

17  occurs in laboratories.  There's an enormous amount of mercury

18  in indoor air, and that ends up finding its way into our

19  samples.

20        And so clean techniques and clean labs are absolutely

21  needed.  You need -- you need tagamet (phonetic) suits to

22  prevent mercury from getting from you to the sample.  You need

23  filtered air, where the mercury in a lab is being trapped and

24  not finding its way into the clean lab environment.  And --

25  and as I mentioned, 100- to 1,000-fold elevation by our

1  contamination of a sample for mercury.

2      And so, you know, there was a long time when we really

3  didn't know what waterborne concentrations of mercury were in

4  systems, and this USGS study preceded the advent of the clean

5  techniques, which was -- which were being applied

6  scientifically in maybe the '80s and then became widely known

7  and available in -- in the '90s and -- and thereafter.

8      So historical data that are out there are not to be

9  trusted if they're dealing with mercury and rain, mercury and

10  water, and they -- you know, they precede the advent of these

11  techniques and the awareness of the problem, and -- and it has

12  created a completely different perception of the mercury

13  problem and that small amounts of mercury, you know, can

14  create large problems in -- in certain circumstances.

15  Q    Is the unreliability of the pre-clean technique or clean

16  methods mercury data a fact well-known to mercury scientists?

17  A    Yes, and there's no tolerance whatsoever for people who

18  show up at a conference with such data in-hand.

19            THE COURT:  Is this a good time to take a break?

20            MR. BERNARD:  Yes, it is.

21            THE COURT:  We'll take a 20-minute break.

22        (Court recessed from 12:30 p.m. to 12:59 p.m.)

23            THE COURT:  Mr. Bernard?

24            MR. BERNARD:  Thank you, Your Honor.

25                CONTINUED DIRECT EXAMINATION

1  BY MR. BERNARD:

2  Q    Dr. Wiener, just a couple of miscellaneous topics.  Is

3  most of the mercury in fish tissue methylmercury?

4  A    Yes.

5  Q    Why is that?

6  A    Well, for one thing, inorganic mercury is not readily

7  accumulated across the gut, and if it does get into the

8  bloodstream, it is actually eventually excreted.  And so

9  methylmercury is the form that tends to remain in the tissues,

10  becomes very tightly -- well, it goes into the bloodstream,

11  and then circulates through the body, finds its -- it

12  virtually ends up in all tissues and organs, but eventually

13  ends up relocating into muscle tissue after a certain amount

14  of time, where it is very tightly bound and tends not to be

15  released.

16  Q    How high can the percentages go up in fish, in other

17  words, the amount of -- the percentage of mercury in -- in

18  fish tissue that is methylmercury?

19  A    Um, I know that -- well, 100 percent, and analytical

20  estimates might actually say, well, we measured 103 percent

21  compared to the amount of, you know, of mercury added in a --

22  in a spike or something like that, so --

23  Q    What is your understanding, if any, about the importance

24  of the benthic food web in the Penobscot ecosystem?

25  A    It seems to be very important.  I haven't recently

1    revisited the food web chapter, but I do recall the -- the --

2    the chapter by Drs. Kopec and Bodaly, indicating through the

3    use of stomach content analysis, items that had -- food items

4    that had been recently consumed, and the use of stable

5    isotopes, that there was strong -- a strong indication that

6    the benthic food web was very important, particularly in the

7    upper estuary.

8    Q    Just a series of closing questions now.  Is it fair to

9    say that the Penobscot River Mercury Study generated a great

10   deal of data concerning mercury in the Penobscot Estuary?

11   A    Yes.

12   Q    Okay.  And -- and are there many thousands of -- of data

13   points, would you say?

14   A    Yes.

15   Q    Okay.  And various experiments that were carried out?

16   A    Yes.

17   Q    And they span various disciplines of -- of ecosystem

18   science?

19   A    Yes.

20   Q    Okay.  And they involve different compartments of the

21   estuarine system?

22   A    Yes.

23   Q    Stepping back from the abundance of individual data

24   points and looking at the whole picture, given your experience

25   and expertise in working on ecosystems contaminated with

1    mercury, how would you characterize the degree or severity of

2    mercury contamination in the Penobscot?

3    A     Um, I think it's a very substantially contaminated

4    system.  At one time, I would say it was severely

5    contaminated.  You know, many of the most contaminated

6    sediment striata have now been buried by subsequent deposits

7    of sediment.  You have a mobile pool of sediment that's moved

8    around.  One of the big problems is the lateral transport that

9    has occurred during the last decades that has spread this

10   contamination broadly, including into the lower estuary,

11   including into the fringe marshes, that kind of thing.

12       So the contamination is widespread, and a big concern is

13   the fact that so much methylmercury is being produced.  The

14   marshes are -- as I said, Mendall Marsh data indicates that's

15   almost a worst-case scenario from the information that

16   Dr. Gilmour has compiled, and she's been putting information

17   like that together for many years now.

18       And even in the -- the -- the river, the main stem,

19   there's significant fraction of methylmercury in the sediment.

20   So that and the fact that you have an important benthic food

21   web, benthic organisms that are down there making a living

22   close to the site of methylmercury production in those

23   sediments is -- is problematic for the biota in the food web

24   and for methylmercury exposure.

25   Q     What is your view regarding the speed with which the

WIENER - CONTINUED DIRECT EXAMINATION/BERNARD

1  system is recovering on its own via natural attenuation?

2  A    I -- I am concerned that it -- the recovery rates are

3  very slowly -- very slow based on the analysis of the

4  long-core data and the predictions of Dr. Santschi.  The trend

5  analysis of -- of mercury in the surficial sediments done by

6  Bodaly and -- and Kopec indicates that at least -- that was

7  largely a four-year study, as I recall, that there really

8  isn't much indication of improvement.  That was pretty

9  site-specific.  I think they had 36 sites, and most of them

10  showing no change.  I think two had -- correct me if I'm wrong

11  -- I think two had decreases and one had increases in

12  concentration of total mercury.

13       So, you know, that's an indicator to me that things

14  aren't changing in a hurry.  I think recovery is slow, and,

15  you know, the -- the problem in this system, it is possible

16  that this problem could be exacerbated by factors beyond our

17  control, and we should be concerned about that.

18  Q    Given the current state of contamination, as you

19  evaluate it, and the factors that may exacerbate that problem

20  that are beyond our control, and your perception of the speed

21  with which the system is recovering on its own, do you endorse

22  the Study Panel's recommendation to the court to order the

23  pursuit of active remedial measures to accelerate recovery of

24  the system?

25  A    I do.

1    MR. BERNARD:  Nothing further, Your Honor.

2    THE COURT:  Cross-examination?

3    MR. SCHUTZ:  Thank you.

CROSS-EXAMINATION

5  BY MR. SCHUTZ:

6  Q    And good afternoon, Dr. Wiener.

7  A    Good afternoon.

8  Q    We first met at a hotel in La Crosse, Wisconsin, some

9  months ago.  My name again is Sigmund Schutz.  I represent

10  Mallinckrodt.

11    If you can answer any question that I ask you yes or no,

12  please feel free to do that.  I think you've been given a good

13  opportunity to broadly explain your opinions by Mr. Bernard,

14  and I want to probe into a few areas to clarify some points

15  for the court.

16    MR. BERNARD:  Sig, excuse me one sec.  Can you try

17  to keep your voice up into the mic for him, please?

18    THE COURT:  Can you -- can you hear him, sir?

19    THE WITNESS:  Not as well as I could hear

20  Mr. Bernard, but --

21    THE COURT:  You want to be heard as well as he could

22  hear Mr. Bernard, right?

23    MR. SCHUTZ:  If not more so.

24    MR. BERNARD:  Actually, why don't you just speak

25  softly.

1  BY MR. SCHUTZ:

2  Q     Dr. Wiener, would you agree that the primary focus over

3  your professional career has been on freshwater bodies?

4  A     Yes.

5  Q     And that you are not an engineer by training or

6  profession?

7  A     I am not.

8  Q     And you told me at your deposition that you don't know

9  whether the Penobscot is a substantial pathway for exposure of

10  human populations in the region?

11  A     I have not seen information, one way or the other, to

12  indicate to what extent humans are consuming organisms -- food

13  items produced in the river and in the estuary.

14  Q     And the Study Panel hasn't collected data on mercury

15  concentrations in striped bass, correct?

16  A     I have not seen striped bass data.

17  Q     I think one of your earlier comments to the Study Panel

18  was that striped bass would get most of their mercury exposure

19  through marine food webs outside the study area?

20  A     Yes.

21  Q     And --

22  A     That's based on observations from some of the west coast

23  embayments, estuaries.

24  Q     Interpretation of the sediment core data would be best

25  directed to someone like Dr. Yeager or Dr. Santschi or other

1   experts who focus on that subject, rather than you?

2   A    Yes, my involvement was sediments as basically I have

3   done sediment work, some of which has been published, but my

4   analysis of sediment data is to look at historical -- the

5   history of deposition from the surface of the core down, not

6   to make inferences or estimates on future patterns or

7   recovery.

8   Q    And I think you told us at one of your depositions that

9   you're not a sediment-transport guy?

10  A    Um, not in a hydrodynamics sense.  I have done some work

11  that has related to mercury and sediments at depositional

12  sites, but I am not a sediment-transport person.

13  Q    And with respect to your work for the Study Panel,

14  you've provided input on the study design?

15  A    I provided input on the initial plan that was

16  developed --

17  Q    And you --

18  A    -- for the study.

19  Q    And you also provided input on the interpretation of

20  results to the Study Panel?

21  A    Yes, to -- to a limited extent.

22  Q    And you also provided comments on draft chapters

23  authored by members of the Study Panel and the team?

24  A    I did.

25  Q    Mr. Bernard showed you Joint Exhibit 104, which was a

1   spreadsheet that you prepared summarizing your comments

2   chapter by chapter?  Do you recall that?

3   A    Yes.

4   Q    Let me pull up Defense Exhibit 678, which is a version

5   of that same spreadsheet marked up at your deposition.  Do you

6   see that?

7   A    Yes.

8   Q    And are the red handwritten comments yours?

9   A    On this sheet, yes.

10  Q    And I'm not going to ask you, Dr. Wiener, to restate

11  your comments on each chapter, but I do want to go through

12  each chapter to note which comments you did not have

13  significant criticisms or comments on, and that would include

14  Chapter 1, Chapter 5.  Do you agree?

15  A    Yes.

16  Q    Chapter 6; Chapter 7, no substantive comments or

17  criticisms; Chapter 8, on the next page, minor comments and

18  suggested revisions; Chapter 9, no substantive comments or

19  criticisms; Chapter 10, no substantive comments or criticisms;

20  Chapter 11a, no substantive comments or criticism; Chapter

21  11b, no substantive comments or criticism; Chapters 12b and c,

22  no substantive criticisms; Chapter 14, no criticisms or

23  revisions related to the principal conclusions; Chapter 15,

24  this is a chapter where you commented that you had expertise,

25  but -- but you had, in the end, minor revisions and edits --

1    or you say you do not have expertise in ecosystem modeling,

2    but you're generally familiar with the dynamic mercury cycling

3    model used in the analysis, minor revisions and edits; Chapter

4    16a, no substantive comments or criticisms; and Chapter 19, no

5    significant comments or criticisms.

6         I'm not going to go through all of the comments on the

7    chapters that I left off this list.

8              MR. SCHUTZ:  But, for the record, I do want to offer

9    your comments on Chapter 3, Defense Exhibits 308 and 310, into

10   evidence.

11             THE COURT:  Any objection to 308 and 310?

12             MR. BERNARD:  May I have a moment, Your Honor, to --

13             THE COURT:  Sure.

14             MR. BERNARD:  -- see them?

15             MR. SCHUTZ:  And I'd also like to offer Defense

16   Exhibit 1003, which are your comments, Dr. Wiener, on Chapter

17   12a.

18             MR. BERNARD:  Sig, what are the numbers in 300s?

19             MR. SCHUTZ:  308, 310, and 1003.

20             THE COURT:  I have 1003 as -- as -- at least titled

21   differently than what you just indicated.  Are you sure it's

22   the right one?

23             MR. SCHUTZ:  That's Chapter 13 in the final report,

24   draft Chapter 12a.

25             THE COURT:  So -- so it is the right one?

1    MR. SCHUTZ:  Yes.

2    THE COURT:  Okay.

3    MR. SCHUTZ:  Long-term monitoring of mercury in

4  sediments and biota.

5    THE COURT:  Right.  Okay.  Any objection to 308,

6  310, and 1003?

7    MR. BERNARD:  None to 308 and 310.  Is 1003 -- it

8  looks like a draft chapter with comments, are these the

9  witness' comments?  I don't -- I can't tell.

10  BY MR. SCHUTZ:

11  Q    Dr. Wiener, did you comment on the long-term --

12    THE COURT:  Well, I think he's asked you.  I don't

13  know, obviously.  I haven't seen the exhibits.  So he's not

14  asking me the question.  I think he's asked you the question,

15  Mr. Schutz.  Do you --

16    MR. SCHUTZ:  Yes, this should be Dr. Wiener's

17  comments on draft Chapter 12a, and we can ask him to confirm

18  by looking at some comments in the document.

19    MR. BERNARD:  If you confirm that -- if it is

20  confirmed that the comments are the witness', then I'll have

21  no objection.

22    THE COURT:  Right.

23  BY MR. SCHUTZ:

24  Q    And, Dr. Wiener, we brought up some comments on Defense

25  Exhibit 1003 for you to take a look at.  And do you recognize

1    -- recognize those comments as yours?

2    A    Yes.

3         MR. BERNARD:  No objection.

4         THE COURT:  1003's admitted.

5    BY MR. SCHUTZ:

6    Q    If we can go back to Exhibit 768, which is the marked-up

7    version of your summary comments, and pull up Chapter 13.

8    And, Dr. Wiener, you wrote in your comment box that you were

9    unable to devote the time needed to provide a thorough review

10   of Chapter 13, which is the food web chapter?

11   A    Yes.  We were basically, ah, told that we had a drop-

12   dead deadline, and, um, I think this was the last major

13   chapter that I was reviewing.  It was very long, and I got

14   through a good part of the chapter.

15        And for your information, I have -- I've reread the

16   chapter in the final report to the court.

17   Q    Okay.  And let me just go back in time to the time you

18   were reviewing these chapters.  Did you have sufficient time

19   to review the Phase II Report as a whole?

20   A    I would say it was very rushed.  One of the things I

21   would have preferred to have had time to do was to go back and

22   -- and sit and reflect on the whole and to basically

23   reconsider my review comments, you know, and then, you know,

24   make some kind of a closing recommendation that looked beyond

25   individual chapters to the -- the larger, fuller report.

1    Q     In Chapter 18 -- at least the draft Chapter 18

2    recommendations to the court, that's now Chapter 21; is that

3    your understanding?

4    A     I don't have anything on my screen.

5    Q     Well, we can bring it back up, Defense Exhibit 678.

6    A     Okay.

7    Q     Do you see the draft chapter number was 18,

8    recommendations to the court, and that's now Chapter 21 in the

9    final version?

10   A     Yes.

11   Q     And would you agree, Dr. Wiener, that there does need to

12   be serious thought given to the potential harm that the

13   remedial activities could cause as we evaluate our options?

14   A     I do agree with that.  I am not -- remediation is not my

15   forte.  I have been involved in numbers -- a number of

16   projects involving habitat restoration and rehabilitation.  I

17   have not been involved in studies of this type, where you're

18   dealing with a contaminated sediment.

19         And -- so I -- my assumption is that if you convene a

20   group of experts and have in-hand at the table the mercury

21   people, that you can make reasonable inferences -- or at least

22   determine what needs to be learned or studied to assess the

23   potential adverse impacts of any remedial action.  There may

24   be remediation measures that are less invasive than others.

25   Q     And I think you've said before under oath that

WIENER - CROSS-EXAMINATION/SCHUTZ

1    large-scale dredging of sediments is probably not a

2    logistically reasonable approach?

3    A    Ah, by that, I mean, the -- the dredging of sediments

4    along the extent of the contaminated river, main stem and the

5    marshes and the lower estuary.

6    Q    And sediment now is so widely disbursed, that to grab it

7    all, in your judgment, would be a logistically herculean task?

8    A    From my vantage point, as -- as a person who does not do

9    remediation, I would say that that seems apparent.

10   Q    Remediation options should be evaluated with an eye

11   towards avoiding creating a problem with disturbance of some

12   of the most contaminated sediments that currently lie buried

13   in the system.  Do you agree with that?

14   A    It might be necessary to disturb sediments that -- in --

15   in locations if, in fact, there is an attempt made to trap

16   sediments going into, for example, Mendall Marsh.

17   Q    And would you agree that once the mercury is buried

18   deeper in the sediment, unless it's disturbed, it's not being

19   actively recycled bio -- biogeochemically by methylating

20   bacteria?

21   A    Ah, generally.  The -- the data that we had indicated

22   that the upper 1 to 3 sediments are the actually active site

23   of mercury methylation by bacteria in the sediment column.  So

24   most of the methylmercury production in sediments is occurring

25   in a thin layer near the top.

1   Q      And you've heard the term remedial investigation?

2   A      Yes.

3   Q      Have you ever worked on a remedial investigation?

4   A      In a sense.  I was involved in a study in the Sudbury

5   River in Massachusetts, and that was a site that was

6   contaminated.  It was a river system and a -- and a wetland

7   further downstream that was contaminated by mercury from a

8   Superfund site, the Nyanza Chemical Waste Dump Superfund site.

9   And there had been some work done both at the site and in some

10  of the reaches, and one of the things that we did was to go in

11  and evaluate how the system has -- had responded.

12         And -- and part of the approach to that was an analysis

13  of sediment cores.  Another approach was to look at the

14  bioaccumulation of methylmercury in benthic organisms.

15  Q      I asked it that way because I did ask this question at

16  your deposition, Page 86, and I asked, have you ever worked on

17  a remedial investigation?  And you told me then, I have not.

18  Was the work you're describing happened since your deposition?

19  A      Ah, no, and -- and, you know, that's -- that's just an

20  issue of recall.  And --

21  Q      Okay.

22  A      -- I was thinking on the -- you know, when you asked

23  have I worked on a remedial investigation, I was doing work on

24  the back end of a remediation effort and not on the front end.

25  That, I think, is the -- the difference here.

1   Q    Have you done any work on active remedial projects?

2   A    I have not.  I have done work that relates to the

3   impacts of reducing, say, deposition to lakes of mercury and

4   response --

5   Q    Atmospheric deposition?

6   A    -- yes, and, of course, there's remediation associated

7   with atmospheric transport and contamination, as well.

8   Q    So you haven't done any work on active remedial projects

9   comparable to the Penobscot?

10  A    No.

11  Q    Not in any system?

12  A    I have done work on the San Francisco Bay System in a

13  leadership capacity and in an advisory capacity related to

14  avoiding problems with wetland restoration programs in

15  estuarine and marine sites that were contaminated with

16  mercury, such as the San Francisco Bay and the Bay Delta that

17  feeds -- takes -- receives water from the Sacramento River and

18  the San Joaquin River.

19  Q    And I think you mentioned that remediation is not your

20  forte.  Would you agree that you're not in a position to

21  critically assess or evaluate whether the remedial

22  alternatives in the Phase II Report would be feasible or

23  effective?

24  A    That is not my forte.  And they sound logical.  I think

25  that the Study Panel has done a good job of coming up with

1   some ideas.  They've gotten some additional outside input from

2   people on the corps of engineers, who certainly have a history

3   of dealing with sediment and contaminated sediment.  So I

4   commend them for that.

5       And I -- I do agree with Dr. Driscoll's assessment that,

6   you know, this is a good group, but it's a science group, it's

7   not a remediation group, and you need the right people at the

8   table.

9   Q    And you were asked some questions by Mr. Bernard about

10  your review of Dr. Connolly's work, and you mentioned that you

11  provided handwritten comments on that report.  Do you recall

12  that?

13  A    Yes.

14  Q    And Dr. Connolly's report contains opinions on whether

15  remedial alternatives recommended by the Study Panel would be

16  feasible or effective.  And do you recall what your comment

17  was in the margin?

18  A    I don't.

19  Q    Look at Plaintiffs' Exhibits 70, Page 2.

20  A    Hm-hmm.

21  Q    And we can bring up Opinion 7.

22  A    Ah, okay.

23  Q    And you wrote, in the margin next to Dr. Connolly's

24  opinion that the remedial alternatives in the final report are

25  unlikely to be feasible or effective and should not be

1   pursued, cannot assess these.  Is that your handwriting?

2   A     It is.

3   Q     Let's move to Defense Exhibit 679, which is draft

4   Chapter 12d, renumbered in the final report Chapter 15, the

5   Trends in Total Mercury and Methylmercury in Surficial

6   Sediment?

7   A     I -- it's very small on my screen and a bit fuzzy.

8   Hm-hmm.

9   Q     And do you recall commenting on this chapter?

10  A     I do.

11  Q     And if we go to the last page of this chapter, you had

12  some comments on an appendix.  At the very bottom of the page,

13  you inserted some comments in red line, are those your

14  comments?

15  A     Those are.

16  Q     And you point out the temporal patterns differed between

17  total mercury and methylmercury in four of the six sites

18  examined in the analysis, and then you wrote that at three

19  sites, total mercury showed no trend, but methylmercury

20  decreased.  At one site, total mercury showed no trend, but

21  methylmercury decreased.  And you wrote, at two sites, both

22  total and methylmercury decreased.  And then you wrote at the

23  top a question, is total mercury in sediment an appropriate

24  variable for setting targets in this ecosystem; is that right?

25  A     That is my writing.

1    Q     And if we go back to the first page of this document,

2    you included a general comment by reviewer.  The results of

3    this analysis lead me to question whether total mercury in

4    surficial sediment is an appropriate variable for setting

5    targets in this ecosystem, given that temporal patterns

6    differed between total and methylmercury at four of the six

7    sites examined in this chapter.  And then you go on.

8    A     You may recall that in my first deposition, this was

9    discussed at some length, and I indicated that I basically

10   withdraw these comments, and -- because of, one, the problem

11   of interannual variation and short timescales, and, secondly,

12   the fact that if we look at the body of information on the

13   relationship between methylmercury and total mercury in the

14   main stem surficial sediments and in the Mendall Marsh, it's

15   very clear, and that's a body of information that encompasses

16   this -- much of the spatial scale of the study area and over a

17   period of several years of data analysis and collection.

18         I think those data are far sounder data on which to make

19   a -- a decision regarding the utility of a total mercury

20   measure as an indicator of the potential for mercury and

21   methyl -- methylmercury production.  And --

22   Q     I understand that.

23   A     Yeah.

24   Q     And the problem -- the problem is conceptually, if total

25   mercury varies independent of methylmercury --

1   A      Hm-hmm.

2   Q      -- a reduction -- a remediation strategy to re -- reduce

3   total mercury may not solve your methylmercury problem, which

4   is the problem of concern for human consumption and for

5   organisms, correct?

6   A      On the other hand, you have a body of information that

7   shows a very strong relationship between total and methyl, and

8   you have process-related studies that shows very active

9   conversion of inorganic mercury to methylmercury in the work

10  done by Dr. Gilmour.

11  Q      Just focusing on the marsh environments, would you agree

12  that marsh environments are extremely patchy environments in

13  terms of methylmercury production?

14  A      Certainly more patchy than the main stem, where you have

15  processes that tend to -- I think homogenization has been used

16  as a descriptor of what's happening in the mobile sediment

17  pool.

18  Q      And would you agree that factors other than total

19  mercury impact methylation rates in marshes?

20  A      Very true.  Microbial activity is influenced by many

21  factors, including temperature and -- and redox conditions and

22  other factors.

23         But what's very clear in this system that there's very

24  active mercury methylation.

25  Q      If we reduce total mercury by a certain percentage, we

1  don't have data, do we, that -- in Mendall Marsh that would

2  tell us by what percentage, to a reasonable degree of

3  scientific certainty, we would see a reduction in

4  methylmercury?

5  A    I think such data could be obtained in the course of a

6  remedial effort by monitoring and collecting information that

7  can be used in an adaptive management framework in pilot

8  studies, maybe at the onset of a -- of remediation effort.

9  Q    You mentioned briefly that with respect to birds, you

10 would defer to Dr. Evers, with whom you've worked before?

11 A    Yes.

12 Q    Would you agree that songbirds of the types that have

13 been mentioned -- Nelson's sparrows, for example -- in Mendall

14 Marsh are deemed to be of moderate or medium sensitivity to

15 mercury?

16 A    They are certainly far more sensitive than something

17 like cormorants, which are fish-eating.

18 Q    Let me move on to fish which -- and mercury effects on

19 fish is your primary area of expertise?

20 A    Yes, and bioaccumulation of mercury transfer in food

21 webs.

22 Q    Now, if we look at Chapter 2, Page 2-5, which is Joint

23 Exhibit 6-2, we'll see the section of the study report that

24 discusses targets to protect fish health.  And would you

25 agree, Dr. Wiener, that the Study Panel relied heavily on the

1   book chapter that you mentioned earlier in your testimony?

2   A      Yes, that and the -- the synthesis report prepared by my

3   colleague, Dr. Sandheinrich.

4   Q      And that synthesis report by Dr. Sandheinrich is

5   attached as an appendix to Chapter 2?

6   A      I believe so, as well as the Evers report.

7   Q      Appendix 2-1 is the Sandheinrich synthesis report; does

8   that make sense to you?

9   A      I believe so.

10  Q      Let's turn to your book chapter, Joint Exhibit 77, and

11  if we go to the first page of your chapter, it's entitled

12  Methylmercury in Freshwater Fish.  And this was published in

13  2011?

14  A      Yes.

15  Q      And if we turn to the first page of text in your

16  chapter, second paragraph, you provide some context for the

17  methylmercury problem in the United States, correct?

18  A      Yes.

19  Q      And you say that close 70,000 square kilometers of lake

20  area and over 2 million kilometers of rivers are under fish

21  consumption advisories for mercury in the United States?

22  A      Yes, and that would include coastal rivers.

23  Q      Such as the Penobscot?

24  A      Yes.

25  Q      And this widespread mercury problem throughout the

WIENER - CROSS-EXAMINATION/SCHUTZ

1509

1   country is due primarily to atmospheric deposition of mercury?

2   A    Um, atmospheric deposition is a substantial problem in

3   inland -- many inland waters, particularly lakes.  Industrial

4   legacy sources of mercury can be a significant continuing

5   problem in many of -- of the rivers that -- whose courses path

6   through industrialized areas.

7   Q    And we've heard earlier that U.S. EPA's recommended

8   threshold for consideration of a fish consumption advisory is

9   .3 parts per million.  Does that suggest that over 2 million

10  kilometers of rivers in the U.S. have fish over .3 parts per

11  million?

12  A    No, those advisories are based on -- are based on

13  advisories issued by the states.  Some states issue advisories

14  at lower levels; some states issue advisories at higher

15  levels.  In addition, the tribes also issue advisories.

16       So this is a compilation not of systems that exceed .3.

17  Some states actually have advisories of 1 part per million in

18  fish flesh; other states go much lower.

19  Q    If we turn to the next page of this chapter -- actually,

20  let's turn to Page 184 of the chapter.  You've included a

21  section Concentrations of Mercury in Freshwater Fish, Section

22  4.5.  Do you see that?

23  A    Yes.

24  Q    And if we can blow up Figure 4.2, including the caption,

25  at the bottom of the page, this is a figure that reports mean

1    mercury concentrations in fillets of standard-length

2    freshwater fish of various species across northeastern North

3    America.

4    A    Yes, a journal paper published by Neil Kamman.

5    Q    And fillets, that's axial muscle?

6    A    Yes.

7    Q    Which is the same tissues sampled by the Study Panel?

8    A    Ah, yes.

9    Q    And so --

10   A    I should -- actually, I should step back from that an --

11   answer.  Dr. Kamman had actually pulled together information

12   from various state monitoring programs.  I don't know to what

13   extent some of these states use a skin-on fillet or a skin-off

14   fillet.  So it may be a combination of both types of samples.

15   Q    Can you draw a line across this figure at the Study

16   Panel's fish tissue target of .5 micrograms per gram?

17   A    Sure.  (Witness complying.)

18   Q    So then what we can conclude is that mean mercury

19   concentrations in many species of fish across the United

20   States exceed that threshold?

21   A    Yes.

22   Q    And could you draw a line across this figure at the

23   Study Panel 's proposed concentration to protect animals that

24   eat fish, fish predators?

25   A    Yes, now, these are -- um, so are you talking about the

1    50 nanogram per gram?

2    Q    Right.

3    A    Okay.  But these are not what I would call prey fish.

4    These are, to a considerable extent, sport fish, that are

5    larger than prey fish.  The yellow perch are almost certainly

6    predatory, um, and I would guess many are larger than -- than

7    you would consider a prey fish to be.  So I'm not sure that

8    would be a valid comparison.

9    Q    Okay.  But, in any event, there's -- the 50 nanograms

10   per gram line would be basically at the bottom of the very --

11   A    Yes, but that --

12   Q    -- the very bottom of this chart?

13   A    But that's probably not a valid comparison given this

14   data set, which includes game fish that live for many years

15   that are large-bodied, accumulate methylmercury over the

16   course of a lifetime, and they're sitting on top.  Certainly

17   walleye, lake trout are sitting on top of the food webs.  They

18   are not prey fish.  They are -- they are predatory fish that

19   are largely piscivorous.

20   Q    How about white suckers?

21   A    White suckers?  Ah, they may or may not be prey fish.

22   Some of these white suckers may be fairly large, um,

23   oftentimes well over a foot long.  They might be consumed by

24   something like a muskie, but they're not going to be food for

25   walleye.

1    Q      Might be food for ospreys or eagles, though, right?

2    A      That's possible.

3    Q      And the mean mercury concentration in the northeast --

4    northeastern North America for white suckers is .2, four times

5    the Study Panel's proposed threshold for cleanup; is that

6    right?

7    A      The mean of all of this?

8    Q      Well, I'm actually looking at the middle column, which

9    is rivers.  There's reservoirs, rivers, and lakes.

10   A      Oh, oh, okay.

11   Q      So the mean concentration in white suckers in rivers in

12   northeastern North --

13          (Interruption by the court reporter.)

14          MR. SCHUTZ:  Maybe I can rephrase it.

15   BY MR. SCHUTZ:

16   Q      Dr. Wiener, is the mean concentration for white suckers

17   across north -- northeastern North America .2 micrograms per

18   gram, that's four times the Study Panel's proposed threshold?

19   A      Um, it's four times the Study Panel's proposed threshold

20   for prey fish.  I would not consider -- now, you need to know

21   something about what you're dealing with here.  Those may be

22   very large, old white suckers.  It's -- it's very common to

23   catch them in nets, and they're like this -- (witness

24   demonstrating).  I would not consider that to be a prey fish.

25   Q      Would you consider yellow perch to be a prey fish?

1 A     Ah, small yellow perch.  Yellow perch can grow quite --

2 grow up to a quite good size.  They can become fish-eating,

3 and they actually become a predator as they get older and

4 accumulate significant amounts of -- of methylmercury.

5 Q     And are you most familiar with these fish species as

6 they exist in Wisconsin and the upper midwest?

7 A     I'm familiar with most of the species on this -- on this

8 chart.

9 Q     But not terribly familiar with these species as they

10 exist in northeastern North America?

11 A     Ah, we have -- we have white sucker, brown trout, brown

12 bullhead, yellow perch, largemouth bass, brook trout,

13 smallmouth bass -- we don't have chain pickerel in Wisconsin.

14 We do have them in Indiana, ah, where we work -- northern

15 pike, walleye, lake trout, ah, white perch in some lakes,

16 landlocked salmon in the Great Lakes.  So there's -- most of

17 these are species that -- that are present in regions that

18 I've worked in.

19 Q     And that's the extent of your knowledge on those

20 species?

21 A     I'm sorry.  Your last comment?

22 Q     That's the extent of your knowledge on these species,

23 that they're present in the regions you work in and you're

24 familiar with them as they exist in the regions you work in?

25 A     Oh, no, I'm actually, for many of these species, quite

WIENER - CROSS-EXAMINATION/SCHUTZ

1514

1    familiar with -- with their food habits, their growth rates,

2    and -- ah, yeah.

3    Q    And --

4    A    And have done, actually, work on mercury in -- in

5    several of these species.

6    Q    And if we can go to Page 185 of your book chapter,

7    middle paragraph at the top, you also provide some context in

8    terms of the extent to which mercury concentrations are

9    elevated in fish throughout North America.  You say that, it's

10   evident that concentrations exceeding .3 micrograms per gram

11   wet weight in whole fish and .5 micrograms per gram wet weight

12   in axial muscle are common in piscivorous fish throughout

13   North America; is that true?

14   A    Yes.

15   Q    So the Study Panel's target to protect fish health is

16   set at a level that's commonly found in fish throughout North

17   America?

18   A    Yes.

19   Q    And then you say --

20   A    And there's evidence that many of these -- there have

21   been a number of studies showing adverse impacts, sublethal

22   impacts of -- of mercury as a result of that exposure.

23   Q    Understood.  Next sentence you say, many piscivorous

24   fish inhabiting fresh waters in the midwestern and eastern

25   United States and eastern half of Canada contain

1    concentrations exceeding 1 microgram per gram wet weight in

2    axial muscle; is that true, as well?

3    A    Yes.

4    Q    Which is twice the thresholds suggested by the Study

5    Panel to protect fish in the Penobscot?

6    A    Yes.

7    Q    Let's move down this page to the summary paragraph,

8    where you report information on effects.  You wrote, effects

9    have been observed in multiple species of freshwater fish at

10   tissue concentrations of methylmercury well below 1 microgram

11   per gram wet weight; is that accurate?

12   A    Which sentence did you just read?

13   Q    You say, these effects --

14   A    Yes.

15   Q    -- have been observed?  And then you wrote, effects on

16   biochemical processes, damage to cells and tissues, and

17   reduced reproduction in fish have been documented at

18   methylmercury concentrations of about .3 to .7 micrograms per

19   gram wet weight in the whole body.  Do you see that?

20   A    Yes.

21   Q    And that concentration's not comparable to the fish

22   tissue concentrations we have from the Study Panel because

23   they measured axial muscle, not whole body, right?

24   A    They measured axial muscle.

25   Q    And they --

1  A    But they also provide the range as it applies to axial

2  muscle --

3  Q    And -- and --

4  A    -- in the next phrase.

5  Q    Right.  And I'm getting to that.

6  A    Hm-hmm.

7  Q    And the next phrase is that effects have been

8  documented -- paraphrasing a little bit -- that effects have

9  been documented at about .5 to 1.2 micrograms per gram wet

10  weight in axial muscle; is that right?

11  A    Yes.

12  Q    So the Study Panel's proposed threshold is the lowest

13  value you report in your book chapter at which effects of a

14  biochemical nature, damage to cells and tissues, and reduced

15  reproduction have been documented?

16  A    Yes.  And, of course, they're going to the lower end of

17  that because it's very clear that there are adverse effects

18  occurring above .5 parts per million, and they're trying to be

19  protective in -- in setting a criterion.

20  Q    And the only concentrations in any fish in the study

21  area found to be on average above .5 are eel, right?

22  A    Correct.

23  Q    And eel are only slightly above the .5, correct, on

24  average?

25  A    I think there are some numbers that are in the .65 range

1    or so at the --

2    Q    I'm talking about grand mean of all eel below Veazie Dam

3    sampled by the Study Panel.

4    A    Oh, grand mean.  All right.  Well, a grand mean is --

5    Q    Well, would you disagree with my numbers?

6    A    No, I wouldn't disagree with your numbers.  I'd have to

7    refer to them.  Um, but a point I would make is if you've got

8    a grand mean of .65, then you've got some individual fish that

9    are substantially higher than that.

10        I mean, exposure occurs at the level of the individual

11   ah, in this system, not at the level of the population.  And

12   so if you boil things down into a mean, um, basically what you

13   probably have done is you may have actually underestimated the

14   possibility of -- of harmful exposure.

15   Q    And if we bring up the cover page of your chapter, your

16   chapter is addressed to mercury effects on freshwater fish?

17   A    That is correct.

18   Q    And, of course, the fish that we're concerned with in

19   the study area are marine or brackish fish?

20   A    The American eels -- you know, we have eels in

21   freshwater systems, you know, in the Mississippi River

22   drainage, as well.

23   Q    Are you aware of any studies on mercury effects on eel?

24   A    I do believe there have been some published.  Um, I

25   can't say definitively yes or no.

1    Q     And would you agree that it's at least suspected that

2    saltwater fish are less sensitive to mercury than freshwater

3    fish?

4    A     I would say that's somewhat speculative because it's

5    based on a question of selenium, and we really haven't sorted

6    that out conclusively yet.  So I'm not comfortable with a lot

7    of the discussion about selenium as being protective against

8    this mercury problem.

9    Q     Let's bring up Joint Exhibit 103.

10             MR. SCHUTZ:  Which I'd like to move into evidence.

11             THE COURT:  Any objection --

12   BY MR. SCHUTZ:

13   Q     Are you familiar --

14             THE COURT:  Any objection to 103?

15             MR. BERNARD:  No objection.

16             THE COURT:  103's admitted.

17   BY MR. SCHUTZ:

18   Q     Are you familiar with the Dillon study?

19   A     I am.  I'm more familiar with the paper by Beckvar, et

20   al., but I have read this in recent history.

21   Q     Are the authors of the Beckvar paper respected?

22   A     Yes.

23   Q     And Beckvar is an author of this paper?

24   A     Yes.

25   Q     And if we go to the very end of this paper, the authors

1   Dillon, Beckvar, and others comment on whether the use of

2   effects thresholds derived from freshwater fish would be

3   appropriate in assessing mercury effects on saltwater fish?

4   A    Hm-hmm.

5   Q    Do you see that?

6   A    Yes.

7   Q    And they say, Wheeler, et al., analyzed acute lethality

8   data for 21 substances, including mercury, in freshwater and

9   saltwater, and it goes to the next page, organisms.  Using

10  species sensitivity distributions, they concluded that for

11  metals, freshwater acute toxicity data were generally

12  protective because those organisms tended to be more sensitive

13  than saltwater species.  Do you see that?

14  A    Yes.

15  Q    And then they suggest because saltwater fish are less

16  sensitive than freshwater fish, using effects thresholds based

17  on effects on freshwater fish would be appropriate.  Do you

18  see that?

19  A    Yes.  I have not, to my knowledge, read the Wheeler, et

20  al., paper.  That's certainly something I will do, ah, for my

21  own interest.  Um, but, you know, not having read the paper, I

22  can't comment on its validity or defensibility.

23  Q    And can you take that down?

24       And so you would agree that it's reasonable to think

25  that different species of fish have different sensitivities to

1    methylmercury?

2    A    Certainly.  I would say it's reasonable to assume that

3    different freshwater fish have different sensitivities, and

4    that it's reasonable to assume that different saltwater fish

5    have different sensitivities.  Sadly, we don't have that kind

6    of information in-hand for data that's been collected in a

7    standardized way.

8    Q    And would you agree that adverse effects due to

9    methylmercury intake vary considerably among species?

10   A    Are you speaking to fish?

11   Q    Yes.

12   A    Um, that's an unknown.  It is suspected, but there's

13   very little data in support of that.

14   Q    Let's take a look at Joint Exhibit 750 -- I'm sorry --

15   Defense Exhibit 750.

16   A    Hm-hmm.

17           MR. SCHUTZ:  Which I'd like to move into evidence.

18           MR. BERNARD:  Your Honor, I think that this is a

19   copy of Joint Exhibit 76, so it may be a duplicate.

20           THE COURT:  All right.  Just for ease, I take it if

21   it's a duplicate, you don't have any objection?

22           MR. BERNARD:  I do not.

23           THE COURT:  All right.  I'll admit it as Defendants'

24   Exhibit 750.

25   BY MR. SCHUTZ:

1    Q    And if we bring up the upper right-hand corner of this

2    paper, you can see that it's with supplement and corrigendum?

3    A    Hm-hmm.

4    Q    What does that mean?

5    A    It's just additional information that's provided to

6    provide much more detail than is published in the journal.

7    Q    All right.

8         MR. SCHUTZ:  And that -- that is the difference

9    between this exhibit and the earlier one that was admitted.

10   BY MR. SCHUTZ:

11   Q    If we go to Page 1544 of the Depew paper --

12   A    Hm-hmm.

13   Q    -- under factors contributing to variation in dietary

14   methylmercury toxicity, those authors, which include you, say,

15   adverse effects due to dietary methylmercury exposure and the

16   levels at which they occur appear to vary considerably among

17   species.

18   A    Yes, but, also, the subsequent sentence indicates that

19   this variation may be attributable, in part, to factors that

20   are inconsistent among studies -- use of adults in -- in some

21   tests, juveniles in another, difference in experimental

22   exposure protocols, differences in measurement of endpoints

23   and sensitivities.

24        So, I -- I mean, there's some suggestive data there, but

25   there are confounding factors that would make it difficult to

1    come to firm conclusions on interspecific sensitivity --

2    interspecific sensitivity.

3    Q    We can pull up the full paragraph that we were just

4    looking at and see that one of the factors suspected by you

5    and other authors that may explain this variability is that

6    different fish assimilate different percentages of

7    methylmercury.  Do you see that?

8    A    Yes.

9    Q    Let's talk about the targets to protect fish predators,

10   and the concept there is setting a methylmercury concentration

11   that would be protective of whatever's eating the fish?

12   A    Yes, specifically, predatory fish.

13   Q    And after a nine-year, $18 million study, we do have a

14   lot of data on fish concentrations in the predators

15   themselves, don't we?

16   A    The predators --

17   Q    Yes.

18   A    -- being?

19   Q    Being osprey, bald eagles, otters, mink, potentially

20   eel.

21   A    Yeah, I'm -- I'm thinking in terms of fish predators

22   here.

23   Q    Right.

24   A    These -- this threshold -- the thresholds and benchmarks

25   that were developed in the Depew, et al., paper are

1    specifically for predatory fish.

2    Q      So they would have --

3    A      Not for mammals, not for -- for loons, not for birds.

4    Q      Well, let's pull up Chapter 2, Page 8 of the Study

5    Panel's report under Section 2.5 --

6    A      Hm-hmm.

7    Q      -- at the very outset, including the title, Targets to

8    Protect Fish Predator Health.  They write in that section, the

9    fish-eating birds and mammals that we sampled in the Penobscot

10   System were generally not at risk from eating contaminated

11   fish, probably mainly because they were not primarily feeding

12   in the river itself.

13   A      Hm-hmm.

14   Q      Do you see that?

15   A      Yes.  I think there were some concerns about some of the

16   organisms that were sampled in terms of their exposure

17   pathways not being in the river or in the estuary, but being

18   very complicated and -- and not discernible simply by

19   collecting the animal and analyzing the tissues.

20   Q      If we want to assess mercury threats to fish that eat

21   other fish, wouldn't a more direct way of assessing that risk

22   be to sample the concentrations of mercury in those fish

23   predators?

24   A      That was done with the eels.

25   Q      Dr. Bodaly testified earlier at this trial that the .05

WIENER - CROSS-EXAMINATION/SCHUTZ

1524

1    threshold suggested in the Depew paper was surprisingly low,

2    even shockingly low?

3    A    I think a lot of people that work in this area for --

4    have worked in this area for a long time have been surprised

5    by the results of the Depew paper.

6         You know, we got into the business of mercury toxicology

7    because of human poisonings of people who were eating

8    contaminated fish from grossly polluted Minamata Bay, Japan,

9    which resulted in almost 2,000 deaths, mainly by fishermen and

10   their families.

11        And -- and the fact that fish could accumulate such high

12   concentrations in their tissues lulled us into this feeling

13   that the fish themselves are not adversely affected, and so I

14   think mentally we looked at fish in a different way than we

15   looked at wildlife.  Fish were perceived as a way of -- of

16   transferring methylmercury from an aquatic ecosystem to humans

17   or to eagles or to ospreys or loons or that kind of thing.

18        Nobody was looking at effects on fish in a real

19   substantive way, except to look at, you know, the very early

20   approaches to looking at growth and survival.  So --

21   Q    Let me just ask you a question.

22   A    -- that's why people, I think, were lulled into a sense

23   that they're not susceptible, and a change in the mind-set, if

24   you will.

25   Q    The Study Panel's proposed threshold to protect fish

WIENER - CROSS-EXAMINATION/SCHUTZ

1525

1    predators is 50 nanograms per gram?

2    A    Yes.

3    Q    What is that in grams?

4    A    I'm sorry?

5    Q    What's that in grams?

6    A    50 nanograms per gram.

7    Q    It's 50 billionths of a gram, right?

8    A    Oh, okay.  I see what you're saying.

9    Q    Is that right?

10   A    50 parts per billion.

11   Q    And would you agree in concept that thresholds that fall

12   -- fall at or below ambient concentrations found in the

13   environment would be considered unreasonable thresholds?

14   A    Not necessarily.  I would want to know what you mean by

15   environment.  I'm well aware, for example, that there are high

16   mercury levels in many of the lakes in Maine and in parts of

17   the northeastern U.S.  Um, most of those levels are a result

18   of atmospherically-deposited mercury from human emissions and,

19   to a lesser extent, natural -- natural sources.

20        But, um, you know, that's the problem that -- it's a

21   serious problem, but it's -- it's not related to the situation

22   in the Penobscot.  The problem in the Penobscot is related to

23   mercury in in-place sediments that's in the system.  It's not

24   related to mercury that's coming in from the atmosphere.

25        So I don't know -- I don't see any value in looking at

1    the inland lake, you know, fish data.  I -- I don't think

2    it --

3    Q    And I'm not showing you --

4    A    -- has any benefit to --

5         MR. BERNARD:  Your Honor, could I ask for an

6    instruction not to interrupt the witness, please?

7         THE COURT:  I do think he has a right to answer your

8    questions.

9         MR. SCHUTZ:  Okay.

10   BY MR. SCHUTZ:

11   Q    You may proceed.

12        THE COURT:  I think -- are you finished?

13   A    Ah, the point is that I don't know that that gives us

14   any insight that would be useful for dealing with the

15   Penobscot situation to basically go out and look at data from

16   lakes in Maine where mercury levels in fish are high.

17   BY MR. SCHUTZ:

18   Q    And I just want to ask you if you would agree in concept

19   that thresholds that fall below ambient concentrations would

20   be considered unreasonable thresholds.

21   A    I'm not sure that as a scientist unreasonable enters

22   into my thinking.  I think if they are scientifically valid

23   thresholds and they are reasonable estimates, then they have

24   value.

25   Q    Now, let's look at Joint Exhibit 101, the Beckvar paper,

1   Page 2096, lower right-hand corner.  At the end of this

2   paragraph, these authors said, calculated protective tissue

3   threshold concentrations that fall at or below control or

4   ambient concentrations would be considered unreasonable

5   thresholds.  Do you see that?

6           MR. BERNARD:  Sig, where is this on the page,

7   please, lower right?

8   A    I see that.

9   BY MR. SCHUTZ:

10  Q    And would you agree that it's common to find prey fish

11  with higher concentrations than the 50 nanograms per gram

12  target set by the Study Panel?

13  A    We certainly see prey fish higher than that in certain

14  mercury-sensitive lakes in the upper midwest.

15  Q    Now, you criticized Dr. Keenan's Table 4-3 on the basis

16  that some of the fish that he listed in your judgment are not

17  prey fish.  But would you agree that yellow perch are small

18  enough to be prey fish?

19  A    It depends.  Yellow perch can become quite large and

20  become piscivorous and, to a considerable extent, are no

21  longer prey for something like loons or certainly not going to

22  be prey for something like American eels as they get larger.

23       It's hard to know.  I can't look at that data for yellow

24  perch and say anything about the size of those fish that were

25  analyzed.  They may have been yellow perch on the order of a

1   foot or so in length.  And so size is a huge factor affecting

2   whether you're a prey fish or a predator in -- in terms of

3   piscivory, or fish-eating.

4   Q    Now, let's take a closer look at this Depew paper.  This

5   paper is not the product of any lab or field study itself, is

6   it?

7   A    Oh, this Depew paper in Environmental Science and

8   Technology?  This is a recent paper from a screening risk

9   assessment of -- of mercury and -- in fish and lakes across

10  Canada.

11  Q    Yeah, that's -- let's bring up the Depew paper we were

12  talking about earlier, Exhibit 750.

13  A    Oh.

14  Q    Now, this paper is not the product of original lab or

15  field study of mercury effects on fish?

16  A    This paper is the result of a critical synthesis.

17  Q    And you yourself are an author of this paper, if we can

18  bring up the title and the list of names on the paper?

19  A    I was.

20  Q    And so what was done in this paper is that you collected

21  studies done by others and pulled them together and tried to

22  come up with thresholds that would be protective of fish?

23  A    Yes.

24  Q    And this is a paper published in 2012, this is the first

25  time this has ever been done?

WIENER - CROSS-EXAMINATION/SCHUTZ

1    A     Yes.

2    Q     And at the very end of the paper, Page 1545, second

3    paragraph, the authors note that there is limited confidence

4    level in the thresholds, although they are thought to be

5    useful and relevant.  Would you agree with that?

6    A     Where are you on this?

7    Q     Let's go up to the paragraph above that.  The authors

8    write, although recent advances in understanding the effects

9    of dietary methylmercury exposure on fish-eating birds and

10   mammals have been impressive, the lack of high-quality

11   toxicological studies on the adverse effects of dietary

12   methylmercury exposure to fish and the assumptions used in the

13   present study somewhat limit the level of confidence that can

14   be ascribed to the thresholds reported here.  And then the

15   next sentence suggests that the authors still believe that the

16   thresholds are useful and relevant.

17   A     Yeah, I think there are other lines of evidence that say

18   that these are reasonable thresholds.

19         Ah, one comment I would like to make, and that is, if

20   you go to the next Depew paper, um, that's very poorly

21   written, the lack of high-quality studies.  It's not the lack

22   of studies; it is the limited number of high-quality studies.

23   There simply hadn't been many studies of this type done at

24   that time.  This is a very new area of investigation, and the

25   studies that have been done are quite good and very solid from

1    a toxicological perspective.  But we need more studies with

2    more species to -- to nail these things down more firmly.

3         And -- and I think the fact that this approach has

4    utility is reflected by the fact that Environment Canada is

5    using this -- the data from this paper in their screening risk

6    assessment for predatory fish in Canada.

7    Q    And let's go to Figure 3 in this paper, which is the

8    table that -- no -- um --

9    A    It's not that one.

10   Q    Actually, let's try Table 3.

11   A    Are you talking about the summary table?

12   Q    Yes.

13   A    Okay.

14   Q    Table 3.  Do you see that?  Now, there are a bunch of

15   endpoints listed on the far left -- lethal, growth,

16   behavioral, reproductive, biochemical?

17   A    Yes.

18   Q    And if we look at reproductive and go across, we see

19   that there's an NA under TEL?

20   A    Yes.

21   Q    Which means that this paper could not report a toxic

22   effects level for the reproductive endpoint, correct?

23   A    Could not calculate it based on the -- the formula that

24   was provided and the methods.  The data were insufficient to

25   do that calculation.

1    Q    So what the authors used to come up with their proposed

2    threshold was the highest-ranked no adverse effect level for

3    one study of walleye, correct?

4    A    Yes.

5    Q    And if we can go to Page 1542, right column, middle

6    paragraph, we see that the authors report that only five

7    studies have attempted to assess reproductive endpoints, and

8    they report that for reproductive endpoints, only four species

9    were available, so calculation of a threshold effect level was

10   not possible.  And then they write, we use the highest-ranked

11   unbounded no adverse effect level for walleye as the

12   protective threshold.  Do you see that?

13   A    Yes.

14   Q    And an unbounded NOAEL is a term of art used in the

15   ecological risk assessment literature?

16   A    I'm sorry?

17   Q    That's a term of art used in the ecological risk

18   assessment literature?

19   A    What's your meaning?

20   Q    An unbounded NOAEL is the highest test concentration at

21   which no effect was found, correct?

22   A    Yes.

23   Q    So if you test concen -- if you find in, say, axial

24   muscle of a fish no effect at 5 and no effect at 10, the

25   unbounded NOAEL is 10, correct?

1   A     I believe so, yeah.

2   Q     The actual effect may not be seen until 10,000, right?

3   A     Um, again, though, there were -- there were data in

4   here --

5   Q     I just want to talk about unbounded NOAELs.

6           MR. BERNARD:  Again, he's interrupting the witness.

7           THE COURT:  Well, I do think he's entitled to an

8   answer to that question.  Do you want to repeat the question?

9   Do you -- would you repeat the question?

10          MR. SCHUTZ:  Let me rephrase the question, Your

11  Honor?

12          THE COURT:  Sure.

13          MR. SCHUTZ:  I'm not sure I could.

14  BY MR. SCHUTZ:

15  Q     What I -- what I want to try to make sure we understand

16  is what an unbounded NOAEL is.  That is a no observed effect

17  level where there has never been any observed effect at any

18  test concentration, correct?

19  A     Based on the data that are -- that are available here.

20  Q     So you could have no effect at a concentration of 5, no

21  effect at a concentration of 10, and, in reality, you might

22  not see effects in that species to a concentration of 10,000,

23  but you would report the unbounded NOAEL of 10, correct?

24  A     Um, if you --

25  Q     I'm not asking about this.  I'm just asking in concept

1    if that's right.

2    A    Okay.  Conceptually, you're correct.  However, if you

3    read parts of this, you can see the statement that effects

4    were observed at dietary methylmercury concentrations below .5

5    microgram per gram wet weight.  Now, there were a limited

6    number of studies, and there was some variation among studies,

7    but, basically, below .5 micrograms per gram, um, we see

8    adverse effects in this data set.

9        Now, this reflects the limited amount of high-quality

10   data that we have available to make such estimates at this

11   point.  And there are other lines of evidence based on what we

12   know about diet and what we know about concentrations in adult

13   predatory fish and inferences that have been made about

14   effects of reproduction that -- that make, I think, that .4

15   and that .5 lowest observed adverse level reasonable

16   estimates.

17       I think it's clearly admitted in this paper that we'd

18   like to see more information.  This is a first-cut at that,

19   and there's an acknowledgment in the text of this paper that

20   these -- these estimates are preliminary for things like

21   reproduction.  However, they make sense in relation to what we

22   know about fish-eating birds and mammals, and what we know

23   about impacts of methylmercury exposure on adult fish based on

24   concentrations in their tissues.

25   Q    If we go to Page 1537 of this paper, lower right under

1   threshold derivation, there's a definition of unbounded NOAEL

2   right in the paper, unbounded NOAEL, i.e., no observed adverse

3   effect up to the highest diet tested was included as a

4   conservative estimate of the true no adverse effect level; is

5   that accurate?

6   A    Yes, I believe so.

7   Q    And by conservative, that means low, right?

8   A    Conservative is not -- not a -- a -- it's a -- not a

9   clearly -- it means different things to different people.  I'd

10  have to see what Dr. Depew is -- who -- who wrote the -- the

11  draft and routed it for comment to coauthors, how he's using

12  it elsewhere in the document.

13  Q    Now if --

14  A    He may mean underestimate or overestimate, and it's not

15  used consistently.  I don't like that term.  I don't think

16  it's a -- I think it's a vague term.

17  Q    Let's turn to the next page of the paper, Table 1,

18  relative severity and classification of toxicological

19  endpoints in fish exposed to dietary methylmercury.

20  A    Yeah.

21  Q    And you can see that the authors have classified as a

22  severe effect acute or chronic lethality, and then a high

23  effect severity rating as growth and development or

24  reproductive success.  And then moderate adverse effects with

25  unknown or poorly characterized ecological consequences.  Do

1    you see that?

2    A    Yes.

3    Q    And Dr. Keenan, didn't he, excludes studies that

4    assessed adverse effects with unknown or poorly characterized

5    ecological consequences from his analysis of an appropriate

6    threshold to be protective in this -- for purposes of this

7    study?

8    A    Yes, he basically felt that they -- they were not

9    particularly useful because it was difficult to interpret --

10   interpret such findings in terms of population-level impacts.

11   Q    And if we look at the bottom of Table 1, there's a

12   footnote, and it says numbers in parentheses indicate

13   groupings for endpoints in Table 2.  Do you see that?

14   A    Yes.

15   Q    So we can look under high and look for the effects that

16   correlate to reproduction, and we see that that's 2B, correct?

17   A    Yes.

18   Q    And then we can turn to the next table, Table 2, which

19   is a summary of all the studies considered by Depew, correct?

20   A    Yes, and that extends onto the next page, as well.

21   Q    And if we blow up the top third portion of the page, we

22   see the walleye study that forms the basis for the proposed

23   threshold used in this paper, correct, 2B?

24   A    Yes, and that's a gonadosomatic -- GSI is gonadosomatic

25   index.  It's a ratio of the mass of the ovaries to the mass of

1   the body.   It reflects basically the investment -- the

2   energetic investment that's made in -- in gonadal development

3   and development of eggs and ovaries in females and -- and

4   development of gonads in the males.

5   Q     And this symbol here, next to the .04 is -- means

6   unbounded NOAEL, correct, greater than?

7   A     Yes, I think that's in a footnote.

8   Q     So that's one reproductive study.

9         Let's move down to fathead minnow.   I would -- if we can

10  just go up to the start of that section, if we can enlarge the

11  window that we've blown up.   These are also effects 2B, which

12  is reproduction, correct?

13  A     Yes.

14  Q     And in this column, we're seeing also unbounded no

15  adverse effects, and then lowest observed adverse effects at

16  .2.  Do you see that, for fathead minnow?

17  A     Yes.

18  Q     Fathead minnow and walleye are freshwater species?

19  A     Yes.

20  Q     If we can turn to the next page in the same table under

21  marine brackish, we can see that there are two more species

22  for which we have reproductive effects reported in this paper.

23  Do you see that?

24  A     Yes.  And I -- I personally disagree with the

25  characterization -- um, I was one of several authors, and --

1   and we did this in a -- in a -- in a group setting.  I

2   personally disagree with the characterization --

3   characterization of altered larval behavior as a -- a

4   reproductive endpoint, but --

5   Q    But, nonetheless, altered larval behavior was included

6   as a reproductive endpoint by the Depew paper, of which you're

7   a coauthor?

8   A    Yes.

9   Q    And Dr. Keenan included altered larval behavior and

10  similar effects on larvae in his assessment of reproductive

11  effects, growth, and survival for purposes --

12  A    I think he included larval growth, um, I don't recall if

13  he included larval behavior.

14  Q    The only fish mentioned in this study that's actually

15  found in the Penobscot is killifish; isn't that true?

16  A    Fundulus, yes.

17  Q    And for killifish Fundulus, no observed effects are

18  reported in this paper at 1.9 micrograms per gram and 5.6

19  micrograms per gram compared to the .05 micrograms per gram

20  threshold proposed by the Study Panel; is that true?

21  A    Yes, I -- I think you have to again go back to the paper

22  and look at the treatments that were used in the paper.  The

23  treatments may have been much, much too high to really tease

24  out a reproductive effects level.

25  Q    And I think you've said the Atlantic croaker paper

1  shouldn't be considered a reproductive effect; is that right?

2  A    I would not consider altered larval behavior to be a

3  reproductive effect.

4  Q    So, in summary, Table 3 in the Depew paper, which is the

5  source for the Study Panel's target to protect fish predators,

6  is based on one study of freshwater walleye that reports an

7  unbounded no adverse effect level?

8  A    Ah, it's -- it's -- you know, there are multiple studies

9  that are done here that are showing reproductive effects below

10 .5, and -- and you have to look at the individual studies, and

11 in -- in a perfect world, we'd like to have information

12 available on multiple species and standardized tests using a

13 range of environmentally relevant concentrations.

14      And what we did with this study is we did the best we

15 could with the information available.  There have been very

16 few reproductive effect studies.  The ones that have been done

17 are quite good and are fairly recent.  But this is something

18 that's just recently become a focus of -- of scientific work

19 in ecotoxicology.

20      And the other point is that our Canadian colleagues, for

21 whom this was developed, have elected to go through and apply

22 this threshold in their national ecological assessment,

23 admitting that, in fact, it was a bit preliminary and that

24 more research would be desirable to basically ascertain --

25 Q    Now --

1   A      -- the --

2   Q      Let's -- let's move on to Dr. Keenan's methodology.

3   Now, he used a threshold effects level methodology?

4   A      Yes.

5   Q      Setting aside whether you agree with which studies he

6   included in his assessment, do you agree that at least his

7   methodology was scientifically reasonable?

8   A      I don't think the method -- the methodology has to

9   include the -- the -- basically extend to the data that were

10  used in deriving the calculations and the fact that he used

11  data for endpoints that vary greatly in their sensitivity, um,

12  I think invalidates -- I disagree with the approach that he

13  used for that reason.

14  Q      All right.  I'm asking you to set aside what endpoints

15  he considered in his study and just focus on the methodology

16  that he employed.

17  A      Yes.

18  Q      Do you take issue with his methodology?

19  A      But, again, the method -- I -- I think that you have to

20  stick with -- when you talk about the methodology, I mean, I

21  agree you've got an equation there that is useful, but not

22  when you lump data for different endpoints that vary

23  enormously in their sensitivity to methylmercury exposure.

24  Q      Let's bring up Joint Exhibit 101, which is the Beckvar

25  paper that we've talked about earlier, Page 2096, lower left.

1    We can bring up the paragraph that starts the third method

2    calculated, and take it to the end of that paragraph.  Isn't

3    this the method that Dr. Keenan used in his assessment of a

4    protective threshold for Penobscot fish, the tissue threshold

5    effect level similar to that used in Canada and by the State

6    of Florida?

7    A    I believe so.  I'd have to go back and look at his --

8    his report.  I'm not sure that he uses these same

9    abbreviations, um --

10   Q    But he uses the same formula?

11   A    I believe so.

12   Q    And you've said reproduction's the most sensitive

13   endpoint for fish.  And if we can go back to Exhibit 750, the

14   Depew paper, doesn't Depew question whether differences in

15   sensitivity between reproductive endpoints and growth

16   endpoints is an artifact of the number of studies available

17   concerning these respective endpoints?

18   A    Oh, there -- there have been, you know, far more studies

19   that look at things like growth and survival or mortality as

20   endpoints.  So part of that is -- is the fact that you get

21   very few papers with, you know, are productive endpoints, and

22   you have far more papers in general with -- with those less

23   sensitive endpoints.

24        In fact, most of the earlier work that was done was done

25   including basically growth survival and bioaccumulation as the

WIENER - CROSS-EXAMINATION/SCHUTZ

1541

1   key endpoints.

2   Q   If we go to the bottom right-hand corner of Page 1541 of

3   Exhibit 750, we see that the Depew authors, of which you are

4   one, suggest that differences in sensitivity between

5   reproduction and growth endpoints may reflect a

6   disproportionate availability of studies that report growth

7   endpoints, nine, as compared to the five --

8   A   Hm-hmm.

9   Q   -- that reported reproductive endpoints.  Is that a fair

10   point?

11   A   For the data set that was examined here.  And, again,

12   one of the reasons for the lower number of studies is that

13   this was a -- a study that was looking at dietary exposure

14   pathways and effects of dietary exposure, concentration of

15   methylmercury in the diet.  This did not -- you know, most of

16   the studies have looked at, you know, exposure to the older

17   work, exposure to fish placed in contaminated water, aqueous

18   uptake across the gills, accumulation of significant amounts

19   of mercury that could lead to death and reduced growth.

20   Q   And we have already looked at Table 1, but let's bring

21   that up again, in the Depew paper, on Page 1538.  In this

22   paper, the authors did include studies that assessed acute or

23   chronic lethality, as well as growth and reproductive success?

24   A   Okay.  What's -- what's your question?

25   Q   My question is this paper, this 2012 paper, of which

1   you're an author, does include studies that assess lethality

2   associated with methylmercury exposure, right?

3   A      Yes.

4   Q      And this paper also, if we go to Page 1537, suggests

5   that endpoints related to -- certain endpoints have unclear

6   relevance to individuals and populations; is that true?

7   A      Have -- they may be very relevant.  We simply have a

8   difficult time relating them to population-level impacts.

9   Q      Let's bring up some text in this area of the paper.  The

10  authors suggest that sublethal effects related to behavioral,

11  biochemical, histological or genomic effects were considered

12  to be indicators of adverse effects.  But the relevance to

13  individuals or population-level effects is not well

14  understood.  Would you agree with that?

15  A      I think the problem is -- is not so much relevance, but

16  interpretation.  We know that some of these effects, you know,

17  actually cause reproductive effects.  For example, there are

18  behavioral effects that interfere with reproduction, but we

19  have a hard time saying what the relevance of those behavioral

20  effects might be.

21  Q      Now, you criticize Keenan on the grounds that he

22  considered growth and survival effects, but doesn't -- didn't

23  the authors in Beckvar do exactly the same thing in their

24  paper?

25  A      Um, they did.  However, it seems inappropriate to

1   include survival as a -- an endpoint for setting targets in

2   this system.  If you start having problems with mortality of

3   fishes, you have much, much greater -- and -- and you're --

4   you're basically adopting a stance and saying fish are -- are

5   alive and swimming, were fine, but if -- if your fish are

6   getting exposed to levels that are close to those that induce

7   mortality, you've got a very, very serious problem on your

8   hands.

9   Q      And --

10  A      Far more serious than in the system now.

11  Q      And if we can go to Joint Exhibit 101, which is the

12  Beckvar paper, in the lower left-hand corner of the paper, the

13  authors, below the equation, say that there -- they have

14  included sublethal and lethal effects in their paper; do you

15  agree with that?

16  A      Yes.

17  Q      And if we can go to the next page of this paper --

18  A      Would you bring back that text?

19  Q      Okay.

20  A      There's some text earlier in this paper -- I haven't

21  read this for quite some time, but, um, you know, reproductive

22  effects were treated, I -- I believe, conceptually as

23  equivalent to lethality in this study.  If you're not

24  reproducing, basically that -- you know, that's a problem, and

25  I -- I'd like to go back and read this paper.

WIENER - CROSS-EXAMINATION/SCHUTZ

1544

1    Q    Let's take a look at the next page, 1597, under results,

2    the lower left-hand corner of the paper.  This is the section

3    literature review.  These authors report a total of ten papers

4    containing mercury residue-effect information for -- eight

5    fish species were identified.  And then at the end of this

6    paragraph, they point out the biological test endpoints

7    included survival, growth, reproduction, and behavior.  Do you

8    see that?

9    A    Hm-hmm, yes.

10   Q    And if we go up to Table 3 at the top of the page, we

11   see that the authors of this paper included studies with a

12   range of effects; reproduction, development, lethality, and

13   behavior, correct?

14   A    Yes.

15   Q    So Dr. Keenan is not alone in including papers assessing

16   lethality in deriving a toxic effects threshold, is he?

17   A    No, I -- you know, and I think for me to discuss this

18   further requires a full, um, rereading of this paper and --

19   and examine of the methods and the rationale for the analysis.

20        THE COURT:  All right.  Why don't we -- why don't we

21   stop for the day.  He can read the paper overnight if he

22   wishes to.  Thank you very much.

23        THE WITNESS:  You're welcome.

24        MR. TALBERT:  Your Honor.

25        THE COURT:  Yes.

1    MR. TALBERT:  One question before we break, I hate

2  to even raise this in light of the fact that it's been a

3  fairly long day of technical testimony.  But we have a witness

4  -- or the plaintiffs have a witness coming in tomorrow from

5  the Smithsonian.  I know it's a shorter day for us, and I just

6  wanted to ask if it would be possible to start slightly

7  earlier in an effort to try to get her sort of in and out

8  tomorrow?

9    THE COURT:  Well, I was going to raise tomorrow

10  anyway.  The reason we have a shorter day is I have a

11  sentencing that's set for 1:00 that's going to take probably

12  four hours.

13    You may stand down, sir.  Thank you.

14    (The witness left the witness stand.)

15    THE COURT:  As I've been sitting here today, I've

16  been getting memoranda, I've been getting changes in the

17  presentence report, I've been getting all sorts of things, and

18  I need to -- I'm going to sentence someone, so I need to be

19  sure I'm doing it right.  So I'm getting -- I feel like I'm

20  getting squeezed on time in order to prepare for that

21  sentencing adequately.  I know that is not probably good news

22  for you folks, but I really don't think it's fair to the

23  person I'm sentencing if I go in less than fully prepared.

24    So your proposal cuts my time down even more, and I'm

25  really reluctant to do that.

1    MR. TALBERT:  Understood, Your Honor.  I'm sorry.

2    THE COURT:  You -- I have every reason to believe

3    you can be efficient.

4    MR. TALBERT:  I will.

5    MR. BERNARD:  We will do so, Your Honor.

6    THE COURT:  I'm thinking -- so you have Dr. Wiener

7    here, and let's just talk about where we are with him.  Are

8    you going to be done with him, Mr. Schutz?  How -- how much

9    longer do you have with Dr. Wiener?

10   MR. SCHUTZ:  No more than 20 minutes.

11   THE COURT:  Okay.

12   MR. BERNARD:  So far ten minutes of redirect.

13   THE COURT:  All right.  And then you have the

14   Smithsonian person.

15   MR. BERNARD:  Yes.

16   THE COURT:  And you're calling her?

17   MR. BERNARD:  Yes, we are, Dr. Cynthia Gilmour.

18   THE COURT:  Okay.  And she's just here tomorrow?

19   MR. BERNARD:  Yes, she's flying in from the west

20   coast, actually, from a meeting today or tonight, and she'll

21   be here tomorrow.  And the question is, you know, I think that

22   we should do our best to finish expeditiously with Dr. Wiener,

23   and then be very efficient with Dr. Gilmour and hope to finish

24   her up tomorrow.

25   I don't know that that's realistic.  I think that we

1    probably have about two hours of direct of her.  So if we

2    could start her at 9:00 or so, we would be done by 11:00, plus

3    a break, so 11:15, 11:20, and that would leave an hour and

4    40 minutes, or so, for cross.  I don't know whether that's

5    realistic.

6              MR. TALBERT:  It would be -- it would be very close.

7    In fact, we -- we did talk about maybe trying to split up the

8    time so we could get her out, some agreement, and we will talk

9    further after this.

10             THE COURT:  And what -- is she leaving by airplane

11   tomorrow afternoon or --

12             MR. BERNARD:  She is leaving tomorrow.  We have not

13   explored her availability beyond tomorrow.  She is located at

14   the Smithsonian in Washington, D.C., and I just don't know her

15   availability beyond tomorrow.

16             THE COURT:  Right.  What I'm -- you've already

17   scheduled, I think, a deposition tomorrow afternoon of one of

18   the witnesses; is that right?

19             MR. BERNARD:  We have.  We're going to complete

20   Dr. Fisher's trial testimony tomorrow by deposition.

21             THE COURT:  All right.  And I'll tell you what I'm

22   thinking.  I'm thinking that maybe, even though we -- if we

23   break here early -- I can get a sense for Dr. Gilmour, and

24   we're talking -- it's always helpful if the person is actually

25   present in front of me and testifying because it just is more

1    understandable that way.

2        But if I have a sense for her testimony, perhaps you can

3    consider whether you can complete whatever you don't complete

4    with her tomorrow afternoon by deposition.

5            MR. BERNARD:  We will certainly -- I -- we're open

6    to that, and you would certainly --

7            MR. TALBERT:  We are, too.

8            MR. BERNARD:  -- certainly get a few hours with her

9    tomorrow, and I think during the direct testimony, you can,

10   you know, judge her demeanor and certainly get the gist of

11   what she has to say.

12           THE COURT:  Right.  And if you are concise in your

13   direct examination, I can get a sense for her responses on

14   cross-examination, and then carry that forward when I review

15   the deposition transcript.

16       So what -- the reason I'm doing this, obviously, is this

17   testimony -- this sentencing tomorrow is very important for

18   the defendant I'm sentencing, and it's very important also

19   more generally to be sure I get it right, and, unfortunately,

20   what's happened is, as I've just told you, they've been filing

21   things today.  I've been trying to review them as I've gone

22   out.  But I don't want to do a slipshod job on someone's

23   sentencing.

24       My -- I'm going to be reviewing that tonight.  I hope

25   that I'm going to be up to speed on it tomorrow, but if I'm

1    not, I may have to simply cut this off and have you go forward

2    and do depositions because the alternative, of course, is that

3    you bring her back on Monday, and that would relieve the

4    pressure.

5              MR. BERNARD:  Although we have a full lineup of

6    witnesses for next week, as well, including Dr. Santschi,

7    who's traveling in over the weekend.

8         But we -- we will work it out and --

9              THE COURT:  The one other thing you could do, which

10   I think -- we haven't talked about, but we do have the

11   capacity to do it, is to finish testimony by videoconference

12   deposition, which I've found actually works very, very well,

13   so long as the person you're deposing has the same information

14   that you have.  The only -- the one problem I've found is

15   suddenly you say I'd like you to refer to Exhibit 104-A and

16   that witness doesn't have it with them.

17        If they -- if they have the same information you have,

18   then it works extremely well.  If they don't, it doesn't work

19   at all.  So that's the other alternative, and I'm more than

20   happy to have you -- I'm sure that the Smithsonian has some

21   sort of videoconference capacity, and if you want to talk to

22   the technical people here, we could do that, as well.

23             MR. BERNARD:  And that would be outside the presence

24   of Your Honor and then you --

25             THE COURT:  No, right here.

1         MR. BERNARD:  Oh, I see, we would do it here, but

2   the witness would not be present.

3         THE COURT:  The witness would be present over the --

4         MR. BERNARD:  Somewhere else.

5         THE COURT:  -- the magic of the --

6         MR. BERNARD:  Right.

7         THE COURT:  -- of technology.

8         MR. BERNARD:  Okay, okay, not present in the flesh.

9   I get it.  That is certainly also an alternative that we

10  could --

11        THE COURT:  Well, there is -- there is a range of

12  alternatives, and I'm trying to make it as -- I realize that

13  we're all trying to work together to get this in.

14     But, in any event, I'm going to work as hard as I can

15  tonight to get the sentencing ready, but if I just can't

16  finish it -- and it's a -- it's going to be a difficult and

17  complicated sentencing -- then I'm -- she's going to have to

18  take precedence over you folks, I'm afraid.

19        MR. TALBERT:  Understood.

20        MR. BERNARD:  Understood, Your Honor.

21        THE COURT:  All right.  Court will stand in recess.

22     (Proceedings concluded at 2:40 p.m.)

23

24

25

1                           CERTIFICATION

2          I certify that the foregoing is a correct transcript from

3     the record of proceedings in the above-entitled matter?

4

5

6     /s/ Julie G. Edgecomb                    June 12, 2014
      Julie G. Edgecomb, RMR, CRR              Date
7     Official Court Reporter

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25