1              UNITED STATES DISTRICT COURT

2                  DISTRICT OF MAINE

3   MAINE PEOPLE'S ALLIANCE        )
    and NATURAL RESOURCES          )
4   DEFENSE COUNCIL, INC.,         )
                                   )
5              Plaintiffs          )
                                   )              CIVIL ACTION
6                                  )
         vs.                       )   Docket No. 1:00-cv-00069-JAW
7                                  )
                                   )              BENCH TRIAL
8   HOLTRACHEM MANUFACTURING       )
    and MALLINCKRODT LLC,          )
9                                  )
               Defendants.         )
10

11                   VOLUME IX

12            TRANSCRIPT OF PROCEEDINGS

13      Pursuant to notice, the above-entitled matter came on

14   for BENCH TRIAL before the HONORABLE JOHN A. WOODCOCK, JR.,

15   Chief District Judge, in the United States District Court,

16   Bangor, Maine, on the 13th day of June, 2014, at 8:34 a.m.

17   APPEARANCES:

18   For the Plaintiffs:              Mitchell S. Bernard, Esquire
                                      Aaron S. Colangelo, Esquire
19                                    Rachel E. Heron, Esquire
                                      Jared J. Thompson, Esquire
20
     For the Defendants:             Patricia H. Duft, Esquire
21                                    Sigmund D. Schutz, Esquire
                                      Jeffrey D. Talbert, Esquire
22

23                    Julie G. Edgecomb, RMR, CRR
                         Official Court Reporter
24

25   Proceedings recorded by mechanical stenography; transcript
     produced by computer.

1

<u>INDEX OF PROCEEDINGS</u>

2
Page:

Testimony:  (see below)

3
<u>INDEX OF WITNESSES</u>

4
Page:

5   JAMES WIENER  (called by Mr. Bernard)

6   Redirect Examination by Mr. Bernard                1557

7   CYNTHIA GILMOUR  (called by Mr. Colangelo)

8   Direct Examination by Mr. Colangelo                1561
    Cross-Examination by Mr. Talbert                   1630
9   Redirect Examination by Mr. Colangelo              1644

10                      <u>INDEX OF EXHIBITS</u>
    Joint
11  <u>Exhibit No.</u>    <u>Description</u>           <u>Offered</u>    <u>Admitted</u>

| Joint Exhibit No. | Description | Offered | Admitted |
|---|---|---|---|
| 69 | Gilmour, Activated Carbon Mitigates Mercury | 1606 | 1606 |
| 70 | Table 19-8 | 1602 | 1602 |
| 71 | Figure 19-5 | 1604 | 1604 |

12      69      Gilmour, Activated Carbon        1606       1606
                Mitigates Mercury
13      70      Table 19-8                       1602       1602
        71      Figure 19-5                      1604       1604
14
    Plaintiffs'
15  <u>Exhibit No.</u>    <u>Description</u>           <u>Offered</u>    <u>Admitted</u>

| Plaintiffs' Exhibit No. | Description | Offered | Admitted |
|---|---|---|---|
| 71 | Gilmour, Statistical Models | 1577 | 1577 |

16      71      Gilmour, Statistical Models      1577       1577

17

18

19

20

21

22

23

24

25

1       (Counsel present in open court.)

2       (James Wiener, having been previously duly sworn, resumed

3   the witness stand.)

4           THE COURT:  Good morning.

5       In terms of the schedule, have you had an opportunity to

6   talk to each other, or where are we -- did we make any

7   progress on that?

8           MR. TALBERT:  Yes, Your Honor.

9           MR. BERNARD:  Yes.

10          THE COURT:  And?

11          MR. BERNARD:  We're going to finish with Dr. Wiener

12  very quickly this morning.  And then Dr. Gilmour is here, and

13  we're going to do our best to finish her testimony by one

14  o'clock, and if we don't, we will work out what happens after

15  that.  But we're hoping to finish her by one o'clock today.

16          THE COURT:  Well, yeah, one o'clock's going to be --

17  the sentencing is set for 1:00.

18          MR. BERNARD:  I see.

19          THE COURT:  I believe, isn't it?  Yeah, the

20  sentencing is -- is scheduled for one o'clock precisely.

21          MR. TALBERT:  Your Honor, if --

22          THE COURT:  And I do need to meet with counsel and

23  the probation officer before the sentencing.

24          MR. BERNARD:  I think if we go as long as we can --

25  we're going to start her in a few minutes.  I think if we

1  go -- you know, we'll get as far as we can with her today, and

2  we've decided to allocate the time so that we will take time

3  on direct, and then Mallinckrodt will get time on cross, and

4  we'll reserve some time for redirect.  If we don't get to the

5  end of that process, then we'll do the rest by video so that

6  Dr. Gilmour doesn't have to return.

7          THE COURT:  Right.  Again, I apologize for this.

8  It's very, very unusual that I'd be backed up every single day

9  with a major sentencing, but this one is a very complicated,

10  involved sentencing at one o'clock.  And virtually every day

11  this week, I've had a complicated sentencing, but this takes

12  the cake.  I've been -- I'm not complaining about working hard

13  because I know what you guys do, and I'm sure you've been

14  burning the midnight oil.  I remember trying cases.

15      But this -- and I'd be willing to do whatever I can to

16  accommodate, but I really feel that I -- I need to have a

17  little time to talk to the lawyers on the sentencing and also

18  the probation officer because the sentencing issues have

19  turned out to be a little fungible, and they're moving around,

20  and I need to nail the issues down before I walk in.

21          MR. BERNARD:  How much time will you be able to sit

22  on this case today, Your Honor?

23          THE COURT:  I don't really want to sit any longer

24  than noon.

25          MR. BERNARD:  So I suggest that we complete

1   Dr. Wiener, which I think we could do expeditiously.  And then

2   we will divide the time -- let's say it's nine o'clock.  I

3   don't know to what extent Your Honor can limit the breaks, and

4   of course the reporter is -- you know, may need a break, too,

5   but if we can take as much testimony as possible until noon,

6   then we'll pick it up and finish by video.

7            THE COURT:  That's fine.  I'll just indicate I'm --

8   apart from today, I'm going to be as flexible as I possibly

9   can for you, and if you -- there are a number of different

10  alternatives that we can talk about either now or later in

11  terms of testimony.  We're scheduled basically until the end

12  of June here.  If you want to sometime -- I suspect we're

13  not -- I'm not going to be able to issue a decision before

14  July 4th, for example.  You're going to want to presumably do

15  something post-hearing, and my suggestion is that I'm willing

16  to accommodate you.  If you want to take, for example, a

17  witness by video -- by videoconference during the month of

18  July, that's a possibility.  We don't need to shut the door on

19  this at the end of June if there's a little piece that we need

20  to finish up.  You can do it by video deposition without my

21  being present.  You can do it by deposition.  Whatever -- I'm

22  willing to accommodate whatever the lawyers want to do here.

23      I realize -- I think you've done an admirable job in

24  bringing people here and being efficient, but I'm willing to

25  help you in any way I can.

1           MR. BERNARD:  We appreciate that, Your Honor.  And I

2    think we will confer and we'll do our best to work it out.

3           THE COURT:  Very good.

4           MR. TALBERT:  Thank you, Your Honor.

5           THE COURT:  Thank you.  You may proceed.

6           MR. SCHUTZ:  Your Honor, and Dr. Wiener, in light of

7    these considerations, I will not ask any further questions of

8    you and complete my cross-examination as of where we left off

9    yesterday.

10           THE COURT:  Remarkably efficient.

11           MR. BERNARD:  I'm going to be nearly as efficient.

12                        REDIRECT EXAMINATION

13    BY MR. BERNARD:

14    Q    Dr. Wiener, you were showed yesterday a -- by opposing

15    counsel a spreadsheet, actually, we -- a draft of a

16    spreadsheet that I had showed you on your direct examination,

17    summarizing your peer-review comments on the Phase II Report.

18    Do you remember that?

19    A    Yes.

20    Q    And on a number of the chapters, you indicated in the

21    box for comments that you did not have significant criticism

22    of the substance of a particular chapter.  Do you recall that?

23    A    Yes.

24    Q    And -- and did that notation mean that you didn't review

25    the chapter in question?

1   A      Absolutely not.  I provided oftentimes comments of --

2   you know, of a not greatly significant nature, that the

3   statement that I had no major criticisms or comments on the

4   report basically was a translation of I find no -- I find no

5   significant fault with the science.

6         I might have had specific comments on parts.  I might

7   have had suggestions regarding restructuring, rewording, but

8   that -- each of those chapters was reviewed.

9         And the Study Panel was primarily interested -- their

10  primary interest was really in, have we missed anything?  Have

11  we overlooked anything?  Have we made a mistake in terms of

12  the interpretation of our findings?

13  Q      And to the degree you had limited criticisms of the

14  substance of the science in a particular chapter, did that

15  reflect your view of the scientific quality of the report you

16  were reviewing?

17  A      It did.

18  Q      And is it one of the best studies you've seen in the

19  more than 30 years you've been working on aquatic systems

20  contaminated with mercury?

21  A      It is one of the two best studies I've seen, and I would

22  say, if you consider the enormous complexity of the system

23  that was studied, this could easily be considered the best

24  study that has been done on mercury at the ecosystem scale.

25         MR. BERNARD:  Your Honor, I have nothing further.  I

1   do want to let you know that Dr. Wiener approached me this

2   morning, and I shared this with opposing counsel, and asked

3   whether he could be shown a document that was the subject of

4   questioning yesterday.  And I told him that we would ask you

5   that if you were interested in hearing it, and I would be

6   happy to show him a document if he wants to see it.  I

7   don't -- is that acceptable?

8            THE COURT:  Sure.  Do you have any -- do you have

9   any objection?  I'm not sure what document we're referring to.

10           MR. SCHUTZ:  My only concern is that we are very

11   pressed for time.

12           MR. BERNARD:  Maybe I could just ask him whether --

13   BY MR. BERNARD:

14   Q    Is there something in particular that came up yesterday

15   that you want to clarify or -- or say something about?

16   A    Yes, there was a paper that was brought up as evidence,

17   a paper by Dillon and others, 2010.  That was a paper that

18   developed a dose-response curve for lethality-related

19   endpoints.  Lethality could include mortality, failure of eggs

20   to hatch, failure of fish to spawn, lethal abnormalities

21   caused by methylmercury exposure.

22        And that finding, I think, provided that -- the findings

23   of that study provided ample evidence for the importance of

24   reproduction as an endpoint and concluded that your --

25   reproduction was a very sensitive endpoint, and that studies

1    that fail to include reproduction are going to underestimate

2    effects at population levels.

3              MR. BERNARD:  Okay.  That's all I have, Your Honor.

4              THE COURT:  All right.  Fine.  Do you have anything

5    further?

6              MR. SCHUTZ:  No, Your Honor.

7              THE COURT:  Thank you very much.  Thank you,

8    Dr. Wiener.

9              THE WITNESS:  Thank you.  My pleasure.

10        (The witness left the witness stand.)

11             MR. BERNARD:  Plaintiffs call Dr. Cynthia Gilmour.

12             THE CLERK:  Please raise your right hand.  Do you

13   solemnly swear that the testimony you shall give in the matter

14   now in hearing shall be the truth, the whole truth, and

15   nothing but the truth, so help you God?

16             THE WITNESS:  I do.

17             THE CLERK:  Please be seated.

18             MR. BERNARD:  Your Honor, if I may, just for the

19   record, the study -- the Dillon study that Dr. Wiener just

20   referred to is Joint Exhibit 103.

21             THE COURT:  Thank you.

22             MR. BERNARD:  Just for the record.

23             THE CLERK:  Please state your name and spell your

24   last name for the record.

25             THE WITNESS:  Cynthia Gilmour, G-i-l-m-o-u-r.

1   CYNTHIA GILMOUR, having been duly sworn, was examined and

2   testified as follows:

3                      DIRECT EXAMINATION

4   BY MR. COLANGELO:

5   Q       Good morning, Dr. Gilmour.

6   A       Good morning.

7   Q       Where are you employed?

8   A       Smithsonian Institution.

9   Q       What is your position there?

10  A       I'm a senior scientist.

11  Q       What is your educational background?

12  A       I have a bachelor's degree from Cornell University in

13  biochemistry.  I have a Ph.D. from the University of Maryland.

14  Q       What are your areas of professional expertise?

15  A       Ah, my expertise is in biogeochemistry and microbial

16  ecology, specifically the cycling of mercury in the

17  environment.

18  Q       How long have you studied mercury?

19  A       Since 1985.

20  Q       Have you studied mercury methylation in a range of

21  ecosystems?

22  A       Many, many.

23  Q       Where?

24  A       Wow.  Ah, all over the place.  Ah, I started out working

25  in Quabbin Reservoir in Massachusetts.  I've worked on Cape

1    Cod.  I've worked in northern Minnesota.  I've worked in the

2    Everglades, worked in Chesapeake Bay.  I've worked in western

3    Ontario at a study site called the Experimental Lakes Area,

4    where we can manipulate lakes and look at the response of

5    lakes to changes in things, and we did a study where we added

6    mercury to a lake and watched what happened.

7         Ah, I'm sure there's a lot more I can't remember.  And

8    we worked on a number of contaminated sites, as well.  Ah, a

9    long list.

10   Q    Does your work also involve conducting laboratory

11   studies?

12   A    Yes.

13   Q    And have you conducted laboratory studies related to

14   methylmercury uptake by organisms?

15   A    Only a limited number.

16   Q    What role did you play --

17             MR. COLANGELO:  Your Honor, for the record,

18   Dr. Gilmour's CV is Joint Exhibit 21.

19             THE COURT:  Thank you.

20   BY MR. COLANGELO:

21   Q    What role did you play in the Penobscot River Mercury

22   Study?

23   A    Ah, I was asked to study, ah, the controls on

24   methylmercury production in the ecosystem, and a big piece of

25   that was understanding where methylmercury production was

1  happening and also looking at the -- the chemistry that

2  controlled that production.

3  Q     And what do you mean when you use the term control?

4  A     Um, I'm talking about trying to figure out all the

5  things that affect how much methylmercury is produced,

6  including how much mercury is there, the activity of the

7  organisms, the microorganisms that make methylmercury, the

8  chemistry of the ecosystem, the -- the plants in the

9  ecosystem, the tide, salinity, all those things contribute.

10 Q     Okay.  Did you draft two chapters of the Penobscot River

11 Mercury Study Report?

12 A     I did.

13 Q     Okay.  The first is Chapter 11?

14 A     Yes.

15 Q     What does that chapter address?

16 A     Ah, Chapter 11 talks about distribution and control of

17 methylmercury production in the Penobscot ecosystem.

18 Q     And does that mean where is methylmercury production

19 happening and why?

20 A     Yes.

21 Q     What were your big-picture conclusions from that work?

22 A     Ah, our big-picture conclusions were that the tidal

23 marshes in the river were particularly important sites of

24 methylation.  Methylation rates were particularly high there.

25         Another important conclusion was that methylation rates

1    in the tidal marshes in the Penobscot were exceptional.  Um,

2    having studied dozens and dozens of ecosystems, ah, the amount

3    of methylmercury production in Mendall Marsh is among or

4    perhaps the highest I've ever seen and among and perhaps the

5    highest of what's out there in the published literature.  So

6    exceptional methylmercury production was, for a scientist, the

7    most interesting aspect of the study.

8    Q    And did you draw any conclusions about what's causing

9    that?

10   A    Yes.

11   Q    What were they?

12   A    Ah, part of it is -- is elevated mercury concentrations,

13   and part of it is the unique chemistry of a salt marsh.  Salt

14   marshes tend to be good places to make methylmercury.  We've

15   studied salt marshes in a number of places, mostly in my back

16   yard, in Chesapeake Bay.

17        But there's a number of things that impact methylmercury

18   production.  One of the most important is whether the bacteria

19   that make methylmercury can -- can access the mercury to

20   change it into methylmercury.  And in salt marshes, there's a

21   lot of dissolved organic matter.  So if you go out and you

22   look at one of the rivers around here and you see it it's kind

23   of brown, that's dissolved organic matter, it's leaves and

24   plants that are decaying and dissolved in the water.  And that

25   stuff absorbs mercury, and it helps to keep it in a form

1   that's readily accessible to the microorganisms that make

2   methylmercury.

3       So the amount and the kind of dissolved organic matter

4   in the marsh contributed substantially to high methylmercury

5   production.

6       And then the other thing that -- marshes are good at

7   making methylmercury because there's just a lot of microbial

8   activity there.  There's so much plant activity, the water is

9   going up and down, bringing in nutrients twice a day.  So

10  microbial activity is generally high in marshes, and the kinds

11  of bacteria that make methylmercury are particularly abundant

12  there.

13  Q    Did you also draft Chapter 19 of the Penobscot River

14  Mercury Study?

15  A    Yes.

16  Q    What does that chapter address?

17  A    That's a study of activated carbons and some other

18  sorbents and amendments as -- it's a trial, small-plot study

19  to look and see whether any amendments to Mendall Marsh might

20  be effective in reducing the risk of methylmercury to

21  organisms in the marsh.

22  Q    What do you mean by the term amendments?

23  A    Things that you can throw on the top of the marsh that

24  might help, and the amendments we used included activated

25  carbon, which is like charcoal in your grill, biochar, which

1   is a cheaper version of the same thing, iron, and, um, hm --

2   I'm sorry -- I don't remember the last one.  It didn't work.

3   Q    Is it lime?

4   A    Yes, thank you.

5   Q    And have you conducted similar amendment studies

6   elsewhere?

7   A    Yes.

8   Q    Where?

9   A    We started out in the laboratory in small test bins that

10  we call microcosms, and we worked with sediments from four

11  contaminated studies in that study.  And those four sites are

12  South River, Virginia, which was a freshwater site, a lake in

13  New Jersey that's contaminated, Berry's Creek in New Jersey,

14  which is a salt marsh, and Canal Creek in Chesapeake Bay,

15  which is also a contaminated estuarine sediment.

16  Q    Is Canal Creek within the Aberdeen Proving Grounds?

17  A    It is.

18  Q    Okay.  Is that a defense department installation?

19  A    Yes, it is.

20  Q    Okay.  What were your big-picture conclusions from the

21  plot studies that were the subject of Chapter 19?

22  A    Ah, our conclusions were that surface amendments to the

23  marsh could be effective in reducing methylmercury risk to

24  biota in the marsh.

25  Q    And over what time period did you conduct that study?

1    A      Two years.

2    Q      Let's turn to the details of the first project -- or the

3    first chapter we talked about, Chapter 11.  When did you

4    conduct the field sampling for this analysis?

5    A      I think our first field excursion was fall of '9 and we

6    finished up in '11.

7    Q      And I have both your chapters here.  I'll show you

8    images from them, and if there's anything you want to see to

9    help you answer a question, please let me know.

10   A      Okay.

11   Q      If there's a particular figure or passage or a table, I

12   can put it up for you.

13   A      Thank you.

14   Q      Okay.  So I'm showing you -- this is Page 11-6 of

15   Chapter 11, which is Joint Exhibit 6-11.  And does this

16   reflect your initial study site areas in the Penobscot

17   marshes?

18   A      Um, I can't see the top of that.  I think W10 didn't

19   make it on -- there it is.

20   Q      Thank you.

21   A      Ah, yeah, yes.

22   Q      Okay.  Can you describe what this shows?

23   A      Um, this is a map of the sites where we examined mercury

24   and methylmercury concentrations and the chemistry that goes

25   along with the control of methylmercury production.

GILMOUR - DIRECT EXAMINATION/COLANGELO

1568

1    We focused on four marsh complexes in the river based on
2    the early look at mercury and methylmercury in the river that
3    had been done by the rest of the Study Team prior to us
4    starting, and we also looked at some sediments in the estuary.
5        At each of these sites, we -- we looked at multiple
6    sites within each of these sites from the high part of the
7    marsh down onto the tidal mudflats.
8    Q    And if you want to illustrate anything, that's a touch
9    screen in front of you.  So if you -- you can draw on it or
10   point to things if it's helpful to your support your
11   testimony.
12   A    Okay.
13   Q    So can you indicate where Mendall Marsh is in this
14   figure?
15   A    Yeah, it's down in here.
16   Q    Okay.  And what are these other marshes that you looked
17   at -- W10, W17, and W26?
18   A    Um, we were interested in looking at a range of marshes
19   across salinity gradient, because we know salinity has an
20   impact on methylmercury production.
21        So W10 is almost a freshwater marsh.  It's way up at the
22   head of tide in the river.  W17 actually turned out to be
23   pretty comparable to Mendall Marsh in terms of salinity.  And
24   then W26 is way in the back of the Orland River.
25   Q    How does that compare to Mendall Marsh?

1    A      In what way?

2    Q      Salinity.

3    A      Um, I think it was a little higher.

4    Q      And did you also do some field sampling along a transect

5    here in the lower -- in -- inside Fort Point?

6    A      Yes.

7    Q      Why did you do that?

8    A      Um, the preliminary data suggested that the marshes

9    might be the -- the locations of highest methylmercury

10   production.  But in Chesapeake Bay, we know that bottom

11   sediments are important in methylmercury production, so I -- I

12   was being cautious.  I just wanted to check.

13          Um, it's tough to get sediments to look at up in the

14   main part of the river.  The river is scoured and the bottom

15   is rocky and sandy and not great places for bacterial

16   activity.  So this was a way to look at what was going on in

17   the bottom of the river.

18   Q      Did you expand the study within Mendall Marsh in 2011?

19   A      Yes.

20   Q      Why did you do that?

21   A      Um, the sites that had been initially picked were at the

22   edges of the marshes, and our experience with marshes

23   suggested that the -- the big marsh platforms might be places

24   where a lot of methylmercury production could occur.  So we

25   expanded our study sites after our, you know, first -- first

1   looks out in the ecosystem.

2   Q    And let me show you Page 11-46 from Joint Exhibit 6-11.

3   Does this indicate the expanded sampling within Mendall Marsh

4   in 2011?

5   A    Yes.

6   Q    Okay.  Who chose these sampling locations?

7   A    Hm, um, I chose some of them; Dianne Kopec chose some of

8   them.

9   Q    How did you collect the samples for analysis?

10  A    Ah, we walked out on the surface of the marsh and

11  collected sediment cores to look at mercury and methylmercury

12  in the solid phase, and then we collect pore waters, which is

13  the water that's inside the marsh, with a thing called a

14  sipper.  It's basically just a stainless-steel tube that we

15  put in the marsh and pull a syringe full of liquid back.

16  Q    You used --

17  A    Those are our major sampling techniques for the later

18  part of the study.

19  Q    You used the term solid phase.  What does that mean?

20  A    Not liquid, the -- the plant matter and the peat in

21  the -- in the marsh.

22  Q    What parameters did you measure in the samples that you

23  collected?

24  A    Wow, a lot of things.  Um, so our choice of analytes was

25  based on having done this in lots of other places.  So,

1  obviously, we measured mercury and methylmercury.  We also

2  measured the basic concentration of -- the elemental

3  composition of the soils, so things like iron and manganese.

4  Basic stuff like the bulk density.  How much water is in the

5  soil versus how much organ -- solid is in the soil, the

6  organic content of the soil, the sulfur content of the soil.

7  We know sulfur is an important driver of methylmercury

8  production.

9       And then in the pore waters, we would measure things

10  like salinity, how -- you know, how much salt is in there.

11  How much sulfate is in there, which comes in from the ocean.

12  That's a -- well, a driver of mercury methylation because

13  that's -- the bacteria that make methylmercury respire sulfate

14  like we respire oxygen, so sulfate's a critical piece.

15            THE COURT:  Can you pull yourself up a little bit so

16  that we can hear you a little better?

17            THE WITNESS:  Sorry.

18            THE COURT:  And move that microphone.  Thank you.

19            THE WITNESS:  Okay.

20  A     So we measured anions, sulfate chloride, nitrate,

21  ammonium.  We measured sulfide.  We measured organic matter.

22  We characterized the organic matter spectrophotometrically.

23  There's probably more, but that's what I can recall off the

24  top of my head.

25  BY MR. COLANGELO:

1   Q     As a result of your analysis, what did you find

2   regarding the distribution of methylmercury in Penobscot

3   marshes?

4   A     Um, we found that the -- the marshes in the -- the

5   mesohaline, meaning the middle of the salinity range, like

6   Mendall Marsh and W17, um, produced an exceptional amount of

7   methylmercury, more than the -- the marshes further up the

8   salinity gradient.

9         We found that the marsh platforms, you know, if you're

10  driving along the road down there, you see Mendall Marsh is a

11  big, flat plain.  I call that the marsh platform.  So the

12  marsh platform is the place where the methylmercury production

13  is the highest.  Once you get out into the mudflats and the

14  edges of the marsh, methylmercury production is somewhat less.

15  Q     Did you compare -- what did you conclude regarding the

16  percent methylmercury values relative to other ecosystems that

17  you've studied?

18  A     Ah, in the report, I put together a figure that shows

19  mercury and methylmercury plotted against each other across

20  many of the ecosystems we've studied, and it's a plot I've

21  been using for a lot of years trying to -- each time we study

22  a new ecosystem, that helps put it into context.

23        And we were -- we went back and redid all of our early

24  analyses because I didn't believe the numbers -- the numbers

25  were that high for methylmercury in the system.  So in -- in

1    this graph -- oh, look at that.

2    Q     This is Page 11-90.  Oh, I'm sorry.  Let me clear that.

3    A     That's okay.

4    Q     This is Page 11-90 from Joint Exhibit 6-11.  And can you

5    indicate what this shows?

6    A     So across the X axis is the concentration of mercury in

7    the solid phase, how much mercury is in the soil or the

8    sediment.  And this one is methylmercury.  These are both log

9    scales.  So each of these numbers is a factor of 10 higher

10   than the next.  And then these red dots here are -- are data

11   from the Penobscot River ecosystem, and you can see that,

12   relative to the total mercury concentration, the methylmercury

13   concentrations are particularly high, so they -- they stand

14   out along this axis compared to many of these other

15   ecosystems.

16   Q     What's the basis of your knowledge of conditions in

17   these other ecosystems indicated here?

18   A     These are all data that my lab collected.

19   Q     How many years of work does this figure represent?

20   A     Well, some of -- some of these go back into the early

21   '90s.

22   Q     Several decades?

23   A     Sure.

24   Q     Is -- are all of these locations indicated here

25   contaminated sites -- other mercury-contaminated sites?

1   A     No, they are not.

2   Q     Which ones are?

3   A     This is Canal Creek, which is Aberdeen Proving Grounds.

4   That's a DOD site on Chesapeake Bay that was also contaminated

5   by a chlor-alkali plant that DOD owned during World War II.

6   This is Berry's Creek, New Jersey, contaminated by a mercury

7   recycling plant.  And then there's a little bit of data from

8   South River, I can't really see it, it's in here somewhere,

9   South River, Virginia, which was a different kind of

10  manufacturing, a freshwater river.  It's the orange squares.

11  There's not many of them on the graph.

12  Q     What is L658 wetland?  What does that refer to?

13  A     That is the wetland at our study site at the

14  Experimental Lakes Area in Ontario.  This is a very clean

15  system in -- far west in Ontario where they don't get much

16  atmospheric mercury deposition.  So there's a range of --

17  we're working here on a site that's contaminated from a point

18  source of mercury.

19        But all across the U.S. we have atmospheric mercury

20  deposition, and that deposition is higher here on the east

21  coast than it is further west, just because there's more

22  upland.  So ELA is in a very pristine location in terms of

23  mercury deposition.  It's a site we studied -- we've been

24  studying for more than 15 years now.

25  Q     Let me show you the second figure along these lines,

1    which is from Page 11-92 of Joint Exhibit 6-11.  What does

2    this figure reflect?

3    A     Um, the X axis on this figure is the same as the last

4    one.  That's the total mercury concentration in the sediment

5    or soil per gram.  This axis is now the concentration of

6    methylmercury in the pore water in the soil, so in the liquid

7    phase in the soils.  And -- and this is interesting because

8    this is the methylmercury that's most available to organisms.

9    So that's why we care about methylmercury in pore water.  And

10   here's the Penobscot System.

11   Q     And in your report you say that the very high fraction

12   of mercury in pore water that is methylmercury is an unusual

13   feature of the Penobscot System.  Do you recall that?

14   A     Yes.

15   Q     Why is that?

16   A     Ah, I think it's because of the -- the quantity and kind

17   of organic matter in the river and some of the other chemistry

18   in -- that's unique to these kinds of salt marshes.

19   Q     And what's the relevance of this?  Could you elaborate

20   on the point you just made about why you care about

21   methylmercury in pore water?

22   A     Um, when we started to work with activated carbon as a

23   remediation tool for mercury in sediments and soils, ah, I

24   work with a guy name Upal Ghosh at the University of Maryland

25   Baltimore County, and he and I did a study where we looked at

1    accumulations of mercury in microcosms, so little buckets of

2    mud.  And it was our first test to see whether activated

3    carbon might -- might work for remediating mercury.  He'd been

4    doing this with PCBs for years and came to me and said, hey,

5    this should work.  Let's try it.

6         So we tried it in the lab, and we used little worms as

7    our indicator of risk and exposure, and what we found was that

8    the -- the rate of uptake of methylmercury by the worms was

9    related to the concentration of methylmercury in pore water.

10   So it's an indicator of the mercury that's available for

11   uptake by the organisms.

12   Q    In your opinion, what are the major factors influencing

13   the high methylmercury production in Mendall Marsh?

14   A    Mercury, the fact that it's a salt marsh, the kinds of

15   organic carbon that the plants in Mendall Marsh make, and its

16   position in the salinity gradient in the river.

17   Q    The first factor that you mentioned, what's the -- do

18   you mean total mercury when you say mercury?

19   A    Yes.

20   Q    Okay.  What's relevance of total mercury for

21   methylmercury production in Mendall Marsh?

22   A    Mercury is the substrate for mercury methylation.

23   Q    What do you mean by that?

24   A    Methylmercury is formed from inorganic mercury.

25   Q    What relationship did you find between total mercury

1   concentrations and methylmercury concentrations?

2   A    We found a significant relationship across the entire

3   ecosystem between mercury and methylmercury and also within

4   individual components of the ecosystem.

5   Q    Did you conduct a statistical analysis to identify the

6   significance of that relationship?

7   A    I did.

8   Q    Okay.  Let me show you Plaintiffs' Exhibits 71.  This is

9   a document that you produced.

10         MR. COLANGELO:  And, Your Honor, I'd like to move

11   this into evidence.

12         THE COURT:  Plaintiffs' 71?

13         MR. TALBERT:  No objection.

14         THE COURT:  Plaintiffs' 71 is admitted without

15   objection.

16   BY MR. COLANGELO:

17   Q    Can you read this document, Dr. Gilmour?

18   A    I can.

19   Q    Okay.  So take a look at this first paragraph here.  You

20   state, in my opinion, mercury in sediments and soils is a

21   significant explanatory variable for methylmercury in

22   Penobscot sediments and soils.  The models described below

23   demonstrate that methylmercury concentrations in Penobscot

24   sediments and marsh soils are empirically predictable from

25   total mercury when the effects of other variables that

1   influence methylmercury concentrations are also considered.

2   Do you see that?

3   A    Yes.

4   Q    Okay.  And we'll walk through your explanation in a

5   second.  But can you explain what you mean by that?

6   A    Um, in my original report, um, I started to show these

7   relationships between mercury and methylmercury.  When the

8   expert reviews came back, Dimitri Vlassopoulos came back and

9   said, I don't think this is significant or important.  I can't

10  remember his exact words.  So I went back in and did a little

11  bit more statistical analysis to look at those relationships.

12       It's important to recognize that methylmercury

13  production isn't the same everywhere in the ecosystem, and so

14  if you just plot mercury against methylmercury for everything

15  in the ecosystem, it looks pretty scattered, and you might

16  say, ah, it's not important.

17       It's actually a significant relationship, meaning

18  there's enough numbers there and the relationship is strong

19  enough that it predicts some portion of variability.

20       But that prediction is better when you account for the

21  other things that influence methylmercury production, and

22  those things are the depth of the soil.  We -- we are very

23  careful to look at methylmercury production at different

24  depths within the sediments and the soils, and the bacteria

25  are most active right up at the top.  So if you include all

1    the different depths in a plot of mercury versus

2    methylmercury, that makes it more scattered than if you just

3    looked at the surface soils, for example.

4         There's -- there's more methylmercury production from

5    mercury in marsh soils than there are in sediments.  So if you

6    just look at marsh soils, the relationship is better.  So

7    those are the other variables that I'm talking about -- depth,

8    site, ah, pH is another important variable.

9    Q    And when you mention Dr. Vlassopoulos, that's one of

10   defendants' expert witnesses; is that your understanding?

11   A    Yes.

12   Q    Okay.  Let me show you a table on Page 3 of this

13   document and ask you to explain what it means.  This is Page 3

14   of Plaintiffs' 71.  Can you explain what Table 1 refers to?

15   A    So this is a pretty straightforward statistical analysis

16   of the relationship between methylmercury and other variables

17   in our data set.  The first column explains the variables that

18   were included in the model, and so there are six or seven

19   different models here.  N means the number of samples for

20   which there were data available for all of the parameters in

21   the model.  R-squared is a measure of the goodness of fit of

22   the model.  And then the -- the next-to-the-last column is the

23   adjusted R-squared for the model if you took total mercury out

24   of the model.  And so you can compare the R-squared for the

25   whole model versus the R-squared for the model without mercury

1   in it and look at the difference and that gives you a measure

2   of how important mercury is within that model in explaining

3   the full model.

4        Ah, so, for example, the very last line here in the

5   table is a model of methylmercury in soils based on the total

6   mercury concentration in the soil, the depth of the soil, the

7   season, because bacteria do things differently when it's cold

8   and when it's hot, and the type of site, meaning marsh versus

9   sediment versus high marsh or low marsh, the site within the

10  marsh.

11       So for this model, ah, the R-squared is .68.  The

12  R-squared for the model without mercury is .31.  And so the

13  residual -- the variability explained by mercury is -- is

14  .37 -- the R-squared is .37.  Excuse me.

15       And you can look at the -- the variability explained by

16  mercury in each of these models.  There's a range there, but,

17  um, it averages out to about .3 for an R-squared for mercury.

18  Q    And is that a significant relationship?

19  A    They're all very significant.  I think the next table

20  shows the significance of each of the models.  There's a lot

21  of data here.

22  Q    This is Page 4.  Is this the table you're referring to?

23  A    Yes.

24  Q    Plaintiffs' Exhibit 71.  Okay.  Can you explain how this

25  shows the significance?

1   A      So statistically, when -- when you run a model like

2   this, you ask, how -- how likely is it that this model is just

3   due to -- to randomness, or how likely is it -- how likely is

4   it that you'd get a model like this if these things weren't

5   real?  And this very last column gives you the probability of

6   this -- the model being random.  And so probability is less

7   than .0001 percent.

8   Q      And what's the -- let me just read this paragraph above

9   the table here regarding slope of the relationship between

10  mercury and methylmercury.  What does the slope refer to?

11  A      So the -- the slope is how much -- how much

12  methylmercury changes for a given change in mercury

13  concentration.  So a one-to-one slope means that methylmercury

14  doubles for every doubling in -- in mercury concentration.

15  Q      And you write here, the parameter estimate for total

16  mercury in each regression model, Table 2, indicates how

17  methylmercury changes in response to mercury, while holding

18  other variables constant.  This addresses the issue raised by

19  reviewers of the slope of the relationship between mercury and

20  methylmercury assumed in models for response to change in

21  mercury load or concentration.  The average parameter value

22  for mercury in the multivariate models was -- in Table 1 was

23  .99, very close to the assumed one-to-one ratio used in

24  modeling the response of methylmercury to changes in mercury

25  in the Penobscot River Mercury Study Report.

1     What does that mean?

2  A     Ah, it means that the -- within these models, um, the

3  average change in methylmercury concentration for change in

4  mercury concentration is -- is one-to-one.  If you doubled

5  mercury, you would double methylmercury.

6  Q     So the fact that the slope of the relationship is

7  one-to-one, does that mean that you would expect a

8  proportional reduction in methylmercury for every reduction in

9  total mercury?

10 A     So correlation doesn't equal causation?

11 Q     Right.

12 A     But this -- based on the statistics, within the data set

13 that we have, that's the case.  If you have half as much

14 mercury, the -- within this data set, there's half as much

15 methylmercury.

16 Q     Did you find a range of percent methylmercury within

17 Mendall Marsh?

18 A     Yes.

19 Q     Okay.  Let me indicate where that is -- or let me show

20 you a figure that indicates that.  This is Page 11-47 of Joint

21 Exhibit 6-11.  And what does this show regarding the range of

22 the variability in percent methylmercury across the marsh?

23 A     I put this figure together to try to show how much

24 variability there is across the marsh and how that variability

25 relates to the kinds of plants that are growing on the marsh.

 1          Ah, a couple things to point out in this figure.  A

 2     typical methylmercury -- percent methylmercury in a sediment

 3     or soil might be 1 or 2 percent.  Salt marshes tend to be a

 4     little bit higher than that, but these are some pretty

 5     exceptional numbers -- 11, 17, 18 percent, those are numbers

 6     you don't very often see.

 7          But there -- there is variability in how much

 8     methylmercury is produced based on the elevation of the marsh

 9     and the type of vegetation, which are -- which are related

10     within the marsh.

11     Q    Does the variability in percent methylmercury in the

12     marsh undermine the point you just made regarding your

13     statistical analysis?

14     A    No, it does not.

15     Q    Why not?

16     A    I was trying to think of a good analogy to explain this,

17     and I didn't come up with a great one.

18          But, you know, if you have -- if you have -- if you have

19     a relationship where there's lots of things that impact that

20     relationship, ah, and -- and one of the things changes

21     everything by the same amount, just because there's scatter

22     within that relationship doesn't mean that you change things

23     it -- it won't change proportionally.  That doesn't sound like

24     a great explanation.

25          But, um, statistically, ah, it makes sense that, ah,

1    just because the -- the fraction of methylmercury is different

2    across different sites doesn't mean they won't all change

3    proportionally to a change in mercury concentration.

4    Q    So to take an example, if you have 11 percent

5    methylmercury in this location and 18 percent methylmercury in

6    this location, if you reduce total mercury, would you expect

7    to reduce methylmercury proportionally and then you would just

8    have 11 percent in this location of a lower number and

9    18 percent in this other location of a lower number?

10   A    Yes.

11   Q    Let me ask you briefly about principal component

12   analysis.  I'll show you Page 11-114 of your report.  What's

13   the purpose of principal component analysis?

14   A    Principal component analysis is a way to group

15   variables.  So we had dozens and dozens of things that we

16   looked at in this -- in this study, and we wanted to try to

17   put things together and say, which -- which kinds of variables

18   group together?  So the arrows going off in different

19   directions are a way of -- of grouping things into components,

20   or groups of variables.

21   Q    Is principal component analysis a way to see whether

22   individual variables, like total mercury and methylmercury,

23   are correlated?

24   A    It is not.

25   Q    What's a better way to answer that question?

1   A      The analysis -- the multiple regression analysis that we

2   just discussed.

3   Q      Turning to the chemistry measurements that you made,

4   very briefly, what's the relevance of the iron sulfur

5   chemistry in Mendall Marsh?

6   A      Ah, so, ah, the basic research that I do involves how

7   cells access mercury and get it into cells, and so we're

8   really interested in what -- how the mercury is complexed in

9   the marsh pore water.  So means, what's it bound to?  Is it a

10  simple salt, is it bound to chloride, or is it something more

11  complicated?  It's always something more complicated.

12         And one of the things we've been trying to understand is

13  how mercury is available to cells once sulfide is around.  So

14  sulfide is that rotten egg smell that you get when you're out

15  walking on the marsh.  Sulfide is a chemical that reacts with

16  metals and precipitates them.  And so old thinking is, well,

17  once you precipitate these metals, bacteria can't get at them

18  anymore.

19         But now we're learning that, even though the metals are

20  precipitating and mercury is precipitating as a sulfide in the

21  pore waters of these sulphatic marshes, that brown organic

22  matter that's in there holds those precipitates in solution,

23  it keeps them from growing.  So if you think about a sugar

24  crystal or a salt crystal growing in your kid's jar when

25  you're doing a little precipitation experiment at home, you're

GILMOUR - DIRECT EXAMINATION/COLANGELO

1    growing salt crystals, they start with little, tiny crystals

2    you can't see and they grow and they grow and they grow.  So

3    this brown organic matter, it's like Saran wrap that wraps

4    around these particles, and it keeps them from growing.  And

5    it turns out that that stuff is really available to bacteria

6    for mercury methylation, and this is some of the research

7    we've been doing in our lab over the last few years.

8        So it -- we've kind of changed our thinking about models

9    for mercury complexation over the last few years, and this all

10   sounds complicated.  And the reason we bothered doing it in

11   this system, where we're really focused on remediation, is to

12   try to understand -- we need to understand why there's so much

13   methylmercury production in this system because that helps us

14   understand how we might fix it.

15       And it's all tied up in what we've been doing with

16   activated carbon.  So this organic matter that holds mercury

17   in solution is readily removable by activated carbon, and we

18   knew that going in.  So since we knew that the organic matter

19   in solution was important in mercury bioavailability, we knew

20   that -- that activated carbon might be particularly good in

21   this site.

22       Sorry, that's a long explanation for your iron sulfur

23   question.  But to come back to the original question, iron and

24   -- and sulfide should also precipitate, meaning they come out

25   of the water phase, and they -- they're -- they stick to the

1  solid phase in the soil.  But we found a lot of iron and

2  sulfur together in the pore waters, which you wouldn't expect

3  chemically, and that's an indicator that this process we think

4  is happening, this organic matter holding metals in solution

5  is -- is happening here.

6  Q    How --

7  A    And this is one of the first places we really saw a lot

8  of it, so it was a good explanation for -- I think for why we

9  see so much methylmercury production here.

10  Q    How, if at all, does that impact methylation?

11  A    Ah, it means that the mercury in this system is

12  particularly available for methylmercury production.

13  Q    You also looked at sediment water partition coefficient;

14  is that right?

15  A    Yes.

16  Q    What does that mean?

17  A    That is just a ratio of the concentration in the water

18  phase, ah, compared to the concentration in the solid phase.

19  It's actually -- solid phase over liquid phase in the same

20  units.

21  Q    What does it mean if there's a low sediment -- sediment

22  water partition coefficient?

23  A    It means there's more water -- more mercury in the water

24  phase.

25  Q    And then if there's a high sediment water partition

1    coefficient, there's more mercury in the solid phase?

2    A    Yes, in that much less available solid phase.

3    Q    Okay.  What did you find -- and is there a shorthand

4    term for sediment water partition coefficient?

5    A    Yes, we call that a K subscript D.

6    Q    Okay.  So in your report, $K_d$ refers to this?

7    A    Yes.

8    Q    Okay.  What did you find with respect to those partition

9    coefficients in Penobscot marshes?

10   A    They're exceptionally low, meaning the amount of mercury

11   that's in the liquid phase is high compared to many other

12   ecosystems.

13   Q    And what implications does that have for mercury

14   methylation?

15   A    It means that the mercury is in a form that the bacteria

16   can get at and turn into methylmercury.  So lower Kd's mean

17   more bioavailability for methylmercury production by bacteria.

18   Q    Is that a partial explanation for the exceptionally high

19   methylation rates you observed in Mendall Marsh?

20   A    It's my opinion that it is, yes.

21   Q    If -- if a low partition coefficient drives

22   methylmercury production, what, in turn, leads to a low

23   partition coefficient?

24   A    Um, again, it's the -- the chemistry of the system, the

25   organic matter that's dissolved in the liquid phase, ah, I

1    think that's the -- probably the biggest driver, the amount

2    and the type of organic matter.

3    Q    Let me show you from the bottom of Page 11-100 of your

4    report of Joint Exhibit 6-11, and you're summarizing here in

5    this final chapter, Penobscot methylmercury biogeochemistry.

6    And you list a number of factors that you say are the drivers

7    of high methylmercury in Penobscot marshes.  There's one that

8    we haven't discussed yet.  I just wanted to ask you to

9    explain.

10        You refer to low partitioning of mercury to solids

11   resulting in high bioavailability for methylation, elevated

12   mercury in soils, that's the first one you list, and then you

13   have rapidly shifting redox conditions in surface marsh soils,

14   and high rates of microbial activity.

15        What does rapidly shifting redox conditions refer to?

16   A    Redox is a measure of how oxidizing or reducing a spot

17   in the marsh is.  So you can imagine the tide goes on and off

18   this marsh twice a day, and the bacteria in the marsh use up

19   the oxygen in the soils.  So when the tide comes up, bacteria

20   are happy and they start using up the oxygen, and the oxygen

21   goes away in the soils, and then when the tide comes back on

22   and there's a little bit of fresh oxygenated water, the redox

23   goes back up -- more oxygen.

24   Q    How would you compare the volume of data on

25   methylmercury in the Penobscot to other salt marshes?

GILMOUR - DIRECT EXAMINATION/COLANGELO

1590

1    A    I'm sorry.  Ask that again?

2    Q    How would you compare the volume of data on

3    methylmercury in the Penobscot compared to other salt marshes?

4    A    Um, as -- as far as I'm aware, it's the biggest data set

5    out there, until there's a big study that was just published

6    in the last month on rice agriculture systems, which are also

7    wetlands, in California.

8    Q    And would you say that this ecosystem is particularly

9    sensitive to mercury inputs?

10   A    Yes.

11   Q    If you're thinking about remediation, would that

12   sensitivity support aiming for a lower remediation target than

13   you might otherwise try to achieve?

14   A    You mean a remediation target for mercury concentration?

15   Q    Yes.

16   A    Yes.

17   Q    Does this apply to other marshes within the Penobscot

18   River, not just Mendall Marsh?

19   A    Mendall has the -- Mendall and -- and W17 have the

20   highest -- the highest sensitivity to mercury.  Um, they're

21   all relatively sensitive, so, yeah, it applies to a lesser

22   extent to the whole system.

23   Q    In -- in light of what you know, what type of

24   remediation approaches do you think would be most effective if

25   you want to reduce methylmercury production in Mendall Marsh?

1  A     Well, I think the activated carbon or perhaps biochar is

2  the way to go.

3      Um, I just came back -- I just flew in yesterday from

4  the Goldschmidt Conference in California, which is a

5  geochemistry conference, and knowing I was coming here, I was

6  pinging my colleagues about remediation tools for mercury.

7  And one thing that's really obvious is there's really no good

8  remediation tools for mercury.  The things that we have are

9  capping, which is really destructive and expensive, meaning

10 you put a big pile of sand on top of the marsh or on top of

11 the sediment, or dredging which is also expensive and

12 potentially destructive.

13     So the reason -- the reason to focus on activated carbon

14 as a remediation tool is because it's less expensive, it's

15 less destructive.  It focuses on the key thing, which is

16 reducing methylmercury exposure.  So we're not -- we're not

17 literally reducing the mercury in the system.  We're just

18 reducing how much, you know, the animals are exposed to

19 methylmercury, which is the key endpoint.

20     So I -- I guess what I'm trying to say is I think that

21 using activated carbon as a tool to remediate mercury is in --

22 in early days, and -- but there's nothing else that's good out

23 there.  So I -- I'm pontificating a little bit because I've

24 been thinking about this a lot, but I think it's worth going

25 forward with activated carbon as a remediation tool in this

1   system as a trial because there's really nothing else good

2   that's out there.  Everything else has big problems.

3   Q    Look at Page -- I'm showing you Page 11-101 of your

4   report, and you state, remediation approaches designed to

5   limit mercury bioavailability for methylation and/or the

6   delivery of mercury-contaminated river silt to surface marsh

7   soils may be most effective in reducing methylmercury

8   production in Penobscot marshes.

9            And have you been talking about the -- is that your

10  view?

11  A    Yes.

12  Q    Okay.  Have you been talking about the first half of

13  this?

14  A    Yes.

15  Q    Limiting mercury bioavailability for methylation?

16  A    Yes, that's the part that I'm much more familiar with.

17  Q    Okay.  And with respect to the second part, in your

18  view, is it clear that if you reduce delivery of total mercury

19  into the marsh, you will reduce methylmercury in the marsh?

20  A    That is my view.  That's not something we were able to

21  address directly, but we have addressed that in -- in other

22  studies.  I mentioned the study that we did at the

23  Experimental Lakes Area in Canada, which is one of the -- you

24  know, before this was one of the -- the biggest studies that

25  had been done.  It might still be about the same size.

1    We actually added mercury to a lake.  And we did this

2    study -- this started 15 years ago -- because, ah, people were

3    interested in figuring out whether if we reduced emissions

4    from power plants, from coal-fired power plants, we'd actually

5    manage to get less mercury in fish.  We couldn't do a study

6    where we reduced mercury, because how would you do that?  So

7    we did the opposite.  And we added mercury to this lake and

8    asked, do the fish go up and how fast?  And they went up and

9    they went up right away.

10   But the neat part of that study was we started this in

11   2001, and we ran the addition through until 2007.  Since that

12   time, we were able to do a mercury reduction study.  We

13   stopped adding mercury to this lake and watched what happened.

14   And the fish came right back down again.  So we have a living

15   example of if we reduce mercury input to a system, we reduce

16   mercury concentrations in fish over the course of just a few

17   years.

18   Q    Let's turn to Chapter 19.  Did you write that chapter?

19   A    No.

20   Q    I'm sorry?

21   A    I'm sorry.  Which one's 19?

22   Q    Chapter 19 --

23   A    Yes.

24   Q    -- regarding the plot studies?

25   A    Yes, I wrote that chapter.

1    Q     Okay.  This is Joint Exhibit 6-19.  And this refers to

2    the second part of your work that we talked about briefly

3    earlier this morning; is that right?

4    A     Yes.

5    Q     Okay.  What were your objectives here with the amendment

6    plot studies?

7    A     This was a trial study to see if amendments to the

8    surface of the marsh could be effective in reducing

9    methylmercury risk to organisms.  So there's lots of steps

10   between mercury and methylmercury.  First you have to make

11   methylmercury, and then the animals have to take up the

12   methylmercury.  So this was an idea to try to block some of

13   those steps in-situ, based on work we had done in other places

14   and in the lab.

15   Q     And you used the term sorbent amendments in here.  What

16   is a sorbent amendment?

17   A     Things that -- things that mercury sticks to.

18   Q     What's the purpose of applying sorbent amendments when

19   you're dealing with mercury contamination?  What's your goal?

20   A     The -- the goal is to reduce methylmercury exposure.

21   That's -- that's our end goal, and, again, there are many

22   steps between inorganic mercury contamination and

23   methylmercury exposure or uptake by animals.  First you have

24   to make methylmercury, and then the animals have to access the

25   methylmercury that's produced.  The activated carbon actually

GILMOUR - DIRECT EXAMINATION/COLANGELO

1    acts on the second of those steps.  It reduces the

2    methylmercury that is available to organisms.

3    Q     Where did you conduct this plot study?

4    A     In Mendall Marsh.

5    Q     Why did you choose Mendall Marsh?

6    A     That's the site where we saw the highest -- the highest

7    methylmercury concentrations and the -- the highest

8    methylmercury exposures.

9    Q     Okay.  Briefly describe how you conducted this plot

10   study.

11   A     Um, this is a small plot study.  The plots were about a

12   meter square.  Um, everything was replicated in multiple ways.

13   We chose two sites in the marsh with different levels of

14   methylmercury production, so we purposefully chose a spot that

15   made a little more methylmercury than another spot.

16         Um, in each of those spots, we had three plots from each

17   of the types of amendments that we used, plus a control, ah,

18   so there's -- there's replication in lots of different ways.

19   We went out and -- one fall and added, by hand, these

20   amendments to the surface of the plots.  So this is -- this is

21   simple stuff.

22         Um, when sorbent amendments were first used for PCBs and

23   PAHs, it was a heavy equipment sort of thing.  They'd go out

24   on a mudflat and they'd actually till this stuff in to try to

25   get it into the soils.  We thought that because methylmercury

1  exposure and production is right there at the surface of the

2  soil, we might be able to do this less destructively by just

3  spreading it simply on the surface.  So we literally went out

4  by hand and spread this stuff on the surface of the plots.

5  And then we followed the chemistry of the surface soils and

6  pore waters for two years.

7  Q    What amendments were used -- and let me show you a

8  figure just in case this helps.  This is from Page 19-4 of

9  Joint Exhibit 16 -- 6-19.  So first, what amendments did you

10 use?

11 A    Four amendments.  Activated carbon -- so it says

12 SediMite on there.  Let me clarify what SediMite is.  SediMite

13 is just a tool to deliver activated carbon to the surface of

14 the soils.  SediMite was developed by my colleague, Upal

15 Ghosh, as a way to deliver activated carbon to -- to sediments

16 in the bottom of aquatic ecosystems.  So they just -- they've

17 taken activated carbon, they've made little pellets out of it

18 with clay and a binder.  And the idea is that you can drop it

19 on the surface of a lake perhaps and it will settle through

20 the water column and into the soils where it needs to work on

21 mercury.  So it's just a delivery tool for activated carbon.

22      So I want to make it clear that, in my opinion, what

23 we're really looking at here is the efficacy of the activated

24 carbon part of the SediMite.  The rest is just clay binders

25 that don't really affect what's going on with the mercury.  So

1  you may hear me say activated carbon, I mean the SediMite

2  treatment in this study.

3       Biochar is a different kind of black carbon.  It's less

4  expensive.  It could potentially be made locally, so it might

5  be a greener way to get carbon to a remediation site.  You're

6  just basically combusting a local source of -- of carbon, you

7  know, wood.  This one's pine tree biochar, I think.

8       Lime, we were asked to do lime by the Study Panel

9  because we know pH is an important control on methylmercury

10 production.

11      Um, and iron, again, a suggestion from the Study Panel

12 because in some freshwater systems, you can precipitate

13 mercury out of solution with iron sulfide.  That's not the

14 case here.  It didn't work here.

15 Q    You mentioned Upal Ghosh earlier.  Does he have a

16 financial stake in the particular product SediMite?

17 A    He does.

18 Q    Do you?

19 A    No.

20 Q    Okay.  And for purposes of any future remedial work,

21 would activated carbon need to be SediMite, or could it be any

22 form of activated carbon?

23 A    It wouldn't need to be SediMite.  It can't be any old --

24 any form of activated carbon.  That's -- it should be

25 carefully thought about what form you use, what grain size,

1    but, no, it doesn't have to be formulated as SediMite.

2    Q     And are there other alternatives other than SediMite

3    types of activated carbon that could be used?

4    A     Many, many, many.

5    Q     Okay.  What was the dosing rate of activated carbon

6    applied here?

7    A     Can you show me the -- the appropriate --

8    Q     Sure.

9    A     -- text?

10   Q     This is on Page 19-11 of your report, Joint Exhibit

11   6-19, and there's a figure -- a table at the bottom here.

12   A     So our target was 5 percent of the dry mass of the top

13   5 centimeters of soil -- I'm sorry -- the top 10 centimeters

14   of soil.

15   Q     Do you recall how that amount was determined?

16   A     Um, yeah, it was based on Upal's experience with PCBs

17   and our early trials of activated carbon in the lab and at our

18   field site in Canal Creek in Chesapeake Bay.

19   Q     And do you have any view whether a lower application

20   rate of activated carbon would also be effective?

21   A     I think it could be.  We did try a range of doses of

22   activated carbon in the lab, ah, in our 2013 paper, and lower

23   doses were not proportionally less effective.  So it -- yeah,

24   we might get away with a lower dose, but you'd have to go out

25   and test it.

1    Q    Okay.  Going back to just a figure of the plots here.

2    What was the timing, if you recall -- if not, I can show you

3    an image -- do you recall the kind of time period over which

4    you conducted this study?

5    A    Yeah, um, the amendments went down in September of, ah,

6    '10, and we sampled them again a month later, and then we

7    sampled them twice in the summer of '11, and then again in the

8    fall of '12.  So the last sampling was 24 months after the

9    application.

10   Q    What were the results of the study?

11   A    The activated carbon was significantly reduced

12   methylmercury concentrations in pore waters.  That's the major

13   finding.

14   Q    Let me show you Page 19-24 of Joint Exhibit 6-19.  And

15   can you describe what this table shows?

16   A    There's two sites listed on the table -- central and

17   west.  Those are the two sites in the marsh where we conducted

18   the trials.

19       The key thing we're looking for -- or key metric is

20   methylmercury concentrations in pore waters, and that's what's

21   shown here in the table -- well, this is -- this is

22   methylmercury concentrations in pore waters.  This one's

23   inorganic or total mercury concentrations in pore waters.  And

24   so the key thing we're looking for is a decrease in

25   methylmercury.  And here you can see on average at the central

1    site we got an almost 70 percent reduction at the central

2    site, and about the same at the west site.  Those are averages

3    across all of the sampling periods.

4    Q    What's the -- over what time period?  You said averages

5    across all the sampling periods?

6    A    Right.

7    Q    Over?

8    A    So there are four sampling periods across 24 months.

9    Q    What's the value of looking across all time periods?

10   A    Ah, there's more statistical power to see change when

11   you have more data.  So we're able to see -- we're able to see

12   a significant change more readily across more -- more time

13   periods.

14        But -- but, really, what's going on here is we want to

15   see how long this stuff lasts, so that's why we looked at it

16   over time.

17   Q    And what are your conclusions, if any, about how long it

18   lasts?

19   A    So the efficacy does decline over time, but it's -- over

20   the course of the time that we did the study, it's -- it's

21   significant over the entire course of the study.  Ah, there

22   are still, you know, if you look at the bar graphs, there's

23   still less methylmercury visually at the last time point.

24   It's not significant at the last time point, if you look at

25   the last time point individually.  But over the full course of

GILMOUR - DIRECT EXAMINATION/COLANGELO

1    the study, we saw a significant reduction in methylmercury in

2    pore water, which is an indicator of exposure to animals.

3    Q    Say that again, which --

4    A    Methylmercury in pore water is our indicator because

5    that tells us how much animals are exposed to methylmercury.

6    Q    What do you think explains the diminishing effectiveness

7    over time that you observed?

8    A    There's two things.  Um, when you put this carbon down

9    on the surface of the sediment -- or on the soil and you take

10   a little sediment core and you look at it, it's sitting there

11   on the surface.  As time goes by, that carbon spreads out over

12   the top few centimeters of the sediment.  Part of that is the

13   marsh is growing, there's more plant material growing; and

14   part of that is the carbon is just sinking down into the

15   soils.  So dilution is part of it.  You're simply diluting the

16   mercury -- the carbon across a larger chunk of soil.

17        And -- and part of it is I think the -- the activated

18   carbon gets clogged.  You know, if you have an activated

19   carbon filter on your water in your refrigerator, you get

20   asked to change it every couple years.  It's the same idea.

21   There's coatings on the outside that make it less effective

22   over time.

23   Q    And if its efficacy diminishes over time, could it be

24   reapplied?

25   A    Yes.

1    Q      You also presented a figure that looked at statistical

2    differences on particular dates; is that correct, or a series

3    of figures in your report?  Do you recall that?

4    A      Yes.

5    Q      Okay.  And let me show you a table, this is Joint

6    Exhibit 70, which a corrected version of Page 19-26 of your

7    report.

8              MR. COLANGELO:  I'd like to move this into evidence.

9              THE COURT:  Any objection to Joint 70?

10             MR. TALBERT:  No objection.

11             THE COURT:  It's admitted.

12   BY MR. COLANGELO:

13   Q      Can you indicate what this shows?

14   A      Um, this shows the percent reduction in mercury and

15   methylmercury in pore water at each of the individual time

16   points that we sampled for each of the amendments.

17   Q      And some of the time points have an asterisk.  It's a

18   little hard to see that it's an asterisk here, but some of the

19   time points have an asterisk.  What does that mean?

20   A      That means that the reduction was significant at a

21   particular -- particular statistical level.

22   Q      At that site --

23   A      Commonly used --

24   Q      I'm sorry.  Go ahead.

25   A      A commonly used statistical alpha equals .05.

GILMOUR - DIRECT EXAMINATION/COLANGELO

1603

1    Q     Okay.  At that particular site and date taken in

2    isolation?

3    A     Yes.

4    Q     Okay.  And what does it mean if there is no asterisk for

5    a particular site and date?

6    A     It means at that chosen statistical level, there was no

7    difference between the concentrations in the control and the

8    amendment.

9    Q     At that particular time.

10   A     Yes.

11   Q     Was the study designed to look at effectiveness over

12   time across the two-year duration of the study?

13   A     Yes.

14   Q     Not at effectiveness on a particular date?

15   A     It was designed to do both.

16   Q     What did you conclude regarding the effectiveness of

17   activated carbon amendments at reducing methylmercury

18   concentrations in pore waters across time?

19   A     I concluded that activated carbon is effective in

20   reducing methylmercury in pore waters, and that its efficacy

21   declines somewhat over time.

22   Q     Were some of the amendments you tested ineffective?

23   A     Yes.

24   Q     And are those results reported here, too?

25   A     Yes.

1    Q     Which ones were ineffective?

2    A     Um, iron and lime were not effective at all.  In fact,

3    some of them made things worse.  Ah, biochar was effective

4    early on, and not as effective as activated carbon.

5          So biochar and activated carbon are both -- both carbon

6    -- black carbons.  Activated carbon is a fancier, more

7    expensive product.  It's usually made from coal or maybe

8    coconut shells, and it has a lot of -- a lot of surface area.

9    It's designed chemically to have a lot of places to bind

10   things.

11         Biochar is a less expensive product with less surface

12   area.  It's a little bit less effective at binding mercury and

13   methylmercury than activated carbon, but is really the same

14   kind of thing.

15   Q     And let me just show you, you had -- you gave us another

16   corrected page.  I just want to put this in.  This is Joint

17   Exhibit 71, a corrected version of Page 19-29 from your

18   report.

19              MR. COLANGELO:  I'd like to move Joint Exhibit 71

20   into evidence.

21              THE COURT:  Any objection to 71?

22              MR. TALBERT:  No objection.

23              THE COURT:  It's admitted.

24   BY MR. COLANGELO:

25   Q     And, Dr. Gilmour, what does this show?

1    A     This is just a graph of the -- of what was in the last

2    table.

3          So the two graphs are the two different sites.  Both

4    graphs show methylmercury concentrations in -- in liquid in

5    the pore waters.  Ah, the white bars are the control plots.

6    So these are plots to which we added nothing.  The red bars

7    are the plots we added iron, green is lime, blue is biochar,

8    and black is activated carbon.  The stars represent

9    significance, meaning there's a statistically significant

10   difference between the carbon and the control at that time

11   point.

12   Q     Has activated carbon been studied as an amendment for

13   other pollutants in addition to mercury?

14   A     Yes, mostly organic contaminants like PCBs and PAHs.

15   Q     Are you familiar with the literature reporting on those

16   studies?

17   A     To some extent.

18   Q     Has activated carbon been effective in reducing pore

19   water concentrations of other contaminants in field trials?

20   A     Yes.

21   Q     Is there any evidence from lab studies suggesting that

22   activated carbon amendments reduce methylmercury

23   bioaccumulation in biota?

24   A     Yes.

25   Q     Have you conducted such studies?

1    A    Yes.

2    Q    Okay.  Let me show you Joint Exhibit 69.

3             MR. COLANGELO:  Your Honor, I'd like to move Joint

4    69 into evidence.

5             THE COURT:  Any objection to Joint 69?

6             MR. TALBERT:  No objection.

7             THE COURT:  It's admitted.

8    BY MR. COLANGELO:

9    Q    Dr. Gilmour, does this paper report on research you

10   conducted?

11   A    Yes.

12   Q    Okay.  And the title of this paper is Activated Carbon

13   Mitigates Mercury and Methylmercury Bioavailability in

14   Contaminated Sediments, and this was published -- was this

15   from 2014?

16   A    '13.

17   Q    2013.  Okay.  Can you describe this study?

18   A    This is a -- a microcosm study, meaning little buckets

19   of mud, and we have talked about this before.  This is our

20   first test to see whether activated carbon might be effective

21   in reducing methylmercury exposure to animals through the

22   route that we've talked about, through reducing methylmercury

23   concentrations in pore waters.

24        So we -- we worked with sediments from the four

25   contaminated sites I mentioned before.  We added activated

1    carbon to those sediments, and we monitored a lot of things,

2    including the concentration of mercury and methylmercury in

3    the pore waters, and the uptake of mercury and methylmercury

4    into a little red worm test organism called lumbriculus.

5    Q     Is that a standard test organism?

6    A     Yes, it is.

7    Q     Okay.  And did you roughly follow EPA protocol in

8    conducting this study?

9    A     We modified it a little bit so we could get the pore

10   water numbers, but, yes.

11   Q     In this study, where did you collect the sample

12   sediments from?

13   A     Um, again, South River in Virginia, a freshwater river;

14   a lake in New Jersey, which is contaminated; a -- Canal Creek

15   in Chesapeake Bay; and Berry's Creek, New Jersey.  Two salty

16   sites and two freshwater sites.

17   Q     What did your microcosm studies show?

18   A     They showed that activated carbon was effective in

19   reducing methylmercury in pore water and methylmercury uptake

20   into the organisms.  They also showed that pore water is a

21   good indicator for uptake into the organisms.

22   Q     Does this study support the hypothesis that activated

23   carbon amendments are effective at reducing bioaccumulation in

24   organisms?

25   A     Yes.

1   Q      Now, in your plot study in Mendall Marsh, did you

2   measure bioaccumulation directly?

3   A      Into organisms?

4   Q      Correct.

5   A      We did not.

6   Q      Did you use anything as a surrogate?

7   A      Yes, we used pore water methylmercury concentrations as

8   that surrogate.

9   Q      And do you think use of pore water methylmercury

10  concentration as a surrogate for bioaccumulation is supported?

11  A      Is supporting of?

12  Q      Is supported.

13  A      Um, yes.  I think that in -- in a larger plot study, you

14  definitely want to look at uptake into animals, but for a

15  first look, pore waters is a good -- a good measure.

16  Q      Since you didn't measure uptake directly, do you think

17  that's an important next step in the Penobscot?

18  A      I do.

19  Q      And before you applied activated carbon on a large

20  scale, what else do you think should be looked into?

21  A      Um, direct -- we -- you would need direct measurements

22  of whether it's efficacious in reducing uptake into organisms

23  for sure.  We've been doing that on other systems, and there's

24  -- there's complexity in doing that.  You'd, of course, want

25  to look at methylmercury in pore water again, making sure your

1   original indicator is good.  Um, you'd want to look at plant

2   communities and how the carbon might affect plant communities.

3   You could do fancy things and look at whether the activated

4   carbon impacts microbial activity in the sediments and stuff

5   like that.

6        But I think looking at plant communities and uptake into

7   animals is probably the two key things.

8   Q    Did you -- do you think you need to do more work to

9   assess its effectiveness at reducing methylmercury in pore

10  water?

11  A    No.

12  Q    Did you do any assessment -- why is that?

13  A    I think the study that we did was sufficient to show --

14  to show that for this system.

15  Q    Did you do any assessment related to any potential

16  impacts of activated carbon on plant communities?

17  A    We did not.

18  Q    Did someone do a measure of plant communities while the

19  study was under way?

20  A    Yeah.  So part-way through the study, I asked the folks

21  who do plant communities to go back and assess the plant

22  communities in the -- in the plots, but they hadn't done it

23  ahead of time, so we didn't have a -- a basis for comparison.

24        And the reason I asked was the iron amendment looked

25  like it was doing nasty things to the plants.  The carbon

GILMOUR - DIRECT EXAMINATION/COLANGELO

1610

1  actually -- the plants actually looked better in the carbon

2  plots.

3  Q    Do you have enough data to see whether application of

4  activated carbon changed plant communities?

5  A    We do not.

6  Q    Let me show you a page from the report.  This is Page

7  19-47 from Joint Exhibit 6-19.  Can you indicate what this

8  shows?

9  A    Can you show me the legend?

10  Q    Sure.

11  A    Ah, this was an evaluation of, um, the cover of -- of

12  the main types of plants part-way through the study in each of

13  the plots.  So the two different graphs show the two different

14  sites where the studies were done.  So these are, effectively,

15  you know, two separate studies of -- of -- of the amendments

16  to different places, and the different bars show the different

17  kinds of plants.  The error bars are based on -- there's

18  triplicate plots, three plots from each of these amendments in

19  each of the sites.

20  Q    So, for example, does this indicate -- it says

21  percentage coverage here, and the bar I've highlighted in the

22  control plot corresponds to this particular plant, Agrostis;

23  is that correct?

24  A    Yes.

25  Q    Okay.  And you see in the SediMite plot to the far right

1   of this top graph, there's no Agrostis.  Do you see that?

2   A    Yeah.

3   Q    Okay.  Does that indicate that the application of

4   SediMite had any effect on that particular plant?

5   A    I don't think so.  The -- the study wasn't set up that

6   way.  You know, the plants -- the plant communities grow and

7   develop over long periods of time, and so if you wanted to do

8   this right, you would have -- you would have measured the

9   plant communities in each of these plots before you put the

10  applications down and then looked again.  And that's not what

11  was done here.

12  Q    So as another example, also in the control plot on the

13  far right bar here, you have this particular plant carax?

14  A    Hm-hmm.

15  Q    And in the SediMite plot on the far right, there's a

16  greater amount of that plant.  Does that indicate that

17  SediMite enhanced that particular plant?

18  A    I don't think so.

19  Q    Okay.  So was the study conducted to measure impacts on

20  plant communities?

21  A    It was not.

22  Q    And do you believe that someone could use your data to

23  try to indicate any impact on plant communities from

24  application of SediMite?

25  A    No, I don't think the data should be used in that way.

1    Q     Is that something that you believe should be studied

2    before large-scale application of activated carbon is

3    undertaken?

4    A     Yeah.

5    Q     Have there been any studies on the impact of activated

6    carbon on plants and animals elsewhere?

7    A     I don't know of any plant studies in marshes.  I think

8    there's one or two on submerged vegetation.  Carbons have been

9    used mostly in subtidal or, you know, underwater applications.

10   There are fewer -- fewer studies on marshes.  We're just --

11   the people who do PCBs are just starting to get into using

12   carbon in marshes, so there's not a lot of data on plant

13   communities in marshes and activated carbon.  There are quite

14   a lot of data on effects on benthic animals, the animals that

15   live in the mud.

16   Q     What does that show?

17   A     So now I'm just speaking from the literature -- this is

18   not my own work -- ah, the -- the -- the activated carbon,

19   carbon black amendments have been used for more than a decade

20   now, so there's a lot of data.

21         Ah, a colleague of mine, Upal Ghosh, and his colleagues

22   compiled a review.  I think the reference is Janssen and

23   Beckingham, 2013, and there's also another study by Beckingham

24   in 2013, where they compiled all the studies they could find,

25   and it's more than 80, and looked at the -- whether there was

1  any effect on the -- the animals that live in the mud.

2      And so, you know, they're looking at survival rates of

3  the animals.  They're looking at measures of how well the

4  animals are growing, like their fat content, measures of the

5  community structure of the animals, because, you know, you

6  might have a lot of animals, but they'd be a different kind of

7  animals from the carbon.

8      And overall, they saw that something a little bit less

9  than 20 percent of the studies had some negative effect on

10 animals.  But it was usually on, you know, an individual

11 species, and it usually wasn't on -- on survival.

12     But they also saw an improvement in animals in, I think

13 10 percent of the studies.  Ah, I don't think there's much

14 plant data in that paper

15 Q    And that's the Janssen and Beckingham review paper, is

16 that what you're referring to?

17 A    Yes.

18 Q    What does review paper mean?

19 A    It means it's not original research.  It's a compilation

20 of prior research.

21 Q    Do you know whether activated carbon has been applied on

22 a large scale for active remediation for a contaminated

23 mercury site?

24 A    I don't think that it has.

25 Q    In your view, does it hold promise as a remediation

1  tool?

2  A    Yes.

3  Q    And in your opinion, does it hold promise for reducing

4  methylmercury in contaminated Penobscot marshes in particular?

5  A    Yes.

6  Q    Why is that?

7  A    Ah, we -- you know, we've talked about the Penobscot

8  being a place that's particularly sensitive to mercury,

9  particularly sensitive to methylmercury production, and this

10 tool let's us block the uptake of methylmercury into animals.

11 And so in systems where -- where there is a lot of

12 methylmercury production, activated carbon holds more promise

13 than in a place where there's not so much methylmercury

14 production for mercury.

15      It also holds promise for this system, I think, because

16 of the specific chemistry of this system.  So we talked all

17 about organic carbon and how the mercury stays in solution.

18 And activated carbon specifically blocks that bit of the

19 chemistry.  So it -- the activated carbon binds that brown

20 matter and keeps that methylmercury in the solid phase and

21 away from the animals, and so this is a particularly good site

22 to do this.

23 Q    And on the last page of your report, Chapter 11, Page

24 101, you stated that, in your view, remediation approaches

25 should focus on two things:  Limiting mercury bioavailability

1   for methylation; and/or the delivery of mercury contaminated

2   river silts to surface marsh soils.  And, again, we've been

3   talking about the first of these two; is that right?

4   A    Yes.

5   Q    Okay.  And you still believe that the second should also

6   continue to be investigated?

7   A    I'm not sure what you mean by continue to be

8   investigated.

9   Q    Is it still, in your view, a good idea to evaluate

10  whether and how to limit the delivery of mercury-contaminated

11  river silts to surface marsh soils in order to reduce

12  methylmercury production in Penobscot marshes?

13  A    I don't know how you would study that any more.  I think

14  -- I think it's reasonable -- I think it's a very reasonable

15  assumption that if you reduced mercury load to the surface of

16  Mendall Marsh, that methylmercury production would decline.

17  I'm not sure we need to study that any more.

18  Q    Let me turn to -- did you review the report of

19  Dr. Vlassopoulos, one of the defendants' expert witnesses?

20  A    Yes.

21  Q    Okay.  Let me ask you your opinion of his opinions

22  critiquing your work.  This is Page 4 from Dr. Vlassopoulos'

23  report, Joint Exhibit 59, which is in evidence.  Okay.

24       And he has a series of opinions summarized here.  I'll

25  just go through each of them and ask your view, and if you'd

GILMOUR - DIRECT EXAMINATION/COLANGELO

1616

1    like to see anything else from his report, let me know.

2         The first opinion he offers is that mercury in sediments

3    is -- he's speaking in the Penobscot River system -- is

4    efficiently converted to methylmercury.  Do you agree with

5    that

6    A    Yes.

7    Q    And he states, this is true within the study area and

8    particularly in Mendall Marsh; is that consistent with your

9    findings?

10   A    Yes.

11   Q    Okay.  He also states, mercury and methylmercury are

12   present in relatively mobile forms.  Do you have a view on

13   that?

14   A    Um, I wouldn't have used the word mobile.  I would have

15   used the word bioavailable, but, in general, I agree.

16   Q    Do you -- do you agree about what those forms are?

17   A    No, we don't agree on the mercury chemistry.

18   Q    And, in your view, what's the dominant form?

19   A    Mercuric sulfide precipitates associated with organic --

20   dissolved organic matter.

21   Q    And, if you recall, what's Dr. Vlassopoulos' view?

22   A    Um, I think he thought that dissolved mercuric sulfide

23   compounds would be the dominant form.  So this gets pretty

24   esoteric.  But, you know, the -- what I do in my research life

25   is try to define those forms of mercury, and -- and we advance

1   that science.  And Dimitri is using my models from ten years

2   ago, while I'm using my models from now.  That's what it comes

3   down to.

4   Q     Does this disagreement matter for the big questions

5   you're trying to answer here?

6   A     Um, it doesn't matter a lot.  It matters in the sense

7   that, ah, I think Dimitri feels that the forms of mercury that

8   are there are highly bioavailable.  He -- he talked a little

9   bit about maybe making less bioavailable mercuric sulfide

10   forms in part of the estuary if you changed sulfide

11   concentrations.  I don't think that one matters to the big

12   picture of things.

13         What really does matter is that the way we think about

14   these complexes now means that it's apropos to use activated

15   carbon.  So the way we think about this now gives us a better

16   explanation, a more solid foundation for why activated carbon

17   works than -- than the models from ten years ago.

18   Q     His next opinion is that methylmercury levels in

19   sediment cannot be predicted accurately from empirical

20   correlations.  Do you see that?

21   A     Yes.

22   Q     Do you have an opinion about that?

23   A     I disagree.

24   Q     Why do you disagree?

25   A     Ah, we talked about the statistical models that I

1   provided for predicting mercury -- methylmercury in sediments

2   from mercury prior, and the statistical data clearly show that

3   mercury's readily predictable from -- methylmercury's readily

4   predictable from mercury concentrations, and is statistically

5   significant.

6   Q    And is that what you were referring to in your answer to

7   my prior question about reducing total mercury coming into

8   Mendall Marsh, that you believed that that is

9   well-established, the slope of the relationship between total

10  and methylmercury?

11  A    Well, I think we have to be careful not to concatenate

12  causation and regression, right?  So just because there's a

13  regression between mercury and methylmercury doesn't tell you

14  any -- doesn't necessarily tell you about what would happen if

15  you change one or the other, so I want to go back and say, you

16  know, we've specifically looked at what happens if you change

17  mercury, and we know that it does decline if you decrease

18  mercury loads.

19       So I just want to make sure that we don't confuse those

20  two things.

21  Q    Right.  And just to clarify what you just said, did you

22  mean to say that you know that methylmercury does decline when

23  you reduce mercury -- total mercury loads?

24  A    Yes, sorry.

25  Q    And is that decline proportional to the decline in

1   mercury loads?

2   A     The -- there again, we're concatenating two different

3   things.  There's time frames involved and all of that that

4   we're not discussing.  In the regression model of mercury

5   versus methylmercury in the Penobscot, mercury and

6   methylmercury are proportional.  That's not quite asking the

7   same thing as if you decrease one, will another -- will the

8   other decrease, because there's timing and moving everything

9   around, so I don't -- I don't want to go on record and say

10  that just because we have a regression, that one will -- one

11  will change in relationship to the other.

12  Q     What does that regression indicate to you, the slope

13  that you referred to, the one-to-one slope?

14  A     It means that within the system, as it exists right now,

15  the methylmercury concentrations are proportional to the

16  mercury concentrations.

17  Q     And does the variability in methylation rates in the

18  Penobscot disprove the importance of total mercury for

19  methylmercury?

20  A     No, absolutely not.

21  Q     Dr. Vlassopoulos also states, removal of mercury

22  hotspots will not result in overall reduction in methylmercury

23  levels.  Do you have an opinion about that?

24  A     I wasn't sure what he meant by hotspots, um, but -- so

25  he says, the relationship between mercury and methylmercury in

1   surface sediments is not linear.  I disagree with that.  He

2   says that methylmercury production and accumulation is

3   primarily determined by geochemical conditions rather than

4   total mercury concentrations.  Our statistical models show

5   that both of those things are significant geochemical

6   conditions and mercury in determining methylmercury

7   concentrations, in predicting methylmercury concentrations in

8   the Penobscot.

9       He says, surface sediments in areas with lower total

10  mercury concentration do not necessarily have proportionally

11  lower methylmercury concentrations than surface sediments in

12  areas with higher total mercury concentrations.  That's true.

13  But you can't cherry-pick your data.  You want to look at the

14  whole data set, and that's how you get your statistics.

15      And then he concludes that remediate -- remedial actions

16  to remove mercury hotspots are not expected to result in

17  significant overall reduction in methylmercury in sediments.

18  I didn't know exactly what he meant by hotspots, but it's my

19  opinion that reducing mercury load to Mendall Marsh would

20  reduce methylmercury production.

21  Q    His next opinion is that sorptive amendments are not

22  effective for reducing methylmercury production in the

23  Penobscot River system.  Do you have a view of that?

24  A    I disagree.

25  Q    Is that based on the work you did, reported in Chapter

1    19?

2    A    Yes.

3    Q    Okay.  And he goes on to say -- this is Page 5 of Joint

4    Exhibit 59 -- carbon-based amendments reduced pore water

5    concentrations temporarily, but had no effect on methylmercury

6    levels in sediment.  What's your view of that?

7    A    Well, um, that statement contradicts his statement

8    above.  He says, sorptive amendments are not effective, and

9    then later on he says sorptive amendments had limited

10   effectiveness.  So he's contradicting himself.

11        Um, but this particular statement about no effect on

12   methylmercury levels in sediments, so our target here is

13   methylmercury levels in pore water, not methylmercury levels

14   in sediments.

15        So the activated carbon is not blocking methylmercury

16   production by bacteria.  It's blocking methylmercury uptake by

17   animals by moving the methylmercury out of the pore water and

18   into the solid phase.  So we don't expect it to have an impact

19   on methylmercury in the sediment.

20   Q    And are you more interested in its impact on

21   methylmercury in pore water?

22   A    Yes.

23   Q    He also says at the bottom of this page -- let me know

24   if you'd like me to move this up -- sorptive amendments have a

25   limited in-situ life expectancy.  Do you see that?

1    A      Yes.

2    Q      Let me move that up so you can see the full summary.  Do

3    you have an opinion on that?

4    A      I wouldn't have said it quite that way.  I agree that

5    the efficacy declines over time.

6    Q      And the time period over which you saw effectiveness was

7    two years; is that right?

8    A      Yes.

9    Q      He states, this is due -- the limited effectiveness in

10   his view he says is due to the induced upward flux of

11   relatively mobile mercury from the sediment beneath the

12   treatment zone.  Do you have -- first, can you explain what

13   upward flux means?

14   A      I'm not really sure what he's talking about, and

15   frankly, I worked with him on other projects and I'm often not

16   sure what he's talking about.

17          So, no, I can't explain it.

18   Q      Okay.  Do you -- do you have an opinion about what he's

19   saying here?  Let me ask it differently.

20   A      My -- my opinion about why the carbon amendments decline

21   in efficacy over time is because the surface of the activated

22   carbon gets coated with stuff, the organic matter that's in

23   the soils.  So that's I think different than what he's

24   proposing here.

25   Q      Did you measure depth profiles of pore water in mercury

1    concentrations?

2    A      Yes.

3    Q      Okay.  And is that reflected in Chapter 11?

4    A      Yes.

5    Q      Okay.  What -- do you understand what the concept of

6    vertical flux means generally?

7    A      Yes.

8    Q      What does it mean?

9    A      So, ah, let's say -- let's -- let's talk about this

10   specific case.  So in Mendall Marsh, there's higher mercury

11   concentrations in the soils deeper down, and that's because

12   the -- the -- you know, the mercury pollution was a long time

13   ago.  And at the surface of the marsh, the -- the levels are

14   less.

15        So I think what he might be saying is that some of that

16   mercury from deeper down is moving up into the surface

17   sediments, but that doesn't seem to be the case.  If you look

18   at the concentration gradient of mercury or methylmercury with

19   depth in the soils, you see that, ah, methylmercury is highest

20   at the surface of the sediment, and that's because that's

21   where it gets produced.  That's -- that's where the bacteria

22   are the most active.

23        We'd want -- I'd want to look at the profiles of mercury

24   before I commented on those, but I don't remember them being

25   steep -- I don't remember a whole lot more mercury at depth in

1    pore waters than at the surface.

2    Q    Let me show you the profiles I think you're referring

3    to.  This is on Page 11-27 of Joint Exhibit 6-11.  Is this

4    what you're talking about?

5    A    Yes.

6    Q    Okay.  And can you explain why this supports the opinion

7    you just offered?

8    A    Excuse me.  Can you blow it up just a little more?

9    Q    Sure.

10   A    Okay.  These graphs here are the total mercury

11   concentration in the water in the marsh.  So this is the

12   surface of the marsh, and here we are going down into the

13   soil, and not very far.  This is only -- I think that says

14   12 centimeters here.  So, you know, half a foot down, not very

15   far.

16        And these are -- these are the concentrations.  So let's

17   take the most extreme example in this -- this graph here.

18   These are all different, um, parts of the marsh.

19        So here the concentrations of mercury in pore water are

20   highest here at -- right at the surface of the soil, and lower

21   deep down, and so that's a concentration gradient.  And solids

22   flow against the concentration gradient, meaning if you have a

23   lot of mercury at the top and less down here, there's a

24   diffusion gradient and the mercury's going to move down.  And

25   I think Dimitri was thinking maybe the mercury is moving up,

1    but there's no -- very few of these profiles have mercury

2    concentrations that are -- that are higher at depth.  So that

3    sounds all kind of complex.

4         But what -- so what's going on here is when mercury gets

5    buried in sediments and soils and it ages, it becomes less and

6    less mobile and less and less bioavailable.  It forms into

7    minerals and, ah, organic forms that just are less mobile.

8    And we saw this in our study in Canada.

9         So in that study, we -- we actually dosed the lakes -- a

10   lake with mercury and watched what happens, and we got to do

11   fun geochemistry when we did this.  We dosed a lake with a

12   form of mercury that we could tell was different than the

13   mercury that was already in the lake, so we could follow our

14   stuff separately from what was already there.  We used stable

15   isotopes.

16        And so we could see, ah, what happened to the mercury in

17   the sediments in this lake over time, and this is -- um, this

18   is a lake that's really clean, and so the sediments don't hold

19   up very fast.  And so I think a lot of people believe that

20   mercury gets buried in soils over time, as new soils form, the

21   mercury -- maybe a contamination layer gets deeper and deeper

22   and it's less available to organisms, and that's true.

23             But it also changes form chemically over time.  So

24   even if it's not getting buried out fast, it changes forms so

25   that it's less and less available to methylation and to

1   organisms, just -- just through aging, and that's probably

2   what's happening in the Penobscot marshes, as well.

3        It's the fresh new mercury that comes into the marsh

4   that is driving mercury methylation, and I say that based on

5   our studies in other ecosystems.

6   Q    Do you believe that activated carbon's efficacy in

7   Mendall Marsh declined over time because mercury from deeper

8   in the sediment was being pulled up to the surface to replace

9   the mercury that was kind of bound up by the activated carbon?

10  A    No, our depth profiles of mercury concentration in soils

11  don't support flux of inorganic mercury from below.

12  Q    And you're referring to these figures on Page 11-27

13  here?

14  A    Yes.

15  Q    Okay.  And if -- if that were happening, what would you

16  expect these figures to look like?

17  A    You would expect to see the concentrations of mercury

18  higher deep down in the sediments and lower at the surface.

19  Q    And instead, as a general matter, do you see the

20  opposite?

21  A    You see the opposite or you see no -- no big change.

22  Q    Okay.  And you've -- you discussed the Experimental

23  Lakes study a little bit.  Um, does that also support your

24  conclusion that you are not seeing mercury from lower in the

25  sediment being pulled up towards the surface?

GILMOUR - DIRECT EXAMINATION/COLANGELO

1627

1   A      Yes, it does.

2   Q      How is that?

3   A      And there -- there are -- there are other studies out

4   there besides METALICUS that support that, that -- there's a

5   lot of stuff out there that supports the idea that as mercury

6   is buried, it changes form to be less mobile and less

7   available.  METALICUS is one of a number of those kinds of

8   studies.

9   Q      Could you just elaborate briefly on why that supports

10  that position.

11  A      Um, one of the things we did in METALICUS was the same

12  kinds of things we do here in measuring mercury in pore waters

13  and mercury in the solid phase and measuring partition

14  coefficient, or $K_d$, which I'm going to call $K_d$.

15        So when we added mercury to this lake, we measured the

16  $K_d$ in sediments of the mercury that was there and the mercury

17  that we added, and we saw that the mercury that we added was

18  -- had a lower $K_d$ for two or three years, and then it started

19  mimicking the old mercury.  So we could see kind of the time

20  frame in which the mercury changed form and became less

21  available.  So $K_d$ was our indicator for that.

22        And then the other indicator is how much methylmercury

23  gets formed from that mercury, and we could also see the

24  methylmercury production from that new mercury declining over

25  the same time frame.

1      So all those things together support the idea that old

2   buried mercury is -- is participating less and less in

3   methylmercury production and methylmercury risk as time goes

4   by.

5   Q    Let me show you the next page from Dr. Vlassopoulos'

6   report.  These are his last two conclusions.  This is Page 6

7   from Joint Exhibit 59.  He states, the performance of the

8   amendment plots was overstated.  The field plot test results

9   were statistically manipulated and presented in a manner that

10   overstates the performance of the amendments.  Do you have an

11   opinion of that?

12   A    So what we did was we looked at the average performance

13   over all 24 months, and we looked at the performance of each

14   of the individual dates.  You have more statistical power to

15   see change when you have more dates because you just have more

16   data.

17      So when you look at the whole study over 24 months, on

18   average, the things are -- are effective.  If you look at the

19   very last time point, they're not statistically effective.  If

20   you had a little more data at that last time point, they might

21   be statistically effective.  So it's semantics.  Ah, you know,

22   they do decline over time, um, but they are effective

23   up-front.

24      And I've been thinking about analogies for this one,

25   too.  So, you know, say you have some disease and your doctor

1    says, come in for treatment, and -- and he says, but you're

2    going to have to get treated again in a few years.  You're not

3    going to not do the treatment because you have to get treated

4    again in a few years.  If you can fix it, you know, fix it.

5    Q    And what about his last conclusion here, no further

6    research on amendments is needed.  The data gathered to date

7    are sufficient to conclude that application of such amendments

8    will not result in significant long-term reduction of

9    methylmercury concentrations in marsh soils.  Do you have an

10   opinion of that?

11   A    I disagree.  The -- the data show clearly that the

12   amendments are effective for some period of time.  Ah, so the

13   statement's wrong on the face of it.  They may not result in

14   long-term reductions, but we can reapply.

15   Q    And based on the data and your experience with mercury

16   and methylmercury in many ecosystems, do you think it is worth

17   seeing what can be done to diminish methylmercury

18   concentrations in Mendall Marsh?

19   A    Yes.

20   Q    Do you believe that there are promising options

21   available to do that?

22   A    Yes.

23          MR. COLANGELO:  Thank you.  That's all I have.

24          THE COURT:  Why don't we -- why don't we take our

25   break now.  We'll take -- how are we doing in terms of time?

1    Are we --

2              MR. TALBERT:  Okay.

3              MR. COLANGELO:  I think we should be fine.

4    Mr. Talbert and I agreed to split the time today with

5    Dr. Gilmour so that he has an equal amount of time.  So he

6    should be able to go until noon, assuming that that's enough

7    for him.

8              MR. TALBERT:  Yeah, yeah, that's right.  I mean, if

9    we could take a little shorter break, I mean 15 minutes.

10             THE COURT:  All right.  We'll take 15 minutes.

11   Thank you.

12        (Court recessed from 10:22 a.m. to 10:43 a.m.)

13             THE COURT:  Mr. Talbert?

14                     CROSS-EXAMINATION

15   BY MR. TALBERT:

16   Q    Good morning, Dr. Gilmour.

17   A    Good morning.

18   Q    I'm going to try to not repeat testimony that you

19   discussed with Mr. Colangelo this morning, but just to orient

20   ourselves, is it fair to say that, at least in Mendall Marsh,

21   the plant structure community can be an influencing factor in

22   terms of understanding methylation rates?

23   A    It's one -- one piece of what you might need to

24   understand methylation rates.

25   Q    And this was the -- I believe this is one of the figures

1  that you discussed in your testimony earlier.  And can you

2  just -- just to orient us, can you just describe again what

3  this is?  This is Figure 11-2.20 from Joint Exhibit 6-11 on

4  Page 11-47.

5  A    It is a marked-up map of the west platform of Mendall

6  Marsh, one of the three big platforms in the marsh.  The

7  labels, um, show all the different sites where we've sampled

8  on the marsh, the fraction of mercury as methylmercury in the

9  surface soils, and the dominant vegetation type at each site.

10 Q    And I think you've applied the different methylation

11 rates above the different plants that you found at those

12 sites?

13 A    I'm sorry.  Say that again?

14 Q    You have included the methylation rates above the

15 different types of plants that you found at each site?

16 A    Yeah, it's not actually a methylation rate, which means

17 how fast mercury is converted to methylmercury.  It's the

18 ambient concentration, so how much of the mercury that's there

19 is methylmercury.

20 Q    I believe earlier you stated that at other sites that

21 you have investigated, methylation rates were somewhere in the

22 order of -- or methylation percentages somewhere in the order

23 of 1 to 2 percent; is that correct?

24 A    I would say on average across many, many ecosystems,

25 places that I've studied and other people have studied, that's

1   a good, round number.

2   Q    Okay.  I believe you made a contrast between salt

3   marshes and -- and other types of marshes.  Is there a -- do

4   you have an understanding of what the difference in typical

5   methylation rate would be between a salt marsh versus another

6   type of marsh?

7   A    I think that's too simple.  The range in methylmercury

8   production across freshwater marshes is really big, ah, and

9   the amount of data on salt marshes is, oh, there's three or

10  four good studies.  That's about it.

11  Q    Do you have any idea of what could account for the

12  differing methylmercury percentages that, you know, we could

13  see within a -- in a fairly short distance, you know, it

14  appears to be associated with -- with different types of

15  plants, but do you know in terms of the biogeochemical

16  conditions behind that, what -- what may be causing those

17  different methylmercury percentages?

18  A    Yeah, if you go back and look at our report, you can

19  look at the things that have the most impact from the

20  statistics and the graphs that we presented, and some of those

21  things are related to, ah, the type of plants that are there.

22  Some of those things are related to elevation, and those

23  things are tied together.  And some of those things are

24  probably -- probably related to the fraction of silt in the

25  soils, how much is organic matter versus how much is silt

1    coming in from the river.

2    Q    And I believe you stated that there are numerous factors

3    that influence methylmercury production; is that correct?

4    A    Yes.

5    Q    And I know you discussed some of those factors this

6    morning, including redox and -- and oxygen, organic carbon,

7    rate of microbial activity; is that correct?

8    A    Those are some.

9    Q    Um, there's also -- I guess with respect to redox, is

10   that -- is redox something that you measured in the Mendall

11   Marsh area or in the Penobscot?

12   A    We measured redox by evaluating the components of redox,

13   so there's lots of different ways to measure redox.  One would

14   be to put an electrode in the soil and get a number, and that

15   gives you a -- an integral of all the things that contribute

16   to redox potential, and that's an interesting number.

17        But a better number is to measure the components of

18   redox, like iron and sulfide, and we measured the components

19   of redox.

20   Q    So you -- you just started mentioning some of these.

21   Those -- those individual components of redox also can

22   influence methylation rates, correct?

23   A    Yes.

24   Q    So we have -- I think you mentioned high levels of iron,

25   one; is that correct?

1    A    What's the question?

2    Q    High levels of iron can impact methylation rates?

3    A    I wouldn't say it quite that way.

4    Q    How would you say it?

5    A    Ah, iron is -- iron is an indicator of redox.  Iron is

6    an indicator of the form of mercury that's available.  But I

7    wouldn't look at iron all by itself.  I would look at whether

8    iron was there at the same time with sulfide and at the same

9    time with organic matter, so it's a little more complicated

10   than that.

11   Q    Okay.  So iron is a -- an indirect factor, sort of, as

12   it relates to redox?

13   A    Iron is one piece of a more complicated puzzle.

14   Q    Okay.  How about sulfur?

15   A    Same thing.

16   Q    Okay.  And -- and pH, is pH something that can impact

17   methylation rates?

18   A    Yes.

19   Q    As pH increases, methylation rates generally drop,

20   correct?

21   A    It depends on the ecosystem, but I guess generally.

22   Q    Okay.  Can pH also affect the overall activity of -- of

23   microorganisms?

24   A    It's the organisms that are affecting the pH.

25   Q    There's a -- there's a relationship, then, with pH and

1   microorganisms that could impact methylation rates?

2   A    Again, it's -- it's complicated.  The -- the organisms

3   that make methylmercury are sulfate-reducing bacteria,

4   predominantly they tend to drive the pH down a little bit.  So

5   when you see that relationship between pH and methylation, you

6   think, oh, higher pH might inhibit methylation, but it's just

7   a covariation, the bugs that make methylmercury drive the pH

8   down, and so those things covary.

9   Q    Can methylation of mercury vary by season?

10  A    Yes.

11  Q    How about -- can methylation of mercury in the

12  environment vary by temperature?

13  A    Yes.

14  Q    Do you often see higher methylmercury production rates

15  in the summer?

16  A    It really varies from ecosystem to ecosystem.  Um, one

17  of the things that really drives mercury methylation is the

18  activity of bacteria.  They can be really active in the spring

19  when the plants are starting to grow.  So temperature's only

20  one piece of a more complicated puzzle.

21  Q    Given the number of factors that influence methylmercury

22  production, isn't it possible to have a -- a reduction in

23  total mercury in a certain location but have the amount of

24  methylmercury increase?

25  A    Within a large data set, you could see individual spots

1    that that might happen, but, overall, you would not likely see

2    that across a larger data set.

3    Q    With respect to certain areas of Mendall Marsh that have

4    high methylmercury, did you go out and look for associations

5    of high methylmercury with certain elevations and -- and

6    vegetation types to try to identify hotspots within the marsh

7    that could be addressed?

8    A    I wouldn't say we were trying to identify hotspots.  We

9    were just trying to understand variability and controls.

10   Q    Is it fair to say that you couldn't -- due to the

11   heterogeneity of the marsh, you really couldn't identify

12   certain areas where they had higher concentrations of

13   methylmercury than -- than other areas?

14   A    Well, you can look at this map and see spots that are

15   higher than others, so I'm not really sure what you're asking.

16   Q    Well, in terms of -- and I asked you this at your

17   deposition, but I could pull those clips up, but I -- I think

18   what I'll do is -- is just ask to clarify a little bit.

19        In this map I think is probably a good example, you

20   indicate certain plants and certain areas where there's

21   variability between the various rates.  But is it fair to say

22   that one of your conclusions was that it was very difficult to

23   go out in the marsh and sort of say, okay, we're going to

24   target all of a certain type of plant because there was such

25   heterogeneity?

1    A      Yes.

2    Q      Apology -- I apologize a little bit for jumping around,

3    but I'm, again, trying not to duplicate things that you talked

4    about this morning.

5           With respect to setting up the various amendments that

6    you did, looking at -- at lime and iron and biochar and

7    activated carbon, you had some discussion this morning

8    about -- about biochar.  And I wanted to ask you about one of

9    the results that you report on -- on Figure -- this is 19-14

10   of Joint Exhibit 6-19 on Page 19-40.

11          And just to orient us again, can you -- do you recognize

12   this -- this figure?

13   A      Yes.

14   Q      And this reports some of the results for the central

15   site and -- and the west site plots, correct?

16   A      Yes.

17   Q      And you have the control in the -- the white bars, and

18   then you have the different amendments by -- by color.  And

19   biochar is the blue, correct?

20   A      Yes.

21   Q      In -- I guess the time period that you sampled in

22   October 2010, the control is at a similar level to the

23   biochar, but then almost a year later, in 2011, it appears

24   that the -- biochar is much higher than the control and is --

25   you have a star there, indicating that it's statistically

1   significant, correct?

2   A     Yes.

3   Q     Can you just explain what looks to be an increase in

4   methylmercury, at least in the -- in the solid phase, as

5   between the control and -- and biochar?

6   A     It is an increase.  So, ah, this particular amendment

7   resulted in somewhat higher levels of methylmercury in the

8   solid phase at that one site.

9   Q     Do you know why that might have occurred?

10  A     I can speculate.  I would -- I could -- there's a lot of

11  reasons.  I don't know for sure.  We didn't test it.

12  Q     Okay.  Does that -- I think -- do those results give you

13  some concern about pursuing biochar further?

14  A     Um, they would have given me concern if we hadn't looked

15  at pore water methylmercury concentrations, which is the key

16  indicator here for risk and flux, meaning methylmercury moving

17  around and being available in this system, and since we didn't

18  see that impact on methylmercury in pore waters, it gives me a

19  whole lot less concern.

20  Q     Do you think that there's a relationship between what

21  you're seeing in the -- the solid phase in terms of mercury

22  changes to the pore water results?  In other words, if you see

23  a -- a decrease in -- in pore water methylmercury but an

24  increase in the solid phase, are those -- are those two

25  results, you know, related in some way?

1   A      No, I don't think so.  I think the -- the solid phase

2   reflects, um, the net, ah, methylmercury production in

3   degradation, and the concentration of the pore water reflects

4   how much of the -- the methylmercury in the pore water is

5   being absorbed by the carbon.  So somewhat different

6   processes.

7   Q      Okay.  One of the things I believe you -- you discussed

8   earlier was, you know, the longevity of activated carbon and

9   that you may have to reapply it at some point in time.  Do you

10  recall that?

11  A      Yes.

12  Q      Do you know -- do you have any sense for how many times

13  you would have to reapply activated carbon to maintain its

14  efficacy over time?

15  A      I don't.  Ah, I went back and reviewed the -- the carbon

16  amendments that have been done in the field for PCBs and PAHs,

17  and the efficacy of those also decline over time, but they

18  tend to be efficacious for many years.  The applications are a

19  little bit different than what we've proposed to do here.

20         But my sense is that, even though we didn't see a

21  significant decline in methylmercury at the 24-month mark, if

22  you had a little more data, those numbers would become

23  significant.  The amount of methylmercury decline was -- we'd

24  have to pull it up to look -- but, you know, there was still

25  less methylmercury in pore waters at 24 months, even though it

1  didn't meet that statistical mark.

2      So my guess is, depending on what your target is for

3  reduction, you know, how much reduction you want to get, the

4  carbon might be efficacious for a few years.

5  Q    And the -- the reapplication of activated carbon to a

6  test plot is not something that you're aware of has been

7  studied so far; is that correct?

8  A    For carbon?

9  Q    Yes?

10  A    And mercury.

11  Q    Yeah, exactly.

12  A    Well, we did test plots at Canal Creek, in Aberdeen

13  Proving Grounds in Chesapeake Bay.  That was the bottom,

14  sediment in the bottom of the creek.  We only got one time

15  point because a hurricane came through and moved our carbon.

16  And it worked at that one time point.  I don't remember how

17  far out that was, a year or a year and a half.

18  Q    But did you have to reapply activated carbon at that

19  site?

20  A    It was a federal grant, and that was the end of the

21  money, so we did not get to reapply.

22  Q    Okay.  That's what I'm asking, you know, are you aware

23  of other sites where you've had to reapply activated carbon

24  over time?

25  A    No, this is early days for activated carbon in mercury,

1  so there's not much out there to go on.

2  Q    Okay.  If I could please -- I'd like to just draw your

3  attention to Joint Exhibit 6-19, and I'd like to specifically

4  discuss Section 2.8 on Page 19-49.  Chapter 19, this is --

5  this is your chapter on -- on amendments, correct?

6  A    Yes.

7  Q    And let's go to the next page.  If we could just have

8  this section blown up, please.

9        This is -- this is where you present some information

10  regarding the cost of SediMite, and it's my understanding that

11  these costs, I think you note, these do not include the cost

12  of application, which was, I guess, more difficult to estimate

13  at -- at this point in time; is that -- is that correct?

14  A    This is a paragraph from my colleague Upal Ghosh.  So he

15  made these calculations.  He's the one who has experience

16  making SediMite and applying activated carbon in PCB

17  remediation trials.

18        So I can't really add a lot to this.  This is not

19  something I have any expertise in.

20  Q    Okay.  And Upal Ghosh, I think you discussed earlier,

21  he's familiar with this because he's one of the part-owners

22  of -- of SediMite?

23  A    Well, he's been doing research on sorbent amendments

24  for, oh, 15, 20 years.  SediMite's one piece of what he does.

25  Q    Well, in addition to his research, he also a part-owner,

1  you would expect him to know something about the costs of

2  SediMite, correct?

3  A     Yeah, and he also knows about the costs from -- of

4  things other than SediMite, activated carbon amendments other

5  than SediMite from -- from long experience.

6  Q     Okay.  Here he notes the estimate is $40,000 per acre in

7  just material cost.  So if we were to apply that to Mendall

8  Marsh, which is approximately 991 acres, you'd end up around

9  40 million; is that correct?

10 A     I trust your math.

11 Q     Okay.  In -- in this -- in this case for the Penobscot,

12 the current test plots were about a square meter in size,

13 correct?

14 A     Roughly.

15 Q     Okay.  And you recommend doing some larger plots to test

16 a variety of things, I think, potential impacts on vegetation

17 and bioaccumulation, as well as --

18 A     Efficacy.

19 Q     -- efficacy, right.

20 A     Yeah.

21 Q     You agree?

22 A     I do agree.

23 Q     And are there other sites -- I think you mentioned in

24 your deposition one of the other sites that you have tested

25 some larger plots in is -- is Berry's Creek?

1   A      Yeah, we're in the middle of that.

2   Q      Okay.  And in Berry's Creek, you're also doing a

3   bioaccumulation study?

4   A      I'm not, but others are.

5   Q      Okay.  And do you have any results yet that you can

6   share from that project that are public?

7   A      I do not.

8   Q      You were asked earlier this morning about a chart from

9   your report.  This is Chapter 11 of your report, which is

10  Joint Exhibit 6-11, Figure 11-3.2 on Page 11-90.  And this was

11  I believe you plotting results of methylmercury over total for

12  various sites that you've either worked on or have data for?

13  A      Yeah, these are all data from my lab.

14  Q      Okay.  And is it true that if we, I guess, look at these

15  plots over here, this is New Jersey salt marsh?

16  A      That's Berry's Creek.

17  Q      Okay.  And in that case, if we just look at your, you

18  know, X axis, total mercury at Berry's Creek appears to be

19  much higher than the Penobscot?

20  A      Yes, it is.

21  Q      Okay.  And does this, I guess, also illustrate that it's

22  possible to have one system that has higher levels of total

23  mercury in sediment, you know, but lower methylmercury than

24  another site?

25  A      Yeah.

1   Q     And that would be due to these different biogeochemical

2   factors that we -- we discussed earlier?

3   A     Yes.

4   Q     Dr. Gilmour, are you -- have you worked with -- we just

5   put up some of these different sites, but at these other sites

6   that you -- you worked on, have you worked with Dr. Henry?

7   A     Um, yeah, Betsy is part of these -- the current study in

8   Berry's Creek, and Betsy was a grad student when I was a

9   postdoc at Harvard in the mid '80s.

10  Q     Okay.  And do you have any knowledge about her -- her

11  reputation?

12  A     Yes.

13  Q     And what do you think about her?

14  A     She has a good reputation.

15  Q     Okay.

16            MR. TALBERT:  No further questions.

17            THE COURT:  Redirect?

18            MR. COLANGELO:  Very briefly, Your Honor.

19                     REDIRECT EXAMINATION

20  BY MR. COLANGELO:

21  Q     Dr. Gilmour, you were shown a figure from Page 19-40 of

22  your report.  This is Joint Exhibit 6-19 -- just now, and this

23  looks at methylmercury concentrations in surface soils.  When

24  you're looking at the question of concern which is

25  bioaccumulation in animals, do you care about methylmercury

1    concentrations in surface soils or in pore water?

2    A    We care mostly about pore waters.

3    Q    And does the chart that reflects methylmercury

4    concentrations in pore water, is that indicated here on Page

5    19-29 from -- this is the corrected version, Joint Exhibit 71?

6    A    Yes.

7    Q    Okay.  You were also asked a few questions about

8    reapplication of activated carbon if it were applied in

9    Mendall Marsh.  And could you summarize again your opinion of

10   why you think activated carbon's effectiveness diminishes over

11   time?

12   A    I think that the activated -- the surface of the

13   activated carbon becomes less active over time as it gets

14   coated with the natural organic matter in the marsh.

15   Q    And I think you also testified that new organic matter

16   is coming in; is that right?

17   A    New or -- well, yeah, new organic matter is getting

18   produced by the plants.

19   Q    And, therefore, accreting on top of the activated

20   carbon?

21   A    Yeah, you can actually see the carbon layer in the soils

22   down a little bit now last time we went out, 24 months ago.

23   Q    Okay.  So if you were to reapply activated carbon, it

24   would be on top of a newer layer of organic matter that had

25   accreted on top of -- that you observed building up on top of

1   the older layer applied earlier; is that correct?

2   A     Yes.

3           MR. COLANGELO:  Okay.  Nothing further.

4           THE COURT:  Anything further?

5           MR. TALBERT:  No, Your Honor.

6           THE COURT:  Thank you very much, Doctor.

7           MR. BERNARD:  Your Honor, I think that we should

8   adjourn until Monday morning.  I know Your Honor has plenty to

9   do.  But --

10          THE COURT:  Right.

11          MR. BERNARD:  -- we have a bunch of witnesses coming

12  in on Monday.  We are pleasantly surprised that we were able

13  to get through Dr. Gilmour today.  As you remember from

14  yesterday, we were wondering whether we would have to continue

15  by video.  And it went efficiently this morning, and so we'll

16  present further witnesses on Monday morning, if that's okay.

17          THE COURT:  That's perfectly fine with me.  I

18  appreciate the efficiency of counsel and the witness.

19       Is there anything we need -- you may stand down, ma'am.

20  Thank you very much.

21       (The witness left the witness stand.)

22          THE COURT:  Is there anything we need to discuss?

23          MR. BERNARD:  On the -- on those demonstratives,

24  we're now down to -- the defendant provided the supplemental

25  disclosure that Your Honor required.

1       THE COURT:  Thank you.

2       MR. BERNARD:  We have reviewed that, and that -- we

3  will then depose briefly Dr. Vlassopoulos on the new material.

4  And so that obviates the need for the court to be involved in

5  that any further.

6     We've worked out every other issue on demonstratives,

7  except one, which we're continuing to discuss, and I hope

8  we'll be able to work that out, as well.

9       THE COURT:  All right.

10      MR. TALBERT:  Yeah, I believe we should be able to

11  work that additional issue out, as well.

12      THE COURT:  Well, good.  Thank you very much.  I

13  appreciate the -- I have been impressed throughout and am very

14  impressed with the professionalism of counsel.

15     Court will stand in recess.

16     (Proceedings concluded at 11:09 a.m.)

17                        CERTIFICATION

18     I certify that the foregoing is a correct transcript from

19  the record of proceedings in the above-entitled matter.

20

21

22  /s/ Julie G. Edgecomb_____          June 13, 2014_____
    Julie G. Edgecomb, RMR, CRR          Date
23  Official Court Reporter

24

25