1                UNITED STATES DISTRICT COURT

2                   DISTRICT OF MAINE

| | | |
|---|---|---|
| 3 | MAINE PEOPLE'S ALLIANCE | ) |
| | and NATURAL RESOURCES | ) |
| 4 | DEFENSE COUNCIL, INC., | ) |
| | | ) |
| 5 |        Plaintiffs | ) |
| | | )        CIVIL ACTION |
| 6 | | ) |
| |     vs. | )   Docket No. 1:00-cv-00069-JAW |
| 7 | | ) |
| | | )       BENCH TRIAL |
| 8 | HOLTRACHEM MANUFACTURING | ) |
| | and MALLINCKRODT LLC, | ) |
| 9 | | ) |
| |      Defendants. | ) |

10

11                     VOLUME X

12            TRANSCRIPT OF PROCEEDINGS

13     Pursuant to notice, the above-entitled matter came on

14  for BENCH TRIAL before the HONORABLE JOHN A. WOODCOCK, JR.,

15  Chief District Judge, in the United States District Court,

16  Bangor, Maine, on the 16th day of June, 2014, at 8:39 a.m.

17  APPEARANCES:

18  For the Plaintiffs:         Mitchell S. Bernard, Esquire
                              Aaron S. Colangelo, Esquire
19                         Rachel E. Heron, Esquire
                              Jared J. Thompson, Esquire

20

For the Defendants:        Patricia H. Duft, Esquire
21                         Sigmund D. Schutz, Esquire
                              Jeffrey D. Talbert, Esquire

22

23            Julie G. Edgecomb, RMR, CRR
                 Official Court Reporter

24

25  Proceedings recorded by mechanical stenography; transcript
produced by computer.

1                  <u>INDEX OF PROCEEDINGS</u>

Page:

2

Testimony:  (see below)

3

<u>INDEX OF WITNESSES</u>

4

Page:

5  ROBERT S. DUCHESNE  (called by Ms. Heron)

6  Direct Examination by Ms. Heron               1658
    Cross-Examination by Mr. Schutz             1672
7  Redirect Examination by Ms. Heron           1678

8  PETER SANTSCHI  (called by Mr. Colangelo)

9  Direct Examination by Mr. Colangelo         1680
    Continued Direct Examination by Mr. Colangelo  1716
10  Cross-Examination by Mr. Talbert           1720
    Redirect Examination by Mr. Colangelo      1745
11  Recross-Examination by Mr. Talbert        1750

12  RICHARD JUDD  (called by Ms. Heron)

13  Direct Examination by Ms. Heron             1753

14  DIANNE KOPEC  (called by Mr. Bernard)

15  Direct Examination by Mr. Bernard           1763

16                   <u>INDEX OF EXHIBITS</u>

Joint

17  <u>Exhibit No.</u>    <u>Description</u>        <u>Offered</u>   <u>Admitted</u>

18    89       Table 1 - Summary of Recovery  1763     1763
                Parameters

19

20

21

22

23

24

25

1       (Counsel present in open court.)

2         THE COURT:  Good morning.

3         MR. BERNARD:  Good morning.

4         THE COURT:  Next witness?

5         MR. BERNARD:  Yes.  Before we do that, Your Honor,

6  just a couple of housekeeping matters.

7         THE COURT:  Sure thing.

8         MR. BERNARD:  One is we completed the testimony of

9  Dr. Fisher on Friday afternoon, and as soon as we get the

10 transcript from the reporter, we will enter it as an exhibit

11 and offer it into evidence and let you know.

12        THE COURT:  Terrific.

13        MR. BERNARD:  The second is that over the weekend

14 the parties reached a stipulation.  There was -- as you're

15 aware, the court ruled, during the liability phase, that

16 Mallinckrodt was a dominant source of mercury to the river.

17        THE COURT:  That's right.

18        MR. BERNARD:  The First Circuit affirmed.

19 Mallinckrodt was contesting that.  We filed a motion, you'll

20 recall.

21     Mallinckrodt has agreed not to contest the findings of

22 this court and the First Circuit.  So we will withdraw as moot

23 our motion to preclude that evidence.

24     The practical effect of this for the trial is that two of

25 Mallinckrodt's proffered experts -- Mr. Bigham and

1    Mr. Vaillancourt -- will not be presented by Mallinckrodt

2    because their testimony and opinions dealt exclusively with

3    this issue.  And so that should serve to shorten the trial.

4        We will enter that stipulation in the docket later today.

5    Does Your Honor want -- we had another pretrial stipulation

6    which we marked as an exhibit.  Would Your Honor like us to do

7    that with this stipulation, as well, once we file?

8            THE COURT:  That makes sense, yes.

9            MR. BERNARD:  Okay.  We will do that.  Mr. Talbert

10   may want to comment on that.

11           MR. TALBERT:  Yeah, one note, Your Honor, on the --

12   on the stipulation.  As you may know, one of our issues with

13   the Phase II Report was it appeared to go beyond Carter's

14   order and used words like we were the primary source and then

15   provided information that we thought was not entirely fair in

16   that there was no real quantification of -- of sources that

17   was either the purpose of the Phase II Report or really the

18   execution of that report.

19       So in that light, we've stipulated that that was not a

20   purpose of the Phase II Report.  The Study Panel did not

21   really evaluate that issue.  And in light of that stipulation,

22   that's why we're withdrawing those witnesses and not

23   challenging it

24           THE COURT:  Okay.  Very good.  What does that do in

25   terms of the schedule?  Do you have a sense?

1    MR. BERNARD:  I -- I think what it will mean,

2  Your -- I think this will cut a day and a half of testimony

3  from the trial.  That would be my estimate.

4    MR. TALBERT:  I agree.  I think that in light of the

5  way we've been proceeding, I think that this will likely allow

6  us to finish by June 27th and not require us to bleed into

7  July or have, you know, any -- any sort of afternoon

8  depositions to finish witnesses.

9    THE COURT:  Okay.  Now, in terms of the schedule

10  this week, I have criminal matters each day except for Friday,

11  all scheduled at 3:00.  So in terms of your own schedule, you

12  ought to be aware of that.  And Wednesday I think I mentioned

13  earlier I'd like to attend, but I won't do it if it's not

14  convenient to the parties, a retirement luncheon for a partner

15  of mine who's -- former law partner of mine who's now retiring

16  as a justice of the superior court for the State of Maine,

17  Justice Kevin Cuddy, on Wednesday.

18    But if that's inconvenient to the parties, I won't go.

19    MR. BERNARD:  Your Honor, that's not inconvenient

20  for the parties, and in light of the stipulation that we just

21  discussed, I don't think that really creates any problem at

22  all for the schedule.

23    THE COURT:  Okay.

24    MR. TALBERT:  I agree.  I think --

25    THE COURT:  Okay.  Well, that's great.  Then I'll

1    stop at about 11:30 on Wednesday, and school will be out for

2    the rest of the day.  Is there anything further?

3              MR. BERNARD:  Nothing, Your Honor.

4              THE COURT:  All right.

5              MR. TALBERT:  Actually, one -- one other note.  We

6    did have some discussions preliminarily about a schedule for

7    filing posttrial briefs and findings of fact and conclusions

8    of law.

9              THE COURT:  Right.

10             MR. TALBERT:  And we've discussed filing those, if

11   it's okay with Your Honor, mid-August.  We're going to try to

12   refine an exact date and make a proposal, and then rebuttal

13   briefs -- simultaneous filings -- before Labor Day.

14             THE COURT:  That's fine.  I'm actually thinking --

15   and you can mull this over -- it may be helpful for me to

16   understand sort of in a summary judgment format what it is

17   people contest.  So in terms of findings of fact and

18   conclusions of law, for example, I will tell you that I'm not

19   generally predisposed to the quibbling of summary judgment

20   point and counterpoints, but here it may be helpful.

21       In other words, the plaintiff makes a proposal about what

22   somebody said and the significance and urges me to make a

23   finding of fact.  You may agree with the proposed finding or

24   you may disagree with it, and what I'm thinking of is it may

25   be appropriate in this particular case, with its complexity,

1  to have the plaintiff make a series of proposed findings of

2  fact and then have the defendant respond item by item to those

3  findings and -- so that we can narrow down, if we can, the

4  areas of disagreement on which I need to make findings.  And

5  then, of course, you would be able to respond.  You would have

6  the opportunity to propose additional findings, and you'd be

7  able to respond.

8       That way, I think in this particular context, we may be

9  able, rather than my having just a series of proposed facts

10  and then a separate set of proposed facts from the defendant

11  with no interrelationship between the two, that may be a more

12  efficient way of sort of teeing up the factual issues for me.

13  So you can think about that.

14          MR. BERNARD:  We will.  And we'll discuss it.  Your

15  Honor, do you mean that in lieu of a posttrial brief, or would

16  that be the posttrial brief?

17          THE COURT:  No, no, that would be just the findings

18  of fact.  What I'm going to ask you to do is findings of fact

19  and conclusions of law as proposals, and then also do a -- we

20  can discuss the best way to approach it, but my thought was

21  not to -- well, not to avoid having your -- the benefit of

22  your counsel on memoranda of law, as well.

23       I do think that this may be an instance where -- you can

24  think about it, but an instance where an actual oral argument

25  may not be as helpful.  But my thought there would be to -- if

1   we do schedule oral argument, to have the oral argument at the

2   very end, after everything has been -- after transcripts have

3   been prepared and after you have filed your memoranda.

4        What I will do -- I can tell you unequivocally what I'll

5   do -- is I'll write the decision before we do an oral

6   argument.  I don't think it'll be much use in having an oral

7   argument before I write the decision.  So I'll write the

8   decision.  I'll have it in draft form.  I won't let you see

9   it.  But you'll know which way I'm going to jump pretty

10   quickly and what the concerns I may have are.  Go ahead.

11        MR. BERNARD:  I'm glad you mentioned that.  I was

12   going to ask about oral argument and -- and suggest something

13   similar.  I mean, I -- I think we would like to make a closing

14   argument, but I think it would be more meaningful at the end

15   of the briefing, as Your Honor has suggested.

16        THE COURT:  Well, it would be more meaningful for me

17   when I have -- I do this in summary judgment practice, as you

18   know, Mr. Talbert.  What I do in summary judgment practice is

19   I write the decision, and then the party who's on the short

20   end of that stick learns very quickly what the issue is and

21   what my concerns are.  And sometimes they're able to convince

22   me I'm wrong.  That happens not infrequently.  But the person

23   readily and quickly knows that they're -- they're obligated to

24   come up with something in terms of argument.  That's the way I

25   do it.

1     And what I also urge people to do is this.  That for

2  purposes of oral argument -- I'm sort of jumping ahead here --

3  but for purposes of oral argument, the -- the most influential

4  authority is the First Circuit or the Supreme Court.

5  Statutory interpretation is less impressive because, you know,

6  you both have your own statutory interpretations.  But the

7  First Circuit's binding on me, and that's the particular flag

8  I salute here.

9     So if you -- in order to prepare for oral argument, I

10  mean, other jurisdictions, other circuits, are interesting to

11  me, but they're not binding.  But the First Circuit is

12  binding.  So if you're going to prepare for it, the least

13  effective argument is policy because I'm not a policy-maker.

14  So, you know, the -- your arguments about what's good and

15  what's bad and your arguments about what's good and what's bad

16  are not as effective, although it may be more effective here,

17  where equitable relief is called into play.

18     But, anyway, that gives you a general overview.

19          MR. BERNARD:  Thank you.

20          THE COURT:  Okay.  Thank you.

21          MR. BERNARD:  I think we're ready to call our next

22  witness.  I just want to preview what's going to happen today.

23  Your Honor may recall that we have a few fact -- we have four

24  fact witnesses --

25          THE COURT:  That's right.

1    MR. BERNARD:  -- we want to present.  And we're

2  going to do that today and tomorrow.  So we have a fact

3  witness and then -- who will be brief, and then Dr. Santschi.

4  And then we have a second fact witness who will be coming in

5  to testify late -- late in the day, and then we'll have two

6  more fact witnesses tomorrow.  So we would like to call our

7  first fact witness, who is Bob Duchesne.

8    THE COURT:  All right.  Thank you.

9    MR. BERNARD:  And, Your Honor, my colleague,

10  Ms. Heron, will be examining Mr. Duchesne.

11    THE COURT:  That's fine.  Thank you.

12    MR. TALBERT:  And, Your Honor, my colleague,

13  Mr. Schutz, will be doing cross-examination of Mr. Duchesne.

14    THE COURT:  Thank you.

15    THE CLERK:  Please raise your right hand.  Do you

16  solemnly swear that the testimony you shall give in the matter

17  now in hearing shall be the truth, the whole truth, and

18  nothing but the truth, so help you God?

19    THE WITNESS:  I do.

20    THE CLERK:  Please be seated.  Please state your

21  name and spell your last name for the record.

22    THE WITNESS:  My full name is Robert S. Duchesne,

23  D-u-c-h-e-s-n-e.

24  ROBERT S. DUCHESNE, having been duly sworn, was examined and

25  testified as follows:

1                        DIRECT EXAMINATION

2    BY MS. HERON:

3    Q      Good morning, Mr. Duchesne.

4    A      Good morning.

5    Q      Mr. Duchesne, where do you live?

6    A      I live in Hudson.

7    Q      How long have you lived there?

8    A      About 10 years.

9    Q      And where did you live before that?

10   A      I lived in Clifton for 15 years.

11   Q      Had you lived in Maine prior to moving to Clifton?

12   A      I went to Colby College in the '70s and stayed for three

13   years to begin my radio career there in the late '70s, so

14   three years in Waterville after college.  So a lot of years in

15   Maine.

16   Q      And what brought you back to Maine when you moved to

17   Clifton?

18   A      Um, I never really wanted to leave Maine in the first

19   place, but my wife took a job in Washington, D.C.  I spent

20   some time in radio down there.  And after about seven years,

21   it was time to come home, and there was a radio job

22   opportunity here that was just a good match for me.  So we

23   came back.

24   Q      And how long did you stay in that radio job?

25   A      Seventeen years.

DUCHESNE - DIRECT EXAMINATION/HERON

1659

1  Q     What have you been doing since then?

2  A     A lot of things.  I was supposed to take a sabbatical

3  after getting out of radio to figure out what was going to be

4  next.  During that time, I created the Maine Birding Trail.  I

5  ran for the Legislature and served four terms, for a total of

6  eight years.  I started a bird guiding business, wrote a book.

7  Ah, so a number of different things.

8  Q     Are you a bird watcher?

9  A     Yes, I am.

10  Q     And when did you first become interested in birding?

11  A     First grade.  I can remember this like it was yesterday.

12  It was -- ah, every time it would rain -- this was in Gorham,

13  New Hampshire, my father for a while taught high school

14  history, and I would look out in the grass and the goldfinches

15  would come out after the rain, and they were so yellow and the

16  grass was so green.  I was hooked from that moment on.

17  Q     And was there a time that you began spending more of

18  your time on birding?

19  A     When I returned to Maine, in 1986, I got almost

20  immediately involved with the Penobscot Valley chapter of

21  Maine Audubon, and that just sort of grew from there.  Like

22  any new blood to any organization, they immediately put you in

23  some kind of leadership or board position, so I've been on the

24  local chapter board virtually from the late '80s until now.

25  Q     Where around the state have you birded?

1  A     Um, I created and drafted the Maine Birding Trail.  So,

2  frankly, all of it.  I really researched the entire state.

3  Q     Do you bird by yourself for pleasure?

4  A     Yes, I do, yes.

5  Q     And do you also take others out birding as a business?

6  A     Yes, I do it as a volunteer and as a business.  I do

7  have my own small touring company.

8  Q     How long have you been leading birding tours?

9  A     I've been leading professionally for about 10 years.

10  I've been volunteering for Maine Audubon for close to 25,

11  including overnight tours and sometimes extensive tours as a

12  volunteer.

13  Q     About how often do you take tours out birding?

14  A     Ah, it's the busy season when the birds are singing, so

15  it really crunches into May, June, a little bit of July, and

16  sometimes later in summer.  So it -- it tends to be a

17  concentration of this time period.  And on average, I will do

18  five to seven, perhaps eight different types of tours a year,

19  plus some additional private guiding and smaller field trips.

20  Q     When is the last tour that you led?

21  A     I was on a puffin boat yesterday, as the official

22  spotter out of Stonington.  And before that, I had a five-day

23  tour that went up to Baxter State Park and over to the

24  Schoodic Peninsula of Acadia National Park.

25  Q     Where do the people that you take on these tours

1    generally come from?

2    A      Some come from Maine, but most come from elsewhere.   On

3    this last tour, the five-day tour that I did, they came from

4    Indiana, California, New Mexico, Pennsylvania, and Georgia, I

5    believe.

6    Q      And where do you take people around the state on your

7    tours?

8    A      Generally, I concentrate in the northern end of the

9    state.  There are other people who guide in Southern Maine,

10   and that's their turf, and I really have no interest in going

11   down to the Portland area if I can avoid it.  So I will

12   typically guide downeast.  I will typically guide up in the

13   Maine forest.  So some of my favorite tours go up above

14   Pittston Farm, above Moosehead Lake, I'll go around Baxter

15   State Park and some of the logging roads west of there, and I

16   go downeast quite a bit, and I also will lead tours to Grand

17   Manan in New Brunswick, just over the border.

18   Q      Are you familiar with the location called Mendall Marsh?

19   A      Yes, I am.

20   Q      Have you been birding in Mendall Marsh?

21   A      Yes, probably for about 20 years.

22   Q      About how many times have you birded in Mendall Marsh?

23   A      I would average a visit once or twice a year, so having

24   missed a few years, perhaps I would say 20 times is a good

25   number.

1   Q      And have you ever taken a tour group to Mendall Marsh?

2   A      I took a birding group of Texans who had hired me for a

3   day trip around the greater Bangor area, and I took them in

4   there two years ago.  And really that's the biggest group.  I

5   have taken some friends in, maybe one or two private hires

6   over the years, but that's the -- the first time I had really

7   taken a group into Mendall Marsh.

8   Q      Why did you take that group to Mendall Marsh?

9   A      Nelson's sparrow was the target.  That's a sparrow you

10  can't really get in many places elsewhere, so it was a target

11  bird, and I knew it was there, and I took them in there.

12  Q      Can you describe for the court what the Nelson's sparrow

13  is like?

14  A      Like all sparrows, it tends to be small and brown.  Um,

15  this one in particular is a little buffier and perhaps a

16  little prettier than some average sparrows, so it's a little

17  more delightful bird.  It's more buffy in color, especially

18  around the face, it has sort of blurry streaks in the chest,

19  and it has sort of a secretive habit, which makes it a little

20  more challenging.

21  Q      Mr. Duchesne, I'm going to show you a page from what's

22  been marked as Plaintiffs' Exhibits 88.

23          MS. HERON:  Your Honor, this is a demonstrative

24  exhibit.

25  BY MS. HERON:

DUCHESNE - DIRECT EXAMINATION/HERON

1663

1    Q      And, Mr. Duchesne, do you know what this is a picture

2    of?

3    A      Yes, it's a Nelson's sparrow.

4    Q      How do you identify a Nelson's sparrow when you're in

5    the field?

6    A      You start out with habitat because they're very picky

7    about where they're going to be.  They're in salt marshes

8    almost exclusively.

9           They also have a habit of being down in the wet grasses

10   and then they pop up to sing, they'll flitter around the tops

11   of the grasses and then disappear again.  So they're really

12   rather difficult to locate on occasion.  So habitat and

13   location is one.

14          When they do pop up to sing, they are this buffy color

15   that you see in the exhibit, which distinguishes them from

16   other birds that could be in the area, and the buffy face

17   pattern is really particularly striking.

18   Q      And does the Nelson's sparrow have a distinctive call?

19   A      Yes, it does.  It's -- if I may, it's a pchss --

20   (witness demonstrating).  And even though it sounds like --

21             THE COURT:  Did you get that down?

22   A      Spell that just as it sounds -- pchss.  And it's like a

23   whisper, but you can hear it from hundreds of yards away.

24   BY MS. HERON:

25   Q      Is the Nelson's sparrow a special bird to you?

DUCHESNE - DIRECT EXAMINATION/HERON

1664

1  A    It is -- yes, it is to me.  I -- I think of it as a

2  Maine bird.  The range of the bird and its breeding season is

3  essentially from Scarborough Marsh, maybe a little bit south

4  of that, but Scarborough Marsh, just south of Portland, up

5  through the coast of Maine.  You really -- if you want to find

6  it in breeding season, you've got to come to Maine to get it,

7  at least along the coast of the United States.

8       And so it is more of a Maine bird than some of the other

9  sparrows that are pretty generally located in other parts of

10 the country.

11 Q    Are Nelson's sparrows common in Maine?

12 A    They're certainly not common because they're very picky,

13 as I say, about their habitat.  They're a salt marsh area

14 sparrow, and it has to be wet grasses, and that's where they

15 are.

16      So you can pinpoint certain locations, but it's always a

17 challenge to locate one of these little guys.

18 Q    Do you still take tour groups to see the Nelson's

19 sparrows in Mendall Marsh?

20 A    No, I don't.

21 Q    Why not?

22 A    Um, as I say, I took that group of Texans, an entire van

23 load in there to Mendall Marsh two years ago, and that's when

24 I was leading them in, walking them by, and we came across the

25 poster warning us not to eat the water fowl.  And I --

DUCHESNE - DIRECT EXAMINATION/HERON

1665

1    frankly, I was shocked by it.  I surmised that it was because

2    of the mercury contamination there, but I had no idea it was

3    that bad, and so I was personally aghasted.

4         This is the kind of thing where you're showing tourists

5    the ecological values of Maine, the environmental pristineness

6    of Maine, it's one of our selling points.  When you come

7    across warning posters saying don't eat the water fowl, that's

8    not something I want to show tourists from away.

9    Q    Mr. Duchesne, I'm going to show you what's been marked

10   as Plaintiffs' Exhibit 67 in evidence.

11   A    Yes, hm-hmm.

12   Q    And is this the sign that you saw when you were in

13   Mendall Marsh?

14   A    Yes, that is the sign.

15   Q    What effect, if any, does it have on your birding

16   business not to take groups to Mendall Marsh?

17   A    When it comes to tours, ah, you have to be where the

18   birds are.  Ah, there are sexy birds that will attract people

19   to Maine to spend their money to come from California,

20   Indiana, et cetera, and they can fall into a number of groups,

21   puffins is a big one, northern forest species that don't occur

22   even south of Bangor.  There are people in Massachusetts who

23   can't get some of our birds up here.

24        So you need to locate near those, which is why I do

25   trips downeast, why I do trips up in the mountains, and why I

DUCHESNE - DIRECT EXAMINATION/HERON

1666

1   do trips over near puffins.  This is one that is really a

2   unique bird to Maine that is located close to Bangor.  If I

3   could anchor tours closer to Bangor it would reduce my costs

4   quite a bit because I have a bigger selection of hotels, a

5   bigger selection of eating establishments, for instance.  My

6   transportation costs would be reduced because I can stage

7   myself closer.  But I don't have a sexy bird here without the

8   Nelson's sparrow being on my palate.

9       So as a result, I end up doing the more expensive

10  logistical tours up to the Baxter State Park area, et cetera.

11  I could locate here and do day trips to those locations if I

12  had something local and sexy to anchor to, and I just,

13  unfortunately, don't have that at this point.

14  Q    Have you personally been to Mendall Marsh since you took

15  that tour group?

16  A    Yes, I've been there several times.

17  Q    What, if anything, have you observed about Nelson's

18  sparrows over the years you've visited Mendall Marsh?

19  A    This is anecdotal, of course.  When I first started

20  going there, there's a bridge that crosses Route 174 that's --

21  when you go from Frankfort over to Bucksport.  There's a

22  bridge there, and the sparrows usually are right by the

23  bridge.  So all you have to do is pull over and park, and you

24  would hear them, and you could usually see them flitting among

25  the grasses.

DUCHESNE - DIRECT EXAMINATION/HERON

1667

1    After a couple of years, they tended not to be near the

2    bridge, they were further back, and there seemed to be fewer

3    of them.  Back towards the -- the river part of the wetlands,

4    and then in the last five years, I've not gotten one in that

5    location at all.  I can still get them around the corner

6    and -- where the sign is for Mendall March, but they seem to

7    have dropped out altogether in that spot.  It's been more than

8    five years since I've had one there.

9    Q    You mentioned something earlier called the Maine Birding

10   Trail?

11   A    Yes.

12   Q    Could you explain to the court what that is?

13   A    Yeah, birding trails are an -- an ecotourism device,

14   trying to organize an experience for people who want to pursue

15   birds, in this case.  There are also beer trails in the state,

16   there's a Maine Wine Trail.  So it's an organized experience.

17   A lot of the trails nationwide are patterned on what Texas

18   instituted in the early 1990s, they did the Great Coastal

19   Texas Trail, and a lot of other states produced trails, as

20   well.

21       In this case, it's 82 specific sites that have a good

22   suite of birds or good birding experiences with enough

23   infrastructure to support tourism.  And they're scattered

24   around the state.  They go from Kittery right up to Collins

25   Pond in Caribou is site No. 82.  So those are essentially the

DUCHESNE - DIRECT EXAMINATION/HERON

1668

1    places that you can download a pamphlet from the state or get

2    it from the Maine Office of Tourism and visit those places

3    with an expectation of having a good birding experience.

4    Q    Did you include Mendall Marsh as one of those sites?

5    A    Ah, no, I didn't include Mendall Marsh in the actual

6    trail system -- the official trail.  I did include it in my

7    book.  Ah, as I say, there was 82 official sites.  I

8    researched over 300 sites, and included about 260 in an

9    additional book for anyone who wanted to do something a little

10   more extensive than what was published by the state, and I did

11   include Mendall Marsh in that.

12   Q    And what did you say about Mendall Marsh?

13   A    Specifically Nelson's sparrow, that that was the place

14   to look for it.  And, unfortunately, I said near the bridge.

15   That's -- virtually as soon as the ink dried in the book, they

16   stopped being there, so if there is ever a second edition, I'm

17   going to have to correct that or take it out altogether.  But

18   that's what I said, if you're -- especially in the Bangor

19   area, you would go to Mendall Marsh to look for the Nelson's

20   sparrow near the bridge.

21   Q    Are you familiar with the Penobscot River Restoration

22   Trust?

23   A    Yes, very much so.

24   Q    What is that?

25   A    It's an attempt, and a successful one at that, to remove

DUCHESNE - DIRECT EXAMINATION/HERON

1669

1    dams that have outlived their usefulness, to restore sea run

2    fisheries as best as possible, and to restore recreational

3    values on the river.  They have -- two dams have been removed

4    so far, a third's undergoing fish passage improvement.

5    Q    And what is your involvement with the trust?

6    A    I was designated an ambassador, Penobscot River

7    ambassador, which is essentially people who are prominent in

8    the community who can speak out on behalf of the project when

9    called upon to do so, and to attend events and lend a name, I

10   suppose, to that, to have their name included in print on

11   supporting materials.  It was not highly involved, but it

12   certainly kept me active with the organization.

13   Q    And why did you want to get involved with the

14   organization?

15   A    They -- certainly they asked me to be involved.  At that

16   point, I had just been elected to the Legislature, so I was a

17   little more prominent, I guess, and I was at that time I think

18   president of the Penobscot Valley chapter of Audubon, so I

19   already had a relationship.  But the river was rather

20   important to me, as well.  The Penobscot River is a signature

21   river for the area.  There's a lot of recreational value

22   potential along it.  I was already interested in ecotourism as

23   a way to boost our economy.  So it all made sense for me to be

24   involved with that project.

25   Q    Do you have any technical expertise on mercury

1    contamination?

2    A     None whatsoever.

3    Q     Is it your understanding that there is significant

4    mercury contamination in the Penobscot ecosystem?

5    A     Yes, it is my understanding.

6    Q     Including in Mendall Marsh?

7    A     Yes.

8    Q     And what is your basis for that understanding?

9    A     Frankly, what I've read in the newspaper over the years.

10   I've certainly been aware of the previous court cases, just

11   from having read them -- about it in the paper.  Certainly it

12   was a wake-up call to see the water fowl being listed as don't

13   eat this.  I didn't -- as I said before, I didn't realize the

14   contamination was that bad, and that was a wake-up call for

15   me.

16   Q     How long do you understand it will take for the mercury

17   in the system to clean itself up?

18              MR. SCHUTZ:  Objection, Your Honor.

19              THE COURT:  I think we're getting beyond his

20   expertise, aren't we?

21              MS. HERON:  I just wanted to see if he had read

22   anything or had any understanding based on the materials that

23   he has.

24              THE COURT:  Isn't that hearsay?

25              MS. HERON:  To give a basis for what his

1    expectations for what will happen in the system.

2         MR. SCHUTZ:  I think that's hearsay, and this is

3    also calling for technical opinion.

4         THE COURT:  Right.  I'll sustain the objection.

5    BY MS. HERON:

6    Q    Mr. Duchesne, what effect, if any, does it have on you

7    for this contamination to be in the system?

8    A    It's two-fold.  I think the first part is really, as I

9    said, it sort of deprives me of an opportunity to anchor some

10   tours a little closer to Bangor where my costs would be lower,

11   and the second one, I did serve on the governor's task force

12   under Governor Baldacci on nature-based tourism, and one of

13   the things we were really looking at is how do you build an

14   ecotourism structure around the natural assets we have, one of

15   which is the Penobscot River.

16        Um, it's -- to sully a portion of the river when you're

17   trying to build tourism on it is a little bit detrimental to

18   what you're trying to establish in the first place.  It's like

19   going to the boundary waters of Minnesota saying, you can

20   do -- go canoeing on this -- three-quarters of this, but, you

21   know, stay away from over here.  It sort of sullies a little

22   bit the expectation.

23        And I've been volunteering and spending a lot of

24   personal time trying to build ecotourism and build a rural

25   economy in the state, and to have that opportunity taken away

1    or at least damaged is -- sort of personally saddening for me.

2    Q    Do you understand the relief the plaintiffs are seeking

3    in this case?

4    A    Um, my understanding is that active remediation is being

5    called for, that it's not enough to just let it sit there and

6    bleed out over time.  The plaintiffs would like to see some

7    active -- proactive steps taken to clean it up.

8    Q    Do you support that goal?

9    A    Yes, I do.

10   Q    Why?

11   A    I think any nonaction is going to be detrimental for a

12   very, very long time.  I could not specify how long that time

13   is, but it would take a long time, past my lifetime, I'm sure,

14   because it takes a long time to -- for the environment to

15   clean itself up.

16              MS. HERON:  No further questions.

17              THE COURT:  Cross-examination, Mr. Schutz?

18                     CROSS-EXAMINATION

19   BY MR. SCHUTZ:

20   Q    Good morning, Mr. Duchesne.

21   A    Good morning.

22   Q    My name is Sig Schutz.  I represent the defendant.

23        You mentioned a consumption advisory related to water

24   fowl.  Now, are you aware that there are fish consumption

25   advisories that apply to all waters of the state of Maine?

DUCHESNE - CROSS-EXAMINATION/SCHUTZ

1673

1    A     This was the shocker for me.  I've birded all over the

2    country.  I've seen fish advisories in the Everglades.  I've

3    seen them in national parks elsewhere.  I've seen them all

4    over the country.  I have never seen a water fowl advisory.

5    That one shocked me.

6    Q     Well, if we bring up Defense Exhibit 512, we can see

7    that there's a freshwater fish consumption advisory that

8    applies to all waters in the state of Maine.  Are you aware of

9    that?

10   A     Um, no, frankly, I'm not, not for all waters.

11   Q     And we can bring up the safe eating guidelines, which

12   suggests that sensitive populations should not eat any

13   freshwater fish from Maine's inland waters.  Were you aware of

14   that prior to just now?

15   A     No.

16   Q     And if we go to the next page of this same document, we

17   can see that, under safe eating guidelines, a number of rivers

18   throughout the state of Maine have consumption advisories in

19   addition to the Penobscot.  Were you aware of that?

20   A     I'm aware of mercury deposition in waters all over the

21   United States, so it's not a shock to me.  I was not aware

22   specifically of these guidelines because they're not commonly

23   seen in the newspaper or elsewhere.

24   Q     And if we can bring up Defense Exhibit 576, there's also

25   a saltwater fish consumption advisory.  Were you aware of

1  this, too?

2  A    Ah, no.

3  Q    Did you know that there is a consumption advisory

4  related to all saltwater fish off the coast of Maine for

5  sensitive populations?

6  A    No.

7  Q    If we go to the second page of this exhibit, 576, we see

8  that all ocean fish off Maine's coast are subject to a

9  consumption advisory for sensitive populations -- pregnant and

10  nursing women.  Were you aware of that?

11  A    No.

12  Q    Now, mercury being a natural element is ubiquitous in

13  the environment, correct?

14  A    Correct.

15  Q    And whatever we do in the Penobscot is not going to

16  solve the mercury problem across this state or across this

17  nation, is it?

18  A    I would agree it wouldn't solve it across the nation.

19  Um, I would reiterate what I said before.  It's not just the

20  fish.  It was the water fowl that really shocked me.

21  Q    You testified that you developed the Maine Birding

22  Trail?

23  A    Yes.

24  Q    And you wrote a book, and we've got excerpts of that

25  book marked as Defense Exhibit 716, which I'd like to bring

1   up.  This is the book you authored, Maine Birding Trail?

2   A     Yes, it is.

3   Q     The Official Guide to More Than 260 Accessible Sites?

4   A     That's correct.

5   Q     When you say the official guide, what does the official

6   mean?

7   A     I've been asked that one before.  I actually wrote the

8   book and drafted all the materials before the -- the official

9   trail came out.  I had documented everything and read all --

10  written all the text.  So the Maine Birding Trail itself and

11  the 82 designated sites actually stem from all the research

12  I'd done and the text I'd already written.  So it's hard to be

13  more official than that.

14  Q     And if we turn to the next page of this exhibit, we see

15  that this book of yours was published in 2009?

16  A     That is correct.

17  Q     And the goal was to provide accurate information to

18  birdwatchers on where to find birds?

19  A     Yes.

20  Q     It wasn't an identification guide.

21  A     That's correct.

22  Q     And if we go to Appendix C of your book, this is the

23  appendix where you list the frequently sought-after birds in

24  Maine?

25  A     That's correct.

DUCHESNE - CROSS-EXAMINATION/SCHUTZ

1676

1    Q    And you define some terms at the top of Appendix C?

2    A    Hm-hmm.

3    Q    And you list the abundance of bird species from abundant

4    all the way down to rare?

5    A    Yes.

6    Q    And if we look on this first page of Appendix C -- and

7    so abundant is certain to be seen, very numerous?

8    A    Yes.

9    Q    And common, certain to be seen in suitable habitat?

10   A    Yes.

11   Q    All the way down to rare, not seen every year?

12   A    Hm-hmm.

13   Q    And if we go back to the text of this page, we can see

14   that, for example, you've listed Atlantic puffin as abundant

15   breeder on five islands off the Maine coast?

16   A    Yes.

17   Q    And you've listed Bohemian waxwing, irruptive winter

18   resident, recently abundant in most winters?

19   A    Yes.

20   Q    And, again, you define common as certain to be seen in

21   suitable habitat?

22   A    That's correct.

23   Q    If we turn to the next page of this exhibit, we see your

24   entry for Nelson's sharp-tailed sparrow?

25   A    Yes.

1    Q     Do you see that?

2    A     Hm-hmm.

3    Q     And you categorized Nelson's sharp-tailed sparrow as a

4    common breeder, certain to -- that would be seen in suitable

5    habitat?

6    A     That is correct.

7    Q     And on Page 244 of your guide, you've got an entry for

8    Frankfort Marsh?

9    A     I do.

10   Q     Let's see what you said about Frankfort Marsh -- Marsh,

11   which is, as you note here, also called Mendall Marsh?

12   A     Yes.

13   Q     And you wrote in your 2009 guide that Frankfort marsh is

14   one of the best sites to find Nelson's sparrows?

15   A     Yes, I did, hm-hmm.

16   Q     And are you aware that the Study Panel has been sampling

17   Nelson's sparrows in Mendall Marsh from 2007 up to 2012?

18   A     I'm familiar with it.  I guess that's one of the study

19   species.  Beyond that, I don't know what the Study Panel has

20   been doing.

21   Q     Do you understand that the Study Panel has not found any

22   trends in Mendall -- in Nelson's sparrow blood --

23   A     I don't -- sorry.

24   Q     -- in Mendall Marsh?

25   A     I do not know what the Study Panel has found.

1    Q     You mentioned your business.  And -- and you've taken a

2    lot of steps to advance bird watching in Maine and attract

3    interest?

4    A     Yes.

5    Q     Successfully?

6    A     Some days.  At the end of the year, my accountant says,

7    shouldn't you be a little more in the black?

8    Q     Now, it is true, though, that your business over the

9    past ten years has only been on the upswing, correct?

10   A     Generally speaking, yes, it is.

11           MR. SCHUTZ:  No further questions.  Thank you.

12           THE COURT:  Thank you.

13        Redirect?

14           MR. BERNARD:  Your Honor, could we just have one

15   moment?

16           THE COURT:  Sure.

17           MS. HERON:  Thank you, Your Honor.

18                       REDIRECT EXAMINATION

19   BY MS. HERON:

20   Q     Mr. Duchesne, the defense counsel showed you a portion

21   of your book where you mentioned that Nelson's sparrow were

22   common?

23   A     Yes, that's correct.

24   Q     Did you write that specifically in reference to Nelson's

25   sparrow in Mendall Marsh?

DUCHESNE - REDIRECT EXAMINATION/HERON

1679

1    A      Ah, no, that was generally -- there are a number of

2    spots where they are also readily available.  I would also, if

3    I may, observe that I'd written that chapter probably about

4    three years prior.  I wrote a -- drafts of the book over the

5    course of the early 2000s.  At the time I wrote the book, it

6    was the time when they were close to the bridge, as I

7    referenced earlier.  After the book came out in print is when

8    I really began to notice a serious anecdotal decline,

9    certainly it's not a study, but I simply failed to get them

10   where I put in print earlier that they should be.

11        So they're -- I think what's in the book was consistent

12   with my testimony earlier, that they were easy to get there.

13   After the book came out, they had become more difficult.

14   Q      And you wrote that, also, before you had taken the group

15   to the marsh --

16   A      Yes.

17   Q      -- and seen the sign?

18   A      That is correct, hm-hmm.

19   Q      Did any of the documents that the defense counsel showed

20   you relate to Mendall Marsh specifically?

21   A      No, they did not.

22             MS. HERON:  No other questions.

23             THE COURT:  Thank you.

24        Anything further?

25             MR. SCHUTZ:  Nothing further, Your Honor.

SANTSCHI - DIRECT EXAMINATION/COLANGELO

1680

1           THE COURT:  Thank you, sir.  You may stand down.
2    Thank you.
3        (The witness left the witness stand.)
4           THE COURT:  Next witness?
5           MR. BERNARD:  Dr. Peter Santschi.
6           THE CLERK:  Do you -- do you solemnly swear that the
7    testimony you shall give in the matter now in hearing shall be
8    the truth, the whole truth, and nothing but the truth, so help
9    you God?
10          THE WITNESS:  I do.
11          THE CLERK:  Please be seated.  Please state your
12   name and spell your last name for the record.
13          THE WITNESS:  I'm Peter Santschi, S-a-n-t-s-c-h-i.
14   PETER SANTSCHI, having been duly sworn, was examined and
15   testified as follows:
16                      DIRECT EXAMINATION
17   BY MR. COLANGELO:
18   Q    Good morning, Dr. Santschi.
19   A    Good morning.
20   Q    Where are you employed?
21   A    Texas A&M University at Galveston.
22   Q    What is your position there?
23   A    I'm a professor.
24          THE COURT:  Can you pull yourself up a little bit,
25   sir, so we can all hear you?

SANTSCHI - DIRECT EXAMINATION/COLANGELO

1681

1              THE WITNESS:  Oh, sorry.  Okay.

2              THE COURT:  Thank you very much.

3              THE WITNESS:  Thank you.

4   BY MR. COLANGELO:

5   Q     How long have you worked at Texas A&M?

6   A     26 years.

7   Q     Do you teach?

8   A     Yes.

9   Q     What do you teach?

10  A     Um, environmental chemistry and marine chemistry and

11  related subjects.  Um, mostly graduate courses, but also

12  undergraduate courses.

13  Q     What is your educational background?

14  A     Um, I'm a chemist.  I studied chemistry at the

15  University of Bern in Switzerland, and I graduated in 1975.

16  Q     Did you receive a Ph.D.?

17  A     It's not called Ph.D.  It's the equivalent.  It's, um,

18  Dr. phil. II.

19  Q     In what field?

20  A     In chemistry.

21  Q     How would you define your areas of professional

22  expertise?

23  A     It's fairly broad.  It's biogeochemistry and

24  radiochemistry and environmental radiochemistry.

25  Q     What is environmental radiochemistry?

1    A     Um, fate, speciation, transport of radionuclides and

2    application of radionuclides, natural or anthropogenic, um, as

3    tracers or time markers.

4    Q     How long have you worked in environmental

5    radiochemistry?

6    A     Um, since the '70s.

7    Q     Do you conduct scientific research?

8    A     Yes.

9    Q     What kind of scientific research do you do?

10   A     Um, I -- over the course of my scientific career, I

11   studied lakes, rivers, ground waters, and also rainwater.  Um,

12   I studied metals, radionuclides, and different organic

13   compounds -- anthropogenic or natural, mostly natural.

14   Q     Have you published articles in the peer-reviewed

15   scientific literature over the course of your career?

16   A     Yes, many.

17         MR. COLANGELO:  Your Honor, Dr. Santschi's CV is

18   Joint Exhibit 27 in evidence.

19         THE COURT:  Thank you.

20   BY MR. COLANGELO:

21   Q     Dr. Santschi, were you involved in the Penobscot River

22   Mercury Study?

23   A     Yes.

24   Q     What role did you play?

25   A     Um, my task was to evaluate the natural recovery of the

SANTSCHI - DIRECT EXAMINATION/COLANGELO

1683

1  whole rivering system.

2  Q    Does that fit within your scientific expertise?

3  A    Yes.

4  Q    What do you mean by natural recovery of the whole

5  rivering system?

6  A    Well, it's a fairly broad term, and it hasn't been done

7  that many times, and it's actually very difficult and

8  challenging.

9       So the approach we took was to simultaneously date

10  sediments -- I mean, sediment cores, and also get mercury

11  profiles and then apply the sedimentation rates or apparent

12  sedimentation rates to the study of the mercury, and to look

13  at how mercury was attenuated and decreased with time.  So

14  once you have time markers, you can assume that the sediments

15  would give you a history of the input to -- for that

16  particular area.  But, of course, there are disturbances,

17  there is not only vertical transport, there is horizontal

18  transport.

19       So, for example, if you want to file what I'm saying

20  here and the pages are being mixed up, that would be in the

21  local mixing.  If the pages are being scrambled in another

22  room and then transported here, that would be the nonlocal

23  mixing.  That would be somewhere else, like in the range

24  basin, on a riverbank, somewhere else, and the material comes

25  in, and -- and would also create an apparent record.

1    So the challenge is to have many different profiles from

2  different places and to have a number of radionuclides because

3  each radionuclide has its limitations, and to get the

4  consistent reconstruction of the history of the mercury.

5  Q    Have you conducted studies to look at the question of

6  recovery rate in other locations?

7  A    I've done that at Lavaca Bay.  I've -- was participating

8  in a study at -- of Orange County -- at the Orange County

9  Outfall, where we looked at metals, not mercury specifically,

10  but the metals and the DDT.  The other case was DDT.

11  Q    Where is Lavaca Bay?

12  A    Lavaca Bay is about four hours or so south of Galveston,

13  Houston, on the -- on the shore.

14  Q    On whose behalf did you conduct that work in Lavaca Bay?

15  A    That study was carried out, um, for Alcoa.  They're --

16  the chemical company took responsibility, and -- after some

17  hesitation, and -- and they appointed a really good scientist

18  of the company to lead the study, and he assemble a number of

19  mercury scientists, and I'm not specifically a mercury expert,

20  I'm a Jack of all trades, I might say.  I can do different

21  things, so I did the radiochemistry and applied it to the

22  mercury, like -- like it's done here, but with fewer cores,

23  fewer locations, and it was not an established technique for

24  Alcoa, so they were a little hesitant.

25    So we did one core, and that convinced them that it will

SANTSCHI - DIRECT EXAMINATION/COLANGELO

1685

1   tell them something.  Um, and then we did several cores, and

2   in the end, we did about -- I can't remember -- maybe 15

3   cores.  Um, and that study then provided -- was one of the

4   bases.  John Connolly was participating in -- in that study,

5   as well, as well as -- as many others -- mercury experts from

6   the country.

7        And that then provided the basis for judging how fast or

8   slow the system would recover and what needed to be done.

9   Q    What are your major conclusions regarding the rate of

10  natural recovery from mercury contamination in the Penobscot

11  Estuary?

12  A    My major conclusions were that it will take a lifetime

13  to get back to reasonable levels, and I determined averages

14  for different locations of these half-times, assuming the

15  recovery is exponential, and -- which is an assumption.  Um,

16  many of the sites are either not recovering or very slowly.

17  So I only took those cores which had higher mercury

18  concentration, which are decreasing in the last 20 or so

19  years, and used that as a basis of the -- of the evaluation.

20       And just for the record, we did 57 cores where we did

21  this exercise, and -- which in my experience is either one of

22  the highest or the highest number of cores.  So it was very

23  intensive.  So it can't be done in hundreds or thousands of

24  cores.  It's just a lot of work with three labs, um, um,

25  participating in the analysis over several years.

SANTSCHI - DIRECT EXAMINATION/COLANGELO

1686

1    Q    You referred earlier to lateral transport.  What does
2    that mean?
3    A    Well, when you have a system like the Penobscot River,
4    which had been contaminated up and down the river, where you
5    have different parts which are in communication with each
6    other, but some very intensely, over months, some maybe only
7    every couple -- couple of years, when -- when you have some
8    storm runoff and flooding.  So you can have it on a daily
9    basis where mercury-laden particles are moving up and down the
10   river, and -- and it can be slower.
11        So the mercury which is being deposited and accreting in
12   the particular location comes from somewhere else, hasn't been
13   produced at that location.  So is the -- are the particles or
14   organic particles or anything else.
15   Q    Are there lines of evidence in the sediment cores that
16   you analyzed that indicate lateral transport?
17   A    Yes, I mean, it -- every core had been affected by it.
18   Some -- if the lateral transport is constant, if it's not
19   variable, it might not matter that much.  Then the core would
20   still truthfully record what's coming in, and -- but not every
21   core is a truthful recorder of the whole -- what -- what's
22   happening in the system.
23        So some -- some of the cores have more erratic profiles,
24   and so that all had to be taken into account.
25   Q    What does the term recovery half-time refer to

SANTSCHI - DIRECT EXAMINATION/COLANGELO

1687

1   specifically?

2   A     Um, I defined it as an exponential decrease, so that is

3   the assumption.  It's the simplest assumption.  It's a

4   first-order process.  You get the exponential as a consequence

5   of that if it's first order.  So that -- meaning that it

6   depends on -- the rate of recovery depends on what's there.

7        Um, and then it -- you have to assume an endpoint, I

8   assumed either endpoint of 0 or a hundred, I mean, it doesn't

9   matter too much when you assume a low number, or also 400, but

10  that is something I can't decide what is the endpoint.

11       So the simplest way was to assume just an exponential

12  going to 0.  But none of the cores went to 0, so they -- they

13  sort of averaged on the order of, let's say, 700 nanograms per

14  gram.

15  Q     How do you use sediment data to derive recovery

16  half-times?

17  A     Well, after the initial discharge or, let's say, spike,

18  if you don't know, you have a spike in the sediment.  So you

19  have a peak -- very sharp peaks in some of the cores, some of

20  them it was broader, but in many of the cores, it was very

21  sharp, so -- which meant that while that discharge happened

22  in -- which we assumed and then verified through dating, um,

23  was in the late, um, '60s, that the recovery there was a lot

24  faster because only -- not every part of the system was

25  impacted.

1       After 10, 20 years, and it really depended on -- on the

2   location, the recovery or, let's say, the decrease in the

3   mercury concentration slowed down, and greatly slowed down.

4   So I basically, um, assumed that, um, I can take about half,

5   and I looked -- I mean, half of the time when it was studied,

6   so that was 42 years.  So it's 21 years.  That 21 years is

7   arbitrary, and it doesn't matter if it's 20 years or 19 years

8   or 25 years.  It's -- it's sufficiently long so that one has

9   enough mercury data to evaluate the decrease, and you want to

10  have statistics.

11      So we had 57 cores, so we didn't want to just take a few

12  cores and -- and cherry-pick and come up with either short

13  time or very long time, and that's not the scientific process.

14  So I wanted to use as much of the data which we gathered and

15  evaluate actually for the whole system, not just for a

16  particular location.

17      And so I had to do some averaging.  But the gist of --

18  of the matter was that those half-times were fairly long.

19  They were several decades.  So, let's say, Mendall Marsh

20  somewhere in the neighborhood of 22 years, and knowing that

21  it's likely an exponential process, that means a half-time is

22  not enough.  You need several half-times or many half-times.

23  It depends where you are.

24      So we're talking about many decades.  So one can quibble

25  if it's 22 or 19 years, there is always a range, and I gave

SANTSCHI - DIRECT EXAMINATION/COLANGELO

1689

1    the average and the range or standard deviation of the

2    average, and in other places, it was 70 or 77, or whatever it

3    was.  It was a large range, and that was just a half-time.

4         And knowing that parts of the system were -- had lower

5    concentrations, increasing towards that current average maybe

6    of 700 nanograms per gram, so it's -- it's possible that those

7    recovery times are even longer.  So, um -- but, of course,

8    this is not an exact science.  This is the best that you can

9    do.  You have to integrate.  You have to evaluate and look for

10   consistency in the explanation so that you don't just

11   cherry-pick and just take what you like to see.

12   Q    Let's walk through your analysis step by step.  You've

13   referred several times to exponential decline.  What does that

14   mean?  What is an exponential decline?

15   A    An exponential decline means that -- let's say you start

16   at the thousand, in one half-time you are at 500, in the

17   second half-time, you are half of that 500, that's 250, and in

18   the third half-time, you are at 125, and at the fourth

19   half-time, you are at 62 and a half.

20        So it is -- it is decreasing by half in each of the

21   half-times.  So it's a mathematical function, which can be

22   easily calculated.

23   Q    Is --

24   A    And it assumes a first-order process.

25   Q    Is that in contrast to a linear decline?

SANTSCHI - DIRECT EXAMINATION/COLANGELO

1690

1    A     Yes.

2    Q     And what's a linear decline?

3    A     It's -- linear decline would be basically a straight

4    line, but you couldn't really -- if you were to fit the latter

5    half of these cores -- I mean, the upper part of -- of the

6    cores, with a linear decrease, some cores, it might be the

7    same, might be the same, but it's not -- it's not conceptually

8    justified, but you could do it.  In other cores, it's -- it's

9    much more exponential.

10         So from conceptually, the exponential decrease is a

11   better assumption than a linear decrease.

12   Q     Is that based on your observations of the cores?

13   A     No, that is the -- the concept, the -- from the

14   observations right now, I would have to look again.  If -- I'm

15   pretty sure there are a number of cores where you could fit it

16   within a straight line.  But you have to -- you have to --

17   when you look at the -- at those profiles, often they jump

18   around.  So -- so they might go -- they might increase before

19   they decrease, or they decrease before they increase again

20   towards the surface.  So it's -- it's -- like I said, it's not

21   totally exact.

22         So you -- you look at the -- the recovery in both

23   mathematical and also systemwide, and then exponential

24   decrease or -- or -- or, um, a situation like from a

25   parent-daughter radionuclide where one -- where the parent

1  will -- will produce a daughter which then grows into its

2  equilibrium and also decreases.  Mathematically that was sort

3  of similar to what we observed.

4      There were -- there were places where locations received

5  mercury at the much slower rate, and so they were increasing

6  before they would decrease.  Um, so you -- um, and just the

7  last point, if you were to do it linearly, you wouldn't gain

8  much.  You will -- you will say -- you would still, um,

9  conclude that it will take many decades until the estuary

10  would have cleaned itself up.  So you would still come up with

11  a lifetime -- a human lifetime.

12  Q    Does the sedimentation rate factor into your calculation

13  of recovery half-times?

14  A    Um, indirectly because the sedimentation rates, um, were

15  calculated -- can be calculated in our case from three

16  different -- three different ways, which are -- two of them

17  are -- have the same input function, cesium-137 and

18  plutonium-239, 240, they were bomb fallout radionuclides, um,

19  plutonium, even though it's at lower concentration and

20  harder -- much harder to measure, is more reliable because it

21  doesn't desorb from particles very much, whereas cesium, when

22  it encounters saltwater, it desorbs, so it is -- it -- it

23  can -- and it also has a decay half-life of 30 years.  And so

24  it can -- it can -- is a little bit less reliable, but they

25  both have the same input function.

1    In 1962, there was, um, a moratorium of the bomb tests,

2    and it takes -- and sort of the bombs which were detonated in

3    the last -- in the previous maybe decade, they were mostly,

4    um, stratospheric, they produced stratospheric fallout, so

5    that was mixed over the whole globe, so you had a fairly

6    uniform fallout.  And it takes about a year until that fallout

7    or a large fraction of that fallout falls onto the surface of

8    the earth.

9    So it's commonly assumed, then, that the bomb fallout

10   had a peak from this firework which was produced in 1962,

11   before the moratorium happened in 1963.  So that provides a

12   uniform time marker over all of the northern hemisphere.  In

13   the southern hemisphere, it's a little lower, but it also

14   works there, as well.

15   So that's one time marker, and since you don't know any

16   better, you would say 1963, and you know the depth where that

17   is occurring, and you divide the time difference, you divide

18   the depth by the time difference, and you get the

19   sedimentation rate.  That would be the average.

20   And then it's assigned to the core, and so you date each

21   section, assuming that it was constant.  It likely wasn't

22   totally constant, but that's the best you can do.

23   Then you have another tool that's lead-210 that is being

24   produced from radon, which escapes from the soils from

25   radium-226 decay and is transported more or less uniformly

SANTSCHI - DIRECT EXAMINATION/COLANGELO

1    over a continent and decays into lead-210, and that is then

2    attaching to aerosols and drained out and fairly homogeneously

3    also over the drainage basin.

4         And then it has a 22-year half-life, so it's -- once

5    it's been deposited and buried, it decays -- it is a 22-year

6    half-life.

7         Because it is -- it is coming from the drainage basin

8    and -- and the concentrations are not very high and you have

9    these lateral transport and transport events and you have

10   bluff erosion, where sometimes old sediment gets mixed in with

11   the new sediment, um, so you -- the lead-210 in rivers is much

12   harder to use as a dating tool.  But we did it because it --

13   it can be -- it can provide useful information, too.  So it

14   was used more as a check on -- on the cesium.  And since we

15   had cesium data from all the cores, we didn't have plutonium

16   data from all the cores because it was deemed too expensive,

17   so it was only done on certain cores, um, and then we had

18   lead-210.

19        And lead-210 can -- because it's decaying with a 22-year

20   half-life in the sediments and that means it's the fresh, it's

21   the new, it's the atmospherically derived lead-210 which is

22   decaying, and there is also lead-210 which has been produced

23   in the sediment, which has to be subtracted, and that lead-210

24   is being produced by the radium-226 decay.  So it's what we

25   call excess lead-210.

SANTSCHI - DIRECT EXAMINATION/COLANGELO

1694

1    And, um, it can be done.  It's -- we haven't used it a

2    lot because the values are just less precise.  It depends on

3    how you do it, which section you use, how you treat it, and we

4    felt it was too arbitrary to really use in this context,

5    whereas when you have a peak, you know -- your assumption

6    tangible.  You know -- you know -- especially when you just

7    have one distinct peak, that's sort of the -- the idea, and --

8    and -- but, on the other hand, we -- we had 57 cores, so we --

9    we tried to use as many of the cores, which we -- which we

10   could for this purpose.

11   Q    What time period, within the cores, did you use to

12   calculate recovery rate?

13   A    Well, like I said before, I used, um, the latter --

14   the -- the -- the last 21 years, I mean, from 2009 when the

15   coring -- the cores were taken, and like I said, the 21 years

16   is, in some ways, arbitrary, but it's a compromise.  You could

17   take maybe 30 years in some cores and not in others because

18   the initial recovery of the mercury, when it reached the

19   environment in the late '60s, as it appears and as we have

20   shown in the report, um, was decreasing a lot faster, and then

21   there was a slower recovery.  And I then said, okay, we

22   take -- we take half -- only half, not the 42 years, we only

23   take half.  And in -- with that choice, I made sure that all

24   the cores could be -- were in that slower recovery phase.

25   But you couldn't really say that in the last five or ten

1  years they were recovering faster.  Some cores were -- were

2  increasing; some cores were decreasing.  Just it was -- you

3  really needed more time points to sort of average these

4  fluctuations out.

5  Q    Do I understand correctly, then, that you used the depth

6  of sediment that corresponds to the last 21 years --

7  A    Yes.

8  Q    -- as your data set for calculating recovery half rates?

9  A    That's correct.

10 Q    Okay.  Instead of going back the entire depth of the

11 core that you analyzed, which would have included 42 years of

12 sedimentation history; is that right?

13 A    Well, 42 years to the -- to the 1963 peak.  But most of

14 the cores covered much -- a much longer period.  So you --

15 when you do this kind of work, you want to see that you --

16 most radionuclides get down to 0 or to very low values and the

17 mercury, as well.  So that is something -- analytical

18 chemistry is also your satisfaction and your proof that you

19 can actually -- that you don't have contamination, that you

20 don't have, that you measure -- when you expect that you get

21 low values or 0, that you actually get that 0.  So -- so we

22 had to get sometime -- the cores were often 50 to a hundred or

23 more centimeters long, and we didn't first measure the whole

24 section.

25        And when we discovered that the mercury or -- and the

1   cesium required that we get to low values, then we measured --

2   measured to the bottom of the core.

3   Q      Did you make that choice because of an apparent change

4   you saw, generally speaking, in the mercury profiles across

5   all of the cores?

6   A      Well, we didn't know what to expect, so -- in some of

7   the cores, the mercury was just hanging out near the surface

8   and was decreasing exponentially over 10, 20 centimeters to

9   very low values.  In other cases, it took 120 centimeters to

10  get to low values.

11  Q      Did you see evidence of redistribution of mercury from

12  areas with higher concentrations to areas with lower

13  concentrations?

14  A      Well, that is sort of an interpretation.  So I couldn't

15  say I -- I see evidence that it's common from a particular

16  location.  All I see is that the peak concentrations, the

17  highest that we measured was 70,000 nanograms per gram.  Many

18  were 10 to 40,000 at the peak, and most of them had peak

19  concentrations between thousand and 10,000 nanograms per gram.

20       But then in the last 20 years, um, many decreased

21  from -- I don't know -- 2,000, 3,000 nanograms per gram to

22  lower levels.  So attributing one -- attributing one particle

23  or site as the seed for another site, that's not possible.  So

24  you have to -- when you look at a contaminated area, and we

25  also had cores taken where there was just very little mercury

1  in there, which can happen because it wasn't an accreting

2  site, by interpreting the profiles what we measured, we could

3  say what you just said, that they were a source, but not one

4  location A going to B.  This you couldn't say.

5  Q      Understood.  Let me show you a page from your report.

6  This is Page 6-2 on Joint Exhibit 6-6 in evidence.  And I have

7  your entire report with me.  If you'd like to look at anything

8  else during your testimony, just let me know.

9  A      Hm-hmm.

10  Q      Okay.  Did you write this -- this is Chapter 6 of the

11  Penobscot River Mercury Study.  Did you write this report?

12  A      Ah, yes.

13  Q      Okay.  So let me show you -- I have a question about the

14  last sentence of the second paragraph here, which states,

15  however, the dispersal and deposition of mercury in recent

16  times is controlled by lateral processes, which redistributes

17  mercury from sites with higher to sites with lower mercury

18  concentrations in surface sediments, which also explains the

19  slowing down of the decrease in mercury concentration in most

20  surface sediments.  Do you see that?

21  A      Yes.

22  Q      Okay.  Can you explain what that means?

23  A      Well, that's an interpretation, like I said before, of

24  the different profiles, which I also have documented in -- in

25  this report, um, where in many cases or most cases, the

1   mercury in the last 20-some years is decreasing to

2   concentrations of a thousand or below nanograms per gram, and

3   one has to assume -- and, also, most of the mercury -- the

4   high mercury is sort of centered around the Mallinckrodt

5   outfall site, whatever -- location, and then it's decreasing

6   from there, but because you have -- you have the estuarine

7   circulation, so you have the -- the salient water moving

8   upstream while the fresh water moves downstream, you really

9   redistribute those particles.

10        And so you have erosion and deposition going on at the

11  same time.  So you have basically a redistribution process,

12  where sites of -- at -- which have higher concentration

13  contribute to sites with lower concentrations.

14  Q     Let me show you another page from your report.  This is

15  Page 6-10 -- I'm sorry -- 6-14.  And let's start talking about

16  the specific recovery half-times that you calculated here.

17  This is 6-14 of Joint Exhibit 6-6.  And what did you -- do you

18  recall the numbers that you calculated for the recovery rates

19  here?

20  A     Well, I read them now.  What -- what is the question?

21  Q     Are these the values -- I'll highlight them on the

22  screen here.

23  A     Oh, okay, yes, yes.  That's what I calculated, yes.

24  Q     Okay.  And so you calculated mean half-times of 31 plus

25  or minus 6 years at the Penobscot River, 22 plus or minus 3 at

1    Mendall Marsh, 78 plus or minus 13 in the estuary cores, and

2    77 years plus or minus 21 in the Orland River; is that right?

3    A    Ah, yes, and, also, the errors -- because the

4    distribution is not always Gaussian, so -- but it's assumed

5    that you have a Gaussian distribution.  So I defined the

6    errors as the errors of the mean, I -- I think I defined them

7    in -- in -- in the report.

8         Um, so there is quite the range, um, of values, and --

9    and the standard deviation only gets you to 95 percent

10   certainly.  So you -- you might have to take several standard

11   deviations.  So that sort of tells you that you have quite the

12   range of values, and that I also specified the number of cores

13   which I took to calculate this average, which was not equal to

14   the number of cores which were taken at this location, was

15   usually less.

16   Q    And why was that?  Why were the -- the number of cores

17   you used to calculate these averages fewer than the total

18   number of cores in a location?

19   A    Well, when -- when the mercury concentration is not

20   decreasing or is actually increasing, you fit it to an

21   exponential, um, you get -- you get infinity, and that just

22   doesn't make -- make sense.  So you just don't use it because

23   otherwise you skew those averages.

24        So you then -- if I take a thousand years and average it

25   with 50 years, I get 525 years, that doesn't make sense

1   because I'm using a high value, which, in a way, is already

2   nonsensical.  So I -- I just excluded those because in that

3   simple-minded approach, which I still call a simple-minded

4   one, ideally, one would want to use, um, a numerical

5   simulation, which we couldn't do in this case.

6        So I -- I averaged those numbers, and when I realized

7   that those values were so long, I didn't feel like more work

8   was warranted because it's so long that you will conclude if I

9   give you 78 plus-minus 30, 13 years for the estuary sites, and

10  you have to assume that you need several half-times doesn't

11  matter.  If it's 78, if it's 50, or if it's a hundred, you

12  have to take several of those.

13       And so it's long enough that I concluded something would

14  have to be done, or you won't -- or if you are happy to wait

15  that long for the -- for the next generations to -- to wait it

16  out, um, that's okay, too.  Maybe not.

17  Q    These numbers, then, is it correct that these are the

18  average half-times based on the cores where you observed

19  mercury decreasing?

20  A    That's correct.

21  Q    Okay.  And these exclude the cores where you observed

22  mercury as either staying the same or increasing?

23  A    That's correct.  And I stated how many there were, and

24  it's in the summary.  It's not mentioned, but it's in -- in

25  the text it's mentioned.  I can't remember how many, but it is

SANTSCHI - DIRECT EXAMINATION/COLANGELO

1  more than half of the cores in general were suitable for this

2  analysis -- or quite a bit more than half.

3  Q    What does the -- within each compartment here, these

4  numbers, for example, 31 plus or minus 6 years in the

5  Penobscot River cores, what does the plus or minus 6 mean?  Is

6  that the one standard deviation that you were referring to

7  before?

8  A    Yeah, yeah.

9  Q    Okay.  And what -- so what does that mean?

10  A    Well, that's the standard deviation of the mean.

11  Q    Okay.

12  A    So you can -- when you do the standard deviation, you

13  can either assume that I just take -- I want to have the

14  certainty or uncertainty if I just do it once, and I do it

15  several times, and then I get my level of uncertainty.

16       But here I have an average already.  So I report the

17  average of all the values which I took, and that, um, when you

18  do -- look at the mathematics, you divide by the square root

19  of N minus one and the square root of N.

20  Q    Let me show you some of the plots that you generated of

21  particular cores.  This is Page 6-38 of Joint Exhibit 6-6.

22  And did you create these figures?

23  A    Yes.

24  Q    Okay.  I think that OR2B is an example of the type of

25  core you were just talking about that you could not use to

SANTSCHI - DIRECT EXAMINATION/COLANGELO

1702

1    determine a recovery half-time.

2    A    That's correct.

3    Q    Okay.  Can you explain what you see here with respect to

4    core OR2B?  I can zoom in if you would like me to.

5    A    OR2B is slightly increasing from maybe 1,500 to 2,000

6    nanograms per gram.

7    Q    And if you want to indicate, you can touch the screen,

8    and it will show.  If you're referring to a particular thing,

9    you can indicate if you'd like to.

10   A    Um, well, it's visible.

11   Q    No need?  Okay.  So in this figure, is OR2B reflected by

12   these crosses?

13   A    Yes.

14   Q    Is that correct?  And you said it is increasing from

15   here --

16   A    Well, it's -- okay.  Okay.  Do you -- so there is a

17   number there, it's around 1,500.  That's 19 -- what is that,

18   '88 when it start.  So these are basically cores -- most of

19   these cores, um -- and this is just an example, where you

20   wouldn't con -- well, there was one here.  The OR5C is

21   decreasing, but many of the others are just either slightly

22   decreasing or not decreasing.

23   Q    Okay.  To provide the -- just the context -- I'm sorry

24   -- could you explain what this figure shows?  This is Figure

25   6-19 from Page 6-38.  And what -- what are you depicting here?

1    A    Ah, these are the -- the cores from the Orland River

2    where there were -- um, the Orland River was cored, and we

3    only had a few of those cores.  So that's two, four -- five --

4    five cores.  And we didn't quite understand why they weren't

5    decreasing, so that's just what we found.

6    Q    Okay.  Did you prepare a summary table that indicates

7    the half-time, the recovery half-times you calculated for all

8    of the cores that you could interpret?

9    A    Yes.

10   Q    Okay.  Let me show you that table.  This is Joint

11   Exhibit 89.

12           MR. COLANGELO:  Your Honor, I'd like to move this

13   into evidence.

14           THE COURT:  Any objection to 89?

15           MR. TALBERT:  No objection.

16           THE COURT:  89's admitted without objection.

17   BY MR. COLANGELO:

18   Q    And, Dr. Santschi, this is a corrected version of the

19   table that was printed in the back of your report.  Do you

20   recall that?

21   A    Yes.

22   Q    Okay.  And you produced this version to us --

23   A    Yes.

24   Q    -- to the parties?

25   A    Yes.

1  Q    Okay.  And could we -- let's just walk through one

2  example, if you can explain what this table shows.  So taking

3  Mendall Marsh core 1B --

4  A    Oh.

5  Q    -- what's indicated here?

6  A    Well, in the first column, you have that calculated

7  half-time from the exponential core fit assuming that it goes

8  to 0.

9       In the second column, you have the half-time assuming

10 that the endpoint is 400.  So it -- the maximum was -- okay.

11      The surface concentration then was 555.  The maximum was

12 700 -- 1,730.  Um, so it decreased by 70 -- roughly

13 70 percent.  So the ratio of surface to maximum was then .321.

14      The sedimentation rate was quite low, .2 centimeters per

15 year.

16      And the inventory was calculated by integrating the

17 mercury over to whole profile until the mercury got down to

18 low values.

19 Q    In this core, Mendall Marsh 1B, with a current surface

20 concentration of 555 nanograms per gram, assuming your

21 recovery target is 100, how many half-times would it take to

22 get to that target?

23 A    Well, right now, I couldn't do it offhand, but if the --

24 if the number is 0, if it's a hundred, it will be probably not

25 too different.  It's -- if it's 36 -- um, if it's 36 years and

1    that assumes the endpoint is -- is -- is 0, it -- in 36 years,

2    you will get to 270 -- whatever that makes -- 78.  And in

3    another 36 years, you would get to hundred and -- over a

4    hundred.

5         If the endpoint is a hundred, the -- the half-time would

6    be a little lower, like you have in the case there of -- in

7    the second column, where if the target would be 400 nanogram,

8    that's a number which I was just told calculated for 400

9    because we didn't know what -- what the target should be.

10   That's the assumption for the court or the political process

11   to decide; that's not for me to decide.

12        Um, but you see -- okay -- it's -- it's smaller, but

13   then in 16 years, you only get from 555 to, um -- 555 minus

14   400 is 155, divided by 2, so that would be, let's say, 75.  So

15   you would get to 480.  So -- and then in another 16 years, you

16   would get from 480 to 440.  So that's the assumption.

17        So it was actually -- even though it looks like if your

18   target is -- is higher, that you get shorter half-times, it's

19   actually misleading because you -- you're extrapolating into

20   the future, and we don't know the future.  So we are

21   extrapolating, and it looks like shorter, but you actually --

22   you don't -- you don't get as low in your prediction if you

23   assume that the target is higher.  That's sort of as a general

24   rule.

25   Q    Let me ask with another example in case my prior

1    question was confusing.

2          So look at core MM3B, where you currently have a surface

3    concentration of 855 nanograms per gram.  And let's say you

4    want to get down to a hundred nanograms per gram.  Tell me if

5    I'm doing this correctly.

6              THE COURT:  Why are you using a hundred?  I mean,

7    he's --

8    A    Okay.  The hundred --

9              THE COURT:  Just a -- just a --

10             THE WITNESS:  Oh, sorry.

11             THE COURT:  Just a minute.  Why are you using a

12   hundred?  He's got 0 to 400, and you're making him do this ad

13   hoc mathematical calculation.  It seems to be not very

14   productive.

15             MR. COLANGELO:  I apologize, Your Honor.  I didn't

16   mean for it to be confusing.

17         The Study Panel set a target of 100.  So I was hoping

18   that Dr. Santschi could explain how if you have that target in

19   mind, using these half-times, how long it would take you to

20   get to that target.  That's all I was doing.

21   A    Okay.  With the first model, if -- if -- if we assume

22   that eventually it will reach 0, is that the -- is that the

23   question?  So I use the first model, the first column.

24   BY MR. COLANGELO:

25   Q    Okay.  That -- that was my question, and I don't intend

SANTSCHI - DIRECT EXAMINATION/COLANGELO

1707

1   for you to do ad hoc calculations --

2   A      Okay, okay.

3   Q      -- here.

4   A      Okay.

5   Q      My question is, if you're looking at -- so core MM3B

6   with a current surface concentration of 855 and a half-time to

7   0 of 31, how many half-times does it get -- how many half-

8   times does it take for you to reduce that number?

9   A      Okay.  Let's say it's 800, just for simplicity.

10  Q      Yes.

11  A      So from -- in 31 years, you get to 400.  In 62 years,

12  you get to 200.  And in 93 years, you get to 100 -- a little

13  over 100.

14  Q      Okay.  Thank you.  Does this table also indicate the

15  cores that you could not use to calculate recovery half-times?

16  A      Yeah, that's where, um, no number was listed then.

17  Q      For example, MM11B or MM12C.

18  A      Correct.

19  Q      Okay.  And do you recall roughly what percentage of

20  cores showed either no apparent recovery or increasing

21  mercury?

22  A      Well, you could just see it from that table.  So if you

23  make it smaller, I can see, then we can -- well, here it's two

24  out of -- 2, 4 -- whatever -- 2, 4, 6, 8, 10, 11.  So it's 9

25  divide by 11, so it's a little less than 90 percent were used

1 and a little bit more than 10 percent were not usable.

2      And in the Penobscot River, it's a little higher.  So we

3 had here 2, 4, 6, 8, 10, 12, 14, 16, 18, 20, 22, and we had 2,

4 4, 5, 7, 9, 11, 13, 14, 15.  So 15 divided by 22 were used, so

5 that's about, um, a -- two-thirds of the cores were used and

6 one-third wasn't.

7 Q     Okay.  And on the second page, now you have the estuary

8 and Orland River cores.

9 A     Yeah.  So in the Orland River, you have, hm, 4 out of 5,

10 so that's 80 percent were used.

11      And in the Penobscot -- in the estuary, you have -- okay

12 -- 2, 4, 6, 8, 10, 12, 14, 16, 18, 2, 4, 6, 10, 12, 14, 15.

13 15 divided by 18, so you have -- again, you have a good

14 80 percent.

15 Q     Okay.  Is it your view that the entire system will

16 recover at the same rate?

17 A     Well, when you -- when you look at these numbers, you

18 see a large spread.  So you will find these half-times are --

19 have quite the range.  But then you also have the surface

20 concentrations with a range.

21      But -- so eventually the spread will probably narrow if

22 you wait many more decades.  But there would be not only one

23 single rate, um, but it will be the -- the spread or the

24 uncertainty will be less or it will -- it will be a smaller

25 range of values most likely.

SANTSCHI - DIRECT EXAMINATION/COLANGELO

1709

1   Q      Are your numbers that you calculated for the Penobscot

2   cores, for example --

3   A      Yeah.

4   Q      -- your best assessment of the recovery half-time in the

5   Penobscot, that portion of the river?

6   A      Yeah.

7   Q      Okay.  And are your -- the half-times that you

8   calculated for the estuary cores, for example, your best

9   assessment of the rate of recovery in the lower estuary?

10  A      That's correct.

11  Q      Okay.

12  A      And in the lower estuary, the numbers are a little

13  lower, but the half-times are also higher.  So it's recovering

14  more slowly, but the surface values are -- are a little lower,

15  so --

16  Q      What's the big picture from the recovery half-times you

17  calculated?

18  A      Can you -- yeah.  I -- I like big-picture questions, but

19  maybe you can, um --

20  Q      Let me ask --

21  A      -- ask in a different way what -- what you're expecting

22  me to talk about.

23  Q      What's your best sense of how long it will take in terms

24  of timescale for the system to recover?

25  A      In terms of timescales, it's -- it will be many decades.

SANTSCHI - DIRECT EXAMINATION/COLANGELO

1710

1    There is no exact number one -- one can give.  One can only

2    assume -- one can be exact based on what I did.  So that's the

3    best you can do, but it's -- it assumes that, um, things

4    continue in the future and that we understand and include all

5    the processes, and I felt that we -- we understand the

6    processes pretty well or we considered many of the processes.

7    I mean, you have drainage basin erosion, the particles -- you

8    have new particles coming from the Veazie Dam into the system,

9    so that is basically how the system is cleaning itself up.

10   You need new particles, and -- but that already has happened.

11   So the last two decades can serve as a guide for the future.

12         So it's -- the shortest half-time was 22 years for the

13   Mendall Marsh, and where things were more homogeneous and

14   maybe more regular, but it's also the most critical part of

15   the system.  So even -- even if you get 70 years in the

16   Penobscot River, it tells you that the source -- if this is

17   the source of the mercury, it will decrease more slowly.

18         It appears that the marsh is recovering faster than the

19   -- the river, but that's only apparent because we have

20   different concentrations here.  So -- but because Mendall

21   Marsh is sort of the -- from the systems which we looked at,

22   it's the most critical system, it's -- it's the nursery ground

23   of the fish and wildlife, so there it's -- it takes too long

24   to not do anything.

25         So, otherwise, you have to put up with high mercury

1    concentrations, um, for a really long time because like we --

2    like we -- we just said in that other example, the half-time

3    is only as a guide; it's not the true numbers.  In 22 years,

4    you're not where you would like to be.

5         And we also have to remember that those mercury

6    concentrations, even though they are high, if -- if there

7    wouldn't be methylmercury, there would be much less harm.  But

8    there is methylmercury out there, and the methylmercury is --

9    the percentage of methylmercury is the highest of anywhere as

10   Cindy Gilmour has looked at.  So the methylmercury is the

11   species which is getting transferred into the food chain.

12        So our mercury concentrations, which we measured, are

13   just as a guide.

14   Q    Did you review Dr. Connolly's report on behalf of the

15   defendant regarding recovery half-times?

16   A    Yes.

17   Q    Do you have an opinion about the recovery half-times

18   that Dr. Connolly calculated?

19   A    Yes.

20   Q    What is that opinion?

21   A    Well, I feel it's cherry-picked.  I can cherry-pick -- I

22   can take a few cores and come up with a story, but that's not

23   -- so it's -- it's -- to me, it's less scientific.

24        I just take -- also, from the radionuclides, I take the

25   one which I like the best to give me the lowest number.  So I

SANTSCHI - DIRECT EXAMINATION/COLANGELO

1  take just a few cores and -- and the radionuclide which suits

2  me, but at the same time, I also -- I mean, I -- I mean, in --

3  in Connolly's response, I -- using the radionuclide which we

4  trusted less.

5       In other parts, he also admitted that the lead-210 was

6  less -- had less certainty.  It couldn't be used that well.

7  And his argument was that, um, because it indicates mixing,

8  but it doesn't indicate mixing in a vertical sense.  It was

9  mixed in the room next-door in my analogy.  It was mixed

10  somewhere else because over the depth scale where lead-210 was

11  used, there are very sharp boundaries of porosity and other --

12  other features in -- in the sediments, which indicate that the

13  sediment wasn't mixed vertically.  It got its sediment and its

14  lead-210 from elsewhere, where it could have been mixed, like

15  in the drainage basin somewhere or in the riverbank or

16  whatever.

17       So lead-210 seems to be more -- decreasing more

18  gradually.  So we had to go, um, to depths where it -- where

19  we felt it was out, where it was really, um, that the model

20  was more, um, could be better -- better -- um, was more

21  suitable than the simplified model which has been used for

22  lead-210.  So it had -- it had a lot of problems.

23       And in the end, the times weren't that much shorter.

24  You would still have to take many more of these half-times.

25  So I didn't feel like this analysis would make it through a

SANTSCHI - DIRECT EXAMINATION/COLANGELO

1713

1   review process in a -- in a journal, for example.  You will

2   come and you will present in the appendix 57 cores, and you

3   just take a few to come up with a story?  This would -- this

4   would never I felt be accepted by a journal -- that approach.

5   You try to be fair to the data, um, and be scientific.

6   Q    Do you recall whether Dr. Connolly used a smaller subset

7   of cores than you did to determine recovery half-times?

8   A    Yeah.

9   Q    And did he?

10  A    Yeah, he used the smaller subset, yes.

11  Q    What about the sedimentation rates used by Dr. Connolly

12  to predict half-time?  Are you familiar with what he did

13  there?

14  A    Um, you will have to jog my memory.

15  Q    Sure.  I'll show you the very bottom of Page 35 of

16  Dr. Connolly's report.  This is Joint Exhibit 45.  And he

17  states that a sedimentation rate was calculated by fitting the

18  excess lead-210 activity to the first order model presented in

19  your report.

20  A    Hm-hmm.

21  Q    Do you recall that?

22  A    Yeah.

23  Q    Okay.  Do you have an opinion about that?

24  A    Well, that's what I was just addressing before in my

25  previous comment.

SANTSCHI - DIRECT EXAMINATION/COLANGELO

1714

1    Q      In your view, is it less reliable to use just lead-210?

2    A      Yes.

3    Q      Can you explain why?

4    A      Um, again, I just did.  I mean, because it's also

5    affected by mixing in the drainage basin and the riverbanks,

6    and so it's coming from elsewhere.  It integrates, and it --

7    for some reason, it is, um, often decreasing much more slowly

8    near the surface than you would expect from the evidence for

9    vertical mixing that we have.

10          We have from -- we have vertical mixing from

11   beryllium-7, and we have vertical mixing -- not estimates, but

12   we have -- so the estimates are from beryllium-7, which has a

13   50 -- 50-some, um -- day half-life, but one can, using

14   porosity, if you have -- which is the pore space, the pore

15   space which is filled with water.

16          If that has very sharp changes over a short depth

17   interval, that is an indication that you -- that you -- that

18   this sediment wasn't mixed.  So -- and if the lead-210 is more

19   or less constant or doesn't decrease over that interval, it

20   had to be mixed elsewhere.  So that's why we didn't put as

21   much stock on lead-210 because also often the -- in the cores,

22   the variability and the discrepancy with, um, cesium and

23   plutonium dating was quite large.

24          But it's -- this is not just in our work.  It's -- it's

25   -- it's more difficult to -- to use lead-210 in -- in river

SANTSCHI - DIRECT EXAMINATION/COLANGELO

1715

1   sediments.  It -- it then also becomes a little bit more

2   arbitrary.  But, of course, you can always say it's 2

3   millimeter, and you can distinguish 2 centimeters per year.

4   So you could, in -- in a broad sense, when you have large --

5   large discrepancy.  But if you want to distinguish .2 from --

6   from .3 centimeters per year or 2 from 1.5, you probably

7   couldn't because, ah, depending on where it is, um, it -- it

8   often -- it -- it just seems to be either less reliable or at

9   least gives you answers which, for some reason, are -- are

10  just less trustworthy.

11  Q    Are you familiar with Dr. Connolly's opinion that to

12  determine recovery rates, you should focus only on the portion

13  of the sediment record dating back to the mid to late 1990s?

14  A    Yes.

15  Q    And do you have an opinion about that?

16  A    Yeah, you could -- you could argue about that, but then

17  you're using -- you don't use the whole ensemble of -- of

18  data.  There is no evidence that the last ten years is a

19  better predictor than the last 20 years.

20       If you looked at the -- at the profiles, if they jump

21  around the last ten years, they also jumped around the last,

22  um, 20 years, and vice versa.  So they were broadly -- many of

23  those cores were broadly decreasing.  But if I just focus for

24  -- on the last 10 years, I'm not any better off because the

25  initial phase was very rapid, the recovery was very rapid, but

1   because it only affected the few -- fewer sites, and then the

2   mercury got distributed over -- over a larger geographic area.

3          So, in my opinion, ten years is no better than 20 years.

4          MR. COLANGELO:  Your Honor, this is a fine time to

5   take a break if you'd like.

6          THE COURT:  All right.  Well, very good.

7      Now, I understand that the word of the excellence of

8   counsel has gotten around, and we actually have a group of

9   people who are interns from the State Attorney General's

10  Office here to watch how to practice law.  And if you are able

11  to do so, would you come to chambers so that I can meet you

12  during the break?

13     So we'll take a little bit longer break, maybe

14  25 minutes, and then we'll return.  Thank you.

15         MR. COLANGELO:  Thank you.

16     (Court recessed from 10:30 a.m. to 11:07 a.m.)

17         THE COURT:  Mr. Colangelo?

18                 CONTINUED DIRECT EXAMINATION

19  BY MR. COLANGELO:

20  Q    Dr. Santschi, you testified that for purposes of

21  deriving recovery half-times, you used the data from the

22  sedimentary record that corresponded to the last 21 years; is

23  that correct?

24  A    Yes, that's correct.

25  Q    Why did you choose that period?

SANTSCHI - CONTINUED DIRECT EXAMINATION/COLANGELO

1717

1   A     It is long enough to contain, um, a good -- a good

2   number of -- of mercury concentrations in the different cores.

3   It could have been maybe 25 years; it could be 15 years.  It's

4   a little bit arbitrary.  You want -- but you want to have

5   enough -- you want to have good statistics.

6         And there was no reason to take 25 over 15 years.  Um,

7   most of the cores showed a decrease, but not all of them, as

8   we -- as we showed.  Um, so it was -- it -- it allowed for a

9   -- a more statistically robust assessment of the recent times.

10        If I would have taken ten years and actually would have

11  taken most of the cores, um, rather than just a few, I would

12  guess I hadn't done it.  I would guess that the uncertainty

13  would be -- of the average would be greater and -- but the --

14  the result would not be significantly different, especially

15  for the Mendall Marsh and for -- for many of the other sites,

16  as well.

17  Q     In your opinion, is it important to apply the same time

18  period to each core from among this data set in calculating

19  recovery rates?

20  A     Yes.  I mean, otherwise, things become arbitrary.  As

21  you have seen in the profiles -- I mean, in the few profiles

22  which you -- which you depicted, and all of them are -- are in

23  the report -- then otherwise you start picking and choosing

24  whatever you like, and it just has to be long enough so that

25  you have a robust data set, and that's what I then decided.

1    Um, but then you can't use 21 years and 30 years for

2    something else and then five years for -- for the third core.

3    As you -- when you look at all the profiles, um, if you take

4    five years, yeah, that would be -- might look more appealing,

5    but then, um, you would have to also -- in some of the cores,

6    you might only have one point because it depends on the

7    sedimentation rate.

8        So you want to have the largest numbers of cores.  You

9    want to have enough data points in that time period because

10   let's say we -- we have a sedimentation rate of .2 centimeters

11   per year.  That is 2 centimeters in ten years and

12   20 centimeters in a hundred years.

13       So I mean it's -- you -- you would not have -- in the

14   last five years, you would have one data point.  You couldn't

15   even do it.  So you would then have to apply that to

16   everything, so -- or you would have maybe -- let's say you

17   take ten years.  You -- you would have two points, yeah, two

18   points is -- you can always get the straight line and you can

19   fit anything.

20       So it's -- you will have -- when you actually look at

21   all the cores, you have much less constraint and the much

22   larger, I would think, uncertainty.  The shorter time period

23   it is, you try to make an assessment about the future.

24   Q    Let me show you Page 37 from -- this is from

25   Dr. Connolly's report, Joint Exhibit 45.  This is Table 5-1.

1   The page number is here.  Do you recall whether Dr. Connolly

2   used the same period of time for each core that he analyzed or

3   whether he used a different time interval for each core?

4   A    No, I don't -- I don't remember.

5   Q    Let me show you this column here, time interval.

6   A    Oh, obviously so.  He -- yeah, so, okay.  You answered

7   the question.  It's not -- it's not the same time period.  It

8   goes from four years to 23 year -- 24 years.

9   Q    And do you have an opinion about that, about

10  Dr. Connolly's use of a different time interval from each core

11  in order to derive recovery half-times?

12  A    To me, it sounds arbitrary.  Um, it's a fishing

13  expedition to get -- to get shorter half- -- half-times, but

14  it's -- there are many different ways you can do it, um, so

15  there is -- I'm not claiming that my -- my -- my way is the

16  only way.

17       But I think we should strive to have as many cores as

18  possible and then to have a sensible approach which, um,

19  applies the same criteria to -- to the cores.  Yes, the

20  criteria here, they were the same, but it was -- it -- the

21  criteria were adjusted in such a way so that you could bias

22  the resulting half-times.

23       Um, but in the end, if you look at it, you still get a

24  large spread, and you still get -- yes, you get an average --

25  a smaller average, but you still get a large spread, and if

1    you then take the -- the standard deviation or the error, the

2    average is just going to be -- it's not going to be much --

3    much different.

4         So, to me, it just looked much more arbitrary than the

5    approach which I took.

6              MR. COLANGELO:  Thank you, Dr. Santschi.  That's all

7    I have.

8              THE COURT:  Thank you.

9         Cross-examination, Mr. Talbert?

10             MR. TALBERT:  Sure.

11                      CROSS-EXAMINATION

12   BY MR. TALBERT:

13   Q     Good morning, Dr. Santschi.

14   A     Good morning.

15   Q     You were asked to assess recovery rates and times for

16   the entire system, correct?

17   A     Ah, correct.

18   Q     You were not asked to look at remedial options; is that

19   correct?

20   A     That's correct.

21   Q     And in terms of the Phase II Report, your involvement

22   was limited to Chapter 6 and, to some extent, Chapter 5,

23   correct?

24   A     Chapter 5 and 6, yes.

25   Q     Is it fair to say that there are several approaches to

1   calculating recovery times?

2   A      Um, in principle, yes.

3   Q      And, in fact, your expert report -- or your report,

4   Chapter 6, which is Joint Exhibit 6, on Page 6-33, you provide

5   a number of different methods for calculating recovery half-

6   times, correct?

7   A      That's right, yes.

8   Q      And here you have laid out four different methods for

9   calculating recovery half-times.  You have the vertical

10  profile approach, the vertical mixed-layer model, the recovery

11  index, and then the exponential fit.  Can you just walk us

12  through these approaches and -- and discuss what -- what they

13  involve, how you would calculate a recovery time?

14  A      Um, you could take the -- you could take either the

15  whole, um, section from the peak up to the surface, or you

16  could just take the peak.  Um, if it's just a vertical case,

17  then -- and you don't have any lateral inputs and you -- you

18  just -- and it's -- it's an exponential decrease, that would

19  be the -- No. 1 because it didn't go -- it decreased very

20  rapidly, and then it didn't -- in general, it didn't go to 0

21  very -- at the same rate.  There was a break.

22         So, actually, the first -- the first approach then I had

23  to dismiss because it -- it really only just fit the peak

24  region, whereas the upper half was not fit, because then you

25  would predict it should go to -- very rapidly to 0, and it

1  doesn't.

2       The second one is that you have -- if you have a -- I

3  mean, like in the deep ocean, you have maybe 10 centimeters of

4  mixed layer, where -- where you have burrowing organisms,

5  which sort of mix the particles down to approximately

6  10 centimeters, and then you could assume that the tracer has

7  to reside in that mixed layer over a certain time, which is

8  also proportionate to sedimentation rate, until it actually

9  gets out of that, um, mixed layer and gets into a historic

10  layer below, and that is a -- is -- is given by -- by the --

11  the second equation.

12       But, again, we found that the mixed layer was quite

13  shallow, or it had to be shallow both from the beryllium-7

14  profiles, which we measured, at least in -- in a number of

15  cores, and -- and -- and, also, the porosity profiles, which

16  show very sharp gradients even in -- in the surface.  So we --

17  we dismissed that model, as well.

18       Then the recovery in -- index is -- is not too different

19  from No. 1, and -- but it sort of gives a qualitative index,

20  how quickly, um, sediments recover, um, where you just take

21  the ratio of the maximum toward the surface, and if you assume

22  that it's exponential, you could sort of calculate a

23  timescale.  But you get -- of course, you get the large

24  spread.

25       But all these, they assume idealized conditions, which

SANTSCHI - CROSS-EXAMINATION/TALBERT

1723

1    we really don't have because it's a multicomponent, very

2    complex system.  So when you have a complex system, you can't

3    just focus in on -- on one -- one type of process.  You have

4    to consider all the processes which are occurring.

5         So, um, I felt then that the mercury -- I had to take

6    the mercury from the last, um, 21 years, which is just half

7    the period to the peak, um, to -- to tell me what -- what the

8    recovery, um, times are, rather than impose an -- an arbitrary

9    model ideal -- with idealized conditions, which I already knew

10   that they're likely not going to be fulfilled.

11   Q    So just in terms of these different approaches,

12   depending on which approach you take, they can yield different

13   recovery half-times, correct?

14   A    That's correct.

15   Q    And you have reported some of those calculations here on

16   this Page 6-33, correct?

17   A    That's right.  I just took it from a presentation which

18   I made to the Study Panel and the -- the -- all the

19   investigators.  We had yearly meetings, yeah.

20   Q    And as far as you know, there -- there isn't any

21   standard technique to -- for determining recovery half-times

22   in sediment, correct?

23   A    No, I mean, but some -- some of those are actually in

24   the literature.  Um, people have used them, like in the deep

25   ocean or maybe in lakes, where -- where -- um, for the purpose

1  of assessing, um, decreasing tracer concentration.  I call now

2  mercury a tracer.  Um, they have been used and -- and

3  published.  But they were -- the assumptions were much

4  simpler.

5      And whenever you use a model, you can't separate the

6  assumptions from the model output.  The models have to --

7  yeah, the assumptions have to be fulfilled or at least as

8  close as possible.

9      And then the -- the other approach is that you want to

10  sort of condition -- in general, when you have a very complex

11  system, you want to have -- yes, you want to have a simple

12  model and a simple approach.  There's no point in making it

13  too complicated.  But then you -- you still impose on it that

14  you want to, um, try to explain the largest numbers of

15  observations, rather than just a few.

16  Q    And in this case, you used the exponential curve fit to

17  calculate your recovery half-time, correct?

18  A    That's correct.

19  Q    And I think you've described that as the simplest

20  approach; is that right?

21  A    Yeah.

22  Q    In other contexts, I think you've described the approach

23  as somewhat crude; is that correct?

24  A    That's right, that's correct.  It's -- it's still crude

25  and simple-minded and all that.  I use these words in

1  reference to the complexity of the system, where -- where you

2  -- you don't -- you really don't -- you know in principle all

3  the processes which are occurring from the literature.

4  Q    Hm-hmm.

5  A    And people made observations and so on.  But, um, in the

6  end, all we have is these traces in 57 cores.

7        So, um, it's still crude compared with the complexity of

8  the system.  I mean, recognizing the -- the task at hand,

9  where you really would like to simulate it with all the

10  processes, um, going in there, and so in that sense, it's

11  crude.

12  Q    Is it fair --

13  A    So I set the high goal, and then it's crude, yes.

14  Q    And is it fair to say that you're not aware of the

15  exponential curve fit approach that you took here being

16  applied in another setting?

17  A    Ah, I'm not hundred-percent sure, but I think people

18  have used it in Florida -- it's early literature, maybe it

19  came out in the '90s -- I would have to look it up -- when

20  they were working on recovery of mercury emitted by a -- by a

21  power plant, and so they were also trying to make

22  extrapolations.

23        Um, but other than that, I can't remember, no.

24  Q    Do you recall telling me at your deposition that you

25  were not aware of the exponential curve fit approach being

1    used before?

2    A    No, I -- I'm not -- I'm not certain because I haven't

3    really -- this is what I came up with.  I haven't done an

4    extensive literature search, and I'm just telling -- it just

5    pops up in my memory.  Yeah, that could have been if I go and

6    look it up, but I can't remember the author, so in a way, it's

7    irrelevant, yes.

8    Q    Okay.  I can show you the deposition clip, but -- but I

9    think it's --

10   A    Yeah, that's fine.  I mean, I could -- if you wanted to,

11   I could call up some mercury researcher, and they probably

12   could give me the reference.

13   Q    Okay.

14   A    But it doesn't matter because it's -- it hasn't been

15   done with such an extensive data set.  It was a much simpler

16   system, and -- if it was done this way, but I'm not certain.

17   Q    And you personally haven't done it this -- this way

18   before --

19   A    No.

20   Q    -- in another matter?

21        And is it fair to say you're not aware of any peer

22   review that has taken place regarding your work here in the

23   Penobscot?

24   A    Yeah, you have to -- yeah, that -- that is correct.  But

25   you have to see that studies -- studies like this are normally

SANTSCHI - CROSS-EXAMINATION/TALBERT

1727

1   not funded by NSF, by DOE, by NOAA, or whatever.  If I just go

2   to them and said I would like to take 57 cores and I would

3   like to know how the system -- how the Penobscot System

4   behaves, they'd say, yeah, that's nice to know, but it costs

5   too much money.

6        So in -- realistically, you only get, um -- you can only

7   conduct a study like I did when you have a large pollution

8   test.

9   Q    You would have --

10  A    So that's why I got involved ten years ago or more,

11  15 years ago or more than that, it was Lavaca Bay project, and

12  that was the last one, where this approach was -- was done.

13  And before that, actually, they didn't know any -- anything

14  about the approach I was proposing.  Um, I was just

15  recommended by mercury researchers that I could do something

16  like that.

17       But they weren't convinced because it wasn't really in

18  the literature, so they didn't really think it would tell them

19  anything.  But they gave it -- they gave it the shot, and I

20  did one core, then I did two cores, and then I did six cores,

21  etc.  So I had to convince them one-by-one that it will tell

22  them what they wanted to -- what they wanted to know.

23  Q    But in terms of this specific approach, this exponential

24  fit curve, this is the only project that you've -- you've used

25  that approach, correct?

1   A      Yes.

2   Q      Your model required making certain assumptions, correct?

3   A      Yeah.

4   Q      And one of those assumptions I believe you talked about

5   earlier was a 21-period -- 21-year period that you applied to

6   look at recovery times.

7   A      Yes, and I chose this period, um, I think was large

8   enough that it gave me enough mercury points that I could make

9   this assessment in most of the cores, um, or in all the cores.

10  I mean, some of them turned out to be not suitable.

11         Um, and that they had to be in the second phase, where

12  recovery was slower, because in the initial phase, lasting

13  maybe ten years, maybe 15 years, maybe 20 years, but you

14  couldn't be sure, recovery was faster.

15  Q      And this -- wasn't it true that this was just --

16  21 years was half of 42 years?

17  A      Correct.

18  Q      And the 42 years was taken from the date of 1967 to

19  2009?

20  A      Correct.

21  Q      And 2009 was the date when you -- you take -- took the

22  core samples?

23  A      Correct.

24  Q      And just to clarify the record, so all of the half-time

25  recovery times we see, those are from the date of 2009,

1   correct?

2   A     Up to that point, yeah, that was '88 to -- ah, whatever

3   that makes -- yeah, '88 to 2009.

4   Q     But going forward, if you have a -- have a half-time for

5   recovery of, say, 22 years, we're going from the date of -- of

6   2009.

7   A     Correct.

8   Q     Okay.  You -- isn't it fair to say that another

9   approach, instead of applying the 21-year period to all the

10  cores, you could have examined, you know, each individual core

11  and tried to assign a period that you would look at half-times

12  for recovery?

13  A     You probably could.  But it -- but then it's becoming

14  more arbitrary, in my -- in my mind, if you do that, but you

15  could.  You could try a number of different things, yeah.

16  Q     Okay.  I think you -- you've stated this already, but

17  recovery half-time calculations are not an exact science,

18  correct?

19  A     No.  Yeah, that -- that is correct.  It's not an exact

20  science, not like physics.

21  Q     And it makes certain assumptions, such as a constant

22  deposition rate is assumed, correct?

23  A     Correct.

24  Q     And we know, though, that deposition rates can vary by

25  year, correct?

1    A    Correct.

2    Q    I think you said earlier in your deposition -- and --

3    and maybe even today -- that you wouldn't be surprised if

4    there was a -- a variation in the -- in the estimates of maybe

5    five to ten years?

6    A    If there would be a --

7    Q    If your estimates vary.

8    A    Estimates of what?

9    Q    Half- --

10   A    Sedimentation rate?

11   Q    Half-times for recovery.

12   A    Oh, oh, yeah, of course.  If you look at the last

13   21 years, if I take five years, it might just be -- I couldn't

14   use it because it's increasing again, and before it was

15   decreasing, or vice versa.  It was -- it was increasing and

16   then decreasing.

17        But it -- it often -- you couldn't explain why at that

18   particular site it went up and down, so you needed to

19   integrate over a number of ups and downs to get some reliable

20   -- more reliable estimates.

21   Q    Let's back up a second.  I -- I think that's a slightly

22   different point.  I believe in your deposition you explained

23   -- and also this morning -- that your half-time -- your

24   recovery half-times, we should really look at them more in a

25   decadal sense?

SANTSCHI - CROSS-EXAMINATION/TALBERT

1   A      Yeah.

2   Q      Is that correct?

3   A      Yeah, yeah, yeah.

4   Q      Earlier today, you -- you discussed some of the findings

5   of the different recovery half-time that Dr. Connolly

6   calculated?

7   A      Hm-hmm.

8   Q      Do you recall that?  Is it fair to say that your

9   recovery half-time calculations are fairly similar to

10  Dr. Connolly's and they're within the margin of error, at

11  least on the low end of -- of your range?

12  A      If you can put them up again, um, I think it's -- it's

13  correct, but I would like to see them again.

14  Q      And I -- I can put them up.  Here's the -- I did ask you

15  this question in your -- your deposition.  This was Defense

16  Exhibit 977.  This is on Page 79, Lines 10 through 23.  And

17  let's see if we can blow up Lines 10 to -- through 23.  Okay.

18         My question, and your calculation of the half-time for

19  recovery in Mendall Marsh was approximately 22 years; is that

20  correct?

21  A      Yeah.

22  Q      That's right?

23  A      And what was -- what was his number?

24  Q      His -- his range was 10 to 15 years.  So his top range

25  was -- was 15 years.

SANTSCHI - CROSS-EXAMINATION/TALBERT

1732

1   A      But then in -- just -- just before -- I mean, I don't

2   recall all these numbers, so you can't -- I mean, once -- once

3   every couple months, I'm being asked about this.  I haven't --

4   I haven't really looked at these numbers again because it's --

5   once they are decadal, um, they are not -- it -- that's --

6   that's the main point.  It's not that it's 22 plus/minus 1,

7   and the other one is 15 plus/minus 1, and then they are

8   different.

9       There's a large variability between mine and -- and

10  between his, and so there is -- there is probably an overlap.

11  They probably overlapped.  That is probably fair to say, but I

12  can't remember if this is exactly true.

13      But he took fewer -- fewer numbers, and he excluded in

14  his assessment the cores which are actually increasing or

15  staying constant, when we have seen that right -- right before

16  it is displayed the Orland River where it stayed constant.

17      So, yeah, I mean, if they can't fit the picture, so -- if

18  they stay constant, then you don't get the exponential fit, so

19  they -- they are being excluded.  So the shorter the time

20  period, the more cores you have to exclude, so you're not

21  really looking at the whole system.

22      But I do agree that you can do it different ways, and

23  that once you get the half-times of several decades and you

24  extrapolate in the future, it -- it probably is less important

25  if it's 20 years of half-time and you get from 800 to 400, or

1   if you -- if it only takes 15 years because, in my average of

2   22, I do find cores also which have 15.

3        So it's just not the average.  So how do you average

4   over -- over a dozen cores?  Um, should you -- I played with a

5   number of ways.  You could also argue that you just put all of

6   the cores on one plot and you at least square all the plots --

7   all -- all the cores.  Again, you get the different number.

8   But it's -- again, it's within the range of -- of value, so --

9   Q    I think that was my initial question, was if

10  Dr. Connolly's estimating 15 years for a half-time for

11  recovery in Mendall Marsh and your -- your estimate is

12  22 years, that those numbers are fairly close and within a

13  range of variability?

14  A    Within the range of variability, but excluding more

15  cores or observations, yes.

16  Q    And you agree that one of the -- the main differences

17  between your analysis -- obviously, you -- you each used

18  different approaches, correct?

19  A    Yes, yes.

20  Q    Dr. -- and you discussed that some this morning, but

21  Dr. Connolly's -- one of the main differences between your

22  analysis and Dr. Connolly's is you're saying that you used

23  more cores; is that correct?

24  A    I used more cores, and I used the bigger data set of

25  mercury to make my assessment, yes.

1  Q     Would you agree -- we did this a little bit at your

2  deposition, but I'll pull up Dr. Connolly's chart -- or his

3  table.  This is Table 5-1 in Joint Exhibit 45, and this is on

4  Page 37.  It must be Electronic Page 42 -- two more pages.

5  All right.  Can we rotate this?  And let's just right now

6  focus on the Mendall Marsh cores.  And if I can have this

7  section blown up.  Okay.  Let's move that up so we can --

8  okay.

9        So at least within -- within Mendall Marsh -- and I can

10 juxtapose this with your table of different cores that you

11 examined, but do you -- do you recall that -- that basically

12 Dr. Connolly looked at all of the cores in Mendall Marsh that

13 you looked at with the exception of one core, and that was 1

14 -- 1B?

15 A     Um, if you say so.  Right now, I don't remember.  I

16 would have to see the -- the -- the tables again.

17 Q     Okay.  Well, if it would be helpful, I mean, just take a

18 look.  So we've got 2B.

19 A     Two, four, six, seven -- seven cores he took, yes.

20 Q     Okay.

21 A     And how many did I take?

22 Q     And I believe you examined eight cores?

23 A     Nine.

24 Q     We can take a look at -- at Plaintiffs' Exhibit 89, if

25 that's helpful.

1  A     I thought I took nine, but I don't know for certain.  I

2  perhaps --

3  Q     I think you took nine, but I don't think you analyzed

4  all of them for --

5  A     No, we took 11.

6  Q     Can you please pull up Plaintiffs' Exhibits 89?  I'm

7  sorry.

8           MR. COLANGELO:  Jeff, it's Joint 89.

9           MR. TALBERT:  I'm sorry.  Joint Exhibit 89.  Thank

10  you.  Okay.

11  BY MR. TALBERT:

12  Q     And then if we could, let's just focus on these Mendall

13  Marsh cores.  Okay.  So I think as you testified earlier,

14  there were two cores here that you did not --

15  A     Okay.

16  Q     -- use, correct?

17  A     We used nine out of 11, yes.

18  Q     Okay.  And one of these, I guess, is -- is this 1B that

19  -- that you used that Dr. Connolly did not use?

20  A     Yeah, it looks like, yes.

21  Q     Okay.  Do you recall Dr. Connolly's reasons for not

22  examining all the cores?  Let's back out.

23  A     No.  But could you refresh my memory?

24  Q     I will.  Let's turn to -- this is Joint Exhibit 45,

25  which is the expert report of Dr. Connolly, and let's turn to

1    Page 35, which on the electronic page is maybe closer to 42.

2    And if you could please blow up this -- this section right

3    here.

4         This is from the section of his report where he's

5    explaining which cores he looked at in examining the half-

6    times for recoveries, and he says, cores that exhibited a

7    trend of declining excess lead and flat or increasing cesium

8    with depth were judged to be acceptable for examination of

9    mercury recovery.  Does that refresh your recollection?

10   A    Yeah, um, but, I mean --

11   Q    And --

12   A    -- they all had declining excess lead-210, and they all

13   had increasing cesium with depth.  So that -- it didn't really

14   distinguish.  What we have done is what he has done, so it --

15   Q    Well, let's -- let's take a look --

16   A    And the only thing which I can remember is that the --

17   that the excess lead-210 was then used, and the excess

18   lead-210 is just plain less reliable because it shows similar

19   concentrations which are deemed homogenized over -- over a

20   period -- I mean, over a depth interval where it couldn't have

21   been mixed.  So it was externally mixed in some ways, um, at

22   another site.

23   Q    Would you agree, Dr. Santschi, that if you're examining

24   a sediment core and -- and you conclude that lead-210 has been

25   mixed laterally, wouldn't that also likely apply to mercury?

1  A     No, and the reason is that lead-210 comes from the whole

2  drainage basin.  Mercury is a point input into the sediments

3  of the river.

4  Q     Well, but once it's mixed into something like the mobile

5  pool, wouldn't lateral transport just mean mixed in with the

6  rest of --

7  A     Yes, one -- but that's why you see the discrepancies --

8  when you see discrepancies between lead-210, cesium,

9  plutonium, and -- and mercury, they can be attributed to the

10  different types of inputs -- drainage basin, which is a much

11  larger area, where things get moved around and eroded and

12  redeposited and eroded and redeposited, whereas the history of

13  mercury is -- is different, and it overlaps in the river, but

14  it has another history elsewhere.

15      So, for example, you have a bluff.  If the top is

16  eroding that has recent sediment which has lead-210 and

17  cesium, if the bluff erodes from -- and that can happen in

18  streams and rivers, if the bluff erodes from underneath with

19  older sediments, you have no cesium, no -- no lead-210, and it

20  might still have been exposed with mercury.

21      So it's not always one-to-one.  In general, it's true,

22  but it's not in every case.

23  Q     Dr. Santschi, did you examine the lead-210 profile for

24  1B that Dr. Connolly decided not to evaluate in his recovery

25  time?

SANTSCHI - CROSS-EXAMINATION/TALBERT

1738

1    A    I probably did, but I don't remember right now.  You

2    would have to show me again the profile.

3    Q    I think --

4    A    You have -- you have the Excel files with all the data,

5    so one could go back and look at it.  I don't remember now.

6    Q    So you -- you stated earlier, I believe, that you

7    thought that the profile for lead-210 in that core was

8    declining as opposed to declining and leveling off through

9    depth.

10   A    I would have to look at the lead-210.  I would have to

11   look at the profile.

12   Q    Okay.  Well, let's pull up --

13   A    I can -- in general, there were cores which had near

14   ideal lead-210 profiles and others which had just profiles

15   which, um, were hard to interpret.  So in which category that

16   fell, I -- I can't recall now -- right now.  There are too

17   many cores and too much time in-between.

18   Q    But this --

19   A    But I did -- but I -- I looked at all the profiles.  I

20   was intimately involved in the interpretation.

21   Q    And I just want to understand your testimony.  If -- if

22   your critique of Dr. Connolly is that he should -- should not

23   have eliminated this particular core because it -- it did show

24   a decline in lead-210, I want to know if that's something you

25   actually, you know, dug into and analyzed the core profile.

1    A     We did, but I don't remember over which interval.  We

2    didn't use the surface layer.  The surface layer, when it was

3    constant, it was mixed either vertically, but more likely

4    laterally.  So we didn't use that.

5         We used the -- the lower layer, where -- but that is

6    then also a lower -- you see, the problem is if you use

7    near-surface lead-210, which, obviously, was done, that has

8    more uncertainty than the deeper lead-2 -- excess lead-210s.

9         We used the deeper ones, which were away from the mixing

10   effects, so -- but in -- in the end, it still -- we found the

11   variation or the variability of our disagreement of lead-210

12   with cesium was just too great to make it very useful.  And,

13   in general, John Connolly also agreed and your other experts

14   agreed that lead-210 was less reliable.

15        So I questioned why, then, put so much stock on lead-210

16   and not using cesium, which, in a way, is simpler to interpret

17   when there is a peak.

18   Q     Is it fair to say that you also made judgment calls

19   regarding which cores to analyze for half-times for recovery

20   and which cores to exclude?

21   A     Well, as I explained, it was very simple because you got

22   -- when you get a thousand years or you get infinity, you

23   include that in your average.  Your average -- if it's

24   infinity, it's going to be infinity and meaningless.

25        So, yes, we had to exclude those which didn't fit the

SANTSCHI - CROSS-EXAMINATION/TALBERT

1740

1   exponential model because it was either constant, it gave us a

2   nonsensical answer, so it wasn't arbitrary.

3   Q    Is it fair to say that when you're doing half-times for

4   recovery, you're -- you're looking for a certain sediment core

5   profile that indicates that the -- the sediment is in close

6   communication with the system?

7   A    Hm, yes.

8   Q    And that close communication, then, would indicate

9   recovery for the system as a whole, correct?

10  A    Um, yes and no.  It would -- it would -- it could

11  indicate for the system as a whole, but because you do have

12  these areas which are recovering much slower, you don't know

13  by excluding or not looking at those which don't fit the

14  assumptions, you're missing half of the story.

15  Q    Well, isn't it fair to say that sites with mercury

16  concentration that -- that increase toward the surface are not

17  in close communication with the rest of the system and likely

18  not representative of the system as a whole?

19  A    No, I wouldn't -- I wouldn't say that.  It's -- they are

20  just in slower communication.  That's why it took them lower

21  -- ah, slower to -- to, um, um, to feel the mercury coming in.

22  So they had, um -- they are still increasing because the --

23  the level of communication is less.

24       But that makes them also, without looking at where they

25  are and what they represent, you couldn't say that if I just

1  exclude all those sites a priori and just look at those sites

2  which show more idealized behavior, that that can make a

3  prediction to the sites which don't fit my assumptions.

4       And -- and that's why I -- when you look at -- at the --

5  -- for example, the Orland River cores, you, um -- you have to

6  admit, I don't really understand why they -- they have been

7  communicating with -- with, um, the system because they are

8  contaminated, but they stay -- their level of contamination is

9  still high.

10      We always assume that all these processes are

11 continuous, but often transport happens when you have flooding

12 events, you have storms.  During those times, material --

13 sediment is being moved around much more and in a much more

14 unpredictable way.  Bars can be built up, and things which

15 were in communication before are now not, or vice versa.

16      So to -- just to exclude those, I think you're doing a

17 disservice to the whole data set that we have.

18 Q    Okay.  Well, let me show you -- I just read you,

19 actually, a -- two sentences from your chapter of the expert

20 report, and that's Joint Exhibit 6 at Page 6-14, if we can

21 turn the -- actually, we can go to it, and that's this bottom

22 section starting with in a substantial.

23      You write, in a substantial number of cores, mercury

24 actually stayed relatively constant or increased from low

25 concentrations towards the surface.  One can conclude that

1   such sites with lower and/or mercury concentrations that

2   increase towards the surface are sites which are not in close

3   communication with the rest of the system and thus are also

4   not representative of that system as a whole.  Sir, did you

5   write this?

6   A     Yes.  They are not representative of the system as a

7   whole.  If we -- depending on -- on what our emphasis is, if

8   there are areas which are recovering slower, we can disregard

9   them if they are in a place where there is no harm done.  If

10  they are in a place where there is harm and they have been in

11  the -- in the past, obviously, in communication, but now they

12  are not because they are staying high or they are still

13  increasing, um, I would still -- I mean, as of today, I would

14  still like to know what is happening there.

15        But, in general, I agree with -- I still agree with that

16  -- with that sentence.  So I guess it appears I'm talking out

17  of both sides of my mouth.

18        But it -- I just wanted to clarify, if we want to make

19  predictions for the future and we want to have timescales,

20  then we have to ignore -- ignore them because we don't have

21  the choice.  We don't have a choice.  I can't give you a

22  number for those, and neither can John Connolly.

23        So we have to ignore them, and they are -- they might be

24  less important, but we don't know that for certain, and we

25  have to always -- and I said that in other places, there is

1    uncertainty when you make predictions into the future, and

2    they are not in the direction necessarily that things will

3    recover faster.

4           Just the fact that we have these systems which are in

5    lesser communication would -- you could argue that -- that

6    those cores or sites exist means that if there is bias, it

7    could take even longer.  That's all.

8    Q    Let's see if we can clarify the record.  Would you agree

9    that the -- the core profiles in the Mendall Marsh area are

10   more consistent than those in the Penobscot?

11   A    Yes.

12   Q    There is less variability --

13   A    Yes.

14   Q    -- in the Mendall Marsh cores.

15   A    Yes.

16   Q    Correct?

17   A    Yes, yes, and it's also the most critical part of the

18   system, most likely but -- because the source of the particles

19   are -- it's the river -- river stem, we can't quite ignore the

20   longer half-times from the river stem.  But there is nothing

21   we can do right now because we don't have a numerical model.

22   Q    Would you agree, though, that the reason that those

23   cores may have a better profile for looking at half-times for

24   recovery is because Mendall Marsh is a more quiescent

25   environment?

SANTSCHI - CROSS-EXAMINATION/TALBERT

1    A      That's right.  And they -- I would say that Mendall

2    Marsh -- the cores for Mendall Marsh is -- is -- probably for

3    this assessment, we can take those numbers.  If we want -- if

4    the decision is later made to remediate Mendall Marsh, um, you

5    -- you probably will take those cores to -- for -- for the

6    assessment.

7           So you will base it on the Mendall Marsh cores.  That

8    will be -- that will be the data set for any future

9    assessment.

10   Q      And if we were looking at, you know, different parts of

11   the system, is it fair to say that the Mendall Marsh cores

12   are, in many ways, more reliable than some of the other areas

13   because there's less turbulence in Mendall Marsh?

14   A      They are more reliable for predicting Mendall Marsh,

15   yes.  But for the system as a whole, um, they are more

16   reliable because they give us some timescale because it -- it

17   is -- it is converging, but it is going -- it is -- um, but if

18   we make an assessment for the next 50 or a hundred years, you

19   can't ignore the rest of the -- of the river, how fast the

20   river system will clean itself up.

21          But you would have to take the Mendall Marsh data set to

22   make an assessment when you want to -- if and when you want

23   to, um, remediate Mendall Marsh.

24   Q      And are the half-times that you calculated for Mendall

25   Marsh -- this is the 22-year estimate, correct?

1  A     Yeah, yeah.

2  Q     That half-time for recovery -- is it fair to say -- is

3  more consistent than some of the other half-times --

4  A     Yes.

5  Q     -- with the --

6  A     Yes, it's more consistent and has a smaller spread, yes.

7  Q     And it's also more consistent with the -- the field

8  sampling data that's been taken, correct, measuring the -- the

9  mobile pool?

10  A     Hm, probably, yes.

11          MR. TALBERT:  No further questions.

12          THE COURT:  Thank you.

13        Redirect?

14          MR. COLANGELO:  Yes, Your Honor.

15                    REDIRECT EXAMINATION

16  BY MR. COLANGELO:

17  Q     Dr. Santschi, you were shown this passage on Page 6-14

18  of your report.  This is Joint Exhibit 6-6, and the discussion

19  about whether sites with mercury that is increasing or -- or

20  staying the same are representative of the system as a whole.

21  Do you recall that?

22  A     Yeah.

23  Q     Okay.  There's a little further discussion of this on

24  the next page.  You weren't shown this passage.  I'd like to

25  see if this is consistent with the explanation you just

1   provided.  And it states, conceptually, this redistribution

2   process of mercury across the whole estuary can be imagined as

3   follows:  Mercury at sites with higher mercury concentrations

4   was initially decreasing exponentially and faster, pulse

5   attenuation phase, while mercury at sites with lower mercury

6   concentrations are still increasing towards a common

7   concentration, leading to a homogenization of all surface

8   mercury concentrations, but not inventories, across the

9   mercury-contaminated river-estuarine system and possibly an

10   even slower system recovery, system recovery phase.  Do you

11   see that?

12   A    Yes.

13   Q    Is that the point that you were just trying to make?

14   A    That's the point I was trying to make, yes.

15   Q    Okay.  There was some discussion of the cores that you

16   used from Mendall Marsh versus the cores that Dr. Connolly

17   used to derive half-times from Mendall Marsh.  Do you recall

18   that?

19   A    Yes.

20   Q    Okay.  And I think there -- there might have been some

21   confusion, so I'd just like to try to clear this up.  In

22   Dr. Connolly's table -- this is Page 37 of Joint Exhibit 45 --

23   he uses, I believe, seven cores from Mendall Marsh.

24   A    Yeah.

25   Q    Is that correct?

1  A     Yeah.

2  Q     Okay.  And you used nine; is that correct?

3  A     Ah, yes.

4  Q     Okay.  So Dr. Connolly excluded not just core Mendall

5  Marsh 1, but also Mendall Marsh 6.  Do you recall, or would

6  you like me to show you that?

7  A     Ah, yeah, um, I mean, in the other -- I don't remember

8  what 6 showed, so --

9  Q     Okay.  Let me show you.  So in Dr. Connolly's table

10 here, he does not have Mendall Marsh 1 or Mendall Marsh 6; is

11 that correct?

12 A     Yes, yes.

13 Q     Okay.  And now let me show you Joint Exhibit 89 in

14 evidence -- this is your table -- and you include both Mendall

15 Marsh 1 and Mendall Marsh 6; is that right?

16 A     Yes.

17 Q     And the half-time in Mendall Marsh 1 is 36 years that

18 you derived and Mendall Marsh 6 is 22 years?

19 A     Yeah.

20 Q     That you derived; is that right?

21 A     Yeah.

22 Q     Okay.  Now, there was also some discussion about -- you

23 stated that if Dr. Connolly uses a smaller interval within the

24 core, he has fewer data points.  Do you recall saying that?

25 A     Yeah.

SANTSCHI - REDIRECT EXAMINATION/COLANGELO

1    Q     Okay.  I'd just like to show you a figure and see if

2    this helps illustrate what you're talking about.  This is from

3    Dr. Connolly's report.  It's -- which is Joint Exhibit 45.

4    This is Figure 5-2g.  The page is unnumbered, but you see the

5    figure legend at the bottom here.  And if you see just to help

6    you answer the question, you see he states at the bottom here,

7    shading indicates the portion of the core used in the recovery

8    analysis.  Do you see that?

9    A     Ah, yes.

10   Q     Okay.  And so in this core, which is core MM8A, Mendall

11   Marsh 8A, Dr. Connolly used this interval of the core to

12   predict the half-time.  Do you see that?

13   A     Yes.

14   Q     The shaded area.  And how many data points are included

15   in that shaded area?

16   A     Three.

17   Q     Okay.  And the 21-year mark indicates the portion of the

18   core that you used for your analysis.

19   A     Yeah.

20   Q     Okay.

21   A     That's 2, 4, 6, 8, and also in the cesium, you show it

22   -- the values go up and down, and the excess lead-210 levels

23   out and increasing at the bottom, so you -- so you can't

24   really take this at face value, the lead-210, when it behaves

25   this way.  Um, I would -- I would -- I mean, you can do it and

1   you can see what you get, but I would still doubt that this is

2   a valid approach.

3   Q    And is this what you were referring to when you said

4   that there is more value in using more data points?

5   A    Yeah, because the mercury there also in -- in those

6   8 centimeters, it's going up and down, and you don't know why

7   it's going up and down, and so if you just take arbitrarily

8   the down, the three points, for me this is cherry-picking.

9   I'm trying to get if I would try to see how low can I -- how

10  low is low, how low can I go?  And I -- yeah, I -- you could

11  do it, and that's -- that's what it -- what it got you.

12       It didn't get you very far -- the cherry-picking.  It's

13  still within the range.  So it's still -- 20 years is still a

14  fairly good estimate of half-time, which doesn't even get you

15  to where you want to go.  It's still many half-times until you

16  actually have -- are below a concentration you would deem

17  acceptable for methylmercury in -- in the marsh, that it would

18  not harm wildlife or man.

19  Q    Recognizing the complexity of the system that you

20  referred to and the uncertainty in the data, how much

21  confidence do you have in your big-picture conclusion that

22  recovery here is on the order of many decades?

23  A    I have high confidence in that.

24           MR. COLANGELO:  Thank you, Dr. Santschi.  That's all

25  I have.

1    THE COURT:  Thank you.

2    Mr. Talbert?

3    MR. TALBERT:  Short redirect, Your Honor.

4    RECROSS-EXAMINATION

5    BY MR. TALBERT:

6    Q    Dr. Santschi, same question that I had earlier with

7    respect to sediment core in Mendall Marsh 6A, and the same

8    question is, did you -- did you actually go back and try to

9    examine what Dr. Connolly was doing when he was looking at

10   lead-210, or -- or were your comments more general in nature?

11   A    They were of a general nature.

12   Q    Okay.  And is it fair to say that if you just -- there

13   -- within some of the sediment cores, if you just took a

14   21-year period, within that 21-year period, there -- there are

15   going to be periods where there's no decline, you basically

16   have a flat line leveling off and then may have a decline?

17   A    Of mercury or of what?

18   Q    Of mercury and -- and lead-210.

19   A    Yeah, but it's -- it seems to be random.  It -- I mean,

20   random in the sense that we don't understand why.

21   Q    And if you're looking at a core that -- that has for

22   some period of time, it levels off and then declines at the

23   end, could that potentially give you a slower recovery time

24   than is actually occurring towards the surface?

25   A    Hm, can you rephrase that again?  I didn't quite get it.

1   If it's -- if it's decreasing, it will be slower?

2   Q    No, if it's -- if it's -- if you look at the 21-year

3   period and there's a period of several centimeters within the

4   core where there's -- there's no decrease, there's just flat

5   line --

6   A    Yeah.

7   Q    -- and then a decrease towards the surface --

8   A    Yeah.

9   Q    -- by including the whole 21-year period, can't -- isn't

10  it possible, at least for that particular core, for you to

11  report a slower half-time for recovery than is actually

12  occurring?

13  A    Well, you don't know what is actually occurring, so I --

14  I wouldn't -- I wouldn't conclude this because when you don't

15  understand when things are going up or down, you find in -- in

16  one core, you might find that it is decreasing towards the

17  surface, and the other one you might overall -- over 21 years,

18  it will decrease, but right -- right -- the last few

19  centimeters, it's increasing again.  Do we understand?  No, we

20  don't.

21       So when things are at some degree random, to impose our

22  idealized picture and then just say, oh, it could be faster,

23  yeah, it was faster sometimes, and then it was slower again.

24  Why?  To just pick the faster period is -- is arbitrary.

25  That's there -- because you don't understand the system

1   because I -- as a counter argument, you find -- you find other

2   cores where it suddenly got slower.  So why?  You don't know.

3   You don't know the answer.  I don't know the answer.  That's

4   why I take a larger -- a larger number of points and cores.

5   Q     And I believe you said that there's no -- not

6   necessarily any magic with your 21-year period, that is in

7   some way itself arbitrary?

8   A     Correct.

9           MR. TALBERT:  No further questions.

10          THE COURT:  Thank you.

11      Anything further?

12          MR. COLANGELO:  Nothing further, Your Honor.

13          THE COURT:  You may stand down, sir.

14          THE WITNESS:  Okay.  Thank you.

15      (The witness left the witness stand.)

16          THE COURT:  Do you want to -- it's a little early,

17  but do you want to break now before you call someone and then

18  come back and we'll go forward?

19          MR. BERNARD:  That would be fine, Your Honor.

20          THE COURT:  Okay.  Fine.

21      Court will stand in recess.

22      (Court recessed from 12:08 p.m. to 12:35 p.m.)

23          THE COURT:  Mr. Bernard?

24          MR. BERNARD:  Plaintiffs call Richard Judd, Your

25  Honor.

 1          MR. TALBERT:  Your Honor, Mr. Schutz will be doing

 2   the cross-examination.

 3          THE COURT:  Thank you.

 4          THE CLERK:  Please raise your right hand.  Do you

 5   solemnly swear that the testimony you shall give in the matter

 6   now in hearing shall be the truth, the whole truth, and

 7   nothing but the truth, so help you God?

 8          THE WITNESS:  I do.

 9          THE CLERK:  Please be seated.  Please state your

10   name and spell your last name for the record.

11          THE WITNESS:  Richard Judd, J-u-d-d.

12   RICHARD JUDD, having been duly sworn, was examined and

13   testified as follows:

14                    DIRECT EXAMINATION

15   BY MS. HERON:

16   Q     Good afternoon, Dr. Judd.

17   A     Good afternoon.

18   Q     Where do you live?

19   A     I live in Orrington on the banks of the Penobscot River,

20   um, about a quarter mile downriver from the former HoltraChem

21   plant.

22   Q     Are you on the same side of the river as the former

23   HoltraChem plant?

24   A     Yes, I am.

25   Q     How long have you lived at that home?

1  A     We moved to that location in 1985, so we've been there

2  about -- close to 30 years.

3  Q     And where did you live before that?

4  A     We lived briefly in Bangor.  Before that, I lived in

5  California.

6  Q     What brought you to Orrington?

7  A     Ah, I came here to take a position at the University of

8  Maine, and we spent about a -- oh, three, four months looking

9  for a house.  Ah, water was very important to me.  Um, I grew

10 up in northern Michigan, and like a lot of people in Michigan,

11 a lot of people in Maine, actually, we had a summer -- summer

12 camp, summer cottage on a lake about ten miles from where we

13 lived in the wintertime, and as a child growing up, um, I

14 basically lived in the water.

15     My brother and sister and my cousins and I, you know,

16 when we got up in the morning, we'd throw on a pair of

17 swimming trunks and go out into the water.  We had a -- a

18 couple of prams we'd play around in, and we would sail in an

19 old leaky sailboat that we had or go up into the swamps and

20 catch turtles and frogs and things like that.

21     And basically we'd spend all day out there on the water,

22 and, um, when our mother called us for dinner, we'd come back

23 in, and that would be our day.  But in the water, on the

24 water, that was just very, very important to me.

25     We moved to California when I was 16, and there I took

1  up scuba diving and worked my way through college actually as

2  a scuba instructor, spending my weekends at least in the water

3  there, as well.

4       Um, when the day was done when we were there, I'd go out

5  with some friends of mine, we'd catch some fish, take them

6  home for dinner, and basically there I was spending whatever

7  time I had available in the water, as well.

8       So when we came to Maine, um, it was -- it was important

9  to me to find a location where we could kind of continue that

10 -- that way of living, and -- and so we moved to Orrington,

11 um, on the banks of the Penobscot to be close to water.

12 Q    You said we.  Are you married?

13 A    I am.

14 Q    Do you have any children?

15 A    We have one daughter.

16 Q    And how old's your daughter?

17 A    She's 23.

18 Q    Does she still spend any time at your home in Orrington?

19 A    Um, yes, she's going to school in New York City, and she

20 spends summers here.

21 Q    Dr. Judd, do you have any scientific expertise on

22 mercury contamination?

23 A    No, I don't.

24 Q    Is it your understanding that the Penobscot River is

25 contaminated with mercury?

1    A     Yes, considerably.

2    Q     And what's your basis for that understanding?

3    A     Um, after we moved in, within about six months, we were

4    quite aware that there was a problem with the river itself by

5    talking to our neighbors, essentially, so we began contacting,

6    first, the EPA down in Massachusetts, um, gathering

7    information from them on what was in the river.  Then we

8    worked with the DEP and with the Maine People's Alliance and

9    ultimately with Natural Resources Defense Council and gathered

10   information on that basis.

11          And we've been in this for about 20 years, I would say.

12   So we have learned a lot just from Bangor Daily News articles

13   and from, um, reports done for the DEP and from other reports

14   that were made available to us in various ways.

15   Q     Were you aware of mercury contamination in the river

16   before you purchased your home?

17   A     No, no.

18   Q     And you mentioned earlier that being on the water was

19   important to you when you picked your home.  Has the mercury

20   contamination that you learned about affected the way you had

21   hoped to use the water?

22   A     Well, we moved there -- yes, I would say so.  When we

23   moved there, I was hoping that -- um, we have a path down to

24   the river, um, around the back of our neighbors' house, and

25   there's a really nice location down on the river with a point

JUDD DIRECT EXAMINATION/HERON

1757

1    of land that goes out into the river, and we were hoping to be

2    able to swim or wade in the river, and maybe even do a little

3    snorkeling or something in the river, but that's something I'm

4    really afraid to do, and I certainly wouldn't let my daughter

5    do it.

6    Q    Do you ever knowingly eat fish from the Penobscot River?

7    A    No.

8    Q    Do you eat lobster from the river?

9    A    No.

10   Q    Why not?

11   A    Um, I think -- main reason would be my awareness of the

12   contamination of the river itself.

13   Q    Do -- did you allow your daughter to eat fish or

14   shellfish from the river when she was growing up?

15   A    No.

16   Q    Do you use the river in other ways other than swimming

17   or eating fish?

18   A    Yes.  Um, I kayak and canoe on the river quite

19   frequently.  If my wife's with me, we take the canoe out.  If

20   I go alone, I take the kayak out.

21   Q    About how often do you go out on the river?

22   A    Oh, ah, in good weather, I would say, um -- in summer,

23   that is, of course, once a week, in good weather.

24   Q    Does your knowledge of mercury contamination in the

25   river affect your enjoyment of canoeing or kayaking?

1    A     Yes, it does.  Um, I -- would not come in contact with

2    the water while I'm kayaking or canoeing, but there's also a

3    sense that I just have that the river is a degraded ecosystem

4    and that affects my relationship to the river.

5    Q     Have you ever considered moving away from the river

6    since you learned about the contamination?

7    A     Hm, no, I -- I wouldn't do that.  The place we have --

8    that's our home.  Um, that's our community.  That's our -- our

9    neighbors.  And, um, basically, I would -- I would love to

10   help improve the conditions in that location, in our home, but

11   I wouldn't try to escape it in any sense.

12   Q     Dr. Judd, are you a member of the Maine People's

13   Alliance?

14   A     Yes.

15   Q     Are you a member of the Natural Resources Defense

16   Council?

17   A     Yes, I am.

18   Q     Do you understand the relief that the plaintiffs are

19   seeking in this case?

20   A     I do.

21   Q     And what's your understanding?

22   A     My understanding is that the Maine People's Alliance and

23   Natural Resources Defense Council would -- would like to open

24   the way for -- a panel of experts to provide a plan for

25   remediation of the river.

JUDD-DIRECT EXAMINATION/HERON

1759

1    Q      Do you support that goal?

2    A      I do, very much.

3    Q      Why?

4    A      The river, as I said, is very important to me.  Um,

5    there's a place just north of the river that I canoe -- if I

6    can describe that briefly?  It would kind of --

7    Q      Please do.

8    A      -- help me answer this.  Yeah, it's -- I paddle up early

9    in the morning, usually I take the kayak up about, oh, maybe

10   4:30, five o'clock in the morning, before the sun's on the

11   river.  And there's a place just north of the HoltraChem site

12   -- the former HoltraChem site where the rocks kind of tilt

13   down into the water, it's those sedimentary rocks, they're

14   slate maybe or shale or something like that.  And they slant

15   down into the water at probably, I would say, a 75-, 85-degree

16   angle, so they're almost vertical.

17          And the cedars and hemlocks kind of grow out of those

18   rocks, right out of the rock actually, and the roots will come

19   out and they'll kind of bend down towards the water and go up

20   again and they kind of hang over the river itself, and -- and

21   this is for about a mile stretch along the river, there's a --

22   a -- it's sort of a bower, I guess you'd say, or almost a

23   green tunnel that you go through.

24          So what I do is I'll paddle up that, paddle up about two

25   miles and then drift back down through that sort of tunnel

JUDD - DIRECT EXAMINATION/HERON

1760

1  that the cedars and the hemlocks make.  And the slate -- it's

2  a slate color, but there is white lichens on it and green

3  mosses, in the cracks and the fissures of the -- of the rocks

4  itself, and in that moss, um, there'll be wildflowers.  I

5  think this year it's pretty much, um, blue-eyed grass and

6  irises and things like that, and it changes over the course of

7  the summer.

8      Just drifting down, you know, it's so quiet that early

9  in the morning, just drifting down through that kind of green

10  tunnel there, maybe about 4 or 5 feet from the rocks itself

11  and just watching the change in the roots and the rocks and

12  everything.  It's something that I think Eliot Porter, you

13  know, or some good photographer would just have a field day in

14  there.

15      It's just beautiful.  It's a -- it's a place that the

16  Penobscot Indians, um, used to talk about as -- it's sort of a

17  magical or sacred site because the little people would draw on

18  the slate there and leave messages for them on the slate

19  there, and, you know, I kind of have to agree.  It's a really

20  magical spot, and you just kind of drift down through that for

21  maybe 45 -- 45, 50 minutes or so, and then you come around the

22  bend, and you're right there at Southerly Cove, which is one

23  of the most contaminated river sites in America, you know, and

24  the disconnect there, the -- it's just impossible to reconcile

25  those two things, you know, the degradation of that river

1    system with the beauty of that one spot that's up the river.

2        I don't know if anybody else knows about that.  I think

3    that's kind of something I keep to myself, but it's just a

4    beautiful experience.  And -- and it's kind of spoiled at the

5    end.

6    Q    Did you testify before this court in an earlier phase of

7    this litigation?

8    A    Yes, um, I think about 12 years ago, I think it was.

9    Q    Do you know what the court ordered to happen after that

10   earlier trial?

11   A    Ah, the ruling was that the court would set up a panel

12   of experts, and the experts would then do an intensive survey

13   of the river.  And based on that -- um, on that report, um,

14   those experts or other experts would prescribe some form of

15   remediation.

16   Q    Were you happy with the court's decision to order that?

17   A    Oh, yes, I was elated with it.

18   Q    Why?

19   A    Ah, well, I really kind of felt that by now, we'd be in

20   the process of improving the river.  I just assumed that we

21   would go ahead with that at that point, and -- and start the

22   actual remediation.

23   Q    Why did you choose to come back and testify again today?

24   A    I want to speed the process along.  It's a -- um, it's a

25   river system that I really feel is a treasure for this area,

1   and the quicker we can get it cleaned up and quicker we can

2   make it a healthy ecosystem, I think the more the people will

3   -- people that live along it and the people in Bangor will --

4   will enjoy it.

5            MS. HERON:  I don't have any other questions.

6            THE COURT:  Thank you.

7       Cross-examination?

8            MR. SCHUTZ:  Thank you for coming in, Mr. Judd.  I

9   don't have any questions for you.

10            THE COURT:  Thank you.  You may stand down, sir.

11   Thank you.

12       (The witness left the witness stand.)

13            THE COURT:  Next witness?

14            MR. BERNARD:  Dr. Dianne Kopec.

15            THE CLERK:  Please raise your right hand.  Do you

16   solemnly swear that the testimony you shall give in the matter

17   now in hearing shall be the truth, the whole truth, and

18   nothing but the truth, so help you God?

19            THE WITNESS:  I do.

20            THE CLERK:  Please be seated.  Please state your

21   name and spell your last name for the record.

22            THE WITNESS:  Dianne Kopec, K-o-p-e-c.

23   DIANNE KOPEC, having been duly sworn, was examined and

24   testified as follows:

25                     DIRECT EXAMINATION

1    BY MR. BERNARD:

2    Q      Good afternoon, Dr. Kopec.  Did you work on the

3    Penobscot River Mercury Study?

4    A      Yes, I did.

5    Q      Starting when?

6    A      Ah, I began part-time in the fall of 2007.

7    Q      And then was there a break during which time you

8    completed your Ph.D. studies?

9    A      Yes, in the winter of 2009, winter to early spring, I

10   took three months off to finish my Ph.D.

11   Q      Okay.  And where did you get your Ph.D.?

12   A      University of Maine.

13   Q      In what subject?

14   A      Um, my degree's in biological sciences.  The topic of my

15   research was looking at the trophic transfer of mercury from

16   fish to harbor seals.  My hypothesis was that the neurological

17   effects of mercury on fish behavior may make them more

18   vulnerable to predation by harbor seals, and so increase

19   harbor seals' exposure to mercury.

20   Q      And when you completed your doctoral studies, did you

21   return to the Penobscot River Mercury Study?

22   A      Yes, within three days, I was working with Dr. Turner at

23   the HoltraChem site.

24   Q      Then did you work full-time after that?

25   A      Yes, I did.

KOPEC - DIRECT EXAMINATION/BERNARD

1764

1   Q      What were your principal responsibilities in connection

2   with the study?

3   A      Well, they grew over time.  Um, as I said, when I was

4   first hired, I was doing data entry and descriptive statistics

5   of the -- primarily the biological data that were being

6   collected.

7          Um, then over time, I began, ah, writing report

8   sections, and I became more involved in the fieldwork -- oh,

9   yeah, in 2009, I worked at the HoltraChem site into 2010

10  documenting the runoff of mercury on two surface-water streams

11  that flowed from the site into the Penobscot River.  So I was

12  out at the HoltraChem site at least weekly.

13  Q      Is that the work you did with Dr. Turner?

14  A      Yes, it is.  Ah, my responsibilities gradually

15  increased.  I became more involved in the field collections of

16  both fish, bird, and invertebrate samples, um, became involved

17  in study design, and then, ultimately, I wrote two chapters of

18  the Phase II Report.

19  Q      Okay.  And are you the principal author of Chapter 14?

20  A      Yes, I am.

21  Q      And that discusses biological data from the study?

22  A      Yes, it does.

23  Q      And are you the principal author of Chapter 16?

24  A      Yes.

25  Q      And does that discuss the food web work that the study

1    performed?

2    A    Yes.

3    Q    Okay.  Are you also the principal author of the 2012

4    monitoring report?

5    A    Yes.

6    Q    Okay.  And does that account for monitoring that was

7    done in 2012 and analyzed after submission of the Phase II

8    Report to the court?

9    A    Yes, it does.  It includes both biological and sediment

10   and water data.

11   Q    Okay.  And are you also the principal author of the

12   black duck monitoring report that was submitted to the court a

13   couple of months ago?

14   A    Yes, I am.

15   Q    Okay.  And what did that concern?

16   A    We were given permission to monitor mercury levels in

17   the black ducks in the winter, um, from December of 2013 into

18   January and February of 2014.

19   Q    And did you also, in addition to the work that you've

20   described, did you participate in the -- in the discussions

21   and deliberations of the Study Panel on -- on the range of

22   issues it considered?

23   A    Yes, I was included in the Study Group, so we met with

24   the panel.

25   Q    And how --

1    A    There were six of us.

2    Q    Who was within this Study Group?

3    A    The panel, plus Dr. Bodaly, Dr. Kelly, and myself.

4    Q    Okay.  And the panel would be -- by the panel, you mean

5    the three members of the court-appointed Study Panel?

6    A    Right.

7    Q    Okay.  Are you a research biologist?

8    A    I am.

9    Q    Okay.  And -- and do you have a specialty in ecology and

10   wildlife toxicology?

11   A    That's where my work has been ever since I graduated was

12   in -- yeah, yes.

13   Q    And has your professional work to date centered on the

14   effect of toxic contaminants?

15   A    Yes, I began working for EPA in 1979, and I've worked on

16   contaminants since then.

17   Q    Is designing sampling programs for fish and wildlife

18   within your area of expertise?

19   A    Ah, yes, it is.  I directed a study of harbor seals in

20   San Francisco Bay that I designed myself, and then I designed

21   my graduate research here on the Maine coast.

22   Q    And is conducting field studies actually getting out in

23   the field and doing sampling, is that also within your area of

24   experience and expertise?

25   A    That's my favorite area, yes.

1    Q    Okay.  And how about analyzing data on contaminants in

2    fish and wildlife, is that also within your area of expertise?

3    A    It is, it is.

4         MR. BERNARD:  Your Honor, Dr. Kopec's CV with fuller

5    background information is Joint Exhibit 24.

6         THE COURT:  Thank you.

7    BY MR. BERNARD:

8    Q    Let's turn, Dr. Kopec, to Chapter 14, which is Joint

9    Exhibit 6-14.  Let me show you the cover page.  Is that the

10   one?

11   A    It sure --

12   Q    Is that the chapter?

13   A    -- looks like it.

14   Q    Okay.  Now, broadly speaking, on what does -- what is

15   the subject matter of this chapter?

16   A    Ah, in Chapter 14, we were documenting mercury

17   concentrations in fish and birds and shellfish with a goal of

18   looking for geographic patterns of the mercury contamination

19   that had been found in earlier parts of the study, and also

20   with an idea to look at the beginnings of temporal trends in

21   the data that had been collected to date.

22   Q    Is one of the things you did to compare mercury in

23   Penobscot biota to mercury levels in biota at other sites?

24   A    Yes.

25   Q    Outside the Penobscot?

1    A      Yes, and each -- the chapters are organized by each

2    species, so there was a section on regional comparisons for

3    each species.

4    Q      And we'll get to that architecture in -- in a moment,

5    but I just want to -- before we get into the specifics, in

6    general, can you say what you found in your sampling and

7    analysis of biota in the Penobscot by way of comparing mercury

8    levels to biota in locations outside the Penobscot?

9    A      Yes, um, we found elevated concentrations in the

10   Penobscot relative to uncontaminated -- uncontaminated areas

11   in other regions.

12          In most of the bird species, the concentration of

13   mercury in the bird blood is ten times greater than what --

14   actually, in -- for the species, it's ten times greater than

15   what's been reported anywhere in North America.

16          Um, for fish, we found higher concentrations in the BO

17   and OB reaches of the river relative to areas downstream, ah,

18   relative to uncontaminated sites in other parts of the

19   country, and also for one species relative to what is known in

20   Frenchman Bay.

21   Q      We'll get into some specifics in a moment.

22          MR. BERNARD:  Your Honor, this -- this chapter

23   exceeds 100 pages in length, and so I'm going to take the

24   witness through some of its structure in the hopes that that

25   will be helpful.

1    THE COURT:  Thank you.

2  BY MR. BERNARD:

3  Q    Let me first show you, Dr. Kopec, Page 14-5, which is

4  Joint Exhibit 6-14-5, and ask you to look at Table 14-1.  Do

5  you see that?

6  A    Yes, I do.

7  Q    Okay.  And what does this table depict?

8  A    Well, it lists the species in which we monitored mercury

9  concentrations, and also gives a list in the second column of

10  the years in which those species were sampled.

11  Q    Okay.  So if one wanted to see which species you sampled

12  and during what year, this table would be a good reference?

13  A    It's a great place to go.

14  Q    Okay.  Now, did you also discuss in the report the

15  sampling methods that you employed?

16  A    Yes.

17  Q    So let me just show you farther down on Page 14-5, is

18  this the section that describes the methods of sampling

19  employed during the study?

20  A    Yes, it does.

21  Q    Okay.  How did you determine where to sample each

22  species?

23  A    Well, um, the Study Panel defined different reaches of

24  the river in which to monitor mercury concentrations, and then

25  specific sites within each reaches were chosen.  There were

1   generally five sites within each reach.  The first three were

2   randomly chosen; the last two -- and they're all numbered, so

3   one, two, three, and then four and five -- the last two were

4   specifically chosen because they thought they may be in areas

5   where mercury would be higher, a mercury hotspot.

6        So the goal of the biota sampling was to coordinate

7   collections of fish from the river, um, coincident with where

8   sediment samples had been collected within the reach.  So the

9   sediment intertidal samples became the basis for where the

10  biota samples were collected, at least that was the ideal, and

11  that was in place when I joined the study.

12  Q    Are there certain species present in the Penobscot that

13  inhabit only certain portions of the estuary?

14  A    This is true, yes.

15  Q    And so do you have to sample those species where they --

16  where they are?

17  A    Yes, yes, in order to get a -- a range of exposure

18  levels throughout the entire system.

19  Q    Now, I'd like to go through with you briefly for the

20  court the structure of this chapter, and then we'll go back

21  and deal with some specifics.

22       Now, on table 14-1, is there a separate section now for

23  each species listed in Table 14 -- 14-1?

24  A    Yes, there is.

25  Q    Okay.  So let's just look at an example, and then again

KOPEC - DIRECT EXAMINATION/BERNARD

1771

 1    we'll come back.  This is just for architecture purposes.

 2          On Page 14-7, you -- you have a section on the American

 3    eel.  Do you see that?

 4    A     I do.

 5    Q     Okay.  Now, do you first describe here in 4 -- 4.1 the

 6    biology of the American eel?

 7    A     Yes, and I did that in every section.  It's really

 8    important, when you're looking at contaminant concentrations,

 9    to put them into a biological context.  So that was to give

10    the reader some information about the life history of the

11    organism we were sampling.

12    Q     All right.  And then on Page 14-9, there is a figure --

13    and it's Figure 14-1 -- and did you include one of these for

14    each species?

15    A     Yes, I did.

16    Q     Okay.  And please tell the court what this figure shows.

17    I'll try to get it all on the screen, if possible.

18    A     There you go.

19    Q     Okay.

20    A     Well, so this map shows the sample locations for eels

21    throughout the entire study period up through 2010, so from

22    2007 through 2010.

23          The -- so you get both the location and the mercury

24    concentration that we found in the eels.  There are several

25    ways that mercury could be described in a summary map like

KOPEC - DIRECT EXAMINATION/BERNARD

1    this, and for this -- for these maps in the Phase II Report,

2    we chose to average the concentration at each site, so it's

3    the average across years at each site.

4    Q    Okay.  And the colored dots, that's the -- again, that's

5    the average concentration of all of the eels sampled in -- at

6    the sampling station next to the dot on the map?

7    A    Yes.

8    Q    Okay.  All right.

9    A    Yes.  And one other point --

10   Q    Sure.

11   A    -- if you could put that up.

12   Q    I will.

13   A    What's important to keep in mind is that these fish --

14   average fish mercury concentrations were adjusted for either

15   age or size.  So these aren't the raw data that are averaged

16   here, but they're adjusted so that they can be accurately

17   compared among the different sites.

18   Q    And you may have just given the answer to this, but if

19   you did, I want you to explain it, why do you adjust?  For

20   what purpose do you adjust for age or size?

21   A    Well, in fish, um, mercury is retained within fish

22   muscle with a half-life that exceeds two years, which means

23   that once a fish ingests some mercury and it is moved through

24   the blood system into the muscle, it stays there for a very

25   long period of time, which means that mercury increases with

1    the age of fish.

2        Now, for eels, we actually used age by aging them using

3    otoliths.  But for other fish species that grow a standard

4    amount with each year, you can just use the length or the size

5    of the fish to indicate age.  But if you don't normalize the

6    mercury concentration to either age or length, whichever's

7    appropriate for your species, you can get a -- a biased view

8    when you're trying to compare between sites.

9    Q    Okay.  Is this adjustment for age or size important when

10   you're comparing mercury concentrations in specimens between

11   sites?

12   A    It's critical, yes.

13   Q    Now, if you were to eat an eel, though, you would not be

14   ingesting the age or length-adjusted concentration; is that

15   right?

16   A    No, you wouldn't be, no.

17   Q    You would be adjusting a raw concentration from which

18   you derived the age-adjusted value?

19   A    Yes, you would be ingesting, yes.

20   Q    Yes.

21   A    Yes.

22   Q    Since you mentioned it -- we were going to go over it

23   later, but we'll take it out of turn.  What is an otolith?

24   A    An otolith are these charming little bones that you find

25   in fish ears that are unique to each fish species, and they

1  grow with the fish, and they have little anular rings sort of

2  like tree rings.  So that if you dissect the otolith out of

3  the fish's head after it's been sacrificed for the study, you

4  can determine how old it is.

5  Q    Okay.  All right.  Let's go on in the chapter.  On Page

6  14-10, you have this barchart.  Did you do one of these for

7  each species?

8  A    I did.

9  Q    Please explain to the judge what this depicts.

10 A    Well, this is the average mercury concentration that we

11 found in eels in each year at each site.  And, again, this is

12 adjusted for age, but it's adjusted for the mean age across

13 all years across all sites.

14 Q    Okay.  I want to show you this figure on Page 14-12.  Do

15 you see that?

16 A    Yes.

17 Q    It's actually a set of four figures.  Please explain to

18 the court what we're looking at.

19 A    And this figure allows you to make a geographic

20 comparison of mercury concentrations in eels.  This is also

21 adjusted for age, but it's only adjusted for the age of the

22 eels that were sampled within each year, so not across all

23 years.  Sometimes if you try to make a direct comparison from

24 these charts to the temporal trend charts, the numbers are

25 going to be a little different because the mean age is

1   different between the different data sets that you have.

2   Q     So in the upper left -- this is organized by year?  You

3   have 2007 in the upper left, and then you have 2008 in the

4   upper right, and so on?

5   A     And -- and '9 and '10, and I also standardized the

6   colors that I used for each year.  2007 is always red

7   throughout this entire chapter.  2008 is green; '9 is yellow;

8   '10 is blue.

9   Q     Okay.  I'm smiling because I -- I am color-blind.

10  A     You know, I was --

11  Q     But I can -- I'll do the best I can.

12  A     Yes.

13  Q     The -- are the sites on the horizontal axis arrayed in a

14  geographic pattern?

15  A     Um, they are, and they're ordered from north to south so

16  that the site -- mine is a little blurry up here, but the OV 4

17  is the first site sampled --

18  Q     That really makes it better, doesn't it?

19  A     Oh, gosh, I can't tell you.

20  Q     Wow.  My trusted colleague, Mr. Thompson, is going to --

21  thank you very much.

22  A     There we go.  Thank you.

23        The sites are ordered from north to south so that you

24  can always get a -- a progression from upriver to downriver.

25  Some -- some species were sampled above HoltraChem, like eels,

1    which were sampled above the Veazie Dam in the OV reach, and

2    then in the two reaches adjacent to the plant site.  Other

3    species were only sampled below the plant site or, in the case

4    of lobster, below Verona Island.

5        But there's always that north-south component.

6    Q    And, finally, I just want to show you the last page in

7    the eel section, which is 14-14 in Joint Exhibit 6-14.  And

8    you have a section here called Regional Comparison of Mercury

9    in American Eels.  Is this the section in which you compared

10   Penobscot values to concentrations in eels in other locations?

11   A    Yes.

12   Q    And then, finally, you have a summary paragraph which

13   kind of distills the -- what you viewed to be the most

14   significant information from that preceding section?

15   A    Yes.

16   Q    Okay.  Now, this architecture that we've gone through

17   with this series of tables and text, did you repeat that for

18   each of the species that you covered in Chapter 14?

19   A    Yes, I did.

20   Q    Okay.  So I'd like to take you through the actual

21   information, not on all of the species, but on a selected

22   group, and I want to go -- I want to start with the eel and go

23   back to that.

24       First, this is from Plaintiffs' 88.  Does that look like

25   an American eel?

1    A    It does.

2    Q    Okay.  Do eels have different life stages?

3    A    They do.  They have a wonderfully complex life history.

4    Q    Can you --

5    A    Would you like --

6    Q    -- manage to explain it to us?

7    A    I'm going to -- I will do my best.  Um, so the eels we

8    hear about in the newspaper are the glass eels coming back

9    from the Sargasso Sea, the young larval stage of eels, and

10   they've gotten quite a bit of press because of the eel

11   fishery.

12        But when they do enter rivers along the east coast,

13   they, ah, settle in a spot and start to mature as juvenile

14   eels.  They are called yellow eels.  These yellow eels have

15   very strong site fidelity.  They stay in one spot.  They're

16   benthic feeders, for the most part, and, um, they're a good

17   indication of mercury exposure at a given area when you

18   capture a yellow eel and analyze it.

19        Eels don't just stay in the waters in the lower rivers,

20   but they go all up the rivers here in Maine into lakes and

21   streams and bogs, and they spend their juvenile years in those

22   areas.  They have a differential growth pattern.  Females grow

23   faster than males, um, and because of -- and they grow at

24   somewhat unpredictable rates.

25        When they reach maturity -- this can happen in males

KOPEC - DIRECT EXAMINATION/BERNARD

1778

1    between the ages of 8 and about 15, and in females, they reach

2    sexual maturity at about the age of 10 or 12, all the way up

3    to over 20 years old, so they can spend a variable amount of

4    time in fresh water, um, growing and -- and feeding on

5    organisms that are there.

6         When they become sexually mature, they change form and

7    become silver eels.  They have a -- a -- their eye grows in

8    size.  Their coloration changes.  And in the fall, they

9    migrate down the rivers to the ocean and enter the Atlantic

10   ocean, and then they travel to the Sargasso Sea, where,

11   presumably, they mate and lay eggs and then die.

12          We actually have never found that, but -- but -- so

13   -- so there's two types of eels that you can find in fresh

14   water:  One are yellow eels with strong site fidelity; and the

15   other are silver eels, which can be caught in nets when

16   they're migrating out to the ocean.

17   Q    And what is the -- what is the relative age of yellow

18   eels and silver eels?

19   A    Well, ah, like I say, their ages can be quite variable,

20   and there can be a lot of overlap between the age of yellow

21   eels and silver eels, especially if you mix males and females

22   together.

23   Q    What --

24   A    In our study, our average age, the eels that we tested

25   were between 6 to 8 years old.

1    Q      And did you test yellow eels or silver eels?

2    A      Exclusively yellow eels.

3    Q      Okay.  Now, let me show you Figure 14-2, which we looked

4    at a moment ago.  Oh, boy.  So this is Page 14-10, and this is

5    that barchart.  And where did you sample eels, in which

6    reaches -- reaches of the river?

7    A      Ah, they were sampled in the OV reach, the Old Town to

8    Veazie reach, which was upstream of the Veazie Dam, so outside

9    of the aquatic influence of the HoltraChem plant.  And then we

10   sampled them in the BO reach, which was upstream of the

11   HoltraChem plant, and the OB reach, downstream of HoltraChem.

12   Q      And please explain -- what did you -- using this chart

13   as a guide, if it helps you, what did you find by way of

14   mercury concentrations in Penobscot eels?

15   A      Ah, we found significantly lower concentrations in the

16   eels, um, in the OV reach.  They were about half the

17   concentrations found in eels further downstream, um, in the BO

18   and OB reach.  So the average concentration up in OV was

19   around 250 or 300, and then it was around 450 to 550 in the BO

20   and OB reach, depending on the years and the sites that were

21   sampled.

22   Q      Now, people eat eels; is that correct?

23   A      Yes.

24   Q      Okay.  And what is the -- there has been a lot of

25   testimony about the State of Maine standard.  What is that for

1    safe consumption?

2    A    Ah, that limit for muscle tissue is 200 nanograms per

3    gram.

4    Q    Now, I think Dr. Bodaly -- I think you were in court and

5    may have heard this, but Dr. Bodaly testified that the Study

6    Panel fixed a higher target for eels than the Maine 200

7    nanograms per gram standard; is that right?

8    A    Yes, they did.

9    Q    And so what was the -- do you remember what the Study

10   Panel target was?

11   A    Um, I believe it was around 250.  It might have been

12   260, but, yeah.

13   Q    And is that at around the level where you found the mean

14   mercury concentrations in the OV reach?

15   A    Ah, well, yes, um, yes.

16   Q    Okay.  So could you just draw a horizontal line -- I

17   guess the 200 would be right here, right?

18   A    Right.

19   Q    And then the 260 would be -- can you do that for me?

20   That would be --

21   A    So let's cut this in half.  So this would be around 300,

22   so this would be around 250.

23   Q    Okay.

24   A    Right around in there.

25   Q    If you go all the way across.

KOPEC - DIRECT EXAMINATION/BERNARD

1781

1   A    Okay.

2   Q    So those -- those values on the bars above the line you

3   just drew would be in excess of the Study Panel target for a

4   safe level of mercury in the tissues of eels?

5   A    Well, I wouldn't call it the safe level of mercury.  I

6   would instead say that that is the lowest that, um, seemed

7   possible to bring the mercury concentration down given that,

8   um, that was the level of mercury that we had in the eels in

9   the OV reach.

10   Q    Okay.  And -- and that's -- what you're just referring

11   to -- and I appreciate the correction -- is actually higher

12   than the State of Maine standard, which is this 200 line here?

13   A    Yes, it is.

14   Q    Okay.  How do eels -- withdrawn.

15       How do mercury levels in eels compare to -- in the

16   Penobscot compare to mercury levels in eels elsewhere that you

17   are aware of?

18   A    Ah, they were, ah, often higher.  Um, it's important in

19   eels that you compare the same life stage, ah, so that you're

20   looking at, um -- same life stage and the same age of the

21   eels.  Because they're such a long-lived animal, they can

22   accumulate very high mercury concentrations in older

23   organisms.

24       So the levels in the Penobscot were greater than have

25   been reported at three sites in Europe, and I think that's

1   detailed in the report.  They were equivalent to or lower than

2   much larger and older eels that were sampled in a river in

3   England that was also downstream of a chlor-alkali plant.  So

4   there is variation.

5        There was a comparison with another study of eels here

6   in -- in the state of Maine.  It was some graduate work done

7   by a fellow by the name of Leaman, and in that study, he found

8   mercury concentrations in silver eels that were caught as they

9   were migrating, um, downriver and, again, these were sexually

10  mature eels.  He had mercury concentrations in those eels, I

11  think, between 300 and 600 were his averages.

12       It's important to note, though, that his eels ranged

13  in -- averaged in age between 12 and 16 years, and our eels

14  were about half that age, with their mean ages between 6 and

15  8 years.

16  Q    Okay.  And as you -- I think you mentioned before that

17  you expect an older or larger eel to accumulate more mercury

18  in its tissue?

19  A    Yes, and -- and that -- that is not just eels, but

20  that's for all fish.

21  Q    Okay.  Now, did you sample -- and this figure displays

22  total mercury.  Do you see that?

23  A    Yes.

24  Q    Okay.  And what is the relationship -- how much of that,

25  if you know, is methylmercury?

KOPEC - DIRECT EXAMINATION/BERNARD

1    A     Um, I looked it up recently, and I think it's about

2    80 -- overall, about 88 percent of the total mercury was

3    methylmercury.

4    Q     Okay.  Now, in the 2012 monitoring effort, did you

5    sample eels?

6    A     Ah, yes, we did.

7    Q     Okay.  So --

8          MR. BERNARD:  Your Honor, I just want to, for the

9    record, the 2012 monitoring report is Joint Exhibits 7 through

10   10, and 7 is the text of the report itself, 8 is a series of

11   figures, 9 is a series of tables, and 10 are appendices with

12   raw data.

13         THE COURT:  Thank you.

14   BY MR. BERNARD:

15   Q     Do you remember what you found by -- in the 2012 data in

16   terms of eels, whether you found any change of -- of note?

17   A     Um --

18   Q     Let me show you a chart.

19   A     Why don't you.  That would be --

20   Q     Sure.

21   A     -- very helpful.

22   Q     This is from Plaintiffs' -- Joint Exhibit 8, which is

23   the figure section of the 2012 monitoring report, and it's

24   Figure 4.  Do you recognize this?

25   A     I do.

KOPEC - DIRECT EXAMINATION/BERNARD

1784

1    Q    Okay.  And is this similar to the chart we just looked

2    at on Page 14-10, except that it includes the 2012

3    information?

4    A    Um, it -- that's true, it includes 2012, which is pink

5    throughout this report.  Um, it also has some additional

6    information.  You can see a small number at the bottom of each

7    of the bars, right down in here, and that tells you the sample

8    size that were sampled.

9         And then, um, I've also added the confidence interval,

10   which are these bars here, so you have a better idea of the

11   variability of the data using the 2012 charts.

12   Q    What is a confidence interval?

13   A    It's a -- a way to describe the -- how spread out your

14   data set is.  So it describes how much variability there is

15   around the mean.

16   Q    Okay.  Does this refresh your memory about whether you

17   found any, in general, changes of note in eel mercury

18   concentrations in 2012?

19   A    It -- it does.  Ah, what I remember noting is that

20   mercury concentrations in the OV reach, especially in OV4,

21   which is a muddy backwater on the back side of Ayers Island,

22   was lower.  There was no significant change, but it was lower

23   than we'd found in the previous year.

24        But within the sites that we sampled in 2012, there

25   really was no difference.  What you're looking at is, um,

KOPEC - DIRECT EXAMINATION/BERNARD

1785

1    interannual variation.

2    Q     The site you mention in OV4, the Ayers Island site,

3    that's above the old Veazie Dam and beyond the influence of

4    the former HoltraChem plant?

5    A     Yes, it is.

6    Q     Okay.  Let me show you from Joint Exhibit 10 just one

7    more thing from the 2012 eels, and this would be the -- this

8    would be the appendix with the raw data, so this is Appendix 1

9    in Joint Exhibit 10.  Let me see if I can make that -- right

10   now we're just going to look at eels, so we can -- if I had

11   the defendants' machine, I could bring it out in bold for you.

12   But there we go.

13         So please explain to the judge what the appendix -- and

14   we're looking at eels now.  What does this appendix tell us?

15   A     Well, for all the species monitored, the appen -- this

16   appendix shows the raw data with some summary statistics.  So

17   you have the, um, mean concentration right here in -- in fish

18   muscle, um, standard deviation, again, an indication of the

19   variance of the data, the minimum and maximum concentrations.

20   Sometimes those are interesting to look at.  The sample size

21   at that site for each year, so that is -- use the number -- or

22   the letter N to indicate sample size.

23         And so we have total mercury concentrations.  We also

24   have the size or the length of the fish for all the fish

25   species, even though that's more variable for eels, um, and

1    required us to determine fish age.  So we have all that

2    information right there.

3         Then, um, here in the three columns to the left side,

4    um, are summaries of the percent of the samples that exceeded

5    targets, um, relevant to fish or human health.  So the first

6    one is the percent of samples that exceeded the target to

7    protect fish health, then human health, then predator health.

8    So the predator health is the concentration in prey species

9    that could potentially impact predators.

10   Q    Now, the reach -- the reaches in which you sampled eels

11   that are below the old Veazie Dam, so in the upper estuary --

12   A    Yes.

13   Q    -- are these four; is that right?

14   A    Yes.

15   Q    Okay.

16   A    So, essentially, Veazie Dam goes right across.

17   Q    Okay.

18   A    Here.

19   Q    So what did you find in terms of the percentage of

20   samples in those reaches of the river in 2012 that exceeded

21   the State of Maine standard for safety for human consumption?

22   A    Virtually all of the eels sampled exceeded the level --

23   the Maine fish action level, whereas about 50 percent of the

24   eels sampled upstream of Veazie Dam exceeded that

25   concentration.

KOPEC - DIRECT EXAMINATION/BERNARD

1787

1   Q      Okay.  Now, you mentioned, I think earlier, maybe you

2   said 500 to 550.  In a couple of these reaches, the mean

3   concentrations seem a little bit higher, don't they, 600 and

4   around 750?

5   A      Ah, yes.

6   Q      And what is that -- is that the maximum value in the OV5

7   sampling station?

8   A      Yes, we had one eel with a concentration of 1,455

9   nanograms per gram wet weight.

10  Q      So that's more than seven times the Maine state

11  standard?

12  A      It is.

13  Q      Let's turn to winter flounder.

14  A      Okay.  It's a work of art.

15  Q      What's that?

16  A      It's a work of art there on the screen.

17  Q      It's about to vanish.  There is the winter flounder.

18  Recognize that?

19  A      Yes, I do.

20  Q      Okay.  Do winter flounder have strong site fidelity?

21  A      Extremely strong site fidelity, especially in the ages

22  that we monitor them.  We've been sampling them, they're age

23  0, so flounder born in the spring of the year that we sample

24  them or 1-year-old flounder, for the most part.

25  Q      Okay.  What do -- what do winter flounder eat?  Do you

KOPEC - DIRECT EXAMINATION/BERNARD

1788

1   know?

2   A      Well, they have a small gape that can only -- they have

3   a very small mouth.

4   Q      Is this the gape over here?

5   A      Actually, that includes both of their eyes.  They flip

6   on their right side.  So this is an eye.

7   Q      Why don't you just show us where the gape is, yeah?

8   A      This is an eye.  So the gape is right -- that is

9   actually exaggerating the size.  They have a very small mouth.

10  They eat arthropods, worms, they're a benthic feeder.

11  Q      Okay.  Now, are winter flounder sometimes consumed by

12  people?

13  A      They are.  They're -- they're a favorite sport fish.

14  Q      Okay.  Now, does the State of Maine impose a length

15  limit -- do you know -- for the capture of winter flounder?

16  A      Yes, they have to be over about 30 centimeters, or

17  300 millimeters --

18  Q      Okay.

19  A      -- in length.

20  Q      And is that -- do you know generally what age fish that

21  would be?

22  A      As I recall, that's around a 5-year-old fish.

23  Q      Okay.  Now, what size flounder did you capture in the

24  Penobscot River Mercury Study relative to this 300 millimeter

25  size limit that the State imposes?

KOPEC - DIRECT EXAMINATION/BERNARD

1789

1    A    Oh, ours were quite small.  Ah, they were as small as

2    6 centimeters, so 60 millimeters, in length.

3    Q    So that would be about one-fifth of the -- of the legal

4    standard?

5    A    Ah, yes.

6    Q    Okay.  And when you catch a fish that's below the legal

7    standard, you're supposed to just return it to the water?

8    A    Yes, but we have a permit from the State to catch -- so

9    that we can legally collect them.

10   Q    Was it possible, given the size of the winter flounder

11   you captured, to assess whether winter flounder of legal-

12   size -- how much mercury was in -- in the legal-size flounder?

13   A    Well, it -- not using our data set directly, because

14   you're going to have to extrapolate beyond our range of data,

15   which is generally frowned upon.

16   Q    Okay.

17   A    But our concentrations are -- indicate the

18   concentrations you would expect to find in flounder age 0, age

19   1, not the concentrations you would expect in fish eaten by

20   humans.

21   Q    Okay.  Let me show you something which is either an

22   error I'm going to ask you to collect -- correct --

23   A    Oh.

24   Q    -- or something that I've misread, and it's in your

25   barchart for winter flounder, which is on Page 14-31.  And in

1  the caption, you say that, a significant decline in mercury

2  concentration was found at one site sampled in three or more

3  years.  Do you see that?

4  A    Ah, yes, and that should be a significant increase.

5  Q    Right.  That's this site here, which actually shows an

6  increase, right?

7  A    Yes, and I -- I believe that error was corrected on the

8  errata sheet.

9  Q    Okay.  I actually looked at the errata sheet, and I may

10 have missed it.  I hope I did, but now it's corrected in the

11 record.

12 A    Okay.

13          MR. BERNARD:  For the record, in the text on

14 Page 14-30, it is referred to correctly as an increase.

15 BY MR. BERNARD:

16 Q    Did you compare winter flounder that you captured to

17 similar-sized flounder from other contaminated systems?

18 A    Ah, yes, I did.

19 Q    Okay.  This may help with your recollection, and -- and

20 feel free to refer to that when you answer my questions.

21 A    Yes.

22 Q    Let me just see.  Okay.  So it goes a little bit over on

23 the other page, but take a look at this.  And let me ask you,

24 did you compare the flounder you captured in the Penobscot to

25 concentrations of similar-size flounder in Long Island Sound?

KOPEC - DIRECT EXAMINATION/BERNARD

1791

1    Let me see if I can find this for you.

2    A     Yes.

3    Q     You see --

4    A     Mean length, 236 millimeters.

5    Q     Correct.

6    A     Yes.

7    Q     I think this is the sentence.

8    A     Yes.

9    Q     But if it's not, you'll correct me.

10   A     Yes.

11   Q     So what did you find there?

12   A     Um, that methylmercury concentrations were over three

13   times lower in Long Island Sound than found in the more

14   contaminated areas of the Penobscot study area.

15   Q     Okay.

16   A     Despite the fact that the fish were larger in Long

17   Island Sound --

18   Q     And, again --

19   A     -- than they were --

20   Q     -- is it -- what you said for eel true for winter

21   flounder, that the larger the fish, the more mercury you would

22   have expected to have accumulated?

23   A     Yes, and that's true for all fish.

24   Q     Okay.  And then there's a reference to Boston Harbor.

25   Do you remember that?

1    A      Yes.

2    Q      Is that a contaminated aquatic environment?

3    A      It's generally considered so.

4    Q      Okay.  And I think you say Boston Harbor reported means

5    equivalent to or lower than --

6    A      Than what we found.

7    Q      -- what you found?

8    A      Yes.

9    Q      Okay.

10   A      In the OB and upper ES reaches of the Penobscot study

11   area.  But, again, in Boston Harbor, they didn't report the

12   size.  So it leaves an area of uncertainty there.

13   Q      And what about Delaware Bay?

14   A      Um, and here we found, ah, concentrations that were more

15   than two times lower than in the more contaminated regions of

16   the Penobscot River.

17   Q      And did -- finally, in this regard, did you compare

18   the -- the Penobscot River flounder you sampled and analyzed

19   to flounder in Frenchman Bay, and is that Schoodic Point?

20   A      Yes, yes.

21   Q      And --

22   A      And those were data that I collected as part of my

23   graduate research, and we found much lower concentrations in

24   the flounder in Frenchman Bay than we found at any site within

25   the Penobscot System.

1    Q    And does this remind you of the comparison?

2    A    Ah, yeah, so the concentrations in Frenchman Bay, ah,

3    once you made the -- the change from whole-fish concentrations

4    to muscle concentrations were between 11 and 13 nanograms per

5    gram wet weight.

6    Q    Did you sample -- in 2012 in the monitoring program, did

7    you sample winter flounder?

8    A    Yes, we did.

9    Q    And do you remember whether you found any significant

10   changes in terms of mercury concentrations in the Penobscot?

11   A    None come to mind, no.

12   Q    Let's turn to lobster.  Does that look like an American

13   lobster?

14   A    It does.

15   Q    Where within the Penobscot System do you find lobsters?

16   A    Well, they can be found as far north as Odom Ledge,

17   which is in the area of our inner tidal site ES15, it's on the

18   west side of Verona Island, about a third of the way up.

19   Q    And did you -- in what years did you sample lobster?  Do

20   you remember?

21   A    Well, they were first sampled in 2006, but they were

22   only sampled from Fort Point south.  They were sampled in a --

23   a broad swatch from Fort Point across the bay to the -- a

24   little bit north and west of Islesboro.

25   Q    Do --

1   A      And then --

2   Q      Go ahead.

3   A      Oh.  And then in subsequent years, we expanded the

4   sample sites to areas further north so that they would be

5   coincident with our intertidal sample sites, and -- and also

6   we expanded out.

7   Q      Beginning in 2008, did you sample lobsters all the way

8   up to the south end of Verona Island?

9   A      Yes.

10  Q      Does Maine set a legal-length limit for lobsters?

11  A      Yes, a carapace length of 82 millimeters.

12  Q      What is a carapace?

13  A      Ah, so it's the length from here to here, and it's a way

14  to judge the age of the lobster in size.

15  Q      And in 2006, in addition to the geography of the samples

16  from Fort Point south, do you recall how the lobsters you

17  captured compared to the legal limit?

18  A      Yes.  In that first year, I was kind of surprised, um, I

19  was just handed the lobster data in 2007 that most of the

20  lobster that were sampled in 2006 were shorts.  They were --

21  their carapace length was less than 82 millimeters.

22  Q      And what about in subsequent years?

23  A      Well, in subsequent years, we told folks, well, this is

24  not representative of the population.  We want at least

25  75 percent of the lobsters collected at each site to be

1    legal-size lobster and then 25 percent were still shorts, and

2    I wanted that size range so that we could look at the

3    relationship between size and mercury accumulations in the

4    lobster.

5    Q      Do lobsters tend to accumulate more mercury with age?

6    A      Yes, I found a relationship in our data set.

7    Q      Okay.  And did you -- did you just say that you use size

8    as a proxy for age?

9    A      Yes, yes.

10   Q      And you think that's legitimate from a scientific

11   basis -- on a scientific basis?

12   A      Yes, I -- yes, I do.

13   Q      Now, at first, did you sample both the tail and the claw

14   of lobsters?

15   A      Well, in 2006, they sampled almost exclusively the claw.

16   There were, I think, um, maybe six lobster where both claw and

17   tail were sampled.

18          Um, when we saw that there was such -- and in working up

19   the 2006 data, we found that there were higher concentrations

20   in the tail than in the claw from the same lobster.  So, um,

21   in 2008, we started sampling, um, tail in addition to claw.

22   Q      Okay.  Did you see a geographic trend in terms of

23   mercury concentrations in lobsters once you started sampling

24   upriver of Fort Point Cove?

25   A      Ah, yes.  We had a bit of a trend even in 2006 with the

1  younger lobster, but it was more evident when we went north of

2  Fort Point into the area around Verona Island.

3      Um, the site that we call South Verona, which is on the

4  southeast edge of Verona Island, um, and it's in the drainage

5  from the Orland River and the east channel of the Penobscot,

6  that has consistently had the highest mercury concentration in

7  the lobster.  It's been a little bit lower in -- at the Odom

8  Ledge site on the west side of Verona Island, but still

9  elevated relative to Fort Point and especially relative to

10  sites further to the south.

11  Q    Now, in 2008, do you recall what you found in terms of

12  the mercury concentrations in lobsters collected at the South

13  Verona Island site?

14  A    Ah, I don't remember the exact numbers.

15  Q    Do you -- but do you remember whether they were

16  significantly higher than the mercury concentrations of

17  lobster that you captured in other locations?

18  A    Yes, yes.

19  Q    And they were?

20  A    They were, yes.

21  Q    Okay.  What about in 2009, did you again find

22  significantly higher mercury concentrations at the South

23  Verona Island site?

24  A    As -- as I remember right now, without looking at the

25  numbers, um, we had significantly greater concentrations in

KOPEC - DIRECT EXAMINATION/BERNARD

1797

1    the South Verona lobster in every year we've tested.

2    Q    So that would include 2010, as well?

3    A    2010 and 2012.

4    Q    Okay.  We'll look at the 2012 data in a moment.

5         Did you sample for both total mercury and methylmercury

6    in lobster tail?

7    A    For the most part, we just looked at total mercury, but

8    in some years, we did, ah, 10 percent of the samples for

9    methylmercury, and I think in 2009, ah, the panel chose to do

10   methylmercury in all samples.  So we had a really good data

11   set from 2009.

12   Q    And what did you find in terms of the percentage of

13   total mercury that was methylmercury in the lobster tails?

14   A    Yes, that virtually all of the mercury in the lobster

15   tails -- I think it was 99 percent -- was methylmercury.

16   Q    Does EPA have a rule -- do you know -- saying it's

17   acceptable to assume that all mercury in fish muscle is 95 to

18   a hundred percent methylmercury?

19   A    They specify that.  Methylmercury analyses are much more

20   expensive than total mercury analyses, and the percent of

21   mercury that is methylmercury in fish muscle is generally

22   above 95 percent.

23        So when they describe limits to protect human health,

24   they -- they say that using total mercury is equivalent to

25   using methylmercury.

KOPEC - DIRECT EXAMINATION/BERNARD

1798

1    Q       In light of that EPA rule, why did the Study Panel

2    sample methylmercury, as well?

3    A       They wanted to confirm that there was no question, that

4    the methylmercury concentration in the fish tissue was -- was

5    high for this species that we were sampling.

6    Q       Now, did you compare the lobster tail mercury values to

7    the Maine standard to protect human health from the ingestion

8    of -- human consumption of fish or --

9    A       Yes.

10   Q       Okay.  And do you remember what you found up through

11   2010?  I can show you a table where it is if that would help.

12   A       A table would be very useful.

13   Q       Sure.  This is Page 14-13 of Joint Exhibit 6, so Joint

14   Exhibit 6-14 at Page 14-13.

15   A       Okay.  Yes.

16   Q       And this is a table.  Will you explain to the judge what

17   the table shows?

18   A       Well, here, since we -- um, the ES reach covers the

19   entire area in which lobster were sampled, we separated out

20   lobster that were taken at Forth -- Fort Point and north of

21   Fort Point from those that were taken south of Fort Point.  So

22   the Northern ES are the sample sites north of Fort Point,

23   Southern ES down by Castine and Islesboro and over towards

24   Searsport.

25          We found that 90 percent of the lobster taken north of

1    Fort Point, um, exceeded the fish -- or the muscle tissue

2    action level established by the State of Maine, whereas only

3    15 percent south of Fort Point exceeded that level.

4    Q      So let me just pause on this for a second.  The -- are

5    you saying that -- does this include all of the samples for

6    all of the years in these northern -- that lobster was sampled

7    in the northern -- those three northern estuary stations?

8    A      Yes, and so that would be primarily 2008, 2009, 2010 in

9    this chart because we didn't have the 2012 data.  Ah, there

10   were one or two samples collected at Fort Point in 2006 that

11   are probably also included there.

12   Q      Okay.  And --

13   A      Wouldn't be more than one or two.

14   Q      Okay.  So what you found within that data set was that

15   if you take all of the lobsters that were captured and

16   analyzed in that part of the river, 90 percent of them

17   exceeded the Maine standard of 200 nanograms per gram

18   methylmercury?

19   A      Yes.

20   Q      Okay.  Now, you compared this to the Maine health

21   standard.  Did you think that was an -- that was the

22   appropriate standard to use when you were evaluating the risk

23   to human health from eating Penobscot lobsters?

24   A      Yes, I did.

25   Q      Okay.  Why?

1    A     Ah, well, the standard is for muscle tissue, and the

2    same standard was used when there was a health warning put on

3    the black ducks that were caught at Men -- or sampled at

4    Mendall Marsh.  So it seemed appropriate that even though

5    lobster are technically a shellfish, that their muscle

6    accumulated mercury similarly to how fish muscle accumulated

7    mercury.

8    Q     Did you have any hesitation about applying the standard

9    that already had been prescribed by the State of Maine?

10   A     No, that was the standard to use.  I mean --

11   Q     Okay.  Now, just one more thing about this Table 2 on

12   Page 14-13.  Does the 15 -- what does the 15 percent

13   represent?

14   A     Well, ah, that was the estimated target to protect fish

15   health of 500 nanograms per gram wet weight.

16   Q     So that's to protect the lobsters themselves.

17   A     Yes.

18   Q     And you found 15 percent of the samples in that part of

19   the river exceeded that level.

20   A     500, yes.

21   Q     I'd like to show you the 2012 data for South Verona

22   Island -- well, before I do that, did you sample lobsters in

23   2012, Dr. Kopec?

24   A     Um, excuse me.  Could you repeat that?  I didn't quite

25   hear you.

1  Q    Yes.  Did you sample lobsters in 20 -- as part of the

2  2012 monitoring program?

3  A    Oh, yes, yes, we did.

4  Q    And did you sample at South Verona?

5  A    Yes, we did.

6  Q    And Fort Point and Odom Ledge, as well?

7  A    Yes, yes.

8  Q    Okay.

9         MR. BERNARD:  Now, Your Honor, this is -- I gave

10  this to counsel this morning.  We discovered yesterday -- I

11  was going to show Dr. Kopec the raw data, which is part of --

12  on a disk as part of Plaintiffs' Exhibit 93.

13     But it turns out, you can't really print them out.

14  They're on spreadsheets that go -- don't fit onto one page.

15  And so we prepared -- and I gave to counsel this morning --

16  just a chart depicting the data, which I'd just like to -- the

17  data are in the record.  I would just like to use this to --

18         THE COURT:  Is there any objection?

19         MR. BERNARD:  -- help with the questioning.

20         MR. TALBERT:  No objection, Your Honor.

21         MR. SCHUTZ:  Yeah, I was just going to say, we just

22  got this this morning.  I don't think we have an objection,

23  but we haven't had a chance to study this or consider whether

24  it accurately reflects the data.

25     I do want to note the Study Panel target for fish health

1    is shown here.  However, the Study Panel has repeatedly said

2    that they were unable to set a scientifically valid standard

3    to protect lobsters because there's no information on mercury

4    effects on lobster.

5              MR. BERNARD:  Well, I -- I don't agree with that,

6    but I don't see what that has to do with showing the witness

7    this document.

8              THE COURT:  Right.  Well, why don't we allow him to

9    go forward with the direct examination, and then whoever's

10   doing the cross -- who's doing the cross?

11             MR. TALBERT:  Mr. Schutz.

12             THE COURT:  Mr. Schutz can exercise his professional

13   diligence when cross-examines.

14             MR. BERNARD:  Thank you, Your Honor.  If there's

15   anything inaccurate, it's certainly inadvertent, and we will

16   be pleased to be corrected.

17   BY MR. BERNARD:

18   Q    So, Dr. Kopec, you're familiar with the -- I mean,

19   roughly speaking, with the -- with the data from 2012?

20   A    Yes.

21   Q    Okay.  So let me -- let me just let you know what this

22   lays out.  The -- there were 15 lobsters captured at this

23   station in 2012.  Does that sound right to you?

24   A    That sounds correct.

25   Q    Okay.  So we have here the lab ID number for each of the

1   specimens.

2   A       Hm-hmm.

3   Q       Do you see that?

4   A       Yes.

5   Q       And each of them does come with a lab ID number, right?

6   A       Ah, they do, and then they also have a field ID number,

7   which gives the date and, um, identifies which lobster were

8   sampled at the same location.

9   Q       All right.  Do you remember when you took the samples in

10  2012 at -- at South Verona?

11  A       Ah, I believe it was early in September, but I don't

12  remember the exact date.

13  Q       Right.  It was -- it was in September.  Okay.  So here

14  we have the length in millimeters, right?

15  A       Hm-hmm.

16  Q       And what did you say was the legal limit there?

17  A       Ah, 82.  So that would be cut off right about here.

18  Q       Okay.  So you can see we have a different color for the

19  ones that are nonlegal-size?

20  A       Hm-hmm.

21  Q       Okay.  Which are the ones you just identified.

22  A       Yes.

23  Q       Do you see that?  And then the other color is for legal-

24  size.

25  A       Yes.

KOPEC - DIRECT EXAMINATION/BERNARD

1804

1   Q    Okay.  And we have a line here for the -- which you

2   identified as the 200 nanograms per gram.  Do you see that?

3   A    Yes.

4   Q    And then a line at the 500 nanograms per gram, which you

5   also discussed, for the health of the lobsters, right?

6   A    Yes.

7   Q    Okay.  Now, what is this -- using this as -- as an aid,

8   what did you find at South Verona Island in 2012 by way of

9   mercury concentrations in lobster tails?

10  A    Well, um, I, to be honest, don't remember the exact

11  number.  But looking at this graph, is this average both the

12  average for the legal-size lobster and the shorts?

13  Q    The average here of --

14  A    Yes.

15  Q    -- 531 --

16  A    Yes.

17  Q    -- is only the legal-size.

18  A    Ah, okay.

19  Q    You see it says average of legal-size.  So that would be

20  those from -- the line you draw --

21  A    Ah, you're right.

22  Q    -- drew over to here.

23  A    Okay.

24  Q    So what -- what do you -- what do you see in this data

25  array?

1    A      Well, um, the data are variable.  Overall, the legal-

2    size -- the larger lobster have greater mercury concentrations

3    than the shorts.

4          Um, what stands out are these two lobster, and the, um

5    -- if I had my sample IDs, I could identify other lobster that

6    were collected from the same site as these two, that had the

7    very high concentration.  I do know that those two with the

8    greatest concentration were collected toward the eastern side

9    of my sampling area.  I had created boxes for the lobstermen

10   to use out in the field so they'd have lat/lons to know where

11   they could set their traps or not.

12         And, um, these two with the highest concentrations were

13   collected the farthest up that east channel of the Penobscot.

14   Q      Now, those highest levels, they're more than five times

15   the Maine standard; is that correct?

16   A      Yes.

17   Q      And more than twice the Study Panel standard for the

18   protection of the lobsters themselves?

19   A      Yes.

20   Q      Okay.  And the only legal-size lobster captured at South

21   Verona Island in 2012 that is beneath the 200 nanograms per

22   gram standard is that one; is that right?

23   A      Yes.

24   Q      And that's at 197?

25   A      Correct.

1    Q    And even a couple of the shorts exceed the 200 nanograms

2    per gram level; is that right?

3    A    Yes.

4    Q    Okay.  And the average, assuming our arithmetic is

5    correct -- and I'm confident it will be checked -- but if that

6    average is correct, the average legal-size lobster exceeds the

7    500 nanogram per gram lim -- Study Panel target for protection

8    of the animal itself; is that right?

9    A    That's correct.

10   Q    And it's more than two and a half times the Maine

11   standard for safe human consumption?

12   A    Yes.

13   Q    Are you aware of a recent -- the recent closure of the

14   part of the lobster and crab fishery in the lower river?

15   A    Yes, I am.

16   Q    And do you know where -- let me just show you.  Does

17   this map depict -- have you seen that before?

18   A    Yes, I have.

19   Q    What is that -- does that depict the closure area?

20   A    Yes, it does.

21   Q    And how does that closure area compare to this northern

22   estuary set of stations that we've been discussing?

23   A    Well, it -- our -- um, our South Verona station is about

24   from here to here.  Our Odom Ledge station is -- that's

25   supposed to be a square -- right about there.  And our Fort

1    Point station is right about here.

2    Q    Okay.  So all of those stations are encompassed by the

3    area that the Department of Marine Resources has closed?

4    A    Yes, and it also includes an area down in here, which

5    was sampled in 2006 and possibly a little bit in 2008 when we

6    were still refining the lobster sample areas, but we haven't

7    sampled there since then.

8    Q    Okay.  But the South Verona Island and those lobsters we

9    were just discussing on the chart, you -- you can't catch

10   lobsters there and sell them to people or consume them, right?

11   A    Not legally now, no.

12   Q    Let's turn to Nelson's sparrows.  Now, Mr. Duchesne kind

13   of stole our thunder here a little bit on the photo, but does

14   that look like a Nelson's sparrow to you?

15   A    It does.

16   Q    Okay.  Would you like to imitate its call, or do you

17   want to rest with Mr. Duchesne's version?

18   A    I'll -- I'll decline.

19   Q    Okay.  Do Nelson's sparrows breed in Maine?

20   A    Yes, they do.

21   Q    Where?  In what ecological setting?

22   A    Ah, you find them on salt marshes during the breeding

23   season.  They extend as far south as Scarborough Marsh, where

24   they're coincident with a related sharp-tailed sparrow, and --

25   and then they go all the way up into Nova Scotia and -- I

1    think Nova Scotia.

2    Q      Do they spend time in Mendall Marsh?

3    A      Yes, they do.

4    Q      During what part of the year?

5    A      Ah, they arrive in, ah, late May, early June, so like

6    the last week of May, the first week of June, and then, um,

7    they breed on the marsh, hopefully successfully, and then

8    undergo a molt, and then they start to leave the marsh in

9    September, ah, primarily in September or early October.

10   Q      Where do they spend the winter, if you know?

11   A      Ah, the Nelson's from the Maine coast primarily

12   overwinter along the Atlantic coast, but primarily they've

13   been found along North Carolina.  They can go down as far

14   south as Florida, but are -- we don't have evidence of that.

15   Q      How would you characterize the site fidelity of Nelson's

16   sparrows when they're in the Penobscot?

17   A      Well, they -- ah, there was a great study done by

18   several people, including Tom Hodgman from inland fisheries,

19   who looked at the home range of the Nelson's on the marsh and

20   separated it out by -- by gender down in -- in work down on

21   Scarborough Marsh, and he did this using radio tags so that

22   they could tag their movements.

23          And what they found was that the primary area used by

24   females is about 6 hectares.  So -- so a hectare, we always

25   think about it as that's a ballfield.  It's a hundred meters

KOPEC - DIRECT EXAMINATION/BERNARD

1   on either side.  So about six of those would be the area where

2   you would find a female moving about for most of the time.

3   Sometimes they can move to another site if they, um, are

4   forced to renest because their nests were flooded out.

5   Q     Is a Nelson's sparrow an obligate -- I'm sorry.  Were

6   you done?

7   A     Males have a larger range than the females.  And now I'm

8   done, yeah.

9   Q     Are Nelson's sparrows obligate marsh feeders?

10  A     Yes.

11  Q     What does that mean?

12  A     Yes, they are.  That during the breeding season, they

13  eat invertebrates and insects from the marsh itself.  They

14  don't go off into the adjacent woods foraging.

15  Q     And while Nelson's sparrows are in Mendall Marsh, what

16  do they eat, if you know?

17  A     Well, a variety of insects, from arthropods, snails,

18  spiders, ah, some winged insects when they emerge later on in

19  the summer.  They also have this kind of interesting, ah,

20  foraging pattern where they go down into the slough channels

21  at low tide, and they actually foraging along the banks of the

22  slough channels for invertebrates.

23  Q     What is a slough channel?

24  A     Well, the streams that cut across the marsh that are

25  under tidal influence.

1   Q    What did you find by way of the -- did you measure

2   mercury in the blood of Nelson's sparrows?

3   A    Yes.

4   Q    And --

5   A    Yes, we did.

6   Q    -- where did you do that, in what locations?

7   A    Well, they were monitored in Mendall Marsh at multiple

8   sites, all over Mendall Marsh, especially in the early years,

9   and then also at the marsh that we call W17.  It's also called

10  the area of Hennessey Cove by the Inland Fisheries folks, and

11  that's the marsh on the west side of the river just south of

12  Winterport.

13  Q    Let me just show you this, which I might have shown you

14  before.  This is Page 14-57 -- it's unnumbered -- but it's

15  14-57, Figure 14-28 from Joint Exhibit 6-14.  Does this depict

16  the sampling stations you used for Nelson's sparrows?

17  A    Yes.

18  Q    Okay.  And does it just confirm what you just described

19  orally, or is there anything you want to add?

20  A    Ah, no, I think -- so the W17 marshes are up -- up here,

21  and then, um, they were sampled at a variety of sites within

22  Mendall Marsh in this time period 2007 through 2010.

23  Q    And --

24  A    The --

25  Q    -- what did you find during the -- we'll get to 2012 in

1    a moment, but between 2007 and 2010, which is covered by the

2    Phase II Report in Chapter 14, what did you find by way of

3    blood mercury concentrations in Nelson's sparrows?

4    A    Ah, they were extremely high.  They were, ah, roughly

5    ten times greater than we found at, ah, a variety of reference

6    sites where they were also sampled, both down here in marshes

7    in Southern Maine and marshes on Mount Desert Island.

8    Q    Did you also sample the feathers of Nelson's sparrows?

9    A    Ah, yes, we did.

10    Q    Okay.  And are there different kinds of bird feathers?

11    A    Yes.

12    Q    Okay.  Could you, just with reference to the ones you

13    sampled, can you please explain to the court -- and to me, for

14    that matter -- what the different bird feathers are that you

15    sampled?

16    A    Well, in this study, the feathers sampled included tail

17    feathers and two kind of wing feathers, both the secondaries

18    and the primaries.  So they're the long feathers that the

19    birds use to fly with.

20      In the early years of the study, only tail feathers were

21    sampled, and those results for the adults were not very

22    informative because the tail feather is molted -- in the

23    Nelson's sparrow -- this can vary among different species --

24    but the tail feather in Nelson's is molted on either their

25    wintering grounds or while they're migrating north.

1    So an important piece to consider is that the mercury

2   concentration in feathers reflects the mercury circulating in

3   the bird's blood at the time the feather's formed.  And the

4   mercury in the blood reflects what they've been eating for the

5   past, um, ah, number of weeks to months.  So it's -- the tail

6   feathers, ah, that were originally sampled and sampled later

7   in the study had generally low concentrations of mercury,

8   indicating that their mercury exposure on their wintering

9   grounds or during migration was similarly low.

10    In 2010, um, each bird sampled -- ah, each bird

11   collected had their primary wing feathers sampled.  So that's

12   the first feather that they molt after being resident on, um,

13   their breeding grounds, and molt happens after the young have

14   fledged.  So they've been resident for about eight weeks or

15   so.

16    Um, and we found, again, in 2010, the mercury

17   concentration in the tail was between 1 and 5 parts per

18   million.  But the primary feather mercury concentration had an

19   average concentration, I think, around -- around 50 parts per

20   million, and it went up as high as 130 parts per million.  I'm

21   not sure of that average.  It might be 45, it might be 60, but

22   around there.

23   Q    Putting aside the precise numbers or approximate numbers

24   for a moment, what did your feather sampling tell you, if

25   anything, about the relative acquisition of mercury by

1  Nelson's sparrows in the summer breeding ground on the

2  Penobscot versus the other locations where they spend other

3  parts of the year?

4  A     Ah, we used the results from the feather analyses to

5  determine that mercury exposure on their wintering grounds was

6  notably lower than the mercury exposure at Mendall Marsh.

7         And that same point can be made when you look at birds

8  that were sampled immediately after their arrival to the

9  marsh.  The longer they spend time on the marsh, the greater

10  the mercury concentration in their blood.

11  Q     Let me show you on Page 14-56 of Joint Exhibit 6-14 your

12  barchart for mercury in the blood of adult Nelson's sparrows.

13  Do you see that?

14  A     Yes.

15  Q     What does this show you?  First, just identify for the

16  judge, please, which are the Mendall Marsh stations and which,

17  if any, is a reference station.

18  A     Well, there was one reference station that was sampled

19  in multiple years.  Ah, the group doing our bird samples, ah,

20  would use different reference stations in different years, but

21  Scarborough Marsh, which is right here, was sampled in both

22  2008 and 2009, so I could use it for this analysis of changes

23  in mercury over time.

24         And then the W17 sites are, again, just south of

25  Winterport, and then these are all the Mendall Marsh sites

1  that were sampled.

2  Q    What does this show by way of the Mendall Marsh blood

3  mercury of Nelson's sparrows compared to the Scarborough Road

4  reference site?

5  A    Well, compared to the reference site -- and this is

6  compared to all reference sites -- we had significantly

7  greater concentrations of mercury in the Nelson's blood at

8  Mendall Marsh and W17 than we did at any of the reference

9  sites sampled.

10       This also illustrates the variability in blood mercury

11 concentrations that we found in the birds on Mendall Marsh.

12 Q    And is that variability a surprise?

13 A    Ah, no, it's to be expected when you're working with

14 biological data.

15 Q    Now, did the Study Panel set a toxicity threshold for

16 the -- for mercury in the blood of insect-eating birds?

17 A    Yes, that was set at 1.2 --

18 Q    And is the Nelson's --

19 A    -- micrograms per gram.

20 Q    -- sparrow an invertebrate, an insect-eating bird?

21 A    Yes, it is.

22 Q    So would you draw a line around where 1.2 would be,

23 please.

24 A    So that's -- well, if that were straight, that would be

25 about where it is.

KOPEC - DIRECT EXAMINATION/BERNARD

1815

1   Q      Now, did you compare these concentrations in the blood

2   of Nelson's sparrows in Mendall Marsh and -- to corresponding

3   concentrations reported in the scientific literature?

4   A      We did.

5   Q      And what did you find?

6   A      Um, the levels of mercury that we found in Mendall Marsh

7   are greater than have been found anywhere else in North

8   America.

9   Q      And is it fair to say they exceed by many multiples many

10  of the values that are reported in the scientific literature?

11  A      Yes, yeah, 10 to 15 times greater.

12  Q      And what about for the feathers that are grown by the

13  Nelson's sparrow in Mendall Marsh, what, if anything, did you

14  find by way of comparison between mercury levels there and in

15  the same or similar species at other locations?

16  A      Ah, you know, I don't remember the exact numbers right

17  now, sitting here.

18  Q      Now, is it fair to say that most, if not all, of the

19  birds you analyzed in the Penobscot exceeded the Study Panel

20  target of 1.2 micrograms per gram?

21  A      Ah, yes, it -- it varied with species.  Ah, only a

22  portion of the song sparrows that were monitored exceeded that

23  target to protect bird health.  It's important --

24  Q      Let's talk about -- I'm sorry.  Go ahead.

25  A      Yeah, it's important to note that song sparrows are not

1   obligate marsh feeders.  They -- about roughly 60 percent of

2   their diet is -- could be marsh invertebrates, another

3   40 percent could be seeds and fruit, and they move into the

4   adjacent forest for foraging.

5        So even though they have elevated mercury concentrations

6   relative to other sites on the river, they don't really

7   reflect exposure on the marsh itself.

8   Q    I may have misspoken, but I wanted to stay with Nelson's

9   sparrows for a moment, and let me just show you the summary.

10  And -- and I asked you whether -- let me just highlight this

11  language for you.  Could you read that, please?

12  A    Sure.  Virtually all Nelson's sparrows sampled along the

13  lower Penobscot River had mercury concentrations in their

14  blood exceeding the target to protect bird health, while only

15  2 percent of the birds from reference sites exceeded that

16  target.

17  Q    And does that comport with your recollection?

18  A    Ah, yes.

19  Q    Okay.  Is Nelson's sparrow listed as a species of

20  special concern in Maine?

21  A    Yes, it is.

22  Q    What does that designation mean?

23  A    Well, it's -- it's given to species that are considered

24  to be, um, ah, have threats to their population based on

25  either loss of habitat or known declines in their population

KOPEC - DIRECT EXAMINATION/BERNARD

1817

1    size or known declines in their ability to reproduce.  There

2    are some very strict criteria defining -- defining that.

3        But Nelson's I think were listed because of habitat loss

4    since they are almost exclusively found in salt or brackish

5    marshes, although there's one site up the Penobscot River

6    where they've been reported.  I haven't seen them there,

7    though.

8    Q    Now, the Nelson's sparrow, as you've described its life

9    cycle, spends part of the year in Mendall Marsh and part of

10   the year elsewhere; is that right?

11   A    Yes.

12   Q    How does one determine where it gets the mercury you

13   measured in its blood?

14   A    Well, there are two methods you could use:  One, looking

15   at feathers that are grown on their wintering grounds versus

16   feathers that are grown on the breeding grounds, which I've

17   already described; and another is to look at the concentration

18   of mercury in their blood when they first arrive or soon after

19   versus their concentration after they've been resident for a

20   period of time.  And --

21   Q    Go ahead.

22   A    One thing important to note for all of the birds that

23   because their -- in the early years, their sampling times

24   varied from June into July, sometimes into August for some of

25   them, that I normalized the blood mercury concentration to

1    sample dates so that I could, um, accurately compare among

2    different sites and among different years.

3    Q    What, if anything, did you find in the mercury blood --

4    in the blood mercury concentrations of Nelson's sparrows that

5    were sampled later in the breeding season on Mendall Marsh?

6    A    Um, as I recall, their mercury concentration increased

7    with their time on the marsh, and then once they, ah -- and

8    here I'm speaking of birds in general, not just to Nelson's --

9    but once they start their molt in late July to early August,

10   then they are transferring mercury from their blood into their

11   feathers so that you can see a dip in the blood mercury

12   concentration --

13   Q    Okay.

14   A    -- during molt.

15   Q    And from the data you collected and analyzed, Dr. Kopec,

16   do you have a view as to whether the blood you measured in --

17   the mercury you measured in the blood of Nelson's sparrows was

18   acquired by the sparrows on Mendall Marsh?

19   A    Yes, I -- I -- our data are clear on that.

20   Q    And what do they show?

21   A    Ah, that, ah, the Nelson's sparrows are exposed to high

22   concentrations of mercury in their invertebrate prey and that

23   they -- that exposure is centered along Mendall Marsh and the

24   W17 marshes.

25   Q    Did you sample Nelson's sparrows in 2012 as part of the

KOPEC - DIRECT EXAMINATION/BERNARD

1819

1    ongoing monitoring program?

2    A     Yes.

3    Q     Okay.  Let me show you from Joint Exhibit 8, Figure 14.

4    Do you recognize this?

5    A     I do.

6    Q     Okay.  And this is similar to the figure we looked at

7    before from Page 14-56 of Joint Exhibit 6-14, except it also

8    includes the 2012 data?

9    A     Yes.

10   Q     Okay.  What did you find in 2012?

11   A     Ah, 2012 was a year with very high mercury exposures on

12   Mendall Marsh, and so if you look -- we -- another thing to

13   note, in order to try to keep the monitoring costs down, we

14   reduced the number of sites that were sampled in 2012.  So we

15   only sampled at two sites within Mendall Marsh -- Mendall

16   Southeast -- and this is the concentration found there, it was

17   up, I think, around 9.5 or so as the mean concentration in the

18   bird blood -- and then Mendall Southwest, which had a mean

19   concentration around 7 or so.

20        We also sampled at W17 north where the mean

21   concentration was around 4 and -- 4.5.

22   Q     While we're on the 2012 monitoring program, was that the

23   first year of the so-called long-term monitoring program that

24   the Study Panel has recommended to the court?

25   A     Yes.

1   Q      Okay.  And you say you sampled at fewer stations in

2   order to economize?

3   A      Yes.

4   Q      Did you also sample fewer species than you had sampled

5   in the Phase I and Phase II parts of the study?

6   A      We did, yes.

7   Q      Now, I want to point out one thing.  You said this was

8   9.5 up at Mendall Marsh Southeast?

9   A      Yes.

10  Q      And let me just show you the chart we looked at a moment

11  ago.  And where's Mendall Marsh Southeast?

12  A      Ah, so this is right here.

13  Q      So where would that 9.5 value be on this chart?

14  A      Oh, so let's say it goes up to 8, 9 -- right about

15  there.

16  Q      It would be off the chart.

17  A      Yes.

18  Q      Okay.  Let's turn to red-winged blackbirds.

19          MR. BERNARD:  Your Honor, I think in the next

20  12 minutes, we can cover red-winged blackbirds, and that might

21  be a good place to stop.

22          THE COURT:  Okay.

23          MR. BERNARD:  Okay.

24  BY MR. BERNARD:

25  Q      Does that look like the red-winged blackbird?

KOPEC - DIRECT EXAMINATION/BERNARD

1821

1   A     It does.

2   Q     And do red-winged blackbirds breed along the Penobscot?

3   A     They do.

4   Q     And where within the Penobscot do they breed?

5   A     Ah, well, you can find them both in, ah, Mendall Marsh,

6   W17, and other marshes throughout the state of Maine.

7   Q     Okay.  Where do they spend their winters, if you know?

8   A     Hm.  I know they generally move south, but I don't know

9   exactly where.

10  Q     Okay.  And after they nest in the summer in the

11  Penobscot, what do they do prior to a fall migration?

12  A     Well, often birds that bred at inland sites will move

13  out to brackish marshes and congregate.  Ah, this can happen

14  in some years as early as late July, but in August and

15  September, and they congregate there before they head south.

16  Q     What do red-winged blackbirds eat, if you know?

17  A     Um, again, they are insectivores, so eating small

18  invertebrates, like amphipods, um, ah, isopods, snails,

19  spiders, um, and winged in -- insects, like leafhoppers and

20  moths.  I think -- and grasshoppers, I believe, also.

21  Q     Where did you -- let me show you this map and ask you to

22  explain to the judge, please, where you sampled red-winged

23  blackbirds as part of this study.  And this is Page 14-74 of

24  Joint Exhibit 6-14.

25  A     Right.  Um, in most of the years of the study before

KOPEC - DIRECT EXAMINATION/BERNARD

1822

1  2012, they were only sampled in Mendall Marsh and the W17

2  marshes, and they were sampled in the same nets that we used

3  to catch the other birds.  So you see a lot of similarity in

4  the sites.

5       Um, this is Mendall Southwest right here.  That's also

6  the site, um, just for, um, your information, where

7  Dr. Gilmour had her test plots with the amendments and where a

8  lot of her methylmercury work has been done.  And then here's

9  Mendall Marsh Southeast.  But they, up through 2010, were

10 sampled all -- all through Mendall Marsh and then up here at

11 W17.

12      We only had a red-wing sampled at a reference site in --

13 in one of those years.  I think it might have been 2010, but

14 it might have been 2009, and that was sampled down here, um,

15 at -- it looks like Scarborough Marsh, but it's a little hard

16 to see right now.

17 Q    Let me show you Page 14-72 of Joint Exhibit 6-14.

18 A    Yes.

19 Q    And this is your barchart through 2010 for red-winged

20 blackbirds?

21 A    Yes.

22 Q    Okay.  And just describe to the judge, briefly, please,

23 what it shows.

24 A    The average concentration.  Um, in this case, I did not

25 adjust for sample date because it was not significant for

1    red-wings.  They arrive earliest in the spring of the other

2    birds, so they've had more of a time to equilibrate by the

3    time we sample them.

4         But the -- let's see.  So right here is the 1.2 target

5    to protect bird health, and you see there is variation among

6    the years, but we did have high concentrations, in some years

7    exceeding, um, 9 micrograms per gram in their -- in their

8    blood.

9    Q    Did you sample red-winged blackbirds in 2012?

10   A    Yes, we did.

11   Q    Let me show you Figure 16 from Joint Exhibit 8.

12        MR. BERNARD:  Your Honor, the -- in Joint Exhibit 8,

13   there are no page numbers.  There are just figure numbers

14   which are -- you know, begin with 1 and go up, but there are

15   no page numbers, which is why I'm not mentioning one.

16   BY MR. BERNARD:

17   Q    So do you recognize this, Dr. Kopec?

18   A    I do, I do.

19   Q    And what happened in 2012 by way of blood mercury

20   concentrations in red-winged blackbirds?

21   A    At Mendall Marsh, we had tremendously higher

22   concentrations.  Here at Mendall Southeast, we had a mean, um,

23   that's around 11, and at Mendall Southwest, the concentration

24   was over 14 micrograms per gram, so about three times higher

25   than we'd been -- found on Mendall Marsh in previous years.

KOPEC - DIRECT EXAMINATION/BERNARD

1   Q    And how do those values compare, if you know, to

2   corresponding concentrations in the scientific literature?

3   A    Ah, again, these are the highest concentrations that

4   have been ever reported for red-winged blackbirds, and I

5   believe they're over 15 times greater -- I'm -- it could be

6   even more than that -- than have been reported in other sites

7   in North America.

8   Q    I want to show you one more document on the Nelson's

9   sparrows and the red-winged blackbirds, which is Joint

10  Exhibit 10, which is Appendix 2.

11          MR. BERNARD:  Your Honor, also, Joint Exhibit 10

12  just has numbered appendices.  It does not have independent

13  page numbers, although I guess, um, it was filed with the

14  court, so that might be one marking.  But there are -- there

15  are no internal page numbers.

16  BY MR. BERNARD:

17  Q    So I'm showing you Appendix 2, Dr. Kopec.  Do you

18  recognize this?

19  A    Yes.

20  Q    Okay.  And here you have -- and let's just stick with

21  bird blood -- okay -- to keep it straightforward.  Here you

22  have Nelson's sparrows?

23  A    Yes.

24  Q    And here you have red-winged blackbirds.

25  A    Yes.

1   Q    And we've discussed both of those, right?

2   A    Yes.

3   Q    So please describe for the Judge, you know, what this

4   chart shows, with particular reference to the blood mean

5   mercury and perhaps the blood minimum and blood maximum

6   mercury instead.

7   A    Okay.  So our mean concentrations in W17 and Mendall

8   Marsh ranged from 7.5 up to almost 15 micrograms per gram.

9   Q    And is that compared to the Study Panel target of 1.2?

10  A    Yes, yes.

11  Q    And what do you see there by way -- what is PRN1, just

12  below the 11.04?

13  A    Ah, if you could erase my mark there just for a sec.

14  Okay.  So this is our -- what we found in red-winged blackbird

15  blood in 2012 at our reference site, which is a marsh along

16  the lower Pleasant River.  So that was 0.45 micrograms per

17  gram.

18  Q    Are these -- from your perspective as a biologist, are

19  these -- are these startling concentrations?

20  A    These are incredibly high, yes.

21        MR. BERNARD:  Your Honor, we're about to move into

22  black ducks, and I will not be able to finish that in five

23  minutes, so this may be a good stopping point.

24        THE COURT:  Excellent.  Well, thank you very much.

25        THE WITNESS:  You're welcome.

1826

1    THE COURT:  And we'll see you all here tomorrow.

2    Court will stand in recess.

3        (Proceedings concluded at 2:25 p.m.)

4                        CERTIFICATION

5        I certify that the foregoing is a correct transcript from

6    the record of proceedings in the above-entitled matter.

7

8

9    /s/ Julie G. Edgecomb                    June 16, 2014
     Julie G. Edgecomb, RMR, CRR              Date
10   Official Court Reporter

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25