1        UNITED STATES DISTRICT COURT

2        DISTRICT OF MAINE

3   MAINE PEOPLE'S ALLIANCE          )
    and NATURAL RESOURCES            )
4   DEFENSE COUNCIL, INC.,           )
                                     )
5                Plaintiffs          )
                                     )              CIVIL ACTION
6                                    )
           vs.                       )     Docket No. 1:00-cv-00069-JAW
7                                    )
                                     )              BENCH TRIAL
8   HOLTRACHEM MANUFACTURING         )
    and MALLINCKRODT LLC,            )
9                                    )
                Defendants.          )
10

11                      VOLUME XI

12            TRANSCRIPT OF PROCEEDINGS

13        Pursuant to notice, the above-entitled matter came on

14   for BENCH TRIAL before the HONORABLE JOHN A. WOODCOCK, JR.,

15   Chief District Judge, in the United States District Court,

16   Bangor, Maine, on the 17th day of June, 2014, at 8:41 a.m.

17   APPEARANCES:

18   For the Plaintiffs:              Mitchell S. Bernard, Esquire
                                      Aaron S. Colangelo, Esquire
19                                    Rachel E. Heron, Esquire
                                      Jared J. Thompson, Esquire
20
     For the Defendants:             Patricia H. Duft, Esquire
21                                    Sigmund D. Schutz, Esquire
                                      Jeffrey D. Talbert, Esquire
22

23              Julie G. Edgecomb, RMR, CRR
                   Official Court Reporter
24

25   Proceedings recorded by mechanical stenography; transcript
     produced by computer.

INDEX OF PROCEEDINGS

Page:

Testimony:  (see below)

INDEX OF WITNESSES

Page:

KENNETH WYMAN, JR.  (called by Mr. Bernard)

| | |
|---|---|
| Direct Examination by Mr. Bernard | 1830 |
| Cross-Examination by Mr. Schutz | 1844 |
| Redirect Examination by Mr. Bernard | 1847 |

REUBEN BUTCH PHILLIPS  (called by Mr. Bernard)

| | |
|---|---|
| Direct Examination by Mr. Bernard | 1848 |

DAVID EVERS  (called by Mr. Bernard)

| | |
|---|---|
| Direct Examination by Mr. Bernard | 1862 |
| Continued Direct Examination by Mr. Bernard | 1900 |
| Cross-Examination by Mr. Schutz | 1934 |
| Redirect Examination by Mr. Bernard | 1957 |

DIANNE KOPEC  (called by Mr. Bernard)

| | |
|---|---|
| Continued Direct Examination by Mr. Bernard | 1964 |

INDEX OF EXHIBITS

Joint

| Exhibit No. | Description | Offered | Admitted |
|---|---|---|---|
| 64 | Jackson, et al. Mercury Exposure Affects the Reproductive Response | 1902 | 1902 |
| 65 | Presentation by Evers | 1900 | 1900 |
| 93 | Kopec's Notes on Connolly | 2014 | 2015 |
| 94 | Kopec's Notes on Henry | 2014 | 2015 |
| 95 | Kopec's Notes on Keenan | 2014 | 2015 |

Defendants'

| Exhibit No. | Description | Offered | Admitted |
|---|---|---|---|
| 544 | Subpoena to Produce Documents | 1952 | 1952 |
| 545 | Memo re PRMS Subpoena | 1953 | 1953 |
| 546 | Letter re BRI Confidentiality Agreements | 1953 | 1953 |
| 571 | Pages 3-8 11/12/13 E-Mail from Evers | 1947 | 1947 |

1        (Counsel present in open court.)

2            THE COURT:  Good morning.

3            MR. BERNARD:  Your Honor, if it's acceptable to the

4    court, we would like to suspend Dr. Kopec's testimony, take

5    our remaining two fact witnesses, and then Dr. Evers, who has

6    a bit of a scheduling issue; and then when we're done with

7    Dr. Evers, complete Dr. Kopec's testimony.  We've checked with

8    opposing counsel and with Dr. Kopec, and they're both okay

9    with that.

10           THE COURT:  Okay.  That's fine.  That's correct?

11           MR. TALBERT:  Yes.

12           THE COURT:  Okay.  Very good.  Thank you.

13           MR. BERNARD:  Plaintiffs call Mr. Kenneth Wyman.

14           THE CLERK:  Do you solemnly swear that the testimony

15   you shall give in the matter now in hearing shall be the

16   truth, the whole truth, and nothing but the truth, so help you

17   God?

18           THE WITNESS:  I do.

19           THE CLERK:  Please be seated.  Please state your

20   name and spell your last name for the record.

21           THE WITNESS:  Kenneth Wyman, Jr., W-y-m-a-n.

22           THE COURT:  You may proceed.

23   KENNETH WYMAN, JR., having been duly sworn, was examined and

24   testified as follows:

25                         DIRECT EXAMINATION

1   BY MR. BERNARD:

2   Q      Good morning, Mr. Wyman.

3   A      Good morning.

4   Q      Where do you live?

5   A      Stockton Springs.

6   Q      And for how long have you lived in Maine?

7   A      47 years.

8   Q      Since you were a young boy?

9   A      Since I was 3 years old.

10  Q      Do you have a family?

11  A      Yes, I do.

12  Q      Who's in your family?

13  A      My wife, Keirsten, my son Damien, my son Travis, my

14  daughter Megan, my grandsons Aimon and Bryson.

15  Q      And do your grandchildren live close by?

16  A      Right next-door.

17  Q      What do you do for a living?

18  A      I'm a commercial lobster fisherman.

19  Q      For how long have you been a commercial lobster

20  fisherman?

21  A      This will be my 26th year.

22  Q      What's the routine like?  When do you go to work in the

23  morning?

24  A      Ah, when the season gets started, we're usually up and

25  headed out around 3:30 in the morning.  By the time we get the

1  boat loaded and stuff, it becomes about daylight, and

2  depending on how much gear we haul each day, depending on, you

3  know, what the productivity is, you know, how the bait's

4  hanging on, you know, we could fish from -- anywhere from 4:30

5  in the morning to sometimes dark.

6  Q    And you mentioned lobster.  Are there other fish or

7  shellfish that you catch, as well?

8  A    Yes, I also catch peekytoe crabs.  I have scalloped in

9  the Penobscot, mussel on occasion, but there are several

10 species that I've fished for, yes.

11 Q    Let's focus on the lobster and the crabs.  First, with

12 the lobster, when is the season of the year during which you

13 catch lobster?

14 A    It's most productive, as a rule, between mid-July and

15 early November.

16 Q    And how about crabs?

17 A    Year-round.  You can catch them 12 months a year.

18 Q    Okay.  How did you become a fisherman?

19 A    I went with my father-in-law a couple times, and

20 realistically after two times, fell in love with it.  It's --

21 it's a great way to make a living.

22 Q    Now, have you ever represented your fellow fishermen in

23 any kind of official capacity?

24 A    I have.  I was the district representative in Zone D,

25 where I represented -- I don't remember the exact number --

1   between 40 and 60 fishermen.

2   Q     And were you elected to that post?

3   A     I was.  I was voted on by my peers, yes.  I ran against

4   three other opponents, yes.

5   Q     And what did that work involve?

6   A     It worked -- it involved, you know, staying in touch

7   with the State, and, you know, you know, just basically what

8   was going on in our zone and making sure that it got back to

9   the fishermen.

10   Q     Where do you fish?

11   A     I fish the upper Penobscot Bay.  Ah, prior to this

12   spring, I fished all the way to Gondola Cove, which is on the

13   east side of Verona Island, all the way to, ah, Resolution

14   Island.

15   Q     Let me show you what's Plaintiffs' Exhibit 53, which is

16   a map.  And can you just point out the places where you fish

17   for lobster and crab?  And it's a touch screen, so if you want

18   to draw a circle or something, you can do that.

19   A     Yep.  And here.  (Witness drawing. )

20   Q     And so did you set lobster traps -- withdrawn.

21         Do you catch lobster in traps?

22   A     Yes.

23   Q     And do you catch crabs in the same traps?

24   A     Same exact trap.

25   Q     Okay.  And did you -- before this spring, did you have

1    lobster traps around this -- around the southern and eastern

2    edge of Verona Island there?

3    A     I did.

4    Q     And on the west side of Verona Island, as well?

5    A     Yes.

6    Q     Okay.  Now, have you caught lobster and crab at Odom --

7    Odom Ledge?

8    A     Yes.

9    Q     And at Fort Point?

10   A     Yes.

11   Q     Okay.  Why do you fish in this area?

12   A     Because certain times of the year, it's the most

13   productive.

14   Q     Okay.  And what time of year would you say it's most

15   productive for lobster fishing?

16   A     Mid-July, and we get our biggest runs, you know, when

17   they start running out mid-October to, you know -- and they're

18   usually gone by the first of November.

19   Q     So it's that full period there, from, you know, the --

20   in -- in July up until the early fall?

21   A     Correct.

22   Q     Okay.  Now, how many traps, um, do you set in the

23   Penobscot?

24   A     It -- each individual year would be a little different,

25   but it would average between a 115 to 150, depending on, you

1   know, what was there.

2   Q    Okay.  So in what geographic area are you now referring

3   to where you set a hundred to 150 traps?

4   A    It would be just south of Fort Point, and I'm talking

5   just south by maybe an eighth of a mile all the way up to

6   Gondola Cove.

7            THE COURT:  I think you need to move the map.

8            MR. BERNARD:  What's that?

9            THE WITNESS:  Yeah, the map is --

10           MR. BERNARD:  Sorry about that.

11           THE WITNESS:  There we go.

12   BY MR. BERNARD:

13   Q    Okay.  So let me clear that.

14   A    Yeah.

15   Q    And now you can say -- so these hundred to 150 traps

16   you're talking about --

17   A    Right.

18   Q    -- would you show the court where on Exhibit 53 where

19   that --

20   A    Yeah, they would start approximately right here, and

21   it's really not beneficial to go above approximately right

22   here.

23   Q    Okay.  And would it cover the whole area in-between the

24   two lines you've drawn?

25   A    Yes.

1   Q     Now, that's a hundred to 150 traps.  How many traps do

2   you set overall in your fishing?

3   A     800.

4   Q     Okay.  And is that a -- is that a limit that your

5   license allows?

6   A     That's what the State allows.

7   Q     Okay.  Now, from this section of the river that you've

8   outlined for the court, to the best of your ability, during

9   the last 25 years, how many pounds of crab meat have you

10  pulled from this section of the river per month would you say

11  during the last 25 years?

12  A     It would vary, but there would be months that it would

13  -- it would be in the thousands of pounds -- this is processed

14  crab meat that we picked and sold.  I mean, my facility, we

15  had six to eight pickers, and on a good day, you know, we

16  could process 2 to 300 pounds, you know.  Now, I -- I retract

17  that.  It would be up -- on a good day with eight pickers, we

18  could -- 200 pounds would be a good day that I would process

19  and -- and sell, yep.

20  Q     Okay.  And so would you -- how would you estimate, in

21  terms of how many pounds of crab you pulled out of this

22  portion of the river in the last 25 years?

23  A     Well, in the summertime, when the crabs harden up and

24  they're the best picking, you -- you would get 12 to 13 pounds

25  per hundred pounds of crab, you would get 12 to 13 pounds of

1    crab meat.

2    Q    Okay.  So would it be in the thousands of pounds, would

3    you say?

4    A    Tens of thousands.

5    Q    Okay.  Now, what about lobsters, what -- do you have a

6    sense over the last 25 years, again, estimating as best you

7    can, what your, say, weekly haul of lobsters was in pounds?

8    A    Weekly haul during the good season, I -- I mean, it

9    would be anywheres from -- I mean, it could vary.  I mean, a

10   bad day would be 600 pounds; a good day could be 900 pounds.

11   Q    Okay.  And that's from -- that's just from this portion

12   of the river that we're talking about?

13   A    Yeah.

14   Q    Okay.  So would that be several thousands pounds a month

15   of lobster drawn from this area?

16   A    Yes.

17   Q    And we can do the multiplication to figure out how many

18   pounds a year if we use the July to October season?

19   A    Hm-hmm.

20   Q    Okay.  But it would be more than ten thousand pounds in

21   a year, wouldn't it?

22   A    Yes.

23   Q    Now, did you sell the crabs you captured in this area of

24   the river that you've outlined on -- on the map?

25   A    I did.  I sold both to dealers, and I processed a lot of

1    it myself.

2    Q    Okay.  And did -- did you have a lobster shop that was

3    open for part of this 25-year period?

4    A    I did.  I ran Wyman Seafood there at my home base for

5    approximately 18 and a half years.

6    Q    And do you remember when that was, until what time?

7    A    It's -- I started around '92 or '3, and I closed it in

8    2011.

9    Q    And how often was Wyman Seafood open?

10   A    During -- I mean, we would open mid-May and close around

11   Christmas, and it was open seven days a week.

12   Q    And what did you sell there?

13   A    Crab meat, lobster meat, scallops, clams, shrimp -- all

14   seafood.

15   Q    So let's just take for the lobsters.  Where -- did --

16   were you selling the lobsters that you were catching in this

17   portion of the river?

18   A    Yes.

19   Q    And who are your customers?

20   A    The general public.

21   Q    Anybody who drove by?

22   A    Anybody that drove in.

23   Q    Neighbors?

24   A    Neighbors, family, ah, anybody.

25   Q    Now, did you feed yourself and your family with the

1  lobster that you caught in this area?

2  A    We did.  I mean, it's -- you know, it's -- it's a

3  tradition.  You know, we have friends come up from all over

4  the country, you know, and we'd have, you know, picnics, and I

5  mean, everybody looked forward to eating, you know, crab meat

6  rolls and lobster, and, you know, it's just a tradition here

7  in Maine.  That's what we do.

8  Q    Do you have cookouts during the summer with lobster?

9  A    Several.

10 Q    Okay.  Now, just going back to Wyman's lobster shop for

11 a moment, do you have any idea during the 18 years or so it

12 was open how many customers you sold lobster or -- or crab to?

13 A    I -- I could generalize it by saying tens of thousands.

14 Q    Okay.  Now, during the time you fed your family the

15 lobster and the crab from this reach of the river, was there

16 anyone within your family who was pregnant?

17 A    There was.

18 Q    Who was that?

19 A    My daughter-in-law.

20 Q    And she was part of these traditions you mentioned where

21 the lobster and crab were consumed?

22 A    Of course.

23 Q    Were there any young children around during the last

24 25 years?

25 A    Yes.

WYMAN - DIRECT EXAMINATION/BERNARD

1839

1   Q      Your own children?

2   A      My own children, ah, my grandchildren.  Ah, but, I mean,

3   dozens -- hundreds of young children.  I mean, our families

4   come, they come with their children.  Everybody's involved.

5   Q      Does your son fish?

6   A      My son does fish.

7   Q      He's the one who lives right next-door?

8   A      Next-door.  Travis, yes.

9   Q      When did Travis start to fish?

10  A      Travis started fishing with me when he was 6 years old.

11  Q      And does he also catch lobster and crab from this

12  portion of the river -- or did he before this spring?

13  A      He -- ah, actually, Travis did not.

14  Q      Hm-hmm.

15  A      Yeah.

16  Q      He fished in a different location?

17  A      He fished just -- I mean, with me, he fished at -- he

18  had his own traps, but since he's been on his own, he has not.

19  Q      Okay.  But from the time he was 6 to the time he got on

20  his own, he was fishing with you?

21  A      Oh, yes.

22  Q      Okay.  And he was fishing in this area?

23  A      Most definitely.

24  Q      Okay.  Now, during the 25 years you've fished in these

25  waters, did you think that you were catching and selling and

WYMAN - DIRECT EXAMINATION/BERNARD

1840

1    feeding to your family shellfish that was safe for people to

2    eat?

3    A    I most certainly did.

4    Q    Do you fish in this area now?

5    A    No.

6    Q    Why not?

7    A    Because DMR has closed it, thankfully.

8    Q    And DMR is the Department of Marine Resources?

9    A    Yes.

10   Q    Let me show you a map which is Plaintiffs' Exhibit 85.

11   Do you recognize that?

12   A    Yes.

13   Q    Okay.  And do you recognize that kind of striped area on

14   the map as being the area that the State of Maine has closed

15   to lobster and crab fishing?

16   A    Correct.

17   Q    And what is the overlap between that area and the area

18   you were talking about where you have a hundred to 150 traps?

19   A    I would have been just south of that and right --

20   (witness drawing).

21   Q    Okay.  And all of the area in-between?

22   A    All of the area in-between, yeah.

23   Q    What is your understanding, if you have one, of the

24   reason the State closed this part of the fishery?

25   A    Because it's been contaminated with mercury, which is

1    poison.

2    Q    When you first learned about the mercury contamination

3    in the lobster and crabs in this part of the river, what was

4    your reaction?

5    A    I was sickened to the core.  I -- I couldn't believe,

6    you know, you know, that it was there, first and foremost, you

7    know, and, of course, I had very little knowledge of how it

8    got there.  You know, I mean, you read a little bit here and

9    there.  But -- but it just -- I couldn't believe, you know,

10   that it was there.

11        I knew if indeed it was there, you know, that something

12   would be done about it.  But, first and foremost, I mean,

13   again, I -- I don't know that much about mercury other than it

14   is a poison, and I've been feeding it to the general public,

15   tens of thousands of people, for 25-plus years.

16   Q    And also feeding it to your family and neighbors?

17   A    Oh, to my family, myself, yeah.

18   Q    Does your license define the kind of geographic boundary

19   within which you can fish?

20   A    It does.

21   Q    Okay.  Can you just pick up and put these hundred, 150

22   traps someplace else?

23   A    You could.

24   Q    And would that be as productive?

25   A    Absolutely not.  There's a reason that I'm there.  I've

WYMAN - DIRECT EXAMINATION/BERNARD

1842

1    been in this industry for 26 years.  It's like anybody that

2    has spent that much time in anything they do.  I mean, you --

3    you weed out the bad places.  You know, you go to the

4    productive places.  This place right here, the time frames

5    that I fish it, is the most productive for those particular

6    traps, you know, and on occasion, you know, there could be

7    more traps there, depending on what the influx of lobster and

8    crabs were.  You know, there may be a few less, depend -- but

9    for the most part, I mean, that's where you go when it's

10   productive, you know.  I mean, it's the most beneficial to me.

11        It was the shortest commute for me, you know, from the

12   harbor, and it just -- it makes the most economic sense for me

13   and my family to fish there, you know, prior to this problem.

14   Q    Do you have an apprentice?

15   A    I do.

16   Q    How close is he to getting his license?  Do you know?

17   A    He's about a year away.

18   Q    Okay.  And --

19   A    One season away.

20   Q    And does he depend -- do you know -- on this area, in

21   part, to make his living?

22   A    He does.

23   Q    And are there some other fishermen who, like you,

24   depend, in part, on this area to make their living?

25   A    Yes, there is.  There's -- I'm not sure an exact number,

1    but I would say between 10 and maybe -- maybe as many as 15.

2    Q     Okay.  Do you earn your livelihood mostly from fishing?

3    A     I do.

4    Q     Okay.  Do you do some other things?

5    A     I do.  I have a mooring service there in the harbor.  I

6    take care of boat moorings.  I step sail boat masts, and I

7    also have a bait business where I sell lobster bait.

8    Q     Will the fishery closure by the State affect your

9    income?

10   A     Most definitely.

11   Q     Okay.  Now, is losing some of your income, Mr. Wyman,

12   the most important part of this to you?

13   A     No.  I mean, it's -- it's devastating to me to lose the

14   income, but in all reality, I mean -- and anyone can think and

15   say what they want.  It's devastating to me -- for me to know

16   that I have processed and put all of this, you know, into --

17   into the public.  It really is.  It sickens me to the core.

18   Q     Do you think the State did the right thing by closing

19   the fishery?

20   A     Oh, most definitely.  Excuse me.

21   Q     For what reason?

22   A     Oh, they had to.  I mean, for -- for the public.  I

23   mean, it was -- it's a safety issue.  I mean, I have no idea

24   how many people I have affected.  You know, I mean, they claim

25   it's the most critical to pregnant women.  My daughter-in-law

1  was a pregnant woman during this time.

2  Q     Do you want the river cleaned up?

3  A     Most definitely.  It needs to be cleaned up.  I mean,

4  the closure, as we can see, is from Fort Point to Wilson Point

5  now.  It started up the river somewhere, and whoever's found

6  guilty needs to be held accountable.  This needs to be taken

7  care of before it becomes totally catastrophic.  If this

8  continues to leech out of the river into the rest of the

9  Penobscot Bay and who knows where, I mean, what will happen to

10  our industry?

11      And it's not just for me.  It's for the future.  It's --

12  that -- that bay down there don't belong to Ken Wyman.  That

13  belongs to the public.  That belongs to every resident in the

14  state of Maine.  You know, that's -- it's not for me solely.

15  It needs to be cleaned up, if there is a way of cleaning it

16  up.  It most certainly does.

17          MR. BERNARD:  Nothing further.

18          THE COURT:  Thank you.

19      Cross-examination?

20                    CROSS-EXAMINATION

21  BY MR. SCHUTZ:

22  Q     Good morning, Mr. Wyman.

23  A     Good morning.

24  Q     My name is Sig Schutz.  I represent the defendant.  This

25  is our third week of this trial.

1    Are you aware that the court did appoint a Study Panel

2  to look into the mercury situation in the Penobscot nearly ten

3  years ago?

4  A    Right.

5  Q    And that my client has paid about $18 million to

6  investigate the situation and consider options to address the

7  mercury, and so this trial is to look into what might be done

8  and how bad the situation is?

9  A    Hm-hmm.

10        MR. BERNARD:  I didn't hear a question.

11  BY MR. SCHUTZ:

12  Q    Do you understand that?

13  A    Yes.

14  Q    Let me -- because you're a lobsterman, let me ask you a

15  little bit about lobsters.  Lobsters do move around a lot,

16  don't they?

17  A    Yes, they do.

18  Q    And they migrate inshore and offshore?

19  A    Yes, they do.

20  Q    And we don't know where the lobsters go after they leave

21  the closed area, do they -- do we?

22  A    I don't.

23  Q    But we do have some data that suggests that lobsters

24  outside the closed area have apparently lower levels of

25  mercury?

1    A     I don't know that.

2    Q     Do you know what the comparative mercury levels are

3    between lobsters outside the closed area and lobsters inside

4    the closed area?

5    A     No, sir, I don't.

6    Q     And do you have a specific understanding of what the

7    Study Panel is proposing to do next?

8    A     I don't.

9    Q     And you have a commercial fishing license from the State

10   to fish in Zones C and D?

11   A     I do.

12   Q     And the State of Maine DMR has lobster zone maps on

13   their Web site?

14   A     Yes.

15   Q     Let me turn to the map that shows all zones.  Do you see

16   that?

17   A     I do.

18   Q     And can you make out Zone C?

19   A     I can.

20   Q     And Zone D?

21   A     Yes.

22   Q     And on this map, can you make out the closed area?

23   A     Roughly, yep.

24   Q     Can you point out the closed area?

25   A     I believe this is Fort -- well --

1  Q     So this area right -- right in here is the closed area?

2  A     Yes.

3  Q     And has the river itself been closed to shellfishing for

4  some time?

5  A     Ah, yes, to clamming and stuff, the river itself had

6  been prior to this.

7         MR. SCHUTZ:  Thank you for coming in.  I don't have

8  any other questions.

9         THE COURT:  Thank you, Mr. Schutz.

10     Redirect?

11                      REDIRECT EXAMINATION

12  BY MR. BERNARD:

13  Q     Mr. Wyman, you're not a biologist, are you?

14  A     No.

15  Q     Okay.  With regard to mercury levels in lobsters in

16  various parts of Maine, do you assume that the State of Maine

17  and the agencies responsible for the lobster industry keep

18  track of how contaminated lobsters are?

19  A     It's quite obvious they do, and that's why they've put

20  on this closure.

21         MR. BERNARD:  That's all, Your Honor.

22         THE COURT:  Thank you.

23     Anything further?

24         MR. SCHUTZ:  Nothing further.

25         THE COURT:  Thank you.  You may stand down, sir.

1    Thank you very much.

2              THE WITNESS:  Thank you.

3         (The witness left the witness stand.)

4              THE COURT:  Next witness?

5              MR. BERNARD:  Your Honor, the plaintiffs call

6    Mr. Butch Phillips.  Your Honor, Mr. Phillips has requested

7    that he be allowed to affirm rather than swear.

8              THE COURT:  That's fine.

9              THE CLERK:  Do you affirm that the testimony you

10   shall give in the matter now in hearing shall be the truth,

11   the whole truth, and nothing but the truth, and that you do

12   this under the pains and penalties of perjury?

13             THE WITNESS:  I do.

14             THE CLERK:  Thank you.  Please be seated.  Please

15   state your name and spell your last name for the record.

16             THE WITNESS:  Reuben Butch Phillips,

17   P-h-i-l-l-i-p-s.

18   REUBEN BUTCH PHILLIPS, having been duly sworn, was examined

19   and testified as follows:

20                        DIRECT EXAMINATION

21   BY MR. BERNARD:

22   Q    Good morning, Mr. Phillips.

23   A    Good morning.

24             THE WITNESS:  Good morning, Your Honor.

25             THE COURT:  Good morning, Mr. Phillips.

PHILLIPS - DIRECT EXAMINATION/BERNARD

1   BY MR. BERNARD:

2   Q     Where were you born?

3   A     I was born on Indian Island, the home of the Penobscot

4   Nation.

5   Q     Just make sure -- maybe move a little closer to the mic

6   so everybody can hear you clearly.  Thank you.

7         You said you were born on the -- on Indian Island.

8   A     Yes.

9   Q     Okay.  Where did you go to school?

10  A     The first six years, I went on the reservation, to the

11  reservation school, and then into Old Town for grade 6 through

12  high school.

13  Q     What did you do after high school?

14  A     I went into the United States Army.

15  Q     How long were you in the service?

16  A     Three years.

17  Q     Okay.  And did you go to work after you were discharged

18  from the Army?

19  A     Yes, I was hired by AT&T, American Telephone & Telegraph

20  Company.

21  Q     And did you work in the -- in the telephone industry for

22  a while?

23  A     Yes, I was hired in Andover, Maine, at the satellite

24  tracking station, and then after five years went to the area

25  of Dover-Foxcroft, Maine, still with AT&T.

PHILLIPS - DIRECT EXAMINATION/BERNARD

1850

1    Q      Are you retired now?

2    A      Yes, I am.

3    Q      And where do you live now?

4    A      I live in Milford, Maine.

5    Q      Okay.  How do you spend most of your time?

6    A      Well, since I retired, ah, I spend most of my time, I --

7    I hunt and fish and canoe and -- and I used to -- I used to

8    run until physical things happened, but most of the time I'm

9    outdoors playing.

10   Q      Where do you carry -- where do you hunt and fish?

11   A      Um, Penobscot Nation, we own about 96,000 acres of

12   wilderness land, and I have two hunting camps on two different

13   parcels.  I spend most of my time hunting there.  And I duck

14   hunt on the -- on the islands of the reservation.

15          Ah, fishing -- most of my fishing is done on the

16   Penobscot River, and we have a camp at Grand Lake Matagamon, I

17   fish there, and -- and fish other lakes, as well.

18   Q      Did you mention you canoe on the river?

19   A      Yes, I do.

20   Q      Let me show you a photograph which is Plaintiffs'

21   Exhibit 103.  Who is that?

22   A      That's a picture of an old Penobscot.  That's me.  I

23   don't remember the date of this, but it was, I'm going to say,

24   five or six years ago.  The canoe is a 14-foot birch bark

25   canoe that I built by myself.  I gathered all the materials

PHILLIPS - DIRECT EXAMINATION/BERNARD

1851

1    for that canoe in the -- in the wilderness, off our land, and

2    I spent about 500 hours building that canoe.  And I'm wearing

3    Wabanaki native dress.

4         And the occasion was -- this was just south of Hampden,

5    and we greeted a number of native people from Panama who came

6    to the Penobscot River in a ship that they had built, and we

7    accompanied that ship up the river.  We had Penobscot birch

8    bark canoes.  They paddled long, dug-out canoes from their

9    country.

10   Q    Okay.  So this was in Hampden, right here near Bangor?

11   A    Yes, yeah.

12   Q    Have you lived in Maine your whole life?

13   A    Yes, I have, except for the three years I -- I spent in

14   the United States Army.

15   Q    Where is the Penobscot Indian Nation located?

16   A    Penobscot Nation consists of all the islands in the

17   Penobscot River north of Old Town.

18   Q    What is the current population of the tribe?  Do you

19   know?

20   A    Approximately 2,200 people worldwide.

21   Q    And how many people live on the reservation here in --

22   in -- in Maine?

23   A    Oh, approximately 500, maybe a little -- few more.

24   Q    Are you involved in activities of the tribe?

25   A    Ah, I am, not as much as I used to be.  Now I -- as a

1  tribal elder, I take part in -- in ceremonies, elder panels,

2  um, some of the fish and game meetings.

3         Previous to that, I was a representative to the

4  Legislature, a representative to the Penobscot Nation.  I was

5  also a vice chief elected by the Penobscot people.  And I

6  served on the fish and game committee of the Penobscot Nation

7  for 15 years, and also represented the northeastern United

8  States on the Native American Fish and Wildlife Society, a

9  national society.

10 Q    You mentioned that you're an elder of the tribe?

11 A    Yes.

12 Q    What does that mean?

13 A    Well, an elder really doesn't denote age.  You can be

14 called an elder at a young age, but it -- usually based on

15 experience, um, and if you're willing to do ceremonies, take

16 part in the -- the traditions, pass along the -- the

17 traditions, the language, and the ceremonies to the younger

18 people, and -- and you're just looked upon by the tribal

19 people as someone of age, but someone who has experience and

20 is willing to share that with the younger generations.

21 Q    Does the Penobscot Nation have a relationship to the

22 Penobscot River?

23 A    Very much so.

24 Q    Please describe for the court that relationship.

25 A    Well, you have to -- you have to consider that the

1   Penobscot people have been on that river for literally

2   thousands of years.  Um, they inhabited the entire watershed

3   from -- from the Penobscot Bay all the way to the headwaters,

4   depending on the seasons.  And throughout this -- these many,

5   many generations, ah, they gathered all the necessities for

6   life from the river and the surrounding lands -- everything,

7   their clothing, their food, their transportation, their

8   weapons, their housing, everything came from the land and the

9   river, and, of course, their -- their sustenance of taking the

10  fish and animals to feed themselves.

11      Um, and over a period of time, there grew this belief

12  that we were part of the river and the river was a part of us,

13  and there grew this belief that the -- the animals and the

14  creatures were our -- our brothers.

15  Q    Is there a spiritual component to the nation's

16  relationship to the Penobscot River?

17  A    Very much so.  We believe that everything has a spirit,

18  and sometime in ceremonies you call upon these -- these

19  spirits to help you physically and to make -- to make

20  decisions.

21      But, also, as I mentioned, we -- we harvested these

22  animals over, you know, thousands of years for our sustenance,

23  and there grew a very, very deep respect for these -- these

24  animals because we were harvesting them, and we actually

25  appeased their spirits so that they would be there to provide

PHILLIPS - DIRECT EXAMINATION/BERNARD

1854

1    for us tomorrow.  And we use conservation methods to make sure

2    of that.

3        Ah, for instance, let's say the beaver, you take a

4    beaver, and once you take the -- the skin off it and take the

5    meat off it and eat it, you take the bones and put it back in

6    the river to appease that -- the spirit of that animal.

7        So over a period of time, there grew this belief that

8    there was a connection between the people and Kci Niwesq, the

9    Great Spirit, and the people and mother earth and all her

10   creatures.  And that's the basics -- the basis of native

11   spirituality.

12   Q    Do you have now any ceremonies on or along the river?

13   A    Yes, we do.

14   Q    And do you use fish from the Penobscot now in your

15   spiritual ceremonies?

16   A    No.

17   Q    Why not?

18   A    Well, because, ah, the power -- the power of any

19   spiritual object or medicine, the power of that particular

20   item is dependent on its purity, and if we think or even --

21   we -- there's a suggestion that there may be a -- some

22   pollution or something that's not pure, in that it diminishes

23   its spiritual power.

24   Q    Do you look at the Penobscot River from the headwaters

25   down to Penobscot Bay as one river?

PHILLIPS - DIRECT EXAMINATION/BERNARD

1855

1    A     Yes, that's our aboriginal homeland.

2    Q     So the fact that there are dams there or have been dams

3    that sort of, you know, separate the river into pieces,

4    that -- or segments, that -- that doesn't affect that -- that

5    view that it's one river?

6    A     No.

7    Q     Are you aware of any mercury contamination now in the

8    lower Penobscot River from Veazie down to, say, Fort Point?

9    A     Well, I -- I am now.  I wasn't, you know, a year ago.

10   Q     And does your awareness of that contamination, the

11   mercury in the lower river, have any impact on you?

12   A     Absolutely.

13   Q     What is the impact?

14   A     Well, we -- we look at the river on a -- on a holistic

15   basis, and part of the -- part of native spirituality is to

16   protect and enhance the habitat, if that's the case, of all

17   living things.  We're not interested in just the salmon coming

18   up the river.  We're interested in all living things that --

19   that live in, on the river, or live in or on the land -- all

20   of creation, not just one species.

21         So that if one species is harmed, eventually other

22   species are going to be harmed, and we believe that eventually

23   man is going to be harmed because the habitat of the -- of

24   the -- of the creatures, you know, they have no control over

25   it, but -- but we do.

PHILLIPS - DIRECT EXAMINATION/BERNARD

1856

1      And so we stress this, that if you harm the environment,

2  eventually you're going to harm humans.

3  Q      When you were growing up, did you do a lot of things on

4  the -- on the river?

5  A      Absolutely.  That was our playground.

6  Q      Okay.  And when you were a young boy, was the Penobscot

7  in worse shape than it is now?

8  A      Very much so.  Very polluted.

9  Q      If the mercury in the lower river were cleaned up, do

10 you think there would still be some level of pollution in --

11 in the river as a whole?

12 A      Yes, I -- I do.

13 Q      Would you still like the mercury in the lower river to

14 be cleaned up?

15 A      Absolutely.

16 Q      Even though there would be some pollution presumably

17 remaining?

18 A      Absolutely.

19 Q      Why is that?

20 A      Well, my vision -- and I've had this ever since I was a

21 child -- when I saw the Penobscot River at its -- at its

22 worst, I mean, the '50s it peaked in pollution, and I

23 always -- I always thought of my ancestors who used the river

24 when it was pristine, and I saw it very, very polluted.  And I

25 never -- I never thought in my lifetime that I would see the

1   Penobscot River being cleansed and/or dams taken out so that

2   the sea-run fish and other fish could move up the river.

3        So any improvement in any type of pollution or taking

4   out of dams is -- is a great improvement to me personally

5   because, as I said, I didn't think I'd ever see it.  So any

6   improvement in -- in the river is working towards that goal

7   that I always hoped for that my children, my great -- my

8   grandchildren, and -- and the -- the unborn to come could see

9   the Penobscot River as my ancestors did generations ago.

10  Q    You mentioned the dams a moment ago.  Do you know what

11  the Penobscot River Restoration Trust is?

12  A    Yes, I do.

13  Q    And do you have any role in the trust?

14  A    I do.  When it was formed approximately 14, 15, 16 years

15  ago, I was asked to be a cochair of the ambassadors of the

16  Penobscot River.

17  Q    And what have you done in that role?

18  A    Well, as ambassadors, we went out into the communities

19  and tried to get the grassroots support for the project and

20  also visited numerous service clubs, schools, and other

21  groups, explaining the project and trying to promote the

22  project and to get the general public knowledgeable of the

23  goals of the trust.

24  Q    What are the goals of the trust?

25  A    The goals were to take down the two lowermost dams on

1   the Penobscot, acquire another dam in Howland and decommission

2   it and build a fish pass way around that, um, allowing 11

3   species of sea-run fish to once again ascend the Penobscot

4   River.  And also, most important to me, is to reestablish a

5   portion of the Penobscot culture which dealt with the river

6   and our fisheries.

7   Q    If the runs of fisheries are restored, would -- would

8   these fish run -- run up through the tribal waters?

9   A    Yes.

10  Q    And is that a cause for celebration for the tribe?

11  A    It is.

12  Q    Okay.  And does the fact -- what effect, if any, does

13  the fact that these fish might be swimming through

14  mercury-contaminated waters between Fort Point and Veazie on

15  their way upstream, what effect, if any, does that have on

16  this celebratory experience for the tribe?

17  A    Well, as I mentioned, if we -- if we suspect that there

18  is any amount of pollution of any kind in the creatures, then

19  it does diminish the -- the spiritual effect and also affect

20  us from -- from eating the -- the fish.

21  Q    Okay.  How many different Penobscot families are there?

22  A    The old families -- there were approximately 23.

23  Q    And did they take their family names from the animals

24  and the fish who live in and on the river in the bay?

25  A    They did.

1   Q    So what would be an example of that?

2   A    Um, well, as far as the bay is concerned, we have the

3   Sturgeon family, the Lobster family, Sculpin family.  I can't

4   remember all those, but, ah, inland, we have the Bear family

5   -- a very powerful family in Penobscot, very old family.  My

6   family taketh from my mother side is the Fisher family.  Um,

7   and, of course, there's a Turtle clan, the Eel clan, and

8   numerous others.

9   Q    Do you know how many generations of Penobscot Native

10  Americans have lived on the river?

11  A    Well, we like to say 500 generations.  Ah, that puts us

12  somewhere on the order of 10 to 11,000 years of occupying the

13  Penobscot River drainage area.

14  Q    You mentioned earlier that your ancestors had a close

15  connection to the river.  Do you remember that?

16  A    Yes.

17  Q    Do you feel responsibility to your ancestors?

18  A    Oh, absolutely.

19  Q    Please describe it.

20  A    Well, um, everything we do as a -- as a tribal leader,

21  we do according to ancient tribal law, customs, and traditions

22  that were passed down to us from our ancestors.  So there's

23  never a day goes by that we do not give thanks and honor our

24  ancestors.

25       And, again, as a tribal leader, we try to write our

PHILLIPS - DIRECT EXAMINATION/BERNARD

1860

1    policies and some of our laws according to the way we think

2    that the ancestors would -- would have done.  And what we do

3    as far as the Penobscot River is concerned is trying to

4    restore that river to what they experienced before the --

5    before the Europeans came and started building the mills and

6    the dams and so forth.  And in doing that and personally being

7    involved in the -- in the -- the restoration of the river, the

8    trust, that gives me a great deal of satisfaction, along with

9    my son, who is also involved in it, a great deal of personal

10   satisfaction that I'm doing this for my ancestors.  I'm

11   honoring my ancestors by -- by doing this.

12   Q    You mentioned during your deposition that the bones of

13   your ancestors are buried all along the river.  Do you

14   remember that?

15   A    Yes.

16   Q    What do you mean by that?

17   A    Well, as I mentioned, you know, my people have -- have

18   been on this river for literally thousands of years, and there

19   was numerous villages along from the tidewater and out in the

20   bay, all the way up to the ancient hunting -- family hunting

21   areas, and -- and they were buried along the river at various

22   places, and although those -- those bones may not be there

23   because of decay, it's a way of us expressing that the spirits

24   of our ancestors are still there and still with us when we are

25   on the Penobscot River.

1        For instance, we have an annual what we call a sacred

2   run.  It's -- we run a hundred miles from Indian island to

3   Katahdin, our sacred mountain, and we canoe it also.  And the

4   ceremony we have, as we start, we talk about the ancestors,

5   and we take the spirits of the ancestors with us up the river

6   to the sacred mountain, Katahdin.  Although they're not

7   physically there, the bones may be decayed and gone, the

8   spirits are definitely still there and among us.

9   Q    Do you feel a responsibility to future generations of

10  your tribe?

11  A    I do.  That's part of the -- not only Penobscot, but

12  most native tribes in -- in North America, that we don't only

13  plan for tomorrow, our planning is for seven generations ahead

14  of us.  That's very difficult to do.  You know, can you

15  imagine the City of Bangor planning for seven generations

16  ahead of them?  It's very difficult to do.

17       But when you're dealing with the land, dealing with the

18  river, dealing with the environment, the animals, then that's

19  doable.  So in our policies of land management and

20  conservation, we always try to think and plan for the next

21  seven generations.

22  Q    Just, finally, to the Penobscot Indian, is there

23  anything more important in nature than the Penobscot River?

24  A    I don't think so.

25           MR. BERNARD:  Nothing further.

 1              THE COURT:  Thank you.

 2         Cross-examination?

 3              THE WITNESS:  Excuse me.

 4              MR. SCHUTZ:  Not at all, and, Mr. Phillips, thank

 5    you for coming in.  I do not have any questions for you.

 6              THE WITNESS:  Thank you.

 7              THE COURT:  Thank you, Mr. Phillips.  You may stand

 8    down.

 9              THE WITNESS:  That was easy.  Thank you, sir.

10         (The witness left the witness stand.)

11              MR. BERNARD:  Plaintiffs call Dr. David Evers.

12              THE CLERK:  Do you solemnly swear that the testimony

13    you shall give in the matter now in hearing shall be the

14    truth, the whole truth, and nothing but the truth, so help you

15    God?

16              THE WITNESS:  Yes, I do.

17              THE CLERK:  Please be seated.  Please state your

18    name and spell your last name for the record.

19              THE WITNESS:  David Evers, E-v-e-r-s.

20    DAVID EVERS, having been duly sworn, was examined and

21    testified as follows:

22                        DIRECT EXAMINATION

23    BY MR. BERNARD:

24    Q    Are you employed?

25    A    Yes, I am.

1   Q      By whom?

2   A      By Biodiversity Research Institute.

3   Q      Is that also sometimes referred to as BRI?

4   A      Yes, it is.

5   Q      What is your position at BRI?

6   A      Executive director and chief scientist.

7   Q      For how long have you worked there?

8   A      Ah, since 1996.

9   Q      And is that when BRI formed?

10  A      Yes.  Ah, in a different form, as a nonprofit, it formed

11  in 1988, but I started as of 1996.

12  Q      How many people does BRI employ?

13  A      It employs around 50 people full-time right now.

14  Q      And where is it located?

15  A      It's in Gorham, Maine.

16  Q      And that's a little bit south of where we are now?

17  A      Yes, it is.

18  Q      Okay.  What does BRI do?

19  A      We're an ecological research group.  Um, a lot of our

20  research is related to wildlife research, and we use wildlife

21  as indicators of ecosystem health and also examine wildlife

22  conservation needs.

23         Um, most of the work we conduct is for the purpose of --

24  applied purpose that governments need for regulatory purposes.

25  Q      Okay.  So do you provide information to government

EVERS - DIRECT EXAMINATION/BERNARD

1864

1   regulators?

2   A      Yes, we do.

3   Q      And also to private industry?

4   A      Yes, we do.

5   Q      And also to the general public?

6   A      Yes.

7   Q      Okay.  Do you yourself design field experiments

8   concerning the effects of contaminants on birds?

9   A      Yes, often.

10  Q      Okay.  And do you also sometimes conduct such studies?

11  A      Yes, personally, and for the organization, yes.

12  Q      Okay.  And that would include actual work in the field?

13  A      Yes.

14  Q      And do you also interpret data generated by these

15  studies?

16  A      Yes.

17  Q      Okay.  How is BRI funded?

18  A      It's funded through various mechanisms.  Um, primarily

19  through government, both federal and state, also through

20  foundation moneys, um, and sometimes through industry.

21  Q      Do you have an idea of how many grants you've received

22  during your career to -- to study wildlife?

23  A      Um, approximately 300.

24  Q      And do some of those include grants -- withdrawn.

25         Are some of those grants to research the effects of

1  mercury on bird species?

2  A    Yes.

3  Q    Do you receive -- you mentioned, I think, that you

4  receive funding from government agencies.  Do you receive

5  funding from federal government agencies?

6  A    Yes.

7  Q    Which ones?

8  A    Through the U.S. Fish and Wildlife Service, the National

9  Park Service, the EPA, um, Department of Energy.

10  Q    How about government agencies of the State of Maine, do

11  you get any funding from them?

12  A    Yes, not currently, but, ah, Maine DEP and Maine IF&W.

13  Q    And is -- does that stand for Inland Fisheries and

14  Wildlife?

15  A    Yes, it does.

16  Q    Okay.  What is the United Nations global mercury treaty

17  effort?

18  A    It's a -- it's an effort to put together a global treaty

19  about mercury and that has come together at the Minamata

20  Convention in October of 2013, and through that treaty, the

21  intent is to reduce the use and the emissions and the waste of

22  mercury.

23  Q    And are you involved in that effort in any way?

24  A    Yes, I am.

25  Q    How are you involved?

1  A    I'm involved as a -- one of the U.S. scientists to be

2  part of a partnership group, called the fate and transport

3  partnership group.  That's one of seven partnership groups

4  that are assisting the United Nations environment program to

5  provide ways of -- of putting together the treaty.

6  Q    And at whose request are you involved in that effort?

7  A    That was the U.S. EPA.

8  Q    Do you recall an oil spill from a BP rig that occurred a

9  few years back in the Gulf of Mexico?

10  A    Yes.

11  Q    And were you involved in any way in the assessment of

12  injury to birds from that oil spill?

13  A    Yes, I was.

14  Q    In whose behalf?

15  A    On behalf of the U.S. Fish and Wildlife Service.

16  Q    Did you have a staff to assist you in that effort?

17  A    Yes, I did.

18  Q    And how many people were on that staff?

19  A    Approximately 80 people.

20  Q    Okay.  And so you were working for the Fish and Wildlife

21  Service to help evaluate the injuries, if any, to birds?

22  A    Yes.

23  Q    Okay.  Have you studied the effects of contaminants on

24  birds on different continents?

25  A    Yes, I have.

1   Q      Which ones?

2   A      Primarily South America, but also Europe, Asia, and

3   Africa.

4   Q      For how long have you studied the effects of mercury on

5   wildlife?

6   A      23 years.

7   Q      And does that cover the effects of mercury on various

8   species of avian life?

9   A      Yes, it does.

10  Q      In various kinds of natural environments?

11  A      Yes.

12  Q      What is your educational background?

13  A      I have a bachelor's degree in wildlife management at

14  Michigan State University, ecology degree -- a master's degree

15  in ecology at Western Michigan University, and a Ph.D. in

16  conservation biology at the University of Minnesota.

17  Q      Do you teach now at all?

18  A      I don't currently.

19  Q      Have you published papers in the peer-reviewed

20  scientific literature on the toxicity of contaminants to

21  birds?

22  A      Yes, I have.

23  Q      And specifically on the effects of mercury on birds?

24  A      Yes.

25  Q      Do you know a journal called Ecotoxicology?

1  A     Yes.

2  Q     Did you edit a special edition of that journal in 2005?

3  Do you remember?  On the subject of mercury in the northeast?

4  A     Yes.

5  Q     Okay.  Do you remember what that involved?

6  A     Yes, I did.

7  Q     Okay.  Please briefly describe.

8  A     Yes, it was a synthetic effort to examine existing

9  mercury data in the northeast and to engage scientists and

10 policymakers in the region and to develop manuscripts that

11 would help synthesize those data and interpret the data as to

12 how they relate to space and time.

13 Q     Have you presented your work at professional meetings?

14 A     Yes, I have.

15 Q     Do you have some estimate of how many times you've done

16 that?

17 A     Um, approximately nearly 200 times.

18 Q     And do some of those presentations involve the effects

19 of mercury on avian species?

20 A     Yes.

21 Q     Okay.  Is a fuller account of your professional

22 activities and background included in your CV?

23 A     Yes.

24         MR. BERNARD:  Your Honor, that's Joint Exhibit 17.

25         THE COURT:  Thank you.

1   BY MR. BERNARD:

2   Q     Let's turn to the Penobscot River Mercury Study.   Did

3   BRI have any involvement in that study?

4   A     Yes, we did.

5   Q     What did it do?

6   A     Ah, we examined the exposure of mercury to various

7   species of wildlife, ah, including bats, furbearers,

8   piscivorous birds, and invertivore birds.

9   Q     Okay.  Just so we keep our terms straight, what is a

10  piscivorous bird?

11  A     Yes, a piscivorous bird is a fish-eating bird.

12  Q     And what is an invertivore?

13  A     Invertivore is a bird that eats invertivores, including

14  insects, spiders, centipedes, etc.

15  Q     Did the court-appointed Study Panel ask you to prepare a

16  review of the scientific literature concerning the effects of

17  methylmercury on wildlife?

18  A     Yes.

19  Q     And did you prepare such a review?

20  A     Yes, I did.

21  Q     Okay.

22          MR. BERNARD:  Your Honor, this is Joint Exhibit 6-2,

23  Appendix 2-2.

24          THE COURT:  Thank you.

25  BY MR. BERNARD:

1    Q    And, Dr. Evers, let me just show you that document that

2    I've just identified for the judge.  Is that -- is this the

3    cover page of the review you prepared in -- for and submitted

4    to the Study Panel?

5    A    Yes, it is.

6    Q    Okay.  I'll just show the bottom there that I think

7    shows your name.

8    A    Yes.

9    Q    And that was in October of 2012?

10   A    Yes.

11   Q    We'll return to that.

12        What was the purpose of the literature review, as you

13   understood it?

14   A    Ah, to summarize the literature for data on the effects

15   of mercury to wildlife.

16   Q    Okay.  And did you under -- have an understanding of

17   what the -- why the Study Panel wanted this review?

18   A    Yes, to provide some context for the exposure data that

19   were collected.

20   Q    And when you say exposure data, to what are you

21   referring?

22   A    Exposure data would include mercury concentrations in

23   the body burdens of various species of wildlife or the effects

24   of what do those exposure levels actually mean.

25   Q    Did you prepare this -- you -- you signed it yourself.

EVERS - DIRECT EXAMINATION/BERNARD

1871

1    Do you see that?

2    A    Yes.

3    Q    Did you prepare this report on your own?

4    A    Yes, I did.

5    Q    Okay.  How did you go about preparing it?

6    A    Um, by, um, gathering the literature -- all the

7    literature I could find on the effects of mercury on wildlife,

8    developing tables and appendices on that literature to

9    summarize the literature, and then to -- with that summary of

10   the tables and appendices, interpret the data that were

11   available.

12   Q    And did you propose, as part of this process, to the

13   Study Panel thresholds beyond which you thought there would be

14   adverse or toxic effects on birds and mammals?

15   A    Yes, thresholds and -- and gradients, a couple different

16   ways of looking at it.

17   Q    Okay.  Well, we'll return to that in a moment.

18        Do you remember how many studies you reviewed in putting

19   together this report?

20   A    Ah, not offhand I don't.

21   Q    Let me see if I can refresh your memory.  This is Page 3

22   of the report.  Let me see if I can zoom out here a little

23   bit.  Okay.  So this is Joint Exhibit 6-2, Appendix 2-2 at

24   Page 3.

25        Does this -- let me make that neater.  Does this refresh

1    your recollection?

2    A    Yes.

3    Q    So how many studies did you review?

4    A    162 studies; 98 for birds, 64 for mammals.  It's

5    important that these were the studies that primarily focused

6    in on wildlife, not domesticated animals.  There's a few

7    studies that were included for domesticated animals if they

8    are very relevant for wildlife.

9    Q    Okay.  And do you have an estimate of what percentage of

10   the studies you reviewed for the report that you prepared were

11   subject to peer review?

12   A    Most of those studies were subject to peer review.

13   Q    Okay.  Now, did you include a bibliography of all of the

14   studies that you considered in preparing this report?

15   A    Yes, I did.

16           MR. BERNARD:  Okay.  Your Honor, that runs from

17   Pages 23 through 36 of Appendix 2-2.

18           THE COURT:  Thank you.

19   BY MR. BERNARD:

20   Q    Let me turn your attention to mercury.  Is mercury a

21   neurotoxin?

22   A    Yes, it is.

23   Q    Is it a potent neurotoxin?

24   A    Yes, it is.

25   Q    Okay.  Can it -- what kind of damage can it cause to

EVERS - DIRECT EXAMINATION/BERNARD

1873

1  birds?

2  A    It has the ability to cause physiological damage,

3  behavioral damage, reproductive damage.  It may have impacts

4  of survivorship.

5  Q    Okay.  So before we get to those categories, what is a

6  sublethal effect?

7  A    Sublethal effect is having an effect that, ah, simply

8  doesn't have a lethal effect.  So sublethal can have an

9  impact, can change behavior, the physiology, the reproductive,

10  um, endpoints of an animal, but doesn't have a lethal effect

11  in the end.

12  Q    Okay.  Can a sublethal effect of mercury impair the

13  ability of animals to -- birds to pair up?

14  A    Yes, it can.

15  Q    And to court?

16  A    Yes, it can.

17  Q    And to reproduce?

18  A    Yes.

19  Q    Now, you mentioned physiological effects, what -- what

20  are sublethal physiological effects on birds caused by

21  mercury?

22  A    Sure.  One could be impacting the biochemistry within

23  the brain, and that biochemistry can have impacts to the

24  behavior of the bird, and that could impact -- the behavior of

25  the bird impacted could impact courtship, reproductive

1    success, etc.

2    Q    Can you give us an example of such an effect and how it

3    would run through that sequence?

4    A    Ah, as a -- as a -- as impacts of the nervous system,

5    for example, we were able to document that loons do not

6    incubate their eggs if they have high mercury at the level

7    that they should, and that impact on behavior probably has an

8    impact on reducing high-energy behaviors, and incubation ends

9    up being a high-energy behavior for most birds.

10        So instead of incubating the eggs, the mercury -- we've

11   demonstrated that there's a relationship with mercury of body

12   burdens and the reduction of incubation behaviors.

13   Q    Okay.  Can mercury impair a bird's immune system?

14   A    It can.

15   Q    And is an impairment of the immune system -- withdrawn.

16        What could the effect of that be in terms of bird

17   health, including reproduction?

18   A    Yeah, it's -- it's a harder relationship to show, but

19   the impact to the immune system, there's evidence that birds

20   may be more prone to disease.

21   Q    Okay.  Now, are there sublethal neurological effects

22   caused by mercury?

23   A    Yes.

24   Q    And what would -- what would such an effect be?

25   A    One example is an example I gave with the incubating

1   loons with their eggs.  Other behaviors that we found, again,

2   with common loons is that loon chicks that have high-mercury

3   body burdens are, again, less likely to engage in high-energy

4   behaviors.

5   Q    Okay.  You mentioned behavioral effects.  What -- what

6   do you -- what do you -- what behavior can be impaired or

7   altered in a bird by mercury?

8   A    Yep.  A feeding behavior, it appears that adult loons do

9   not have as -- if we quantify the behavior of loons to time

10  activity budgets, the feeding behavior of adult loons declines

11  as related to high mercury loads.

12  Q    These effects that you've been talking about, have they

13  been documented in the scientific literature?

14  A    Yes, they have.

15  Q    Okay.  Including the literature you reviewed and

16  included in your report?

17  A    Yes.

18  Q    Okay.  Now, you mentioned -- you've mentioned a bunch of

19  effects that can alter bird behavior or bird chemistry in a

20  way that might affect reproduction.  How about sublethal

21  effects directly on reproduction; is that something that

22  mercury can cause?

23  A    Yes, I think that's maybe one of the more direct

24  endpoints that I've used and that my colleagues have used to

25  be able to define and quantify the potential impacts of

1  mercury.  Reproductive endpoints can include number of eggs

2  laid, do those eggs hatch, and do the chicks fledge, so very

3  defined endpoints.

4      For multiple studies, there have been found

5  relationships with mercury exposure and a reduction in

6  those -- in those reproductive endpoints.  And a good example

7  is with loons, once again, loons with a certain body burden of

8  mercury can be related to reduction -- specific reductions of

9  reproductive success.

10 Q   Are loons piscivores?

11 A   Yes, they are.

12 Q   Okay.  And you mentioned in your report that --

13 withdrawn.

14     Are piscivores at risk in terms of impaired reproduction

15 from mercury?

16 A   Yes, ah, depends on the place, but, yes.

17 Q   And how does that -- how about invertivores?

18 A   Invertivores, as well, yes.

19 Q   And how would you compare the two, if you can?

20 A   It --

21 Q   In terms of their sensitivity to mercury contamination.

22 A   Yes, I think it's important to realize -- I always think

23 of it as birds are not all created equal.  Some species are

24 more sensitive or tolerant to mercury than others.  There's an

25 excellent study of mercury -- an egg dosing study by Patuxent

1    Wildlife Research Center, Gary Heinz was the lead author, and

2    he found a sensitivity gradient of an order of magnitude, and

3    fish eaters tended to be more tolerant of mercury than nonfish

4    eaters.

5    Q    I want to show you one sentence from Page 3 of your

6    report, just to pin down this point.  You see too here -- and

7    we'll be looking at some of this later, as well.  But you

8    see -- you write, piscivores are at great risk, but

9    invertivores are oftentimes at equal or even at greater risk,

10   especially those taxa associated with prey from wetland

11   habitats.  Do you see that?

12   A    Yes, I do.

13   Q    And is that an accurate statement of your knowledge?

14   A    It is.

15   Q    Okay.  What -- what is a -- what are taxa?

16   A    Different species of wildlife, in this case, different

17   species of birds.

18   Q    Okay.  Now, you mention the Heinz study as a basis for

19   saying that invertivores are more sensitive to mercury than

20   piscivores; is that right?

21   A    Yes.

22   Q    Now, here you say especially those taxa or species

23   associated with prey from wetland habitats.  What's the basis

24   for that?

25   A    The basis from that is wetlands are -- are systems that

1    are sensitive to mercury input.  They have the ability -- the

2    wetland habitat has the ability to methylate the mercury

3    that's in that system, and then there's great ability for that

4    methylmercury to biomagnify through the organisms in that

5    system.

6    Q    Are you aware of wetland systems within the Penobscot

7    ecosystem?

8    A    Yes.

9    Q    Is Mendall Marsh one?

10   A    Yes.

11   Q    Okay.  Now, are birds that feed on spiders at any -- at

12   any particular risk?

13   A    Yes.

14   Q    Why is that?

15   A    Ah, the -- the movement of methylmercury through the

16   food web is called biomagnification, and that is probably one

17   of the better ways for methylmercury to hit high levels within

18   a habitat.

19        So by having predators eating predators eating prey

20   biomagnifies methylmercury quite a bit.

21   Q    I want to show you a chart from your report, which is

22   Joint Exhibit 6-2, Appendix 2-2, and this is at Page 11.  It's

23   Figure 3.  Do you recognize this chart?

24   A    Yes, I do.

25   Q    I'm trying to zoom in a little for you.  And is this

1   connected to that Heinz study you mentioned a few moments ago?

2   A     It is.  It is actually just a -- a visual depiction of

3   the data as they were presented within the Heinz study.

4   Q     Now, please explain to the court what this figure

5   displays.

6   A     Sure.  On the X axis is the sensitivity of bird eggs

7   from high to low.  And the high to low categories were

8   identified in the manuscript by Heinz, et al.  The Y axis is

9   the egg total mercury concentrations.  The different

10  four-letter codes are explained in the footnote below, and

11  those represent different species of birds.  There's a total

12  of 21 or 22 species.

13        There's one other studies that was included here for

14  further context, and it's one by Kevin Kenow in 2011 for

15  common loons.

16  Q     So just to make it clear, where are the birds that are

17  more sensitive to mercury contamination on this figure?

18  A     Sure.

19  Q     And you can -- you can mark on the figure with your

20  finger, if you want, if that --

21  A     Sure.  Sensitivity of birds from high to low, so high --

22  see high here, you'll see medium here, or low -- so if you

23  look on top here.

24  Q     So where do -- where do loons fall on this continuum?

25  A     Common loons are depicted by the four-letter code COLO,

1    and they fall right here.

2    Q    So that's on the -- in the low tolerance group?

3    A    Yes.

4    Q    Where do -- what group does red-winged -- I'm sorry --

5    does Nelson's sparrow belong to?

6    A    They're invertivores, they're in the order

7    Passeriformes.  Passeriformes are a large order of birds,

8    songbirds.  There's two other species of songbirds that were

9    included in this study, and they include common grackle, COTR,

10   and tree swallow, TRES.

11   Q    Okay.  And that's in the moderate getting toward the

12   high sensitivity category?

13   A    Yes.

14   Q    Where would you place Nelson's sparrow along this arrow?

15   A    I would -- I would place Nelson's sparrow along with the

16   findings with the grackles and tree swallows.  I'd place them

17   right in this area right here.

18   Q    How about red-winged blackbirds?

19   A    Same, same, the information to date.  I would

20   differentiate within the order of Passeriformes.

21   Q    Okay.  Let's talk about an effects concentrations.

22   What's an effects concentration?

23   A    Well, effects concentration can be related to various

24   endpoints, and those endpoints can be related to physiological

25   endpoints, behavioral, reproductive, or survivorship, so it

1    depends on the endpoint that -- that you're looking at.

2    Q    Is an effects concentration sometimes referred to as an

3    EC?

4    A    Yes.

5    Q    Okay.  What is an EC20?

6    A    EC20 would be an effects concentration that may affect

7    20 percent of the population.  So if it's 20 percent reduction

8    in reproductive success, that would be EC20.

9    Q    Now, if you're looking at effects of mercury on

10   individual birds, is there some uncertainty regarding the jump

11   from an effect on an individual to the effect on the

12   population or the species to which the individual belongs?

13   A    There is, yes.

14   Q    And is the EC20 one way that you've found to address

15   that uncertainty?

16   A    Yes, yes.  It's a rule of thumb.  The rule of thumb is

17   that 20 percent of a bird population has -- has excess, so

18   excess in individuals.  So if 20 percent of the population was

19   removed, then you would actually reduce the population.

20   Q    Okay.  And that would be -- that would be a

21   population-level effect?

22   A    Yes, after -- after an EC20, it's, again, a very coarse

23   rule of thumb that there could be a population effect.

24   Q    Okay.  Now, can -- if you exceed the EC20, does that

25   mean that the population may no longer be self-sustaining?

1    A    Correct.

2    Q    Okay.  In your view, is the EC20 the best, most relevant

3    standard for protecting a target species at the population

4    level?

5    A    Yes.

6    Q    Now, based on all the literature reviewed, as well as

7    your own experience and expertise, did you propose an EC20

8    blood mercury level for piscivores, or fish-eating birds, in

9    the Penobscot?

10   A    I did.

11   Q    And do you remember what that level -- what that level

12   is?

13   A    It varied by tissue type.

14   Q    In blood, though, did you propose a -- a level?  Do you

15   recall?

16   A    I -- I did.  It'd be good to see in the report.

17   Q    Let me see if I can --

18   A    As I recollect, it was mid 2 parts per million.

19   Q    What's that?

20   A    It was mid 2 parts per million.

21   Q    Okay.  I think it's on Page 3 here, yeah.  So just look

22   in here and look at that and then see whether that refreshes

23   your recollection.

24   A    Sure, yeah.  It says 2 parts per million --

25   Q    Okay.

1    A    -- for common loons.

2    Q    So that actually says micrograms per gram; is that

3    right?

4    A    Yes.

5    Q    And that's the equivalent of a part per million?

6    A    A microgram per gram is equivalent to parts per million.

7    Q    So your proposed toxicity threshold for piscivores in

8    the Penobscot was 2.0 parts per million or micrograms per

9    gram?

10   A    Yes.

11   Q    Now, is that based, in part, on studies of the common

12   loon?

13   A    Yes, it is.

14   Q    And did you yourself conduct some of those studies?

15   A    Yes, ah, one of the studies.

16   Q    And is there a study that shows a 40 percent decline in

17   reproduction of the common loon at -- at around 3 parts per

18   million or micrograms per gram?

19   A    Yes.

20   Q    Okay.  What study is that?

21   A    That's a study that I conducted in the Rangeley Lakes

22   area of Maine and New Hampshire.

23   Q    Okay.  And did I -- did I reflect accurately what the

24   study shows?

25   A    Yes, it does show at 3 parts per million there's a

1  40 percent reduction in fledged young.

2  Q    Okay.  And I think you said earlier a loon is a

3  piscivore, and you -- you had 2.0 micrograms per gram or parts

4  per million proposal.  Do you know whether the court-appointed

5  Study Panel adopted that threshold?

6  A    I believe they did.

7  Q    Okay.  Now, did you also propose a threshold for

8  invertivores, or insect-eating birds?

9  A    Yes.

10  Q    Okay.  And what is that?  And if you need to refresh

11  your recollection, you can look just farther down in that

12  sentence.

13  A    Sure, sure.  That's 1.2 parts per million in the blood.

14  Q    And what was the basis for the -- your proposed blood

15  threshold for mercury of 1.2 micrograms per gram for

16  insect-eating birds?

17  A    Yeah, it was based on a study with Carolina wrens in

18  Virginia, with two different study sites representing two

19  different rivers -- the Holston River, which is part of a

20  Natural Resources Damage Assessment under the guidance of the

21  U.S. Fish and Wildlife Service, and the other site was the

22  South River, also in Virginia, and that was with the U.S. Fish

23  and Wildlife Service and is also an NRDA site.

24  Q    And NRDA means?

25  A    Natural Resource Damage Assessment.

EVERS - DIRECT EXAMINATION/BERNARD

1885

1   Q    Okay.  And -- and in conducting such assessments --

2   withdrawn.

3        Some of the studies you've conducted have been in

4   pursuit of assessments like that?

5   A    Yes, they're assessments that are guided by trustee

6   council that would include state and federal governments and

7   the -- the responsible party.

8   Q    What was your involvement in the Jackson study, the

9   Carolina wren study?

10  A    Yeah, the Carolina study -- Carolina wren study examined

11  exposure and effects of mercury on that species as

12  representative species for other songbirds, and my part in

13  that was to design the study and to oversee the study.

14  Q    Okay.  We will talk about that study in greater detail

15  in a few minutes.

16       But was the Carolina wren study the exclusive basis for

17  your proposed 1.2 micrograms per gram threshold for

18  invertivores?

19  A    It was the primary basis.

20  Q    Okay.  Were there other -- did anything else enter into

21  your thinking about that threshold other than the Carolina

22  wren study?

23  A    Yes, um, it -- it -- that study does agree with other

24  studies that have been conducted by my colleague Dan Cristol,

25  at The College of William & Mary, and also it agrees with the

EVERS - DIRECT EXAMINATION/BERNARD

1886

1  study conducted by Gary Heinz from the Patuxent Wildlife

2  Research Center.

3  Q     Okay.  I want to turn to -- before we get off the

4  thresholds, I want to turn to the first sentence of your

5  report, which is on Page 3 and get an understanding of that.

6  It says, published findings indicate that reasonable effects

7  concentrations can be developed for certain taxa forage guilds

8  and tissue types that provide replicable and scalable

9  endpoints for assessing risk.  Do you see that?

10  A     Yes.

11  Q     Okay.  So taxa you've described.  What is a forage guild

12  -- guilds?

13  A     A forage guild would include species represented by the

14  diet, so that would include fish or invertebrates.

15  Q     And what is a replicable and scalable endpoint?

16  A     Replicable is -- is -- would be an endpoint that can be

17  repeated by others in the future.  Scalable is an endpoint

18  that can be scaled over time and space.  So having a defined

19  metric, such as the number of fledged young -- a change in

20  fledged young would be a scalable endpoint.

21  Q     Are the proposals you earlier discussed -- the 2.0 for

22  piscivores and the 1.2 for invertivores -- is -- is that what

23  you meant by those are reasonable effects concentrations for

24  the piscivorous and invertivorous birds in the Penobscot?

25  A     Yeah, reasonable meaning that those are effects

1  concentrations that agree with the literature, agree with the

2  findings of other colleagues, agree with -- with new

3  information that is forthcoming.

4  Q    Okay.  Do you know whether the court-appointed Study

5  Panel adopted your blood mercury effects concentration of

6  1.2 micrograms per gram for invertivores?

7  A    Yes, I believe they did.

8  Q    Now, I just want to pin down one thing.  It's obvious

9  from the numbers that your proposed threshold for invertivores

10  is stricter, that is, the number is lower, than it is for

11  piscivores; is that right?

12  A    Yes.

13  Q    Why is that?

14  A    Ah, the reason for that is that's what -- those are the

15  -- the data showcase that were the results.  It agrees, again,

16  with the variation that is -- is seen through other studies,

17  such as the egg dosing study that Gary Heinz conducted.

18  Q    And does this reflect what -- the language we looked at

19  before, which is actually farther down on this page, that

20  invertivores may be at greater risk than piscivores for

21  mercury contamination?

22  A    Or more sensitive, and therefore, they could be at

23  greater risk.

24  Q    Okay.  Now, are songbirds invertivores?

25  A    Some are.

EVERS - DIRECT EXAMINATION/BERNARD

1888

1    Q      Is the Nelson's sparrow?

2    A      Yes.

3    Q      And is the red-winged blackbird an invertivore?

4    A      During the summer, yes.

5    Q      Okay.  What is a NOAEL, or a no observed adverse effect

6    level?

7    A      A NOAEL reflects a safe level of a contaminant

8    concentration.

9    Q      And what is a LOAEL, or a low -- lowest observed adverse

10   effect level?

11   A      Yes, a LOAEL reflects a statistically significant

12   concentration of a contaminant that has impact.

13   Q      And do you have an opinion about whether the use of

14   NOAELs and LOAELs is the best approach for considering

15   toxicity to birds?

16   A      Yes, yes, I do.  I think a -- a NOAEL-LOAEL approach is

17   a very traditional approach, has been used for decades.  It's

18   a very good approach.  There are better approaches that are --

19   are being discussed this past decade or so, and better being

20   that they may better represent the complete injury of a

21   contaminant to an organism, like a bird, whereas the

22   LOAEL-NOAEL, the -- the gap between the LOAEL and NOAEL does

23   include parts of the population that -- that would not be

24   typically included in an injury assessment.

25        And so by looking at effects concentrations, it really

1   does include in a more comprehensive way what the effects are.

2   Q     Is the area between the NOAEL, the no observed adverse

3   effect, and the LOAEL, the lowest observed adverse effect, is

4   that kind of the gray area in terms of impacts?

5   A     It can be.  In the past, it has been.

6   Q     And does the effects concentration do anything to

7   address that gray area?

8   A     I think it does.  I think it -- it better represents the

9   -- the complete injury to an organism.

10  Q     Okay.  Let's -- let me turn your attention to -- having

11  talked about the thresholds that you proposed, let's turn to

12  the levels of mercury in the blood of Penobscot songbirds.

13        First let me pin down one thing.  The Heinz study which

14  you mentioned involved eggs; is that right?

15  A     Yes, it did.

16  Q     And is there a relationship -- do you know -- between

17  mercury in eggs and mercury in blood in female birds?

18  A     Yes.

19  Q     Okay.  Let me just show you in Appendix 2-2 at Page --

20  one moment, please.  Yeah, it's on Page -- Page 10.  So this

21  is Joint Exhibit 6-2, Appendix 2-2, Page 10.  Does this figure

22  depict that relationship?

23  A     Yes, it does.

24  Q     What does it show?  Please explain to the court.

25  A     Yes, it shows the relationship between blood, on the X

1    axis, concentrations, and then mercury concentrations in egg

2    on the Y axis, and it does that for one species, a tree

3    swallow.

4    Q    Okay.  And is a tree sparrow a Passeriformes?

5    A    It is a Passeriformes indeed.

6    Q    And that's also the same order that includes Nelson's

7    sparrows and red-winged blackbirds?

8    A    Yes, it is.

9    Q    Okay.  And what does this R-squared value represent?

10   A    R-squared shows statistically the relationship between

11   the two variables, and a .91 R-squared is a very strong

12   relationship.

13   Q    Okay.  Now, this is from Page 15 of your review, so

14   that's Joint Exhibit 6-2, Appendix 2-2 at Page 15.  Do you see

15   this Table 3?

16   A    Yes, I do.

17   Q    Okay.  And does that lay out for adult blood various

18   effects concentrations?

19   A    Yes.

20   Q    Okay.  Now, we've mentioned an EC20, but you have here

21   other numbers by the EC.  What's an EC10?

22   A    An EC10 would be -- is an effects concentration that

23   would impact -- impact 10 percent of the population.  An EC10

24   is used by the U.S. Fish and Wildlife Service for natural

25   resource damage assessment sites, for example.

1    Q      And, similarly, an EC20 would be 20 percent impact on

2    reproduction, 30, and 40, so on?

3    A      Yes.

4    Q      Okay.  So an EC40 would have a 40 percent adverse effect

5    on reproduction?

6    A      Adverse impact on 40 percent of the population.

7    Q      Okay.  And the number you derived, the concentration of

8    mercury you derived to have that effect was 2.2 parts per

9    million or micrograms per gram?

10   A      Yes.

11   Q      Okay.  And that comes mostly out of the Jackson study?

12   A      It does.

13   Q      Okay.  Let's look, then, at the data for the Penobscot,

14   keeping that in mind.  I want to show you a chart that

15   Dr. Kopec testified about yesterday, and this is Joint

16   Exhibit 8, Figure 14, which is the -- a barchart concerning

17   Nelson's sparrows at -- in the Penobscot.  Let's see if I can

18   zoom out a little bit.  Okay.  Is that pretty clear to you?

19   A      Yes, it is.

20   Q      Okay.  So have you ever seen this before?

21   A      Yes.

22   Q      Okay.  So this shows, does it not, total mercury on the

23   vertical axis at a series of sampling stations in the

24   Penobscot which are displayed on the horizontal axis?

25   A      Yes.

EVERS - DIRECT EXAMINATION/BERNARD

1892

1    Q    Okay.  So where would your EC20 be?  Could you just draw

2    a line across?

3    A    Sure.  It'd be at the 1.2 mark, so approximately there.

4    (Witness drawing. )

5    Q    And how about an EC -- why don't we just skip to EC40.

6    A    Go to EC40, which is --

7    Q    I think that was 2.2?

8    A    2.2, yeah.  (Witness drawing. )

9    Q    So looking at those lines, the horizontal lines you just

10   drew, and the vertical bars that are depicted in Figure 14,

11   what do you see here for Nelson's sparrows?

12   A    Well, there's -- there's high potential for significant

13   impact at a population level.

14   Q    Did you yourself sample birds on Mendall Marsh as part

15   of the Penobscot River Mercury Study?

16   A    Individually, ah, a few.

17   Q    Okay.  Now, what is a hatch-year bird?

18   A    A hatching-year bird is a bird that was hatched the year

19   that -- the summer that you caught that bird.

20   Q    Okay.  And are they important in terms of the sustenance

21   of -- of a bird population?

22   A    Sure, sure.  That's your -- your -- the part of the

23   population that will be the generation to come to replace the

24   adults that are within that population.

25   Q    What, if anything, did you find with regard to the

1   population of hatched birds when you were out on Mendall

2   Marsh?

3   A     We found very few hatching-year individuals.  Um, we

4   caught very few on the marsh, whereas other marshes that we

5   work at, we would catch a larger percentage of the individuals

6   be hatching year.

7   Q     What, if anything, does that suggest to you?

8   A     It suggests a -- an impact to reproductive success from

9   that population on that marsh.

10  Q     And -- and did the numbers in Figure 14 kind of

11  reinforce why that might be happening?

12  A     Yes.

13  Q     Okay.  Now, are you familiar with mercury data in

14  songbirds from the northeast United States?

15  A     Yes.

16  Q     And -- and how many -- I know you've done a lot of

17  studies, but do you have an idea of how many data points you

18  have for songbirds in northeastern United States?

19  A     Yes, approximately 8,800.

20  Q     Okay.  And how do the blood concentrations in mercury of

21  Nelson's sparrows in Mendall Marsh compare to this trove of

22  data you have on mercury in songbird blood in the northeast?

23  A     They are some of the highest if not the highest.  Maybe

24  there is one other site that would be comparable.

25  Q     Is it rare to see blood mercury levels this high in

1    songbirds?

2    A    Yes.

3    Q    Did you attend any of the meetings of the investigators

4    in the Penobscot study?

5    A    Yes.

6    Q    Okay.  And do you remember making a presentation at one

7    of the meetings?

8    A    Yes.

9    Q    I'm going to show you a -- this is Joint Exhibit 65.

10   Does that look like a cover page of a PowerPoint that you

11   prepared?

12   A    Yes.

13   Q    Okay.  Do you remember when this was?  I confess I don't

14   see a date on it.  It's not essential.  I'm just wondering.

15   A    I don't.  There's two time periods I presented.  One in

16   Chicago and one in Jackson.

17   Q    Okay.  And do you remember the year, or would that be --

18   be difficult?  You don't have to.

19   A    Okay.  I don't recall the year, actually.

20   Q    Okay.  Fine.  Anyway, I want to take the fifth slide

21   from the back, and you seem to be reporting on some data, and

22   this is -- there we go.  Didn't even need Mr. Thompson.

23         Okay.  So do you remember this -- this figure?

24   A    Yes, I do.

25   Q    Okay.  And is this a figure you presented to the Study

1   Group as part of your presentation in either Chicago or

2   Jackson?

3   A     Yes.

4   Q     What does it show?

5   A     This shows the concentrations of Ammodramus sparrows,

6   which are Nelson's sparrows and saltmarsh sparrows and

7   potentially seaside sparrows across New England, sample size

8   of 1,157.  On the X axis, horizontal axis, those represent

9   different sites in New England, and they're represented by --

10  and they show the state, so multiple states are included here

11  in parentheses as the sample size for that area.  The EC

12  levels are depicted there, both 10 and 50.  And the histograms

13  represent the mean and standard aviation.

14  Q     What's a histogram?

15  A     The histogram, the barchart.

16  Q     Okay.  Where are the Penobscot values?

17  A     The Penobscot values are -- are in orange.  The -- um,

18  the four sites that are depicted on the right, the highest

19  sites, are in the contaminated area, and the two reference

20  sites that we selected, one was in Scarborough marsh and one

21  was in Bass Harbor, in Acadia National Park, both in Maine,

22  are on the left side.

23  Q     So is this Scarborough marsh here?

24  A     Yes.

25  Q     And this is the Acadia site?

1   A     Yes.

2   Q     And those were reference areas that you chose for the

3   Penobscot?

4   A     Correct.

5   Q     Okay.  Now, are any of these -- those are two reference

6   areas.  Are any of these sites contaminated sites other than

7   the Penobscot over the orange bars on the right?

8   A     Yes, it appears that, um, Parker River is contaminated,

9   and the Hempstead Long Island site is suspected as a

10  contaminated site.  So some of these sites are suspected

11  because we're not quite certain where the contaminant source

12  is.

13  Q     Okay.  Now, the highest value you have here is what for

14  blood mercury in -- in a Nelson's sparrow?  You can see that?

15  A     The highest value, um, as a mean just under 6 parts per

16  million, standard deviation shows variation up to 8, there

17  could even be individuals higher, but that's just the way the

18  histogram is depicting the data.

19  Q     Now, this is before you had the -- this is before 2012,

20  right?

21  A     Yes.

22  Q     And it was before you had the 2012 monitoring data from

23  the Penobscot?

24  A     Yes.

25  Q     Okay.  So if you were to look, let's look back at Figure

1   14 for a moment, what's the highest value you have there for

2   the 2012?

3   A     Sure.  Um, 11 parts per million.

4   Q     Okay.  So that would be considerably higher than what

5   you depicted on this chart; is that true?

6   A     Yes, it would.

7   Q     Now, what, if any, relevance -- withdrawn.

8         So are these sites here part of this database you

9   referred to with the thousands of data points about songbirds?

10  A     Ah, not the Penobscot data, but the other sites are part

11  of the 8,800 data point database.

12  Q     And -- and why present this chart?  I mean, what -- what

13  is the usefulness or -- what is the value of this, from your

14  point of view?

15  A     Yep.  It provides the regional context.  Mercury -- the

16  source of mercury is multifold, and it can be atmospheric or

17  water-borne.  I think it's very important to have the regional

18  context and -- and having regional context in a certain

19  species and certain tissue type.

20        And so this -- this data set right here is one of those

21  ways of looking at mercury from a regional standpoint and how

22  atmospheric depositioning can play a role.

23  Q     What is the likelihood, in your view, that the mercury

24  found in Nelson's sparrows at Mendall Marsh is having toxic

25  effects on those birds?

1   A     It's highly likely.

2   Q     And is it -- what is the likelihood that -- or

3   withdrawn.

4         What is the risk of reproductive harm given the mercury

5   levels in those songbirds?

6   A     I think there's a very high risk of reproductive harm.

7   Q     What is a population sink?

8   A     Population sink would be described as an area that

9   individuals of, let's say, a bird population would come to to

10  breed, um, not knowing there's a certain stressor that would

11  impact the breeding abilities.  And so it becomes a sink for

12  the area, a population sink, versus having a -- an ability to

13  produce enough young that actually adds to the population in

14  the area.

15  Q     How do you tell whether an area is a population sink?

16  A     One way would be to look at the reproductive success on

17  an annual basis over time.

18  Q     Let me show you from Joint Exhibit 8 -- this is the 2012

19  monitoring report -- Figure 16.  Have you seen that before?

20  A     Yes.

21  Q     Okay.  And this concerns total mercury in red-winged

22  blackbirds.  Do you see that?

23  A     Yes.

24  Q     And, again, looking at the 2012 values at the Mendall

25  Marsh sites, what do you see?

1   A     Yeah, the 2012 values are -- are quite a bit elevated

2   even over, you know, other years at some of these sites.

3   Q     How do concentrations in the Penobscot red-winged

4   blackbirds compare to what you've seen in the scientific

5   literature?

6   A     Ah, very high.

7   Q     Have you seen values higher?

8   A     I haven't.

9   Q     What is the likelihood, in your view, that red-winged

10  blackbirds in the Penobscot are suffering toxic effects --

11  withdrawn.

12        What is the likelihood, in your view, that red-winged

13  blackbirds in the Penobscot are suffering adverse effects on

14  reproduction?

15  A     It's highly likely.

16        MR. BERNARD:  Your Honor, we're about to turn to the

17  Carolina wren study.  I don't know if you would like to break

18  now?

19        THE COURT:  Sure.  This is a good time.  We'll take

20  about a 20-minute break.  We'll see you in about 20 minutes.

21  Thank you.

22       (Court recessed from 10:21 a.m. to 10:50 a.m.)

23        THE COURT:  You may proceed.

24        MR. BERNARD:  Thank you, Your Honor.

25                    CONTINUED DIRECT EXAMINATION

EVERS - CONTINUED DIRECT EXAMINATION/BERNARD

1900

1    BY MR. BERNARD:

2    Q    Dr. Evers, I just want to make sure the record is clear

3    on one point.  I may have misspoken earlier.

4         When we -- remember we were talking about the relative

5    sensitivity of different bird species to mercury

6    contamination?

7    A    Yes.

8    Q    And we were talking about loons, right?

9    A    Yes.

10   Q    Okay.  Now, do loons have a -- a high or a low

11   sensitivity to mercury?

12   A    They have a low sensitivity to mercury.

13   Q    And they have a high tolerance for mercury?

14   A    A higher tolerance compared to other birds.

15   Q    Okay.  And that would include -- when you say higher

16   than other birds, that would include the songbirds we've been

17   discussing for much of the morning?

18   A    Yes, it would.

19              MR. BERNARD:  Your Honor, the PowerPoint that I

20   showed Dr. Evers, Joint Exhibit 65, I think I neglected to

21   offer into evidence.  I'd like to do that now, please.

22              THE COURT:  Is there any objection to 65?

23              MR. SCHUTZ:  No objection.

24              THE COURT:  It's admitted.

25   BY MR. BERNARD:

EVERS - CONTINUED DIRECT EXAMINATION/BERNARD

1901

1    Q      Before we get to the Carolina wren paper and study, are

2    you familiar with a place called Spurwink Marsh?

3    A      Yes, I am.

4    Q      And is -- are you aware that Spurwink Marsh was used

5    during the Penobscot River Mercury Study as a reference site

6    for Mendall Marsh?

7    A      Yes.

8    Q      Do you -- do you think it's a good reference site?

9    A      I do.

10   Q      What's the reference?

11   A      Ah, the reason being of known low mercury concentrations

12   in the songbirds.

13   Q      And are you familiar with a place called Scarborough

14   Marsh?

15   A      Yes, I am.

16   Q      And is that also a suitable reference area for songbirds

17   in Mendall Marsh?

18   A      Yes, it is.

19   Q      For what reason?

20   A      Same reason, known low mercury concentrations, and we

21   did not identify any known point sources.

22   Q      Is there a study of Carolina wrens that was carried out

23   by Jackson and others in and around the South River of

24   Virginia?

25   A      Yes.

EVERS - CONTINUED DIRECT EXAMINATION/BERNARD

1902

1    Q    Okay.  And is this the cover page to that study?

2    A    Yes, it is.

3         MR. BERNARD:  Your Honor, this is Joint Exhibit 64.

4    I move its admission.

5         THE COURT:  Any objection?

6         MR. SCHUTZ:  No objection.

7         THE COURT:  64 is admitted.

8    BY MR. BERNARD:

9    Q    When was this published?  Do you recall?

10   A    2011.

11   Q    Okay.  And what is the publication in which it -- it

12   appeared?

13   A    It's the publication called The Auk.

14   Q    Does The Auk stand for something?

15   A    The Auk stands for an extinct species of bird, but it's

16   also an ornithological journal of high regard that's a

17   peer-review journal.

18   Q    Okay.  Are you a coauthor on this study?

19   A    Yes, I am.

20   Q    Okay.  Please describe to the court the role you played

21   in the Jackson study.

22   A    Yeah, the role I played primarily was to set up the

23   experimental design of the study and then oversight of the

24   study and then also interpretation of the data.

25   Q    Is the Carolina wren a songbird?

EVERS - CONTINUED DIRECT EXAMINATION/BERNARD

1903

1   A     Yes, it is.

2   Q     Okay.  And did this study generate mercury blood effects

3   concentrations related to reproductive endpoints for a wild

4   population of songbirds?

5   A     Yes.

6   Q     I want to show you -- this is a table that appears in

7   Jackson, but you reprinted it in the study you did for the

8   court-appointed panel, and it happens that our copy of it is a

9   little better in the -- in the version of your report.  So

10  this is Joint Exhibit 6-2, Appendix 2-2, and Page 18.  Do you

11  recognize especially this bottom chart figure?

12  A     Yes, I do.

13  Q     Now, I say it's better.  It's still -- well, there,

14  that's okay.  Can you read that all right?

15  A     Yes.

16  Q     Please explain to the court what this -- is this a

17  figure out of the Jackson study?

18  A     It is.

19  Q     Okay.  Please describe to the court what it shows.

20  A     This shows on the horizontal axis the female blood

21  mercury concentrations as depicted in blood, tissue type, and

22  then the -- and the vertical axis, the percent reduction in

23  nest success.  The higher the blood mercury concentration,

24  the -- and then the lower the percent reduction in nest

25  success -- or the higher percent reduction in nest success.

1    Sorry.

2    Q      Now, up here at the top, does that say 4.4 micrograms

3    per gram?

4    A      Yes, it does.

5    Q      Or parts per million?

6    A      Yes.

7    Q      And does that, according to the model run in the Jackson

8    paper equate with a 90 percent reduction in nest success?

9    A      Yes.

10   Q      And that -- would you agree that that's a very

11   substantial projected impact?

12   A      Yes.

13   Q      Okay.  How does that 4.4 micrograms per gram blood

14   mercury compare with the values we just looked at before the

15   break in Nelson's sparrows and red-winged blackbirds in

16   Mendall Marsh?  Do you remember?

17   A      Yeah, it's actually under some of the mean

18   concentrations on some of the marshes for Nelson's sparrows.

19   Q      When you say some of the marshes, do you mean some of

20   the Penobscot marshes?

21   A      Some of the Penobscot marshes.

22   Q      Okay.  Do you have a high -- withdrawn.

23          What degree of confidence do you have in the methods

24   employed in the Carolina wren study?

25   A      High degree.

1  Q     Do you think it was a rigorous study?

2  A     I think it was a rigorous study, one of the more

3  rigorous studies that -- that are available on a peer-reviewed

4  basis.

5  Q     And what degree of confidence do you have in the

6  reproductive effects thresholds the study produced?

7  A     I have -- I have high certainty for the data that we

8  collected and that they present the best effects

9  concentrations for songbirds for reproductive success, yeah.

10  Q     Do you think wrens are an apt comparison to Nelson's

11  sparrows?

12  A     I think they are, yes.

13  Q     And to red-winged blackbirds, as well?

14  A     Yes.

15  Q     Okay.  And just please briefly explain why.  Why is that

16  an apt comparison?

17  A     I think, as depicted on Gary Heinz' study -- and that's

18  one of the better studies to compare is one reason it's

19  brought up multiple times -- it's a dosing study of eggs, ten

20  eggs with ten different doses, so one of the more rigorous

21  studies to look at how different species of birds respond to

22  mercury and how they're affected.  And I think that -- that

23  gradient that's provided, um, gives great insight and context

24  of how we should look at things here.

25        The differences in the species related to families, and

1  could be related to orders, and so with -- with songbirds

2  being in one order, right now I would look at all songbirds as

3  being somewhat similar in their sensitivity to mercury.

4  Q     When you say order, do you mean -- are you referring to

5  the order --

6  A     Order of Passeriformes.

7  Q     Passeriformes?

8  A     Yes.

9  Q     And the Nelson's sparrow and red-winged blackbird and

10  Carolina wren all belong to that same order?

11  A     Correct.

12  Q     What is it about the design or conduct of the Carolina

13  wren study that gives you confidence in the effects thresholds

14  it generated?

15  A     Um, we were able to band and -- use color bands to

16  follow individuals around their territory.  We also put

17  transmitters on the individuals to follow them around their

18  territories.  I think that gives some confidence that we were

19  looking at individual performance.

20       Um, we knew the mercury concentrations of those

21  individuals that we followed, um, and we also, um, included

22  two different sites when we did -- conducted the study -- one

23  in the South River and one in the Holston River.

24  Q     What's the relevance of including more than one site?

25  A     I think it provides greater certainty that it's not an

1    anomaly on one site, that we're seeing it at other sites, as

2    well.

3    Q    Now, we're going to get some criticisms that have been

4    made about the Carolina wren study in a moment.

5         But before we get there, you proposed a threshold to the

6    Study Panel for invertivores of 1.2 micrograms per gram; is

7    that right?

8    A    That's correct.

9    Q    Okay.  And was that your EC20 level?

10   A    Yes.

11   Q    Okay.  Now, if your objective were to eliminate toxic

12   effects in insect-eating birds in the Penobscot, what would

13   your target blood mercury concentration be in relation to that

14   1.2 threshold?

15   A    Um, I would look for a NOAEL, which is what you're

16   looking at, a NOAEL of approximately .4, .5.

17   Q    So a little bit less than half?

18   A    Hm-hmm.

19   Q    Was that a yes?

20   A    Yes, yes, yes.

21   Q    If there are impacts on songbirds in Mendall Marsh,

22   adverse reproductive impacts, how long might it take for the

23   environment or for the population to reflect those impacts?

24   Is it -- do you understand --

25   A    For population, it depends on the ecology and the

EVERS - CONTINUED DIRECT EXAMINATION/BERNARD

1   demographics of the species.  For a songbird, like a Nelson's

2   sparrow, somewhere within a year or two.

3   Q    Now, did you review the expert reports of Dr. Henry, who

4   is one of the defendants' experts in the case?

5   A    I did.

6   Q    And is it fair to say that she criticized various

7   elements of the Jackson study?

8   A    Yes.

9   Q    Okay.  And did she assert that the Jackson study should

10  not be used to assess risk or to make to any remedial

11  decisions in the Penobscot?

12  A    I believe so.

13  Q    Okay.  What do you think about that opinion?

14  A    Um, I don't think -- I think it was an opinion that was

15  not based on the knowledge of empirical studies that --

16  there's very few studies that have examined the impacts of

17  mercury to reproductive success on songbirds, like Carolina

18  wrens.  And I think it's -- um, it's a study that -- there are

19  no other studies that supersede the Carolina wren study and

20  the knowledge and insight that it gives us on the effects of

21  mercury to reproductive harm in songbirds.  I think there's

22  limitations and challenges and uncertainties with the Carolina

23  wren study, but still the best that we have.

24  Q    When you set an effects threshold, do you -- withdrawn.

25  In this instance, when you're proposing an effects threshold,

1   do you look exclusively at the results of a single study, or

2   do you bring to bear your experience and expertise conducting

3   and reviewing a larger number of studies to provide context

4   and confidence?

5   A    Yes, I think the -- the confidence part of this all does

6   relate to working and discussing with other colleagues and

7   their studies that are -- that are independently taken and

8   seeing how they compare with this study, for example, and

9   that's why there's -- there's great confidence in the study

10  that we have that we've conducted with Carolina wrens.

11  Q    You say that -- you say that's why there's great

12  confidence.  What is why?

13  A    That's why --

14  Q    What is the reason why?

15  A    The discussions with colleagues that are conducting

16  research on the same topic of looking at the effects of

17  mercury in songbirds.

18  Q    Okay.  And do you have those discussions as a regular

19  matter as part of your professional life?

20  A    Yes, I do.

21  Q    Okay.  Have the results reported in the Jackson paper

22  been presented in professional venues?

23  A    Yes, they have.

24  Q    A number of times?

25  A    Yes.

EVERS - CONTINUED DIRECT EXAMINATION/BERNARD

1910

1    Q     And to your knowledge, is there any regulatory agency

2    that recognizes the -- recognizes and uses the Jackson data?

3    A     Yes.

4    Q     Please explain.

5    A     That would include the U.S. Fish and Wildlife Service.

6    They are using this -- the data from that paper to make

7    decisions on how they go about assessing injury.  The U.S. EPA

8    is using those data to better understand risk and assess risk.

9    And then NOAA, as well, are using that data to better

10   influence on how they make decisions on assessing risk.

11   Q     And by NOAA, do you mean the National Ocean --

12   Oceanographic and Atmospheric Administration?

13   A     Yes.

14   Q     And that's part of the commerce department?

15   A     Yes.

16   Q     Now, how do you know this, that these agencies are using

17   the Jackson data?

18   A     Um, two of the agencies are agencies I work with for

19   Natural Resource Damage Assessment.  That would include the

20   U.S. Fish and Wildlife Service and NOAA; and one agency, the

21   U.S. EPA, is an agency I work with for risk assessment for

22   Superfund sites.

23   Q     Now, you've mentioned several times Natural Resource

24   Damage Assessment work.  You've done some of that?

25   A     Yes, I have.

EVERS - CONTINUED DIRECT EXAMINATION/BERNARD

1911

1    Q     Okay.  And did the Jackson study emerge from an NRDA

2    proceeding?

3    A     Yes, it did, from two different ones.

4    Q     And was the study design approved by a group of

5    participants in the National -- Natural Resource Damage

6    Assessment?

7    A     Yes, it was.

8    Q     Who -- who was involved in that?

9    A     Ah, the parties included the U.S. Fish and Wildlife

10   Service, the State of Virginia, and then the RPs, the RP for

11   one was Dupont, and the other RP for the other one is the

12   Alcoa Corporation.

13   Q     What does RP stand for?

14   A     Responsible party.

15   Q     So those were the private entities that would have been

16   responsible for cleanup or -- or paying for some restoration?

17   A     Yes.

18   Q     Okay.  Now, is one -- is one of the coauthors of the

19   Jackson study a scientist from the U.S. Fish and Wildlife

20   Service?

21   A     Yes.

22   Q     And is one of the other coauthors a scientist from the

23   U.S. EPA?

24   A     Yes.

25   Q     Is Daniel Crystal a coauthor of the Jackson paper?

EVERS - CONTINUED DIRECT EXAMINATION/BERNARD

1912

1    A    Yes.

2    Q    Okay.  And you mentioned him before.  He's at the

3    College of William & Mary?

4    A    Yes.

5    Q    Is he a respected researcher -- do you know -- on the

6    subject of the effects of mercury on avian species?

7    A    He is.

8    Q    Okay.  Did the Jackson study focus on nesting success?

9    A    It did.

10   Q    Why?

11   A    Nesting success was an endpoint that was easier to

12   track, so a more manageable endpoint, and so nesting success

13   was our objective in -- in the very beginning.

14   Q    Is nesting success related to reproductive success?

15   A    Yes.

16   Q    How so?

17   A    It's one of the endpoints, so there's three endpoints

18   that we can look at for reproductive success; number of eggs

19   laid, number of eggs hatched, number of chicks fledged.

20   Q    Now, you mentioned earlier that in the Jackson study,

21   you had two different sites, an upstream and a downstream

22   site; is that right?

23   A    We did two -- two different rivers, on each river, two

24   different sites.

25   Q    Okay.  So -- so four sites in -- in total?

1    A    Correct.

2    Q    Okay.  Now, do you understand Dr. Henry as asserting

3    that there are habitat differences between the upstream and

4    downstream sites that might have confounded the results in

5    Jackson?

6    A    Yes.

7    Q    Okay.  And -- and what, if any, is your response to

8    that?

9    A    Well, we -- we understand the -- the variable of -- of

10   different habitats, and our interest in working with the

11   trustee council that included the governmental agencies and

12   the responsible party was to minimize and reduce those

13   variables as much as we could.

14        Um, and there was, I think, stringent, rigorous

15   guidelines that were of interest to the entire trustee council

16   to reduce those variables.  Habitat was not examined in a

17   quantifiable way, but it was agreed -- agreed upon through the

18   trustee council that reference areas that we used were

19   acceptable reference areas from a habitat standpoint to when

20   we compared with contaminated areas.

21   Q    Is there any such thing as eliminating all confounding

22   factors in a field toxicity study?

23   A    It's -- that's quite the challenge, I'd say.  Um, maybe

24   not -- it'd be very, very difficult to do that.

25   Q    Okay.  Now, you say you studied two sites at each of two

EVERS - CONTINUED DIRECT EXAMINATION/BERNARD

1   locations.  Do you remember how many nests were monitored as

2   part of the Jackson study?

3   A     Um, I don't offhand.

4   Q     Does 89 ring a bell?

5   A     Yes.

6   Q     Okay.  Now, do you understand Dr. Henry as having

7   criticized the Jackson study data as -- as insufficient, in

8   other words, an insufficient number of observations of nests?

9   A     Sure.  I think there was a question about sample size.

10  Ah, I think sample size is -- is always a challenge and an

11  issue with a scientific study.  Um, there's probably always a

12  need to have a larger sample size.  I think, the sample size

13  we have is sufficient to, um, create a paper, interpret the

14  data, and get it published in a peer review journal, and

15  sample size is something that reviewers for a journal, like

16  The Auk, will look at very rigorously.  So passing that test

17  from a review standpoint is important.

18        It also had to pass a test for each of the NRDA sites.

19  Each -- each of our sites, we identify the number of samples

20  that we would need as a trustee council to make good decisions

21  for that site.  So sample size was very important in each

22  case.

23  Q     You've referred a couple of times to a trustee council.

24  What is that?

25  A     The trustee council includes state agencies,

EVERS - CONTINUED DIRECT EXAMINATION/BERNARD

1    governmental agencies, federal government agencies, and the

2    responsible party.

3    Q    Okay.  What is nest predation?

4    A    Nest predation would be a predator of some sort causing

5    the loss of a nest or loss of -- of part of the -- the eggs or

6    the chicks in that nest.

7    Q    What is parasitism in relation to nests?

8    A    Parasitism could be a couple different things.  It could

9    be brood parasitism from another bird, like a brown-headed

10   cowbird, or it could be parasitism from -- from insects of

11   some sort.

12   Q    Do you recall the criticism from Dr. Henry that the

13   Jackson paper included nest failures due to predation and

14   parasitism?

15   A    I do.

16   Q    And what is your response, if any, to that?

17   A    Those are the very things that we're studying.  I think

18   those are very -- predation and parasitism rates could

19   increase related to high mercury, for example.  Understanding

20   parasitism and predation more thoroughly would require further

21   studies.  I'll just mention the MCestimate model that we

22   employed that was developed by EPA is something that was used

23   to account somewhat for -- for predation.

24   Q    Now, did Dr. Henry opine that the MCestimate model

25   overestimates nesting success?

EVERS - CONTINUED DIRECT EXAMINATION/BERNARD

1916

1    A    Yes.

2    Q    Okay.  And what is your response, if -- well, let's go

3    back a minute.

4         What is the MCestimate model?

5    A    Well, the MCestimate model is a way to look at

6    fecundancy of reproductive success, in a population, and

7    account for a variety of variables, variables that are related

8    to -- to time, for example, when the eggs were laid.

9         Um, they also account somewhat for predation as a

10   variable, as well, and -- and that was one of the additions to

11   the model that made it -- makes it a better model, and it's

12   published as -- as a model that is better than others and is

13   agreed upon through EPA

14   Q    Has it been on the EPA Web site?  Do you know?

15   A    It has.  It is.

16   Q    Since about when?  Do you remember?

17   A    I believe since November of last year.

18   Q    Okay.  And did EPA spend years working on the model?  Do

19   you know?

20   A    Yes, they did.

21   Q    And was it subject to peer review and professional

22   scrutiny?

23   A    Yes, it was.

24   Q    Does EPA use the MCestimate model now?  Do you know?

25   A    They do.

EVERS - CONTINUED DIRECT EXAMINATION/BERNARD

1917

1    Q     And what do they use it for?

2    A     They use it for examining the impacts of contaminants --

3    multiple contaminants on -- on birds across the country.

4    Q     Okay.  And that includes mercury?

5    A     It does.

6    Q     Okay.  Do you think the MCestimate model is a

7    scientifically valid vehicle for measuring reproductive

8    success?

9    A     Yes, I do.

10   Q     Okay.  What is your response, if any, to Dr. Henry's

11   opinion that the MCestimate model overestimates nesting

12   success?

13   A     Um, I actually don't recall the basis of why she thought

14   it was, um, not a model that was as valid as other published

15   models.  Um, I do know the people behind the development of

16   that model, they're bird researchers that have a lot of

17   experience in modeling.  Um, I was part of a special session

18   on models for birds and understanding reproductive success and

19   stressors that impacted reproductive success, a special issue

20   in a couple of papers that were produced from that workshop.

21         So I know there are other scientists in the field --

22   that specialize in the field of developing models for

23   examining reproductive success in birds that were part of that

24   process.

25   Q     Does that give you additional confidence in it?

EVERS - CONTINUED DIRECT EXAMINATION/BERNARD

1918

1    A    Tremendous, yes.

2    Q    Is the Jackson study, in your view, the best available

3    information for considering reproductive effects -- the

4    effects of mercury on the reproduction of songbirds?

5    A    It is.

6    Q    And do you think that -- in your judgment, is it -- is

7    it reasonable to use it for that purpose?

8    A    Yes.

9    Q    Now, in contrast to your effects concentration of

10   1.2 micrograms per gram, do you recall the LOAEL, the lowest

11   observed adverse effect level, range that Dr. Henry proposes

12   for considering toxicity of mercury to songbirds in the

13   Penobscot?

14   A    I don't.

15   Q    Okay.  Well, let me tell you that it's 3 to 4 micrograms

16   per gram for songbirds.

17   A    Hm-hmm.

18   Q    Okay?

19   A    Yes.

20   Q    What do you think about that level?

21   A    Well, at 3 to 4 parts per million for the less sensitive

22   or more tolerant species, like the loon, we have high -- well,

23   well established data that show that that would create a 40 to

24   50 percent reproductive harm for a piscivore like a loon.

25        If we accept that invertivores are more sensitive than

1   piscivores, ah, I propose that that level would be lower.

2   Q    In your view, does Dr. Henry's proposed effects range,

3   or LOAEL range, reflect the body of scientific literature

4   concerning the effects of mercury on birds?

5   A    It doesn't.

6   Q    To your knowledge, does it reflect the current thinking

7   of expert avian ecotoxicologists who work on mercury?

8   A    It doesn't.

9   Q    Is the Jackson study perfect?

10  A    No, it isn't.

11  Q    Is there always room for improvement in experimental

12  design?

13  A    Yes.

14  Q    And is there any such thing as a perfect field study?

15  A    There isn't.

16  Q    Do you stand by the Jackson paper?

17  A    I do.

18  Q    And do you stand by what it indicates in terms of the

19  EC20 level for invertivores that you proposed to the Study

20  Panel?

21  A    I do.

22  Q    Did anything in Dr. Henry's report change your view

23  about the substance or value of the Jackson paper?

24  A    It didn't.

25  Q    Did anything in Dr. Henry's reports change your view

1    about the substance of what you wrote to the Study Panel in

2    your literature review, which is the appendix to the Penobscot

3    River Mercury Study?

4    A    It didn't.

5    Q    Let's talk briefly about mammals.  What is a mammal?

6    A    Warm-blooded mammal that has fur, feeds its young with

7    milk.

8    Q    Are bats -- are bats mammals?

9    A    Yes, they are.

10   Q    Are bats invertivores?

11   A    They can be.

12   Q    And are mammalian invertivores at risk from

13   methylmercury toxicity?

14   A    Yes.

15   Q    And is that especially true of species associated with

16   wetland habitats?

17   A    Yes.

18   Q    And is that for the same reasons you described in terms

19   of the avian species?

20   A    It is.

21   Q    Okay.  What is the role of a bat in an ecosystem?

22   A    There's multiple roles in an ecosystem.  In ecosystems

23   in temperate areas like in Maine, the role would be to create

24   sort of a -- a functional ability within a food web.  Ah,

25   simply for us, they eat insects, and that's a good thing for

1    us.

2         But a role for a functioning ecosystem is -- is to

3    balance the invertebrate community.

4    Q    Did you advise the court-appointed Study Panel of a

5    threshold for toxicity -- mercury toxicity to bats?

6    A    Yes.

7    Q    And were you able to use -- did you -- withdrawn.

8         Did you use an effects concentration, or EC, approach?

9    A    I think I -- I don't think I used an EC approach.

10   Q    Right.  You used a LOEL approach; is that correct?

11   A    Right.

12   Q    Why?  Why did you use an EC for the birds and a LOEL for

13   the mammals?

14   A    Sure.  In the LOEL, we should explain, there's a lowest

15   observed effect level, which is different than the lowest

16   observed adverse effect level.  Adverse effect level's a known

17   adverse effect.

18        So for bats, there's greater certainty -- uncertainty, I

19   should say.  There's greater uncertainty in the levels of

20   mercury that cause impacts to bats.  Um, because of that, an

21   effects concentration wouldn't be valid to use, and what is

22   used right now is the LOEL, lowest observed effect level.

23   Q    Are endpoints, such as reproduction of wild population

24   of bats or mammals, covered by the scientific literature?

25   A    They are, yes.

EVERS - CONTINUED DIRECT EXAMINATION/BERNARD

1    Q      Okay.  Are there large knowledge gaps remaining, would

2    you say?

3    A      Yes.

4    Q      Okay.  Now, based on existing information, I think you

5    wrote in your report that you couldn't really establish an

6    effects concentration, you'd need to -- you needed to use the

7    LOEL; is that correct?

8    A      Yes.

9    Q      Okay.  And did you derive for the Study Panel a LOEL for

10   mammals, in particular, for mercury in fur?

11   A      We did.

12   Q      And -- and what is that level?

13   A      Um, I'd have to look again at the --

14   Q      Does 10 micrograms a -- per gram ring a bell?

15   A      10 parts per million, yeah.

16   Q      Okay.  Now, what endpoint, if you recall, did you use in

17   proposing that threshold?

18   A      Well, the tissue type was fur versus blood, and fur was

19   deemed as a better tissue type to use as an endpoint.  The --

20   ah, the effects endpoint that we use is physiological, and

21   physiological endpoint is not as scalable as a reproductive

22   endpoint or survival endpoint, but we were stuck with the

23   physiological endpoint as that was one of the best data points

24   that we had, and we used the impacts to the brain, which is a

25   target organ for mercury, and some of the impacts we looked at

1   were biochemical changes.

2   Q    You said a moment ago that a physiological endpoint is

3   not as scalable as a reproductive endpoint; is that right?

4   A    Yes.

5   Q    Please explain what you mean.

6   A    A physiological endpoint, such as biochemical changes,

7   are harder to scale over space and time because it -- excuse

8   me -- because an individual could -- could react differently.

9   There could be variation in their impacts.

10       And how that -- excuse me.  Just a second.

11          THE COURT:  Want some water?

12          MR. BERNARD:  Take some water.

13          THE WITNESS:  Yeah.  Sorry.

14  A    And how to scale a physiological endpoint is a harder

15  metric to scale because there's less of a -- of a number that

16  can be scaled.

17  BY MR. BERNARD:

18  Q    Is the brain a particularly relevant tissue for

19  evaluating toxic effects from methylmercury?

20  A    Yes, it is.

21  Q    Why is that?

22  A    It's the -- because methylmercury is a neurotoxin, it

23  has the ability to impact the brain tissue in a significant

24  way.  The synapses within the tissue cells are ones that

25  are -- degenerate when methylmercury touches them.  So it's --

EVERS - CONTINUED DIRECT EXAMINATION/BERNARD

1924

1    it's the target organ to look at.

2    Q    Okay.  Let me just show you Page 20 of your report to

3    the Study Panel, which is Joint Exhibit 2-2, Appendix 2-2.  Do

4    you see this table?

5    A    Yes.

6    Q    Okay.  And is this where you lay out your proposal for

7    the toxicity threshold for adult fur in -- in bats?

8    A    Yes.

9    Q    Okay.  Now, is there a strong relationship -- do you

10   know -- between fur and brain mercury concentrations in bats?

11   A    There is a very good relationship.  It's significant.

12   Q    Now, are you familiar with a bat study by Wada, W-a-d-a,

13   and others on the South River in Virginia?

14   A    Yes, I am.

15   Q    Okay.  Do you -- and do you remember what that study

16   found?

17   A    It examined physiological endpoints of corticosterone,

18   and we did not see a significant relationship with mercury

19   concentrations in hormones like corticosterone.

20   Q    Okay.  Now, the -- you didn't see a significant level in

21   the Wada study, at I think it was 28 parts per million; is

22   that right?

23   A    The mean level for fur?

24   Q    Yeah, in fur.

25   A    I believe so.

1  Q     Okay.  So if you didn't see an adverse effect at

2  28 parts per million, or micrograms per gram, in the Wada

3  study, how do you explain a toxicity threshold of

4  10 micrograms per gram, which you proposed to the Study Panel?

5  A     Sure.  Because, ah, corticosterone may not be -- and

6  other hormones may not be an endpoint that are sensitive

7  enough to see the impacts of -- of methylmercury in an

8  individual.  I think biochemical changes in the brain is a

9  much more sensitive endpoint to -- to examine, so it really

10 depends on the -- on the endpoint type.

11 Q     And just so the record is clear, because the word went

12 by quickly, what is the endpoint they tested for in the Wada

13 study?

14 A     Corticosterone.

15 Q     And what is corticosterone?

16 A     It's a hormone that -- that indicates stress to an

17 individual.  It's a test that is used widely to look at

18 stress, so that was one reason why we set up a design and a

19 study to examine if we could see stress in a bat from mercury

20 through a hormone like corticosterone.

21 Q     In the bat data with which you're familiar, is it rare

22 for a bat to have more than 10 parts per million of mercury in

23 its fur?

24 A     Outside of a contaminated site, yes.

25 Q     Do you recall what the mean fur mercury concentration

EVERS - CONTINUED DIRECT EXAMINATION/BERNARD

1926

1   was for female little brown bats captured near the HoltraChem

2   site in the Penobscot?

3   A    I don't.

4   Q    Let me show you Page 14-134.  This is Joint

5   Exhibit 6-14, Page 14-134.  This is from the Phase II Report,

6   and you see there are little brown bats listed here, and this

7   is an appendix that summarizes bat data from 2008.  Do you see

8   that?

9   A    Yes, I do.

10  Q    Okay.  So I just want you to look at the -- the mean fur

11  total mercury in micrograms per gram fresh weight, and I want

12  you to look at this top site here at HoltraChem.  What do you

13  see there?

14  A    Yes, um, so the HoltraChem individuals -- one individual

15  had the highest fur mercury concentration of all the little

16  brown bats.

17  Q    Could you underline that for the judge, please?

18  A    (Witness complying.)

19  Q    And what about the mean value?

20  A    The mean for --

21  Q    Do you see the mean at that location?

22  A    Yes, I do.

23  Q    Okay.  Circle that for the judge, please.

24  A    (Witness complying.)

25  Q    Okay.  Now, how do those look to you based on your

1   knowledge of the literature on mercury in bat fur?

2   A     Yes, those are quite elevated.  They're elevated enough

3   where we rarely see levels that high unless they're associated

4   with a contaminated site.

5   Q     Now, do you recall Dr. Henry opining that there is

6   unlikely to be an impact on bats in the Penobscot?

7   A     I do.

8   Q     And what, if any, is your response to that?

9   A     Um, it really is unknown.  I think a lot of researchers

10  studying the -- the impacts of mercury to bats are still

11  trying to get a better handle on what those impacts could be.

12  The literature is fairly robust for furbearers, furbearers

13  including mink and otter, and I think with -- with mink and

14  otter studies, um, if we use those effect levels, those effect

15  levels are typically rule of thumb used as 20 parts per

16  million in the fur, sometimes 30.

17        Um, however we look at it, we see bats as being higher

18  than the effect levels that researchers and regulators use for

19  furbearers, like otter and mink.  So my guess is that for bats

20  these levels are high enough to have effect levels.

21  Q     Is it fair to say there's a lot of uncertainty in the

22  scientific literature in terms of the level at which mercury

23  in bat fur would generate adverse effects?

24  A     Yes.

25  Q     Okay.  Do you see a scientific basis for opining at this

1   point, based on the data that have been generated and what's

2   in the scientific literature, that the level of mercury in bat

3   fur in the Penobscot would not have an effect?

4   A     Yes, it's -- it's -- it's really unknown.  The data

5   aren't there.  But if we looked at other furbearers, we looked

6   at the biochemical changes that we've seen in bats already, I

7   would lean toward there -- seeing those levels, I would lean

8   toward there being effects.

9   Q     Do you think there's a scientific basis for opining now

10  that there are no effects on bats in the Penobscot?

11  A     No, there's no scientific basis for that.

12  Q     Dr. Evers, did BRI propose to do some studies of bats

13  and birds in -- in the Penobscot as part of the mercury study?

14  A     Yes.

15  Q     Okay.  And there was one study that was proposed was

16  a -- was a bat study; is that correct?

17  A     Yes.

18  Q     And there was another study which was kind of a pilot

19  study on songbirds?

20  A     Yes.

21  Q     Okay.  And do you remember when those proposed --

22  when -- when -- withdrawn.

23        Do you remember when those studies were proposed?

24  A     The year?

25  Q     Yeah.

1   A      Um, I -- I don't recall.

2   Q      Okay.

3   A      Sorry.

4   Q      Does early 2009 sound about right?

5   A      Yes.

6   Q      Okay.  Assuming it was 2009 -- now, those studies were

7   not accepted or pursued by the court-appointed Study Panel; is

8   that right?

9   A      The -- one bat study was.  Songbird studies related to

10  Nelson's sparrows and red-winged blackbirds were.

11  Q      Those are exposure studies, right?

12  A      Those were exposures studies.  So studies that look at

13  the effects -- sorry -- studies that looked at the effects of

14  mercury, those were proposed, they were not accepted, yes.

15  Q      Okay.  And there was one for bats which would have

16  been -- which would have augmented the bat work that you had

17  already done?

18  A      Yes.

19  Q      And then there was a pilot study for Nelson's sparrows,

20  right?

21  A      Yes.

22  Q      Okay.  Now, in 2009 when you proposed those studies, was

23  that two years before the Jackson paper was published?

24  A      Yes.

25  Q      And was it three years before your literature review for

1    the Study Panel in which you proposed toxicity thresholds

2    based on the existing scientific literature?

3    A     Yes.

4    Q     Okay.  Now, in your view, is the EC20, the effects

5    concentration 20, one way to understand potential

6    population-level effects on songbirds exposed to mercury?

7    A     Yes.

8    Q     And is it a scientifically valid way to do that?

9    A     Yes.

10   Q     Now, your EC20 is 1.2 micrograms per gram for songbirds

11   in Mendall Marsh; is that correct?

12   A     Yes.

13   Q     And based on your experience and expertise, is that a

14   reasonable threshold?

15   A     Yes.

16   Q     Now, you proposed that in your 2012 report.  I think

17   it's dated May 2012.  That's Appendix 2-2 to the Phase II

18   Report, Joint Exhibit 6-2.

19         Have there been any developments since you wrote that

20   report that move you away from the recommendations you made,

21   the advice you gave to the Study Panel?

22   A     There -- there haven't.  There's a lot of activity

23   looking at the effects of mercury on birds.  The consensus by

24   most researchers examining mercury in birds is that the effect

25   levels keep notch -- notching downward, so there isn't a

1    reversal.  And right now, the levels that we're using are

2    lower than what would have been used ten years ago.

3    Q    So there's nothing that's developed in the science since

4    you submitted your report that would cause you to change your

5    proposed threshold for invertivores?

6    A    Correct.

7    Q    Okay.  Now, I saw in something that you wrote a

8    statement that, in words or substance, said that you would be

9    hard -- hard-pressed to find a bird expert who would say that

10   songbirds in Mendall Marsh are not being harmed.  Do you

11   remember writing something like that?

12   A    Yes.

13   Q    And is that an accurate statement of your point of view?

14   A    Yes.

15   Q    And are you among those bird experts who would be

16   hard-pressed to say that the songbirds in Mendall Marsh are

17   not being harmed?

18   A    Yes.

19   Q    Okay.  And is it the same for red-winged blackbirds?

20   A    Yes.

21   Q    And do you think that -- let me just read you something

22   from your deposition, which I think relates to this, which may

23   help us finish up.

24        Do you remember being deposed in the case?

25   A    Yes.

EVERS - CONTINUED DIRECT EXAMINATION/BERNARD

1932

1  Q     Okay.  So this is -- this is Defendants' Exhibit 965,

2  and I'm showing the witness Pages 121 and 122.  And let me

3  just ask you whether this expresses your point of view.  And

4  I'm starting with a question on Line 17, Page 121, which is

5  here.  Okay?

6       And the question was, I want to know whether we have got

7  a problem in Mendall Marsh relating to Nelson's sparrows.

8  Based on the information that we have and your experience and

9  expertise, please tell me what the situation is as you see it.

10  Some colloquy.

11       Answer, I would refer back to the wild population study

12  that we have for Carolina wrens as informing how we move ahead

13  with understanding the effects of mercury on songbirds,

14  including Nelson's sparrows.  It's the best science that is

15  out there.  Experimental design was conducted under NRDA,

16  which includes multiple trustees and multiple parties, so it's

17  a rigorous study based on two sites for multiple years.  We

18  were able to come up with effects concentrations that were

19  scalable and reflect what it means to reproductive harm, which

20  I think is something that we can all relate to and is a very

21  relevant way of looking at the harm of mercury.

22       When I look at the data we have for Nelson's sparrows --

23  and I think Carolina wrens are a very good species to compare

24  the effects of mercury on songbirds with Nelson's sparrows --

25  when I compare the mercury concentrations in Nelson's

1   sparrows, I see that the Nelson's sparrows fall in the realm

2   of having significant reproductive harm.

3          Did you give that testimony?

4   A    Yes.

5   Q    And do you stand by that testimony today?

6   A    I do.

7   Q    Based on your experience and expertise, Dr. Evers, do

8   the levels of mercury in Penobscot songbirds justify a hard

9   look at affirmative ways to bring those concentrations down --

10  A    Yes.

11  Q    -- as quickly as possible?

12  A    Yes.

13  Q    Okay.  And is that to protect the health and -- and

14  well-being of the songbird populations in -- in the Penobscot?

15  A    Yes.

16  Q    And if you were asked as part of an active remediation

17  effort to design and conduct further inquiry studies to help

18  guide that effort and monitor its effects, is that something

19  you could do?

20  A    Yes.

21  Q    Would you welcome the opportunity to do that?

22  A    Yes, I would.

23          MR. BERNARD:  Nothing further.

24          THE COURT:  Cross-examination?

25                  CROSS-EXAMINATION

1    BY MR. SCHUTZ:

2    Q    Good morning.  Still -- just checking whether it was

3    still morning.

4    A    Yes.

5    Q    Dr. Evers, you've had some involvement in natural

6    resource damage assessment, but is it -- would you agree that

7    you haven't been involved in ecological risk assessment in

8    connection with remedial investigation feasibility studies to

9    determine whether remedial action is appropriate at a

10   contaminated site?

11   A    Well, I have with the U.S. EPA at the Nyanza site in --

12   on the Sudbury River in Massachusetts.

13   Q    So that one site?

14   A    That one site, yes.

15   Q    And you wouldn't say that your primary expertise is in

16   ecological risk assessment?

17   A    It's not my primary expertise.

18   Q    I think you testified at your deposition that you were

19   only marginally familiar with U.S. EPA guidance on performing

20   ecological risk assessments at contaminated sites?

21   A    I would say I -- I'm familiar with it.  I'm not an

22   expert at it.

23   Q    And let's move on to Biodiversity Research Institute's

24   role at this site.  You personally did not spend a lot of time

25   in the field?

1   A      Right.

2   Q      And you personally aren't familiar with Nelson's

3   sparrows' nesting practices in Mendall Marsh?

4   A      I'm familiar with them.  I guess you need to define

5   familiar a little bit more.

6   Q      I guess we can bring up a section from your deposition,

7   Defense Exhibit 965, Page 195, Lines 1 to 3.  I asked, are you

8   personally familiar with Nelson's sparrows in Mendall Marsh

9   nesting practices?  And you testified that you weren't and

10  suggested that your familiarity was based on salt marsh and

11  Nelson's sparrows elsewhere and in the literature?

12  A      For nesting practices, yes, yes.

13  Q      Now, BRI's role for this study was not in interpreting

14  the results?

15  A      That's correct.  Our role was to collect the data and

16  those -- collecting the data in -- in the tissues.

17  Q      So you weren't asked, then, to actually perform the

18  analysis or run the statistics to assess the statistical

19  significance of the results?

20  A      Correct.

21  Q      And you also were not asked to review Chapters 2 or 14

22  of the Phase II Report in draft and provide your comments to

23  the Study Panel?

24  A      Ah, I was asked to review different portions, but I

25  don't recall if it was an official review or not.

1   Q     And the fieldwork done by you and Biodiversity Research

2   Institute was to collect exposure data only, not effects

3   information?

4   A     Yes.

5   Q     So exposure information will tell you what the mercury

6   concentrations are in an organism, but not whether that

7   concentration is causing harm to that particular organism?

8   A     Correct.

9   Q     And you've had some discussion with Mr. Bernard about

10  differences in terminology used by ecotoxicologists, and I

11  want to make sure that's clear.

12        There was some discussion about no observed effects, and

13  that's a level at which we would not expect to see any effect,

14  correct?

15  A     Correct.

16  Q     And a no observed effect is distinguished from a low or

17  lowest observed effect, correct?

18  A     Correct.

19  Q     And a lowest observed effect is an effect, but it's

20  uncertain whether that effect is actually adverse.

21  A     Yes.

22  Q     And you are someone who's careful to distinguish between

23  low observed effects and low observed adverse effects,

24  correct?

25  A     Yes.

1    Q     So when we have a study that reports a lowest observed

2    effect, that's a study that has uncertain relevance to

3    individuals or populations of organisms?

4    A     Yes, did you say lowest observed effect or adverse

5    effect?  I'm sorry.

6    Q     Lowest observed effect.

7    A     Yeah, yes.

8    Q     And an example of such a study where a low observed

9    effect is reported but not a low observed adverse effect is

10   the McKay and Maher study on Nelson's sparrows' singing?

11   A     Yes.

12   Q     And that's a study where researchers looked at Nelson's

13   sparrows' song in Mendall Marsh and found that there are some

14   differences in the song in Mendall Marsh as compared to other

15   marshes; is that your understanding?

16   A     Yes.

17   Q     But it's unknown whether that study is meaningful in

18   assessing whether there -- that -- adverse effects.

19   A     That's correct.

20   Q     And you also, in your discussion with Mr. Bernard,

21   distinguished between an EC20 and lowest observed adverse

22   effects; is that right?

23   A     There's a difference in those definitions, but we

24   discussed both those, yes.

25   Q     EC stands for effects concentration?

EVERS - CROSS-EXAMINATION/SCHUTZ

1   A      Yes.

2   Q      And what you suggested was that as a general course rule

3   of thumb, an adverse effect having a 20 percent impact on

4   population would be significant to the sustainability of the

5   population?

6   A      Yes.

7   Q      And that could be distinguished from a lowest observed

8   adverse effect, which, although it may be adverse, may not be

9   sufficient to actually impact the population of a species in

10  an area?

11  A      That's right.

12  Q      And at your deposition, you gave an example of a herd of

13  deer.  Do you recall that?

14  A      Yes.

15  Q      So a population can -- can be self-sustaining, or

16  perhaps even growing, even if some organisms are being

17  removed, such as hunters and a herd of deer.

18  A      Yes.

19  Q      And so you can have a certain loss in a bird population

20  and still have a healthy bird population in an area?

21  A      Yes.

22  Q      Now, in your paper for the Study Panel, Appendix 2-2,

23  Joint Exhibit 6-2, you discuss -- discussed bats, and you

24  proposed a lowest observed effect on bats at 10 micrograms per

25  gram.

1    A      Yes.

2    Q      Which is different from a lowest observed adverse

3    effect, correct?

4    A      That's correct.

5    Q      So at 10 micrograms per gram, we might be seeing an

6    effect, but we would not be able to conclude to a reasonable

7    degree of scientific certainty that that effect is adverse.

8    A      That's correct.

9    Q      You also had some discussion with Mr. Bernard about

10   concentrations of mercury in bats sampled at the HoltraChem

11   site?

12   A      Yes.

13   Q      Now, isn't the study area of concern here in this case

14   downriver of the HoltraChem site?

15   A      It is primarily, yes.

16   Q      And do you know why the Study Panel is sampling bats at

17   a location that's under Maine DEP jurisdiction and is subject

18   to an ongoing cleanup?

19   A      I don't.

20   Q      Let's turn to birds, and you testified that not all

21   birds are created equal, which you -- and -- and that's

22   because there are varying sensitivities between different

23   species of birds?

24   A      Yes.

25   Q      And there are also varying sensitivities between

1   different populations of birds in different locations?

2   A     Yes.

3   Q     And the sensitivity of birds to contaminants can also

4   vary and be affected by environmental factors?

5   A     Yes.

6   Q     And I want to touch on measurement endpoints.  There's

7   been some discussion about blood, fur, eggs, feathers.

8   Depending on what tissue you sample, that will tell you

9   different things about potential effects of a contaminant on

10  an organism?

11  A     Yes.

12  Q     And blood will tell you near-term exposure?

13  A     Yes.

14  Q     And if the question is what's the availability of

15  methylmercury at a specific site, would you agree that blood

16  is the best tissue type to focus on?

17  A     Yes.

18  Q     That having been said, something like eggs can be

19  valuable to look at.

20  A     They can be.  Depends on the ecology of the bird.

21  Q     And there has been some suggestion that methylmercury

22  concentrations in eggs may be important -- an important

23  indicator of potential adverse effects?

24  A     Yes, they can be.

25  Q     Now, did the Study Panel sample any eggs of songbirds in

1    Mendall Marsh, to your knowledge?

2    A    Ah, not to my knowledge.  There could have been

3    opportunistic sampling, but the -- the design was set to

4    sample blood in feathers, um, based on my recommendations.

5    Taking eggs from a marsh that is state owned would have been

6    problematic from a permit standpoint.

7    Q    And Mr. Bernard also mentioned a field study, and is it

8    your understanding that Mallinckrodt has proposed to conduct a

9    field study to assess potential mercury effects on birds in

10   Mendall Marsh?

11   A    There's a proposal to do that?  I -- I did not know

12   that.

13   Q    Let me ask, would you and Biodiversity Research

14   Institute have the capability to design a field study to

15   assess potential effects of methylmercury on birds in the

16   marsh?

17   A    Yes.

18   Q    Would you personally be involved in designing such a

19   study?

20   A    Yes.

21   Q    Could you call in outside academic experts, researchers,

22   to assist in the design of such a study?

23   A    Yes.

24   Q    Has Biodiversity Research Institute designed such

25   studies in the past?

1   A     Yes, we have.

2   Q     And what sorts of data would you collect if you were

3   going to study potential mercury effects, not just exposure,

4   but effects, on songbirds in Mendall Marsh?

5   A     Ah, I would still collect the exposure data that would

6   be needed through blood and feather.  I still would think that

7   eggs are not necessary.  Ah, I would use reproductive

8   endpoints as a primary endpoint, but also provide add-on value

9   with other endpoints, like physiological endpoints.  That

10  would be useful.  Reproductive endpoints, as I mentioned,

11  would be scalable and useful also to have comparisons with

12  other studies.

13        To look at reproductive endpoints, there's multiple ways

14  of doing that from a field standpoint.

15  Q     When you say reproductive endpoints, that could be

16  something like nest success, whether one new bird is

17  fledged --

18  A     Yeah.

19  Q     -- per nest?

20  A     Yes, nest success and/or fledging success.

21  Q     What's the difference between nest success and fledging

22  success?

23  A     The success of a nest is deemed as the number of eggs

24  that are hatched; fledging success, the number of chicks that

25  have fledged.

1  Q      And could a study of songbirds in the marsh involve

2  banding of the adults?

3  A      Yes.

4  Q      What would that tell us?

5  A      Ah, banding of the adults would provide us a way to look

6  at over time the percentage of the adults that return to that

7  marsh to breed.  We could also look at the individual

8  performance in adults -- how many young does an individual

9  produce over time.  And, also, by banding, I could look at the

10  proportion of the hatching year, the young that were born the

11  summer of banding, and look at that proportion of hatching

12  year versus adults.

13  Q      And in addition to banding, could these birds be fitted

14  with radio transmitters?

15  A      They could be fitted with radio transmitters, or there's

16  new technology similar to PIT tags.  And PIT tags can be added

17  to a band, and those individual birds can be monitored and

18  tracked with antennas in a marsh, so you know at all times

19  where your individually-marked birds are.

20  Q      What would that tell us in terms of understanding

21  potential mercury effects on these birds?

22  A      It would tell us a lot from the question of a population

23  sync question -- how many birds are coming into the system,

24  how many are leaving the system.

25  Q      If we were designing a field study to assess mercury

1  effects on songbirds in the marsh, would you consider looking

2  at mercury stable isotopes?

3  A    Yes, I -- I would include mercury isotopes.  Ah, mercury

4  isotopes looking at independent-dependent fractions provide a

5  way to get a better idea of the type -- source type of

6  mercury.

7  Q    So if, hypothetically, a substantial portion of the

8  mercury in these birds was sourced from the atmosphere,

9  mercury stable isotopes could answer that question?

10  A    Yes, yes, I believe so.  It's new -- new research, and I

11  would have to get the advice of colleagues on the competence

12  of that.  But from my understanding, yes.

13  Q    And would a properly designed and executed field study

14  tell us whether there are significant adverse effects on bird

15  populations in Mendall Marsh?

16  A    Yes.

17  Q    And would such a study be able to tell us whether the

18  population of Nelson's sparrows in Mendall Marsh is stable,

19  growing, or declining?

20  A    Yes.

21  Q    And would such a study also give us information on the

22  diet of these sparrows, the food web, how they may be getting

23  their mercury?

24  A    Yes, there's various field techniques that would provide

25  that information, and I would also analyze the delta carbon,

1   delta nitrogen in the birds and the prey to better understand

2   how methylmercury's moving through the food web.

3   Q    And might such a study also involve sampling of prey

4   items?

5   A    Yes.

6   Q    And what would that tell us?

7   A    It would provide a direct connection to the

8   methylmercury in the marsh itself.  Um, using isotopes to

9   conduct that work and understanding the -- the origin of

10   methylmercury in the food web would be important.

11   Q    And to your knowledge right now, do we have information

12   on the methylmercury levels in songbirds in the marsh at the

13   time they arrive onsite?

14   A    That -- I think that's a gap of information that we

15   have.  Most of our sampling was conducted later in the

16   breeding season.  And that was purposeful at the time because

17   we wanted to have a better signal that we thought would be

18   primarily from the marsh versus a hold-over signal from any

19   sort of migration of wintering areas.

20   Q    And could -- what would the mercury concentrations in

21   the birds at the time they're nesting tell us about potential

22   effects on reproduction?

23   A    It would be important to look at and examine the changes

24   of methylmercury availability on the marsh from the time that

25   the birds arrived to the time that -- that they left the

EVERS-CROSS-EXAMINATION/SCHUTZ

1946

1    marsh.  It provides some insight on methylmercury loads and

2    the body burden from migrant and wintering birds.

3    Q    And are researchers, such as yourself, getting better at

4    conducting these field studies in a way that's not harmful to

5    the birds themselves?

6    A    Yes.

7    Q    Could you explain?

8    A    Ah, I think -- I think technology's helping with -- with

9    simply -- one example is I don't know if there would be a lot

10   of need to find nests, and nest sites could have significant

11   impact on reproductive success, just the physical finding of

12   nests.

13        Instead, as I mentioned, PIT tags could be used to track

14   individual birds to the areas, and we could determine nest

15   sites through their activity patterns.

16   Q    And from a scientific standpoint of better understanding

17   the effects of mercury at a population level on Nelson's

18   sparrows, would you recommend additional field study?

19   A    I would.  I don't think there's enough information from

20   a demographic standpoint to build a model.  There would also

21   need to be a reference site so we can build that model without

22   a stressor, like mercury.

23   Q    And would such a study give us not only information on

24   whether there are impacts, but also the nature, extent,

25   magnitude of impacts?

1    A     Yes.

2    Q     And Mr. Bernard asked you whether you had proposed to

3    the Study Panel doing such a study.  Let's bring up Defense

4    Exhibit 571.

5              MR. SCHUTZ:  Which I'd like to move into evidence.

6              THE COURT:  Any objection to 571?

7              MR. BERNARD:  I don't think so.  Just give me -- I

8    don't -- yeah, I didn't think it was -- I didn't recognize

9    that.  I have no objection to this if it's 571.  Was that just

10   a cover page or something?

11             MR. SCHUTZ:  I think 571's a series of documents,

12   and we're on Page 3.

13             MR. BERNARD:  Okay.  So, Your Honor, this --

14   Exhibit 571 is -- is this thick.  It's got all kinds of

15   different things in it.  So I don't object to the admission

16   into evidence of this proposal that's now on the screen, but I

17   think there's a lot more to 571 than that.

18             THE COURT:  What do you want to do?

19             MR. SCHUTZ:  Just --

20             THE COURT:  Are you --

21             MR. SCHUTZ:  -- limit my --

22             THE COURT:  Are you going to introduce just Page 3?

23             MR. SCHUTZ:  I'd like to introduce the proposal that

24   starts on Page 3 of 571.

25             MR. BERNARD:  No objection to that, Your Honor, if

1   you think that's a convenient way to do it.  In substance, I

2   have no objection to that portion of the exhibit going in.

3              THE COURT:  Right.  So it's Page 3 through?

4              MR. SCHUTZ:  3 through 8.

5              THE COURT:  Page 3 through 8 of 571 is admitted

6   without objection.

7   BY MR. SCHUTZ:

8   Q    And you, Dr. Evers, and Biodiversity Research Institute

9   proposed this to have greater resolution on the question of

10  whether there are effects and at what level the effects might

11  be of methylmercury on Nelson's sparrows?

12  A    Yes.

13  Q    If we bring up the paragraph at the bottom of the first

14  page of the exhibit, you wrote, we propose to investigate the

15  impacts of mercury contamination on Nelson's sharp-tailed

16  sparrow populations by examining the link between mercury

17  levels and reproductive success?

18  A    Yes.

19  Q    And by assessing impacts, you could establish a

20  relationship between salt marsh ecosystem health, mercury

21  levels, and the viability of these bird populations?

22  A    Yes.

23  Q    Let's go to the next page and bring up overall goal and

24  objectives.  First, can you comment on the overall goal of

25  this study being to determine if avian invertivores are

1   adversely impacted by elevated mercury concentrations in the

2   marsh?

3   A    Yes, I -- I still think that's a -- a good goal

4   that's -- that's needed if you want site-specific information

5   on the effects of mercury on -- on birds.

6   Q    And you listed three objectives for this study.  What

7   were they?

8   A    Those are very overarching objectives that look at

9   adverse impacts of physiology for methylmercury body burdens,

10  adverse reproductive impacts, and then adverse survival

11  impacts.

12  Q    Were you ever authorized to conduct this study?

13  A    No.

14  Q    And to the best of your knowledge, data was never

15  collected sufficient to answer the three questions you pose

16  here, 1, 2, 3 under objectives?

17  A    Correct.

18  Q    Now, you -- you were asked to comment on an expert

19  report authored by Betsy Henry?

20  A    Yes.

21  Q    And one of your comments on that report conveyed to the

22  Study Panel was that you had proposed multiple times to

23  examine the reproductive success of the Mendall's Marsh

24  population of Nelson's sparrows and to develop population

25  models to quantify the impact of mercury?

1    A    Yes.

2    Q    And you noted that those were never approved and are

3    obviously now a significant hole in the case?

4    A    Yes.

5    Q    What did you mean by that?

6    A    Ah, that that's the sort of information for -- if -- if

7    it's necessary to have site-specific information on the

8    effects of mercury to birds because site can be a variable,

9    um, then that's something that should have been done.

10   Q    And that's the sort of hole that could be filled through

11   the sort of field effects study that you testified to earlier

12   -- earlier?

13   A    Yes.

14   Q    And I want to turn to the Jackson Carolina wren study.

15   Now, there are some pretty significant differences between

16   Carolina wren and the migratory songbirds in Mendall Marsh,

17   aren't there?

18   A    Yes.

19   Q    For one thing, the wren are not migratory, whereas the

20   birds we're talking about and of concern here are migratory?

21   A    Correct.

22   Q    And that was actually a factor mentioned by the authors,

23   including you, of the Jackson, et al. paper in commenting on

24   studies that had been done of tree swallows, correct?

25   A    Yes, yes.

1   Q      As tree swallows are migratory, whereas wrens aren't,

2   and that may affect their ability to tolerate concentrations

3   of mercury?

4   A      Yes.

5   Q      And I think you mentioned that the Carolina wren study

6   was the product of a natural resources damages assessment

7   project?

8   A      Yes.

9   Q      Was the responsible party similar to Mallinckrodt,

10  obviously other parties, involved in the process of designing

11  that study?

12  A      Yes.

13  Q      Is there anything wrong with including the responsible

14  party at the table to work on these kinds of problems and

15  develop field study designs?

16  A      There's nothing wrong with that.  I think -- let me

17  explain the process a little bit.  The trustee council is made

18  up of state and federal governmental agencies that are the

19  trustees for -- for the -- for wildlife, and I think what's

20  envisioned during the meetings is that there is a consensus on

21  the approach for -- for gathering information and setting up

22  the experimental design by all parties.

23  Q      And --

24  A      Setting up the experimental design.

25  Q      Now, the Jackson paper reports model results, correct,

1    the results being reported are the results of a model?

2    A       There is actual data that were collected from the field,

3    and those data are used by the model.

4    Q       But the effects concentration gradient that you were

5    discussing with Mr. Bernard -- EC10, EC20 --

6    A       Yes.

7    Q       -- and so forth is the product of a model?

8    A       Yes, yes.

9    Q       And the underlying raw data that was put into the model

10   to generate those results is not itself reported in the paper?

11   A       Correct.

12   Q       And in this case, Mallinckrodt issued a subpoena to

13   Biodiversity Research Institute to actually obtain the raw

14   data underlying that study?

15   A       Yes.

16   Q       That subpoena is Defense Exhibit 544.

17           MR. SCHUTZ:  Which I'd like to move into evidence.

18           THE COURT:  Any objection to -- the -- to 544, the

19   subpoena?

20           MR. BERNARD:  No objection.

21           THE COURT:  It's admitted.

22   BY MR. SCHUTZ:

23   Q       And you, Mr. Evers, prepared a memo responding to the

24   subpoena and provided data?

25   A       Yes.

1   Q      And that's Defense Exhibit 545.

2             MR. SCHUTZ:  Which I'd also like to move into

3   evidence.

4             THE COURT:  Any objection to 545?

5             MR. BERNARD:  No, Your Honor.

6             THE COURT:  It's admitted.

7   BY MR. SCHUTZ:

8   Q      And in order to respond to the subpoena, you obtained

9   authorization from the Department of Interior to share the raw

10  data underlying the Carolina wren study?

11  A      Yes, I did.

12  Q      That's Defense Exhibit 546.

13            MR. SCHUTZ:  Which I'd also like to move into

14  evidence.

15            THE COURT:  Any objection?

16            MR. BERNARD:  No.

17            THE COURT:  546 is admitted.

18  BY MR. SCHUTZ:

19  Q      Now, in this case, for the first time, we have access to

20  the raw data underlying the Jackson, et al., study, at least

21  in the group outside the authors?

22  A      Yes.

23  Q      And those involved in the NRD project?

24  A      Yes.

25  Q      And so the raw data underlying the Jackson, et al. study

EVERS CROSS-EXAMINATION/SCHUTZ

1    hasn't itself been presented at professional conferences?

2    A    Yes, it has.

3    Q    Okay.  Was the raw data underlying the Jackson, et al.

4    study submitted for peer review?

5    A    When you say the raw data, the summarized raw data have

6    been.

7    Q    I'm talking about the raw data that was provided in

8    response to the subpoena under authorization from the

9    Department of Interior.

10   A    Right.  Retract.  I see what you're saying.  The -- the

11   actual raw data itself had not -- had been presented in a

12   typical scientific approach that summarizes those data, so in

13   figures and tables.

14   Q    The data collected by the authors of the studies was

15   nest success, which is defined as whether one young was

16   fledged per nest; is that right?

17   A    Yes.

18   Q    So the data that's the basis for the model was basically

19   a binomial data set, nest fledged or nest did not fledge?

20   A    Yes.

21   Q    And the model results that are reported in the Jackson

22   paper are limited to the 2010 data set?

23   A    Yes.

24   Q    But there was nest success data collected by the authors

25   of this study for prior years?

1    A    Yes.

2    Q    And if we bring up the Jackson, et al. paper, Joint

3    Exhibit 64, bottom of Page 765, you report that in 2010, there

4    were 19 monitored contaminated nests?

5    A    Yes.

6    Q    And on the reference sites, which is upstream,

7    presumably not contaminated, there were 21 nests?

8    A    Yes, yes.

9         MR. BERNARD:  Your Honor, I'd just like the witness,

10   if he wants to, to be able to read around these snippets for

11   context if he needs to in order to answer the question.

12   BY MR. SCHUTZ:

13   Q    If you need to, just let me know.

14   A    Okay.

15   Q    And in the -- in the bottom right on this page, at the

16   very end, the authors report within the top-ranked model,

17   contaminated nests were nearly four times more likely to be

18   abandoned, and then but there was little -- and then it goes

19   on to the next page -- little difference in predation between

20   treatment groups.  Do you see that?

21   A    Yes.

22   Q    Which suggests that predation was not materially

23   different between the nests in the presumably contaminated

24   area and the nests in the reference area?

25   A    Yes.

1    Q    If we can go back to Page 760 of this paper, second
2    page, in this paragraph, the upper left, you wrote, little is
3    known about the effects of mercury exposure on
4    terrestrial-feeding songbirds.  Do you see that?
5    A    Yes, I do.
6    Q    And then this is the paragraph that we were discussing a
7    little bit earlier about the differences between Carolina wren
8    and migratory tree swallows; is that right?
9    A    Yes.
10   Q    And you wrote that, tree swallows are not representative
11   of most songbirds.  As migrants, they may winter in areas with
12   low environmental mercury, allowing them to depurate mercury
13   taken in during the breeding season, and you go on.  Do you
14   see that?
15   A    Yes, I do.
16   Q    You say depurate mercury, what does that mean?
17   A    So depurating mercury is the ability to release
18   methylmercury in your body into feathers.  It's a -- a defense
19   mechanism that organisms have, like birds.
20   Q    And the Nelson's sparrows, like tree swallows, are
21   migrants?
22   A    Yes.
23   Q    And there are some mercury effects studies available in
24   the literature on tree swallows?
25   A    Yes, there are.

 1             MR. SCHUTZ:  Let me pause here, Your Honor, if I

 2   might.

 3             THE COURT:  Yes.

 4             MR. SCHUTZ:  No further questions.  Thank you.

 5             THE COURT:  Thank you, Mr. Schutz.

 6        Redirect?

 7             MR. BERNARD:  Is it too early to take our break?  I

 8   just -- I'm going to have a little redirect, but it would

 9   be --

10             THE COURT:  That's fine.

11             MR. BERNARD:  I think more efficient if I could

12   collect my notes.

13             THE COURT:  I -- I agree with the advantage of being

14   more efficient, so we'll take our break.  Thank you.

15        (Court recessed from 12:12 p.m. to 12:43 p.m.)

16             THE COURT:  Mr. Bernard?

17             MR. BERNARD:  Thank you, Your Honor.

18                     REDIRECT EXAMINATION

19   BY MR. BERNARD:

20   Q    Dr. Evers, you were shown a page from the Jackson study,

21   Joint Exhibit 64 -- here's the first page of it -- by

22   Mallinckrodt's counsel, and this is a paragraph about tree

23   swallows and their migratory habits.  Do you remember that?

24   A    Yes.

25   Q    Okay.  I want to point your -- call your attention to

1   this paragraph, which is on Page 760, or the second page of

2   the study and the exhibit, Joint Exhibit 64.  Mallinckrodt's

3   counsel, if I remember correctly, highlighted this language

4   for you.  However, tree swallows are not representative of

5   most song -- songbirds.  As migrants, they may winter in areas

6   with low environmental mercury, allowing them to depurate

7   mercury taken in during the breeding season.  Do you remember

8   that?

9   A     Yes.

10  Q     But he did not highlight the rest of the sentence, which

11  I'm now going to highlight, and as aerial insectivores, they

12  do not feed on spiders or other terrestrial predatory insects.

13  Continuing on, on the basis of these observations, it is not

14  unexpected that some songbird species bioaccumulate mercury at

15  higher concentrations than tree swallows and may be affected

16  more.  Do you see that?

17  A     Yes.

18  Q     And then it goes on to talk about Carolina wrens and

19  high mercury levels in them in Virginia.  Do you see that?

20  A     Yes.

21  Q     Now, what influence, if any, in your view, does the fact

22  that tree swallows do not eat -- feed on spiders or

23  terrestrial predatory insects have on their bioaccumulation of

24  mercury relative to songbirds like those in Mendall Marsh that

25  do feed in that food web?

1    A     Yes, I -- I would place a Nelson's sparrows more similar

2    to a Carolina wren in its foraging habits than a tree swallow.

3    So it's important to note that the transfer of methylmercury

4    in the food web from one predator to the next is the way that

5    methylmercury biomagnifies in a system and becomes more toxic

6    at the end, so a higher trophic level species.

7          So spiders as being that predatory component's

8    important.  Aerial invertivores can be elevated in mercury

9    exposure like swallows, but they're miss -- a lot of times

10   they're missing that predator, like a spider, to biomagnify

11   methylmercury even more.

12         Nelson's sparrows, from our research to date, and some

13   of our sampling in Mendall Marsh has included spiders and

14   other predatory insects.

15   Q     Does this difference you just described and the rest of

16   the quotation describes between tree swallows on the one hand

17   and Carolina wrens and Nelson's sparrows and red-winged

18   blackbirds on the other pose a possibly even greater risk to

19   the wrens and the Nelson's sparrows from mercury

20   contamination?

21   A     Do the red-winged blackbirds have greater risk?

22   Q     No, I'm sorry.  Let me --

23   A     Yes, okay.

24   Q     -- just rewind.  The difference you're describing in

25   terms of the feeding patterns between tree swallows, on the

1 | one hand, and Carolina wrens, on the other, does that put the

2 | wrens at even greater risk of -- from mercury?

3 | A    It does.

4 | Q    Okay.  And would you put the Nelson's sparrows in the

5 | category with the wrens on this dimension?

6 | A    Yes, I would, from a foraging standpoint --

7 | foraging-type standpoint.

8 | Q    And would you put the red-winged blackbird in the

9 | category with the wrens and the Nelson's sparrows?

10 | A    I would from a foraging standpoint.

11 | Q    You were shown Exhibit -- Defendants' -- a portion of

12 | Defendants' Exhibit 571, which is a proposal you made to the

13 | Study Panel to do a pilot study.  Now, this was a pilot study;

14 | is that correct?

15 | A    That's correct.

16 | Q    And it was supposed to last one year?

17 | A    Yes.

18 | Q    And do you remember how much money was in the estimated

19 | budget?

20 | A    I don't.

21 | Q    Let me show you the third -- or a page later in the

22 | exhibit.  Does this refresh your recollection?

23 | A    Yes.

24 | Q    Okay.  Now, you were not going to determine in some

25 | definitive way the effects of mercury on Nelson's sparrows in

1   Mendall Marsh through the work embedded in this proposal, were

2   you?

3   A     It was just an exploratory pilot study, yes.

4   Q     Okay.  Let me point you to some language on the second

5   page of this study.  I'll start here because it's -- I mean,

6   of the proposal -- because it's a carryover sentence.  It --

7   and it just starts with the last word on the page -- do you

8   see that -- to?

9   A     Yes.

10  Q     Okay.  This is the first page of the proposal.  And then

11  I'm going to go over to the second page, to address this, we

12  will use a combination of physiological, reproductive, and

13  survival endpoints to assess the potential adverse effects

14  from methylmercury dietary uptake.  Do you see that?

15  A     Yes.

16  Q     And is that accurate --

17  A     Yes.

18  Q     -- in terms of what the proposal intended to do?

19  A     Yes.

20  Q     And then later on the page, over -- overall experimental

21  design.  Do you see that?

22  A     Yes.

23  Q     We will determine the potential impacts -- do you see

24  that?

25  A     Yes.

1    Q    And is that also an accurate reflection of -- of the --

2    the content of this proposal?

3    A    Yes.

4    Q    Okay.  Now, you had the opportunity during the course of

5    the Penobscot River Mercury Study to make proposals to the

6    Study Panel for additional work; is that fair?

7    A    Yes.

8    Q    Is it also fair to say that you were not charged with

9    the responsibility or the authority to approve proposals for

10   study?

11   A    Yes, correct.

12   Q    And that was -- is it your understanding that that was

13   the province of the Study Panel?

14   A    Yes.

15   Q    And that the Study Panel members were appointed by the

16   court?

17   A    Yes.

18   Q    And do you further understand that the court approved

19   expenditures for further research work on the -- on the study?

20   A    Correct.

21   Q    Okay.  Now, two years after this proposal that's set

22   forth in Defendants' Exhibit 571, was the Jackson study; is

23   that correct?

24   A    Yes.

25   Q    Okay.  And three and a half years later, in October --

1  and, incidentally I may have misspoke on the record earlier.

2  The Appendix 2-2 that you wrote is dated October.  I think I

3  may have used May.

4  A    Yes.

5  Q    I apologize.  But it's October 2012, right?

6  A    Yes.

7  Q    Okay.  So that was three and a half years after this

8  April 2009 proposal which is contained in Defendants'

9  Exhibit 571, right?

10  A    Yes.

11  Q    So three and a half years later, you produced, at the

12  Study Panel's request, this written literature review; is that

13  correct?

14  A    That's correct.

15  Q    And in that review, you proposed effects concentrations

16  for piscivorous and -- birds, and invertivores, including

17  songbirds, in the Penobscot System; is that right?

18  A    Yes, that's right.

19  Q    And you believed at the time that those were reasonable

20  thresholds based on your knowledge and expertise; is that

21  correct?

22  A    Yes.

23  Q    And you still believe that; is that correct?

24  A    I do.

25       MR. BERNARD:  Nothing further, Your Honor.

1    THE COURT:  Recross?

2    MR. SCHUTZ:  Nothing further.  Thank you.

3    THE COURT:  Thank you, Mr. Schutz.

4    You may stand down, sir.  Thank you.

5    THE WITNESS:  Thank you.

6    (The witness left the witness stand.)

7    MR. BERNARD:  Plaintiffs recall Dr. Dianne Kopec.

8    (Dianne Kopec, having been previously duly sworn, resumed

9    the witness stand.)

10    THE COURT:  No need to be resworn.  You're still

11    under oath.

12    THE WITNESS:  That was my question.

13    MR. BERNARD:  Just give me one moment, Your Honor,

14    please.

15    THE COURT:  Sure.

16    CONTINUED DIRECT EXAMINATION

17    BY MR. BERNARD:

18    Q    Good afternoon, Dr. Kopec.

19    A    Good afternoon.

20    Q    Thank you for your patience in waiting.

21    A    My pleasure.

22    Q    What is that picture which is part of Plaintiffs'

23    Exhibits 88?  What does that show?

24    A    That --

25    Q    Is it 88 or 83?  88.  I was correct the first time.

1   What does that show?

2   A     That's a male black duck.

3   Q     Okay.  Now, do black ducks winter along the Penobscot

4   River?

5   A     They do.

6   Q     When do they arrive?

7   A     They start to arrive in October.

8   Q     And do they -- and where -- and how long do they stay?

9   A     Um, they stay through the winter season and migrate back

10  north to their breeding grounds along the Atlantic provinces

11  up in Canada, ah, generally leaving around March.

12  Q     And do they spend the rest of the year up in Canada when

13  they're not in the Penobscot?

14  A     Yes.

15  Q     Okay.  What is the size of the winter duck population at

16  Mendall Marsh, if you know?

17  A     Um, it's never been exactly determined.  Ah, the

18  biologist I work with from Maine Inland Fisheries and Wildlife

19  has estimated that it's around a hundred or 150 ducks with the

20  majority of those black ducks.

21  Q     Okay.  When you say the majority, I think you said in

22  your deposition that around 90 percent were black ducks?

23  A     I think -- you know, when I said majority, I thought

24  it's more than a majority, you're right, 90 percent.

25  Q     Are black ducks hunted in Maine?

1   A      They are.

2   Q      Are they hunted at Mendall Marsh?

3   A      They are.

4   Q      When is the hunting season, if you know?

5   A      There are two sections, one in the early part of the

6   fall, October-November, and then there's often a break, and

7   then, um, it's November through roughly the third week in

8   December or fourth week of December.  They stop it just before

9   Christmas.

10  Q      Do you know what black ducks eat?

11  A      Yes.

12  Q      What do they eat?

13  A      As reported in the literature, there have been a number

14  of studies of the black duck diet, um, and they eat aquatic

15  invertebrates.  So snails and slugs and, um, small clams,

16  small mussels.  They forage on the mudflats and they forage on

17  the marsh surface itself when those are -- when the marsh

18  surface is flooded at extreme high tides.

19  Q      Were black ducks sampled as part of the Penobscot River

20  Mercury Study?

21  A      Excuse me, were they sampled?

22  Q      Yes.

23  A      Yes, they were.

24  Q      And do you remember when?

25  A      Ah, we first sampled them in December of 2010.  That was

1  for muscle.  And then we sampled -- we had a bit of a --

2  several stages to the sampling program for black ducks.  We

3  wanted to know specifically what the mercury concentration was

4  in the muscle at the end of the hunting season because the

5  muscle -- the breast muscle is eaten by the hunters.

6        So we, um, worked with folks from Inland Fisheries and

7  hunters and collected muscle samples from ducks that were shot

8  during the hunting season, and then in January, worked with

9  Inland Fisheries to collect blood from ducks, both at Mendall

10 Marsh, um, South Verona, and then a reference area in

11 Frenchman Bay.  And, ah, Inland Fisheries has an ongoing

12 tagging program, banding program, looking at the black ducks.

13 Q    What did you find by way of a correlation between

14 mercury in the muscle and mercury in the blood of black ducks?

15 A    Ah, we found a very strong correlation.  In January of

16 2011, we sampled -- collected blood samples from ducks that

17 had been caught in traps, and then we sacrificed those ducks

18 and took muscle samples from them, and we found a very strong

19 correlation with R-squared of .99.

20 Q    Is this -- is this a figure that depicts that?

21 A    It does.

22 Q    Okay.  So this is Joint Exhibit 6, the Phase II Report,

23 6-14, so Chapter 14, and it's on Page 14-88.  Please explain

24 to the court what this figure depicts.

25 A    Well, it shows the concentration of total mercury in

KOPEC - CONTINUED DIRECT EXAMINATION/BERNARD

1968

1   both the blood and the muscle from -- for individual ducks.

2   Q    And --

3   A    And as you can see, there's a very strong correlation.

4   When blood -- when the blood concentration is high, the muscle

5   concentration is high.  When the blood is low, muscle is low,

6   and in-between.

7   Q    And was -- was one reason for sampling blood and muscle

8   and looking at correlation to figure out whether you could

9   gather the information you wanted without sacrificing ducks?

10  A    Yes.

11  Q    Because if you take the muscle, you need to kill the

12  duck?

13  A    Yes.

14  Q    But you can take blood and leave the duck alive?

15  A    Yes, it's nonlethal sampling.

16  Q    Okay.  Let's look at the Phase II Report.  This is on

17  Joint Exhibit 6-14 at Page 14-89.  Do you recognize this

18  figure?

19  A    I do.

20  Q    Okay.  Please explain what it shows.

21  A    Well, um, this is a bar graph showing the sample periods

22  in which we collected muscle samples from the ducks, and on

23  the vertical Y axis, the total mercury concentration in those

24  muscle samples.

25       And you can see that it -- our first collection in

1  December of 2010, we found a mean concentration in the muscle

2  of 0.75 micrograms per gram.  A little -- roughly five weeks

3  later, in January, in those four ducks that we sampled that

4  were up on a previous graph, we found slightly higher mercury

5  concentrations in the ducks.

6       The following year, ah, Inland Fisheries amended the

7  study design a little bit, I think for the better, and we

8  added samples of black ducks collected in October, soon after

9  they had arrived to Mendall Marsh, and we found low

10 concentrations in them then, less than 0.25 micrograms per

11 gram, when -- whereas eight weeks later, in December when they

12 were sampled, the concentration was approaching .8 micrograms

13 per gram.

14 Q    What, if anything, do you make between the difference

15 between the mercury muscle concentrations between October 2011

16 and December 2011?

17 A    When the birds arrived, they had low muscle mercury

18 concentrations.  Ah, after being resident on the marsh for

19 roughly eight weeks, their mercury concentration had increased

20 three to four-fold.

21 Q    Let's look at the -- you also sampled blood, you said,

22 correct?

23 A    Yes.

24 Q    Let me show you from Joint Exhibit 6-14, Page 14-91,

25 this figure, which I think contains the blood data.  Does it?

1    A    It does.

2    Q    Okay.  And please --

3    A    It does.

4    Q    Please explain to the judge what this shows.

5    A    Well, we sampled blood -- and, again, we have sites

6    along the X axis and total mercury concentration on the Y

7    axis.  Mendall Marsh is in red.  The southern tip of Verona

8    Island, ES13, which is also an intertidal site, is in purple.

9    And then our reference area, control site in Frenchman Bay, is

10   in blue.

11        And in 2011, we found a decline in mercury

12   concentrations as you went south from Mendall Marsh to Verona

13   Island, and then east over to Frenchman Bay.

14        In 20 -- in January of 2012, the -- the concentration in

15   blood in Mendall Marsh was equivalent to what we'd found the

16   previous year, but we found lower concentrations of mercury at

17   Verona Island than we had previously.  We also had a larger

18   sample size in 2012, which may explain that.

19        Mercury concentrations in Frenchman Bay are roughly ten

20   times less than they are at Mendall Marsh in both of these

21   years.

22   Q    What is the -- now, the breast muscle of duck is part of

23   the human food web you said, right?

24   A    Yes.

25   Q    What is the relevant threshold for safe human

KOPEC - CONTINUED DIRECT EXAMINATION/BERNARD

1971

1   consumption for the duck, in your view?

2   A    As applied by the, um, toxicologist for the State of

3   Maine, Dr. Andrew Smith, the relevant concentration was 0.2,

4   same as for muscle in fish.  So that would be -- that's 2, 5

5   -- roughly right across here -- (witness drawing).

6   Q    Okay.  Now, just for completion's -- and that would be

7   considerably below the Mendall Marsh concentrations in both

8   2011 and 2012, right?

9   A    Yes.

10  Q    Okay.  Just for completeness, let me go back to the

11  muscle data, which is on Page 14-89 of Joint Exhibit 6-14.

12  Would you draw a similar line, please, and show the court

13  where that would fall?

14  A    Sure.  (Witness drawing. ) It's right about there.

15  Q    More or less the same story?

16  A    Yes.  The concentration in muscle during the hunting

17  season, so the concentration the hunter and their families are

18  exposed to are three to four times greater than the Maine

19  mercury-action level for methylmercury.

20  Q    Did you compare black duck mercury concentrations to --

21  well, withdrawn.

22       Did you compare the mercury concentrations in black

23  ducks in the Penobscot to black ducks from other regions?

24  A    Yes.

25  Q    What did you find?

1    A    Um, they were the highest for this species that were

2    found -- um, that I could find in the literature.  For the

3    most part, concentrations were down around 0.1 micrograms per

4    gram in that area or less.

5         There was a -- a population of ducks, different species,

6    in the Great Salt Lake, that had mercury concentrations

7    similar to what was found at Mendall Marsh in one species.

8    Q    Was there a question raised within the Study Panel

9    about, when these data came in, whether to turn them over to

10   the Maine Department of Inland Fisheries and Wildlife?

11   A    Yes.  Ah, in December of 2010, I was working in the

12   field with a biologist from Inland Fisheries, Kelsey Sullivan,

13   and after we sampled the ducks, he breasted them out, and he

14   was going to take the duck meat home for his family to eat.

15   And when I got these results back from the lab, I was, um,

16   pretty concerned about that.  He had two young boys in his

17   family.  He had a little -- a child less than 1 year old that,

18   um, would come to the lab during duck processing sometimes

19   when his wife was busy.  And, ah, I knew that his entire

20   family were eating those ducks, and I wanted to be able to

21   tell him about it, but we had a confidentiality agreement, and

22   I wasn't able to directly give him the results until we had

23   court approval.

24        So I went to the panel asking them if we could petition

25   the court so that we could, um, release these data before the

KOPEC - CONTINUED DIRECT EXAMINATION/BERNARD

1973

1    report was done.

2    Q     What ensued?

3    A     There was a lot of discussion.  Ah, I believe Special

4    Master Calkins was contacted -- no, before then -- just --

5    before we contacted the court, the panel wanted to make sure

6    that these findings were real before we did anything with

7    them.  So there was a question about what was the percent

8    methylmercury in the duck breast muscle.  So we went back to

9    our lab.

10         We'd only analyzed for total mercury before.  We

11   went back to the lab.  They did a quick run on methylmercury

12   in the ducks sampled in December of 2010, and we found that

13   99 percent of the mercury in the muscle was methylmercury,

14   same as it is essentially in fish.

15         Then there was a question that maybe the ducks had

16   brought the mercury in from their breeding grounds.  We had

17   collected primary feathers from those ducks, so we went back

18   to the lab and asked them to analyze the mercury concentration

19   in both the ducks that had been sacrificed and their muscle

20   analyzed, and also the ducks we'd collected in January from

21   Mendall Marsh and the other two sites here in Maine, and we

22   analyzed the mercury concentration in their primary feather to

23   see if the ducks had been exposed to mercury on their breeding

24   grounds.

25         And I think there is a graph in here that shows that we

KOPEC - CONTINUED DIRECT EXAMINATION/BERNARD

1974

1    had the same mercury concentration in the ducks' primary

2    feathers, regardless of what site they were sampled at here in

3    Mendall Marsh, even though we had a really distinct difference

4    in their mercury in their blood and muscle.  This -- there you

5    go.

6    Q    Is this the chart you're referring to?

7    A    It is, it is.

8    Q    This is Page -- for the record, Page 14-93 of Joint

9    Exhibit 6-14.  Please tell the court what this shows.

10   A    Well, this is essentially background concentration of

11   mercury in feathers with the concentration between 2 and

12   2.5 micrograms per gram wet weight.  So that does not show

13   that the ducks were exposed to mercury on their breeding

14   grounds.

15        After all of that was done, then we went back to the

16   court.  Ah, Judge Calkins asked for a small report describing

17   everything.  I worked that up, and then we sent that to the

18   court for review and to the parties for review.

19   Q    And what happened after that?

20   A    Ultimately, we received permission to release the

21   findings, and we sent them to Inland Fisheries the next day.

22   Q    And what did Inland Fisheries and Wildlife do in

23   response?

24   A    They contacted the state toxicologist, Dr. Andrew Smith,

25   and worked with him to set a health advisory level for ducks

1   along the lower Penobscot.

2   Q     And did Inland Fisheries and Wildlife issue a warning?

3   A     Yes, they did.  That was the health advisory.

4              MR. BERNARD:  Your Honor, I don't know if you

5   recall, we discussed this, but this is Plaintiffs' Exhibit 67.

6              THE COURT:  Right.

7   BY MR. BERNARD:

8   Q     Dr. Kopec, is this -- when you could see it -- was it

9   the warning that --

10  A     For a brief period, yes.

11  Q     There you go.  Is this the warning you're referring to?

12  A     Yes.

13  Q     Prior to this warning that was issued by Inland

14  Fisheries and Wildlife based on the study black duck data, had

15  there been any health warning with regard to the consumption

16  of ducks in Mendall Marsh?  Do you know?

17  A     There had been no warning in the State of Maine

18  regarding the consumption of ducks.

19  Q     Now, the 200 nanogram per gram standard began as a

20  standard for fish; is that correct?

21  A     Ah, yes.

22  Q     Okay.  Do you think it's appropriate to use that same

23  standard for methylmercury in duck breast?

24  A     Well, um, ah, the state toxicologist felt it was

25  appropriate to do so.  Ah, it makes logical sense to me

1   because the real issue is how much methylmercury you're

2   ingesting, and given that the methylmercury concentration in

3   the duck muscle is equivalent to methylmercury concentration

4   in fish muscle, it seemed logical.

5   Q     Did you monitor black ducks in -- this past winter?

6   A     I did -- or we did.

7   Q     What's that?

8   A     We did.

9   Q     Yes, I meant you in the plural.

10   A     Yeah.

11   Q     And did you issue a report -- did the Study Panel issue

12   a report relating the results of the winter black duck

13   monitoring?

14   A     Yes.

15   Q     Let me show you Joint Exhibit 13.  Is this the cover

16   page to the recent report?

17   A     Yes, it is.

18   Q     And it's dated March 2014?

19   A     Yes.

20   Q     Okay.  Now, did you prepare this report?

21   A     I did.

22   Q     Did the Study Panel review it?

23   A     Yes.

24   Q     Did the Study Panel approve it?

25   A     Yes.

1  Q    And does it summarize the results of the black duck

2  monitoring you conducted or that was conducted as part of this

3  study during the winter of 2013-2014?

4  A    It does.

5  Q    Okay.  Where did you monitor ducks during this period?

6  And maybe I can show you a figure.  This is Joint Exhibit 13

7  at Page 5.  I'm not sure how much that'll help, but will it?

8  A    Ah, sure.  It's not -- um, yeah.

9  Q    It's not a beacon of --

10  A    There were some production problems in getting the

11  report out.  The map was supposed to be on an entire page,

12  but --

13  Q    Let's see if I can help here.  Okay.  It's not a beacon

14  of clarity, but see whether you can use it to describe to the

15  judge the monitoring you conducted during this past winter.

16  A    Sure.  So first, just to orient, this map shows both the

17  blood and the muscle concentrations that we found at Mendall

18  Marsh.  So this graph compares the muscle concentrations that

19  we found in December of 2012, and this graph compares the

20  blood concentrations that we found in January into February of

21  2012.

22  Q    How many stations did you sample?

23  A    Three.

24  Q    And was one of them a reference?

25  A    Yes.

1   Q      And one is in Mendall Marsh and one is in Verona Island?

2   A      Yes.

3   Q      Okay.  So let me show you on Page 7 of Joint Exhibit 13

4   this figure and ask you to please describe to the court what

5   it depicts.

6   A      Um, this looks at a -- the blood mercury concentration

7   in Mendall Marsh in January and February because some of the

8   collections were made in early February of this year, ah, from

9   -- in 2010, 2011, and 2013, and you can see that there is --

10  there was a decline in mercury concentrations in the blood at

11  Mendall Marsh.  This decline was significant.  There was also

12  a significant decline at ES13.  Ah, but there was no change in

13  the mercury concentrations in the blood in ducks at Frenchman

14  Bay.

15  Q      How do the blood mercury levels in -- at Mendall Marsh

16  compare to the blood mercury levels in Frenchman Bay for this

17  past winter?

18  A      Um, generally, they were below 0.1, um, parts per

19  million or micrograms per gram.  They were roughly 0.08 to

20  0.1 parts per million, whereas, um, in -- something to point

21  out, before I go on here.  These concentrations were adjusted

22  for bill length because I found that variable to be a

23  significant covariant.  So these aren't the actual blood

24  concentrations that the ducks we found had.

25         Bill length is generally longer in male ducks, and it

KOPEC - CONTINUED DIRECT EXAMINATION/BERNARD

1979

1   can be a way to, um, ah, better characterize your data sets.

2           So this shows the blood mercury concentration around 2.7

3   in the ducks at Mendall Marsh.  It was actually around 3.2,

4   the concentration that we actually found, right about there.

5   Q    Okay.  Now, these are blood concentrations, correct?

6   A    These are blood, yes.

7   Q    Okay.  Let me show you the chart on Page 6, which I

8   believe depicts the muscle concentrations.

9   A    Yes.

10  Q    Does it?

11  A    Yes, it does.

12  Q    And what did you find here?

13  A    Again, we found that we had lower concentrations in the

14  muscle in December of 2012 than we had found in the previous

15  two sampling years, ah, but the difference was not

16  significant.

17  Q    So you mentioned a moment ago that there was a

18  significant difference in terms of blood concentrations, but

19  now you're saying there was not a significant difference in

20  terms of muscle concentrations?

21  A    That's correct.

22  Q    And what do you mean by significant?

23  A    Um, statistically significant.  You can look at a

24  pattern, um, and you can't really discern whether a pattern

25  that appears before you is a really valid indicator of change

1    in the environment, so we use statistics to kind of separate

2    out the signal from the noise.

3    Q    And you ran statistics on the breast muscle results?

4    A    Yes.

5    Q    And you did not find a significant difference.

6    A    No.

7    Q    And when you say a significant difference, what are you

8    comparing the 2013-14 results to?

9    A    Um, and, again, these are -- this is breast muscle, so

10   this was collected in December of 2013, but it's the same

11   sampling, um, period.  So I call it the winter season of

12   2013-2014.  And I --

13   Q    What are you comparing it to for statistical purposes --

14   A    Comparing to --

15   Q    -- are you comparing to the year before or both the --

16   A    Yes, to the two years before.

17   Q    Okay.  All right.  Now, could you draw a line at the --

18   where the state safety level is here, please?

19   A    Okay.  So that's again down here -- (witness drawing).

20   Q    So even at this lower level, how does the last winter's

21   -- understanding what you said about there not being a

22   statistical difference, but even if you accept this number as

23   a -- by itself, how does it compare to the state safety

24   standard for human consumption?

25   A    It's slightly over two times greater than the state

1    mercury-action level.

2    Q    Now, the concentrations this past winter were lower than

3    they were in the prior two sampling periods; is that fair to

4    say?

5    A    Yes.

6    Q    And is it possible to know with certainty why that is?

7    A    No.

8    Q    Do you have thoughts about why that is?

9    A    Yes.

10   Q    And let me first ask you, before I ask you to describe

11   those thoughts, were you actually out there as part of the

12   sampling effort?

13   A    Every day.

14   Q    Okay.  What are your thoughts about what you found this

15   past winter?

16   A    Well, it went back to an observation I had the first

17   year I was sampling, um, in the winter of 2010-2011.  I was

18   really surprised during the high spring tides when the marsh

19   surface was flooded to see the ducks move up onto the marsh

20   and feed at the base of the plants.  They were eating on the

21   marsh surface.

22        And at that point, I thought I was -- that the ducks fed

23   exclusively on the mudflats at low tide.

24        I later found that, especially in areas where --

25   temperate areas where you have a colder winter, that the ducks

1    will increase their food intake and, um, take advantage of

2    flooded marsh surfaces to feed so they don't have to suspend

3    feeding and feed only at low tide on the mudflats.

4         And I saw that during the winter of 2010-11 and during

5    the winter of 2011-12.  But then this past winter, I was first

6    out in the field on December 16th, and I was quite surprised

7    at the different appearance of the marsh.  It was covered with

8    snow and ice.  Um, there was none of the mud or plants that

9    are normally present -- that had been present on the marsh

10   surface the previous two winters I'd been out were visible.

11   Everything was snow and ice.

12        And -- so that was on the marsh platform.  Then when you

13   looked on the mudflats themselves, the ice that was covering a

14   good bit of the water within Mendall Marsh floating on the

15   water surface, as the tide went out, the, um, ah, water went

16   down and the ice just sat on the mudflats.  So the -- the

17   ducks had a limited area where they could feed within Mendall

18   Marsh where the current was strong enough to sweep the ice

19   away as the tide was going out and not cover the mudflats.

20        I was wondering if this was going to affect mercury

21   concentrations, when I saw all that, because the ducks -- even

22   though they congregated at Treat Point, which on the north

23   shore at the entrance to Mendall Marsh from the Penobscot

24   River, that they often would fly out into Penobscot Bay, and I

25   don't know where they went, whether they went north toward W17

1   or a little bit south, um, toward exposed -- exposed mudflats

2   in the river itself where the current is stronger and you have

3   more mudflat to feed.

4        And then when we got the results back, I started putting

5   those two -- my observations and the low mercury

6   concentrations together, and it seemed like one explanation

7   for the low mercury could be limited foraging area within

8   Mendall Marsh this past winter.

9   Q    Were the two winters during which you did sampling prior

10  to this winter substantially different weather-wise from this

11  past winter?

12  A    Yes, I was thinking that just reporting my visual

13  observation isn't very strong, so I was thinking, well, was

14  there really a difference in temperature?  And I went back

15  into the -- onto the NOAA Web site and looked for some

16  evidence of temperature changes.

17       And there's a graph in that report that would be really

18  useful to look at right now that would illustrate the

19  difference in temperature changes.

20  Q    I --

21  A    Between the two years.

22  Q    -- don't have that chart.  But what does it show?

23  A    Shoot.  Well --

24  Q    That chart's not in the black duck monitoring report, is

25  it?

KOPEC - CONTINUED DIRECT EXAMINATION/BERNARD

1984

1    A     Yes, it is.

2    Q     It is.  Wow.

3    A     It's --

4    Q     Then I do have it.

5    A     Okay.

6    Q     And I just have to find it.

7          THE COURT:  Why don't you show her the report, and I

8    bet she'll get it.

9    BY MR. BERNARD:

10   Q     All right.  Is it in the body of the report or some of

11   the supporting --

12         MR. BERNARD:  Oh, this is the chart.  Thank you.

13   Yes, I knew it all along.  This is Page 8.  I'm sorry about

14   that.  This is Figure 4, Page 8 of Joint Exhibit 13.

15   BY MR. BERNARD:

16   Q     Is this the chart you're referring to?

17   A     It is.

18         THE COURT:  Just a minute.  I think there may be an

19   objection.

20         MR. SCHUTZ:  I guess I want to object.  I mean, can

21   Dr. Kopec conclude to a reasonable degree of scientific

22   certainty what caused the change in black duck concentrations,

23   or are we going down the road of speculation and hypothesis

24   that are considered, but that we don't have evidence to

25   conclude, one way or the other, whether they're accurate?

1       THE COURT:  Sounds like an ideal area for

2  cross-examination to me.

3  A     I think I'm going to get it, too.

4  BY MR. BERNARD:

5  Q     Dr. Kopec --

6  A     Well -- so --

7  Q     Just looking at this figure, just explain to the court,

8  please, what it shows.

9  A     Okay.  There's this terrific Web site that NOAA has that

10  allows you to look at the past hundred years of temperature or

11  precipitation information for, um, any location across the

12  U.S. -- general areas across the U.S., for one month up to an

13  average of 24 months.

14      So what I did was look at the mean temperature averaged

15  for a two-month period -- November-December -- starting in

16  1990 and going up to, um, the 20 -- this would be 2013

17  November-December.

18      And, again, we sampled in 2010, which is this dot right

19  here, and the 2010 -- again, this is the fall temperatures

20  when the marsh was frozen because it was frozen solid when I

21  went out there December 16th.  So this is the average

22  temperature in the fall of 2010, and then in the fall of 2011

23  -- whoop -- no, wait -- yes -- and then this is '12, and this

24  is the average temperature this past year, in 2013.

25      And you can see this graph also gives you the trend in

KOPEC - CONTINUED DIRECT EXAMINATION/BERNARD

1986

1    temperatures for the last hundred years, and it shows an

2    increasing trend in temperatures.  This is for the Maine

3    coast, and the first two years we were sampling the ducks, the

4    concentration was at the -- right on the regression line at

5    2010 and higher than normal for 2011, but it was far below

6    that for the -- for 2013, down here.

7         So this is quantitative information that confirms my

8    visual observation out on the marsh.

9    Q    Now, Dr. Kopec, the monitoring that you did of black

10   ducks last winter, was this part of a longer-term or proposed

11   longer-term monitoring of biota in the Penobscot?

12   A    Yes.

13   Q    Okay.  And is one of the reasons to do longer-term

14   monitoring to get enough observations so that you can better

15   interpret interannual fluctuations in mercury concentrations?

16   A    Yes, biological data are very messy, and there are a lot

17   of variations that we have absolutely no control over, one of

18   which is weather, ah, temperature, timing of the spring

19   season, um, there's a multitude of factors that we just have

20   to work around, and regular monitoring, annual monitoring

21   allows you to document those, and accurately interpret your

22   findings.

23   Q    Would you draw any firm conclusion from, you know, a

24   fluctuation from one year to another single year?

25   A    Well, no, not a firm conclusion.  We've only monitored

1  the black ducks for three years, but I found this re -- this

2  -- the fact that we had lower mercury concentrations in the

3  winter when we had colder temperatures and persistent snow and

4  ice on the marsh surface to provide some useful information

5  about what the potential exposure for the black ducks was.

6      If -- if the trend in temperatures was going down, that

7  -- that's a really good finding for the black ducks because

8  there's going to be less exposure to the wintering black ducks

9  to the mercury in Mendall Marsh.  That doesn't seem to be the

10 case, though.

11 Q   We've been talking about biota and the Chapter 14 in the

12 Phase II Report and the 2012 monitoring report and now the

13 2013 black duck monitoring report.

14     I just want to turn your attention briefly to sediment

15 sampling.  As part of the 2012 effort, did the Study Panel

16 look at mercury levels in surface sediments at various places

17 in the ecosystem?

18 A   Yes, we did.

19 Q   And did that effort begin back in 2006?  In other words,

20 there's been sediment -- surface sediment sampling from 2006

21 into 2012?

22 A   Yes.  In 2006 and 2007, the -- each intertidal site was

23 sampled at multiple times during the summer and fall.  Um, and

24 then the number of sites where sediment was analyzed for

25 mercury was reduced in subsequent years.

1    But there's been a -- some sites have been sampled from

2  2006 to the present.

3  Q    Has your sampling enabled you to discern any trends in

4  mercury concentration in surface sediment throughout the

5  system?

6  A    There have been some significant differences within our

7  -- our sample period.  Ah, there's a table in the 2012 report

8  that might be instructive.

9  Q    Yes, there is.  I'll find it in a moment.

10  A    Okay.

11  Q    But while -- while I do, do you recall whether, in

12  general, just overall --

13  A    In -- in general --

14  Q    Hang on a second.

15  A    We did not find --

16        THE COURT:  Wait.  One at a time, please.

17        THE WITNESS:  Okay.

18  BY MR. BERNARD:

19  Q    For the record, just let me complete the question.

20  A    Okay.

21  Q    In general, has the Study Panel found a -- a -- a trend

22  of note in sediment -- surface sediment mercury concentrations

23  throughout the system?

24  A    Overall, we're not seeing a consistent trend among our

25  sediment samples.  We did have some sites where there were

KOPEC - CONTINUED DIRECT EXAMINATION/BERNARD

1989

1    significant increases or decreases in different sampling

2    periods.

3    Q    I just want to show you from the 2012 monitoring report,

4    this is Joint 7, and this is text from Joint Exhibit 7.  It's

5    Page 18, which I think confirms what you say.  You see the

6    sediment temporal trends?

7    A    Yes.

8    Q    And we have not detected a trend in mercury

9    concentrations in the sediment of the lower Penobscot?

10   A    Yes.

11   Q    Okay.  And does that confirm your testimony?

12   A    Right.

13   Q    Okay.  Let's talk about food webs.  Did you -- did the

14   Study Panel study food webs in the Penobscot?

15   A    Yes, we did.

16   Q    And are those results reported in Chapter 2 of the Phase

17   II Report?

18   A    Ah, Chapter 16?

19   Q    Chapter 16.

20   A    Yeah.

21   Q    Thank you.  And let me just show you the cover page.

22   This is Joint Exhibit 6-16, and it's Page 16-1.  Is this the

23   food web chapter?

24   A    Yes, it is.

25   Q    Okay.  And you were one of the authors of that?

KOPEC - CONTINUED DIRECT EXAMINATION/BERNARD

1990

1    A    Yes, I --

2    Q    Okay.  And what is the chapter report on?

3    A    We did two food web studies, one an aquatic food web

4    study looking at the diet of our target fish in the Penobscot

5    River, and that had two components.  We both looked at stomach

6    contents in the fish that were sampled for mercury analysis,

7    and then we also used stable isotopes to, um, look at a longer

8    picture of -- a longer picture of their diet.  Using stable

9    isotopes, you can discern both the -- the base of the food web

10   in which an organism is feeding, and you can also determine

11   the trophic level it feeds at.

12   Q    And the trophic level is what?

13   A    Ah, well, in a -- a -- in an ecosystem, you have

14   organisms feeding at different trophic levels.  The first

15   trophic level is -- are the primary producers, and those would

16   be the plants that fix carbon using the energy from sunlight,

17   and then you have primary consumers, so that's a trophic level

18   of one, and then you move up from there.

19   Q    Let's --

20   A    Or two -- two.

21   Q    Let's focus on stomach contents for a moment.

22   A    Okay.

23   Q    What do you do?  Do you actually open the stomach of the

24   animal and study what's in it?

25   A    Yeah, you do a necropsy on the fish, and you take out

1    the stomach, and you save the stomach contents in alcohol and

2    -- and then later, in the laboratory, separate out the stomach

3    contents by taxa, sometimes getting down to species, sometimes

4    not.

5    Q    What does that tell you in terms of food web?

6    A    Um, stomach contents give you a snapshot of what the

7    fish were eating.  Um, the last four -- what they have eaten

8    within the last 6 to 12 to 24 hours.  It doesn't give you a

9    long-term picture of their diet, but a short-term picture, and

10   it is very specific to, um -- you can identify specific prey

11   items.

12   Q    Now, you mentioned a second method, which is stable

13   isotopes, and, first, just to clear this out of the way, I

14   know you've been in court some of the days.  You heard some

15   testimony about some mercury stable isotope work that was

16   undertaken by the Study Panel and -- and the Study Panel

17   stopped pursuing that work.  Do you remember that?

18   A    Yes.

19   Q    Does this have anything to do with that?

20   A    Well, there -- we were looking at stable isotopes, but

21   these are stable isotopes of carbon, nitrogen, and sulfur.

22   Q    Okay.

23   A    So they have nothing to do with the mercury stable

24   isotopes that were -- have been discussed before.

25   Q    So these stable isotopes that you're using in food web,

1   please explain to the court how you use those.

2   A    Yes.  Um, ah, stable isotopes -- let's start with

3   nitrogen because the nitrogen stable isotopes give you an

4   indication of what trophic level an organism is feeding at,

5   and the -- well, an isotope is a molecule of nitrogen that has

6   a different, um, number of neutrons in it, so its weight is

7   slightly different.

8        And for nitrogen, the lighter isotopes can -- are

9   gradually lost through metabolism in organisms, so that you --

10  they -- the nitrogen isotope becomes heavier as you move up

11  the food web so that you can look at the value or the isotopic

12  signature of nitrogen and determine how high in the food web a

13  predator is eating.

14       For carbon and sulfur isotopes, those can be used to

15  define the base of the food web because, um, ah, carbon

16  isotopes in -- show differences between terrestrial and

17  aquatic food webs, between benthic and pelagic food webs, or

18  between freshwater and saltwater food webs.

19       Generally, the carbon isotopes increase as you move from

20  fresh water to salt water, as do the nitrogen and sulfur

21  isotopes.

22  Q    Do the two different methods you've mentioned -- stomach

23  contents, on the one hand, and the stable isotopes, on the

24  other -- do they complement each other in terms of examining

25  food web?

KOPEC - CONTINUED DIRECT EXAMINATION/BERNARD

1993

1    A      They -- they do because, again, the stomach content

2    gives you a short-term picture of what a fish is eating, and

3    the stable isotopes give you a long-term view of that over the

4    past several months if you're looking at muscle samples, which

5    is what we analyzed for stable isotopes.

6    Q      What is the importance, if any, of determining the

7    source of mercury entering a particular food web?

8    A      Ah, it's of particular value when you're talking about

9    mercury remediation.  If the mercury that the fish are -- is

10   eating comes from the benthic food web, um, so that the

11   mercury in the sediment moves into the benthic primary

12   producer plants that are on the sediment, then that mercury --

13   once it enters the plants, it has to move up in the food web.

14   That's just the only option for it because mercury

15   biomagnifies and, um, accumulates with each trophic level, the

16   mercury that enters at the very base of the food web gradually

17   moves up the food web to the top predator.

18          So if the mercury -- if fish are feeding in the benthic

19   food web and mercury's reduced in the sediment, then the food

20   web above the sediment will have lower mercury concentrations,

21   and the fish will have lower mercury concentrations.

22          If they're feeding in the pelagic food web, there's less

23   of a direct connection between the -- ah, the mercury the fish

24   are ingesting and any change in the mercury concentration in

25   the sediment.

1    Q     In general terms, what did you find regarding the food

2    web for the Penobscot biota you -- you studied?

3    A     For most of our target species, we have evidence that

4    they feed primarily in the benthic food web, especially in the

5    OV and BO reach.  In the OB reach, down toward, um, ah -- in

6    the area just north of Bucksport, um, some of the fish

7    species, ah, were starting to move into feeding in both the

8    benthic and pelagic food web, and then when you move out into

9    the ES reach, our fish species were feeding more in the

10   pelagic food web.

11   Q     And because it happened -- it was discussed a couple of

12   weeks ago, could you just briefly describe the benthic food

13   web, on the one hand, and the pelagic food web, on the other,

14   what you mean by benthic and what you mean by pelagic?

15   A     Ah, so the benthic food web are -- is based on organisms

16   that live on the benthos or on the sediment, and those could

17   be, ah, ah, snails, ah, worms that live within the sediment,

18   at the very base.  And then any predator that eats those

19   snails or worms is then feeding in the benthic food web,

20   whereas those that feed in the pelagic food web would be

21   feeding, in our case, often on Mysid shrimp, which are part of

22   the plankton that's in the water column.

23   Q     Okay.  Let me just show you Page 16-7 of Joint

24   Exhibit 6-16.  What does this map show?

25   A     Ah, ah, this shows the -- there you go -- the sample

1    areas for the four fish species and the lobster that were

2    included in our food web study.

3    Q      And do they also denote the geographic areas in which

4    you sampled these -- these different species?

5    A      Exactly.

6    Q      Okay.

7    A      Exactly.  So if you could scooch the map down a little

8    bit, you can see the eel were sampled from -- ah, so here is

9    Veazie -- or the former Veazie Dam is right here.  Eel were

10   sampled up in the OV reach, upstream of the Veazie Dam, then

11   in the BO and OB reach here.

12          Tomcod and rainbow smelt were sampled primarily in OB

13   down to the ES reach and same for mummichog.

14          And then the lobster were sampled from -- let's see if I

15   can get that to work -- no.  Could you clear that, possibly?

16   Q      What do you -- oh, sure.

17   A      Clear my thing?  Yeah, so the lobster were sampled from

18   here, Odom Ledge, South Verona, and then down into the bay

19   north of Islesboro and on the shore of Islesboro.

20   Q      Did you also sample in wetland sites?

21   A      Ah, yes, we -- we did a study of the wetland food web,

22   looking at marshes in Mendall Marsh, W17, and then a control

23   marsh down in Southern Maine at Scarborough.

24   Q      Let me show you Page 16-10 of Joint Exhibit 6-16.  Is

25   this the map that depicts the wetland food web sample sites?

1   A      Um, yes, yes.

2   Q      Now, W17 is north of Mendall Marsh?

3   A      Yes.  Here's W17 on the west side of the river, just

4   south of Winterport, and then, ah, there were sample sites

5   here within Mendall Marsh.

6   Q      Did you look for a relationship in -- in the marshes

7   within the food web, um, in terms of a link between

8   methylmercury concentrations in marsh birds and methylmercury

9   concentrations in invertebrate prey?

10  A      Ah, yes.  There -- um, in the end, the marsh food web

11  study was organized in four, ah, areas.  We looked at W17,

12  Mendall Marsh West, which was this area, and Mendall Marsh

13  East, which was right here.  Those were the areas where we had

14  the greatest number of samples collected, and that's where the

15  invertebrate samples were collected.  Um, and the reference

16  site down on, um -- in Scarborough Marsh, in Southern Maine.

17       And we found a relationship between the total mercury

18  concentration in the blood, a general relationship, and the

19  methylmercury concentration of potential prey invertebrate

20  species that were collected on the marsh that same summer.

21  Q      Let me show you Page 16-74.  This is from the food web

22  chapter, Joint Exhibit 6-16.

23  A      Hm-hmm.

24  Q      And let me ask you to look at that.  And this is about

25  the -- Scarborough Marsh was a reference site; is that

1  correct?

2  A     Yes.

3  Q     Okay.  And you talk about -- you can just look at this

4  quickly, but you're talking about a relationship --

5  A     Yes.

6  Q     -- you know, of kind of ten to one here, and you're

7  talking about a consistent relationship in the food web in

8  terms of mercury concentrations, and a direct evidence of the

9  link between methylmercury accumulation in marsh birds and the

10  methylmercury levels in their invertebrate prey.  Do you see

11  that?

12  A     Yes.

13  Q     So that's the link I'd like you to describe to the

14  court, please.

15  A     Yes.  The -- there were some graphs in this report, you

16  can look at them, that show the methylmercury concentration in

17  the invertebrates on the left-hand Y axis and the total

18  mercury concentration in the blood on the right-hand Y axis.

19       And for the most part, you find that the methylmercury

20  in the invertebrates was an order of magnitude lower than the

21  methylmercury in the blood in the birds.

22       That same relationship was found at all three marshes

23  within the lower Penobscot and down at Mendall Marsh, where

24  mercury concentrations in the invertebrates were ten times

25  lower.

1   Q     Excuse me one second.  You just said and at Mendall

2   Marsh.  Did you mean Scarborough Marsh?

3   A     I did, yes.

4   Q     Okay.  So why don't you just clarify that.

5   A     That the same relationship existed when you looked at

6   Scarborough Marsh, that the invertebrate methylmercury

7   concentrations were ten times lower than up in Mendall Marsh,

8   and the bird mercury concentrations were also ten times lower.

9   Q     What, if anything, does that observation suggest to you

10  about the effect of reducing mercury levels in the birds'

11  invertebrate prey?

12  A     Well, it -- it seems pretty logical that given that the

13  mercury concentrations in the invertebrates in Scarborough

14  Marsh were ten times lower than found in the marsh

15  invertebrates in Mendall Marsh and that the blood mercury

16  concentration is lower, it strongly suggests that if we can

17  bring the mercury concentration in Mendall Marsh down, um,

18  ideally to the level in Scarborough Marsh, we would also see a

19  correlated decline in the blood mercury concentration in the

20  birds.

21  Q     Let's turn to the parties' expert reports.  Did you

22  review any of the expert reports produced by the parties'

23  witnesses in the case?

24  A     Yes, I did.

25  Q     Did you review Dr. Connolly's report?

KOPEC - CONTINUED DIRECT EXAMINATION/BERNARD

1999

1    A      I did.

2    Q      Okay.  And he's a witness for the defendant; is that

3    right?

4    A      Yes.

5    Q      Okay.  Now, are you familiar with his calculation or

6    recalculation of regional background concentrations of

7    mercury, that is, a recalculation or -- or an alternative

8    calculation to what the Study Panel did?

9    A      Um, yes, that -- the one that he did for sediment?

10   Q      Yes.

11   A      Yes.

12   Q      Yes.  And what's your recollection of -- of what he

13   opined?

14   A      Ah, that there was less of a difference in mercury

15   concentrations between the lower Penobscot and other distant

16   sites.  But, um, as I read through and discussed with the

17   panel, it was clear that he had chosen to omit some of the

18   reference sites that had lower mercury concentrations and

19   included other sites which were not considered to be

20   background sites.

21   Q      Are you familiar with his opinion regarding carbon

22   normalization and --

23   A      Ah, yes.  I didn't quite understand that because we did

24   report carbon-normalized values in addition to sediment

25   mercury concentrations that were not normalized to carbon.

KOPEC - CONTINUED DIRECT EXAMINATION/BERNARD

2000

1    Q      Staying with Dr. Connolly's report for a moment, are you

2    familiar with his use of trends in biota to calculate or

3    support a calculation of recovery time for the ecosystem?

4    A      Ah, I -- I saw that he had done that, yes.

5    Q      And let me show you something in the -- I'm going to ask

6    you what you think about that in a moment, but first I want to

7    see whether this is relevant.  This is Joint Exhibit 6-14, so

8    it's Chapter 14, Page 14-2.  And you talk here about -- and

9    you can read this whole paragraph if you want -- but note that

10   the current four- to five-year monitoring period is

11   insufficient to determine long-term trends in the reason --

12   region.  The presence or absence of significant trends in

13   mercury concentrations over time is relevant only for the

14   current monitoring period.  What do you mean by that?

15   A      Um, there was a lot of confusion when I started looking

16   at temporal trends in the mercury data.  Um, some -- and I

17   wanted to make it really clear right up front in this summary

18   for this chapter that the significant increases or declines

19   that we found in our short monitoring period were valid for

20   that monitoring period, but, um, did not necessarily represent

21   a long-term trend and that you needed to look at trends over

22   time and see a consistent increase or decline over multiple

23   monitoring periods in order to really define a long-term

24   trend.

25   Q      What do you think about Dr. Connolly's method of

KOPEC - CONTINUED DIRECT EXAMINATION/BERNARD

1    supporting recovery calculations by reference to biota trends

2    during the duration of the Penobscot River Mercury Study?

3    A    Um, it didn't seem valid to me.

4    Q    Why not?

5    A    Well, he was -- um, his goal was to look at long-term

6    trends in mercury in the system, and we only have short-term

7    data at this point.  And he was looking at biological data,

8    which are prone to variation from one year to the next.

9         So there were a lot of assumptions that he made that

10   weren't supported by our data set.  Um, he was assuming that

11   every increase or decline that was visible within our data set

12   was significant, um, and I don't -- I'm pretty certain he did

13   not do statistics to determine that.  He was finding trends

14   where statistically they were not valid, and he was

15   extrapolating beyond our sample period, saying that this trend

16   during this small monitoring period extends for a long --

17   indicates a long-term trend in the system.

18   Q    What is the limitation or problem, in your view, with

19   looking at trends without looking at statistics?

20   A    Well, it's not science.  I mean, statistics are used to

21   separate science from speculation.

22   Q    Did you read a report by Russell Keenan, one of

23   defendants' witnesses?

24   A    Yes.

25   Q    Do you remember an assertion in Dr. Keenan's report that

KOPEC - CONTINUED DIRECT EXAMINATION/BERNARD

2002

1    the Maine tissue action level of 200 nanograms per gram

2    applies to freshwater fish only?

3    A     I did read that, yes.

4    Q     And are you aware of any support for that assertion?

5    A     It's not the view of the State of Maine that that action

6    level applies only to freshwater fish.  In documents that I've

7    read from the state toxicologist, he refers to, um, the action

8    level as being for muscle tissue, m-u-s-c-l-e, tissue, and he

9    doesn't specify that it's just from freshwater fish.

10         And that same action level was used in setting the

11   health warnings on black ducks.

12   Q     Was it also used in connection with the analysis that

13   led to the fishery closure?

14   A     Of the lobster, yeah, yes.

15   Q     Do you remember whether Dr. Keenan claimed that

16   methylmercury concentrations above the Maine action level mean

17   only that more assessment is warranted?

18   A     Um, I did see that, and that directly contradicts the

19   documentation from the State of Maine defining the action

20   level.  Um, they say, if the action level is exceeded, it

21   triggers a review of whether health warnings need to be placed

22   on that species, not that you just have further assessment.

23   Q     Let's turn to Dr. Henry's expert report.  Did you read

24   that?

25   A     I did.

KOPEC - CONTINUED DIRECT EXAMINATION/BERNARD

2003

1  Q    Okay.  Do you have an understanding of what Dr. Henry

2  asserted with regard to -- which endpoints should be used to

3  set toxicity targets or thresholds for birds?

4  A    Yes, her -- she focused exclusively on the endpoints

5  that had been defined in a 2003 EPA document for looking at

6  population level effects, um, to wildlife.

7       When I went back into that 2003 report, I found that

8  other endpoints were discussed.  They were not given as much

9  strength as the endpoints that Dr. Henry had focused her

10 comments on -- reproduction, changes in growth, and mortality.

11      And there was a specific section in that 2003 report

12 stating that other endpoints could be considered if they were

13 found to be important to a particular population that was

14 being assessed.

15      And so that told me two things:  One, that EPA was

16 open to looking at other endpoints; and, two, that was from a

17 2003 document, so it's 11 years old, and there's been a lot of

18 new information on sublethal effects that can impact a

19 population.  Her work focused primarily on the birds, and

20 other endpoints, such as behavioral changes that disrupt, um,

21 ah, the mating process or the ability to forage or the ability

22 to escape from predation, are valid endpoints, as are more

23 physiological indicators, such as changes in reproductive

24 hormone levels.

25      We know that reproduction is controlled by reproductive

KOPEC - CONTINUED DIRECT EXAMINATION/BERNARD

2004

1  hormones, and if we find a link between mercury and

2  reproductive hormones, that is an important effect that needs

3  to be considered when you're talking about endpoints.

4  Q    Did Dr. Henry opine -- do you recall -- that biochemical

5  markers show exposure only and not toxicity?

6  A    Well, she did, and -- and I think that, um, that was a

7  mistake because there are biochemical markers that just

8  indicate that an organism's been exposed to a chemical, but

9  then there are other endpoints that -- such as changes in

10  hormone levels or behavioral changes, that talk about real

11  effects to an organism.  They're not just -- they don't just

12  identify an organism that's been exposed to a contaminant.

13  Q    When Dr. Henry considered the songbird data, did she --

14  in the Penobscot, did she pool data across all years and all

15  sites?

16  A    She did.  She -- she developed what she called a grand

17  mean, um, so that for all sites sampled in Mendall Marsh and

18  W17 in all years were pooled together for each species, and

19  she took the mean concentration from that.

20       That, in my opinion, doesn't represent what the

21  organisms are exposed to at any given site or in any given

22  year, and by taking a -- by pooling all of your results, you

23  lose a lot of the -- the value of the specific data.  Um, you

24  lose the -- the concentrations at the high end and the low

25  end, and you just get this mean in the middle that is not what

KOPEC - CONTINUED DIRECT EXAMINATION/BERNARD

2005

1    an organism is exposed to on the marsh.

2    Q     Did Dr. Henry and, for that matter, I think

3    Dr. Connolly, too, recommend field studies to determine

4    whether Nelson's sparrows and red-winged blackbirds are

5    suffering specific toxic effects?

6    A     Yes, and there seemed to be some inconsistencies in that

7    recommendation, as I was reading it.

8          Um, Dr. Henry described the fact that we have done a lot

9    of work and a lot of work has been published on the effects of

10   mercury on piscivorous birds and that it's currently valid to

11   use toxic effects levels for piscivorous birds as an

12   indication that toxicity is occurring in a population.  If you

13   have a -- a mercury concentration above a certain blood level

14   in a piscivorous bird, you can assume that toxicity is

15   occurring in that bird.

16         But she said that too little -- not enough work had been

17   done on birds which eat insects, so that a site-specific study

18   was necessary to look at the effects of mercury at Mendall

19   Marsh because we don't have enough study from other areas.

20         However, the studies that have been done indicate that

21   insectivorous birds are more sensitive to mercury than

22   piscivorous birds.

23         Dr. Henry's blood effects level that she thought was

24   reasonable was 3 to 4 micrograms per gram, or parts per

25   million, total mercury in the blood.  The concentrations that

1    we're finding in Nelson's sparrows and red-winged blackbirds

2    are over two times greater than those concentrations.

3         And I -- I just don't see the -- the logic in saying

4    that we need further study to really pin down whether toxicity

5    is occurring in these birds when we have mean concentrations

6    this past year -- or in 2012 in red-winged blackbirds up

7    around 13 parts per million at some of the sites.  It's just

8    -- toxicity must be occurring in those birds.

9    Q    In your view --

10   A    They can't be immune to it.

11   Q    -- is delaying efforts to reduce the mercury exposure to

12   birds on Mendall Marsh justified?

13   A    Ah, no.  We -- we have enough information now to move

14   forward to try to reduce the mercury concentration on the

15   marsh.

16   Q    Now, to determine toxicity, the Study Panel relied on

17   the peer-reviewed scientific literature; is that fair?

18   A    Yes, yes.

19   Q    Do you approve of that approach?

20   A    Yes.

21   Q    For what reason?

22   A    Ah, it -- it's the way I've always worked in looking at

23   contaminants in wildlife.  Um, you collect field samples, and

24   then you compare them with studies where toxicity has been

25   documented.

1        For the most part, those studies involve laboratory

2   analyses where you can control the variables that are always

3   plaguing field studies, and then often, in addition, you have

4   some coordinated field studies.  So I -- it's the logical way

5   to work with it.

6   Q    When Dr. Evers first proposed the toxicity target, the

7   1.2 micrograms per gram, or parts per million, for

8   invertivores, did you immediately and reflexively accept it?

9   A    No, I immediately opposed it.  Um --

10  Q    And what was the -- what was your scepticism?

11  A    Well, I went back and read the paper, the Jackson, et

12  al., 2011 paper, and saw that the paper reported the results

13  of the modeling study, the MCestimate study.  There were data

14  reported showing a difference in mercury exposures between the

15  control and the contaminated portions of the river, but there

16  wasn't any real data presented in that paper on differences in

17  reproductive success between those two areas.

18       And I'm -- I'm not a modeler.  I didn't -- I like to

19  understand the results of a study before I accept it.

20  Q    So you weren't completely sold on the 1.2 threshold when

21  it was first proposed and when you first looked at the Jackson

22  study?

23  A    No, because the 1.2 was from the MCestimate model.  So I

24  went back in the literature and looked for other papers using

25  -- and found a number of other papers that used different

1    endpoints, both behavioral endpoints -- ah, let's see.  I

2    think Wada did a study on the same South River System in

3    Virginia as the Jackson, et al., study -- it's a highly

4    contaminated and well-studied site -- and found differences in

5    -- that was in -- I think Wada was immune response -- or was

6    it cortisol levels?

7    Q    Wasn't -- yes.  Wasn't the Wada a bat study involving --

8    A    That's Wada 2010.  Wada 2009 was a bird study.  Um, they

9    were -- anyway, I found other studies that found toxicity

10   associated with blood concentrations even lower than 1.2 parts

11   per million, which gave me more confidence that the 1.2 parts

12   per million target proposed by Dr. Evers and Dr. Bodaly was a

13   valid indication of a blood concentration associated with

14   toxicity.

15   Q    So just to get it straight, at first, you were skeptical

16   about -- or uncertain about the 1.2 threshold.

17   A    Yes.

18   Q    Is that correct?

19   A    Yes.

20   Q    And then you did some independent work of your own to

21   look into it?

22   A    Yes.

23   Q    And then as a result of that work, in addition to

24   whatever Dr. Evers may have said, you ultimately decided that,

25   from your point of view, the 1.2 micrograms per gram threshold

KOPEC - CONTINUED DIRECT EXAMINATION/BERNARD

2009

1   was a reasonable one?

2   A     Yes, I did.

3   Q     Okay.  Now, are you aware of some criticism by some of

4   the defendants' experts that the prey fish target of 50

5   nanograms per gram is too low?

6   A     I am.

7   Q     And what, if any, is your response to that?

8   A     I was kind of surprised by it because two of our prey

9   species, winter flounder and rainbow smelt -- ah, one of --

10  well, here, let me back up a minute.

11        One of their arguments was that we -- there are no fish

12  in Maine that have mercury concentrations that low, so it's

13  ridiculous to set a target that's below what exists in the

14  natural population.

15        But in our own study, in our -- in Chapter 14, I report

16  that mercury concentrations in winter flounder are below 50

17  nanograms per gram in the more southern sample sites and also

18  over in Frenchman Bay, where I sampled them as part of my

19  graduate work.  Similarly, rainbow smelt also have

20  concentrations below 50 nanograms per gram.

21        So that shows that those concentrations are achievable

22  for young prey fish, which is what the target is intended to

23  address.  And, also, mummichog at one of our reference sites

24  had concentrations I think of 30 nanograms per gram.

25        So three -- three of our prey fish species have the

KOPEC - CONTINUED DIRECT EXAMINATION/BERNARD

1    potential to bring their mercury concentrations down below

2    that target.

3         And, also, there was another point to it.  In addition

4    to that, the target to reduce mercury concentrations in the

5    river was set using the eels, recognizing that the mercury

6    concentration in eels upstream of Veazie Dam was around 250

7    nanograms per gram and that it was very unlikely that we could

8    get mercury in the river below that 250 value that you found

9    outside of the aquatic influence of HoltraChem.

10        So the target to reduce the sediment mercury

11   concentration in the river was designed to bring the eel

12   concentration down to 250 nanograms per gram.  So we weren't

13   even trying to bring the entire river down to 50.

14   Q    Let me turn your attention briefly to activated carbon.

15   You've heard some testimony, I think, about possible plant

16   issues there.  Is there evidence that activated carbon in

17   Mendall Marsh has caused problems for vegetation?

18   A    Um, no.  What -- what we have so far -- when the plots

19   were first put out in November of -- or September of 2010, um,

20   we did not do a vegetation survey.  The 1-meter plots were

21   just laid out on a random grid pattern, and the amendments

22   were put down.

23        When I started visiting the site the next spring, I saw

24   that the iron site didn't seem to have plants growing back in

25   the same way that it was growing on the other plots.  And so I

1    went to Dr. Bodaly and the panel and said, look, could we get

2    someone in to do a plant survey because it looks like there's

3    a difference here for one of the amendments.

4         We contracted with Dr. Aram Calhoun from the University

5    of Maine.  She went out in the field with me and did a plant

6    survey looking at what plants were growing in the different

7    plots.  By the time everything was approved, it was in the

8    fall of that year.

9         There were some differences between the plots that were

10   evident from Dr. Calhoun's survey, but they likely reflected

11   the natural variation in the marsh plants.  We didn't do a

12   survey before the amendments were put down and after the

13   amendments were put down, which is what you really need,

14   because the -- it's not like a lawn out there.  There's a

15   variety of plants, and they have patchy distribution, and one

16   of the goals of the larger test plots proposed for the

17   activated carbon amendments is to do a -- a dedicated plant

18   survey before any amendments are applied.

19   Q    Is there any way to know whether the activated carbon

20   created a -- an effect on the plants in the marsh without

21   doing a before and after survey?

22   A    No, not -- given the variability in the species'

23   composition on the marsh, you can't tell.

24   Q    Are you familiar with a recommendation by Dr. Connolly

25   and Dr. Henry to monitor two, but only two, bird species in

KOPEC - CONTINUED DIRECT EXAMINATION/BERNARD

2012

1   Mendall Marsh going forward?

2   A     Yes.

3   Q     What do you think of that?

4   A     Um, it doesn't -- you're not going to represent mercury

5   exposure to the bird community if you're only looking at the

6   two species with the highest concentrations.  I think it's

7   important to recognize that they have different foraging

8   patterns.  They have different home ranges on the marsh.

9         And I -- I would really recommend that four bird species

10  be monitored on the marsh, and that would be the Nelson's, the

11  red-wings, the swamp sparrows, which have been monitored

12  throughout the study, do have concentrations that are elevated

13  relevant to the blood effects target, but they're not as high

14  as the Nelson's or the red-wings, and, also, I'd really like

15  to add back in the Virginia rails.  Those were monitored early

16  in the study, but in an effort to reduce the monitoring costs,

17  they were dropped in 2012.

18        But the rails, um, occupy a unique niche on the marsh,

19  and in addition to being -- having marsh invertebrates in the

20  diet, they eat fish out of the pans of water that, um, are

21  formed on the marsh during the spring tides and then drift

22  down.  So I think they would be an important indicator of

23  mercury exposure.

24  Q     Are -- do you remember a section of Dr. Henry's report

25  where she lists a bunch of species and says those shouldn't --

1    they should be kind of taken off the table for

2    consideration -- the belted kingfisher, osprey, and a few

3    others?

4    A     Right.

5    Q     Are you persuaded that the Study Panel's work on belted

6    kingfisher, osprey, bald eagle determine the question of

7    effects from mercury on those species?

8    A     No, I think there were some problems in both the study

9    design and the -- and then field problems that were

10   encountered when they were out collecting those organisms.

11         Looking at bald eagles, for -- for instance, bald eagles

12   inland feed primarily on fish, and then their diet changes as

13   you move toward the coast and out in coastal areas.  They

14   still eat fish, but they also eat young birds and eggs, and --

15   of nesting birds.  So that changes their mercury exposure

16   level.  So that's one factor that could change a broad study

17   of eagle mercury exposure down the Penobscot.

18         But then when -- the year that they sampled the eagles,

19   there was a late winter snowstorm that destroyed all of the

20   eagle nests from about Old Town down to the area around Verona

21   so that in the area of greatest contamination, there were no

22   samples collected that year.  So that compromised the results

23   of the eagle study.

24         The belted kingfisher, um, were sampled in -- they like

25   to build their nests in holes along riverbanks, and they were

1   sampled up and down the river, but -- and the assumption was

2   that they were foraging on fish in the river itself rather

3   than what, um, ah, has been reported, that they prefer

4   foraging in shallower waters with ripples and clear water

5   where they can actually see where the fish are, because

6   they're sight predators, so they sit up on a branch and then

7   swoop down to get the fish.

8        No trend -- geographic trend in mercury concentration

9   was found in the kingfisher, um, and it seems quite possible

10  that that's because they were feeding in tributary streams

11  coming into the Penobscot rather than in the Penobscot itself.

12  Q    Did you take written notes on some of the defendants'

13  expert reports that we've discussed here today?

14  A    I did.

15  Q    All right.  Here's Joint Exhibit 94, which is an

16  example.  And these are your notes of Dr. Henry's report?

17  A    Yes.

18  Q    And you have similar sets for Dr. Keenan and

19  Dr. Connolly?

20  A    Yes.

21           MR. BERNARD:  Your Honor, I move into evidence Joint

22  Exhibits 93, 94, and 95, which are the -- Dr. Kopec's notes on

23  those three expert reports.

24           THE COURT:  Any objection?

25           MR. SCHUTZ:  No objection.

1          THE COURT:  93, 94, and 95 are each admitted without

2    objection.

3    BY MR. BERNARD:

4    Q     Dr. Kopec, I just want to go back to something we

5    discussed yesterday, and then I'm going to ask you a few

6    closing questions, and we'll be done.

7          Do you remember we were looking at this chart which is

8    Joint Exhibit 6-14, Page 14-13, and we were looking at the

9    percentage of lobsters at the northern estuary sampling sites

10   that exceeded the 200 nanograms per gram threshold?  Do you

11   see that?

12   A     Yes.

13   Q     Do you know how many samples that -- what years did that

14   cover?  Was it 2006 to 2010?

15   A     Yes, this is from the Phase II Report.

16   Q     And do you know --

17   A     And --

18   Q     -- how many samples are covered there?  In -- in other

19   words, 90 percent of how many samples?  Do you remember?

20   A     Right.  Isn't that in parentheses, after I give the mean

21   -- here, I give the mean plus or minus the standard deviation,

22   and then I believe this number, 127, is the number of samples

23   collected there, but I don't --

24   Q     Okay.

25   A     -- Table 2 -- oh, gosh, it's not specified in the

1    caption.

2    Q    Okay.  Let me -- let me show you in Page 14-116, also of

3    Joint Exhibit 6-14.  What does this refer to?

4    A    Okay.  So this gives the number of samples collected at

5    each site within each year here in this column where it says N

6    of tail that -- samples that were analyzed for total mercury.

7    Q    So if you added up the -- this column here, the --

8    A    Yes.

9    Q    -- the N tail at these three stations for each year,

10   would you get the total universe from which you derived the

11   90 percent?

12   A    Ah, yes.

13   Q    And just eyeballing that, about how many -- does that

14   look like over a hundred samples?

15   A    Ah, 20, 40, 50, 60, 70 -- let's say 80, um, 90, a

16   hundred, 120 plus or minus, yes.

17   Q    Okay.  You said early on in your testimony that you were

18   involved in some of the deliberations of the Study Panel

19   throughout the study; is that fair?

20   A    More so toward the end of the --

21   Q    Okay.

22   A    -- of the study, yes.

23   Q    And you were part -- toward the end of the study, part

24   of the group of six, the three Study Panelists, and Drs.

25   Bodaly, Kelly, and yourself?

1   A      Yes.

2   Q      Okay.  Do you concur in the major findings of the Study

3   Panel's Phase II Report?

4   A      I do.

5   Q      And do you stand by those findings now, even having

6   reviewed the parties' expert reports and heard testimony here

7   during the trial?

8   A      Um, there are no changes to my opinion.

9   Q      Do you believe the Phase II Report provides a sound

10  scientific basis for the findings it contains?

11  A      I do.

12  Q      And do you concur in the Study Panel's recommendation

13  that the court order the pursuit of active remediation in the

14  Penobscot Estuary?

15  A      Yes, I agree with that.

16  Q      And do you stand by that recommendation now?

17  A      I do.

18  Q      What is your reason for concurring in that

19  recommendation?

20  A      Well, ah, I have a couple.  The mercury concentrations

21  that have accumulated in the birds at Mendall Marsh are at

22  levels that are known to cause toxic effects, and I think it's

23  important that we start now to try to reduce those mercury

24  concentrations to those birds.

25         Um, I do not feel that we need further study to further

KOPEC - CONTINUED DIRECT EXAMINATION/BERNARD

2018

1    define how the toxicity is exactly being expressed.  It seems

2    that we have the evidence of incredibly high concentrations.

3    Those need to be reduced as quickly as we can.

4         Reducing mercury concentrations in the river for the

5    fish species, um, is -- it's really important, and I was

6    really moved by the lobsterman who spoke this morning.  I -- I

7    have to admit I feel kind of bad that we didn't do a -- a

8    similar petition to the court to release the lobster data

9    before the end of the Phase II Study.

10        I was under the mistaken belief that the -- that there

11   was a health warning on all fish and shellfish, both

12   freshwater and saltwater, for the state of Maine because of

13   mercury.  But I found out this -- a couple months ago that the

14   health warning on lobster was for -- only against eating

15   tomalley, and that was because of PCB contamination.  It had

16   nothing to do with mercury contamination.

17        And I really think that we should have alerted

18   Department of Marine Resources and the public sooner to the

19   levels of mercury that were in the lobster in the area around

20   Verona Island north of Fort Point.

21        I'm not an engineer.  We need the advice of engineers to

22   determine the best way to try to reduce mercury in the river.

23   But from what I've read, there are methods that can be used,

24   and we've put a lot of time and effort into this study, and

25   I'd like to see those results used to improve the health of

1    the river, not just set on a shelf somewhere.

2              MR. BERNARD:  No further questions.

3              THE COURT:  Thank you.

4         Would you rather --

5              MR. TALBERT:  Yeah.

6              THE COURT:  -- have the efficiency of forethought?

7              MR. TALBERT:  Correct, Your Honor.

8              THE COURT:  All right.  Thank you very much.  We'll

9    break for the day, then, and proceed with cross-examination

10   tomorrow.

11        (Proceedings concluded at 2:24 p.m.)

12                       CERTIFICATION

13        I certify that the foregoing is a correct transcript from

14   the record of proceedings in the above-entitled matter.

15

16

17   /s/ Julie G. Edgecomb            June 17, 2014
     Julie G. Edgecomb, RMR, CRR      Date
18   Official Court Reporter

19

20

21

22

23

24

25