1              UNITED STATES DISTRICT COURT

2                  DISTRICT OF MAINE

3   MAINE PEOPLE'S ALLIANCE      )
    and NATURAL RESOURCES        )
4   DEFENSE COUNCIL, INC.,       )
                                 )
5              Plaintiffs        )
                                 )              CIVIL ACTION
6                                )
         vs.                     )   Docket No. 1:00-cv-00069-JAW
7                                )
                                 )              BENCH TRIAL
8   HOLTRACHEM MANUFACTURING     )
    and MALLINCKRODT LLC,        )
9                                )
               Defendants.       )
10

11                  VOLUME XII

12           TRANSCRIPT OF PROCEEDINGS

13      Pursuant to notice, the above-entitled matter came on

14   for BENCH TRIAL before the HONORABLE JOHN A. WOODCOCK, JR.,

15   Chief District Judge, in the United States District Court,

16   Bangor, Maine, on the 18th day of June, 2014, at 8:36 a.m.

17   APPEARANCES:

18   For the Plaintiffs:           Mitchell S. Bernard, Esquire
                                   Aaron S. Colangelo, Esquire
19                                 Rachel E. Heron, Esquire
                                   Jared J. Thompson, Esquire
20
     For the Defendants:           Patricia H. Duft, Esquire
21                                 Sigmund D. Schutz, Esquire
                                   Jeffrey D. Talbert, Esquire
22

23              Julie G. Edgecomb, RMR, CRR
                   Official Court Reporter
24

25   Proceedings recorded by mechanical stenography; transcript
     produced by computer.

1

INDEX OF PROCEEDINGS

Page:

2

Testimony:  (see below)

3

INDEX OF WITNESSES

4

Page:

5

DIANNE KOPEC  (called by Mr. Bernard)

6

Cross-Examination by Mr. Schutz                         2022
Redirect Examination by Mr. Bernard                     2068

7

8

CHARLES T. DRISCOLL  (called by Mr. Bernard)

9

Direct Examination by Mr. Bernard                       2072
Continued Direct Examination by Mr. Bernard             2095

10

INDEX OF EXHIBITS

11

Defendants'
| Exhibit No. | Description | Offered | Admitted |
| --- | --- | --- | --- |
| 562 | E-Mail from Wippelhauser to Bodaly | 2046 | 2047 |

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1           (Counsel present in open court.)

2           (Dianne Kopec, having been previously duly sworn, resumed

3    the witness stand.)

4                THE COURT:  Good morning.  You may proceed.

5                MR. SCHUTZ:  Thank you, Your Honor.

6                        CROSS-EXAMINATION

7    BY MR. SCHUTZ:

8    Q     And good morning, Dr. Kopec.

9    A     Good morning.

10   Q     We've met before at your depositions, but my name is

11   Sigmund Schutz.  I continue to represent the defendant.

12   A     Yes.

13   Q     You were hired by the Study Panel in about when?

14   A     Ah, in the fall of 2007 I was hired part-time.

15   Q     And at that time, you were working toward your Ph.D.?

16   A     Yes, I was.

17   Q     And your responsibilities when you began work for the

18   Study Panel were data entry?

19   A     Yes.

20   Q     Now, is that --

21   A     I was a bit overqualified.

22   Q     I'm sorry?

23   A     I was a bit overqualified for data entry, but that's

24   what I was hired for.

25   Q     And you were offered a full-time job, then, in the

1    spring of 2008?

2    A    Yes.

3    Q    And you continued, then, to work for the Study Panel for

4    a period of time?

5    A    Yes.

6    Q    When did you stop work?

7    A    In January of 2009, I took a leave of absence in order

8    to finish my Ph.D.

9    Q    Leave of absence of about three months?

10   A    Yes.

11   Q    And your role gradually changed?

12   A    After I came back to work for the study?

13   Q    Right.

14   A    Yes.

15   Q    You --

16   A    Yes, it did.

17   Q    You moved into doing basic descriptive statistics

18   concerning the biota?

19   A    No, I was doing that by January of 2008.

20   Q    Later on you moved into consulting on study design, as

21   well, and report writing?

22   A    Yes, so I worked on data analysis and describing the

23   results for the Phase I Update Report, and then that gradually

24   moved into more of an oversight role in the data collection.

25   Q    And your CV currently lists your position as biologist

1    data analyst?

2    A     Yes.

3    Q     Is that accurate?

4    A     I believe so.

5    Q     Now, before you were hired by the Study Panel, you

6    mentioned having worked for EPA.  That was many years ago as a

7    lab tech?

8    A     Yes.

9    Q     For a short period of time?

10   A     Well, I worked for the EPA both at their Gulf Breeze

11   research lab.  I worked on an offshore research -- research

12   platform for them.  And then I also worked at the EPA lab in

13   Corvallis, Oregon, looking at the effects of trace elements on

14   aquatic invertebrates as a lab tech.

15   Q     And after -- that was shortly after getting your -- your

16   BA?

17   A     Ah, yes.  Um, in between there, I also did fieldwork in

18   Costa Rica on an NSF grant, looking at foraging strategies in

19   leafcutter ants.

20   Q     And prior to your work for the Study Panel, you have

21   worked for a number of environmental advocacy groups; is that

22   right?

23   A     Yes, when I was down in California, I worked for several

24   environmental advocacy groups before I started working for

25   marine research labs that were part of the state university

1    system.

2    Q    You worked for Citizens for a Better Environment?

3    A    Yes.

4    Q    And also Friends of the Sea Otter, which is an advocacy

5    group?

6    A    Yes.

7    Q    And you also worked for Greenpeace?

8    A    Yes.

9    Q    And you were involved in civil disobedience while

10   working for Greenpeace?

11   A    Yes, I was out on the Rainbow Warrior, and I was active

12   for about two weeks.

13   Q    And I think you described at one of your depositions,

14   your main -- the way you think of yourself is as a field

15   biologist?

16   A    Yes, I think I described myself that way because I'm

17   happiest out in the field, but I also have been heavily

18   involved in analyzing data.  I did my own analyses for my

19   dissertation, my own mercury analyses, um, ah, I do data

20   analysis, and then writing.

21   Q    A field biologist is someone who can design and carry

22   out field studies of organisms in the wild?

23   A    Ah, yes, among other things.

24   Q    Have you ever participated in a formal ecological risk

25   assessment?

1   A      No, I have not.

2   Q      Have you ever performed an ecological risk assessment

3   for the purpose of considering remediation at a contaminated

4   site?

5   A      Ah, no.

6   Q      And at deposition, you were asked whether you were

7   familiar with the United States Environmental Protection

8   Agency's position on using biochemical or behavioral effect

9   studies for purposes of ecological risk assessment.  Do you

10  recall your answer?

11  A      Ah, I probably answered that I was not familiar with it.

12  I've since read more materials about it.

13  Q      And there's been some testimony about effects studies

14  concerning biochemical effects.  You're aware that the Study

15  Panel in chapters of which you're listed as a coauthor has

16  written that the population significance of biochemical

17  effects is less clear than those that directly affect

18  parameters, such as growth and spawning behavior?  It's

19  Chapter 2, Page 2-5, Joint Exhibit 6.

20  A      Sure.  I -- sorry.  I lost the train of that question.

21  Q      Let me bring up the text.

22  A      Okay.  That'd be great.  (Witness reading.)  Yes.

23  Q      And the Study Panel has also written that it's difficult

24  to translate sublethal effects in individuals, such as altered

25  neurochemistry, to population-level effects?

1    A     Yes, and that's exactly what -- that difficulty is

2    exactly why EPA developed the MCestimate model in order to

3    translate effects, um, for certain biomarkers from individuals

4    to populations.

5    Q     Mr. Bernard asked you a few questions about the Maine --

6    Maine's fish tissue action level.  Are you a toxicologist?

7    A     I have been working in wildlife toxicology for most of

8    my career.

9    Q     Are you a member of any toxicology societies?

10   A     No, I'm not.

11   Q     Are you an epidemiologist?

12   A     No.

13   Q     Are you an expert in exposure assessment?

14   A     Depends on how you define expert.

15   Q     Well, talking about human health, dietary exposure

16   assessment.

17   A     Not human health, no.

18   Q     Are you an expert in human health risk assessment?

19   A     Is that what -- no, that was the question I just

20   answered, correct?

21   Q     And you were also asked about your opinion on whether

22   active remediation should be pursued.  And you were asked

23   previously under oath whether you are or consider yourself an

24   expert on the remediation of contaminated sites.  Do you

25   recall your answer?

1   A     Ah, I'm sure I said no.

2   Q     And your area of expertise is also not focused on

3   sediment, correct?

4   A     No.

5   Q     Or sediment core dating?

6   A     No.

7   Q     Now, you testified on direct that you agree with the

8   primary conclusions in the Phase II Report?

9   A     I do.

10  Q     And you're also listed as an author of -- or coauthor of

11  a number of chapters in that report?

12  A     Yes, I am.

13  Q     And -- and one of those chapters that you authored is

14  Chapter 14?

15  A     Yes.

16  Q     I'd like to bring up some language at the beginning of

17  Chapter 14, Joint Exhibit 6-14.

18          MR. BERNARD:  What page are you on, Sig?

19          MR. SCHUTZ:  Page 4, second paragraph.

20  BY MR. SCHUTZ:

21  Q     Now, in this paragraph, in Chapter 14, you refer to

22  temporal trends in biota?

23  A     Hm-hmm.

24  Q     And for each of the organisms studied by the panel,

25  there is a section where temporal trends are discussed?

1    A    Yes.  I think there's been some confusion about my use

2    of the word temporal trends because it's used both for looking

3    at significant increases or declines in the mercury

4    concentration within our study period and also looking at a

5    broad trend that is significant for the site being studied

6    that is evident over a number of years.  So --

7    Q    What the study --

8    A    Here when I'm talking about temporal trends, I'm talking

9    about the pattern of mercury concentrations within our study

10   period.

11   Q    So if Dr. Connolly looked at temporal trends in the

12   biota study, he's doing something that you yourself and the

13   Study Panel did in Chapter 14?

14   A    Yes, he used them for a different purpose than -- than I

15   did, though.

16   Q    And in this paragraph, you refer to trends in sediment

17   mercury levels and trends in methylmercury levels in sediment?

18   A    Yes, those were also referenced here.

19   Q    And what you suggest here is that generally

20   concentrations of mercury in sediment are flat, not

21   changing --

22   A    Hm-hmm.

23   Q    -- over the study period?

24   A    Yes.

25   Q    And, likewise, trends in methylmercury concentrations in

1   sediment are also broadly unchanged over the study period?

2   A    Right.

3   Q    And then you point out that with that information, one

4   might hypothesize that if the organisms are getting their

5   mercury from the sediment, we might think that the organisms'

6   mercury levels would also be flat over the study period,

7   right?

8   A    For those that are feeding in the benthic food web, yes.

9   Q    Because most of the animals bioaccumulate methylmercury

10  that comes from surface sediments, these findings would

11  suggest that mercury in biota from both aquatic and wetland

12  habitats might have remained unchanged in recent years is what

13  you wrote.

14  A    Right.  And --

15  Q    And then you point out that's not actually what you

16  found.

17  A    Ah, no, I don't believe that's what it says here.  Um,

18  two sentences down, I say, also some species, such as blue

19  mussels and rainbow smelt, in the lower reaches of the study

20  area feed in the pelagic rather than the benthic food web, and

21  trends in biota may be different from those found in

22  sediments.

23  Q    Right.  And what I want to focus on is the notion that

24  one might hypothesize that biota trends would be similar to

25  mercury levels in sediment if biota mercury concentrations

1   were directly tied to mercury concentrations in sediment.

2   That was the hypothesis that you suggest here in this

3   language, correct?  I'm not asking whether that's what you

4   found.  That's the hypothesis that you're putting forward.

5   A     Yes, that for organisms that feed in the benthic food

6   web in the aquatic environment, they are obtaining their

7   mercury from the benthic food web, and so changes in mercury

8   concentrations in the sediment are expected to influence the

9   level of mercury entering the food web that is based in the

10  benthic.

11  Q     And then what you point out is that conditions that

12  affect the concentrations of mercury in biota are many, and

13  then you list a range of factors, including temperature,

14  rainfall, freshwater outflow, food chain length, feeding

15  patterns, and there are others, too, correct?

16  A     Yes, yes, and those speak to the natural variation that

17  you find in biological data.

18  Q     And then what you conclude is that trends in mercury in

19  biota may be different from those found in sediments?

20  A     Sure.

21  Q     And that's actually what the Study Panel found, wide

22  variability in mercury levels in these biota unrelated to

23  changes in mercury concentrations in sediments.

24  A     Well, I disagree with that statement.  Overall, when you

25  look at the results of our sediment analyses, we did not find

1   a pattern of change in the sediment, nor did we find a pattern

2   of change in the organisms that feed in the benthic food web.

3   Q    I think what you -- you've testified earlier under oath

4   that we have limited information that allows us to make a

5   comparison between sediment mercury concentrations and bird

6   mercury concentrations.

7   A    Right, that's a different situation than the -- what

8   exists in the river.  For -- looking from sediment to birds,

9   the sediment concentra -- the sediment samples in the marsh,

10  um, in -- that were taken in 2009, there was one sediment

11  sample taken in each of the four marshes where we looked at

12  the movement of mercury in the food web up to birds, and that

13  may not necessarily reflect the actual sediment concentration

14  in the marsh as a whole.

15  Q    And you're pointing out that the panel often didn't

16  sample mercury levels in sediment in the same locations where

17  the panel sampled birds?

18  A    Ah, that -- that's true.  In the river, the fish samples

19  were coordinated with the intertidal sediment samples.

20  Q    I'd like to move on to Chapter 1 and bring up the first

21  page of Chapter 1.  We can see that you are listed as a

22  coauthor of this chapter?

23  A    I am.

24  Q    And we can go to Table 1-4, Page 130 of Chapter 1.

25  A    Okay.

1    Q    And that's a -- if we can bring up the top half, you can

2    see that's a summary of the Study Panel's conclusions

3    regarding mercury levels in biota.  Are you familiar with this

4    table?

5    A    Yes.

6    Q    And the Study Panel on the far left lists the biota

7    sampled.  Do you see that?

8    A    Yes.

9    Q    And then there's a question about whether the

10   concentrations are high compared to other areas and geographic

11   patterns consistent with HoltraChem, those are two columns?

12   A    Yes.

13   Q    Levels of concern for human consumption, that's an issue

14   that you're not an expert on, correct?

15   A    I can compare the concentrations in organisms to the

16   State of Maine action level.

17   Q    And that -- that column simply reflects whether the mean

18   concentration of the organism is over .2 parts per million?

19   A    Dr. Bodaly put this table together.  I believe that's

20   the standard that he used.

21   Q    And then there's levels of concern for toxic effects on

22   a species or group of organisms, and that's whether the mean

23   concentration in that species of organisms sampled by the

24   Study Panel is over the threshold set by the Study Panel?

25   A    Species -- that sounds correct.

KOPEC - CROSS-EXAMINATION/SCHUTZ

2034

1    Q     And then the final column is levels of concern for

2    wildlife health of predators, that's the 50 parts per billion

3    standard that I discussed with Dr. Wiener?

4    A     Yes, for prey fish.

5    Q     And I'd like to just go through this table, if we can

6    put some more of the biota on the screen, and ask you to

7    confirm that the Study Panel found that there was no cause for

8    concern for toxic effects for periwinkles?

9    A     Um, yes, that's what it says here.

10   Q     And the same is true for snails and lobster?

11   A     Ah, well, that's for toxic effects on the organism

12   itself.

13   Q     Right.  That's what I'm talking about.

14   A     Right.

15   Q     Mussels and worms?

16   A     Yes.

17   Q     No levels of concern?

18   A     Yeah, um, note that for lobster, that was for the entire

19   area that was studied, not just the area north of Fort Point.

20   Q     And the same is true for both species of clams sampled

21   by the panel?

22   A     Yes.

23   Q     No concern for toxic effects on crabs?

24   A     Ah, right.

25   Q     No concern for toxic effects on tomcod?

1  A     For crabs, there was a concern -- concern for toxic

2  effects on humans that was on the --

3  Q     Right.  I'm talking about ecological effects, effects on

4  the organism themselves only.

5  A     Yes.

6  Q     Same is true for tomcod?

7  A     Correct.

8  Q     Now, eels, there's a level of concern?

9  A     Yes.

10 Q     Fundulus, that's the same thing as mummichog, a small

11 fish that lives in the river?

12 A     Right, no concern for toxic effects on the mummichog

13 themselves, but there was a concern for wildlife health, given

14 the concentrations found in the Fundulus.

15 Q     No concern for toxic effects on smelt, flounder, or

16 golden shiners, either?

17 A     Correct.

18 Q     And then we have songbirds and shorebirds, those are

19 birds living in Mendall Marsh, there is a concern identified

20 by the Study Panel?

21 A     Yes.

22 Q     And shorebirds would be Virginia rail?

23 A     Apparently they were classified as such, yes.

24 Q     The Study Panel found no concern for toxic effects on

25 cormorants?

1    A      Correct.

2    Q      Guillemots, there is a concern listed?

3    A      Yes.

4    Q      Kingfishers, no concern?

5    A      Correct.

6    Q      Black ducks, concern listed?

7    A      Yes.

8    Q      And if we go to the next page of this table, we find the

9    remaining organisms sampled by the panel, and the panel found

10   no concern for osprey, eagles, otters, or mink, correct?

11   A      Correct.

12   Q      And bats are listed as a concern.

13   A      Yes.

14   Q      So there are six species of concern to the panel for

15   adverse effects -- eel, songbirds in Mendall Marsh, shorebirds

16   in Mendall Marsh, guillemots, black duck in Mendall Marsh, and

17   bats, correct?

18   A      Those are for concern for the health of the organism

19   itself, yes.

20   Q      I do want to go over a few points with regard to some of

21   these organisms, some on the list, some not.

22          There was some question yesterday about whether lobster

23   were of concern for adverse effects.  Mr. Bernard had you draw

24   a line across one of the graphs at .5 --

25   A      Yes.

1   Q      -- nanograms per gram.

2          If we pull up Joint Exhibit 6-2, Page 10, we see that

3   the Study Panel determined that there was not sufficient

4   information to determine toxic effects thresholds for

5   lobsters.  Do you recall that?

6   A      Ah, from Chapter 2.  That's what it says, yes.

7   Q      And that's based on a review performed for the Study

8   Panel by Professor Sandheinrich at the University of

9   Wisconsin?

10  A      Yes, he's cited there.

11  Q      And he determined in his appendix that there was

12  insufficient information to set a level of concern for

13  lobsters for adverse effects?

14  A      Apparently.

15  Q      Now, there was some discussion with human health, and I

16  don't want to belabor the point, but are you aware that last

17  week, EPA and FDA issued updated consumption advice to the

18  American people concerning seafood --

19  A      Yes, I am.

20  Q      -- and mercury?

21         There's some discussion that I had with Professor

22  Grandjean about the fact that mercury levels are lower in

23  lobster claw versus lobster tail, and if we look at mercury

24  levels in all edible tissue of lobster, there's 75 percent or

25  so of the concentration of mercury in lobster tail only.  Do

1    you recall that?

2    A      Um, I don't remember the exact number.  I know that we

3    found from the first year of our study that we had higher

4    concentrations in the tail than the claw.  We chose to focus

5    on the tail in order to limit the number of samples that

6    needed to be analyzed, and we figured that it would be easier

7    to say these are the concentrations in the tail.  If you look,

8    we can assume that we have lower concentrations in the claw.

9    It'd be easier to say that than say -- then look only at the

10   claw and say now concentrations in the tail are two times

11   greater.

12         And I also know that the State of Maine is taking into

13   account the difference in concentration between tail and claw

14   in their assessment of mercury concentrations in the closure

15   area.

16   Q      They're looking at mercury concentrations in all edible

17   tissue of lobster?

18   A      In tail and claw.

19   Q      And the Study Panel found that mercury concentrations in

20   tail are two times greater than found in matched claw samples?

21   A      Ah, yes, on average.

22   Q      Let me go to rainbow smelt, which hasn't gotten a lot of

23   discussion, and I wanted to pick kind of a noncontroversial

24   species to have some discussion with you about how to

25   understand some of the information in Chapter 4.  If we can

1   bring up Page 14-22 of Chapter 14.

2       This is a figure that was prepared and submitted to the

3   court in Chapter 14 showing comparative concentrations in

4   rainbow smelt geographically?

5   A    Yes.  And, again, these are averages throughout the

6   study period up through 2010 at each site, so the

7   concentration is averaged across years but within site.

8   Q    And let's go to the next page, 14-23.  If we can bring

9   up just the graph showing total mercury in rainbow smelt in

10  2006.

11      Now, in this graph, you haven't included any error bars?

12  A    No, I didn't include those on these.

13  Q    And are error bars a way of visually assessing whether

14  one sample is statistically significant -- is -- is different

15  on a statistical level from another sample?

16  A    Well, it can give you an indication of that, but a more

17  direct way is to use, um, these letters that I've put above

18  the -- the bars, which show groupings which are statistically

19  equivalent, so the bars with A on them are statistically

20  equivalent, B is different from the A group, and then C and D,

21  as you go down.

22  Q    Error bars are a reasonable way of quickly checking

23  whether a level is statistically different than another level?

24  A    You can't -- you can get a visual indication, but you're

25  not able to define it statistically by just looking at the

1    error bars.

2    Q    So what --

3    A    And, also, the error bars are included in the 2012

4    report for all of these data.

5    Q    What this table shows is that smelt concentrations in

6    the OB reach are not statistically different from smelt

7    concentrations in the ES reach?

8    A    Right, and these ES sample sites were right around

9    Verona Island.  ES09, right here, is right at Bucksport, and

10   then 11, 2, 5, and 6 were all in the east channel on the east

11   side of Verona Island, and those still had elevated

12   concentrations.

13   Q    So we go back to the prior page.  You've got red and

14   orange dots listed in the OB reach, and then you've got yellow

15   dots in the ES reach, but that's not indicative of any

16   statistically significant difference in smelt concentrations

17   as we go down the river.

18   A    Well, the graph that you brought up before was just for

19   2006, and that showed the geographic differences between sites

20   sampled in that year.

21        Again, this map averages the concentrations at an

22   individual site across the sample period from 2006 and then

23   '8, '9, and '10.  And so the -- you get a different

24   relationship when you're looking -- when you're averaging

25   across the years.

KOPEC - CROSS-EXAMINATION/SCHUTZ

2041

1   Q     But would you agree that looking at a -- a graphic like

2   this, one shouldn't just look at a red dot and think that

3   that's statistically different from a yellow dot?

4   A     No, I think that the color is used to define the mean

5   concentration, and that's given in the key down in the bottom

6   right-hand corner.

7   Q     And if we go to the next page, the graph we were just

8   looking at for 2006 rainbow smelt data --

9   A     Hm-hmm.

10  Q     -- would you agree that you also haven't included sample

11  sizes?

12  A     No, I didn't include those in these.  I figured out how

13  to do it for the 2012 report, though.

14  Q     Reporting sample sizes in a graph like this would be

15  important to understanding, wouldn't it, whether these levels

16  have any statistical significance?

17  A     Um, it -- it's added information, but the sample sizes

18  for all of these sites are, um, clearly given in the

19  appendices, and if you go to the rainbow smelt appendices, I

20  give the sample size, the mean length, the mean concentration,

21  all of the summary statistics for rainbow smelt for this year,

22  and it's all separated out by site.  So that information is

23  readily available.

24  Q     And one could just visually look at a graphic, like this

25  chart that was included, and think that rainbow smelt

1    concentrations are going down very substantially as we move

2    south of the HoltraChem plant.

3    A      In this year, this is what the data looked like, yes.

4    Q      But, actually, in the first four out of five samples,

5    you had one or two smelt captured?

6    A      I don't remember the exact sample size.  You could go

7    back to the -- the appendices, though, and we could check that

8    out.

9    Q      Sure.  Let's look at Page 113 and bring up the very top,

10   which gives us 2006 information, and you can see --

11   A      Yep.

12   Q      -- that in four out of five sampling sites in the OB

13   reach, you had one or two samples?

14   A      Right, and another important thing to look at here is

15   that all of these samples, they were individual trawls, but

16   they were not -- they were all trawled at the OB1 site.  In

17   2006, for whatever reason, there were trawls done sequentially

18   right next to the OB site -- OB1 site, which is why the --

19   they have -- all of them have the OB1 distinction.

20        But they were separate trawls, and in future years, we

21   continued to trawl at specific OB1 sites.

22   Q      So would you agree that, in looking at the text of

23   Chapter 14, one should be very cautious before drawing

24   conclusions based on the graphs shown in that chapter without

25   fully understanding the statistics, the date, and the sample

KOPEC - CROSS-EXAMINATION/SCHUTZ

2043

1    sizes?

2    A    I think you'd need to do that when you look at all

3    biological data.

4    Q    Now, you've mentioned that a number of the charts

5    included in Chapter 14 show age-adjusted or length-adjusted or

6    date-adjusted values?

7    A    Yes, the fish were age- or length-adjusted.  The birds

8    were commonly adjusted for sample date.

9    Q    Is the statistical basis for those adjustments reported

10   in Chapter 14?

11   A    Ah, I think I often said that we had a significant

12   covariate with age or length.

13   Q    Did you show plots?  Did you show the work that you used

14   to derive those adjustments?

15   A    I didn't.  My chapter was over a hundred pages.  I was

16   constantly being told to put in less detail, rather than more.

17   Q    So what you're essentially asking the reader to do is --

18   is trust you on those adjustments?

19   A    I report the statistics that I used.

20   Q    And there's no way, based on the information contained

21   in Chapter 14 or elsewhere in the Phase II Report, by which

22   one could recreate those adjustments?

23   A    Well, all of the, um, the raw data that we received from

24   the lab, and then the summary data sheets that I created using

25   the biological data and the mercury data have been supplied to

1    the parties so they could recreate the same statistical

2    findings that I did.

3    Q    Right.  But they're just not in the -- in the Phase II

4    Report itself or any appendix submitted to the court with that

5    report?

6    A    Um, no, and, again, I -- at the back of Chapter 14, I

7    presented summary statistics for all of the species by site,

8    by year, but I did not include the raw data in the report.

9    Q    I would like to move on to Table 2 on Page 14-13 of

10   Chapter 14, which is a chart reporting various values for fish

11   and shellfish.  Now, would you agree that there was no

12   geographic trend in the BO and OB reaches for eel?

13   A    In BO and OB, correct.

14   Q    And that the concentrations were statistically

15   comparable in those reaches?

16   A    Yes.

17   Q    And in Table 2, toward the top, you report mean total

18   mercury in muscle concentrations for American eel in those

19   reaches?

20   A    I did.  This is one place where I used a mean that was

21   across sites and across years, but within reach.

22   Q    You've also included a plus or minus.  Is that

23   indicating a standard deviation?

24   A    Yes.

25   Q    And if there's an overlap in standard deviation, does

KOPEC - CROSS-EXAMINATION/SCHUTZ

2045

1    that mean that the values are not statistically different?

2    A     Ah, well, it's one of the factors you can use in

3    determining that, but it gives you, again, similar to error

4    bars on a graph, it gives you an idea of the relationship

5    between different means, but it's better to actually run a

6    statistical test to see if there's a difference between the

7    means.

8    Q     Based on the standard deviations reported here in

9    Table 2, the mean mercury values in eel above Veazie, outside

10   the aquatic influence of HoltraChem, are within the range of

11   eel values below the -- that former dam?

12   A     Ah, it's not valid to make that kind of comparison.  We

13   bring on an analysis -- well, a couple issues here.  These

14   numbers are not length-adjusted or age-adjusted because we're

15   talking about eels.  So you can't make that direct comparison.

16         And, also, it's better to run a statistical test using

17   age- or length-adjusted data in order to define a difference

18   between sites, and that's what I did.

19   Q     If eel below Veazie were not statistically different in

20   terms of concentrations of methylmercury from eel above

21   Veazie, what would that tell us?

22   A     Ah, let's see.  Well, that the -- it would tell us that

23   the background concentrations of mercury the eels are exposed

24   to are the same above the dam and below the dam.

25   Q     Let's turn to Joint Exhibit 6-2, which is Chapter 2,

1  Page 211, still on the subject of eel.  In this chapter -- or

2  this section, rather, the last paragraph, you report that,

3  based on information that we have been able to obtain from the

4  literature and by talking to the Department of Marine

5  Resources, there does not appear to be a large amount of eels

6  from the Penobscot consumed by local people?

7  A    Yes.

8  Q    And by that, were -- was there a suggestion that there

9  may be moderate consumption by local people?

10  A    Um, I --

11  Q    It just says large amount.

12  A    I think the sentence -- right, right.  I think the

13  wording is clear that we didn't find evidence of a large

14  number of eels being eaten by folks here in Maine.

15  Q    And that's based on information that the Study Panel

16  obtained from Gail Wippelhauser at the Department of Marine

17  Resources?

18  A    Well, from what we were able to obtain from her, most of

19  the eel fishing data were proprietary for some reason, and it

20  was difficult to get information from her.  But from what we

21  understand, there's not a large fishery for eels consumed by

22  Maine people, and the eels that are caught are shipped

23  elsewhere.

24  Q    Let's pull up Defense Exhibit 562.

25        MR. SCHUTZ:  Which I'd like to move into evidence.

1           THE COURT:  Any objection to Defense 562?

2           MR. BERNARD:  No objection.

3           THE COURT:  562's admitted.

4    BY MR. SCHUTZ:

5    Q    And this is an August 12th, 2012, e-mail to Dr. Bodaly

6    copied to you from Gail Wippelhauser at the Department of

7    Marine Resources?

8    A    Yes.

9    Q    And she's reporting what information the State may have

10   available to it concerning consumption of eel?

11   A    Yes.

12   Q    She doesn't say that there's not a large amount of eel

13   consumed by local people, does she?

14   A    No.  Do you want to highlight a particular sentence, so

15   no recorded --

16   Q    She says, I doubt if any --

17   A    About 5 percent of the catch was reported as food.  I

18   doubt any of this food is being consumed locally, probably

19   goes to the European or Asian market, yes.

20   Q    Right.  To the best of the State's knowledge, zero eel

21   is being consumed by local people, correct?

22           MR. BERNARD:  Objection.  This doesn't say what the

23   State's knowledge is.

24           THE COURT:  Overruled.

25   A    Um, yes.

1    BY MR. SCHUTZ:

2    Q    Why was the Study Panel suggesting to the court that not

3    a large amount of eel is being consumed, when the best

4    information the Study Panel had available was that no eel

5    whatsoever is being consumed locally?

6    A    Ah, you know, I -- I really can't answer that.  I didn't

7    write that section.

8    Q    I want to move on to bats.  Now, is it -- is it your

9    understanding that the HoltraChem plant site itself is under

10   Maine DEP jurisdiction?

11   A    Yes.

12   Q    And that there's an ongoing cleanup at that location?

13   A    Well, um, yes, I know one's planned.  I'm not sure

14   what's going on right now there.

15   Q    And in the past, there's been dismantling of various

16   buildings and so forth at that site?

17   A    Yes, when I was working out at the plant site, it was,

18   um, ah, just in a maintenance mode.  There wasn't any active

19   cleanup.

20   Q    So -- and -- and is it your understanding that the study

21   area of concern for cleanup, at least, is south of that plant

22   site?

23   A    Ah, for cleanup of mercury in the river?

24   Q    Right.

25   A    Yes, yes.

KOPEC - CROSS-EXAMINATION/SCHUTZ

2049

1    Q      I want to move on to birds and ask you a question that

2    you were asked previously at deposition.  Was the Penobscot

3    River study designed to discern population-level effects on

4    birds?

5    A      We did not do an effects study on mercury -- a mercury

6    effects study on birds, no.

7    Q      Was the Penobscot River study designed to discern

8    population-level effects?

9    A      Ah, we -- the monitoring study for mercury was designed

10   to look at geographic trends of mercury within the river and

11   associated wetland marshes --

12   Q      And the --

13   A      -- primarily.

14   Q      Sorry.  Were you finished?

15   A      I was.  Sorry.

16   Q      Okay.  Now, the targets to protect the health of birds

17   were set primarily by you and Dr. Bodaly with approval by all

18   members of the panel?

19   A      Yes.

20   Q      And would you agree that targets to protect bird health

21   are a matter of professional judgment?

22   A      Ah, to a certain extent, yes.

23   Q      And prior to joining the Study Panel, your work for the

24   past 15 or 20 years had involved seals?

25   A      Yes.  Well, also, I was director of a bird observatory

1    in south San Francisco Bay for a period.

2    Q     For a couple of years in the early '90s?

3    A     Ah, yeah, early to mid-'90s, somewhere in there.

4    Q     And one of the consultants hired by the Study Panel to

5    consult on effects thresholds was Dr. Sandheinrich at the

6    University of Wisconsin-La Crosse?

7    A     Yes.

8    Q     And he authored a chapter for the Study Panel, which is

9    attached to Chapter 2 as Appendix 2-1?

10   A     Yes.

11   Q     And in that chapter, he suggested targets to protect

12   bird health, didn't he?

13   A     Yes, he did.  He suggested a target of 3 micrograms per

14   gram to protect bird reproductive health.

15   Q     And he also suggested a target to protect bird eggs at

16   1 micrograms per gram?

17   A     Ah, I don't remember that number exactly.

18   Q     Let's bring up the relevant page from Dr. Sandheinrich's

19   paper for the Study Panel, which is Page 17 of Appendix 2-1,

20   first paragraph under Toxicity Thresholds for Birds.

21   A     Yeah.

22   Q     In this chapter for the Study Panel, Dr. Sandheinrich,

23   in his judgment, suggests 1 nanogram per gram wet weight as a

24   threshold for eggs?

25   A     Yes, I see that.

1   Q      And then, as you mentioned, blood of adults at 3?

2   A      Yes, and I see he also gives a -- information on the

3   diet of adults here of 0.1 parts per million, the diet of

4   adult birds.  Hm.

5   Q      And he mentions that these values represent the lowest

6   observed effects concentration, correct?

7   A      That's the term he uses, yes.

8   Q      And we heard from Dr. Evers yesterday that there is a

9   significant difference between a lowest observed effect and a

10  lowest observed adverse effect?

11  A      Yes.

12  Q      Is that your understanding?

13  A      Yes, there can be.

14  Q      And he talks about effects such as changes in behavior

15  and so on as effects, but not necessarily adverse effects?

16  A      I'm not sure he makes that distinction that changes in

17  behavior are not adverse effects.  Does he make that in the

18  text?

19  Q      We can bring that text back up if we need to, but I

20  think it's already in the record.  We can refer to it.

21  A      Okay.

22  Q      I want to ask you about Dr. Evers' testimony yesterday.

23  He suggested that his 1.2 micrograms per gram proposed

24  threshold is based on the Jackson paper, studying Carolina

25  wren?

1   A      Yes.

2   Q      And that's a paper that reports the output of a model?

3   A      Yes, it does.

4   Q      And you would agree with Dr. Henry hired by

5   Mallinckrodt, wouldn't you, that that paper should be treated

6   with caution?

7   A      I was very skeptical of that paper when I first read it

8   because it did not include, um, the actual data showing that

9   there was reduced reproduction in the section of the river

10  contaminated with mercury.  They showed that there were higher

11  mercury concentrations in the birds in that section, but not

12  reduced reproduction.

13         Actually, after Mallinckrodt received the raw data and

14  then I looked at Dr. Henry's assessment of the data that were

15  used to base that study, I felt more confidence in the paper

16  because looking at the raw data, it was clear that there was a

17  difference in reproduction between those two sites.

18  Q      At the time you wrote Chapter 2, would you agree that

19  you didn't feel the results of the Jackson paper were strong

20  enough standing alone to base a threshold to protect bird

21  health?

22  A      That's correct, that's correct.  So I looked in the

23  literature at other papers that assessed different endpoints

24  for toxicity in birds and found, um, other endpoints that

25  reported adverse effects below 0.1 -- no, 1 part per million,

1   not 0.1.  That was --

2   Q     And as you refer to adverse effects, you are referring

3   to any effect -- biochemical, behavioral, biomarkers of

4   exposure?

5   A     Not -- not any effect, but if there is a decline in

6   reproductive hormones or if there are declines in the immune

7   system, the ability for an organism to fight off disease, I'm

8   very familiar that those effects can have really dramatic

9   consequences.

10         I -- I first started working on harbor seals back in the

11   late 1980s, after there was a huge die-off of harbor seals

12   along the north coast of Europe, where 15,000 seals died in

13   one winter -- one summer season, and laboratory -- or captive

14   studies found that the seals that were eating fish from that

15   near-shore area were contaminated with a mix of

16   organochlorines and that they had a compromised immune system.

17         So I have a clear image in my head that compromises to

18   your ability to fight off disease can have drastic effects.

19   Q     Well, let's -- let's look at birds and stay focused on

20   birds, which are the organism of concern in Mendall Marsh, and

21   there's a section in Chapter 2, Page 6, where the Study Panel

22   describes the targets to protect bird health, and I just want

23   to focus on -- and this reports a number of other papers?

24   A     Ah, yes, that one.

25   Q     Yeah.  And the Study Panel included in its discussion of

1    targets to protect bird health this McKay and Mayer paper,

2    which I discussed with Dr. Evers.  Would you agree that this

3    paper should not be used to set remediation targets and toxic

4    effects levels for bird health?

5    A    Yes, I don't think that's an appropriate paper to use.

6    I think it was included because the work was done, um, in the

7    Penobscot area, but the results were not strong.

8    Q    And we can take this down.

9         And on Table 1-4 that we were talking about earlier, you

10   listed black ducks as a species of concern for toxic effects?

11   A    Yes.

12   Q    But, in fact, black duck blood levels are below the

13   targets to protect bird health, aren't they?

14   A    Right, but their muscle concentration --

15            THE COURT:  Excuse me just a moment.

16            THE WITNESS:  Sorry.

17            THE COURT:  Would you repeat the question, please.

18   BY MR. SCHUTZ:

19   Q    In fact, black duck blood mercury levels are below the

20   targets to protect bird health set by the Study Panel,

21   correct?

22   A    The blood concentrations are, but the muscle

23   concentrations are right at the level that Dr. Sandheinrich

24   listed as associated with toxicity.  If you go back to his

25   report, you can see that he reports a muscle concentration, I

1   think, of 0.7 micrograms per gram.

2   Q     And is it your --

3   A     But we were focusing on -- on human health.  That's

4   always been the priority, if there was a human -- potential

5   human health impact.

6   Q     Would you agree that in your judgment, black ducks

7   themselves are not at significant risk of adverse effects of

8   mercury exposure?

9   A     No, I wouldn't say that.

10  Q     Let's bring up your deposition.  I asked that question

11  of you at your deposition, Page 29.

12  A     Well, ah, I must have read Dr. Sandheinrich's paper more

13  closely since the deposition.  Oh.

14  Q     If we bring up lines 17 to 22, I asked whether in your

15  judgment black ducks themselves are at significant risk of

16  adverse effects of mercury exposure.  And your answer was?

17  A     Yes, from the information we have.  And as I said, I

18  since have gone over different sections of the report in

19  preparing for the trial, and I realized that Dr. Sandheinrich

20  had listed a -- a toxic effects level for muscle in birds of

21  0.7.

22  Q     And so the record 's clear, my question was whether

23  ducks are not at significant risk of adverse effects.

24  A     Right, and -- and I answered as accurately as I could

25  during the deposition.  That was my belief, and I have new

1   information since then that was already in the report, but I
2   hadn't made that connection yet.
3   Q     And if we go to the prior page of this transcript, I
4   asked whether blood concentrations in black ducks exceeded the
5   target to protect bird health.  And your answer was?
6   A     Sorry.  I was thinking of something else because that
7   transcript reminded me of -- oh, that's -- yeah, that's where
8   I got confused during the deposition, ah, because, ah, there
9   were two targets to protect bird health, except black ducks
10  are not fish eaters.  They're invertebrate eaters, so that
11  would make them more -- anyway, that's on the next page.
12  Q     Okay.  Let's go to the next page.
13  A     Sure.  Because up here, around line 5, you said that the
14  1.2 parts per million applies to black ducks.  You need to go
15  back and review whether it used the 2.0 level, which was set
16  for fish-eating birds, which black ducks are not.
17  Q     Which target to protect black ducks applies, 1.2 or 2.0?
18  A     For blood, um, ah, probably the 1.2 target, but we also
19  have muscle information from the black ducks, and since our
20  muscle concentration in black ducks in the first two years of
21  the study was between .7 and .8, on average, at Mendall Marsh,
22  I think it's important to consider that there could be
23  toxicity going on there based on Dr. Sandheinrich's
24  recommendation of a muscle mercury concentration of 0.7.
25  Q     Let me move on to your black duck report, and this is

1   the report where you refer to the possibility that global

2   warming may be contributing to changes in black duck

3   methylmercury levels year to year?

4   A      Well, that was, um, one interpretation from the graph,

5   but I used the graph to quantify the difference in temperature

6   between the first two years of our study, when the marsh

7   surface was not frozen, and this past winter season, which was

8   much colder than it had been in the previous years.

9   Q     If we go to Page 6 of this report, you have a discussion

10   of the changes in black duck methylmercury levels.  Actually,

11   let's go to Page -- Page 2 of the report and bring up the

12   bottom half of the abstract.

13          You -- you wrote this text, Dr. Kopec?

14   A      Ah, yes, yeah, I -- I'm the primary author -- you know,

15   it was sent around to the Study Panel, so there are -- there

16   were editing comments made.

17   Q     So what you found in -- last winter was that black duck

18   mercury concentrations dropped by about half as compared to

19   prior years?

20   A      Roughly, yes.

21   Q     And the conclusion was, while it may -- while there may

22   be an indication of reduction in mercury concentrations in the

23   food web, a more likely explanation is random variation in a

24   range of variables?

25   A      Yes.

KOPEC - CROSS-EXAMINATION/SCHUTZ

2058

1    Q    And then you say that one possible explanation is cold

2    weather?

3    A    Yes.

4    Q    Is it possible to conclude to a reasonable degree of

5    certainty what caused the change in black duck mercury

6    concentrations last winter as compared to prior winters?

7    A    No, no, it's not.  Yet, um, throughout the Phase II

8    Report and probably into the Phase I Update that -- where I

9    was writing, part of my role is to analyze the data and then

10   describe the results and look for other factors that may be

11   influencing those results.  And I've done that throughout my

12   report, looking at, um, say in 2009, when the mercury

13   concentrations in birds on Mendall Marsh were often -- were

14   lower than they were in other years, I pointed out that 2009

15   was a year of incredibly high rainfall.

16         And I don't know exactly what effect it had, but,

17   you know, that that could be an influence, because it's --

18   it's important to look at your mercury data in the broader

19   context of what's going on for the organisms.

20   Q    And one could launch an entire study to investigate the

21   relationship between temperatures in the winter and black duck

22   levels in Mendall Marsh?

23   A    I think that would be really useful, and I think it

24   would be useful for doing that also for the summer

25   concentrations, because in the same way that we had a mild

1    winter when the black ducks were sampled during the second

2    winter season, that mild winter was followed by an early

3    spring in 2012, and then we had those incredibly high mercury

4    concentrations in the marsh birds.  There may be a

5    relationship there.

6         And I talk about that in the 2012 report as being

7    possible factors that could be influencing the high levels

8    that we found.

9    Q    And there was some discussion with Dr. Bodaly about

10   another species of bird that was listed as a concern -- Black

11   Guillemots.  Do you recall that?

12   A    Well, yes.

13   Q    And --

14   A    Guillemots were sampled in 2006, so I had some work with

15   their data.

16   Q    And the Study Panel listed Black Guillemots as a species

17   of concern for toxic effects, correct?

18   A    Ah, I was reminded of that when I looked at the graph,

19   yes.

20   Q    And it turns out that a mistake was made, and that Black

21   Guillemots were compared to the effects threshold set by the

22   panel for insect-eating birds when, in fact, Guillemots are

23   fish-eating, and if you compare their blood methylmercury

24   levels to the correct threshold, they're no longer of concern,

25   at least as assessed by blood concentrations?

KOPEC - CROSS-EXAMINATION/SCHUTZ

2060

1    A     Right, and -- and that last part of your sentence is the

2    -- is the important one in this case because the, ah,

3    Guillemots both had blood sampled and they had eggs sampled,

4    and their egg mercury concentrations did exceed the target

5    that -- to protect the health of the bird.

6          So they were still, um, correctly listed in that

7    category as possibly being impacted by mercury because of

8    their egg mercury concentrations, though I think Dr. Bodaly

9    has, um, agreed that he made a mistake in making the

10   comparison of the Guillemot blood to the insect-eating bird

11   or --

12   Q     Is --

13   A     -- invertebrate-eating bird target.

14   Q     Well, let's take a look at the egg data collected by the

15   Study Panel in the Phase I Update, Page 78.

16   A     Okay.

17   Q     And the first thing I would like to do is just pull up

18   some text.  The Study Panel mentions that all the sampling

19   sites for Black Guillemots are in the outer Penobscot Estuary?

20   A     Yeah.

21   Q     So we're talking far outside the closed area.

22   A     Well, yes, they're south of the area closed for lobster

23   and crab fishing.

24   Q     And the Study Panel also noted that sample sizes were

25   small, so these data should be treated with caution?

KOPEC - CROSS-EXAMINATION/SCHUTZ

2061

1    A    Ah, yes.

2    Q    How small was the sample size?

3    A    They were -- I don't remember.

4    Q    One or two eggs per sample site?

5    A    I -- I -- I'm sorry.  I don't remember.

6    Q    What was the mean concentration in Black Guillemot eggs

7    across the nests sampled in the study area?

8    A    Ah --

9    Q    Do you know?

10   A    No, no.

11   Q    Would it surprise you to hear that the mean egg

12   concentration is .845, 5 percent over the .8 threshold of

13   concern for eggs?

14   A    Ah, it's over the threshold, and that summary chart, ah,

15   gives you just a rough indication of that, yeah.

16   Q    If we -- we can go to the appendix where the data is

17   reported, Appendix 22, Page 145, and we can see this is the

18   Black Guillemot egg data?

19   A    Yes, yeah, so the egg data are here.

20   Q    And we can see a sample size of one or two per location?

21   A    Yes.

22   Q    And what was Professor Sandheinrich's proposed egg

23   threshold?

24   A    As you brought it up, it was 1.0.  I think the Study

25   Panel set an egg target of 0.8.

1    Q      And let me just go back to an answer you gave earlier.

2    Would you define toxicity to include biochemical responses?

3    A      Some, yes.

4    Q      In the most recent sampling year for Nelson's sparrow,

5    did you specify that only adult sparrows were to be sampled?

6    A      Ah, that was the goal.  I think we had a few samples of

7    -- well, red-winged blackbirds that were juveniles, but for

8    the most part, I asked that the blood samples only be

9    collected from adults.

10   Q      And I want to turn to the long-term monitoring.  So your

11   understanding is that the Study Panel is suggesting monitoring

12   every other year?

13   A      Ah, that was the suggestion.  It was done over my

14   objection.  There was a -- quite a bit of debate about that,

15   and there was concern that the monitoring program should be --

16   as the size reduced and so the cost reduced, so that there was

17   a better chance that it could move forward, because we all

18   recognize the importance of ongoing monitoring of the system,

19   both to look at changes that may result from remediation and

20   to see whether natural attenuation is actually occurring.

21   Q      And there's also been some debate over whether the --

22   any ongoing monitoring needs to include all of the birds in

23   the marsh or just some of the birds in the marsh or perhaps

24   just picking a relevant important bird that would be a

25   sentinel for mercury exposure to organisms?

1    A     Ah, there was a debate about that, and it certainly

2    wasn't -- there was no suggestion to monitor all the birds in

3    the marsh.

4          We focused on three species in 2012.  I think it's --

5    would be in -- for marsh birds, I think it's important to

6    monitor four species, again, add back in the Virginia Rail

7    because they have a different diet from -- that is somewhat

8    distinct, and include small fish, which are not eaten by the

9    two sparrows and the red-winged blackbirds.

10   Q     And if we can bring up Defense Exhibit 334.  This is an

11   e-mail from Dr. Fisher to you with copies to the rest of the

12   Study Panel addressing whether it's necessary to sample

13   Nelson's sparrows and red-winged blackbirds in the marsh?

14   A     Yes.

15   Q     And is Dr. Fisher's view that sampling both birds was

16   not necessary?

17   A     Yes, that was his view at the time.  I strongly

18   disagreed with him, and he since seems to be suggesting that a

19   larger number of species be sampled.  Again, um, that proposal

20   that was put forward was done in an effort to ensure that the

21   2014 monitoring program go forward.

22         We haven't looked at the level of mercury on the marsh

23   since 2012, so if we don't monitor in 2014, it'll be three

24   years, um, before we get -- a minimum of three years before we

25   get a look of what's going on in the marsh.

1   Q      Would you agree that for purposes of monitoring the

2   system going forward, we don't need to be looking at subtle

3   differences between two birds' diets or physiologies?

4   A      Well, as we saw from the 2012 data, there are, um, not

5   subtle differences, but large differences in mercury exposure

6   between different bird species that is logically related to

7   their diet.  Why were the Nelson's -- why was the mercury

8   concentration in Nelson's sparrows higher than for swamp

9   sparrows?

10         And one difference in their foraging pattern that --

11  that I'm aware of is that the Nelson's tend to drop down into

12  the slew channels at low tide and feed on invertebrates on the

13  sides and in the bottom of the slew channels.  Perhaps this

14  increases their mercury exposure.

15  Q      And the Study Panel attempted to get it -- to the bottom

16  of those kinds of issues by launching the food web study, but

17  that study had critical flaws?

18  A      It was not carried out as described in the proposal, no.

19  Q      One flaw was that prey were not sampled at the same time

20  birds were sampled --

21  A      Right.

22  Q      -- making it difficult to link mercury concentrations in

23  prey with mercury concentrations in the birds?

24  A      Well, and that was the issue that I addressed when I

25  examined the stable isotope by plots because if there was any

1    discrepancy between the carbon, nitrogen, and sulfur isotope

2    values between the birds and potential prey items, you could

3    eliminate prey items as being part of the birds' diet.

4        But, you know, a broader issue was that because

5    sometimes birds were sampled before the prey were sampled, I

6    wasn't able to look at the range of prey items that might have

7    been available to the birds and that would be affecting their

8    stable isotope concentrations.

9    Q    Because the types of prey available to these birds

10   varies over time in the marsh?

11   A    Well, it's possible for some of the prey types.  For

12   things like amphipods and spiders that are available from the

13   spring until the late fall on the marsh, and we did find the

14   greatest relationship between amphipods and spiders and the

15   birds as broad taxa.  I'm sorry.  I forgot where I was going

16   with that --

17   Q    I was just asking, don't the types of prey these birds

18   eat change over the course of the summer, making it important

19   to try to match your prey sampling date with the sampling date

20   of the birds?

21   A    Well, that's the way the study was designed and should

22   have been carried out.  We don't know that the birds' diet

23   changes, but what I do strongly suspect is that the prey

24   available to the birds changes, and I'd really like to know

25   whether they -- whether that changed their diet also.

1   Q      And another problem with the food web study that the

2   Study Panel attempted is that the sampling locations for the

3   invertebrates did not match with the sampling locations of the

4   birds?

5   A      Yes.

6   Q      And --

7   A      I used the --

8   Q      Go ahead.

9   A      Just -- just to expand on that.  We had stable isotope

10  information on the birds from a number of sites within Mendall

11  Marsh and also up at W17, but I used data from the localized

12  marshes where the invertebrates were actually sampled.

13  Q      And --

14  A      To make that comparison.

15  Q      Did you also point out another problem with the food web

16  study that was meant to understand how these birds were

17  getting their mercury, that there were only incidental

18  anecdotal observations of the prey eaten?

19  A      Yes, we had asked for information on what prey items

20  were being carried back to the nests, and that was not

21  collected.

22  Q      And, also, that important prey items that these birds

23  may be eating weren't sampled at all?

24  A      Ah, right, but that goes back to the earlier discussion

25  that because the, um, potential invertebrate prey were

1    sometimes sampled after the birds were sampled, that we can't

2    really answer that question.

3    Q    And would further investigation of Nelson's sparrows in

4    Mendall Marsh help to answer some of these questions

5    concerning how these birds are getting their mercury and why

6    they appear to be elevated?

7    A    Well, um, further investigation is always a nice thing.

8    However, in Mendall Marsh, given the concentration of mercury

9    that we're finding in the birds, it's my opinion that it's

10   more important to begin work to reduce their exposure to

11   mercury, rather than to study it further.

12       It's not as if the mercury concentration in the bird is

13   down right around the target level, you know, around 1.5 or --

14   or 1 part per million.  We have mean concentrations that are

15   generally between 5 to 7, up -- upwards towards 10 in 2012, or

16   even higher for the red-winged blackbirds.

17   Q    And what was the first year that Nelson's sparrows were

18   sampled by the Study Panel?

19   A    Ah, I believe that was 2007.  Ah, there may have been

20   some -- a small number of samples collected in 2006, but I

21   don't remember.  There were other bird species sampled then.

22            MR. SCHUTZ:  Nothing further.  Thank you.

23            THE COURT:  Thank you.

24        Redirect?

25                          REDIRECT EXAMINATION

1    BY MR. BERNARD:

2    Q    Dr. Kopec, opposing counsel showed you that summary

3    table which listed the species and it had a number of columns

4    and a yes or a no --

5    A    Yes.

6    Q    -- under a column having to do with whether the level of

7    mercury was a -- was a problem in terms of toxic effects on

8    that species.  Do you remember that?

9    A    Yes.

10   Q    Is it your understanding that that was meant to be just

11   a quick summary table that simply reflected whether it was

12   over an applicable -- applicable threshold or under that

13   threshold?

14   A    Yes.

15   Q    It wasn't meant to further distinguish the -- the degree

16   above or below a threshold; is that fair to say?

17   A    No, that's -- that's more information than you could

18   include for that number of species on a table that size.

19   Q    Okay.  And is it fair to say that the report in Chapter

20   14, which you authored, and elsewhere provides a great deal of

21   detail that you do not find in -- in the summary chart?

22   A    Um, that's correct.

23   Q    Let me show you Defendants' Exhibit 562 on the subject

24   of eels.  This is an e-mail on which you were copied; is that

25   correct?

1    A    Yes, I see --

2    Q    Okay.

3    A    -- my name there.

4    Q    And this is reporting from a Gail Wippelhauser, who

5    talked to somebody else about whether there were data on eel

6    harvesting in the Penobscot; is that right?

7    A    That appears to be the case, yes.

8    Q    Okay.  And she reported that she couldn't provide the

9    raw data, is that right, because they're confidential?

10   A    Yes.

11   Q    Okay.  And then she goes on to say she can provide a

12   summary, and she says that she pulled out data on eels caught

13   in the coastal eel pot fishery in the Penobscot.  Do you know

14   where -- precisely where within the Penobscot those data come

15   from?

16   A    No, I was trying to, um, kind of sleuth that out by

17   looking at different Web sites, and -- and I never could get

18   really accurate information about what was actually included,

19   as I recall.

20   Q    Okay.  Then she talks about harvests in various years,

21   some of which -- for some of which there are reports and for

22   others there are not.  And then she says, for all years,

23   disposition of 89 percent was reported as bait.  Do you know

24   in the database she was referring to what bait means?

25   A    I assume fish bait.

KOPEC - REDIRECT EXAMINATION/BERNARD

2070

1   Q     But is there any way to know from this exactly -- do --

2   withdrawn.

3         Do you know who is -- is reporting eels being used as

4   bait or food or something else from this e-mail?

5   A     Ah, no.  There was quite a bit of mystery about the eel

6   harvest.  I'm not sure why that was the case.

7   Q     Well, let's -- let's pursue the mystery.  In these two

8   years -- 2008 and 2011 -- there's no recorded disposition of

9   what happened to the eels she reports; is that right?

10  A     True, yes.

11  Q     Okay.  And then there's some reporting of food.  Is it

12  possible for you to tell from this e-mail what that

13  designation means?

14  A     Ah, no, I assume it's food for humans, but I can't know

15  for sure.

16  Q     And then she says, I doubt any of this food is being

17  consumed locally.  It probably goes to Europe or Asia.  Do you

18  see that?

19  A     Um, yes, you know, looking at the quotes around the word

20  food, I've eaten eels off the back -- you know, that we got

21  off the back of the boat that were caught down in Chesapeake

22  Bay.  It was a pretty interesting dinner, so --

23  Q     Is there any hard information in this e-mail concerning

24  the fate of the eels that are captured in the Penobscot?

25  A     There's no specific information, no.

1   Q     In your view, is it reasonable to assume that some of

2   the eels at least that are captured in the Penobscot are

3   consumed by human beings somewhere?

4   A     Ah, yes, yes, having consumed some myself.

5              MR. BERNARD:  Nothing further.

6              THE COURT:  Anything further?

7              MR. SCHUTZ:  No, Your Honor.

8              THE COURT:  Thank you.  You may stand down.  Thank

9   you.

10             THE WITNESS:  Thank you.

11         (The witness left the witness stand.)

12             MR. BERNARD:  Plaintiff will call Dr. Charles

13   Driscoll.

14             THE CLERK:  Do you solemnly swear that the testimony

15   you shall give in the matter now in hearing shall be the

16   truth, the whole truth, and nothing but the truth, so help you

17   God?

18             THE WITNESS:  Yes.

19             THE CLERK:  Please be seated.  Please state your

20   name and spell your last name for the record.

21             THE WITNESS:  Charles T. Driscoll, D-r-i-s-c-o-l-l.

22   CHARLES T. DRISCOLL, having been duly sworn, was examined and

23   testified as follows:

24                        DIRECT EXAMINATION

25   BY MR. BERNARD:

DRISCOLL - DIRECT EXAMINATION/BERNARD

2072

```
 1   Q    Good morning, Dr. Driscoll.

 2   A    Good morning.

 3             THE WITNESS:  Good morning, Judge.

 4             THE COURT:  Good morning.

 5   BY MR. BERNARD:

 6   Q    Do you have a bachelor's degree?

 7   A    Yes, I do.

 8   Q    In what subject?

 9   A    Civil engineering.

10   Q    From what university?

11   A    University of Maine.

12   Q    And do you have a master's degree?

13   A    Yes.

14   Q    In what?

15   A    Environmental engineering.

16   Q    And from what university?

17   A    Cornell University.

18   Q    And a Ph.D.?

19   A    Yes.

20   Q    Subject?

21   A    Environmental engineering.

22   Q    And university?

23   A    Cornell University.

24   Q    What is environmental engineering?

25   A    Ah, environmental engineering is a subdiscipline of
```

DRISCOLL - DIRECT EXAMINATION/BERNARD

2073

1   engineering and generally civil engineering and addresses

2   problems pertaining to the environment, um, associated with

3   water, air, soil, including the treatment of these media for

4   improving environmental quality.

5   Q    Are you employed?

6   A    Yes.

7   Q    By whom?

8   A    Syracuse University.

9   Q    And what is your position at Syracuse University?

10  A    I'm a professor in the Department of Civil and

11  Environmental Engineering.

12  Q    Are you -- do you -- have you been designated a

13  distinguished professor?

14  A    Yes.

15  Q    What does that designation mean?

16  A    Ah, it's a -- a designation given by the university for

17  people who have had certain accomplishments.  It involves a

18  peer review.

19  Q    Now, I think you said you were a professor of

20  environmental system engineering?

21  A    That's correct.

22  Q    And what is environmental system engineering?

23  A    Ah, systems refers to a perspective where you look at a

24  -- all the interactions within a particular system, all the

25  components of the system and the interactions of those

DRISCOLL - DIRECT EXAMINATION/BERNARD

2074

1    components.

2    Q      Is there something called the Center for Environmental

3    Systems Engineering at Syracuse?

4    A      That's correct.

5    Q      And do you have a position at that center?

6    A      Yes, I direct that center.

7    Q      And -- and please describe for the court what the center

8    does.

9    A      Ah, it's housed within the College of Engineering and

10   Computer Science.  It involves faculty, students, and staff

11   that deal with environmental problems.  It includes

12   departments in civil engineering, mechanical engineering,

13   biochemical engineering.  It includes laboratory facilities.

14   It includes a seminar program.  And it's just a

15   cross-disciplinary enterprise, largely associated with

16   research in -- broadly in environmental systems engineering.

17   Q      Do you yourself conduct research?

18   A      I do.

19   Q      In what subject matter areas?

20   A      Ah, I am particularly interested in the effects of

21   disturbance on ecosystems and remediation of ecosystems.

22   Q      Do you do work with trace metals?

23   A      I do.

24   Q      What is a trace metal?

25   A      Trace metal is a metal found in -- well, that occurs in

DRISCOLL - DIRECT EXAMINATION/BERNARD

2075

1    -- in small quantities in the environment.

2    Q      Is mercury a trace metal?

3    A      It is.

4    Q      And is mercury one of the contaminants you have studied

5    during your career?

6    A      Yes.

7    Q      For how long have you been studying mercury in the

8    environment?

9    A      Ah, approximately since the mid-1980s.

10   Q      And has your work on mercury focused on aquatic

11   ecosystems?

12   A      I've done quite a bit of work on mercury in aquatic

13   systems, but also terrestrial and wetland and marine systems.

14   Q      Do you publish papers?

15   A      I do.

16   Q      And on a variety of subjects?

17   A      Yes.

18   Q      Including the effects of mercury in the environment?

19   A      That's correct.

20   Q      How many papers have you authored or coauthored in the

21   peer-reviewed scientific literature, if you -- if you recall?

22   A      Approximately 400.

23   Q      What are the National Academies?

24   A      National Academies are a collection of national

25   institutions focusing on science, medicine, and engineering.

DRISCOLL - DIRECT EXAMINATION/BERNARD

2076

1    There's also an outreach arm of the National Academies called

2    the National Research Council.

3    Q    Are you a member of the National Academy of Engineering?

4    A    I am.

5    Q    You mentioned the National Research Council.  Do you

6    participate in any of its activities?

7    A    I do.

8    Q    Please briefly describe.

9    A    I've been involved in their activities over a number of

10   years in different committees, different capacities.  I'm

11   currently a member of the Board of Environmental Science and

12   -- excuse me -- Environmental Studies and Toxicology.  I'm

13   also a member of the committee on the -- overseeing the

14   restoration of the Everglades.

15   Q    Is the Everglades a big restoration project?

16   A    Very large.  It's been going on for a number of years

17   dating back even prior to the Clinton Administration and it's

18   projected to extend out to 2030.  Budget is over $10 billion.

19   Very large project.

20   Q    What is the National Science Foundation?

21   A    National Science Foundation is an arm of the -- of the

22   federal government, and it oversees research and -- and funds

23   research in basic sciences and -- and engineering, as well.

24   Q    Are you involved in any of the activities of the

25   National Science Foundation?

1    A     Yes, I review proposals, sit on panels, and I

2    occasionally receive funding from them.

3    Q     Is there something called the Coastal and Marine Mercury

4    Ecosystem Research Collaborative?

5    A     Yes.

6    Q     And is that sometimes referred to as C-MERC, C-M-E-R-C?

7    A     Yes, that's correct.

8    Q     What -- what is C-MERC?

9    A     C-MERC is a collaborative effort that involves synthesis

10   of mercury in coastal and marine systems.

11   Q     And are you involved in C-MERC?

12   A     Yes, I was involved in that, which entailed developing a

13   series of papers summarizing what we know about mercury in

14   marine and coastal systems, and then a series of summary and

15   outreach activities associated with that collaboration.

16   Q     How many scientists were involved, if you remember, in

17   that effort?

18   A     Approximately 50.

19   Q     And which ecosystems did you explore?  Do you recall?

20   A     Ah, info -- we looked at systems where there was an

21   abundance of information on mercury in coastal marine systems,

22   and, you know, in contrast to freshwater systems or even

23   terrestrial systems, there's surprisingly little information

24   about mercury in marine and coastal systems.

25         Um, so the systems that we evaluated that we did case

DRISCOLL - DIRECT EXAMINATION/BERNARD

2078

1    studies for included the Arctic, Gulf of Maine, San Francisco

2    Bay, tropical systems, Gulf of Mexico, to name a few.

3    Q    Have you worked on industrially-contaminated ecosystems?

4    A    Yes.

5    Q    And is one of them Onondaga Lake?

6    A    It is.

7    Q    Where is Onondaga Lake?

8    A    Onondaga Lake is actually adjacent to Syracuse.

9    Q    Is it contaminated?

10   A    It is.

11   Q    And is mercury a contaminant of concern there?

12   A    It's one of several contaminants of concern, yes.

13   Q    And what is the source of the mercury in Onondaga Lake?

14   A    Largely from a former chlor-alkali facility.

15   Q    And is the HoltraChem facility along the Penobscot that

16   -- where -- that brings us together here also -- was that also

17   a chlor-alkali facility?

18   A    Yes, that's my understanding.

19   Q    Okay.  Is Onondaga Lake currently being remediated?

20   A    It is.

21   Q    Okay.  And are you playing any role with Honeywell on --

22   is Honeywell the company responsible for the cleanup?

23   A    Yes, Honeywell is the -- is the principal responsible

24   party, yes.

25   Q    And -- and just please briefly describe your role in

DRISCOLL - DIRECT EXAMINATION/BERNARD

2079

1   Onondaga Lake.

2   A     Well, I've been -- since I came to Syracuse, I've been

3   involved and interested in Onondaga Lake, both in terms of

4   domestic waste, but also in terms of this industrial

5   contamination.

6         We have done measurements over the years on mercury in

7   water and sediments and biota in the lake, and, um, when

8   Honeywell started the cleanup activities, we have been working

9   with them in terms of providing advice concerning various

10  aspects of their -- their remediation program.

11  Q     We'll return to the remediation of -- of Onondaga Lake a

12  little bit later.

13        Is there a contaminated site in Texas called Lavaca Bay?

14  A     Yes.

15  Q     And -- and is mercury an issue there?

16  A     Ah, yes.

17  Q     And what was the source of the mercury there?

18  A     It was, again, a chlor-alkali facility that was operated

19  by Alcoa.

20  Q     And what is or was your role in the Lavaca Bay project?

21  A     I, with others, were brought in to review the problem

22  and to design measurements to understand the extent of the

23  contamination measurements in pore water and sediments and in

24  biota, um, and interpret those and other -- other data to --

25  to better understand the -- the source of the contamination

DRISCOLL - DIRECT EXAMINATION/BERNARD

2080

1   and the nature of the problem.

2   Q     In order to analyze ecosystem contamination and options

3   for remediation, is it important to have a working knowledge

4   of various subdisciplines of environmental science?

5   A     Yes, I think it's critical.

6   Q     And what are some of those subdisciplines that you think

7   are critical?

8   A     Well, I think these contaminated sites are -- are highly

9   complex and involve a lot of aspects of science and a lot of

10  interactions among the components of the system.  So I think

11  one needs to understand, um, the fate and transport and

12  transformations of the contaminants.  One needs to understand

13  the effects.  One needs to have a pretty large tool box to

14  evaluate problems, looking at techniques, for example,

15  examining sediment records, and interpreting sediment records,

16  being able to do -- you know, have computative skills to do

17  analysis, mathematical analysis, so a variety of skill sets.

18  Q     And is ecosystem remediation one tool in that tool box?

19  A     Yes.

20  Q     And is that one in which you feel you have relevant

21  experience?

22  A     Yes.

23  Q     Okay.  Do you believe that by virtue of your academic

24  and work experience you have the expertise necessary to

25  interpret and understand the Penobscot River Mercury Study?

DRISCOLL - DIRECT EXAMINATION/BERNARD

2081

1    A     I do.

2              MR. BERNARD:  Your Honor, Dr. Driscoll's CV is Joint

3    Exhibit 124, and I note for the record that it's slightly

4    updated from the one that's embedded in his expert report,

5    which is Joint Exhibit 47.

6              THE COURT:  All right.  Thank you.

7    BY MR. BERNARD:

8    Q     Have you been retained as an expert by plaintiffs in

9    this case?

10   A     Yes.

11   Q     When were you retained?  Do you recall?

12   A     I was first contacted about, um, the first of the year

13   in 2013, and there were some discussions about this for a -- a

14   period, and then I was ultimately retained later in the

15   winter, earlier in the spring, something on that order.

16   Q     What did plaintiffs ask you to do?

17   A     Um, they were interested in, um, reviewing the Penobscot

18   River Mercury Study, and particularly interested in -- in --

19   on the recommendations for remediation.

20   Q     Did you agree to testify as an expert witness for the

21   plaintiffs before reviewing the Penobscot River Mercury Study?

22   A     Ah, I read the Phase I Report, and I looked at portions

23   of the Phase II Report, and I had a series of discussions

24   before I agreed to -- to take this on.

25   Q     Okay.  How much of the Phase II Study Report have you

DRISCOLL - DIRECT EXAMINATION/BERNARD

2082

1    reviewed?

2    A    A large part of it.

3    Q    Okay.

4    A    Maybe not all the chapters, but the vast majority of the

5    chapters, yes.

6    Q    And have you reviewed some of the chapters more than

7    once?

8    A    Yes.

9    Q    Did you conduct your own evaluation of various data

10   reported in the Penobscot River Mercury Study?

11   A    I did.

12   Q    Did you also compare data reported by the

13   court-appointed Study Panel with other sources of data

14   concerning mercury?

15   A    I did.

16   Q    Did you prepare a written expert report?

17   A    I did.

18        MR. BERNARD:  Your Honor, that's Joint Exhibit 47 in

19   evidence.

20        THE COURT:  Thank you.

21   BY MR. BERNARD:

22   Q    And then did you review reports that the defendants'

23   experts submitted?

24   A    I did.

25   Q    And did you prepare a rebuttal report following your

1    review of the defendants' experts reports?

2    A    I did.

3            MR. BERNARD:  That's Joint Exhibit 48 in evidence.

4    BY MR. BERNARD:

5    Q    And then did you subsequently prepare a brief

6    supplement?

7    A    I did.

8            MR. BERNARD:  That's Joint Exhibit 49 in evidence.

9    BY MR. BERNARD:

10   Q    Now, do you know on a professional basis some of the

11   scientists who are involved in the Penobscot study?

12   A    I do.

13   Q    And do you believe that your -- withdrawn.

14        Have you done some work with some of them on a

15   professional level?

16   A    I have.

17   Q    And -- and do you believe that that fact biased your

18   review of their study in -- in any way?

19   A    No, I don't think so.  I tend to be a very frank person.

20   I tend to tell people what I think, so I -- I don't think that

21   I'm -- I am biased at all.

22   Q    Now, do you also know professionally some of the experts

23   who produced reports and who are going to testify as witnesses

24   for the defendant?

25   A    I do.

DRISCOLL - DIRECT EXAMINATION/BERNARD

2084

1   Q      And do you believe that your professional knowledge of

2   any of the defendants' experts has biased your review of their

3   work in the case?

4   A      No.

5   Q      Is it customary for scientists to review the work of --

6   of their colleagues?

7   A      Yes.

8   Q      Okay.  And to do so frankly?

9   A      Yes.

10  Q      Okay.  Are you being compensated for the time you're

11  spending on -- on the case?

12  A      I am.

13  Q      Okay.  By the plaintiffs?

14  A      Yes.

15  Q      Have you formed a series of opinions concerning the

16  substance of the Penobscot River Mercury Study?

17  A      I have.

18  Q      So I'd like you to summarize for the court, in response

19  to my questions, your primary opinions, and then we'll -- then

20  I will ask you to describe the bases for those opinions.

21  Okay?

22  A      Yes.

23  Q      Have you formed an opinion regarding the scope of the

24  Penobscot study?

25  A      I have.

DRISCOLL - DIRECT EXAMINATION/BERNARD

2085

1   Q      What is your opinion?

2   A      It's an extremely comprehensive study of mercury in a --

3   in an estuarine system.

4   Q      Have you formed an opinion regarding the scientific

5   quality of the Penobscot study?

6   A      Yes, I think the study is scientifically sound.

7   Q      Have you formed an opinion regarding the degree of

8   mercury contamination that exists within the Penobscot

9   Estuary?

10  A      Yes, I think that the -- the levels of mercury in

11  various media, sediments, and biota within the upper estuary

12  are very high.

13  Q      Have you formed an opinion concerning the efficiency of

14  mercury methylation in Mendall Marsh?

15  A      Yes, I think Mendall -- Mendall Marsh -- excuse me -- is

16  a very interesting system, and part of what makes it

17  interesting is it seems to be very effective at -- in the

18  production of methylmercury.

19  Q      Have you formed an opinion whether concentrations of

20  mercury in Penobscot biota exceed accepted levels of concern

21  for toxicity to human beings through consumption of fish,

22  shellfish, or wildlife?

23  A      Ah, yes, I've formed an opinion, and it appears that

24  mercury concentrations in biota that are consumed by humans

25  are high above advisory levels for -- given by the State of

DRISCOLL - DIRECT EXAMINATION/BERNARD

2086

1    Maine.

2    Q    Have you formed an opinion regarding whether

3    concentrations of mercury in Penobscot songbirds exceed

4    accepted levels of concern for toxicity to those birds?

5    A    Yes.

6    Q    What is your opinion?

7    A    In some of the songbirds studied, the -- the

8    concentrations are -- are very high and exceed values that

9    have been suggested in the literature that would cause harm to

10   songbirds.

11   Q    And have you formed an opinion concerning the method the

12   court-appointed Study Panel used for setting mercury target

13   concentrations for sediment in biota?

14   A    Yes.

15   Q    What is your opinion about the Study Panel's method?

16   A    I think their approach makes good sense.

17   Q    Have you formed an opinion concerning the speed at which

18   the Penobscot ecosystem, in particularly, the upper estuary,

19   is cleansing itself of mercury?

20   A    Yes.

21   Q    What is your opinion?

22   A    Very slow.

23   Q    Have you formed an opinion concerning whether there is a

24   need to initiate a remediation program to accelerate recovery

25   of the upper estuary from mercury contamination?

DRISCOLL - DIRECT EXAMINATION/BERNARD

2087

1    A     I have.

2    Q     And what is your view?

3    A     I think there is an urgent need to initiate remediation

4    activities because concentrations of mercury in biota are

5    quite high, and the system is not recovering very -- very

6    rapidly.

7    Q     Have you formed a view concerning -- withdrawn.

8          Have you formed an opinion concerning whether if

9    remediation options are considered, if the court orders that,

10   that they should be limited to the recommendations set forth

11   in Chapter 21 of the study report?

12   A     I do have an opinion on that, and I believe that the

13   best course of action would be to make all options open and

14   evaluated for the most cost-effective approach towards

15   remediation.

16   Q     Okay.  With that background, I want to ask you a series

17   of questions to elicit the bases for the opinions you've

18   articulated.

19         First, a few questions on industrial mercury pollution.

20   Is atmospheric deposition a source of mercury to aquatic

21   systems?

22   A     Yes.

23   Q     And could you just briefly explain that to the court?

24   A     Sure.  Um, mercury is a relatively volatile trace metal.

25   It's released to the atmosphere by a variety of pro --

DRISCOLL - DIRECT EXAMINATION/BERNARD

2088

1  processes, mining activities, industrial activities, fossil

2  fuel combustion.  There's also natural sources of mercury

3  from, say, sulfur -- or -- excuse me -- mercury-rich soils.

4  This mercury can be released to the atmosphere and then

5  ultimately deposited to the earth's surface.

6  Q    Are discharges -- do -- does atmospheric deposition

7  affect all aquatic systems?

8  A    Yes, it's a global contaminant.

9  Q    Okay.  And are discharges from industrial processes also

10  a source of mercury to aquatic systems?

11  A    They can be.

12  Q    And is one of those industrial processes that can result

13  in the release of mercury to aquatic systems chlorine

14  production?

15  A    Yes.

16  Q    At -- such as would occur at a chlor-alkali plant?

17  A    Yes.

18  Q    In your experience, can chlor-alkali plants be

19  substantial sources of mercury contamination downstream of the

20  plant itself?

21  A    Yes.

22  Q    And what's the source of your knowledge of that?

23  A    Ah, my understanding of the literature, um, my

24  experience working at former chlor-alkali facilities, you

25  know, based -- based on, you know, measurements that we'd

DRISCOLL - DIRECT EXAMINATION/BERNARD

2089

1   made.  Um, I guess those are the primary basis for my opinion.

2   Q     Once it is released into the aquatic environment, does

3   mercury persist there?

4   A     Yes, mercury is a persistent contaminant.

5   Q     And can you give the judge a sense of -- withdrawn.

6         Can legacy sources of mercury, let's say, releases from

7   a chlor-alkali plant, lodge in sediments and contribute

8   mercury to an aquatic ecosystem over time?

9   A     Yes.

10  Q     Could you give the judge a sense of how long mercury

11  might persist in an aquatic ecosystem?

12  A     Sure.  Um, mercury, um, will readily attach to

13  particles, and it -- it can have a very long residence time in

14  -- in soil and in sediments, hundreds and thousands of years.

15  So it's not destroyed.  It -- it persists.

16  Q     Are legacy releases from contaminated sediments

17  sometimes greater than the amount of mercury you get from

18  atmospheric deposition?

19  A     Yes.

20  Q     By how much can that -- can such sources exceed

21  atmospheric deposition sources?

22  A     Well, in -- in my rebuttal report, I was asked to, um --

23  maybe I was chided because I didn't consider atmospheric

24  deposition, so I did a calculation to put that in perspective.

25        And what I did was I -- we have recently completed a --

DRISCOLL - DIRECT EXAMINATION/BERNARD

2090

1  a study of atmospheric mercury deposition to soils in Maine,

2  so I took that information.  Um, so the amount of mercury

3  that's been deposited from the atmosphere to central Maine

4  since 1850, so every year the amount -- the cumulative amount

5  is 3.5 milligrams of mercury per cubic meter.

6       So to put that in perspective, if you look at the

7  inventories that Dr. Yeager produced for the Penobscot River

8  study, his estimates ranged from, I believe, a hundred to over

9  14 -- 14,000 milligrams per meter square.  So 160 years of

10 atmospheric deposition is, you know, two orders of magnitude

11 approximately smaller than the accumulation in the Penobscot.

12      So it's a contributing factor, but it's quite small.

13 Q    What are the primary factors that influence the

14 consequences of mercury once it's released into the aquatic

15 environment?

16 A    Can you repeat that question?

17 Q    Yeah, or maybe I'll rephrase it to make it clearer.

18      When you look at the consequences of mercury that gets

19 released into the environment, is the magnitude of the mercury

20 source relevant?

21 A    It is an important factor.  Um, so the way I like to

22 look at this is that, um, mercury contamination, mercury

23 exposure in biota is a multistep process, and there are three

24 broad steps that contribute to that:  First is the input of

25 mercury, the supply of mercury; and second is the conversion

DRISCOLL - DIRECT EXAMINATION/BERNARD

2091

1    of that input of mercury, that inorganic mercury to

2    methylmercury, methylmercury is the form that strongly

3    bioaccumulates; and the third is the movement of that

4    methylmercury up the food chain, the trophic transfer of

5    mercury.

6         So each of those steps are critical in the exposure of

7    those inputs of mercury to organisms.

8    Q    In connection with the third step, what is the

9    relevance, if any, of biomagnification?

10   A    Well, it's -- it's absolutely critical.  So

11   methylmercury, in particular, strongly bioaccumulates, and so

12   you see relatively low, you know, benign concentrations in

13   media that can be transferred up to elevated concentrations in

14   biota that can have adverse consequences -- health

15   consequences to those biota because of this process of

16   bioaccumulation up the -- up the food chain.

17   Q    Now, the Penobscot in this reach below Veazie Dam is an

18   estuary; is that correct?

19   A    That's correct.

20   Q    And are estuaries called the nurseries of the sea?

21   A    That's what I've been -- that's what I've been told,

22   yes.

23   Q    Where -- do you know where you got that term from?

24   A    I've seen it written in a number of places, but I think

25   it just refers to the fact that they're highly productive,

DRISCOLL - DIRECT EXAMINATION/BERNARD

2092

1    they're very important for spawning of -- of marine fisheries.

2    They're really critical resources.

3    Q    And is the Penobscot any exception to that rule?

4    A    I don't think so.  It's -- it's a relatively large

5    estuary for the northeastern U.S.

6    Q    Let's talk about sediment contamination.  How would you

7    characterize the mercury concentrations in sediment of the

8    Penobscot Estuary?

9    A    Ah, in the upper estuary, high.

10   Q    Okay.  And do you recall in the -- in the most

11   contaminated portion of the system, say, from Brewer down to

12   the southern tip of Verona Island, what the average total

13   mercury in fine-grain sediments is in that reach?

14   A    Ah, the mercury in fine-grain sediments are elevated

15   concerning in rel -- in comparison to bulk sediments I think

16   on the order of maybe 900 nanograms per gram dry weight.

17   Q    And -- and if you stepped away from the fine-grain and

18   just took it all -- looked at all grain sizes in the sediment,

19   do you remember what the average is in the -- in the upper

20   estuary sediment?

21   A    Yes, I recall the mean concentration of mercury in

22   upper, I think, 0- to 3-centimeter sediments, was on the order

23   of 700 nanograms per gram dry weight of sediment.

24   Q    When you looked at the sediment data, did you discern

25   any spatial pattern within the main stem of the Penobscot

DRISCOLL - DIRECT EXAMINATION/BERNARD

2093

1    River?

2    A    I did.

3    Q    Let me show you a figure, which is Joint Exhibit 47,

4    Figure 8 on Page 26.  So this is Joint 47, Page 26, and there

5    are actually two tables here, so why don't we -- let's see if

6    we can zoom out and get them both.  Okay.

7         Dr. Driscoll, did you prepare these tables?

8    A    I did.

9    Q    Do you recognize them?

10   A    Yes, they're --

11   Q    Okay.

12   A    -- from --

13   Q    Go ahead.

14   A    They're -- I think they're from my original expert

15   report.

16   Q    Okay.  So please explain to the court what the figures

17   show, beginning with the one on top.

18   A    Sure.  Um, maybe I can do them both at once to try to

19   save time.

20        So these are plots of, in the upper panel, total mercury

21   and, in the lower panel, methylmercury, and they're from

22   surface sediments that were collected by the Penobscot River

23   study, and I believe they're the mean of the six sampling

24   periods.

25        And what they are is they're showing, as -- as you

DRISCOLL - DIRECT EXAMINATION/BERNARD

2094

1   progress from south to north along the main stem of the

2   estuary river system, the -- the concentrations of

3   methylmercury.  So I've got a few points of reference,

4   probably most notably is the vertical red line, so that

5   represents the position of the former HoltraChem facility.

6   Q     And that's this line right here?  Whoops.

7   A     That's correct.

8   Q     Right.  Okay.  And what are the -- what are the arrows

9   pointing to?

10  A     The arrows indicate the approximate reach where elevated

11  concentrations are -- are noted.  So if you move from south to

12  north, you can see -- maybe I can start here -- you can see

13  these concentrations are relatively low, and then as we move

14  towards South Verona Island moving north, you can see that

15  there are large increases in concentrations.  They remain high

16  a little bit north of the former facility, and then they

17  decrease down in here, and it's a similar pattern for both

18  total and methylmercury, something like that.

19  Q     Okay.  Now, so this arrow here, is this geographically

20  where South Verona Island would be as you're moving from south

21  north up the estuary?

22  A     Correct.

23  Q     And this would be Brewer over here on the -- this is the

24  right-hand arrow on the horizontal axis?

25  A     Correct.

1   Q    Okay.  What -- what, if anything, do you make of this?

2   I mean, I understand your description of it.  But what does it

3   show you?

4   A    Well, I think it's consistent with the release of

5   mercury from the former HoltraChem facility.  So you see that

6   there are elevated concentrations a little bit upstream, but

7   primarily downstream to South Verona Island.  So that gives a

8   -- an approximation of the spatial extent of these elevated

9   deposits of mercury in surface sediments.

10           MR. BERNARD:  Your Honor, we're about to move into a

11   comparison to regional levels, and -- and I see it's near the

12   break time.

13           THE COURT:  Right.  Well, why don't we take a break.

14   Because we're going to go to 11:30 today, we'll take a shorter

15   break of 15 minutes.  Very good.

16       (Court recessed from 10:29 a.m. to 10:50 a.m.)

17           THE COURT:  Mr. Bernard?

18           MR. BERNARD:  Thank you, Your Honor.

19       Your Honor, I misspoke earlier.  Dr. Driscoll's CV is

20   Plaintiffs' 124.  I said mistakenly it was Joint Exhibit 124.

21           THE COURT:  Okay.  Thank you.

22                   CONTINUED DIRECT EXAMINATION

23   BY MR. BERNARD:

24   Q    Dr. Driscoll, we were just talking about mercury levels

25   in sediment in the Penobscot.  Do you recall that?

DRISCOLL - CONTINUED DIRECT EXAMINATION/BERNARD

2096

1    A    Yes.

2    Q    Okay.  Did you look to see how the mercury levels in

3    surface sediment in the Penobscot compare with concentrations

4    reported in other parts of the Gulf of Maine?

5    A    Yes.

6    Q    And did you prepare a table or adapt a table from a

7    study that you found that provided data on this subject?

8    A    Yes, I think actually I may have two tables.

9    Q    Okay.  Well, I'll show you both of them, but let me show

10   you the first from your expert report, which is Joint

11   Exhibit 47 at Page 10, and this is Table 1.  Do you see that?

12   A    I do.

13   Q    Is that one of the tables you prepared?

14   A    Yes.

15   Q    Okay.  Please tell the court what this table shows.

16   A    Okay.  This table is a little -- is a little

17   complicated, but it is derived from a paper that was published

18   a couple years ago by Elsie Sunderland, where she focused

19   analysis on mercury in the Gulf of Maine, and what she did was

20   she compiled information from various studies around the Gulf

21   of Maine and summarized the values reported in those studies

22   for total mercury and methylmercury.

23       So if you look at the -- the table, the left-hand column

24   represents the area, so it's broken down into regions or

25   subregions of the Gulf of Maine.  And then the second column

1    represents the concentrations of total mercury and the third

2    column methylmercury.  The fourth column is the year of the

3    study, and the final column is the -- the study from which the

4    -- the data were obtained.

5    Q    Now, you have under the Penobscot upper estuary.  How

6    are you defining that?

7    A    I think that's consistent with the definition of the

8    Penobscot River Mercury Study, where they were looking at the

9    -- the area -- you know, the lower river and upper part of the

10   estuary to Verona Island.

11   Q    Okay.  So that would be from the former Veazie Dam down

12   to the southern tip of Verona?

13   A    Correct.

14   Q    Okay.  I want you to look at the -- the methylmercury

15   values there.  Do you see those?

16   A    Yes, I do.

17   Q    And just read them into the record, please.

18   A    For the upper estuary?

19   Q    Yes.

20   A    Ah, 7.5 to 20, and the units I believe are nanograms per

21   gram dry weight.

22   Q    Now, you have here -- down here the Boston Harbor.  What

23   do you know about the contam -- contamination level in Boston

24   Harbor?

25   A    Well, Boston is a very urban area.  It receives a --

1   historically there was a lot of wastewater discharge before

2   the -- before it was diverted, and it's a highly urbanized

3   area.

4   Q    And what are the concentrations of methylmercury there

5   as reported in the chart?

6   A    Yeah, these are from two studies by Jani Benoit, and

7   they range from 1 to 9 nanograms per gram dry weight of

8   sediment.

9   Q    Is the contrast between the methylmercury levels in the

10  upper estuary of the Penobscot and Boston Harbor noteworthy to

11  you in any way?

12  A    Well, they're both quite high.

13  Q    What is the National Coastal Assessment program?

14  A    It's a monitoring program that's conducted by the

15  Environmental Protection Agency to evaluate contaminants in

16  coastal waters.  It includes sediments; It includes some

17  biological measurements.

18  Q    Did you look at National Coastal Assessment program data

19  in order to compare it to data from the Penobscot River

20  Mercury Study?

21  A    That's correct.

22  Q    Okay.  And did you prepare a table depicting what you

23  found?

24  A    I did.

25  Q    I'm showing you Joint Exhibit 47 at Page 11.  Is this

DRISCOLL - CONTINUED DIRECT EXAMINATION/BERNARD

2099

1    Table 2 on that page, the table you just referred to?

2    A    Yes.

3    Q    And please tell the judge what it shows.

4    A    Okay.  So these -- these are data for the Gulf of Maine.

5    So in the previous table, that was a collection of study

6    sites.  This is from one more comprehensive and uniform

7    survey, as -- as was mentioned, the National Coastal

8    Assessment.

9         And so we have a series of columns showing the -- the

10   region for which the data are, the third column represents the

11   number of samples, then the average mercury concentration, and

12   then, finally, the maximum mercury concentration.

13        And so this is divided up into two data sets.  The upper

14   part of the table is from the Penobscot River Mercury Study,

15   and the lower part of the table represents the data from the

16   National Coastal Assessment.

17        So the objective here was to try to put the data from

18   the Penobscot River Mercury Study in a broader context in the

19   region.

20   Q    Now, I see you have two entries for the Penobscot upper

21   estuary.  You have just upper estuary, and then you have

22   fine-grain depositional sediments.  Do you see that?

23   A    Yes.

24   Q    And does that correspond to the distinction you were

25   drawing earlier in your testimony in terms of those mean

1    values depending on whether you separate out fine-grain

2    sediments?

3    A     Correct.

4    Q     Okay.  Now, down at the bottom, you have a category

5    called all data.  What does that stand for?

6    A     So that's sort of a grand mean of all these observations

7    from the National Coastal Assessment.  So it just refers to

8    the collection in the lower part of the table.  So it includes

9    diverse sites.

10         So, for example, we have Penobscot Bay that we've been

11   talking about, but there are other urban areas that we've been

12   talking about, such as Great Bay, which is near Durham, New

13   Hampshire, a fairly urbanized area, and we talked previously

14   about Boston Harbor.  So it includes a diversity of sites,

15   relatively rural sites, as well as highly-urbanized sites.

16   Q     And what did you find by way of the mean sediment

17   mercury concentration for all the data from the National

18   Coastal Assessment database?

19   A     The average from down here is 124 nanograms mercury per

20   gram dry weight, but there's a lot of variability across these

21   sites.  As we said, Boston Harbor, Great Bay relatively high,

22   but then there are a number of sites in here where the values

23   are -- are relatively low.

24   Q     But taking them altogether, would you characterize the

25   Penobscot values as considerably elevated?

1    A    Yes.

2    Q    Now, did you prepare a figure to try to represent

3    spatially some of the data that are reported in the two tables

4    we've looked at?

5    A    Ah, actually not.  I prepared a -- a visual just for the

6    National Coastal Assessment and the Penobscot River Study,

7    yeah.

8    Q    I stand corrected.  The -- let me show you Page 12 from

9    Joint Exhibit 47, your expert report, and this is Figure 2,

10   which is a map.

11        And please tell the court what this displays.  First of

12   all, did -- did you make this?

13   A    Yes.

14   Q    Okay.  Please explain to the court what's in it.

15   A    Sure.  This is a visual representation of the data that

16   we were just talking about in the table.  So each one of the

17   dots represents a -- a point, and the size of the dot -- the

18   diameter is proportional to the concentration of mercury, and

19   you can sort of see the -- the levels on this key here.

20        The yellowish-shaded dots are from the National Coastal

21   Assessment data, and the red dots are from the Penobscot River

22   Study.  Um, so you get an idea that it's -- it's a very large

23   number of observations, and you can see that, um, ah, that the

24   values here for the Penobscot River Study, particularly in the

25   -- the lower river and upper estuary, are high relative to

1    other surface sediment samples from the -- the Gulf of Maine.

2    Q    Let's talk about the relationship between total mercury

3    and methylmercury.  What, if you recall, did the Study Panel

4    -- the court-appointed Study Panel find with regard to total

5    mercury as a driver of methylmercury concentration in

6    sediments in the Penobscot?

7    A    Well, I think that this was a fundamental observation

8    from that study.  So they found -- for the main stem of the

9    river, they found a fairly tight relationship between the

10   concentration of total mercury in surface sediments and the

11   concentration of methylmercury in sediments -- surface

12   sediments -- excuse me.

13        They also looked for this relationship in wetlands that

14   are adjacent to -- um, to the Penobscot River, such as Mendall

15   Marsh and some of the riverine wetlands.  They found a less

16   tight relationship, but for a given period and a given site,

17   they found fairly strong relationships, again, for these

18   wetland systems between methylmercury and total mercury.

19   Q    Did you yourself look at the underlying data to test

20   that finding?

21   A    I did.

22   Q    Okay.  And what did you find?

23   A    So my observations were consistent with their

24   observations that for the -- um, there was a very strong

25   relationship particularly for the main stem of the river and

1   more variable, but still relationships for the wetland areas.

2   Q     Let me show you from -- this is Plaintiffs' Exhibit 62

3   and it's also -- it's a figure from Joint Exhibit 6-23, the

4   Phase II Study Report, at Page 23-24.  Do you recognize this

5   figure?

6   A     I do.

7   Q     Okay.  And does this relate to the issue you were just

8   describing?

9   A     Yes.

10   Q     Please explain how it relates.  Whoops.

11   A     Okay.  So this is the pattern I was referring to a few

12   minutes ago.  This is the plot of methylmercury concentrations

13   in surface sediments along the vertical axis and total mercury

14   concentrations -- total mercury concentrations along the X

15   axis, and it shows a fairly tight relationship, as evidenced

16   by the fairly high correlation coefficient between

17   methylmercury in -- in riverine sediments and total mercury in

18   riverine sediments -- surface sediments for these sites along

19   the Penobscot River and upper estuary.

20   Q     What do you mean by a correlation coefficient?  Is that

21   noted on here?

22   A     Yes, so there's a little box right here, and the box has

23   a value which has R-squared.  That's a correlation

24   coefficient, and that's a measure of the goodness of fit of

25   the data.  Perfect agreement has a value of 1; you know, no

DRISCOLL - CONTINUED DIRECT EXAMINATION/BERNARD

1  agreement has a value of 0.  So they range -- so we see a

2  value of about .88, so it's a strong relationship for

3  environment of the data.

4      One can also look at the slope here.  That's in the

5  slope box, so .27.  That shows of the amount of total mercury,

6  about 2.7 percent of that is -- is methylmercury on average.

7  Q    Let me show you a second figure, which is Plaintiffs'

8  Exhibit 3 -- 63, showing you that, and this is also from the

9  Phase II Report, Joint Exhibit 6-23 at Page 23-25.  Do you

10 recognize these?

11 A    I do.

12 Q    And what do these show?

13 A    These show sim -- similar relations to the -- the data

14 and the patterns we were talking about previously, except for

15 they are for wetland sites.  So the -- the basic nature of the

16 plot is similar in that we have methylmercury and total

17 mercury and looking at the relationships, but these are for

18 wetland sites.

19      So you can see -- it's kind of hard to see here, but --

20 Q    Right, And I'm trying to blow it up for you.

21 A    -- the correlation coefficients generally are not as

22 strong as what we observed for the river -- they observed --

23 excuse me -- for the riverine sites, but these are values, as

24 I understand it, for specific sites and specific dates.

25 Q    Can you see this R-squared value here?

DRISCOLL - CONTINUED DIRECT EXAMINATION/BERNARD

1   A      I have very bad eyes.

2   Q      Let me represent to you that it's .81.

3   A      Okay.  That's actually a pretty good relationship, yeah.

4   Q      And can you see this one down here for the -- the

5   striped or broken line?

6   A      Ah --

7   Q      It says .92.

8   A      Okay.  I was going to say .90, but I -- you're -- I am

9   sure you're correct.

10  Q      And is that a strong relationship?

11  A      Those are quite strong relationships, yeah.

12  Q      Now, this bottom chart, does that add any -- add

13  anything to the discussion?  It is -- it's for a different

14  elevation.  Do you see that -- or different elevations in the

15  wetlands?

16  A      Correct, yeah, yeah.

17  Q      Okay.  But does it -- does it depict the data in the

18  same way that you've already described to the court?

19  A      Yes, but it appears that the relationship is less strong

20  at this particular site and this particular time, yeah.

21  Q      And this R-squared over here is .55?

22  A      Okay.

23  Q      And this R-squared is .66 for the line a little bit over

24  to the right.  Do you see that?

25  A      I do.

DRISCOLL - CONTINUED DIRECT EXAMINATION/BERNARD

2106

1    Q    So that's what you mean by the somewhat lower R-squared,

2    somewhat less strong correlation?

3    A    Right.  So rather than explaining whatever we said

4    before, 88 percent of the variance, this would be .66, or

5    66 percent, of the variance.  So it doesn't have as strong

6    explanatory power.

7    Q    Is there any other data that you looked at that support

8    or bear on the Study Panel finding of the relationship between

9    total mercury and methylmercury in Penobscot sediment?

10   A    Um, I did look at, um, the Penobscot data relative to

11   another regional data set.

12   Q    Let me show you this, see if that helps.  This is from

13   Joint Exhibit 47, your expert report, and it's Page 14, Figure

14   4.  Do you see that?

15   A    Yes.

16   Q    Did you make this figure?

17   A    I did, yes.

18   Q    Okay.  Please explain to the court what it displays.

19   A    Ah, so I think actually this is the -- the red lines

20   made the -- the same data that you showed from the original

21   report, but just replotted.  So these are, I think, the

22   average of the six sampling periods for methylmercury and

23   total mercury in surface sediments for the Penobscot River.

24        And then I overlaid them with another study that was

25   published a couple years ago looking at mercury relationships

1   in sediments for ten regional sites in the northeast.  So

2   those are the black dots.

3       So most of the dots are down in here, but there are two

4   up here.  So these represent two replicates from a -- one

5   particular site in New Jersey called Mill Creek, which is a

6   highly contaminated site, and it's showing the -- it's showing

7   the Penobscot data in relationship to -- um, to other coastal

8   sediment sites.

9   Q    And what bearing, if any, does this have on the question

10  of the relationship between total mercury and methylmercury?

11  A    Well, I think it shows that it's -- it's consistent with

12  -- with other data sets, ah, if anything.  So there are a

13  number of sites here from this other study that have quite low

14  concentrations of methylmercury.  But some of the observations

15  from the regional study are consistent in terms of the amount

16  of methylmercury per unit mercury, although one might argue

17  that maybe the Penobscot is -- is, you know, among -- on the

18  high side for that regional study.

19      Um, the other thing is that the -- these values, these

20  highly-contaminated sites that I was just pointing to for Mill

21  Creek are -- um, even though they have much higher

22  concentrations of total mercury, some of the Penobscot sites

23  have equally high concentrations of methylmercury, but at much

24  lower concentrations of total mercury.

25  Q    And what, if anything, does that indicate about the

DRISCOLL - CONTINUED DIRECT EXAMINATION/BERNARD

2108

1   efficiency of methylmercury production in the Penobscot?

2   A    I think it's -- it's on the high side compared to other

3   studies that I've seen, including this study here.

4   Q    Is one way to express methylation efficiency by

5   referring to the percentage of total mercury that is

6   methylmercury?

7   A    Yes.

8   Q    And you mentioned that -- well, and -- and what did you

9   -- what did you find by way of a comparison between the

10  Penobscot and other sites in terms of the percentage of total

11  mercury that is methylmercury?

12  A    Well, I think what we talked about previously was that

13  the mean concentration for these riverine sediments was

14  between -- you know, say, in excess of 2 percent, so that's

15  relatively high compared to other coastal sediments, such as

16  those shown here and other studies.

17       Um, and then moving to the wetlands, I think that was a

18  focus of the Penobscot River Study, and particularly Mendall

19  Marsh, where there was a lot of attention paid to

20  methylmercury.  Very high concentrations of methylmercury

21  relative to the total mercury concentration were found for

22  Mendall Marsh.

23  Q    Do you expect, based on your review of the total and

24  methylmercury data, that if total mercury concentrations in

25  Penobscot surface sediments decrease, there will follow a

DRISCOLL - CONTINUED DIRECT EXAMINATION/BERNARD

1  decrease in methylmercury in Penobscot sediment?

2  A    Yes, I think that's the most logical assumption.  There

3  are very strong relationships between methylmercury and total

4  mercury.  Ah, the Penobscot River study made that conclusion.

5  I -- I mentioned, I think, earlier that I thought it was a

6  fundamental observation, and I think that that -- that makes

7  sense.  All the data that we see support that idea.

8  Q    And is there a -- does the -- this further step also

9  make sense, that for biota, at least those feeding in the

10  benthic food web, would you also anticipate a decrease in

11  methylmercury levels in those biota if mercury, both total and

12  methyl, in the sediments was also reduced?

13  A    Yes.

14  Q    Let's talk about the wetlands.  First, what -- what is a

15  wetland?

16  A    Um, a wetland is an area of the landscape where the --

17  the water table is near the land surface.  It's an area where

18  there's a -- generally accumulation of organic matter.

19      My colleague, Don Siegel, who studies wetlands, says how

20  you can tell a wetland is if you sit down on your ground -- on

21  the ground and your -- your pants -- seat of your pants get

22  wet, you know you're in a wetland, so --

23  Q    Thank you for that -- shedding scientific light on the

24  subject.

25      Are wetlands important from an ecological standpoint?

DRISCOLL - CONTINUED DIRECT EXAMINATION/BERNARD

2110

1    A     Yes, very important.

2    Q     How so?

3    A     Well, they are areas of high organic matter

4    accumulation.  They are hotspots on the landscape for

5    ecological processes, particularly those occurring in

6    environments where oxygen concentration is low, so there's a

7    lot of important transformations that occur for ecosystems.

8    They're important feeding areas for organisms.  They're

9    relatively productive.  They're very important in terms of

10   supply of water.  So they perform a lot of very important

11   functions.

12   Q     Are there wetlands within the Penobscot Estuary?

13   A     Yes.

14   Q     And can you identify them?  I mean, where -- where are

15   they?  Do you recall?

16   A     Oh, there's a number of wetlands all through the area.

17   Um, it's a very wet system.  We talked a little bit about

18   Mendall Marsh; that's a prominent wetland.  The Orland River,

19   important wetland.  There's a series of wetlands that line the

20   -- the banks of the Penobscot River.  Um, so, yeah, there --

21   wetlands are prominent within the Penobscot landscape.

22   Q     Focusing for a moment on Mendall Marsh, did the -- what,

23   if you recall, did the data show by way of total mercury

24   concentrations in the marsh?

25   A     Concentrations of total mercury were relatively high.

DRISCOLL - CONTINUED DIRECT EXAMINATION/BERNARD

2111

1   Q     And were they -- how did they relate to the

2   concentrations found in the main stem of the river?  Do you

3   recall?

4   A     Um, I think they were as high or maybe a little bit

5   lower than the main stem, but still elevated rel -- relative

6   to these sort of reference sites we've been talking about

7   regionally.

8   Q     Now, you mentioned earlier the conversion of inorganic

9   to organic mercury in Mendall Marsh.  What did you say the

10  percent methylmercury figures were in the main stem of the

11  river, in other words, the percent of total mercury that was

12  methylmercury?

13  A     I think the values were between 2 and 3 percent.

14  Q     And what were they in Mendall Marsh?  Do you recall?

15  A     I think they were substantially higher, maybe double,

16  and some of them up to 20 percent.

17  Q     Is that extraordinarily high for a percent methylmercury

18  of total mercury value?

19  A     It's quite high, yes.  It's quite high.  It appears --

20  um, one of the reports that I -- or one of the chapters of the

21  report I reviewed by -- I believe it was Cindy Gilmour had a

22  figure where she compared the mercury and methylmercury across

23  diverse wetlands, and, ah, it appeared that Mendall Marsh was

24  very efficient relative to total mercury and the conversion of

25  methylmercury, among the highest for -- of the many sites that

1   she showed on that particular plot.

2   Q     What is pore water?

3   A     Pore water is the interstitial water of -- that occurs

4   within soils and sediments.

5   Q     Do you remember whether the Study Panel looked at pore

6   water and in particular the partitioning of pore water mercury

7   to sediments in Mendall Marsh?

8   A     Yes.

9   Q     What -- what did they find?

10  A     They found that the mercury and methylmercury partition

11  weekly, surprisingly weekly, to the solid sediments in -- in

12  Mendall Marsh.  So, in other words, the -- um, the mercury can

13  stay with the aqueous phase or -- or bind strongly to the

14  particulate phase, and certainly it does bind to the

15  particulate phase, but that level of partitioning was -- well,

16  it's not as strong as I've seen in other -- other systems.

17  Q     What implications, if any, does that have on the

18  bioavailability of -- or on the availability of mercury to be

19  methylated in the marsh?

20  A     Well, when mercury is more strongly associated with the

21  aqueous phase, it's going to be more available to be taken up

22  by the microbes that -- that process inorganic mercury to

23  methylmercury.

24  Q     Now, you mentioned a figure from Dr. Gilmour's chapter.

25  I'm showing you Joint -- it's Plaintiffs' Exhibit 57.  It's

1  also Joint Exhibit 6-11 at Page 11-90.  Is this -- is this one

2  of the figures you were referring to?

3  A    Yes.

4  Q    Okay.  And -- and what does that show?

5  A    Yeah, in my mind, this is a rather remarkable figure.

6  This is similar to the types of plots that we've been talking

7  about.  This is methylmercury here, and this is total mercury.

8       I think one thing to point out is in the plots that we

9  have talked about previously the scale was an arithmetic

10  scale, goes up 1, 2, 3, 4.

11      In this case, this is a logarithmic scale, so each of

12  these units are factors of ten.  So we're looking across a

13  very, very wide range of mercury concentrations, and the

14  different color codings are -- are different study sites.

15      So I believe the Penobscot is the red, up in here, this

16  general cluster of points, and each of these lines, these

17  one-to-one lines, represent calculated values for the percent

18  of total mercury that occurs as methylmercury.  So the -- the

19  solid line in the middle, I believe, represents 1 percent, and

20  this dashed line, at the upper part here, represents

21  10 percent.

22      So you can see that those values, um, for the Penobscot,

23  have a relatively high percentage of methylmercury,

24  particularly given the values of total mercury.  So even

25  though there are sites, such as these sites in here, that have

1    higher total mercury, those Mendall Marsh -- the Mendall Marsh

2    wetlands are relatively efficient or effective at converting

3    that inorganic mercury to methylmercury.

4    Q    When you're looking at ecological impacts, is it the

5    methylmercury that you're concerned about?

6    A    Well, I'm concerned about both, but the primary driver

7    for bioaccumulation is methylmercury.  That is what

8    accumulates in birds and fish.  Virtually all the mercury in

9    those organisms is in the form of methylmercury.

10   Q    Now, you mentioned the pore water earlier.  I just want

11   to show you a second figure from Dr. Gilmour's chapter, which

12   is Plaintiffs' Exhibit 58, also Joint Exhibit 6-11 at

13   Page 11-92.  Do you remember looking at this figure?

14   A    Ah, yes.

15   Q    Okay.  And is this a similar plot, except for pore water

16   instead of sediments or -- or marsh soils?

17   A    Ah, right.  It's a little bit different in that we are

18   looking across total mercury here on the X axis, but the Y

19   axis, the vertical axis, are the pore water concentrations,

20   not the sediment concentrations of methylmercury.  So, again,

21   I think the color coding is similar, that these reddish

22   values, right here, are Penobscot.

23        And so, again, similar to what we talked about, it

24   shows, in comparison to these other studies, relatively high

25   concentrations of pore water methylmercury for a given

1    concentration of mercury in sediment.  So that supports the

2    idea of the stronger partitioning of the methylmercury to the

3    water phase than the solid phase and enhanced bioavailability.

4    Q    Did you review the concentrations of mercury in

5    songbirds associated with Mendall Marsh?

6    A    Yes.

7    Q    What -- what did you find?

8    A    They're high.

9    Q    How about methylmercury concentrations in the muscle of

10   black ducks, did you look at that?

11   A    Yes.

12   Q    What did you find there?

13   A    They're also high.

14   Q    What did the Study Panel find by way of total and

15   methylmercury concentrations in surface sediments over in the

16   Orland River?  Do you recall?

17   A    I think there were many fewer observations.  The one

18   thing that was noteworthy for me was that there were very high

19   total mercury concentrations in the Orland River, um --

20   anyway.

21   Q    Is that an area of the ecosystem that received less

22   attention from the court-appointed Study Panel?

23   A    Well, as best as I could tell from reading the report, I

24   was -- um, I was a little surprised that there wasn't more

25   attention there.  It seemed to me, given the potential for

1   forming methylmercury in the Mendall Marsh, that I would think

2   that the Orland River would be a site that would -- might

3   warrant some attention because the total mercury

4   concentrations were quite high and it's a wetland area.  So

5   it -- it potentially could be problematic.

6   Q    If there is a remediation phase ordered by the court, is

7   that a portion or component of the ecosystem where you would

8   want to take a closer look at the possible need for active

9   remedial measures?

10  A    I think it might be worthwhile to make some additional

11  measurements there to -- to confirm whether or not it was a --

12  it was a problem area.

13  Q    Now, is it fair to say that sediment mercury

14  concentrations indicate or are an indicator of the degree of

15  mercury contamination within the upper estuary?

16  A    I think so.  I think they're a good indicator of -- of

17  mercury contamination.

18  Q    Are mercury concentrations in biota of paramount

19  concern?

20  A    Yes.  Ah, from my experience, people don't care very

21  much about sediments or chemistry, but they care a lot about

22  organisms, and so I think that that is the -- you know, the

23  primary indicator of concern is the biota.

24  Q    And the biota that -- also provide a link to the human

25  food web; is that right?

DRISCOLL - CONTINUED DIRECT EXAMINATION/BERNARD

2117

1    A    Potentially, yes.

2    Q    Now, did you compare mercury concentrations in some

3    species of Penobscot biota to concentrations reported for the

4    same species in other locations?

5    A    Yes.

6    Q    And is one of those data sources to which you compared

7    the Penobscot data the National Coastal Assessment program?

8    A    Correct, yes.

9    Q    And please briefly describe to the court what the

10   National Coastal Assessment program database consists of.

11   A    Okay.  So as I mentioned previously, it's a -- it's a

12   program run by the -- the EPA, um, and measurements are made

13   of the -- of sediment and biota contaminants, not only

14   mercury, but other contaminants.  And there are -- we talked

15   earlier about sediment data, but there are also some

16   biological data that are available for -- for use, as well.

17   Q    Are there lobster data available?

18   A    There are, yes.

19   Q    Okay.  And did you look at the National Coastal

20   Assessment lobster data alongside the Penobscot lobster data?

21   A    Yes.

22   Q    Now, in the National Coastal Assessment data, are there

23   such data from the Gulf of Maine for lobsters?

24   A    Yes.

25   Q    And is there some uncertainty about exactly what edible

1    portion of the lobster is being measured when lobsters are

2    included in that National Coastal Assessment database?

3    A     So I believe the National Coastal Assessment has two --

4    if I recall, two groups, what's known as whole lobster and

5    filet.  So the filet, my understanding is that's tail, and --

6    and so what I did was I compared those values with the -- um,

7    with the tail values from the Penobscot River study.

8    Q     Let me -- did you prepare a figure depicting that

9    comparison?

10   A     I did.

11   Q     Let me show you from Joint Exhibit 47 at Page 17

12   Figure 5 and ask you whether this is the figure to which you

13   just made reference.

14   A     It is.

15   Q     Please explain to the court what it shows.

16   A     Okay.  So this is similar to the figure we talked about

17   a few moments ago pertaining to sediments, but as I mentioned,

18   there are also some biological data.  I thought it would be

19   worthwhile to look at those biological data for the Penobscot

20   in context of regional data sets.

21         There are really only a few, um, measurements in biota

22   that -- that were widespread enough to be -- and comparable to

23   the Penobscot to be -- to be useful.  Lobster was one.  So

24   this is very similar in format.  The -- the yellow represent

25   the -- the filet samples, as I mentioned, from the National

DRISCOLL - CONTINUED DIRECT EXAMINATION/BERNARD

2119

1    Coastal Assessment.  The red represent the -- the Penobscot

2    tail values.  And -- and the size of the dots are proportional

3    to the concentrations of -- of mercury.

4          And you can see that the concentrations in the Penobscot

5    are high relative to the values for the National Coastal

6    Assessment.

7    Q    Did you have occasion to review some of the 2012 lobster

8    data?

9    A    I did.

10   Q    And did you review the lobster data from the South

11   Verona Island sampling site in the Penobscot?

12   A    I did.

13   Q    What -- what did that show, if you recall?

14   A    Well, one of the things I tried to look at was the --

15   the values relative to the target that the Penobscot River

16   Study Panel was recommending, and the -- those values for that

17   sites were -- were particularly high, and, um -- and I think

18   an area of concern is -- I mean, those are lobster that

19   potentially are available for consumption.

20         And so that if you would -- you would take those values,

21   they exceeded the State guidance value for consumption by a

22   lot, and if you took those values and you reduced them, ah, by

23   50 percent, ah, which was the -- the target to try to reduce

24   the concentrations down by 50 percent, those values would

25   still exceed the -- the State guidance value.

DRISCOLL - CONTINUED DIRECT EXAMINATION/BERNARD

2120

1        So potentially problematic, so that was just one snap --

2   snapshot that I looked at to -- to illustrate, you know, a

3   potential limitation associated with that target value.

4   Q     Did the Study Panel look -- do you recall -- at the role

5   that the benthic food web plays in the estuary and associated

6   wetlands?

7   A     Yes.

8   Q     And what did it find?

9   A     Ah, well, the -- ah, the Penobscot River Study did a

10  food chain analysis using stable isotopes, stable isotopes of

11  carbon, nitrogen, and sulfur.  You can use stable isotopes to

12  try to get an understanding of who's eating who, what the food

13  chain is.  And I think what they found was that in the lower

14  river, it appeared to be largely a benthic food chain.  So, in

15  other words, the carbon that was accumulating and the energy

16  that's accumulated by organisms is largely immediately derived

17  from -- from the benthos, from the sediments.

18       As -- as they moved out more towards the open estuary,

19  my understanding that it -- there was a transitioning towards

20  a -- you know, a mixed pelagic or open-water food chain and a

21  sediment food chain.

22  Q     Does the relationship between sediment and the food web

23  in the upper estuary suggest to you any approach to reducing

24  mercury in the tissues of biota?

25  A     Yeah, I think this is consistent with what the Penobscot

1    River Study had -- their idea that, you know, sort of a

2    fundamental measurement is the mercury concentration -- the

3    methylmercury concentrations in the sediments, and approach to

4    try to reduce those and lower the levels in biota would be to

5    reduce the concentrations in sediments because organisms are

6    primarily deriving their energy from the sediments, the

7    benthic food chain.

8        So I think it's internally consistent with their

9    recommendations.

10   Q    And does that approach make sense to you?

11   A    Yes.

12       MR. BERNARD:  Your Honor, I just want to go through

13   one more paragraph, if you --

14       THE COURT:  That's fine.

15       MR. BERNARD:  It'll take two minutes, we'll close

16   this off.

17   BY MR. BERNARD:

18   Q    On the issue of mercury in biota in the Penobscot, I

19   just want to point you to a paragraph in your expert report,

20   which is Joint Exhibit 47 at Page 19, and it's a summary, and

21   then we'll leave this subject.

22       And I want to ask you to just explain this to the court,

23   please.  So here's the summary paragraph, and I'll just --

24   this is the end of the section called mercury in biota.  And

25   let me just ask you about this, Dr. Driscoll.

DRISCOLL - CONTINUED DIRECT EXAMINATION/BERNARD

2122

1      You write, in summary, the information from the

2  Penobscot River Mercury Study on mercury concentrations in

3  biota is overwhelming, clearly demonstrating that:  One,

4  concentrations of mercury in many species from the Penobscot

5  System are very high in comparison to observations from other

6  areas in the Gulf of Maine.  These patterns are particularly

7  striking, given that the Penobscot is a region of relatively

8  low population density and limited industrial activity.

9      Now, is that portion of it -- does that summarize your

10  insights from the comparative data you looked at, which is

11  displayed in the tables and figures you've explained to the

12  court?

13  A    Yes, in conjunction with the reference data that were

14  presented by the Penobscot River Mercury Study, together with

15  those, yes.

16  Q    And let's go on.  Two, concentrations of mercury in

17  biota are consistent with mercury concentrations in surface

18  sediments, showing that the source of the mercury

19  contamination to biota in the Penobscot System is largely from

20  legacy releases of mercury associated with the former

21  HoltraChem facility.  Do you see that?

22  A    Yes.

23  Q    And what's the basis for that view?

24  A    It's -- ah, there's several bases for that, some of

25  which we haven't talked about, but one of which we talked

DRISCOLL - CONTINUED DIRECT EXAMINATION/BERNARD

1   about, that spatial pattern of the elevated mercury along the

2   river reach showing a very clear footprint downstream and a

3   little bit upstream from the former HoltraChem facility.

4   Q   Okay.  And, three, going on with the paragraph,

5   concentrations of mercury in biota in the Penobscot System

6   exceed levels of concern for, A, human health resulting from

7   consumption, B, potential toxic effects to wildlife, and, C,

8   the health of wildlife predators.  Do you see that?

9   A   Yes.

10  Q   And -- and is -- is the basis for that the various

11  thresholds either prescribed by government authorities or

12  adopted by the Study Panel based on the scientific literature?

13  A   That's correct.

14  Q   Okay.  Now, is this paragraph -- withdrawn.

15      Does this paragraph accurately reflect your view today

16  concerning what you found when you looked at the levels of

17  mercury in Penobscot biota?

18  A   Yes.

19          THE COURT:  All right.  Well, thank you very much.

20  I appreciate counsel's willingness to be flexible, and we'll

21  see you all tomorrow at 8:30.

22      (Proceedings concluded at 11:35 a.m.)

23

24

25

2124

1                              CERTIFICATION

2          I certify that the foregoing is a correct transcript from

3      the record of proceedings in the above-entitled matter.

4

5

6      /s/ Julie G. Edgecomb                    June 18, 2014
       Julie G. Edgecomb, RMR, CRR              Date
7      Official Court Reporter

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25