1               UNITED STATES DISTRICT COURT

2                 DISTRICT OF MAINE

3   MAINE PEOPLE'S ALLIANCE    )
    and NATURAL RESOURCES      )
4   DEFENSE COUNCIL, INC.,     )
                          )
5            Plaintiffs   )
                          )          CIVIL ACTION
6                          )
        vs.             )   Docket No. 1:00-cv-00069-JAW
7                          )
                          )          BENCH TRIAL
8   HOLTRACHEM MANUFACTURING    )
    and MALLINCKRODT LLC,      )
9                          )
           Defendants.   )

10

11                   VOLUME XVI

12           TRANSCRIPT OF PROCEEDINGS

13     Pursuant to notice, the above-entitled matter came on

14  for BENCH TRIAL before the HONORABLE JOHN A. WOODCOCK, JR.,

15  Chief District Judge, in the United States District Court,

16  Bangor, Maine, on the 24th day of June, 2014, at 8:41 a.m.

17  APPEARANCES:

18  For the Plaintiffs:          Mitchell S. Bernard, Esquire
                          Aaron S. Colangelo, Esquire
19                      Rachel E. Heron, Esquire
                      Jared J. Thompson, Esquire
20

21  For the Defendants:          Patricia H. Duft, Esquire
                          Sigmund D. Schutz, Esquire
22                      Jeffrey D. Talbert, Esquire

23           Julie G. Edgecomb, RMR, CRR
              Official Court Reporter
24

25  Proceedings recorded by mechanical stenography; transcript
    produced by computer.

1                          INDEX OF PROCEEDINGS

2                                                              Page:

    Testimony:  (see below)
3
                           INDEX OF WITNESSES
4
                                                              Page:
5
    RUSSELL EDWARD KEENAN  (called by Mr. Schutz)
6
    Continued Redirect Examination by Mr. Schutz          2705
7   Recross-Examination by Mr. Colangelo          2711, 2731
    Redirect Examination by Mr. Schutz                    2729
8
    ELIZABETH ANN HENRY  (called by Mr. Schutz)
9
    Direct Examination by Mr. Schutz                      2737
10  Continued Direct Examination by Mr. Schutz            2769
    Cross-Examination by Mr. Bernard                      2810
11  Continued Cross-Examination by Mr. Bernard            2852

12                         INDEX OF EXHIBITS
    Joint
13  Exhibit No.     Description              Offered    Admitted

14     63        McKay, et al.                2734       2734
       68        Geyer's Mobile Pool Discussion  2734    2735
15     72        Gomez-Eyles, et al.          2734       2735
       73        E-Mail from Kopec to Calkins 2734       2735
16     74        Table re Mercury in Sediment 2734       2735
       77        Beyer, et al.                2734       2735
17     79        Gilmour, et al.              2734       2735
       90        Flewelling, Loss of Mercury  2734       2735
18     102       Brasso, et al.               2734       2735
       107       Deposition Transcript of     2734       2735
19               Nicholas Fisher
       108       ECF No. 774                  2734       2735
20

21

22

23

24

25

| Plaintiffs' Exhibit No. | Description | Offered | Admitted |
|---|---|---|---|
| 1 | ECF No. 200 | 2735 | 2736 |
| 3 | ECF No. 266 | 2735 | 2736 |
| 4 | ECF No. 305 | 2735 | 2736 |
| 6 | ECF No. 391 | 2735 | 2736 |
| 7 | ECF No. 407 | 2735 | 2736 |
| 8 | ECF No. 413 | 2735 | 2736 |
| 10 | ECF No. 591 | 2735 | 2736 |
| 13 | Supplement to Grandjean Report | 2735 | 2736 |
| 15 | Letter from E. Waterman | 2735 | 2736 |
| 16 | Letter from S.A. Ladner | 2735 | 2736 |
| 17 | Camp, Dresser & McKee Work Plan | 2735 | 2736 |
| 18 | Letter from S.A. Ladner | 2735 | 2736 |
| 19 | Memo from Zeeman to Ladner | 2735 | 2736 |
| 20 | Stipulations to DeAngelis | 2735 | 2736 |
| 21 | Stipulations of Fact | 2735 | 2736 |
| 23 | 2008 Tolling and Standstill Agreement | 2735 | 2736 |
| 24 | Letter from J.A. Schlickman | 2735 | 2736 |
| 25 | Letter from J.A. Schlickman | 2735 | 2736 |
| 26 | Letter from J.A. Schlickman | 2735 | 2736 |
| 27 | Letter from J.A. Schlickman | 2735 | 2736 |
| 77 | Depew, et al. 2012 | 2735 | 2736 |
| 78 | Heinz, et al. | 2735 | 2736 |
| 79 | J.J. Nocera & P.D. Taylor | 2735 | 2736 |
| 80 | D.J. Hoffman, et al. | 2735 | 2736 |
| 87 | Maine DIF&W Web Page | 2735 | 2736 |
| 111 | Letter from Sandheinrich to Whipple | 2735 | 2736 |
| 112 | Memo from Connolly to S. Panel | 2735 | 2736 |
| 114 | C.W. Varian-Ramos, et al. | 2735 | 2736 |
| 120 | Covidien Form 10-Q | 2735 | 2736 |
| 121 | Covidien Form 10-K | 2735 | 2736 |
| 122 | U.S. EPA, Water Quality Criterion | 2735 | 2736 |
| 147 | ECF No. 753 | 2735 | 2736 |
| 148 | ECF No. 243 | 2735 | 2736 |
| 149 | ECF No. 244 | 2735 | 2736 |
| 152 | ECF No. 387 | 2735 | 2736 |
| 153 | ECF No. 389 | 2735 | 2736 |
| 155 | ECF No. 393 | 2736 | 2736 |
| 157 | ECF No. 410 | 2736 | 2736 |
| 169 | E-Mail from Siegrist to Kopec | 2736 | 2736 |
| 170 | Data Summary - Lobster Tail | 2736 | 2736 |
| 171 | Supplemental Disclosure for Dimitrios Vlassopoulos | 2736 | 2736 |
| 172 | Supplement Disclosure for Michael Bolger | 2736 | 2736 |

| Defendants' Exhibit No. | Description | Offered | Admitted |
|---|---|---|---|
| 258 | Letter from Bigham to Rudd | 2745 | 2745 |
| 342 | E-Mail from Rudd to Kelly | 2769 | 2769 |
| 525 | E-Mail from Turner to Talbert | 2736 | 2736 |
| 526 | Materials Balance and Technology | 2736 | 2736 |
| 566 | Wada, et al. | 2769 | 2769 |
| 808 | Nam, et al. | 2769 | 2769 |
| 827 | Recommended Methods of Reduction | 2736 | 2736 |
| 955 | Deposition Transcript of Ralph Turner (Volume I) | 2736 | 2736 |
| 956 | Deposition Transcript of Ralph Turner (Volume II) | 2736 | 2736 |
| 978 | Deposition Transcript of Ralph Turner | 2736 | 2736 |
| 1048 | Henry - Table 3 | 2769 | 2769 |
| 1049 | Henry - Figure 3 | 2769 | 2769 |
| 1050 | Henry - Mean Fur Mercury - Bats | 2769 | 2769 |
| 1051 | Henry - Mean Fur Mercury - Bats | 2769 | 2769 |
| 1054 | Henry - Table 1 | 2772 | 2772 |
| 1055 | Henry - Figure 2 | 2774 | 2775 |
| 1228 | Abstract - Overview and Update of In-Situ Use of Activated Carbon | 2806 | 2806 |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

1          (Counsel present in open court.)

2          (Russell Edward Keenan, having been previously duly

3     sworn, resumed the witness stand.)

4               THE COURT:  Good morning.

5               MR. SCHUTZ:  Good morning.

6               THE COURT:  Mr. Schutz, you have more questions?

7               MR. SCHUTZ:  Just a handful.

8               THE COURT:  Just a handful.  Five?  You may proceed.

9               MR. SCHUTZ:  Thank you, Your Honor.

10                    CONTINUED REDIRECT EXAMINATION

11     BY MR. SCHUTZ:

12     Q     Dr. Keenan, I've brought up on the document camera

13     Defense Exhibit 1091.  Did you base your opinions on risks to

14     fish health on multiple lines of evidence?

15     A     Ah, yes, I did.

16     Q     And did you consider the degree and extent to which mean

17     eel concentrations are over the Study Panel's proposed 500

18     nanograms per gram threshold?

19     A     Um, yes, I did.  Um, the -- the mean meal -- the mean

20     eel concentrations were approximately 7 percent over the --

21     the Study Panel's screening value of 500 nanograms per gram.

22     Q     And in forming opinions, did you also consider

23     Sandheinrich and Wiener 's 500 to 1,200 range?

24     A     Ah, yes, I did.  So it would be this range between -- as

25     -- as you said, between 500 and 1,200.  And, again, um, in

1   this case, that -- that range is -- extends beyond what these

2   mean concentrations are for any of these fish species.

3   Q    Did you also consider that their range includes effects

4   other than growth, reproduction, survival?

5   A    Um, yes, their range was also based on biochemical

6   endpoints and other subtle effects that really are not used

7   for predicting the health of ecological populations.

8   Q    Did you also consider background concentrations in

9   native fish populations unaffected by industrial point

10  sources?

11  A    Yes, I did.

12  Q    And you also derived statistical thresholds we discussed

13  yesterday, your tissue effects threshold and your dietary

14  effects threshold?

15  A    Yes, I did.

16  Q    And Mr. Colangelo's questions related to your dietary

17  effects threshold?

18  A    That's correct.

19  Q    And did you also consider how mean fish concentrations

20  compare to your statistically-derived thresholds?

21  A    Yes, I did.

22  Q    And what's your conclusion concerning risk to fish

23  health associated with mercury in the study area?

24  A    Ah, the fish are not at risk in the study area.  That's

25  really the bottom line in my conclusion.

1    Q     You were also asked some questions about Table 2-I on

2    Pages 29 and 30 of Defense Exhibit 1226?

3    A     Ah, yes, that's correct.

4    Q     And you were shown a graph of the top 20 most consumed

5    food items in the U.S. as represented on this chart?

6    A     That's correct.  That's what I recall.

7    Q     Now, did you take a look at this chart to see the extent

8    to which food items that are among the top 50 most consumed

9    food items contain mercury concentrations over .3 parts per

10   million?

11   A     Yes, I did.

12   Q     And can you comment on some of the fish species in the

13   top 50 most consumed food items -- seafood food items in the

14   U.S. that contain mercury concentrations over .3 parts per

15   million?

16   A     Well, many of these food items are consumed quite

17   frequently throughout the -- throughout the U.S., um, so many

18   of these -- there's a number of fish species.  Importantly,

19   however, though, when you look at tuna, tuna is consumed at a

20   -- at a sizable market share, and it is over 3 part per

21   million -- excuse me -- .3 part per million.

22   Q     Which means that the U.S. population has a much greater

23   exposure to canned tuna at .35 parts per million than any of

24   these other food items?

25   A     Yes, that's correct.

1   Q      And all these other food items with over .3 are widely

2   consumed in the U.S.?

3   A      Ah, yes, they are.

4   Q      And if we turn to the next page of the same exhibit, we

5   see also in the top 50 there are a number of other food items

6   widely consumed in the U.S. with over .3 part per million

7   mercury?

8   A      That's correct.

9   Q      You were asked by Mr. Colangelo about the FDA's database

10  of mercury concentrations?

11  A      Yes, I was.

12  Q      And there's been some discussion about the paper of

13  which Dr. Fisher, one of the Study Panel members, is an

14  author, Defense Exhibit 717?

15  A      Ah, yes.  That's the Karimi and Fitzgerald and Fisher

16  paper that I've been referring to.

17  Q      And the supplemental material associated with this paper

18  is Defense Exhibit 718?

19  A      That's correct.

20  Q      And in Defense Exhibit 718, there's a table listing

21  various seafood items and grand mean mercury concentrations?

22  A      Yes, there -- there are.

23  Q      Including lobster?

24  A      Including lobster, and as you can see, the lobster

25  number, the grand mean that Dr. Karimi and Dr. Fisher and --

1    came up with was 200 nanograms per gram, or .2 part per

2    million, and that's based on, as we can see, on a sample size

3    of 142.

4         I think this is important because these authors looked

5    at the most recent data that they had.  They looked at -- from

6    a number of sources.  They combined various databases and came

7    up with -- basically what was a grand mean.

8    Q    And one of the objectives of this paper was to compare

9    mercury concentrations across all available data sets against

10   FDA's data set?

11   A    Ah, that's correct.  That was one of the objectives.

12   Q    And did they include a chart comparing FDA's data set on

13   mercury concentrations to their own data set?

14   A    They did.

15   Q    And I've brought up Figure 3 on Page 1516 of Defense

16   Exhibit 717.  Do you see in this graph, graph No. B and Figure

17   3, that lobster's referenced?

18   A    I do.  Here's -- the lobster's histogram is right there.

19   Q    And what are the authors suggesting with regard to

20   lobster concentrations as reported by FDA?

21   A    Well, the authors noted in the text and it's shown on

22   this graphic, as well, that this is one of the fish species

23   for which the FDA has underestimated the mercury

24   concentrations.  In fact, FDA has underestimated these

25   concentrations by approximately twofold.

KEENAN - CONTINUED REDIRECT EXAMINATION/SCHUTZ

2710

1    Q    There's also been some discussion about the data

2    collected by the NHANES program?

3    A    That's correct.

4    Q    Defense Exhibit 707 is the latest report concerning the

5    results of that monitoring program of exposure to U.S. women

6    of childbearing age to mercury?

7    A    Ah, yes, that's right.

8    Q    And attached to Defense Exhibit 717 is an appendix, is a

9    list of mercury concentrations?

10   A    Yes, that's correct.

11   Q    And is lobster included on that -- in that appendix?

12   A    Yes, lobster was included, and interestingly enough,

13   these numbers -- this concentration is very similar to the

14   numbers that Drs. Karimi and Fisher have in their paper.  In

15   this case, it's .19 parts per million, or 190 nanograms per

16   gram.

17   Q    And the mean mercury concentration -- the conservative

18   mean mercury concentration in the closed area as you

19   calculated it for comparative purposes was what?

20   A    Was 270 part per billion, and which -- which is really

21   .07 over Dr. Fisher's best estimate of mercury concentrations

22   that are, you know, background to the United States.

23   Q    And in your judgment, is a difference of .07 parts per

24   million a significant risk?

25   A    No, it isn't, and, of course, you know, I went through

1    and did my own analysis to -- to back that up, and, you know,

2    I had a higher number for the -- the risk-specific

3    concentration, which would be protective, the number over 500

4    part per billion.

5            MR. SCHUTZ:  Thank you very much, Dr. Keenan.

6            THE WITNESS:  Thank you.

7            THE COURT:  Recross?

8            MR. COLANGELO:  Yes, Your Honor, briefly.

9                        RECROSS-EXAMINATION

10   BY MR. COLANGELO:

11   Q    Dr. Keenan, you were asked on redirect yesterday

12   afternoon whether lobster in Maine is subject to consumption

13   guidelines.  Do you recall that?

14   A    Ah, yes, I think -- I did.

15   Q    You were shown Defendants' Exhibit 576, which are the

16   marine fish safe-eating guidelines?

17   A    Ah, correct, yes.

18   Q    Okay.  And you read this second bullet on the second

19   page, which states, all other ocean fish and shellfish,

20   including canned fish and shellfish, pregnant women --

21   pregnant and nursing women, women who may get pregnant, and

22   children under 8 years of age can eat no more than two meals

23   per week.  Do you see that?

24   A    Yes, I see that.

25   Q    Okay.  And you testified that presumably that

1   restriction applied to lobster, too?

2   A     I believe I testified that shellfish includes lobster.

3   Q     Let me show you your testimony from yesterday.  Question

4   -- this is on redirect -- you were asked about fish

5   consumption guidelines and whether lobster's subject to a fish

6   consumption guideline.  And on the next page of the document,

7   does the advisory, in fact, apply to fish and shellfish?

8   Answer, it does.  It includes shellfish, which lobster would

9   presumably be a shellfish and would be included under this.

10  Do you see that?

11  A     That's correct.

12  Q     Okay.  Now, the next sentence below the one you read

13  says, there's no known safety consideration when it comes to

14  eating lobster meat.  Do you see that?

15  A     It says, yes, there's no known safety considerations

16  when it comes to eating lobster meat, correct.

17  Q     Had you read this document in its entirety before?

18  A     I have seen this before, yes.

19  Q     And were you aware of this additional statement in the

20  document when you gave that testimony yesterday?

21  A     Well, a little history here.  Um, the lobster tomalley

22  no consumption advisory was established for a different set of

23  chemicals.

24  Q     Did you mean to limit your testimony yesterday to

25  lobster tomalley?

1    A    No, I didn't.

2    Q    Now, are you --

3    A    What you have here presumably is this lobster tomalley

4    no consumption advisory was put forth for nonmercury

5    contamination.  And so what you have here is several different

6    advisories lumped together in the same document.

7    Q    And your opinion, then, is this bullet above restricts

8    -- means to restrict consumption of lobster?

9    A    Well, when it says all ocean fish and shellfish, yes, I

10   would presume that lobster is included in that category.

11   Q    And notwithstanding the sentence below that that says

12   there are no known safety considerations when it comes to

13   eating lobster meat; that's your view?

14   A    That's my view, yes.

15   Q    Okay.  Are you aware of the Maine CDC healthy fish

16   consumption guidelines for pregnant women and families?

17   A    Hm --

18   Q    Which states -- this is Plaintiffs' Exhibit 86 in

19   evidence -- healthy fish for pregnant women and families, fish

20   low in mercury, lobster.  Do you see that?

21   A    That's correct, yes.

22   Q    And this endorsement of lobster as a fish low in mercury

23   currently applies everywhere in this state, except the

24   northern Penobscot Estuary; is that correct?

25   A    Fish low in mercury -- notice some of the other fish

1    that we have here.  We also have light canned tuna.  I would

2    agree lobster are low in mercury.  Lobster from the Penobscot

3    River are low in mercury.  So this doesn't change my opinion

4    whatsoever.

5    Q    And are you familiar with the lobster fishery closure

6    document published by the State, are you familiar with this

7    document?  This is Plaintiffs' 84 in evidence.

8    A    Yes.

9    Q    And this states, data from the 2010 assessment revealed

10   that mercury levels in Maine lobster were below the Maine CDC

11   action level that would warrant a consumption advisory for

12   sensitive populations.  Do you see that?

13   A    I do.

14   Q    However, the department recently received additional

15   data which were collected as a result of a court-ordered

16   study.  The department requested analysis of the data by the

17   state toxicologist and Department of Environmental Protection

18   staff.  Based on this analysis, DMR determined that a

19   consumption advisory would be warranted for lobster taken from

20   the designated area.  Do you see that?

21   A    Yes, I do.

22   Q    So any suggestion that there's a consumption advisory

23   warning against eating lobster outside of the northern estuary

24   is incorrect.

25   A    No, I disagree with you.

1   Q       You were asked whether the hospitals are full of people

2   who eat swordfish.  Do you recall that?

3   A       Ah, yes.

4   Q       Now, the health harms of in utero exposure to

5   methylmercury are things like developmental delay and reduced

6   IQ, correct?

7   A       The developmental effects, yes.

8   Q       Those aren't the kinds of things that would put you in

9   the hospital, but you agree those are harmful health effects,

10  correct?

11  A       The -- yes, hm-hmm.

12  Q       You were asked whether mercury levels in pristine Maine

13  lakes should be used to justify remedial actions all over the

14  state of Maine.  Do you recall that?

15  A       Ah, not exactly, no.

16  Q       You were asked to compare -- let me show you the

17  discussion.  You were asked about fish above .2 elsewhere in

18  the state.

19  A       Yes, and fish are above .2 elsewhere in the state.

20  They --

21  Q       In pristine Maine lakes.

22  A       That's correct.

23  Q       And you were asked whether that should be used to

24  justify remedial actions all over the state.  Do you recall

25  that?

1    A    Yes, I do.

2    Q    Now, mercury in pristine Maine lakes comes from

3    atmospheric deposition, correct, not from point-source

4    industrial pollution, like HoltraChem discharges; is that

5    right?

6    A    I'm not giving an opinion on sources, and especially

7    with sources to the environment from a number of locations.

8    Q    Site-specific remediation would do nothing about mercury

9    contamination caused by atmospheric deposition in pristine

10   Maine lakes; is that right?

11   A    One could do a remedial program presumably to remediate

12   Maine lakes.  I mean, if -- if one really believed that the

13   200 nanogram per gram was a health threat, then one would

14   order to do remedial action in pristine lakes.

15        I think the analogy here was that that would be a

16   ridiculous thing to do and would make no sense.

17   Q    The source of mercury in pristine Maine lakes is

18   different than the dominant source of legacy mercury in the

19   Penobscot Estuary; isn't that correct?

20   A    I cannot comment on that.  I was not asked to -- to

21   evaluate sources.

22   Q    You also said that you did an individual analysis of

23   each study -- turning to Depew now.

24   A    Oh, okay.

25   Q    You did an individual analysis of each study reported by

1    Depew in deciding which values you would include in your fish

2    -- your prey fish health target; is that right?

3    A    I looked at the studies that were in the Depew paper and

4    did an -- did an individual paper, independent analysis of

5    each paper.

6    Q    Okay.

7    A    That's correct.

8    Q    And you said we can't compare the numbers reported by

9    Depew to the numbers that you reported.  We would need to look

10   at the analysis you did of each paper; is that right?

11   A    The purpose of my analysis was not to do a critique of

12   the Depew paper or to go back to Table 2 of Depew's, um, paper

13   and compare with the results from my analysis.  It was

14   independent and separate.

15        To do that type of comparison would be quite a lengthy

16   endeavor.

17   Q    And you said yesterday that you followed the standard

18   from the Beckvar study of using only paired-effect and no-

19   effect levels in deriving your values; is that right?

20   A    I don't recall.

21   Q    You were shown a passage from the Beckvar paper on

22   redirect.

23   A    Yes, the passage from the Beckvar -- Beckvar paper

24   points out -- in Nancy Beckvar's paper -- that the guiding

25   principle should be that you use results from only paired-

1    effects and no -- and no-effects.

2    Q     You were --

3    A     But -- but that procedure wasn't followed in every

4    single situation in Dr. Beckvar's paper.

5    Q     You were shown this highlighted language yesterday on

6    redirect, which says, our approach differs in that tissue

7    concentration data were taken from studies using only

8    paired-effect and no-effect numbers, thereby ensuring that the

9    threshold for adverse effect from each study was bounded.  Do

10   you recall being shown that?

11   A     Yes, I do.

12   Q     And do you recall that you testified that you followed

13   that same approach?

14   A     That's correct.

15   Q     And do you recall that you also testified yesterday that

16   the use of an unbounded NOAEL was unreliable?

17   A     The use of an unbounded NOAEL, I think that was in the

18   context of the Depew paper in which, um, many of the values

19   that Depew reports as being unbounded NOAELs are actually

20   control values.  And so those would be unreliable.

21   Q     Let me show you the testimony from yesterday about this

22   point.

23   A     I -- that's fine.  You can show me the testimony.

24   Q     This is from Page 2571 of the trial transcript.

25   Question, regardless, if you have an unbounded NOAEL, meaning

1   no LOAEL for that endpoint, you would never report that

2   unbounded NOAEL.  Answer, I would have to see the studies.  I

3   don't -- I don't believe so.  Question, why would you need to

4   see the studies?  I thought your point was that an unbounded

5   NOAEL was unreliable.  Answer, right.  It's unreliable because

6   it does not give you a dose which you have seen in effect.

7   Question, okay.  So the principle -- answer, the principle,

8   right.  Question, okay.  And so the principle that you're

9   asserting is that an unbounded NOAEL should not be reported?

10  Answer, that's correct.  Do you see that?

11  A     I do see that.

12  Q     And then we go on to discuss the point you were just

13  making.  The second principle is that a control value NOAEL

14  should not be reported either?  Answer, that's correct.  Do

15  you see that?

16  A     I do.

17  Q     Okay.  So looking at Table 4-5 from your report -- and

18  these are the values that you derive -- used to derive the

19  prey fish target -- starting with the Hammerschmidt study

20  2002, you report four NOAELs here from Hammerschmidt 2002 of a

21  value of 2,115.  And your report states on 4-12, Appendix E

22  presents my reevaluation of the underlying studies cited by

23  Depew, as well as my evaluation of additional literature.  Do

24  you see that?

25  A     Yes, I do.

1    Q     Okay.  So looking at Appendix E for your evaluation of

2    the Hammerschmidt paper -- this is Page 8 of Joint Exhibit 55

3    -- your discussion of Hammerschmidt, this is the Hammerschmidt

4    study at the top, you write, this study examined effects

5    associated with dietary exposure of methylmercury for three

6    treatment groups, and you have the dose values here.

7          At the bottom you say, no effects of methylmercury

8    treatment were found on fertilization success, hatching

9    success, larval survival, growth, or mortality.  Therefore,

10   the maximum tested dietary level is the NOAEL, or NOAEC, for

11   growth and survival.  Do you see that?

12   A     Um, yes, I do.

13   Q     Now, a maximum tested dose that finds no effect is an

14   unbounded NOAEL; is that right?

15   A     Hm, technically, I -- technically I suppose it is, but,

16   you know, not all unbounded NOAELs, or no effect levels, are

17   created equal, I would say.

18         In the Depew study, what Depew calls unbounded NOAELs

19   and what I was referring to are these control values, which

20   the authors themselves do not report as treatment effects.  In

21   Depew, they use them as treatment effects in certain studies.

22   They report them as unbounded NOAELs, and then they -- in some

23   of these, they will have a low effect level at a dose above

24   it.

25         Well, when you look at that -- and I can show you the

1    table from Depew where this is done -- I've not been able to

2    go through every study, by any means -- but that's not an

3    unbounded NOAEL.  When you have a low effect level above the

4    no effect level, it clearly isn't unbounded.  But that's the

5    way Depew reports it.

6    Q     We discussed this yesterday --

7    A     And I said to you yesterday that, again, this was not an

8    exercise of comparing my results to Depew's results.  It was

9    an independent analysis.  For me to be able to offer you any

10   insight as to my methodology, again, I would have to go

11   through each paper; I'd have to go into the database that I've

12   created; and would have to go through the statistical

13   analysis.  I can't do this in front of you today.

14   Q     I'm -- I'm not now asking you to compare your analysis

15   to Depew's analysis.

16   A     Well, you, in fact, are.  I think you are.

17   Q     I'm asking to compare your analysis with the principles

18   you articulated to see the basis for the data that you

19   included in your table to derive your value for prey fish

20   health, which is much higher than the Study Panel's value for

21   prey fish health.

22   A     And as -- and, you know, we can also quibble about

23   whether a given study or endpoint should be included or not.

24   At the end of the day, it's the beauty of the method -- the

25   statistical method that doesn't change the -- the end result.

1          As I reported to you -- to you yesterday, um, it had

2     been postulated by some that the mortality endpoints were the

3     -- were the higher values and were biasing my analysis.  So I

4     did a sensitivity analysis.

5          I removed all the mortality endpoints, and the dietary

6     threshold effect level didn't change at all.  It remained at

7     680.  So that gives me confidence that my number represents a

8     ballpark number.

9          It's -- and it was there really to provide sensitivity

10    to the other endpoints that we have to -- that tell me that we

11    really shouldn't -- I -- we really shouldn't be using this

12    approach, um, to assess the health of predator fish.

13    Q     Are you aware that the criticism from some members of

14    the Study Panel about your methodology is not just inclusion

15    of mortality endpoints, but inclusion of mortality and growth

16    endpoints with reproductive?  Are you aware that that's the

17    criticism?

18    A     If you then -- and, see, this is why I didn't write this

19    up, I didn't write up my analysis of removing the mortality

20    endpoints because I don't believe it's appropriate.

21         If you're now suggesting that I remove the growth

22    endpoints, too, then I've got nothing to base a population

23    model, or I've got nothing to predict a health -- predict the

24    health on predator species in an ecological -- for ecological

25    risk assessment purposes.

1          I guess I need to repeat again that this is not a

2     research project.  I'm not looking at subtle ecotoxicological

3     effects that might be seen in fish tested in the laboratory.

4     I'm trying to use this as a predictive tool for assessing

5     whether there is ecological risk to populations and the

6     environment.

7     Q     You testified that you removed the mortality endpoints

8     from your study, even though you didn't report it, and you

9     found that that did not make a difference in your target.

10    A     It did not make a difference -- I need to correct that.

11    It did not make a difference in the dietary threshold effect

12    level.

13          Where it does make a difference, it does change the --

14    the upper bound, the dietary probable effects level, which I

15    haven't presented because I'm not suggesting it to be used as

16    a screening value.

17    Q     Did you do an analysis where you removed both mortality

18    and growth to see what difference that would make?

19    A     No, I didn't.

20    Q     Okay.  Looking at your testimony from yesterday, we

21    talked about two different principles, and when I asked you

22    about Hammerschmidt, your answer related to the second.  So

23    the first here is, the principle that you're asserting is that

24    an unbounded NOAEL should not be reported?  Answer, that's

25    correct.  The second principle relates to a control value

1    NOAEL that is bounded.  Do you see that?

2    A     Yes, I do.

3    Q     And you also testified that you followed the methodology

4    proposed by Beckvar of using only paired-effect and no-effect

5    values, correct?

6    A     That's correct.

7    Q     Okay.

8    A     But let me go back to that, that even Beckvar herself

9    did not -- was not able to follow the methodology in every

10   instance.  There is a lack of data, lack of number of

11   available studies for you to follow this on a -- on an

12   absolutely strict basis.  And when you have a study that tests

13   five dose levels, as I believe -- um, well, I know I had

14   studies in my analysis where they were -- where there were

15   five tested dose levels, and no effect was seen on survival at

16   any of those doses.

17        Well, in that case, it makes every bit of sense to use

18   that highest dose tested as a no effect level, and the reason

19   for that is it's a conservative approach.  It's conservative

20   because the true no effect level would be higher than that.

21   So, well, you know, there is this general principle that you

22   should not use unbounded NOAELs.  Again, I'll say unbounded no

23   effect levels are not all created equal.

24        Where there are really problematic and where they

25   shouldn't be used is where -- when they are control values,

1    and -- and that's the principle that I followed.

2    Q    And your testimony yesterday was not that they were

3    conservative, but that they were unreliable.  Do you see that?

4    A    They were -- they are unreliable if you look at -- for

5    instance, this was in the context of the Depew paper, and if

6    we look at those no effect levels, the unbounded no effect

7    levels that Depew reports, they were, in fact, not unbounded.

8    They had low effect levels above them, and yet they were

9    reported as unbounded.

10        My -- again, my mission was not to critique the Depew

11   paper, not to provide a rebuttal paper in the literature.  Um,

12   you showed me that table yesterday, and just some thoughts

13   were generated from it.

14   Q    Back to your Appendix E on Page 8 discussing

15   Hammerschmidt.  You write, the maximum -- at the very bottom

16   here, the maximum tested dietary level is the -- the NOAEL for

17   growth and survival.  Do you see that?

18   A    Yes, I do.

19   Q    Okay.  Now, there is no LOAEL to bound that NOAEL,

20   correct?

21   A    I -- I would -- could you put that back up, please?

22   Well, there was a -- there was a lowest dietary test dose

23   which represents a LOAEL for -- a low effect level for

24   reproductive effects.

25   Q    That's a different endpoint, correct?

1    A    It is a different endpoint.

2    Q    Okay.  So for the NOAEL for growth and survival, there

3    was no LOAEL, correct?

4    A    There was -- that's correct.

5    Q    Okay.  Now, in your table, Hammerschmidt 2002, you

6    report that value, 2,115, and include it in your statistical

7    calculation, correct?

8    A    That's correct.

9    Q    And you include it four times, correct?

10   A    Can we move the table to the -- a little bit to the left

11   so I can see that?  That's correct.

12   Q    Is that an error?

13   A    No, it's not an error.

14   Q    Including it four times is not an error?

15   A    No, this -- again, I'd have to look at this paper, but

16   my recollection is this one viewed results -- reviewed

17   exposure over two different exposure periods.  So there was a

18   Phase I of that analysis; then there was a Phase II.

19   Q    Let me show you Page E-6 from your appendix.  This is

20   discussing the Rodgers and Beamish study 1982, and you state

21   -- you list at the top of the discussion here the effects --

22   Rodgers and Beamish reported effects on growth by measuring

23   the weight of rainbow trout following exposure to four

24   treatments of methylmercury in the diet, and you list the four

25   treatment values.  Do you see that?

1    A      I do.

2    Q      And then in the next paragraph, the authors reported

3    that mortality was observed in some of the treatments, but did

4    not appear to be related to mercury exposure.  Therefore, the

5    NOAEL for survival is represented by the maximum test diet.

6    Converted to wet weight, that is 23.7 milligrams per kilogram.

7          Now, a maximum test diet that shows no effect on survival

8    is an unbounded NOAEL, correct?

9    A      It is, yes.

10   Q      And in your Table 4-5, with the list of values you used

11   to derive your targets, you include that unbounded NOAEL of

12   23,000 converted to nanograms per gram.  Do you see that?

13   A      I do see that.  And, again, that's another example where

14   there were multiple doses tested.  This is not a paper where a

15   control value, um, called an unbounded no effect level, was

16   used.  This was a paper where a number of doses were tested.

17   Q      And this is one of the highest values in the entire

18   table; is that correct?

19   A      Yes, but this value has absolutely no bearing on the

20   derivation of the dietary TEL level.  As I mentioned before,

21   that's a mortality or a survival endpoint.  I removed all the

22   survival endpoints, and my dietary threshold effect level

23   remained at 680.

24   Q      And that --

25   A      So not only -- not only does this value have no bearing,

1    but the whole set of mortality endpoints had no bearing on

2    this dietary threshold effect level.  It has to do with the

3    statistics, and that's why this methodology works.  That's why

4    it works and it's been used throughout the United States to

5    develop screening-level targets for sediments, why it's been

6    used in -- in other venues, as well, in ecological risk.

7    Q    The --

8    A    I also went through and I mentioned the sensitivity

9    analysis, where you could remove one study at a time.  So I

10   explored it through that means, as well.

11   Q    Now, the sensitivity analysis, removing one study at a

12   time, does not look at the effect of removing high values that

13   you included and adding in low values that you excluded,

14   correct?

15   A    That's correct.  But I will tell you that I have at

16   least two papers in my analysis that were not in the Depew

17   paper, which had very low values.

18   Q    The discussion at the bottom of Beckvar that you were

19   shown yesterday and said that you followed, you --

20   A    I followed in principle, yes.

21   Q    -- using only paired-effect and no-effect numbers,

22   thereby ensuring that the threshold from each study was

23   bounded, the two examples we've just discussed don't comport

24   with that, correct?

25   A    No, I -- I would not agree with that.

1   Q    So those unbounded NOAELs were bounded?

2   A    We had other effects that were studied in that -- in

3   that paper.

4   Q    For other endpoints.

5   A    That's correct.

6   Q    So the NOAELs for those endpoints that we discussed were

7   unbounded?

8   A    They -- they were unbounded, yes.

9        MR. COLANGELO:  Nothing further.

10  A    But as I pointed out before, multiple test doses were

11  run.  So we know that that's a conservative estimate of the no

12  effect level.

13       MR. COLANGELO:  That's all I have.  Thank you.

14       THE WITNESS:  Thank you.

15       THE COURT:  Anything further?

16       MR. SCHUTZ:  Very brief -- well, briefly.

17       THE COURT:  Just a handful.

18              REDIRECT EXAMINATION

19  BY MR. SCHUTZ:

20  Q    Let me put back up the study we were just talking about

21  in Joint Exhibit 55 with Mr. Colangelo, and let's step back

22  from the details and look at what this study's actually

23  telling us.

24       What treatment dose -- first of all, this study, they

25  used three treatment doses, correct?

1    A     That's correct.

2    Q     So .88, 4.11, and 8.46 milligrams per kilogram dry --

3    dry weight methylmercury?

4    A     That's correct, yes.

5    Q     And what do the authors report concerning effects at

6    those doses?

7    A     They reported -- and this is important -- no effects

8    were found on -- well, these are reproductive effects.  Okay.

9    Um, so there -- there were no effects reported on

10   reproduction, on growth, or mortality.

11   Q     And if we convert the dry weight diet to wet weight, we

12   get to 2.12 milligrams per kilogram?

13   A     That's correct.

14   Q     Which translates to 2,100 -- what does it translate to

15   in parts per billion?

16   A     Um, so it would -- it would be, um, 2,100 -- 2,120.

17   Q     So that translates to 2,100 parts per billion.  What was

18   the Study Panel's proposed dietary screening value?

19   A     50.  So a much, much lower value, and that 50 value is

20   based on a control value from a study.  From -- it's the

21   lowest -- it's the lowest of the lowest in that whole array of

22   Depew papers.

23   Q     So in using this 2,100 value, you had the benefit of

24   these authors testing three different doses, correct?

25   A     That's correct.

1    Q     And did that give you confidence in using the 2,100

2    value as a reasonable dietary value?

3    A     Yes, it did.

4              MR. SCHUTZ:  Thank you.

5              MR. COLANGELO:  One thing, Your Honor, if I may.

6              THE COURT:  Yes, sir.

7                         RECROSS-EXAMINATION

8    BY MR. COLANGELO:

9    Q     Dr. Keenan, you just testified that the Hammerschmidt

10   study reported no reproductive effect at any of those doses.

11         Your summary reports the lowest dietary test dose

12   represents the LOAEL, the lowest observed adverse effect

13   level, for reproductive effects.  Do you see that?

14   A     I do.

15   Q     Converting to a wet weight basis, this is equivalent to

16   22 -- .22, which in nanograms per gram is 220, correct?

17   A     220, that's correct.

18   Q     Now, if you see an adverse effect on reproduction at the

19   lowest effect tested, that means that adverse effects may be

20   occurring below that dose, correct?

21   A     Yes, and that's the beauty of the method because the

22   method puts that effect in the statistical model, and that --

23   and it gets counted, it gets evaluated and attributed.

24   Q     So here what you have is an unbounded LOAEL.  All that's

25   -- all that it's telling you is that at the lowest dose

1     tested, there were adverse effects on reproduction and that

2     that value, that was 220.

3     A     That's correct, and that's why there is no one study

4     that one can use to rely -- for the derivation of the

5     screening value, and that's why I believe it's totally

6     inappropriate for the Study Panel to take the lowest value

7     from the Depew paper and use that as a proposed screening

8     criteria of 50 nanogram per gram in prey fish assumed to be

9     protective of predators.

10          That's why I used the statistical approach, but I used

11    that in light of other lines of evidence.  You have to

12    remember that that was not the only way -- that is not the

13    only, um, line of evidence.  I believe it's much more

14    appropriate to look at the predator fish themselves, to look

15    at the levels that are protective of fish in the environment,

16    and -- and that's the -- and -- and that's the primary means,

17    and this is corroboration.

18    Q     It was incorrect, then, to say that this study reported

19    no adverse effects at any of the doses tested.

20    A     I was shown this paragraph down here.  I've not

21    committed these 45 studies to memory and all the detail, and I

22    was accurate in saying that these reproductive effects did --

23    were not -- there was no, um, treatment-related effects on

24    these particular reproductive endpoints.

25          There was a treatment-related effect reported for

1   spawning success, and that's taken into consideration.

2          MR. COLANGELO:  Thank you.  That's all I have.

3          THE COURT:  Anything further?

4          MR. SCHUTZ:  Nothing further.  Thank you.

5          THE COURT:  Thank you.  You may stand down, sir.

6          THE WITNESS:  Thank you.

7       (The witness left the witness stand.)

8          THE COURT:  Yes, sir.

9          MR. BERNARD:  Your Honor, before defendant -- Mr.

10  Schutz and I agreed to wait until the witness was done so he

11  could be excused.  I wanted to take care of those -- the

12  exhibits now.  Remember we held on that to try to work out --

13         THE COURT:  Oh, right, yes.

14         MR. BERNARD:  Well, we've worked through all of the

15  issues with the defendant, and now I'd just like to offer the

16  exhibits, if I may.

17         THE COURT:  Okay.  Were those the ones that --

18  refresh my recollection.  There were some that I admitted

19  subject to your further objection, and those -- you're not

20  talking about those?

21         MR. BERNARD:  No, we're not.

22         THE COURT:  Okay.  Thank you.

23         MR. BERNARD:  These are the ones that we were going

24  to put in just before we rested.

25         THE COURT:  Oh, right.

1          MR. BERNARD:  But there were some issues we decided

2     to work out to limit what we had to ask Your Honor to decide.

3          THE COURT:  Excellent.

4          MR. BERNARD:  And I believe we've worked through all

5     of them.

6          THE COURT:  Okay.

7          MR. BERNARD:  So plaintiffs offer -- can I do these

8     in bulk, or do I have to do them one by one, in other words,

9     all the joint exhibits -- however you'd like me to do it.

10          THE COURT:  Well, it's sort of baffling what you're

11     about to do.  Why don't you start to do what you're about to

12     do and I'll tell you --

13          MR. BERNARD:  Okay.  Plaintiffs offer Joint

14     Exhibit 63 into evidence.

15          THE COURT:  And there's no objection?

16          MR. TALBERT:  No objection.

17          THE COURT:  60 -- Joint Exhibit 63's admitted

18     without objection.  Do you have a number of these?  Is that

19     what you're saying?

20          MR. BERNARD:  Yes, Your Honor.

21          THE COURT:  So why don't you just list them.

22          MR. BERNARD:  Okay.  This would be -- we've done 63.

23     Joint Exhibit 68, 72, 73, 74, 77, 79, 90, 102, 107, and 108.

24          THE COURT:  Any objection to any of those joint

25     exhibits?

```
1              MR. TALBERT:  No -- no objection.

2              THE COURT:  Each is admitted without objection.

3              MR. BERNARD:  Now, we have a bunch of plaintiff

4      exhibits, which I'll read in together, if I may.

5              THE COURT:  Sure.

6              MR. BERNARD:  We'd like to offer into evidence

7      Plaintiffs' Ex --

8              THE COURT:  You're standing.  Do you have an

9      objection to some of these?

10             MR. TALBERT:  No, I don't, Your Honor.

11             THE COURT:  Oh, you were just getting some exercise.

12             MR. TALBERT:  Well, I was going to -- if you were

13     going to ask me each one, I thought I'd -- I'd stand and

14     address that, but --

15             THE COURT:  Okay.  I'm not going --

16             MR. TALBERT:  There are -- there are three pages of

17     this, so --

18             THE COURT:  Yeah.  Do you have -- do you have some

19     objections to these?

20             MR. TALBERT:  I do not.

21             THE COURT:  Okay.  Well, why don't you just list

22     them.

23             MR. BERNARD:  Okay.  Plaintiffs' Exhibits 1, 3, 4,

24     6, 7, 8, 10, 13, 15 through 21, 23 through 27, 77 through 80,

25     87, 111, 112, 114, 120 through 122, 147 through 149, 152, 153,
```

1    155, 157, 169 through 172.

2              THE COURT:  All right.  Any objection to any of

3    those?

4              MR. TALBERT:  No objection.

5              THE COURT:  Each is admitted.

6              MR. BERNARD:  And then, finally, just a few

7    defendants exhibits.

8              THE COURT:  Yep.

9              MR. BERNARD:  Nos. 525, 526, 827, 955, 956, and 978.

10             THE COURT:  I take it there's no objection to the

11   defendants' exhibits.

12             MR. TALBERT:  No objection, Your Honor.

13             THE COURT:  Each is admitted.

14             MR. BERNARD:  Thank you, Your Honor.

15             THE COURT:  Thank you very much.

16        Next witness?

17             MR. SCHUTZ:  Defense calls Dr. Betsy Henry.

18             THE CLERK:  Do you solemnly swear that the testimony

19   you shall give in the matter now in hearing shall be the

20   truth, the whole truth, and nothing but the truth, so help you

21   God?

22             THE WITNESS:  Yes, I do.

23             THE CLERK:  Please be seated.  Please state your

24   name and spell your last name for the record.

25             THE WITNESS:  Elizabeth Ann Henry, H-e-n-r-y.

1          THE COURT:  You may proceed.

2    ELIZABETH ANN HENRY, having been duly sworn, was examined and

3    testified as follows:

4                        DIRECT EXAMINATION

5    BY MR. SCHUTZ:

6    Q     Good morning, Dr. Henry.

7    A     Good morning.

8          THE WITNESS:  Good morning, Your Honor.

9          THE COURT:  Good morning.

10   BY MR. SCHUTZ:

11   Q     What's your field of expertise?

12   A     My field of expertise is mercury transport fate and

13   bioaccumulation applied to mercury-contaminated site

14   assessment and remediation.

15   Q     Where'd you grow up?

16   A     I grew up in Brunswick, Maine, and graduated from

17   Brunswick High School.

18   Q     What's your educational background?

19   A     I attended Colorado State University, graduated with a

20   degree in agronomy, and then went on to Harvard University and

21   have a Ph.D. in engineering sciences.  My dissertation

22   research was on the role of sulfate-reducing bacteria in

23   environmental mercury methylation.

24   Q     Have you been working on the cleanup of contaminated

25   sites since earning your Ph.D.?

1    A      Yes, I have.

2    Q      And do you have experience with the cleanup of

3    mercury-contaminated sites?

4    A      Yes, I do.

5    Q      Can you mention some of the sites that you've been

6    involved in?

7    A      I've been involved with Onondaga Lake in upstate New

8    York for over 20 years, um, the Berry's Creek study area,

9    including one of the upland sites, which discharged mercury to

10   the system.  I consulted on Lavaca Bay, along with some of the

11   other mercury scientists in the Study Panel.  Geddes Brook/

12   Ninemile Creek is a major tributary to Onondaga Lake, which is

13   a mercury site in its own right.  The LCP Brunswick, Georgia

14   site.  Reviewed an ecological risk assessment for the OxyChem

15   site on the Delaware River.  Um, that's all I can think of at

16   the moment.

17   Q      Could you tell us a little bit more about your work with

18   the Onondaga site?

19   A      Sure.  I started working at the Onondaga site in 1991.

20   We did the original remedial investigation of the site, which

21   determines the nature and extent of contamination.

22          I also worked on the ecological risk assessment and the

23   feasibility study, where we evaluate remedial options for the

24   lake.  I was the key mercury scientist and risk assessor

25   working with the engineers on that.

1      Currently, I'm working on the monitoring program, in

2  particular, monitoring of fish, and also on the Natural

3  Resource Damage Assessment.

4  Q    Have you worked with Dr. Driscoll at that site?

5  A    Yes, I have.  I've worked with Dr. Driscoll for a number

6  of years at Onondaga Lake.

7  Q    What's his role?

8  A    He got involved at the site, ah, I would say in

9  2005-2006 in terms of the remediation with this idea that the

10  nitrate concentrations in the lake had doubled due to cleanup

11  of the sewerage treatment plant.  So he got involved with the

12  water column monitoring and, in particular, the possibility of

13  nitrate addition by Honeywell to help reduce methylmercury

14  release from sediment.

15  Q    Is nitrate addition worth looking at for the Penobscot?

16  A    It's -- it's an interesting technology that's proven

17  very effective at Onondaga Lake.  Um, it deals with trying to

18  control the release of methylmercury.

19      The Penobscot River's an entirely different system.

20  It's an estuarine system, unlike a lake, which is a contained

21  system.  So I would say we could look at it, but I'm not

22  optimistic with the hydrodynamics.  With the tides moving up

23  and down, you basically have an infinite source of energy for

24  the bacteria that are methylating mercury.

25  Q    Have you worked with other academic researchers at

1   mercury sites?

2   A     Yes, I have.

3   Q     Who?

4   A     Dr. Cindy Gilmour.  I've worked with her on a number of

5   sites.  Onondaga Lake, she helped measure mercury methylation

6   rates in the water column in the 1990s, and I'm currently

7   working with her at Berry's Creek study area.  And Dr. Upal

8   Ghosh is also on that project on the Berry's Creek study area.

9         In my experience working on mercury-contaminated sites,

10  I'm often the liaison with the academic scientists that we

11  pull in when needed.

12  Q     Have you ever been involved in or heard of a site where

13  academic researchers were running the remedial investigation

14  or feasibility study process?

15  A     No, we certainly use academic scientists when we need

16  to, but not to my knowledge has there been a -- a contaminated

17  site where academic researchers have led the investigation and

18  assessment.

19  Q     Why would you bring in an academic researcher to work on

20  a contaminated site.

21  A     Well, for a contaminated site, if we've got particular

22  questions that we need answered with nonstandard techniques,

23  for example, Dr. Cindy Gilmour in the 1990s was measuring

24  methylation rate in the water column, and that's -- that's a

25  -- basically a research technique, not a standard technique,

HENRY - DIRECT EXAMINATION/SCHUTZ

2741

1  so she was pulled in on that.

2      So there are areas of expertise where it makes sense to

3  bring in a -- an academic researcher, but in terms of

4  understanding how to assess a contaminated site and evaluate

5  remedial options, the academic researchers rarely have the

6  experience and expertise for that.

7  Q    Are you experienced in ecological risk assessment?

8  A    Yes, I am.

9  Q    What sorts of organisms have you looked at for purposes

10  of ecological risk assessment?

11  A    I've looked at a wide range of organisms.  I think in

12  broad categories, I'd say benthic invertebrates, so basically,

13  mud -- mud worms, birds, mammals.

14  Q    And have you been involved in ecological risk assessment

15  at the various mercury sites you've mentioned?

16  A    Ah, yes, I have.

17  Q    Is ecological risk assessment a distinct professional

18  discipline?

19  A    Yes, it is.

20  Q    Does expertise as a wildlife biologist qualify one as an

21  ecological risk assessor?

22  A    Ah, no.  The wild -- wildlife biologist is an

23  interesting area of research and a lot of field experience,

24  but, in general, unless they've been specifically trained in

25  ecological risk assessment, they -- they are not able to do

1  ecological risk assessment for contaminated sites.

2  Q    Is there a distinction between an ecotoxicologist and an

3  ecological risk assessor?

4  A    Yes, ecotoxicology is an interesting field that we use a

5  lot in ecological risk assessment.  Ecological risk assessors

6  are familiar with the ecotoxicological literature.  We

7  evaluate that scientific literature, determine what's relevant

8  for assessment at contaminated sites.  So they're very

9  distinct fields.

10       The risk assessor, it's really an applied science,

11  which, um, requires us to be familiar with the literature.

12  Ecotoxicology's primarily a -- a research area.

13  Q    Have you ever been involved in or heard of a

14  contaminated site where an ecotoxicologist has set screening

15  values for purposes of an ecological risk assessment?

16  A    No, not unless that ecotoxicologist is trained as an

17  ecological risk assessor.

18  Q    Would you have concerns about relying on an

19  ecotoxicologist for purposes of setting a screening threshold

20  in ecological risk assessment?

21  A    I would unless, again, they were trained and had

22  experience in ecological risk assessment.

23  Q    Are ecological risk assessments published in the

24  peer-reviewed literature?

25  A    Ah, not often.  The ecological risk assessments are

1    documents that are prepared and submitted to agencies.  Um,

2    the goal of those documents is to come to a determination as

3    to whether -- what the risk is, what the magnitude of risk,

4    and it helps inform a remedial decision.  So it's not

5    something that's published -- generally published.

6    Q    Dr. Henry, are you a mercury scientist?

7    A    Yes, I am a mercury scientist by training.

8    Q    What is a mercury scientist?

9    A    I would say a mercury scientist is a scientist who's

10   trained and worked in the areas of mercury transport, fate,

11   bioaccumulation in the environment.

12   Q    Are members of the Study Panel and the contractors

13   they've brought onboard mercury scientists, at least many of

14   them?

15   A    Yes, in fact, I've known quite a few of them for more

16   than 20 years.  It's a fairly small mercury community.  They

17   have spent the majority of their careers working on pristine

18   sites, where the only source of mercury is atmospheric

19   deposition.  The results of their research have been used to

20   argue for mercury emissions controls.

21        Um, they have not -- for the most part, they have not

22   worked on mercury-contaminated sites, where -- I think at

23   issue here is with the mercury-contaminated site, any

24   recommendation you make has the potential for a downside,

25   negative ecological implications, and that's not the case with

1    arguing for mercury emissions controls.

2    Q    Have you been active at scientific conferences on

3    mercury?

4    A    Yes, I have been.

5    Q    Can you comment on some of your recent activities?

6    A    Sure.  The major conference for the mercury scientists

7    is the International Conference on Mercury as a Global

8    Pollutant.  I've been attending those since 1992.

9         Um, most recent years, 2011 and 2013, I presented

10   information and results of the work we've been doing on

11   Onondaga Lake and Berry's Creek.  At an earlier conference, I

12   cochaired a session on remediation decisions at

13   mercury-contaminated sites.

14        In general, the conference is academic research, very --

15   again, very few mercury scientists work on contaminated sites.

16             MR. SCHUTZ:  Your Honor, Dr. Henry's full CV is

17   Appendix 8 of Joint Exhibit 53.

18             THE COURT:  Thank you.

19   BY MR. SCHUTZ:

20   Q    Dr. Henry, we heard from Dr. Keenan that growth

21   reproduction and survival are key endpoints for ecological

22   risk assessment.  Can you comment?

23   A    Ah, yes, that's correct.  In the ecological risk

24   assessment, that's what we look at because we're looking at

25   endpoints that are relevant to the stability of populations of

1    organisms in the environment.

2    Q    And are -- is the stability and health of populations

3    and communities the focus of ecological risk assessment for

4    purposes of contaminated sites?

5    A    Yes.

6    Q    Let's turn to the Penobscot site, and I'd like to bring

7    up Defense Exhibit 258.

8            MR. SCHUTZ:  Which I'd like to offer into evidence.

9            THE COURT:  Any objection to 258?

10           MR. BERNARD:  No objection.

11           THE COURT:  It's admitted.

12   BY MR. SCHUTZ:

13   Q    Dr. Henry, how did you first hear of the Penobscot River

14   Mercury Study?

15   A    We were asked in 2004 to submit a proposal to manage the

16   investigation and assessment of the Penobscot River.

17   Q    Is that a position that was ultimately filled by

18   Dr. Bodaly?

19   A    Yes, it was.

20   Q    Were you next contacted about the Penobscot River

21   Mercury Study by one of the Study Panel members?

22   A    Yes.  Dr. Whipple from Environ had contacted me to see

23   if I'd be willing to do a peer review of the Phase I Report.

24   Q    Were you interested?

25   A    I was very interested.  Um --

1    Q    Were you able to do that peer review?

2    A    No, I was not.

3    Q    Why?

4    A    At the time, Gary Bigham at E$^x$ponent had been working on

5    the site litigation.  So it was thought that it would be a

6    conflict of interest.  I myself was not working on the site

7    litigation.

8    Q    You were working at E$^x$ponent?

9    A    Yes, I was.

10   Q    Were you next contacted about reviewing aspects of the

11   Study Panel's Phase II Report?

12   A    Yes.

13   Q    And what subjects have you been asked to consider?

14   A    I was asked to consider three subjects:  The first was

15   the potential for significant adverse impacts to bird and

16   mammal populations in the Penobscot River site; the second was

17   the evidence for the one-to-one relationship between mercury

18   in sediment and mercury in biota; and the third was the

19   potential for adverse impacts for application of SediMite or

20   activated carbon to marsh environments.

21   Q    Have you formed opinions on all those subjects?

22   A    Yes, I have.

23   Q    Let's first focus on mammals.  What was the Study

24   Panel's approach to assessing risk to mammal populations?

25   A    Ah, the Study Panel relied on the literature to come up

1    with what they determined -- what they called to be a toxic

2    effects threshold in fur.  Then they also collected data from

3    the field -- mink, otter, and bats, both fur and in some cases

4    blood.

5    Q     So we can bring up Table 1-4 from Chapter 1 of the Study

6    Panel's report, Page 1-31.

7          This is the section of the Study Panel's summary table

8    where they list the mammal species that they sampled?

9    A     Ah, yes.  They looked at otters, mink, and bats.

10   Q     And what did they conclude with respect to otters and

11   mink?

12   A     They concluded, based on the data that they had

13   collected, that there was no concern for toxic effects to

14   otters and mink.

15   Q     Did all of the Study Panel members sign onto this

16   chapter?

17   A     Yes, that was the conclusion of the Study Panel.

18   Q     So, then, the focus is on whether there are levels of

19   concern for toxic effects for bats?

20   A     Yes.

21   Q     And is that what you focused on?

22   A     Yes.

23   Q     What was the Study Panel's effect threshold for bats?

24   A     Their effects threshold was 10 parts per million mercury

25   in fur.

1    Q    And if we can turn to Section 2.6 of Chapter 2, is that

2    the section of the Study Panel's Phase II Report where they

3    described the basis for that threshold?

4    A    Yes.

5    Q    Did you consider the information presented by the Study

6    Panel as the basis for their threshold?

7    A    Yes, I did.

8    Q    And there's one study referenced here on mercury in

9    humans?

10   A    Yes.

11   Q    What's -- what are your thoughts on that study?

12   A    Well, I think it's important when we're looking at

13   ecological risk assessment to look at relevant receptors, so I

14   think it's important to look as close as we can to what a bat

15   would be, which is not a human.

16   Q    So would a study on mercury effects on humans be

17   relevant in assessing risk to bats?

18   A    No.

19   Q    There's also a reference to Sleeman, et al., a study

20   concerning otter.  Can you comment on that study?

21   A    Ah, sure.  The Sleeman, et al., is studying otter, and

22   it notes that there were tissue abnormalities with fur greater

23   than 183 parts per million.  Ah, I usually use parts per

24   million instead of the nanograms per gram.

25        The otter had -- the Study Panel had determined that

HENRY - DIRECT EXAMINATION/SCHUTZ

2749

1  there was -- you know, concentrations were below that.  There

2  was no level of concern for otter, and I don't think that's

3  relevant for consideration of bats.

4  Q     And, in any event, how did the mercury concentrations in

5  bats compare to that threshold?

6  A     Um, all of them were below that.

7  Q     Finally, the Study Panel refers to a Burton, et al.,

8  study, a Wada study, and a Nam, et al., study.  Do you see

9  that?

10 A     Yes, I do.

11 Q     And did you consider those three studies?

12 A     Yes, I reviewed those studies.

13 Q     Did you also search the literature for other relevant

14 studies on mercury effects in bats?

15 A     Yes.

16 Q     Did you find any other studies on mercury effects in

17 bats that are relevant?

18 A     No, there's actually been very little work done on bats,

19 either in terms of exposure, that is, mercury concentrations

20 in bats, or in terms of effects.

21 Q     Let's bring up Defense Exhibit 1058 -- or -- I'm sorry

22 -- 1048, which is Table 3 on Page 23 of your report.  Your

23 report's Joint Exhibit 53.

24       Did you prepare this table?

25 A     Yes, I did.

1   Q    Can you orient us to the table?

2   A    Sure.  The table shows mercury effects levels in bats.

3   Um, on the left side, I've got mercury concentration in fur

4   that's reported for each study.  In the middle, I have a

5   comment, so that the reader can understand what the effects

6   were.  And then, finally, a reference, um, so we can go back

7   to the paper.

8   Q    Okay.  Let's talk about the first study you've listed,

9   the Burton, et al., study.  What are your thoughts on the use

10  of that study to set an effects threshold for bats?

11  A    I think that this study is inappropriate for setting an

12  effects level for bats.

13  Q    Why?

14  A    Ah, two reasons:  One is it's a study on mice that

15  involves swimming ability; um, it's an older study that, to my

16  knowledge, has not been repeated.  It's kind of an unusual

17  experimental setup, shall we say.  And, finally, the decreased

18  swimming ability is not relevant for measurement of effects on

19  growth, survival, or reproduction, which would be relevant to

20  maintaining stable populations.

21  Q    You mention -- you mentioned an unusual experimental

22  design.  Can you comment?

23  A    Ah, yeah, the researchers brought into the lab three

24  groups of mice that they had captured in different areas in

25  Nevada, I believe, and basically put them into an aquarium and

1  had observers standing around the aquarium and rating them on

2  their swimming ability -- one, two, or three -- and then that

3  was the basis for determining if they could swim well or not.

4  Q    Has that design, to your knowledge, ever been repeated?

5  A    I have not found it repeated with respect to mercury,

6  no.

7  Q    And your bottom-line conclusion on the Burton paper is?

8  A    I think it's not relevant for setting effects thresholds

9  here at this site.

10  Q    The next paper you mention is Nam, et al.  Did you look

11  at that paper?

12  A    Yes, I did.

13  Q    Let's bring up Figure 4 from the Nam, et al., paper,

14  Defense Exhibit 808.

15      So what were the researchers who published that paper

16  looking at?

17  A    Ah, the researchers had collected bats, little brown

18  bats at the South River, which is a mercury-contaminated site,

19  and they had collected bats upstream of the contamination --

20  that's these open circles -- and then bats downstream of

21  contamination -- and these are the closed circles.

22      What they were looking at was evidence for changes in

23  enzyme activities, neurochemical enzyme activities and

24  receptor densities, and they compared that over a range of

25  mercury concentrations in the brain.

1       So if you look across the X axis, that's the

2   concentration of mercury in the brain tissue.  And their

3   fundamental finding was that there was no difference in enzyme

4   activities or receptor densities between the two populations

5   of bats.

6   Q    Did the Study Panel measure mercury in bat brains in the

7   study area?

8   A    No.

9   Q    What did they measure?

10  A    They measured fur and, in some places, blood, which are

11  both nonlethal measurement techniques.

12  Q    Did the authors of the Nam paper assess whether mercury

13  in bat brains could be correlated to mercury in bat fur?

14  A    They did.  They had samples where they did actually

15  euthanize the bat.  So they had established a relationship

16  between bat fur and bat brain of about 1 to 10.  So for every

17  1 part per million of mercury in the brain, that corresponded

18  to a bat with about 10 parts per million in fur.

19  Q    So, again, these researchers did find higher mercury

20  concentrations in bat brains in the contaminated area, but

21  what did they conclude with respect to effects?

22  A    Ah, they concluded that there was no difference between,

23  ah, the bats from the uncontaminated portion and the bats from

24  the contaminated portion with respect to enzyme activities and

25  receptor densities.

1  Q    Now, there is a reference to an inflection point.  Can

2  you explain what that is?

3  A    Yes, an inflection point is generally where the slope of

4  a line changes.  So of their four measurements they made,

5  which are shown in this figure, one of them, up here with MAO

6  activity, they were able to draw a line between the dots here,

7  which was statistically significant, and another one here.

8       So the inflection point is somewhere in this range, and

9  what they identified in the paper is that inflection point was

10  somewhere between 1 and 5 parts per million mercury in the

11  brain.

12  Q    And how does that translate to mercury in fur?

13  A    Well, that would translate based on their data into 10

14  to 50 parts per million in fur, and that's where in Appendix

15  22 Dr. Evers came up with that -- that range.

16  Q    What's the population's significance of an inflection

17  point in MAO activity?

18  A    At this point, there's no population significance, no --

19  no indication that that is affecting growth, survival or

20  reproduction.

21  Q    Let's go back to your summary table, 10-48.  The next

22  bat study you reference is the Wada, et al., study 2010?

23  A    Yes.

24  Q    And what do those authors report?

25  A    Wada, et al., was also working on the South River with

1   big brown bat, and he was looking to see if there was any

2   effect on adrenocortical response, which is a hormone in the

3   bats between -- again, bats collected upstream of the mercury

4   source and then bats collected downstream of the mercury

5   source.

6   Q     And what did those authors find?

7   A     They found that there was no effect of mercury

8   concentration on the hormone response in the big brown bat.

9   Q     At what concentration?

10  A     At 28 parts per million mercury in fur.

11  Q     And if we can bring up the abstract Defense -- actually,

12  the paper, and just the end of the abstract.

13  A     Ah, right.  What they concluded is that despite the high

14  mercury concentrations in bat tissue, we did not observe any

15  site difference in adrenocortical response.

16        One of the interesting things about bats is as they grow

17  fur, that's a means for mercury to move in -- move out of the

18  body and into the fur.  That's what they're referring to up

19  here with the depuration route.

20  Q     And so is your assessment of the Wada paper consistent

21  with that of the authors themselves?

22  A     Yes, my table is reporting the results of that study, as

23  the authors did.

24  Q     Let's go back to your table, Defense Exhibit 1048.  The

25  final line in your table refers to a 50 to 200 part per

1  million concentration in bat fur?

2  A     Yes.

3  Q     Can you explain the source for that?

4  A     Yes.  Ah, Nam, et al., in their discussion of their

5  results were basically trying to put their findings in

6  context, and based on their review of the literature, they

7  referenced a range of 5 to 20 parts per million mercury in

8  brain as a range at which investigators have reported subtle

9  biochemical responses in mammals.  And if we use this

10 one-to-ten brain-to-fur conversion, that's where the 50 to 200

11 comes from.

12 Q     Based on your evaluation, what do you conclude a -- an

13 appropriate screening value for -- based on bat fur might be?

14 A     Well, in terms of screening, as I said, we don't have

15 any studies that actually show impacts on growth, survival,

16 and reproduction, so we've got to work with what we have here.

17       What I looked at is there was no effect at 28 parts per

18 million.  Ah, there's possible subtle effects from 50 to 200

19 parts per million.  So that kind of gets us in a ballpark.

20 It's not any strong evidence of impacts on growth, survival,

21 and reproduction.

22 Q     Where -- in what range would you expect to see impacts

23 on growth, survival, and reproduction?

24 A     Well, the general consensus for these sorts of

25 biomarkers is that you would start to see any change in what

1    they're calling subtle, you know, enzyme activities or

2    receptor densities long before you would see any impacts that

3    are relevant on an organism basis, and even beyond that, on a

4    population-level basis.

5         So I think although there's a lot of interest in these

6    subclinical endpoints, the science to be able to link that to

7    effects on growth, survival, and reproduction is -- is far

8    away off in the future.  We just don't have that information

9    now.

10   Q    Did you also consider mercury concentrations in

11   Penobscot bats?

12   A    Yes, I did.

13   Q    Let's bring up Figure 14-51 from the Phase II Report.

14   It's found on Page 1499 of that report.

15        Now, is this a summary table prepared by the Study

16   Panel?

17   A    Yes, it is.  It's showing the concentration of mercury

18   in fur, so this is micrograms per gram, which is also parts

19   per million, and these are the Penobscot sample sites across

20   the bottom, basically, north to south, starting with the site

21   itself, HoltraChem, all the way down to Verona Island, and

22   then Scarborough Marsh is the -- the reference marsh.

23   Q    Can you comment on the HoltraChem sample location?

24   A    Yeah, the HoltraChem sample location is up at the site

25   itself, ah, which is undergoing active remediation, both on

1   the site and as well as that Southerly Cove.

2   Q    And how do the mercury concentrations that we were just

3   talking about earlier compare to these measured mercury

4   concentrations as reported by the Study Panel?

5   A    Well, as I mentioned, what I had focused on is the 28

6   part per million, where there was no effect on the

7   adrenocortical response, so that's up here.

8        And then Nam, et al., had referenced subtle

9   neurochemical, biochemical effects up at 50 to 200, so that's

10  off the chart here.

11  Q    Based on this chart, what do you conclude concerning

12  risk to bats in the Penobscot?

13  A    Ah, mean concentrations are below either of these levels

14  that I've been discussing, so I would conclude that there are

15  no -- no -- it's unlikely to have any impacts to bat

16  populations in the Penobscot.

17  Q    This chart states that it's -- incorporates some age

18  adjustment.

19  A    Yes, it's apparently adjusted for age, so it would

20  include both the juveniles and the adults, and it's also --

21  they've got male and female plotted up here.

22  Q    Did the Study Panel report in Chapter 14, or otherwise,

23  to your knowledge, how they did that age adjustment?

24  A    Ah, no, that information wasn't provided.

25  Q    Did you obtain the Study Panel's raw data?

1    A    Yes, I did.

2    Q    And did you calculate some mean concentrations based on

3    that raw data?

4    A    Yes, I did.

5    Q    Okay.  Let's bring up Defense Exhibit 1049.  Is this a

6    table you prepared?

7    A    Yes, it is.  This shows the mean fur concentrations in

8    little brown bat.  At the -- it's set up similar to the figure

9    that was just shown, in that HoltraChem is on the left.

10   Here's Verona, and here's Scarborough Marsh, and fur

11   concentration is on the left.

12   Q    What do you --

13   A    This -- sorry.

14   Q    Go ahead.

15   A    Yeah, this figure includes male and female bats.  It

16   also includes the juvenile bats.  Mean concentrations, again,

17   are all below 28 part per million and well below this 50 to

18   200 part per million.

19   Q    What do you conclude based on these numbers concerning

20   risk to bats in the study area as a result of mercury

21   exposure?

22   A    Again, the depiction of the values is very similar to

23   the Study Panel's, and I would conclude that there's unlikely

24   to be impacts to bat populations at the Penobscot River.

25   Q    Let's bring up Defense Exhibit 1050.  Did you also

1   assess whether mercury concentrations varied by adults and

2   juvenile bats?

3   A    Ah, yes, I did that by comparing what I had done

4   previously, which was adults and juveniles together.  That's

5   the blue.  And then just looked at adults alone.

6        The -- the mean concentrations are similar to what I

7   presented before.  In some cases, they're higher.  For

8   example, here, juvenile bats, in some cases, will have lower

9   concentrations than adult bats.  In other cases, for example,

10  down at Scarborough Marsh, um, the juvenile bats had higher

11  concentrations than the adults.

12  Q    When you look at the data separated out in this way

13  between adults and juveniles, does that change your opinion?

14  A    No, it doesn't.

15  Q    Let's bring up Defense Exhibit 1051.  Did you also look

16  at whether bat concentrations varied by gender?

17  A    Yes, I did.  The -- the adult bats, yep.

18  Q    Can you orient us to this table -- this chart?

19  A    This chart is basically the same setup as previous

20  charts -- HoltraChem here, Scarborough down here.  Fur mercury

21  concentration is reported -- the mean for mercury

22  concentration for each of these categories, um, with the

23  exception of female bats, four were collected up at the

24  HoltraChem site.  All of these mean concentrations are below

25  28 part per million, and all mean concentrations are below

1  this 50 to 200 part per million.

2  Q    How many samples did the Study Panel collect of adult

3  bats at the reference site?

4  A    Ah, one sample.  They did have more juveniles, but one

5  adult sample.

6  Q    Can you comment on that?

7  A    Well, generally, we like to see a larger sample size so

8  we can get a better reflection of what the concentration is in

9  the population.

10  Q    In your opinion, Dr. Henry, is a mercury remediation

11  program necessary to protect bats in the Penobscot?

12  A    No.  The concentrations that have been observed by the

13  Study Panel are below no effect level on hormones and well

14  below levels where there are possibly biomarker evidence.

15  Q    Let's turn the page to birds.  How did the Study Panel's

16  approach to assessing risk to birds compare with their

17  approach to assessing risks to bats?

18  A    It was similar.  They looked at the literature, came up

19  with a threshold, and compared measurements they had made in

20  the birds to their threshold.

21  Q    Did the Study Panel collect blood and feather data on

22  birds?

23  A    They did.  They collect blood, feather, and, in some

24  cases, egg data.

25  Q    What measurement endpoint have you focused on and why?

HENRY - DIRECT EXAMINATION/SCHUTZ

2761

1   A      I focused on the blood data, and the reason for that is

2   blood shows the most recent exposure, so it's a great way of

3   looking at what the birds are currently being exposed to.

4        So in the case of migratory birds, in particular, like

5   the Nelson's sparrows showing up on Mendall Marsh, the blood

6   concentration would indicate what the bird is being exposed to

7   in Mendall Marsh.

8   Q      Did the Study Panel set different screening values for

9   fish-eating birds as opposed to insect-eating birds?

10  A      Yes, they did.

11  Q      What was the Study Panel's threshold -- blood mercury

12  threshold for fish-eating birds?

13  A      2 parts per million in blood.

14  Q      What did the Study Panel conclude concerning risk to

15  fish-eating birds in the study area?

16  A      They concluded that there was no risk to fish-eating

17  birds in the study area.

18  Q      What did the Study Panel conclude concerning risk to

19  belted kingfisher?

20  A      There was no risk to belted kingfisher.

21  Q      What did the Study Panel conclude concerning risk to

22  osprey?

23  A      No risk to osprey.

24  Q      What did the Study Panel conclude concerning risk to

25  bald eagle?

1    A      No risk to bald eagle.

2    Q      What did the Study Panel conclude concerning risk to

3    double-breasted (sic) commorant?

4    A      No risk to the cormorant.

5    Q      And were these conclusions reported in Chapter 1, which

6    was coauthored by all members of the Study Panel?

7    A      Yes, that was the conclusion of the Study Panel.

8    Q      Was Dr. Kopec a coauthor of Chapter 1?

9    A      Yes, she was.

10   Q      There's been a little bit of discussion about black

11   guillemot.  Did the -- did you identify an error in the Phase

12   II Report concerning black guillemot?

13   A      Yes, the black guillemot was evaluated by comparing the

14   blood to the threshold for the invertivorous birds, which are

15   birds that eat invertebrates or insects.  It's actually a

16   fish-eating bird, and when you compare it to the fish-eating

17   bird limit, which is 2 parts per million, blood concentrations

18   are below that.  So there's -- should be no impact to black

19   guillemot.

20   Q      There's been a little bit of discussion about black

21   guillemot eggs.  Can you comment?

22   A      Yes, the Study Panel collected 10 black guillemot eggs.

23   The mean concentration in the eggs was 0.845 parts per

24   million.  The Study Panel in their text noted an approximate

25   egg threshold of 0.8 parts per million.  So the mean

1    concentration exceeds by about 5 percent.

2         I would note that Sandheinrich had suggested an egg

3    threshold of 1 part per million, so it's below that.

4         Given the blood concentration in the black guillemot

5    well below the Study Panel's own threshold, I would conclude

6    there's little risk of impacts to black guillemot populations

7    at the Penobscot.

8    Q    And the black guillemot mean blood levels were about 1.3

9    parts per million compared to the Study Panel's 2.0 part per

10   million threshold?

11   A    That's correct.

12   Q    There's been some discussion about black duck.  Have you

13   formed an opinion as to whether black ducks are at risk of

14   adverse effects as a result of mercury exposure?

15   A    Yes.

16   Q    What's your opinion?

17   A    I conclude that the black ducks are not at risk of

18   mercury exposure themselves.  Their blood concentrations are

19   below both the piscivorous bird threshold set by the Study

20   Panel and the invertivorous bird threshold set by the Study

21   Panel.  They eat both fish -- small fish and invertebrates.

22   Q    And if we can bring up Page 2-17 of the Phase II Report,

23   the black duck section in the middle of the page.

24        The Study Panel notes that mercury in black duck

25   averaged about 800 nanograms per gram compared to the presumed

1    limit of 1,200 for toxic effects?

2    A    Yes.

3    Q    So is the Study Panel then suggesting that black ducks

4    themselves are not at risk of adverse health effects

5    associated with mercury exposure?

6    A    No, what they've focused on here is a human health

7    consideration.  This here is a human health consideration.  So

8    the blood concentration, as well as the muscle concentration,

9    are below effects thought to be -- the effects threshold

10   thought to be relevant to the black ducks themselves.

11   Q    Okay.  We can take that down.  Now, there's been a

12   little bit of discussion about whether black duck muscle

13   tissue concentrations are elevated and put the black ducks at

14   risk.  What's your view on that?

15   A    The black duck muscle concentrations are below a muscle

16   threshold suggested by Sandheinrich in his Appendix 2-1.  Ah,

17   the Study Panel didn't really set a threshold for muscle

18   tissue with respect to ecological risk, but I -- I just would

19   note that the mean concentration they observed is below the

20   level suggested by Sandheinrich.

21        So, again, there is no evidence that would make me

22   conclude there are any risk to the black duck population.

23   Q    In your view, is a mercury remediation program necessary

24   to protect black duck health?

25   A    No.

1  Q    In your view, is a mercury remediation program necessary

2  to protect the health of any fish-eating bird?

3  A    No.

4  Q    Let's turn to insectivorous birds, insect-eating birds

5  in Mendall Marsh.  How would you characterize the state of our

6  understanding concerning mercury effects on those types of

7  birds?

8  A    Well, we actually are -- say, in the last -- not even --

9  probably less than ten years, there's been a lot of research

10  on invertivorous birds.  The scientific literature for

11  piscivorous birds is pretty well-established.  Our knowledge

12  of effects levels in invertivorous birds I would characterize

13  as still in its infancy.  We do have some field studies from,

14  in particular, the South River, which is a mercury-

15  contaminated site, that can help to inform, but, again, we

16  have very few definitive studies for invertivorous birds.

17  Q    What are the invertivorous or marsh birds of concern

18  here?

19  A    Well, there were five marsh birds sampled by the Study

20  Panel -- the Nelson's sparrow, the red-winged blackbird, the

21  song sparrow, the swamp sparrow, and the Virginia rail.  The

22  first four are songbirds, and the fifth one, the Virginia

23  rail, we would call a shorebird.

24  Q    And for purposes of assessing risk to those birds, did

25  you look at concentrations of mercury measured by the Study

1    Panel across years and locations?

2    A    Yes, I did.

3    Q    Why?

4    A    Well, for ecological risk assessment, we're trying to

5    estimate impacts on a population, so I think it's important to

6    look at the concentration over time and space that's

7    representative of what those birds are being exposed to.

8    Q    And did the Study Panel themselves look at whether bird

9    blood mercury concentrations were correlated year to year

10   across locations?

11   A    Ah, they did.

12   Q    Let's bring up Defense Exhibit 342.  What is this

13   showing us?

14   A    Ah, this is a plot of the Nelson's sparrow blood

15   concentrations.  Um, so here is micrograms per gram wet

16   weight, which is parts per million, 0 up to 9, and this is

17   time, so they're reporting four years of data, 2007 to 2010.

18        And what they're showing and making a point here is that

19   the different locations within Mendall Marsh are behaving

20   similarly.  There's some scatter here for 2007, but, um, in

21   general, the concentrations of Nelson's sparrow are quite

22   similar within Mendall Marsh.

23   Q    Did you also look at the stable isotope data reported by

24   the Study Panel to assess whether bird populations were

25   separate or one and the same across the study area?

HENRY - DIRECT EXAMINATION/SCHUTZ

1    A    Yes.  In fact, the Study Panel concluded that the -- the

2    marsh birds themselves are probably moving all around within

3    the lower Penobscot River area.

4    Q    Was there one bird that they suggested might have

5    distinct populations in different locations?

6    A    Ah, they did notice that there -- they commented, I

7    think it was a slight geographic trend for the song sparrow.

8    So I went ahead and looked at those data myself and the expert

9    -- in my expert report, and I didn't see evidence that there

10   was a -- a different population.

11        So, again, I felt that the -- taking an average for the

12   blood concentrations for all the data that we have for Mendall

13   Marsh plus W17 was a fair representation of the population for

14   each of those bird species.

15   Q    And did the Study Panel do something similar in Table

16   14-3 of the Phase II Report?  Which I'd like to bring up.

17   A    Yes.

18   Q    So the Study Panel themselves, in assessing whether

19   these bird populations were above the threshold, aggregated

20   all the data for the birds of interest?

21   A    Ah, they did.  So what -- similar to what I'm doing,

22   which is taking a mean blood concentration and comparing it to

23   a threshold using all the marsh data, all the locations are

24   included in this number, as well as all the years, so for

25   Nelson's sparrow, they're reporting a mean concentration of

1    4.98, which is pretty much the same as mine.  My -- my figure,

2    as you will see, includes 2012, so it's slightly different.

3    And the N here is 322, so there's -- their data at this point,

4    not including 2012, included 322 Nelson's sparrows.

5    Q    And can you just walk us through the mean concentrations

6    reported by the Study Panel for the other birds sampled in

7    Mendall Marsh and related marshes?

8    A    Ah, so song sparrow, the mean was 0.73.  The swamp

9    sparrow -- sparrow 1.97.  The red-winged blackbird, 4.07.  And

10   the Virginia rail, 2.24.  And they've also included the

11   American black duck, which I mentioned had a -- a low blood

12   mercury concentration.

13        So two of them -- the red-winged blackbird and the

14   Nelson's sparrow -- both have concentrations of mercury over 4

15   parts per million in blood.

16             MR. SCHUTZ:  Your Honor, this might be a good time

17   to pause.

18             THE COURT:  Okay.  Very good.  We'll take a

19   20-minute break.

20        (Court recessed from 10:15 a.m. to 10:41 a.m.)

21             THE COURT:  Mr. Schutz?

22             MR. SCHUTZ:  Thank you, Your Honor.

23        During the break, I had some -- it was brought to my

24   attention that I neglected to move some exhibits into

25   evidence, and I had the opportunity to share those exhibit

1   numbers with Mr. Bernard, and there's no objection to the

2   following exhibits.

3           THE COURT:  Okay.  These are all defendants'

4   exhibits?

5           MR. SCHUTZ:  Yes, Your Honor.

6           THE COURT:  Okay.

7           MR. SCHUTZ:  Defense Exhibit 342, that was the Carol

8   Kelly e-mail showing Nelson's sparrow blood concentrations

9   over time, Defense Exhibit 808, 1048, 1049, 1050, 1051, and

10  566, which was the Wada paper.

11          THE COURT:  566?

12          MR. SCHUTZ:  Yes.

13          THE COURT:  And there's no objection?

14          MR. BERNARD:  No objection.

15          THE COURT:  Each is admitted.

16          MR. SCHUTZ:  Thank you, Your Honor.

17                  CONTINUED DIRECT EXAMINATION

18  BY MR. SCHUTZ:

19  Q    Dr. Henry, before we press on with insect-eating birds,

20  I just want to make sure the record's clear on a point.  Now,

21  you submitted, along with Mr. Bigham, a proposal to serve as

22  project leader for the Study Panel?

23  A    Ah, yes.

24  Q    And ultimately, that role went to Dr. Bodaly?

25  A    Yes.

HENRY - CONTINUED DIRECT EXAMINATION/SCHUTZ

2770

1   Q     And you were asked to perform a peer-review of the Phase

2   I Report?

3   A     Yes.

4   Q     But, ultimately, you couldn't due to a conflict?

5   A     Yes.

6   Q     Were you asked by the Study Panel to peer-review the

7   Phase II Report?

8   A     No, I was not.

9   Q     So you were asked by Mallinckrodt to review that report?

10  A     Yes.

11  Q     And before the break, we were talking about mean blood

12  concentrations in the marsh birds, Nelson's sparrow and

13  others.  Now I want to move on to discuss the appropriate

14  screening value for purposes of ecological risk assessment.

15        What was the Study Panel's proposed blood mercury

16  screening value for marsh birds?

17  A     They used a screening level of 1.2 parts per million

18  mercury in blood.

19  Q     Did you evaluate that threshold?

20  A     Yes.

21  Q     Do you agree with that proposed screening value?

22  A     No.

23  Q     Why not?

24  A     I felt like it was not recognizing, um, relevant field

25  studies, um, and the data upon which it was -- they were --

HENRY - CONTINUED DIRECT EXAMINATION/SCHUTZ

2771

1    papers were based was not strong enough.  And, finally, a

2    number of the studies discussed in Chapter 2 were pertaining

3    to measurement endpoints that are not relevant to growth,

4    survival, and reproduction.

5    Q    To what extent is there uncertainty concerning mercury

6    effects on migratory songbirds?

7    A    There is a fair degree of uncertainty on mercury effects

8    to migratory songbirds.

9         As I said before, the literature on piscivorous birds is

10   more robust.  The idea that these songbirds could even be

11   impacted by mercury is relatively new information.  A lot of

12   it is stemming from work done on the South River.

13   Q    And on what species of bird has the South River work

14   focused on?

15   A    The South River work has focused on the tree swallow.

16   Q    To what extent is the tree swallow comparable to the

17   birds of concern in Mendall Marsh?

18   A    Well, the tree swallow's actually pretty good.  It's a

19   migratory bird.  One of their other birds that they've looked

20   at is a Carolina wren, which is not a migratory bird.

21        So they're both songbirds.  As I said, the tree

22   swallow's migratory, which is probably more similar to what

23   we're seeing up at Mendall Marsh.

24   Q    And do you propose a screening threshold for assessing

25   ecological risk to the songbirds --

1    A      I do.

2    Q      -- and -- okay.  Let's turn to your proposed threshold,

3    and I'd like to bring up Defense Exhibit 1054.

4            MR. SCHUTZ:  Which I'd like to move into evidence.

5            THE COURT:  Any objection to 1054?

6            MR. BERNARD:  None, Your Honor.

7            THE COURT:  It's admitted.

8    BY MR. SCHUTZ:

9    Q      And this is also Table 1 on Page 13 of your report,

10   Dr. Henry.  Does this table generally follow the same format

11   as the bat table we were looking at earlier?

12   A      Yes, what I'm showing is a summary of effects levels in

13   the tree swallow studies from the South River.

14           Um, the difference here is I've got NOAEL, which you're

15   probably familiar with by now, is the no observed adverse

16   effect level, and then LOAEL, lowest observed adverse effect

17   level.  And here we're talking about blood mercury in terms of

18   part per million.  The comments, again, give more information

19   on, um, the effects that were seen or were not seen.  And then

20   the final column are the references.

21   Q      So you've got four boxes.  Can you walk us through them

22   one by one.

23   A      Sure.  The first two rows are from the Brasso and

24   Cristol study in -- reported in 2008.  This was a study on the

25   South River.  And it spanned two years, 2005 and 2006, and in

1  2005, the mean blood mercury concentration in birds collected

2  from the contaminated portion of the river was 2.29, and for

3  that year, they saw no effect -- basically no reproductive

4  effects, um, and those are listed here.  No effect on the

5  proportion of eggs hatched or survived to produce fledglings,

6  etc.  So I identified that as a no observed adverse effect

7  level.

8      2006, um -- and they speculated it was due to extreme

9  draught conditions, blood mercury concentrations were

10  significantly higher, so 4.14 parts per million.  And in that

11  year, they did see effects on reproductive success, but only

12  for second-year females.  So these are females that are

13  nesting for the first time.  Even at that 4.14 part per

14  million, they did not see impacts on any endpoints for the

15  older birds, the after-second-year females, and even on the

16  second-year females, no effect on the proportion eggs hatched.

17  Because there was some effect reported, I included that 4.14

18  as a lowest observed adverse effect level.

19      The third line is from Hallinger, et al., also looking

20  at tree swallow.  In their study, the mean blood mercury

21  concentration was 2.84.  They reported a minimal effect, about

22  1 percent, on survival.  I consider that to be basically no

23  observed adverse effect.

24      And then the final row, Hallinger and Cristol, again,

25  tree swallow studies from the South River, they're reporting

1    ultimately about a 20 percent reduction in fledglings --

2              THE COURT:  20 percent, fledglings?

3              THE WITNESS:  Sorry.

4    A    20 percent reduction in fledglings per nest.  10 percent

5    reduction in fledging success.  10 percent reduction in the

6    percent of eggs hatched.  So I've included their mean blood

7    mercury concentration, 3.03, as a LOAEL.

8    Q    What threshold for screening risk to marsh birds in

9    Mendall Marsh do you recommend?

10   A    What I've recommended is -- is actually a range.  So I

11   just rounded, so I said 3 to 4.  I said let's use 3 to 4 as a

12   screening level for potential impacts on reproductive success

13   for these songbirds -- marsh birds.

14   Q    How does your threshold compare to the threshold

15   proposed by Professor Sandheinrich in Appendix 2-1 to Chapter

16   2 of the Study Panel's report?

17   A    It's actually consistent.  Dr. Sandheinrich proposed 3

18   parts per million.

19   Q    The question then is how do mercury concentrations in

20   the blood of these birds compare to the threshold, and let's

21   bring up Defense Exhibit 1055.

22             MR. SCHUTZ:  And I'd like to move this exhibit into

23   evidence.

24             THE COURT:  Any objection to 1055?

25             MR. BERNARD:  No.

1          THE COURT:  It's admitted.

2     BY MR. SCHUTZ:

3     Q     Can you orient us to this figure, Dr. Henry?

4     A     This figure is showing the mean blood mercury

5     concentrations for each of the five marsh bird species.  So

6     there's Nelson's sparrow, red-winged blackbird, song sparrow,

7     swamp sparrow, and Virginia rail.

8          And on the vertical axis is blood mercury concentration

9     in parts per million.  And I've drawn across here my range, so

10    from 3 to 4 parts per million.  And what you see here is the

11    blue bar represents the mean concentration, and, again, I

12    included all of the bird data.  So that includes -- well, I

13    didn't include the hatchlings -- adult bird data from all

14    locations in Mendall Marsh and W17 in all years.

15    Q     What do you conclude with respect to risk to Virginia

16    rail?

17    A     Well, this is a screening-level exercise.  So because

18    the Virginia rail concentration is below my level, I conclude

19    that there are no risks to populations of Virginia rail.

20    Q     What do you conclude with respect to risk to swamp

21    sparrow?

22    A     Again, concentrations are below my level of concern.  So

23    I'm concluding that there are no impacts to swamp sparrow

24    populations in Mendall Marsh.

25    Q     What's your view of the risk to song sparrow?

1   A     Again, no risks to song sparrow at Mendall Marsh.

2   Q     Now, Nelson's sparrow and red-winged blackbird

3   concentrations do fall above the top end of your proposed

4   screening range?

5   A     Yes.

6   Q     What does that mean?

7   A     That means that I can't screen them out.  These three

8   species that fall below, we screen out.  If we have an

9   exceedance here, then we move on to the next phase in how we

10  think about ecological risk assessment.

11        So because they've exceeded that, I conclude that I

12  can't screen them out and that it's important to look more

13  closely at the possible impacts to reproductive success for

14  these two species.

15  Q     Being Nelson's sparrow and red-winged blackbird?

16  A     Correct.

17  Q     In your opinion, do we have enough evidence to conclude

18  that there's a significant population-level risk to Nelson's

19  sparrow and red-winged blackbird?

20  A     No.

21  Q     And we'll get back to next steps, but, first, I'd like

22  to ask you some questions about the Study Panel's proposed

23  threshold and explore the reasons for your disagreement with

24  their 1.2 threshold.

25        Now, does the Study Panel explain the basis for their

1   threshold in Section 2.4 of Chapter 2?

2   A     Yes.

3   Q     We can bring up that section of Joint Exhibit 6-2.  And

4   have you reviewed the studies referenced by the Study Panel

5   that they believe support their proposed threshold?

6   A     Yes, I have.

7   Q     The first study that they reference is the Evers 2012

8   paper?

9   A     Yes.

10  Q     Okay.  We'll get back to that.  And the next study that

11  they reference is what?

12  A     Ah, well, the next they reference is the Sandheinrich,

13  which is the Appendix 2-1 to the report, and he concludes that

14  3 ppm was a LOAEL and a threshold concentration -- whoops --

15  sorry -- it was a LOAEL.  He does comment that threshold

16  concentrations could be lower, and if you read the text, he's

17  referring to, um, sublethal or chemical biomarkers.

18  Q     And the next study referenced in Section 2.4?

19  A     The next study is DeSorbo and Evers 2007, which is a

20  report from the Biodiversity Research Institute concerning

21  bald eagle reproductive success in Maine.

22  Q     Is that a published, peer-reviewed study?

23  A     No.

24  Q     Did you assess that study and whether that supports a

25  threshold for insect-eating birds of 1.2?

HENRY - CONTINUED DIRECT EXAMINATION/SCHUTZ

2778

1    A    Ah, yes.  The bald eagles are not insect-eating birds,

2    but I did look at the report to see what the basis was for

3    this statement here in the report.

4    Q    Let's bring up Defense Exhibit 789 section of the

5    report, Figure 4 from the report.

6         What is this showing us?

7    A    Well, this figure is showing eaglet blood mercury

8    concentrations, so the range is from 0 to 1.2 parts per

9    million in blood of little eagles.

10        And the vertical axis is mean five-year productivity,

11   which they define as the number of chicks fledged per occupied

12   territory.  So the dots show the data that they've collected.

13   Q    And just looking at this figure, what is this telling

14   you?

15   A    Well, looking at the figure pretty much looks like a --

16   the definition of a scatter plot.  The dots are covering a

17   wide range of -- of both productivity and eaglet blood

18   concentration, and there's no apparent relationship between

19   the two, if you look at the figure.

20   Q    Do the authors of this paper report statistics

21   concerning whether eaglet blood mercury levels are predictive

22   of five-year productivity?

23   A    Ah, yes, that's in Table 6 of this report.  It's

24   actually on the same page of the report.

25        And as you can see here, there's an asterisk, which

1    shows the data displayed in Figure 4, an R of negative 0.35

2    would translate to an R-squared of about .09 or .1, which rule

3    of thumb is that eaglet blood mercury concentration could

4    explain 9 to 10 percent of the productivity.  Um, that's a

5    very weak relationship.

6    Q    If we can turn to the section of this report that

7    contains recommendations.

8         What do the study authors conclude concerning the extent

9    to which contaminants are limiting bald eagle populations?

10   A    Um, well, they do, of course, include a comment about

11   research priority because it is a research institute, but

12   their ultimate conclusion is there's little indication that

13   contaminants are limiting overall population expansion, and

14   that's for bald eagles in the State of Maine.

15   Q    Let's go back to the section of the Phase II Report, we

16   were discussing Section 2.4, and move on to the next reference

17   study.

18        What is the next study?

19   A    Ah, the next study in the paragraph is Ackerman, et al.,

20   2012.  They were looking at California clapper rail in San

21   Francisco bay, um, and it's referencing a body condition

22   negatively affected at this particular blood mercury range.

23        Body condition in this case refers to body mass, and the

24   paper reported a decrease of about 5 to 7 percent in body mass

25   for the clapper rail over this range.

1    Q     Do the authors suggest anything concerning the

2    connection between that decrease in body mass and reproductive

3    success?

4    A     Ah, no.  I mean, they suggested -- there's speculation,

5    but there's really no information that would suggest a 5 to

6    7 percent decrease in body mass would affect reproduction or

7    the population of the clapper rail.

8    Q     And what's the next paper referenced by the Study Panel?

9    A     Ackerman, et al., 2008b was looking at hatchling terns

10   also in San Francisco bay.  If you look at the paper, they're

11   finding no effect of mercury on survival at 6.4 part per

12   million in feathers.  This actually should read 0.33 part per

13   million in blood.  So they're finding no effect at .3 part per

14   million in blood.

15   Q     So there's a misprint, then, in the text of this

16   section?

17   A     Yes, I believe there is.

18   Q     The 6.44 in blood should be?

19   A     0.33.

20   Q     And what's the significance of that paper, if any?

21   A     Um, it's not relevant for setting an effects level.

22   Q     The next paper referenced by the Study Panel in this

23   section is the Franceschini paper of 2009?

24   A     Ah, yes, she was looking at, um, concentrations of

25   corticosterone, which is another hormone that you can actually

1   measure in blood.  She is reporting a difference in baseline

2   concentrations.  Again, the connection between that and

3   growth, survival, and reproduction has not been demonstrated.

4          So for the purpose of setting an effects level that's

5   relevant to growth, survival, and reproduction, this paper is

6   not relevant.

7   Q     The authors of this section also refer to a number of

8   other studies documenting effects on birds, but do they say

9   what types of effects?

10  A     Ah, they don't in this statement here.

11  Q     Did you look at other studies concerning effects on

12  birds as a result of mercury exposure?

13  A     Yes.

14  Q     What kinds of other effects are documented in the range

15  suggested by the Study Panel?

16  A     Um, in the range suggested by the Study Panel, we're

17  primarily looking at chemical biomarkers.  As I've said

18  before, those are not used in ecological risk assessment for

19  setting effects thresholds or for remediation targets.

20  Q     Are academic researchers interested in chemical

21  biomarkers?

22  A     Oh, absolutely.  I mean, it's a very interesting area of

23  research.  It's a lot easier to measure concentrations in

24  blood than going out and measuring reproductive success.

25         If you could actually make a link, it might be useful at

1    some point.  I think what's challenging is, like any field,

2    there's a disconnect between what's going on in the research

3    laboratories and what's needed in an applied situation.  So

4    the one venue where I can see there's some overlap or -- or

5    opportunity for discussion is at the Society for Environmental

6    Toxicology and Chemistry.

7         But what I found in ecological risk assessment is, um,

8    in order to make decisions, we actually need some -- we need

9    solid information, and much of the academic research that's

10   going on is of great interest and some of it's applicable, but

11   much of it is not.

12   Q    Let me just ask you to comment on the final paper, the

13   McKay and Mayer paper, assessing how mercury exposure might

14   affect singing of Nelson's sparrows.

15   A    Yeah, this was -- it's an interesting study because it

16   was in Mendall Marsh, but it's got Nelson's sparrows, um, and

17   it references aberrations in singing behavior, which, again,

18   is not an effect on growth, survival, or reproduction, and the

19   authors themselves recommend if you were to understand how

20   that might affect reproduction, you'd actually need to do some

21   field studies.

22   Q    Now, the final reference at the bottom is, again, Evers

23   2012?

24   A    Yes.

25   Q    And Dr. Evers was here and testified concerning his

1   proposed threshold of 1.2 parts per million.  What's the basis

2   for his threshold?

3   A     He primarily based his threshold on a paper, um, we

4   sometimes call the Carolina wren paper or Jackson, et al.,

5   it's a paper that was published in 2011 by Allyson Jackson,

6   who's at the Biodiversity Research Institute.  Dr. Evers was

7   also a coauthor, and it was research conducted at the South

8   River in Virginia.

9   Q     Prior to this case, were you familiar with that paper?

10  A     Yes.

11  Q     Has that paper been brought to the attention of federal

12  or state regulators at sites at which you've been involved?

13  A     Yes.

14  Q     What's the response?

15  A     Um, it's not being used to set screening thresholds or

16  remedial targets at the sites I'm involved in.

17  Q     And have you evaluated that paper?

18  A     Yes.

19  Q     Did you also obtain the raw data underlying that paper?

20  A     Yes.  I think I've been the first person who's

21  independently evaluated the data from that paper.

22  Q     And this was data obtained under subpoena from

23  Dr. Evers?

24  A     Yes.

25  Q     What was the objective of the Carolina wren study?

1  A      The Carolina wren study was attempting to correlate

2  mercury concentrations with impacts on nesting success of the

3  Carolina wren, and nesting success is defined as the ability

4  to fledge one young per nest.

5  Q      What was the study design?

6  A      Ah, the study design was looking at nests of the

7  Carolina wren in portions of the river that were upstream of

8  the mercury source and downstream of the mercury source, um,

9  documenting nest success, that is, whether the nests succeeded

10  or failed, over a -- um, actually, a four-year time period.

11  Q      And how many years of study were involved?

12  A      They studied the nests from 2007 to 2010, so a total of

13  four years.

14  Q      First of all, how did nest success at higher mercury --

15  higher mercury levels compare with nest success at lower

16  mercury levels?

17  A      Well, for the first three years of the study, so 2007 to

18  2009, the nest success was identical between upstream and

19  downstream portions of the site.

20       In 2010, they did see an impact of -- well, actually,

21  they did see lowered nest success in downstream portions

22  compared to upstream portions.

23  Q      So in 2007 and 2008, how many nests did they assess

24  compared to the number of nests they assessed in 2010?

25  A      Ah, well, I was referring to 2007 to 2009, ah, so for

1   those three years, they -- it was a total of 44 nests.  So the

2   same number of nests they evaluated in 2010.

3   Q    And was nest success over the first three years of the

4   study any different than nest success in 2010?

5   A    Um --

6   Q    Between treatment groups?

7   A    Well, between 2007 and 2009, there was no difference

8   upstream and downstream, and then in 2010, there was decreased

9   nest success downstream.

10  Q    What's the significance of that?

11  A    Well, I think it speaks to the variability of the

12  system, um, and that it's hard to use just one year's worth of

13  data to actually set thresholds.

14  Q    Let me move on to another point concerning the study.

15       Did the authors assess the extent to which the nests

16  were subject to predation as a result of mercury exposure?

17  A    Yes, actually, that was one of the bigger points of

18  their study.  They used a model called MCestimate, and the

19  advantage of this model over other more, um, widely-used

20  models is that it can distinguish statistically between

21  different outcomes.  So it can distinguish between --

22  statistically between nests that fail due to abandonment and

23  nests that fail due to predation.  So that was an important

24  part of their study.

25  Q    And what did the authors of that paper conclude

1  concerning predation and its connection to mercury exposure?

2  A    They concluded that predation rates were the same

3  upstream and downstream, and what that means is that mercury

4  concentrations in blood had nothing to do with predation.

5  Q    And in straightforward terms, predation would include

6  such things as what?

7  A    Predation would include such things as snakes or possums

8  or bears cannibalizing the nest.

9  Q    Why is predation important for purposes of assessing the

10 Jackson paper?

11 A    Well, it's very important because their study -- well,

12 let me back up.

13      Their -- the keystone of their study, and which is what

14 Dr. Evers is referring to, is a relationship between

15 reductions in nest success and mercury concentration in blood,

16 and so the data set that they used to come up with that

17 relationship was only 2010 data, and it included predated

18 nests for predated nests only in the downstream section.

19      So what -- and because their own modeling has shown that

20 predation has nothing to do with contamination, they have

21 basically weighted the findings in favor of saying that

22 mercury contamination is reducing nest success.  It's an

23 inappropriate inclusion of data in their analysis.

24 Q    And the downstream area is the area where the birds had

25 higher measured mercury concentrations?

1    A    That's correct.

2    Q    Let's bring up Defense Exhibit 1062.

3         And is this a figure out of your supplemental report,

4    Dr. Henry?

5    A    Yes.

6    Q    Figure 1 out of supplemental report, Joint Exhibit 54.

7         Can you orient us first to these tables, these figures?

8    A    The -- um, the two figures are both set up the same way,

9    so there's female blood concentration across the X axis that

10   runs from 0 up to, in this case, 4, and, in this case, 3.5

11   part per million.

12        On the Y axis, or the vertical axis, it's showing nest

13   fate.  And so if you have a 0, it means the nest failed, and

14   if you have a 1, it means the nest fledged at least one

15   fledging.  So that would be success.  So 0 is failure; 1 is

16   success.

17        The blue diamonds are the upstream location, and the red

18   squares are the downstream location.

19   Q    So if we can just bring up the top table.  What is that

20   showing?

21   A    Well, what's included in this figure are the data points

22   that the Jackson, et al., included in their analysis, and you

23   can see there's two failed nests upstream, and there's

24   actually eight failed nests downstream.

25   Q    And this, then, is the basis for the modelled outcomes

1    to which Dr. Evers testified?

2    A    That's correct.  They modeled outcomes over this range

3    of mercury concentrations.  In fact, they modeled -- they

4    extrapolated beyond this mercury concentration.

5    Q    So the modeled outcomes in that paper rely on a total of

6    ten nest failures in one year in one study?

7    A    Yes.

8    Q    And let's go to B, the lower figure.  What's the

9    difference between this one and -- this one, B, and A, that we

10   were just looking at?

11   A    Well, this illustrates the point I was making before.

12   Um, this is where I've removed the predated nests, so now it

13   -- there is two failed nests upstream and four failed nests

14   downstream.

15        Um, in the previous figure, there were eight failed

16   nests because it included the four predated nests, which the

17   group had already determined had nothing to do with location

18   or mercury contamination.

19        So you can see in this figure the difference between

20   upstream and downstream is two nests.  The occurrence of nest

21   failures is pretty constant over that mercury concentration

22   range.  You've got two at concentrations less than .5 part per

23   million, and then one failure roughly about every 1 part per

24   million as you go up.

25   Q    And what's the significance of the intervals between

1    nest successes and nest fails?

2    A    Well, I think conceptually if -- if you're expecting to

3    see increased nest failure with increasing mercury

4    concentrations, you would anticipate seeing more failed nests

5    at the upper range than you would at the lower range, and

6    that's not what we see when we look at the actual data.

7    Q    So the actual difference in looking at the raw data

8    between the lower mercury nests or birds upstream and the

9    higher-mercury birds downstream is two nests?

10   A    Right.  There's a difference of two nests between their

11   two locations.

12   Q    Does that give you concerns about setting a screening

13   threshold for the study area based on this paper?

14   A    Yes.

15   Q    Can you explain?

16   A    Sure.  This is a research project.  They've made an

17   attempt to get at the possible impacts of mercury, but what

18   we're talking about here is a very limited data set, which

19   I've explained I think the data have been handled

20   inappropriately, and we're looking at a difference of two

21   nests between upstream and downstream locations.

22        So that data -- that data set and this paper itself is

23   not sufficient for setting effects thresholds or remediation

24   targets for contaminated sediment sites.

25   Q    Did you also assess whether the authors of the Jackson

1   paper appropriately examined confounding factors?

2   A    I did.

3   Q    What is a confounding factor?

4   A    A confounding factor is the -- is the possibility of

5   another variable having an effect on the outcome of a test or

6   an observation.

7   Q    Is it important to consider confounding factors when

8   doing research of this type?

9   A    Absolutely.  The -- in fact, the majority of the nest

10  success literature is documenting confounding -- is

11  documenting variables that impact nest success, such as

12  habitat, temperature, wind events, that sort of thing.

13  Q    Is habitat a factor that may affect nest success?

14  A    Yes, that's well-documented in the literature, that

15  habitat, for example, shade, orientation, type of vegetation,

16  all of these factors impact nest success.

17  Q    In the text of the Jackson paper, is there any evidence

18  that the authors considered habitat in assessing nest success?

19  A    No.

20  Q    How many times have you read this paper?

21  A    I can't even count.

22  Q    Is there any evidence in the data that Dr. Evers

23  provided in response to the subpoena that habitat was

24  considered by the authors in assessing the likelihood of nest

25  success?

1    A      No, we had asked for additional field data, which is

2    pretty common for a field experiment, and usually for that,

3    one would expect, if you're documenting nest success, that you

4    have some notes on the nests, and these kind of factors would

5    be relevant to interpreting the data.

6          But apparently there -- according to Dr. Evers, no field

7    notes and nothing in what he presented to us, um, provided any

8    more information that they might have evaluated confounding

9    factors.

10   Q      And were GPS coordinates for each nest requested?

11   A      Yes.

12   Q      Was that provided?

13   A      No, apparently he didn't have that information.

14   Q      Is nest cavity type also known to affect nest success?

15   A      Ah, yes, it is.

16   Q      And what's meant by a nest cavity?

17   A      Well, the tree swallow actually nests within cavities,

18   so it can nest --

19   Q      Did you mean the Carolina wren?

20   A      Sorry.  The Carolina wren nest within cavities, like

21   inside a hole in a tree, and because it can be hard to find

22   those natural cavities, researchers will use artificial

23   cavities, so they'll put out tubes or boxes that basically

24   provide a cavity for the wren to nest in.

25          And there have been studies that look at whether that's

HENRY - CONTINUED DIRECT EXAMINATION/SCHUTZ

2792

1    actually a confounding factor.  So, for example, if nest

2    success is better in natural cavities than in artificial

3    cavities, that would be a confounding factor.

4         In this particular study, the first three years of the

5    study were all artificial cavities.  So, in effect, the type

6    of cavity as a confounding variable was controlled.  In 2010,

7    again, that's the one year on which the data analysis was

8    based, there was a mixture of natural and artificial cavities

9    with a larger number of natural cavities in the upstream,

10   uncontaminated portion of the system

11   Q    And did you assess whether cavity type is a confounding

12   factor?

13   A    Ah, yes.

14   Q    What did you find?

15   A    Well, what I did is I said if you -- well, one of the

16   challenges here is not only did they have natural and

17   artificial cavities, they had two types of artificial

18   cavities, boxes and tubes, and with a small data set, like

19   they have, if you start splitting it out into subsets in order

20   to evaluate it, you lose the strength of being able to

21   determine if there is a relationship or if there is actually a

22   confounding variable.

23        So when I combined the box and tube together to make one

24   artificial cavity type, I found that that actually does have

25   -- it makes cavity type as important as location in a good

1   portion of the data set.

2   Q     And when you say it makes cavity type as important as

3   location, does that effectively mean as important as mercury

4   concentration?

5   A     That's correct.

6   Q     Because the locations were downstream versus upstream?

7   A     Yes.

8   Q     And upstream had lower mercury than downstream?

9   A     That's right.

10  Q     I think you mentioned this, but just to restate, nest

11  success is defined how as used in the Jackson paper?

12  A     Ah, nest success is defined as one fledged bird per

13  nest.

14  Q     And are there alternative measures of reproduction in

15  birds to nest success?

16  A     Yes.  In a lot of the bird studies and in the -- the

17  tree swallow studies that I referenced in my table in my

18  expert report, um, there are other measurements that we look

19  at.

20        So, for example, the number of eggs laid, the number of

21  eggs hatched, the number of fledglings fledged per nest

22  because you can have one nest that fledges one bird, another

23  nest that fledges four birds, and that's extremely valuable

24  information if you're actually trying to understand potential

25  impacts to a population.

1       And then one other factor is that birds often re-nest.

2   So, um, kind of the gold standard is, how many birds are

3   fledged per female per season?  So those are all different

4   measures of reproductive success that are used in the avian

5   literature.

6   Q    Are there limitations on using nest success as defined

7   and as used by the authors of the Jackson paper as a proxy for

8   the health of a population of birds?

9   A    Ah, yes, there -- there actually has been some

10  discussion about that, and I've referenced that in my report.

11      But, in general, if you -- if you want a true measure of

12  a population, you would bring into consideration other

13  factors, such as those I just mentioned, so the -- the

14  re-nesting, for example, and like I said, the gold standard's

15  really the number of birds fledged per season per female.

16  Q    So would it be accurate to say that a measure of nest

17  success is directly a measure of population?

18  A    No, not -- not directly.  I think it's one factor that

19  could be considered, but it's not -- it's -- it's difficult to

20  extrapolate from nest success to population, and a lot of

21  times, nest success underestimates actual population

22  production.

23  Q    Dr. Henry, what's the bottom line on the Jackson study

24  and the 1.2 part per million threshold suggested based on that

25  study, in your view?

1    A     Ah, the Jackson, et al., study is not ready for prime

2    time.  I mean, it's not -- the -- the robustness of the

3    findings, the size of the data set, ah, they're just not

4    strong enough for us to use in making decisions at

5    contaminated sediment sites.

6               MR. SCHUTZ:  Your Honor, for a more detailed

7    discussion of Dr. Henry's review of this paper, I'd refer the

8    court to Joint Exhibit 54.

9               THE COURT:  All right.  Thank you.

10   BY MR. SCHUTZ:

11   Q     Let's turn back to Defense Exhibit 1055.  This is the

12   figure we were discussing earlier that showed blood mercury

13   concentrations in two birds above your threshold.

14         Again, should we assume adverse effects to these

15   populations of birds because they exceed the screening

16   threshold you suggest?

17   A     No.  The -- the three birds that don't exceed the

18   threshold we screen out as part of a screening risk

19   assessment.

20         The two that do exceed means that we can't screen them

21   out, and we need to go to the next step of a risk assessment.

22   So there's a possibility of impacts to reproductive success on

23   two bird species at Penobscot.

24   Q     What's the next step, in your view?

25   A     I am recommending field study, in particular, focused on

1    the Nelson's sparrow, which is an obligate marsh feeder, and I

2    think with this information, we would be able to understand

3    whether or not there actually is an impact to reproduction for

4    the Nelson's sparrow in the marsh, and if there is, the

5    magnitude of that.

6    Q     What would that tell us for purposes of making a

7    decision on potential remediation?

8    A     This is the -- the sort of vital information that

9    engineers need when they're starting to consider what to do at

10   a -- at a contaminated sediment site.

11   Q     What would such a study involve?

12   A     Well, I think it would involve a number of the --

13   measurement of a number of the endpoints that I mentioned

14   before -- eggs hatched, etc.  There's -- actually, there's an

15   ongoing research program right now in the State of Maine --

16   actually, it's a multistate program from Maine down to

17   Delaware called the Saltmarsh Habitat Avian Reproduction

18   Program, it's run out of the University of Maine at Orono.

19   Tom Hodgman with Maine Inland Fisheries and Wildlife is

20   involved.

21        The neat thing about this program is that it's actually

22   funded through Global Climate Change funding sources, so

23   they're looking at the impact of sea level rise on tidal marsh

24   birds.  You can imagine that in a tidal marsh, if you're

25   actually increasing your -- the sea -- the elevation of the

1    water, you can impact nest success.  They've been running this

2    program since 2011, and one of the intensive study sites is

3    Scarborough Marsh, which has been used as a reference area by

4    the Study Panel.

5        I think it would be just a fantastic program to get

6    involved with because you've got researchers who are, um,

7    already evaluating tidal marsh bird reproductive success in

8    populations.  You've got standardized techniques.  You've got

9    people working on this project from multiple state agencies,

10   as well as academics.  So it's really -- it's a perfect fit

11   for this sort of thing.

12       I think the challenge -- there's a lot of challenges to

13   doing field studies, and I think with the background provided

14   by SHARP, we've really got a great context to understand,

15   conduct, and interpret any studies in Mendall Marsh.

16   Q    Why were Nelson's sparrows originally selected as a bird

17   to monitor?

18   A    My understanding is that the Study Panel selected

19   Nelson's sparrow because there were so many of them in Mendall

20   Marsh.  Ah, Mendall Marsh is a state wildlife management area.

21   It's a valuable ecological resource.  Um, there's a lot of

22   birds there.  It's on the Maine Birding Trail.  So it's --

23   it's just a tremendous resource right now, a functioning

24   resource.

25   Q    And has the Study Panel sampled approximately 325

1    Nelson's sparrows in that location over time?

2    A     Yes, and, in fact, I think it's even more at this point

3    with the 2012 data, but, yes.

4    Q     Have field studies to assess effects of mercury on birds

5    been conducted at other contaminated sites to inform remedial

6    decision-making?

7    A     Um, the South River studies were conducted, but that was

8    more in the context of natural resource damage assessment.

9    So, no, I think for -- in terms of remediation, they're not

10   normally recommended.

11          Um, I think in this case, because of the uncertainty

12   where these -- with the invertivorous bird populations and

13   because we're looking at a large, complicated, you know,

14   hydrodynamically-complex site with existing resources that are

15   providing tremendous ecological function, it's really

16   incumbent upon us to understand what's going on with the

17   birds, basically to reduce our uncertainty about whether or

18   not there are impacts to these birds.

19   Q     Have field studies of birds in the Housatonic area or

20   Housatonic River and on the Tittabawassee River been conducted

21   to assess the impact of contaminants on bird populations in

22   those locations?

23   A     Yeah, there's -- there's a couple papers.  One is on the

24   Housatonic, which is a PCB site, there's a study similar to

25   what I'm recommending that was done for robin productivity.

1        There's another set of studies done on the

2   Tittabawassee, where dioxins were of primary concern.

3        So there definitely have been contaminated sites where

4   studies have been done -- ecotoxicological studies have been

5   done to look at basically population productivity,

6   reproductive success.

7   Q    Some concern's been expressed at this trial that such a

8   study might not yield totally definitive results.

9        What's your thought on the subject?

10  A    I think that's valuable information.  If -- if we've got

11  a study that's using state-of-the-art techniques, top

12  researchers, for example, with this SHARP program I'm -- I'm

13  discussing with you, and we don't find -- we can't depict --

14  we can't define any impacts to reproductive successor

15  populations, that's valuable information in terms of deciding

16  if anything needs to be done at a site.

17       I mean, we work with the best information we have, so I

18  think that, you know, conclusions that are not definitive are

19  conclusions.

20  Q    Let's move to the next area of your testimony, which is

21  the relationship between total mercury, methylmercury, and

22  mercury levels in -- in birds and mammals.

23       Let me ask you briefly, what factors go into whether

24  total mercury is methylated and, therefore, bioavailable?

25  A    Um, total mercury is methylated in the environment by

1    sulfate-reducing bacteria.  That was my original research, and

2    there's actually a lot of factors that go into that, which is

3    what makes it complicated and difficult to predict.

4         So some of those factors would include oxygen

5    concentrations, sulfur or sulfide concentrations, organic

6    carbon concentrations, temperature -- basically anything that

7    is affecting, um, the speciation of inorganic mercury, so how

8    inorganic mercury is -- is available, and anything that's

9    impacting the activity of the bacteria that actually methylate

10   mercury.

11   Q    And what factors affect whether methylmercury makes its

12   way up the food chain to, for example, marsh birds of concern?

13   A    There are a number of factors there, too, as well.  Ah,

14   one of them is if the methylmercury that's been produced in

15   sediment is dissolved into pore water, is available that way,

16   it makes its way into the bottom of the food chain.

17        Um, in a water system, an aquatic system through

18   plankton, absorbed into plankton, and then being consumed by

19   zooplankton, fish that eat zooplankton, etc.

20        In a sediment system would get into worms, for example,

21   or amphipods, like little shrimp-like creatures that live on

22   the surface of the sediment, and then that can move up through

23   the trophic levels in a food chain.

24        It's extremely variable because the populations of each

25   of those species change over time, say, within a season, um,

1   and so what a bird eats at any particular time may change.

2   But there's definitely a lot of factors, both between total

3   mercury in sediment and methylmercury in sediment, and then

4   methylmercury in sediment and methylmercury in ecological

5   receptors.

6   Q    Let's bring up some text from the Study Panel's report,

7   Chapter 14, Page 14-4.

8        I want to ask you to comment on the factors affecting

9   mercury methylation and bioaccumulation identified by the

10  Study Panel in this paragraph right above the methods section

11  on Page 14-4.

12  A    Um, yeah, they have included factors even beyond the

13  ones that I've mentioned -- um, temperature, rainfall,

14  freshwater outflow, food chain length, feeding patterns.  I

15  agree all of those have an impact on the ultimate

16  concentration of mercury in birds and mammals.

17  Q    And the Study Panel states -- states trends in mercury

18  in biota may be different from those in sediments.  What's

19  your view?

20  A    I agree with that statement.

21  Q    Did you look at the Study Panel's own data on mercury

22  levels in birds over time?

23  A    Yes, I did.

24  Q    Does the Study Panel's own data on mercury levels in

25  birds over time support the notion that there's a one-to-one

HENRY - CONTINUED DIRECT EXAMINATION/SCHUTZ

2802

1    relationship between total mercury in sediment and mercury

2    levels in birds?

3    A      No, there's actually an -- even within the four or five

4    years that they monitored, there's a tremendous amount of

5    variability from year to year in blood mercury concentrations.

6    Q      Let's --

7    A      And, of course, that's over a time frame where total

8    mercury concentration in sediment probably hasn't changed

9    enough to account for that.

10   Q      Let's bring up Defense Exhibit 342, which is already in

11   evidence.  What's the significance of this plot in

12   understanding the relationship between mercury levels -- total

13   mercury levels in sediment and mercury levels in birds?

14   A      Well, in the period presented here, so it's 2007 to

15   2010, the total mercury concentrations in Mendall Marsh are

16   unlikely to have changed significantly.

17          And what you see here is just a tremendous amount of

18   variability from up to, you know, 7 to 8 parts per million in

19   2007 to 2 to 3 parts per million in 2009.  I mean, if we --

20   if, for example, we'd done a remedy here and we collected data

21   to here, I would say, boy, we've -- we've just had a great

22   effect on it.

23          But this is -- this is representing the natural

24   variability in blood concentrations for these birds.

25   Q      So even without changing the total mercury level in the

1    sediment, how did blood mercury levels in Nelson's sparrows

2    respond from 2007 to 2009?

3    A    Um, they can change over -- by a factor of 2 to 3 or

4    more from year to year.

5    Q    Now, the Study Panel has suggested that we should assume

6    direct proportionality between total mercury levels in

7    sediment and mercury levels in biota.  What's your reaction?

8    A    I think that's, um, overly simplistic and not evident in

9    the data.

10   Q    The Study Panel's also referred to mesoism (sic) studies

11   by Orihel.  Are you familiar with those studies?

12   A    Ah, yes.  Those were studies that were done -- I think I

13   mentioned before that a number of the mercury scientists on

14   the Study Panel have worked a lot in pristine systems on the

15   issue of atmospheric deposition.

16        So the Orihel studies were looking at if you add mercury

17   in rainfall to a small portion of a lake, that mercury in

18   rainfall, does it show up in the fish?  And the answer is yes.

19   Um, in fact, it -- it was actually pretty convincing that

20   mercury falling onto a system is pretty quickly available and

21   incorporated into the food chain.

22        So, unfortunately, that's not relative to contaminated

23   site assessment.

24   Q    Why not?

25   A    Because here we're looking at sediment that's -- well,

1    legacy sediment.  One of the questions, though, that we've had

2    -- and I've had with other mercury scientists -- is even at a

3    -- a contaminated site, where there is legacy concentrations,

4    it's possible, given the findings of Orihel, that mercury that

5    is continuing to fall onto a watershed is likely probably more

6    bioavailable than mercury that's been in the system for a long

7    time, which is similar to -- I mean, that's the same as what

8    Dr. Gilmour had said previously.

9    Q    If the assumed one-to-one relationship between total

10   mercury and methylmercury and methylmercury and mercury levels

11   in birds is not well-founded, what effect does that have going

12   forward?

13   A    Well, I think because it's difficult to predict

14   concentrations in biota based on concentrations in sediment,

15   it then becomes difficult to design a remedial program, and

16   you may end up, if you made that very simple assumption, you

17   may end up doing a tremendous amount of work over a long

18   period of time and find that your mercury concentrations in

19   biota have not changed significantly.  Or if they do change,

20   are changing over a period of time equivalent to natural

21   recovery.

22        So I think the challenge here, you know, unlike

23   emissions controls, is that every action we take in the

24   environment has potential negative consequences.

25        So that's one reason why we focus so much on risk

1    assessment.

2    Q    Let's turn to the final subject matter that you're

3    addressing, which is SediMite, activated carbon.

4         Prior to this case, were you familiar with SediMite?

5    A    Ah, yes, I was.

6    Q    And SediMite, again, is a formulation of activated

7    carbon?

8    A    Ah, yes, SediMite is -- was actually developed by

9    Dr. Menzie and Dr. Ghosh.  Dr. Menzie joined E$^x$ponent when I

10   was still at E$^x$ponent, so he was quite excited about it

11   because they had some very good results for PCB -- PCB sites,

12   and he had asked me if I thought it might be applicable to

13   mercury.

14        So first thing I did actually was call Dr. Gilmour and

15   see what she thought.  So, yeah, I've been familiar with

16   SediMite for a number of years.

17   Q    And after you called Dr. Gilmour to discuss SediMite

18   with her, did it sort of take off on her end?

19   A    Ah, yeah, yeah, I think she brings some good, you know,

20   mercury research skills to that question.

21   Q    Are you aware of any sites where -- in addition to the

22   Penobscot, where SediMite's been pilot-tested?

23   A    Ah, yes, it's --

24   Q    For mercury.

25   A    For mercury, I would say.  Yeah, it's definitely been

HENRY - CONTINUED DIRECT EXAMINATION/SCHUTZ

2806

1    tested for PCBs successfully.

2        For mercury, there has been an activated carbon

3    application at the South River, um, that hasn't really worked.

4    There's -- Dow is doing a pilot study right now with SediMite

5    in a marsh.

6    Q    Are you the coauthor of an abstract submitted for an

7    upcoming scientific conference to present the results of some

8    of that testing?

9    A    Yes.

10   Q    And that's Defense Exhibit 1228.

11           MR. SCHUTZ:  Which I'd like to offer into evidence.

12           THE COURT:  Any objection to 1228?

13           MR. BERNARD:  This is the one we received just the

14   other night, Mr. Schutz?

15           MR. SCHUTZ:  Yes.  And --

16           MR. BERNARD:  Well, I'd just like to know, Your

17   Honor, whether it was available previous to that.  If it

18   wasn't, then I have no objection.

19           MR. TALBERT:  Your Honor, it was not publicly

20   available prior to that.

21           MR. BERNARD:  No objection.

22           THE COURT:  1228's admitted.

23   BY MR. SCHUTZ:

24   Q    Dr. Henry, in this case, are you offering opinions on

25   the efficacy of activated carbon as a mercury remediation

HENRY - CONTINUED DIRECT EXAMINATION/SCHUTZ

1    technique?

2    A    Ah, no, I am not.

3    Q    What are you offering opinions on with regard to

4    SediMite?

5    A    My opinion concerns the potential for adverse effects of

6    SediMite or other amendments to a marsh setting.

7    Q    What are those potential adverse effects?

8    A    Well, anytime we add something to the environment,

9    there's a potential for adverse effects.  So activated carbon,

10   which is the -- the active ingredient of SediMite, one reason

11   it's -- there's so much focus on it, it's a very powerful,

12   let's say, chemical.  Um, it's known to bind very strongly to

13   organic contaminants.  It can also bind metals, trace metals,

14   nutrients.  So there has been concern about adding that to the

15   environment.

16        Um, there's a study by Janssen and Beckingham, which I

17   referenced in my report, where they did a literature review

18   and found that 20 percent of the papers they reviewed had

19   reported some adverse impacts.  Um, probably most of them were

20   more to the benthic invertebrate community, so basically the

21   base of the food web in a marsh.  They could impact the growth

22   of those organisms.

23        It's also a black -- activated carbon is like a -- a

24   fine, black, silty material, which coats the surface of the

25   marsh, so it would have possible physical impacts on plant

1    material, temperature, etc.

2    Q    In your judgment, should the court order further

3    pilot-testing of SediMite at this time?

4    A    I think right now we are still in the risk --

5    risk-evaluation stage.  The only issue that we see in the

6    marsh is the potential for impacts to birds, and -- and of

7    that, just the two birds, Nelson's sparrow and red-winged

8    blackbird.

9        So what I've -- and this is from -- should I introduce

10   this figure?

11   Q    Yeah.  I've just brought up Defense Exhibit 1090 for

12   your reference.

13   A    Ah, this is a summary of EPA's ecological risk

14   assessment process.  So the screening level is the comparison

15   to thresholds, and then as you move into a baseline ecological

16   risk assessment, you can see that it includes, if needed,

17   design and conduct of population and community studies.

18       So I think we are at this phase here, and we are not at

19   a risk management phase, which is the step that precedes

20   consideration of remediation.

21   Q    Couldn't we pursue pilot-testing of something like

22   SediMite concurrently with investigation of population or

23   community-level effects on birds in the marsh?

24   A    I think in terms of sequence of our understanding, I

25   would say no.

HENRY - CONTINUED DIRECT EXAMINATION/SCHUTZ

1        The other issue is I believe that would be working at

2   cross-purposes.  The study, such as the one I'm suggesting is,

3   you know, fairly intensive.  Um, the SHARP describes an

4   intensive field monitoring program.  And I think if we're also

5   out on the marsh actually affecting the marsh with heavy

6   equipment or a whole other sampling effort, we would

7   compromise the field study of reproductive success.

8   Q    What's your recommendation, Dr. Henry, on next steps at

9   this time?

10  A    At this time, I'm strongly recommending field study with

11  the Nelson's sparrow in particular.  It's an obligate marsh

12  feeder, and I think that's going to provide valuable

13  information for consideration of -- if -- if and what would

14  need to be done at the Penobscot River.

15  Q    Are we in a position now to make a decision on

16  remediation without understanding the existence, magnitude, or

17  severity of possible harm to the birds in the marsh?

18  A    No.  I think there's -- there's so much uncertainty at

19  this point, that we really need to nail that down.

20       And just to put it in context, if we were talking about

21  a small site where, um, risks were possible, but there was

22  some uncertainty there, but the site was small and a remedial

23  action was obvious, then a lot of times in that context,

24  action can be taken.

25       At the Penobscot River, we're talking about a large,

1    complex, both hydrodynamically and biogeochemically large,

2    complex system with a functioning resource of Mendall Marsh

3    that is extremely valuable.

4        So I think at this point, we've really got to nail down

5    whether or not there are risks to these birds.  That

6    information then goes into making a determination as to what

7    to do next.

8             MR. SCHUTZ:  Thank you very much.

9             THE COURT:  Cross-examination, Mr. Bernard?

10                        CROSS-EXAMINATION

11   BY MR. BERNARD:

12   Q    Have you ever designed a toxicity study for birds?

13   A    Ah, no, I haven't.

14   Q    Have you ever conducted a field study relating to the

15   toxicity of mercury for birds --

16   A    Ah --

17   Q    -- mercury on birds?

18   A    Yeah, no, I haven't.  I'm familiar with the literature,

19   and that is -- I think that's important in terms of ecological

20   risk in terms of being able to understand what's required to

21   do for a field study.

22   Q    Have you ever conducted a laboratory study related to

23   the toxicity of mercury to birds?

24   A    No, although that information is very important when we

25   do ecological risk assessment.  So as I've mentioned before,

1    what we do is we take information from field studies and from

2    laboratory studies and determine if that information is

3    relevant for decision-making at contaminated sediment sites.

4    Q    You don't consider yourself to be a wildlife researcher;

5    is that correct?

6    A    No, I don't.

7    Q    You haven't published any article on the effects of

8    mercury on birds or mammals; is that correct?

9    A    That's correct.  I've read a lot of those articles, um,

10   in terms of ecological risk assessment, but I don't do that

11   myself.

12   Q    Now, the Study Panel set thresholds for toxicity to

13   birds; is that correct?

14   A    Yes, they did.

15   Q    And among other things, they relied on the advice of

16   Dr. Evers?

17   A    Yes.

18   Q    Okay.  Do you agree that Dr. Evers is a respected

19   scientist?

20   A    Yes.

21   Q    Okay.  Do you yourself respect his work?

22   A    Yes.

23   Q    Okay.  And he's a wildlife researcher; is that correct?

24   A    Yes, he is.

25   Q    And he's designed field studies to assess the toxicity

HENRY CROSS-EXAMINATION/BERNARD

2812

1   of mercury to various avian species?

2   A      Um, he has.  He's -- he's not really worked much in the

3   field of contaminated sediments, but he has designed studies

4   to look at -- at risk.

5          He's -- in terms of contaminated site sed -- site

6   assessment, he's been used similar to how he was used at this

7   site, which is to design a field program to sample and collect

8   samples that are analyzed in the laboratory.

9   Q      And in addition to designing such studies, he's also

10  conducted them; is that fair to say?

11  A      Ah, yes.

12  Q      Okay.  And in a variety of environments?  Do you know?

13  A      Ah, I would say he has definitely -- most of his work's

14  been done in lake environments, but, yeah, I would say a

15  variety of environments.

16  Q      And he's also interpreted the data generated by these

17  studies that we've been referring to?

18  A      He has in the context of wildlife research, yes.

19  Q      Now, he was called upon by the U.S. Government after the

20  BP oil spill to lead the effort to determine the effects of

21  the spill on birds; is that correct?

22  A      Ah, that's what he said.  I -- I don't have anything --

23  anything else to comment.  I assume he is.

24  Q      Do you have any reason to doubt that?

25  A      No.

1   Q      Okay.  Was that a research project?  Do you know?

2   A      I don't know.

3   Q      Now, Dr. Evers recommended a target or a threshold of

4   2.0 micrograms per gram in blood mercury for piscivorous birds

5   in the Penobscot; is that your understanding?

6   A      Yes.

7   Q      And the Study Panel adopted that standard for

8   piscivorous birds, correct?

9   A      Yes.

10   Q      Do you challenge that threshold?

11   A      No, I haven't challenged that threshold.

12   Q      Now, partly on Dr. Evers' advice, the Study Panel set a

13   toxicity threshold of 1.2 micrograms per gram for

14   invertivores, invertebrate or insect-eating birds; is that

15   correct?

16   A      Yes.

17   Q      And you think that threshold is too low; is that fair?

18   A      Yes.

19   Q      Okay.  Now, you conducted your own review of the

20   scientific literature on the effects of mercury on birds; is

21   that right?

22   A      Yes.

23   Q      And you derived a LOAEL, a lowest observed adverse

24   effect level, of 3 to 4 micrograms per gram for reproductive

25   effects on songbirds; is that -- is that correct?

1    A     Yes.

2    Q     Now, that's roughly three times higher than the

3    threshold that the Study Panel selected; is that fair?

4    A     Ah, yes.

5    Q     Okay.  Now, in your view, there may be adverse

6    population effects on songbird species in Mendall Marsh at 3

7    to 4 micrograms per gram blood mercury?

8    A     Well, the way we look at that is that's a screening

9    level.  So if concentrations in the birds, um, exceed that

10   screening level, then there is a potential for reproductive

11   success.  I can't rule out -- I can't screen them out like I

12   have the other three species.

13   Q     I think my question was, in your view, there may be

14   adverse population effects on songbird species in Mendall

15   Marsh at bird blood concentrations of 3 to 4 micrograms per

16   gram; is that correct?

17   A     Ah, yes, if their concentrations are between 3 and 4 or

18   above 4, there's a possibility for impacts to reproductive

19   success.

20   Q     Okay.  Now, you work with Dr. Connolly at Anchor QA; is

21   that -- QEA; is that correct?

22   A     We are -- we both work for Anchor QEA, but I've actually

23   never worked with Dr. Connolly.

24   Q     Is he the one who got you involved in this matter?

25   A     Ah, I don't think so.

1    Q    Okay.  Are you aware that he's been working for

2    Mallinckrodt on this case for a dozen years or more?

3    A    I understand he's been working on it for a while.

4    Q    And do you know whether, during the study process,

5    Dr. Connolly weighed in with the Study Panel on the

6    appropriate threshold for toxicity to bird reproduction?

7    A    No.

8    Q    Okay.  Let me show you Plaintiffs' Exhibit 112.  It's a

9    seven- -- it's a nine-page document.  Let me show you the

10   cover page.  And so this is Plaintiffs' Exhibit 112, and it's

11   a memorandum on Anchor QEA stationery.  Do you see that?

12   A    Yes.

13   Q    Okay.  Dr. Connolly works for Anchor -- or is involved

14   with Anchor QEA; is that right?

15   A    Yes.

16   Q    And you do, too, right?

17   A    Yes.

18   Q    Okay.  So this is a memorandum to the Penobscot River

19   Study Panel from Dr. Connolly dated October 11th, 2010.  Do

20   you see that?

21   A    Yes.

22   Q    Have you ever seen this document before?

23   A    No.

24   Q    Okay.  Well, let me show you Table 3, on Page 7 of

25   Plaintiffs' 112, and it says, avian thresholds.  Do you see

1    that?

2    A      Yes.

3    Q      Okay.  So this is a table in Dr. Connolly's memorandum.

4    And do you see he has -- he's listing effects of some studies

5    that he's citing to the Study Panel.

6    A      Yes.

7    Q      Do you see that?

8    A      Yep.

9    Q      Okay.  So he's got the species of fish down in -- ah,

10   species of bird in this column, and then the tissue that was

11   tested, right, and then a concentration, and then what sort of

12   effect, and then some comment on the effect, and then the

13   reference to a particular study.  Do you see that?

14   A      Yes, I do.

15   Q      Okay.  And he's citing here a bunch of studies on

16   reproduction effects in birds.  Do you see that?

17   A      Yes.

18   Q      And some of them, the top four, relate to blood mercury

19   concentrations.  Do you see that?

20   A      Yes.

21   Q      Okay.  So this first one is at 3.0.  He is reporting the

22   effect in the study produced 41 percent fewer fledged young.

23   Do you see that?

24   A      Yes.

25   Q      And that's an Evers, et al., study from 2008.

1    A    Yes.

2    Q    Are you familiar with that study?

3    A    I am.  That was a study that, um, Evers and co --

4    coauthors had done over a number of years looking at loon

5    populations in the northeast.

6    Q    Okay.  Now, when did you -- have you read this study?

7    You say you're familiar with it.  But have you read it?

8    A    I have read this study.  The -- the blood concentrations

9    there ranged from less than 1 to up to 11 parts per million --

10   Q    Hm-hmm.

11   A    -- in the loons, and these were all from the -- the

12   northeastern United States, I think probably into southern

13   Canada.

14   Q    When did you read this study?  Do you remember?

15   A    The first time I read this study?

16   Q    Yes.

17   A    Ah, probably shortly after it was published.

18   Q    And that would have been in 2000 -- in or shortly after

19   2008?

20   A    Hm-hmm.

21   Q    Okay.  Did you consider this study in forming your

22   opinions in this case?

23   A    Ah, not for invertivorous birds.

24   Q    Did you consider it for any purpose?

25   A    No.

1    Q     Okay.  Now, you kept a -- in your expert report, you

2    have a set of references at the back, beginning on Page 30.

3    This is Joint Exhibit 53.  You're familiar with that?

4    A     Ah, this would be the reference section from my expert

5    report?

6    Q     Yes.

7    A     Yeah.

8    Q     Do you remember that?

9    A     Yes.

10   Q     And does that include a list of the studies that you did

11   consider in forming your opinions?

12   A     Ah, yes.

13   Q     Okay.  Now, should we assume that if a study is not on

14   that list, that you did not consider it in forming your

15   opinions in this case?

16   A     Well, I mean, I've read a lot of papers over the years,

17   so I would say the papers on the list were ones that I

18   explicitly considered, but there's certainly a lot of

19   literature I've read over the years that, you know, informs my

20   opinion.

21   Q     This Evers 2008 study is not on your list of references;

22   is that correct?

23   A     I can't remember.

24   Q     Okay.  Well, let me show you the list of references.

25   This is Joint Exhibit 53.  Just give me one moment.  So Joint

1    Exhibit 53 is your expert report, correct?

2    A    Yes.

3    Q    All right.  And that was submitted on January 13th of

4    this year?

5    A    Yes.

6    Q    Okay.  And on Page 30 of your expert report is the first

7    page of a several-page section called references.  Do you see

8    that?

9    A    Yes, I do.

10   Q    Okay.  And just to pin this down, on Page 1 of Joint

11   Exhibit 53, you say, a list of references I considered in

12   developing my opinions is provided in Section 7, right?

13   A    Yes.

14   Q    Okay.  So should we assume that if a study does not -- a

15   reference does not appear in the reference section, that it is

16   not something that you considered in forming your opinions?

17   A    My opinions focused on invertivorous birds, and the

18   study that you're referencing is the common loon, which is a

19   piscivorous bird.

20        So as you recall, I did not make any comments on the

21   piscivorous bird threshold.

22   Q    And that's why the Evers study is -- doesn't appear in

23   your list of references?

24   A    Yes.

25   Q    Okay.  Now, it is referred to here by Dr. Connolly in

1    his memo to the Study Panel; is that correct?

2    A     It's on the table that you showed me, yes.

3    Q     Okay.  Well, do you think that's a good indication that

4    he was calling it to the attention of the Study Panel?

5    A     Yes.

6    Q     Okay.  Now, do you know whether Dr. Connolly proposed a

7    particular LOAEL to the Study Panel in -- in October of 2010?

8    A     I don't know.

9    Q     Okay.  Let me show you Page 6 of his mem -- his memo,

10   Plaintiffs' Exhibit 112, and he says, an appropriate bird

11   blood threshold is 3.0 micrograms per gram mercury wet weight.

12   Do you see that?

13   A     Yes.

14   Q     And then he refers to it as the minimum of the studies

15   listed in Table 3, which is the table we looked at, and indeed

16   it is the minimum of those studies, correct?

17   A     Yes.

18   Q     Okay.  Now, this study -- this suggested threshold,

19   would you say that's lower than yours given that your range is

20   3 to 4, or would you say they're equivalent?

21   A     Well, I'll just clarify that the 3 part per million

22   referenced here and in the paper by Evers is for piscivorous

23   birds, so that is 3 part per million, and, ah, that is on the

24   low end of my range, which ran from 3 to 4 part per million

25   for invertivorous birds.

1    Q     Okay.  Now, this suggestion by Dr. Connolly was based on

2    a study of loons; is that correct?

3    A     Yes.

4    Q     Okay.  Now, are all -- do all birds have the same

5    tolerance for mercury?

6    A     Um, there's considered to be probably quite a range in

7    sensitivities to mercury.

8    Q     And is there a continuum based on the Heinz work from

9    2009, is there -- is there thought to be a continuum of

10   sensitivity to mercury among various species of birds?

11   A     I wouldn't characterize it as a continuum.  Ah, the

12   Heinz, et al., study did an egg injection study, where they

13   injected eggs with methylmercury and then looked at, um,

14   LC50s, lethal concentration of 50, for a number of different

15   bird species.

16   Q     Okay.

17   A     Some were categorized as low, some medium, and some high

18   sensitivity.

19   Q     And where do loons stand on the sensitivity axis?

20   A     Sure.  Loons were not evaluated by Heinz, et al.

21   Q     Okay.  So let me show you -- you're aware of the

22   Appendix 2-2 that was part of Chapter 2 of the Phase II Study

23   Report?

24   A     Yes.

25   Q     And you've reviewed that, right?

1   A      Yes.

2   Q      Okay.  So I just want to show you -- and this was

3   authored by Dr. Evers at the request of the Study Panel?

4   A      Yes.

5   Q      Okay.  So let me show you from that document, which is

6   Joint Exhibit 6-2, Appendix 2-2, at Page 11, this chart or

7   figure.  Do you recognize it?

8   A      Yes, I do.

9   Q      Okay.  And is this from Heinz, that Heinz 2009 study?

10  A      Ah, no.

11  Q      Okay.  What -- what is your understanding of the

12  derivation of this figure?

13  A      Well, Heinz does not have a figure like this in his

14  paper.  Um, so what Dr. Evers has done is taken the -- um,

15  he's basically presenting the Heinz data in a figure, and then

16  he's including an additional paper by Kenow, et al., that's

17  related to the common loon.

18  Q      Okay.  So the abbreviation for common loon is down here,

19  right, COLO?

20  A      That's correct.

21  Q      Okay.  And where do you find that on the chart?  Can you

22  just underline it?

23  A      Sure, it's up here.

24  Q      Okay.  And are there any -- the Nelson sparrow is a

25  songbird; is that correct?

1    A      That is correct.

2    Q      And it's in the order Passeriformes?

3    A      Very good.

4    Q      Thank you.  Where -- are there any songbirds depicted

5    here?

6    A      Um, yes, they fall in the moderate category.

7    Q      Okay.  Kind of on the low end of moderate.  Can you

8    circle the songbirds?  Do you see them?

9    A      Yeah, the ones that he, um, did -- let's see, common

10   grackle, so --

11   Q      All right.

12   A      -- down here, hm-hmm.

13   Q      So that -- would you say that's kind of on the low end

14   of moderate?

15   A      Um --

16   Q      I mean, it -- it's toward the high sensitivity side of

17   moderate; would you agree?

18   A      Correct.

19   Q      This point here?

20   A      Yep.

21   Q      Okay.  And so let me show you one other figure, which is

22   from Page 14 of the same document, Joint Exhibit 6-2, Appendix

23   2-2.  Have you seen that before?

24   A      Um, what was the source of this?

25   Q      Well, I'm not sure.  It comes from Dr. Evers' report.

1    Let's see if the description says.  I -- I would tell you if I

2    knew.  I do -- I'm not sure.

3    A    Okay.  But it's from his Appendix --

4    Q    Yes, it is.

5    A    -- 2-2?

6    Q    Yes, it is.  So it's Page 14 --

7    A    Okay.

8    Q    -- in Appendix 2-2.

9    A    Hm-hmm.

10   Q    Okay.  And do you see this also laid out, you've got egg

11   total mercury and blood total mercury?

12   A    Yes, I do.

13   Q    Okay.  And what do you see in this figure?

14   A    Ah, it's a figure showing blood total mercury

15   concentration and egg total mercury concentration and

16   basically looking at a correlation between blood and egg

17   concentrations.

18   Q    Okay.  Is -- is the best information we have, Dr. Henry,

19   that loons are more tolerant of mercury than songbirds are?

20   A    I think it's difficult to make that blanket statement,

21   so I would not conclude that.

22        There's been a tremendous amount of work on loons.

23   There's been very little work on songbirds.  That's one of the

24   reasons that I think it's important to really assess if there

25   are reproductive impacts on these marsh birds.

1   Q     Are loons thought to be tolerant of mercury compared to

2   other species of birds?

3   A     Um, according to the egg injection thresholds, ah, yes.

4   Q     Okay.  And from what we know -- and you said in your

5   direct testimony that we work with the best information we

6   have.  Do you recall that?

7   A     I do recall that.

8   Q     From the information we have, is it fair to say that

9   songbirds are on the more sensitive end of the continuum based

10  on the Heinz work in terms of their reaction to mercury

11  compared to the common loon?

12  A     With respect to egg injection?  Ah, this is a laboratory

13  setting where you're injecting methylmercury into eggs.  Ah,

14  the two songbirds that have been tested so far appear to be

15  more sensitive than the loon.

16  Q     Okay.  Now, Dr. Connolly's suggestion of a 3.0 threshold

17  was based on a reproductive endpoint; is that correct?

18  A     Ah, yes.

19  Q     Okay.  And do you agree that toxicity thresholds based

20  on a reproduction endpoint are a measure of population-level

21  effects?

22  A     Yes, that's what we focused on is growth, survival, and

23  reproduction.

24  Q     Now, do you -- you mentioned in your direct testimony a

25  scientist named Dr. Mark Sandheinrich.  Do you remember?

1   A      I can't remember what I said about him, but he is

2   someone who has worked with the Study Panel.

3   Q      Do you -- do you know him by reputation?

4   A      Ah, by reputation only, yes.

5   Q      And what is his reputation?

6   A      He has a good reputation.

7   Q      Okay.  And you actually cited him in your expert report,

8   didn't you, when you said that your -- your LOAEL was kind of

9   consistent with his?

10  A      I did.  His -- his LOAEL was 3 parts per million, which

11  was the same as the low end of mine.

12  Q      Now, do you know whether the Study Panel asked

13  Dr. Sandheinrich to respond to Dr. Connolly's October 2010

14  memo that we just looked at?

15  A      No.

16  Q      Okay.  So let me show you Plaintiffs' Exhibit 111, which

17  is -- so this is Plaintiffs' 111, and it's a letter to

18  Dr. Whipple -- do you see that -- dated December 2010.  So

19  this is a couple of months after the -- Dr. Connolly's memo.

20         And you see the -- this line here, where he says his

21  letter is about the memo of October 11, 2010, from Anchor QEA,

22  right?

23  A      Yes, I do see that.

24  Q      Okay.  So I just want to show you something in

25  Dr. Heinrich -- in Dr. Sandheinrich's letter.  He says right

1    at the bottom of Page 1 -- and I'll put -- I'm going to put

2    the top of Page 2 there, too, because the paragraph carries

3    over.  Okay.  So this is Page 2 on the bottom.

4         So he's commenting on Dr. Connolly's memo --

5    incidentally, do you have any reason to doubt that

6    Dr. Connolly was writing that memo as a representative of

7    Mallinckrodt?

8    A    I have no comment on that.

9    Q    Okay.  So he's talking about toxicity threshold.  Okay.

10   And he says, commenting on -- he's commenting, in part, on

11   Table 3, which is the one we looked at -- okay -- and he's

12   saying that, these thresholds that Dr. Connolly was putting

13   forth are frequently the lowest observed effect concentration

14   for each study, and, in some studies, the lowest observed

15   effect concentration was, in fact, the lowest concentration

16   tested other than the control.

17        Then he writes, the threshold value, often referred to

18   as a maximum acceptable toxicant concentration or chronic

19   value, should lie between the no observed adverse effect

20   concentration and the lowest observed effect concentration.

21        And then at the top of Page 2, in many of the studies

22   cited in these two tables, it is probable that reproductive

23   effects could be observed at concentrations lower than the

24   tissue lowest observed effects concentration.  Do you see

25   that?

1    A    I do see that.

2    Q    Okay.  Now, do you understand what Dr. Sandheinrich is

3    saying here to be that the maximum acceptable toxicant

4    concentration or the threshold value should lie between the

5    NOAEL and the LOAEL?

6    A    Um, that's what I'm reading here.  I think the -- this

7    is one of the issues I mentioned previously with respect to

8    academic research and applicability to ecological risk

9    assessment.

10        The development of NOAELs and LOAELs is standard

11   practice in ecological risk assessment.  There is some

12   uncertainty, obviously, in derivation of both, um, but the

13   approach that I take is the approach that one would take with

14   an ecological risk assessment.  We're not looking for

15   threshold values.  We're looking for actual results of a study

16   that have shown impact.

17   Q    Well, let's just delve into that for a moment and make

18   sure that we're using the same language.

19        A LOAEL, lowest observed adverse effect level, is the

20   lowest concentration at which adverse effects have actually

21   been observed; is that fair?

22   A    Correct.

23   Q    Okay.  And it doesn't mean that there aren't adverse

24   effects below that level, right?

25   A    Right.  It makes no comment on whether or not there are

1    adverse effects below that.

2    Q    Right.  It's just the lowest level -- it's just -- it's

3    the lowest concentration at which -- of a contaminant at which

4    adverse effects were actually observed in a particular

5    experiment, right?

6    A    That's correct.

7    Q    Okay.  And it may be the lowest level that was tested in

8    that experiment, right?

9    A    That's correct.

10   Q    Okay.  So there may have been an adverse effect below

11   that level that the study didn't reveal.

12   A    Um, hypothetically, that's correct.  But within the, um,

13   design of the study, that represents the lowest level at which

14   adverse effects were observed.

15   Q    But if there was no testing of effects below that level,

16   then there might have been effects, but you wouldn't know it

17   from that particular study; is that fair?

18   A    That's true.  I mean, we're working -- when we look at

19   these studies, we look to see what's been done in the study,

20   and we report the lowest observed adverse effect level.

21   That's the best data that we have.

22   Q    And a NOAEL, a no observed adverse effect level, is the

23   lowest concentration at which no adverse effect was observed;

24   is that fair?

25   A    The NOAEL.  No, I think you have it backwards.  I think

1    it would be the highest concentration, I mean, above which

2    effects were observed.

3    Q     What is a NOAEL?

4    A     Um, the NOAEL is a concentration at which no adverse

5    effects are observed.

6    Q     Okay.  You don't rule out adverse effects between the

7    NOAEL and the LOAEL, do you?

8    A     Well, what we usually do is, um, acknowledge that in an

9    uncertainty section in an ecological risk assessment.  But, in

10   general, um, the LOAEL is the value, you know, derived from

11   review of studies, is the value that we use for screening.

12   Q     Putting to one side the particular methods of ecological

13   risk assessment and just talking about a finding or arriving

14   at a value where you would expect adverse effects, so an

15   effects threshold -- are you with me so far?

16   A     Um, I think you're talking hypothetically, though,

17   right?

18   Q     Well --

19   A     Do you want to explain that a little more?

20   Q     Sure.  Do you think a reasonable scientist who is

21   looking to find a level, a threshold to -- beyond which there

22   would be or could be adverse effects on a bird species, could

23   that reasonable scientist set a threshold between a NOAEL and

24   a LOAEL?

25   A     I think without the data to identify what that would be,

1    I would say, no, you can't quantitatively set a threshold

2    between the NOAEL and the LOAEL.  You have to work with the

3    data that you have, and the positive result of an effect at

4    the LOAEL is -- that's the data that are reported.  So that's

5    the data that we use for screening.

6    Q    Now -- and for screening and we use it, you're back in

7    the language and world of ecological risk assessment as you

8    understand it; is that correct?

9    A    Um, yeah, ecological risk assessment, which is an

10   important way of looking at whether or not to take action at a

11   contaminated sediment site.

12   Q    What -- did you report a NOAEL for invertivorous birds?

13   A    I did.

14   Q    What -- what is the level?  Do you remember?

15   A    Hm, I don't recall.

16   Q    I'll show --

17   A    It's in the 2 --

18   Q    -- it to you if you don't recall.  It's not a --

19   A    -- around 2 ppm, a little more than 2 ppm.

20   Q    Well, just a second.  Well, does 2.29 ring a bell --

21   A    Yes, I think that was --

22   Q    -- micrograms per gram?

23   A    -- that was in my table that I was discussing.

24   Q    Right.  You were looking at it on direct.

25   A    Hm-hmm.

HENRY CROSS-EXAMINATION/BERNARD

1    Q    So here's what I want to know.  You -- you have this
2    NOAEL, which you identified at 2.29 micrograms per gram, and
3    you have a LOAEL level range of 3 to 4 micrograms per gram,
4    correct?  Are you ruling out adverse effects between 2.3 and
5    3 micrograms per gram?
6    A    What I'm saying is that reproductive effects are
7    unlikely.  So we focus on the lowest observed adverse effect
8    level, and the range that I identified was 3 to 4 part per
9    million in bird blood.
10   Q    I asked you whether you were ruling out effects.  Can
11   you answer that?
12   A    In effect, we are in terms of making a decision about
13   what to proceed with on a site such as this.
14   Q    You keep adding to the question I'm asking, and I
15   understand your view about ecological risk assessment and
16   making decisions.  But I was trying to ask you a different
17   question.  If you can't answer it, just say so.  Okay?
18        Are you ruling out effects -- adverse effects on
19   songbirds in the Penobscot at blood mercury concentrations
20   between 2.3, your NOAEL, and 3.0, the lower end of your LOAEL
21   range?
22   A    I think they're unlikely.
23   Q    Are you ruling them out?
24   A    Ah, yes.
25   Q    Okay.  Do you think a reasonable scientist could set an

HENRY - CROSS-EXAMINATION/BERNARD

2833

1    effects threshold between the NOAEL and the LOAEL?

2    A    Ah, it depends what the application is.  I think an

3    ecological risk assessor would not.

4    Q    Are all scientists ecological risk assessors?

5    A    No.

6    Q    Okay.  Can you answer my question in terms of a

7    scientist, or -- or can you not?

8    A    I think there's a lot of hypotheticals, but I think what

9    I keep pulling you back to is that we're dealing with a

10   contaminated sediment site, and we have a way of looking at

11   that, and we have to work with the data that we have, not

12   hypothetical data, on thresholds that may or may not be

13   present.  So that's why I'm being firm on this.

14   Q    When you say we, to whom are you referring, what we're

15   looking at?

16   A    We, me, me and Russ Keenan, I would say.

17   Q    Now, back to Exhibit 111, which is Dr. Sandheinrich's

18   response to Dr. Connolly's memorandum, he goes on -- this is

19   on Page 4 of Plaintiffs' Exhibit 111, and you see this section

20   here, he's talking about bird thresholds in blood?

21   A    Ah, yes.

22   Q    Okay.  And he cites to two studies suggesting effects on

23   individual birds at between 1.2 to 2 micrograms per gram.  Do

24   you see that, at least two studies suggested effects on

25   individual birds at 1.2 to 2?

HENRY-CROSS-EXAMINATION/BERNARD

2834

1   A      Okay.

2   Q      Okay.  And he cites them -- he cites this Spalding study

3   and a Kenow study.  Do you see that?

4   A      Yes, I do.

5   Q      Okay.  Have you read either of those studies?

6   A      I haven't read them lately, but I believe I have read

7   them in the past.

8   Q      Is either one of them in your list of references on Page

9   30 of Joint Exhibit 53, which is your expert report?  Do you

10  recall?

11  A      Um, I don't think either one is.  Um, again, my review

12  was on the invertivorous birds, and I'm not sure -- Kenow, et

13  al., I believe, was a loon study, and Spalding I can't recall

14  what type of bird that was.

15  Q      He goes on in the next paragraph to refer to population-

16  level effects may be observed at blood mercury less than

17  2.0 micrograms per gram.  Do you see that?

18  A      Yes.

19  Q      And he's citing to recent experimental evidence from a

20  study by Frederick and Jayasena 2010.  Do you see that?

21  A      Yes.

22  Q      And this was a study of white ibises.

23  A      Yes.

24  Q      Are you familiar with that species?

25  A      Ah, somewhat familiar.  I think it's Flor -- I think

1    they're down in Florida.

2    Q     Are you familiar with this study by Frederick and

3    Jayasena?

4    A     I have read it in the past, but not recently.

5    Q     Is it on your list of references in your expert report?

6    Do you recall?

7    A     I doubt it.

8    Q     Okay.  Now, he also mentions a study --

9    A     But I'll just note that it's not a -- it's not a

10   songbird, so it's not a paper I would have reviewed for the

11   purpose of my expert report.

12   Q     Do you think that the only studies of birds that are

13   pertinent to a consideration of an appropriate effects

14   threshold for songbirds are studies of songbirds?

15   A     I think the most relevant ones are, and the fact that we

16   actually have field studies, such as those done on the South

17   River, that deal with migratory songbirds is extremely

18   relevant.  And so I would rule out studies of other birds that

19   are less relevant than the ones for which we do have data.

20   Q     Well, you just said two different things, and I want to

21   try to understand what you mean.

22         First of all, you said you'd rule them out, and, second

23   of all, you said they're less relevant.  So are you -- are you

24   -- are you saying that you shouldn't even consider a study of

25   a nonsong species when you're attempting to understand what an

1    appropriate effects threshold would be for a songbird or an

2    invertivore?

3    A     Well, let me explain it again.  I think in the big

4    context of things, it's important to be familiar with the

5    literature.

6          If we're looking at the specific question of setting a

7    screening level for an invertivorous songbird and we have data

8    that are for invertivorous songbirds, those are important data

9    and probably the best data to consider in terms of setting a

10   screening level.

11   Q     Hm-hmm.  He refers to a study by Burgess and Meyer 2008,

12   which reported a 50-percent reduction in loon chick fledging.

13   Loon, as you said, is a heavily-studied bird; is that right?

14   A     Yes.

15   Q     Okay.  At 4.3 micrograms per gram.  Are you familiar

16   with the Burgess and Meyer study?

17   A     Yes.

18   Q     Okay.  Is it in your list of references in your expert

19   report?

20   A     No, because it's a fish-eating bird, and as I've said

21   before, my focus was on the invertivorous birds.

22   Q     Okay.  Now, Burgess and Meyer report -- or calculated

23   mean mercury concentrations in blood in Nova Scotia, New

24   Brunswick, and Wisconsin at these levels of 4.22 micrograms

25   per gram, 2, and then 1.57.  Do you see that?

1    A      I do.

2    Q      And there was a mean reduction in potential loon

3    productivity in these percentages; 49, 23, and 18 percent

4    respectively.  Do you see that?

5    A      I do see that.

6    Q      Are you familiar with any of those three studies?

7    A      Three studies?

8    Q      Well, is he referring there to -- is Burgess and -- do

9    you understand this to be saying that Burgess and Meyer is

10   referring to three different studies, or do you understand

11   this is all being within Burgess and Meyer?

12   A      Well, having read the paragraph for the first time, it

13   looks to me that Burgess and Meyer's is -- all of this data

14   comes from the Burgess and Meyer paper.  I can't be sure

15   without seeing the paper again.

16   Q      Now, just to pin down the chronology, and then we'll

17   move on, Dr. Connolly in October of 2010 proposed a 3.0

18   threshold for birds in the Penobscot; is that correct?

19   A      From the memo that you showed me, yes, that is correct.

20   Q      Okay.  And just one thing just to make sure the record

21   is clear and also because it may have gone -- it may have gone

22   by a little quickly for you, if you haven't seen this before,

23   so this is, again, the Dr. Connolly memo, which is Plaintiffs'

24   112 at Page 7.  This is his Table 3 that we looked at before,

25   right?

1    A      Yes.

2    Q      So we talked about the Evers study of loons, but he also

3    includes the Brasso and Cristol study of tree swallows; is

4    that right?

5    A      Yes.

6    Q      Okay.  And is a tree swallow an invertivore?

7    A      Yes.

8    Q      Is a tree swallow a songbird?

9    A      Yes.

10   Q      Okay.  Now, Dr. Connolly proposes 3.0 in October,

11   correct?

12   A      Ah, I'm not sure of the date, but --

13   Q      Okay.  Take it from me, it was October 2010.

14   A      Trust me.

15   Q      Then in December, a couple of months later, Dr. Sand --

16   Sandheinrich writes to the study panel that the real threshold

17   should be lower than 3, that is, between the LOAEL and the

18   lower NOAEL, correct?

19   A      Well, I'm not sure he called it a real threshold.

20   Q      Well, he called it the maximum acceptable contaminant

21   level, didn't he?

22   A      I'm not sure he called that -- I'd have to see that

23   again.  That sounds like an odd phrasing.

24   Q      Well, let's look at it.  This is what I'm remembering.

25   A      Okay.

1   Q     I don't know if I got it exactly right.  Okay.  The

2   threshold value, often referred to as maximum acceptable

3   toxicant concentration.  That's what he was referring to,

4   right, should lie between the NOAEL and the LOAEL, and he was

5   responding to Dr. Connolly's use of the LOAEL.

6   A     Yeah, and I guess my -- my -- the reason I'm having

7   trouble getting my head around it is this -- his use of this

8   maximum acceptable toxicant concentration is kind of a foreign

9   phrasing to me.

10          So, again, it's not -- it's not something that we say or

11  -- or actually practice in terms of ecological risk

12  assessment.  But I understand that he's identifying that the

13  threshold value, in his opinion, should be between the NOEC

14  and the LOEC.

15  Q     Okay.  And then these are both -- this is 2010, so this

16  is before the Jackson paper was published; is that correct?

17  A     Correct, the Jackson paper came out in 2011.

18  Q     Okay.  And we'll get to that -- or back to that in a few

19  minutes.  But that found a 20-percent diminishment in

20  reproduction on the part of songbirds at 1.2 micrograms per

21  gram; is that correct?

22  A     Well, that's what's reported in the paper, but if you

23  look at the data underlying that, that is not a well-supported

24  number, and for the first three years of that study, there was

25  no difference in reproductive success at higher mercury

1  concentrations compared to lower mercury concentrations.

2  Q     Let's stick for a moment with what the paper reported.

3  A     Sure.

4  Q     Okay?  Did the paper report a 20-percent reduction in

5  reproduction of invertivores at 1.2 micrograms per gram?

6  A     It reported a 20-percent reduction in nest success.

7  Q     Okay.  Then you came along in 2013, and you're at 3 to 4

8  micrograms per gram for your LOAEL, correct?

9  A     Yes.

10  Q     Okay.  Now, is setting a toxicity threshold an exercise

11  in judgment, to some degree?

12  A     Ah, yes, there is judgment involved.

13  Q     Okay.  And, I mean, it's not like you can just look it

14  up in a book and there's an answer, right?  You have to kind

15  of assimilate data, and some of the data is in your

16  formulation more relevant than other data, and make

17  extrapolations and exercise some scientific judgment about

18  what the right number or range is; is that fair?

19  A     There is judgment involved, and there is -- there's also

20  precedent within ecological risk assessment guidance.

21  Q     Do you think a reasonable scientist could set a toxicity

22  threshold for songbirds in Mendall Marsh below 3 micrograms

23  per gram?

24  A     A reasonable scientist, hm.  Ah, it's possible, but I

25  think using the most relevant studies for the invertivorous

HENRY CROSS-EXAMINATION/BERNARD

2841

1    bird populations, these are field studies that have been

2    conducted and data have been reported on multiple aspects of

3    reproductive success, that the 3 to 4 part per million

4    screening level is a strongly supported screening level.

5    Q     Returning to my question, it is possible, then, in your

6    view, that a reasonable scientist could set a toxicity

7    threshold for songbirds in Mendall Marsh below 3 micrograms

8    per gram?

9    A     Um, hypothetically.

10   Q     Now, you say there might be population effects at 3

11   micrograms per gram or higher, correct?

12   A     Ah, there's a possibility for impacts on reproductive

13   success.

14   Q     Okay.  So let's look at the blood mercury levels in

15   Nelson's sparrows in Mendall Marsh, and this is Joint

16   Exhibit 8, Figure 14.  You've seen this before?

17   A     Yes, I have.

18   Q     Okay.  So just using the information on the barchart --

19   okay -- which we'll discuss shortly, could you just draw a

20   horizontal line at the low end of your effects range, please?

21   A     Sure.  This is about 3 ppm here.

22   Q     Okay.  And the high end of your range?

23   A     And there's 4 ppm.

24   Q     Okay.  And the Study Panel range?

25   A     Ah, there's 1 ppm, roughly.

HENRY-CROSS-EXAMINATION/BERNARD

1   Q     Okay.  We'll come back to this, but let's look at Figure

2   16, which covers red-winged blackbirds.  Have you seen this

3   before?

4   A     Yes, I have.

5   Q     So, again, could you please draw a horizontal line at

6   the low end of your effects range?

7   A     There's 3.

8   Q     And then at the upper end?

9   A     There's 4.

10  Q     And the --

11  A     There's 1.2.

12  Q     Now, what you did in your report -- your -- the figure

13  in your report doesn't look like this, right?

14  A     No, the figure in my report, um, is an average of all

15  locations and all years.

16  Q     Okay.  So --

17  A     So it's representative of the population of each species

18  of birds within the Mendall Marsh-W17 complex.

19  Q     So let's go back to Figure 14.  We could use either one,

20  but -- but this one has some more data on it.

21        So let me understand, you established what you call a

22  grand mean, right?

23  A     Yeah, I'm not sure I called it a grand mean, but it has

24  been called a grand mean.

25  Q     What would you like to call it?

1    A      Mean.

2    Q      Okay.  You established a mean.  And what you did, if I

3    understand it correctly, is you took all of these data -- I'm

4    sorry -- let me -- because you didn't include Scarborough

5    Marsh, right?

6    A      Correct.

7    Q      Okay.  Because that's the reference site.  But you

8    included all the Penobscot nonreference site data, right,

9    within that circle?

10   A      Yes.

11   Q      And across sites, you just have to speak for the

12   reporter; is that right?

13   A      Oh, sorry.  Yes.

14   Q      And across time, across years?

15   A      Correct.

16   Q      All right.  And you averaged it.

17   A      I did.

18   Q      Okay.  And is the effect of that, putting to one side

19   your view about the -- either the -- the legitimacy of doing

20   that or the necessity of doing that, what is the effect of

21   that method of calculation on these values up in here?

22   A      Well, by taking a mean, um, the mean concentration,

23   which I believe was around 5, ah, the very high concentrations

24   are incorporated in the mean and the low -- lower

25   concentrations are incorporated in the mean.  So, obviously,

1    data that exceeds the mean are higher, and data that are below

2    the mean are lower.

3        So what I -- what I believe in my figure was about 5 ppm

4    is what is representing the population, the exposure of that

5    population of Nelson's sparrow within Mendall Marsh.

6    Q    Okay.  Now, let's look back at 16, which is the

7    red-winged blackbird chart.  Okay.  Now, would you agree that

8    exposure to mercury occurs at the level of an individual?

9    A    Individuals are exposed to mercury, yes.

10   Q    So if you have a bird at Mendall Marsh southwest in 2012

11   during the sampling period, they're being exposed to this

12   level, up around 14 or so micrograms per gram; is that

13   correct?

14   A    Um, that's the mean concentration in birds at Mendall

15   Marsh southwest.

16   Q    At that site.

17   A    Yep.

18   Q    So if you take the birds who are feeding at that site

19   who are exposed to mercury at that site, their mean exposure

20   during that sampling period would be up here in the 14 or

21   14-plus range; is that right?

22   A    Right, the birds that were collected at that site, yes.

23   Q    They're not exposed to a mean concentration, are they?

24   A    Well, actually, they are.  Um, conceptually, if you

25   think about it, birds don't sit on one sediment spot and eat

1    just from that spot.  So birds, in effect, average their

2    exposure over the area upon which they forage.

3    Q    Do you know exactly how far-ranging the foraging is of

4    red-winged blackbirds in this area?

5    A    Ah, not specifically in that area.

6    Q    Okay.  Now, your specialty, as has become clear this

7    morning, is in ecological risk assessment; is that fair?

8    A    Um, yeah, I would -- I would put it more broadly,

9    mercury cycling, um, bioaccumulation, contaminated site

10   assessment, ecological risk assessment.

11   Q    Okay.  But you're an expert in ecological risk

12   assessment, right?

13   A    Yes.  Sorry.

14   Q    And when you study birds as part of an ecological risk

15   assessment, you're looking for impacts that might affect a

16   population of a particular species; is that right?

17   A    That is correct.

18   Q    Unless the species is endangered, in which case you

19   might look more to individuals than to the whole population?

20   A    That is correct.

21   Q    Okay.  Now, reproductive success is one endpoint that is

22   relevant to population effects; is that correct?

23   A    That is correct.

24   Q    Okay.  Now, are there other -- there are other endpoints

25   you could study when you study mercury toxicity to birds; is

1   that fair?

2   A      Sure.  You could study, um, flight feather asymmetry.

3   Q      Okay.

4   A      There's a lot of different measurements you can make of

5   bird populations.

6   Q      Okay.  There are biochemical endpoints, for example,

7   right?

8   A      Yes, there are.

9   Q      And there are behavioral endpoints?

10  A      Yes.

11  Q      Okay.  Now, ecological risk assessors do not define

12  effects levels based on biochemical effects; is that correct?

13  A      Correct.

14  Q      Or on behavioral effects, correct?

15  A      Correct.

16  Q      And your LOAEL for songbirds in Mendall Marsh don't

17  consider biochemical or behavioral effect -- endpoints; is

18  that true?

19  A      They are based on measurements of impacts on

20  reproductive success.

21  Q      Okay.  Now, ecological risk assessors look at three

22  endpoints -- survival, growth, and reproduction; is that

23  correct?

24  A      That is the focus.

25  Q      Okay.  Now, EPA has a manual on ecological risk

1  assessment, right?

2  A    Um --

3  Q    That is used for Superfund sites?

4  A    Yeah, my hesitation is I don't usually call it a manual,

5  but they do have guidance on ecological risk assessment.

6  Q    Okay.  If -- let's use guidance.  I'm sure that's a

7  better word for it.

8       And those are situations in which the government is

9  involved in a cleanup or possible cleanup, correct?

10  A    Yes.

11  Q    Okay.  And that's from around 1997 -- that guidance?

12  A    I think so.

13  Q    Okay.  Does the EPA guidance rule out consideration of

14  endpoints other than survival, growth, and reproduction when

15  you're assessing ecological risk?

16  A    Um, they, in that guidance, mention other endpoints, but

17  the emphasis is on growth, survival, and reproduction.

18  Q    Their emphasis is on those three endpoints.  Do they

19  rule out the consideration of additional endpoints?

20  A    Ah, they don't completely rule it out, but because the

21  focus is on populations of organisms, growth, survival, and

22  reproduction are the three most relevant endpoints to impacts

23  on populations.

24  Q    Now, do you agree that some biochemical and behavioral

25  endpoints are associated with reproduction?

1    A       Hypothetically.

2    Q       Now, is mercury a neurotoxin?

3    A       Um, at -- at a particular dose or at certain doses,

4    methylmercury is a potential neurotoxin, yes.

5    Q       Is that all you can say, that methylmercury is a

6    potential neurotoxin?

7    A       Um, have you heard the phrase dose makes the poison?

8    Q       I have.

9    A       I'm trying to distinguish between low levels of

10   methylmercury that would have no impact on neurotoxicity and

11   higher levels that would.  So that's an important

12   distinguishing factor.

13   Q       I appreciate that.

14           At a relevant dose, is methylmercury a neurotoxin?

15   A       At a high enough dose, methylmercury can be a

16   neurotoxin.

17   Q       It can be or it is at a high enough dose?

18   A       At a high enough dose, it is a neurotoxin, yes.

19   Q       Okay.  And at a high enough dose, is it a potent

20   neurotoxin?

21   A       Again, potent, high, at a -- yeah, at a high dose, it's

22   a potent neurotoxin, yep.

23   Q       So we're going to assume for these questions a high

24   enough dose, just to put this issue about the dose makes the

25   poison off to the side.

1    A      Okay.

2    Q      Okay?  Can methylmercury cause physiological damage to a

3    bird?

4    A      At a high enough dose, yes.

5    Q      Can it alter chromosomes?

6    A      I'm just trying to recall if I've seen any literature

7    that -- in the bird literature.  I'd have to say, based on

8    what I'm recalling at this point, no.

9    Q      Can it disrupt organ biochemistry?

10   A      At a high enough dose, it can affect biochemistry.

11   Q      Can it suppress the immune system?

12   A      At a high enough dose, it can suppress the immune

13   system.

14   Q      Can it create abnormalities in cell structure?

15   A      At a high enough dose.

16   Q      Can any one of these physiological impacts that I just

17   mentioned, putting to one side biochemistry, which you've

18   separated out, can any one of those physiological impacts

19   impair bird reproduction?  Do you know?

20   A      Any one of those.  Um, at a high enough dose, sure.

21   Q      Now, if a bird's immune system is compromised, is it

22   more prone to impact from other stresses?

23   A      Ah, there is some evidence of that, yes.

24   Q      And might a bird with an impaired immune system be less

25   able to avoid predation?

1    A      Um, theoretically.

2    Q      To gather food?

3    A      Theoretically.

4    Q      To protect its young?

5    A      Theoretically.

6    Q      Could that influence reproductive success?

7    A      Um, it's possible, but I think it's important to keep in

8    mind, um, that what we need in terms of assessing risks to

9    birds, we need some evidence that there are impacts on

10   reproduction -- growth, survival, and reproduction.

11         The problem with a lot of what you just mentioned is

12   that those are the organisms' general response to stress of

13   any type.  So it's very difficult to distinguish, um, and to

14   predict at levels that you're discussing, which are kind of

15   biochemical levels, whether that actually translates into

16   effects on growth, survival, reproduction.

17   Q      You mentioned that mercury at the right dose can have

18   neurological effects on birds, correct?

19   A      Yes.

20   Q      Okay.  And can a neurological effect compromise the

21   incubation of eggs?  Do you know?

22   A      Um, yes.

23   Q      And can mercury cause a bird not to sit -- an adult bird

24   not to sit on its nest?

25   A      At a high enough dose.

1   Q     And can that affect reproductive success?

2   A     At a high enough dose.

3   Q     Okay.  Now, can a biochemical change in the bird's brain

4   be the root cause of why it's not sitting on its eggs?

5   A     Um, hypothetically, yes.

6   Q     Can mercury affect hormone levels?

7   A     The literature on that is kind of all over the place.

8   In some cases, it does; in some cases, it doesn't.  It depends

9   whether it's a nestling, it depends whether it's an adult, it

10  depends what type of species it is.  So I would say that

11  literature is all over the place.

12  Q     Are -- are hormones -- are there hormones that are

13  important for courtship and reproduction in birds?

14  A     Yes.

15  Q     Okay.  Now, you don't -- is it fair to say that you

16  don't use sublethal, nonreproductive endpoints because it's

17  hard to connect them to population-level impacts?

18  A     Um, yeah, well, the -- the way that, um, scientists

19  think about it is that concentration -- or exposure that is

20  causing changes at a biochemical level can be caused by

21  environmental stressors, could be caused by mercury, lead,

22  etc., could be caused by adverse weather conditions, varies

23  tremendously within and between species by gender, by age,

24  etc.

25        So unfortunately, our knowledge -- the current state of

1   our knowledge with respect to biochemical responses in

2   organisms is really in its infancy.  So in terms of how we

3   translate that into population-level effects, we -- you can

4   certainly come up with a lot of hypothetical links.

5        But we don't have the data to show that some of these

6   neurochemical responses have anything to do with growth,

7   survival, and reproduction.

8   Q    Is growth a sublethal effect?

9   A    Um, I guess it depends on the magnitude, but, yeah.

10           THE COURT:  Is this a good time to take a break?

11           MR. BERNARD:  Sure.

12           THE COURT:  We'll take our 20-minute break.

13        (Court recessed from 12:48 p.m. to 1:15 p.m.)

14           THE COURT:  Mr. Bernard?

15                    CONTINUED CROSS-EXAMINATION

16   BY MR. BERNARD:

17   Q    Dr. Henry, just to finish up on these nonreproductive

18   endpoints, you were saying that one of the difficulties based

19   on current knowledge in using biochemical or behavioral

20   endpoints to assess toxicity is the difficulty of connecting

21   those endpoints to population-level effects; is that correct?

22   A    Yes.

23   Q    Okay.  Now, is it difficult, also, to relate growth to

24   population-level effects?

25   A    Um, yes.

HENRY - CONTINUED CROSS-EXAMINATION/BERNARD

2853

1    Q     Okay.

2    A     I mean, I think that's -- one thing when we look at

3    populations, you can see where growth could factor in, but

4    certainly not as important as something like survival or

5    reproduction.

6    Q     The connection is -- is not -- not nearly as clear; is

7    that fair?

8    A     Correct.

9    Q     Okay.  But growth is an endpoint in the practice of eco

10   risk assessment that -- that ecological risk assessors, like

11   yourself, use?

12   A     Sure.  I think a lot of times that's used in the context

13   of benthic invertebrate toxicity test -- sediment toxicity

14   testing.  For birds, for example, I think the reproductive

15   success, um, is -- usually gets a lot more attention.

16   Q     Is growth a sensitive endpoint?

17   A     Growth is not as -- considered as sensitive as

18   reproductive success.

19   Q     How about compared to biochemical or behavioral changes

20   that might diminish reproductive success, is growth more or

21   less sensitive than those?

22   A     That's hard to say.  I wouldn't pass a judgment on that.

23   Q     Okay.  Now, you read the court's -- as part of your work

24   on the case, you read the court's charge to the Study Panel, I

25   think you said?

1    A    Yes, I did.

2    Q    Okay.  Now, the court rendered a decision in this case,

3    in case you don't remember the date, in 2002.  Does that ring

4    a bell?

5    A    Ah, maybe.  I wasn't working on the case at that point.

6    Q    And the Study Panel was appointed in 2004.  Will you

7    take my word for that?

8    A    Okay.

9    Q    Okay.  Now, when you read the court's charge to the

10   Study Panel, did it say do an ecological risk assessment

11   pursuant to EPA Superfund guidance?

12   A    No.  My understanding is that they were to assess the

13   potential for significant adverse impacts on populations of

14   birds and mammals.

15   Q    Did you read anywhere in the court's charge to the Study

16   Panel that it should conduct an ecological risk assessment

17   pursuant to guidance from EPA?

18   A    No.

19   Q    Okay.  Now, that guidance was in effect at that time; is

20   that correct, the time the court appointed the Study Panel?

21   A    Yes.

22   Q    And it had been effect -- in effect for around 17 --

23   seven years, from 1997 to 2004?

24   A    Yes.

25   Q    Okay.  Now, you were working as a private consultant in

1    2004; is that correct?

2    A      Yes.

3    Q      And you were at E$^x$ponent, which is a large private

4    consulting firm?

5    A      Yes.

6    Q      And you applied, along with Mr. Bigham, to lead the

7    study; is that correct?

8    A      That's correct.

9    Q      Okay.  And you submitted your name to the Study Panel,

10   and you were not selected; is that right?

11   A      That is correct.

12   Q      Okay.  And is it fair to say there were other

13   professional risk assessors available in 2004 when the court

14   appointed the Study Panel and ultimately appointed a project

15   leader?

16   A      Yes.

17   Q      Okay.  And the court didn't choose one, did it?

18   A      Ah, no, they did not.

19   Q      Okay.  Are you aware of any reason why the court could

20   not have appointed someone from within this community that

21   includes you and Dr. Keenan and others of ecological risk

22   assessors to either run the study or be the project leader?

23   A      Um, I would speculate, I think what I've seen, in

24   reading this report and depositions, etc., is the academic

25   research community, of which the Study Panel belongs, have no

HENRY - CONTINUED CROSS-EXAMINATION/BERNARD

2856

1    concept of ecological risk assessment.  So I think it's really

2    two separate worlds, and this whole -- the experience that

3    those of us who work on contaminated sediment sites have over

4    the last 20 or 30 years is just invaluable.

5         But people who are doing academic research, because they

6    don't work in that context, really have no idea that that is

7    even going on, that this guidance has been developed, that

8    it's been used effectively at sediment sites around the

9    country.

10        So, in my opinion -- and I'm speculating, of course --

11   um, I think probably what's going on is people are just not

12   cognizant of what is available as a framework for

13   understanding a site.

14   Q    Can you identify a single piece of evidence that

15   supports the speculation you just articulated?

16   A    No, as I said, it's pure speculation.

17   Q    What is the objective of ecological risk assessment?

18   A    Ah, the objective of ecological risk assessment is to,

19   um, assess potential risk to the ecosystem and ecological

20   receptors.

21   Q    Is one of the objectives to protect human health and the

22   environment?

23   A    For ecological risk assessment, the focus is on the

24   environment, ecological receptors.

25   Q    And one of the purposes is to protect the environment;

HENRY - CONTINUED CROSS-EXAMINATION/BERNARD

1   is that fair to say?

2   A    Ah, yes.

3   Q    Okay.  And that includes the animals who depend on a

4   particular ecosystem for their survival?

5   A    Ah, that's correct.

6   Q    Okay.  And due to that objective, is ecological risk

7   assessment meant to be more conservative rather than less

8   conservative?

9   A    In general, the -- um, for ecological risk assessment,

10  we tend to make decisions that are -- err on the conservative

11  side, but based on data that we have available.

12  Q    Now, before preparing your expert -- your report, you

13  reviewed the key literature in the area of mercury exposure

14  and effects to birds and mammals; is that correct?

15  A    I think over the years I have reviewed that literature,

16  yes.

17  Q    Okay.  Now, you testified on direct examination about

18  some studies that were referred to in Chapter 2 of the Phase

19  II Report when they were discussing the threshold for

20  invertivores.  Do you remember that?

21  A    Yes.

22  Q    And one of them was a DeSorbo and Evers study from 2007?

23  A    Yes.

24  Q    Okay.  Is that in your list of references in your expert

25  report?

1   A    Um, I'm not sure.

2   Q    Did you consider that study when you formed and rendered

3   your opinions in -- in this case?

4   A    I read the Study Panel report.  I'm just -- I can't

5   remember when I read the DeSorbo and Evers report.

6   Q    Okay.  Well, let me just show you Joint Exhibit 53, on

7   Page 30.  This is your list of references, right?

8   A    Hm-hmm.

9   Q    And it's -- it's arrayed alphabetically?

10  A    Correct.

11  Q    So would DeSorbo come there between Custer and Etterson?

12  A    Yes, it would.

13  Q    Okay.  And it's not there, right?

14  A    No.

15  Q    Okay.  Now, you also referred to two Ackerman studies

16  during your direct testimony.  Do you remember that?

17  A    Yes.

18  Q    And did you consider those studies when you were forming

19  and rendering your opinions that went into your expert report?

20  A    Um, the expert report focused, I mean, as -- as you've

21  read, on the invertivore field studies that have been done,

22  which are really the best studies we have available that look

23  at field demonstration of impacts on reproductive success,

24  so --

25  Q    During your --

1    A      -- that was my focus in preparation of my expert report.

2    Q      Okay.  Are you finished?  I did not mean to interrupt.

3    A      I am finished.

4    Q      Okay.  Now, Mallinckrodt's counsel took you through a

5    paragraph in Chapter 2 of the -- of the study report that

6    listed some studies, in addition to the Carolina wren study,

7    Jackson 2011, that formed the basis for the Study Panel's

8    selected thresholds, right?

9    A      Yes.

10   Q      Okay.  And wasn't the purpose of your expert report to

11   comment on the toxicity thresholds that the Study Panel had

12   set?

13   A      Yes.

14   Q      And weren't those set forth in Chapter 2 of the Phase II

15   Study Report?

16   A      Ah, they were set forth in Chapter 2 of the Phase II

17   Study Report.

18   Q      And the two Ackerman studies from 2008 are mentioned in

19   Chapter 2, correct?

20   A      Hm-hmm, yeah.

21   Q      And that's what you were testifying to on direct this

22   morning, correct?

23   A      Yes.

24   Q      Okay.  I'm asking you whether you considered the

25   Ackerman studies when you formed and rendered your opinions

1    that are set forth in your expert report?

2    A    Um, I had read Chapter 2, um, and know the -- I mean, if

3    you read the text of Chapter 2, it's pretty clear what those

4    studies were about, so I had read Chapter 2 and I had not

5    reviewed those two.

6    Q    Okay.  So you did not read the Ackerman studies prior to

7    forming and rendering your opinions?

8    A    I have read them in the past, yes.

9    Q    Okay.

10   A    Um --

11   Q    Let me show you --

12   A    -- in my text of my expert report, as I said, I focused

13   on -- here you've got the Brasso papers, etc., that are cited

14   in my table of effects levels.

15   Q    Here's Joint Exhibit 53, Page 30, your references.

16   Would we expect to see Ackerman as the first reference there

17   if you had used it?

18   A    Um, it -- A comes before B, so that's correct.

19   Q    It's --

20   A    However, as I said, I was -- had the table of mercury

21   effects levels with field studies that are relevant to

22   determination of impacts on reproductive success.  That was

23   the focus of my expert report.

24   Q    Now, you also were taken through a Franceschini study

25   this morning, if I'm pronouncing that correctly, in 2009.  Do

1   you remember that?

2   A      Yes.

3   Q      Okay.  Did you consider that study -- and that's also

4   within Chapter 2 of the Phase II Report, correct?

5   A      Yes.

6   Q      Did you review that study before preparing your expert

7   report?

8   A      Ah, no, because if you look at the summary of that in

9   Chapter 2, the study was, um, focused on hormones in blood,

10  and as I have said before and as I've said in my expert

11  report, use of biochemical markers to set effects levels is

12  inappropriate.

13  Q      You think it would have been inappropriate of you to

14  have actually read the studies that the Study Panel cited in

15  the chapter of the Phase II Report that you were critiquing?

16  A      I think it's appropriate for me to review the studies

17  that are relevant to setting effects levels.  So Franceschini

18  is a study on biochemical markers, and as I've said before,

19  those are not relevant to growth, survival, reproduction.

20         The focus of my expert report is on field studies that

21  are in the literature that were referenced by Dr. Evers, and

22  that's what I've reviewed because those really provide us the

23  best information available on potential risks to invertivorous

24  birds.

25  Q      Have you seen Dr. Evers' list of references or

1    bibliography in Appendix 2-2 recently?

2    A      Ah, not -- I'd say not recently.  I did see it when he

3    prepared it.

4    Q      Do you remember how many bird studies he -- he cited

5    there in the bibliography?

6    A      No.

7    Q      I think it was 68.  Do you know how many of those you

8    read in -- before you prepared your expert report?

9    A      I have probably read most of those, but not in

10   preparation for the expert report.  But as I've said, over the

11   years in my work in mercury and risk assessment, I think I've

12   read most of those papers.

13   Q      And to the extent you relied on them in forming and

14   rendering your opinions in this case, they would appear in

15   your references beginning on Page 30 of your expert report,

16   Joint Exhibit 53?

17   A      Ah, the studies that I focused on for my expert report

18   appear in my reference section.

19   Q      Now, there aren't -- the Franceschini, just to tie that

20   down, that doesn't appear in your references; is that correct?

21   A      Correct.

22   Q      Okay.  Now, there aren't -- is it fair to say there

23   aren't many studies on Nelson's sparrows in the literature?

24   A      That's true.

25   Q      Okay.  But the red-winged blackbird has been studied

HENRY - CONTINUED CROSS-EXAMINATION/BERNARD

2863

1    more extensively than Nelson's sparrow; is that -- is that so?

2    A     I think, in general, it has been, um, not that I know of

3    with mercury -- effects on -- effects of mercury.

4    Q     Are you familiar with literature -- the scientific

5    literature on red-winged blackbirds?

6    A     I would say no.

7    Q     And is the red-winged blackbird one of the two species

8    you believe are in danger of potential adverse population-

9    level effects in Mendall Marsh?

10   A     I do, and I think that it's interesting because the

11   Nelson's sparrow is an obligate marsh feeder, so it's really

12   dependent on the marsh as a food source, and the red-winged

13   blackbird is -- can feed in the marsh or also in the -- you

14   know, the lands nearby.

15         So I think because it's a tidal marsh and, as I've said

16   before, an interesting, valuable ecosystem, I think that focus

17   on Nelson's sparrow's appropriate.

18   Q     Is there any trend that you've discerned in the

19   literature regarding the level at which mercury has been found

20   to have toxic impacts on birds?

21   A     Um, I -- I would say, in general, no.  The literature on

22   invertivorous birds is fairly young.  The Jackson, et al.,

23   paper, which has received a lot of attention, I think with a

24   review of the underlying data is not really a strong paper.

25         I think where there's been a tremendous amount of

HENRY - CONTINUED CROSS-EXAMINATION/BERNARD

2864

1    academic research is in this -- this whole biochemistry end of

2    things, and as I've said, that has not really been tied into

3    growth, survival, reproduction.  So I think it -- you know, it

4    might be someday, but at this point, no.

5    Q    Have you discerned any trend in terms of adverse effects

6    being found at lower and lower levels of mercury exposure

7    based on your knowledge of the literature?

8    A    No, I mean, the -- the piscivorous bird thresholds,

9    those have been pretty well-established for a few years, some

10   of that from the loon work by Dr. Evers.

11        The invertivorous birds, um, I think the -- the jury's

12   still out on what the effects level is for those, and that's

13   why it's important to look at these field studies of the tree

14   swallow in the South River because that gives us real, actual

15   data, um, in an invertivorous bird that we can use to set

16   screening levels.

17   Q    Have you discerned any trend in terms of what the

18   literature says about risks to invertivorous birds?

19   A    There -- there's very little information out there, so I

20   would say -- I would say no, and as -- and as you've seen,

21   ecological risk assessors, when we look at those data, we

22   actually look at those reports very carefully.

23   Q    Have you read anything about threats to invertivores who

24   inhabit wetlands, anything in the literature?

25   A    Sure.

HENRY - CONTINUED CROSS-EXAMINATION/BERNARD

2865

1   Q     Okay.  And have you read anything about special threats

2   to invertivores who consume spiders as part of their diet?

3   A     Um, there -- there are some papers out of the Cristol

4   Lab in the South River that have looked at spiders, yeah.

5   Q     And have they warned of possible enhanced impact of

6   mercury on birds who inhabit wetlands and ingest spiders?

7   A     Yeah, that was interesting, and, actually, the Study

8   Panel looked into that with -- in Chapter 16 with the stable

9   isotope work.

10        Um, and what's interesting is that birds can eat

11  spiders.  They don't always eat spiders.  And spiders actually

12  have a wide range of mercury concentrations because even

13  within the spider family, there's different trophic levels.

14  So at the top, for example, you have a wolf spider that's

15  eating other spiders, so there can be bioaccumulation there.

16        I think part of the issue with spiders is it's really

17  caught people's attention because it's pretty cool, but the

18  evidence for that being the primary source of mercury to

19  invertivorous birds is very weak, and, in fact, the Cristol

20  paper, the first one that came out in Nature that was making

21  that link, pretty much backed off on it in later years.

22  Q     Okay.  Are spiders part of the Nelson's sparrow diet in

23  Mendall Marsh?  Do you know?

24  A     Ah, according to the Study Panel, they are at some

25  locations for the data that they collected and not at other

1    locations, and it also, as I said, depends on the type of

2    spider.

3    Q    Now, you did review the Jackson paper on Carolina wrens;

4    is that fair to say?

5    A    Yes, I did.

6    Q    Okay.  Now, in your expert report, I just want to

7    clarify something.  This is Joint Exhibit 53, at Page 10.

8    Down here, you say -- and -- and you're talking about

9    invertivorous birds here, right?

10   A    Correct.

11   Q    Okay.  And you're saying that the Study Panel's

12   threshold is based on one paper.  Do you see that?

13   A    Yes.

14   Q    Okay.  And then in the following paragraph, you say, the

15   Study Panel's threshold in invertivorous birds is based

16   primarily on the Jackson study.

17   A    Yes.

18   Q    So those seem different to me.  Which is it?

19   A    Well, the Jackson, et al., paper came out with that

20   number, 1.2, um, and I think if you go onto the next page, um,

21   when I read Dr. Evers' deposition, um -- well, actually, if

22   you read Dr. Evers' appendix, he bases his number solely on

23   the Jackson, et al., paper.  In his deposition, he was asked

24   if you didn't have that, what else would you base it on?  And

25   he mentioned a few other studies, which I review in this

HENRY - CONTINUED CROSS-EXAMINATION/BERNARD

2867

1    expert report.

2         So that I think is the source of primarily.

3    Q    Okay.  Now, Jackson is a study that looks at the effects

4    of mercury on the reproductive capacity of a songbird, the

5    Carolina wren, correct?

6    A    It's looking at nest success, the ability to fledge one

7    young per nest.

8    Q    Okay.  And this -- this idea that -- withdrawn.

9         Your opin -- is it your opinion that nest success should

10   not be used to measure reproductive effects?

11   A    No, I think it's one measure of reproductive effects.

12   Q    Now, you think the Jackson study's an interesting study.

13   A    I do.

14   Q    Okay.  And Evers is one of the coauthors?

15   A    Yes, he is.

16   Q    And there's a U.S. Fish and Wildlife Service scientist

17   who's a coauthor?

18   A    Yes.

19   Q    And an EPA scientist who's a coauthor?

20   A    Yes.

21   Q    Okay.  And do you know whether it's the product of a

22   Natural Resources Damages Assessment, or NRDA, proceeding?

23   A    Yeah, my understanding is that the study was funded in

24   the course of an NRDA.

25   Q    Okay.  And do you know whether there were State of

1    Virginia scientists involved in that, too, people who work for

2    the government of Virginia?

3    A     Yes, one of the coauthors is from Virginia, yeah.

4    Q     And there are also responsible parties, in other words,

5    the parties who are responsible for the contamination and any

6    cleanup of the South River area, they were also part of this

7    NRDA process?

8    A     Ah, they were not coauthors on the paper, but, of

9    course, as a responsible party, they were part of a process.

10   Q     Okay.  Now, you were in court when Dr. Evers testified

11   last week, were you not?

12   A     Yes, I was.

13   Q     Okay.  And you heard him say that at least some

14   government agencies are using Jackson as the best available

15   information on the effects of mercury on avian invertivores.

16   Did you hear that testimony?

17   A     I did hear that testimony.

18   Q     And the testimony you gave this morning is at odds with

19   that, or at least it appears to be; is that correct?

20   A     Well, what I said this morning is that, in my

21   experience, it has been considered by government agencies as

22   not being applied for setting threshold levels or remediation

23   targets.

24   Q     Is it -- is it -- when you say it's being considered,

25   does that mean it's on the table, it's part of the discussion

1    when toxicity thresholds are being set?

2    A     It's part -- as you've seen from what I do, we review a

3    lot of the literature.  So it is one piece of the literature

4    that is reviewed in the context of looking at screening levels

5    and potential remediation targets.

6    Q     Now, you also said this morning that at your -- the

7    sites you yourself are working on, it's not being used to --

8    it may be part of the discussion, but it's not being used to

9    set toxicity thresholds on its own.

10   A     Correct.

11   Q     Is that a fair characterization?

12   A     That is fair.

13   Q     Okay.  Now, do you know how many mercury-contaminated

14   sites are the subject of remediation in the United States at

15   the moment?

16   A     Um, I could -- I could name a few.  There's -- there's

17   probably not a whole lot, but there's some.

18   Q     How many of them are you working on?

19   A     I'm working on two of the major ones, so the Berry's

20   Creek study area and Onondaga Lake, and I've also been

21   reviewing information on the LCP Brunswick, Georgia site.

22   Q     For the ones you're not working on, do you have any

23   personal knowledge of whether or to what degree the Jackson

24   paper is figuring in the setting of toxicity thresholds?

25   A     No, I don't.

1   Q    Okay.  Now, Jackson found this adverse impact on

2   reproductive success of Carolina wrens, correct?

3   A    Ah, they reported an impact on nesting success, yes.

4   Q    I think you said, maybe 90 seconds ago, that nesting

5   success is one measure of reproductive success?  Did I hear

6   you correctly?

7   A    Yes, you did.

8   Q    Okay.  And wrens are songbirds; is that correct?

9   A    Wrens are songbirds.

10   Q    Like the Nelson's sparrow?

11   A    Ah, they are songbirds.  Ah, they're not migratory like

12   the Nelson's sparrow, but they are songbirds, yes.

13   Q    Okay.  And they belong to the same order, as we

14   discussed earlier, correct?

15   A    Yes.

16   Q    Okay.  And the red-winged blackbirds are also part of

17   that order?

18   A    Correct.

19   Q    Okay.  Now, you think the Jackson study should be

20   disregarded to -- when you're discussing this -- or

21   considering the setting of toxicity thresholds for mercury in

22   songbird blood, correct?

23   A    Ah, that's correct.

24   Q    Just throw it out.  It -- it -- it's as if it never

25   happened?

HENRY - CONTINUED CROSS-EXAMINATION/BERNARD

2871

1   A      I kind of put -- what I would do is put it on the back

2   burner.  I mean, at this point, we're -- we have studies from

3   the South River, um, that enable me to set a screening effects

4   level of 3 to 4 parts per million.

5        I think the research that's presented in Jackson, et

6   al., um, first of all, it's at odds to itself, um, and,

7   secondly, the data set is too small and the data were handled

8   inappropriately.

9   Q      First you said it should be disregarded; then you said

10  it should be on the back burner.  The back burner is part of

11  the stove; is that correct?

12  A      Yep.

13  Q      Can we agree on that much?

14  A      Yes.

15  Q      Okay.  Should it be disregarded, or should it be in

16  play?

17  A      I think it should be disregarded.

18  Q      Completely.

19  A      Completely disregarded.

20  Q      Okay.

21  A      I agree.  If they were to go back and repeat the study

22  and address some of these issues that I've talked about, I'd

23  reconsider it.  That's what I meant by putting it on the back

24  burner.

25        I mean, I don't -- I don't think it's -- I don't think

1    it's a completely worthless thing, never look at it again, but

2    if the researchers were able to do additional work there, I

3    think the approach is a very interesting one.

4    Q    Now, Jackson failed to consider all the factors that

5    might confound the results; is that correct?

6    A    Well, Dr. Evers has assured me that they did consider

7    all the confounding factors.

8         My comment was that in the paper that was published and

9    in all of the information that he provided to us upon request,

10   there was absolutely no information on potential confounding

11   factors.

12   Q    So let's just stick with your view, not Dr. Evers' view,

13   for the moment.  Okay?  You listened to Dr. Evers' testimony,

14   right?

15   A    Yes, I did.

16   Q    It's quite different from yours, correct?

17   A    Um, actually, I thought there was a lot of similarities

18   in our -- in our --

19   Q    You think -- you think his view about the worth and

20   validity of the Jackson study is similar to yours?

21   A    No, not that particular point.

22   Q    Okay.  So based on the information you received and your

23   own critique, you believe that the Jackson study failed to

24   consider all of the relevant factors that might blur the

25   signal of mercury as being the cause of any adverse effect

1    that may have been found on reproduction.

2    A     Yes, they did -- they did not present that information

3    in the paper.

4    Q     Now, it's hard to do that in the field, isn't it, to --

5    to control for all of the confounding factors in the natural

6    environment?

7    A     Well, actually, it's done a lot in these nest success

8    studies, and the way that it's done is when the experiment is

9    set up, observations are recorded for each nest, and then, for

10   example, if it's a type of vegetation would be one possible

11   individual confounding variable, that information, the data

12   are collected so that that enables you, when you're doing your

13   modeling at the end of the day, to evaluate whether that was

14   an important confounding factor.

15        That's standard practice for nest -- nest success

16   research.

17   Q     Are you saying that in nesting success studies, you know

18   of efforts that have successfully accounted for confounding

19   factors so that they could single out mercury as the cause of

20   whatever the results were in terms of nesting success?

21   A     Ah, no.  What I'm -- as I've said before, the field

22   research we have to date for tree -- for invertivorous birds

23   is just starting to come out.

24        Um, what I also said before is that the nest success,

25   which is, um, a -- actually, a huge body of research, a lot of

1    those studies deal with confounding factors and trying to

2    ascertain, even in a natural environment, why is nest success

3    so variable?

4         So, for example, in the Jackson, et al., paper, the one

5    other study of reproductive success was 28 percent.  So

6    28 percent of nests fledge young, and that was in a natural

7    setting with no contaminants.

8    Q    In a --

9    A    So that --

10   Q    In a different system, correct?

11   A    In a different system.  So that's the point.  There's a

12   lot of variability in the natural ecosystem.

13   Q    Dr. Henry --

14   A    And one of the import --

15   Q    -- do --

16   A    Sorry.

17   Q    No, please continue.

18   A    One of the important things in the context of risk

19   assessment is trying to sort out, what's an effect due to a

20   contaminant, like mercury, and what's an effect due to the

21   natural variability of a system?

22   Q    Do you know of a single study that, in your view, has

23   controlled for the confounding factors so that it could zero

24   in on the differential impact of mercury contamination?

25   A    Um, in the sediment toxicity literature, yes, there has

1    been.  In the bird literature, there's -- um, there's not a

2    whole lot out there, so it is a challenge.

3    Q    Let me just show you your deposition, which is

4    Plaintiffs' Exhibit 164, at Page 284, and if you need to read

5    around this for context, by all means, do.  But I'm going to

6    show you what I think is the relevant question and answer.

7         Do you know of a study -- we were talking about

8    vegetation at the time.  Do you know of a study beyond

9    documentation of differences in vegetation, say, which is one

10   of the confounding factors you've identified, do you know of a

11   study that has controlled for the confounding factors so that

12   it could zero in on the differential impact of mercury

13   contamination?  No.

14        Is that accurate testimony?

15   A    That's correct.

16   Q    And it's accurate as you sit here today?

17   A    Yeah, if you're talking about a nest success study, I

18   think some of -- um, like that Burgess and Meyer's paper

19   that's looking at loon production, one of the challenges there

20   is they're trying to sort out effects of mercury

21   concentrations in prey to these different populations of

22   loons, and at the same time, they're looking at a system where

23   the pH of the lake varies tremendously.

24        So there are other systems that have looked at

25   confounding factors with respect to mercury contamination.

1   Q     Do you know of a study that has controlled for the

2   confounding factors so that it could zero in on the

3   differential impact of mercury contamination?

4   A     And I said no.

5   Q     And what do you say today?

6   A     No.  If we're talking about nest success, that is my

7   qualifier.

8   Q     Now, you mentioned this morning on direct a study in the

9   Housatonic of robins.  Do you remember that?

10  A     Yes.

11  Q     Okay.  Now, the Housatonic is a PCB-contaminated site?

12  A     It is.

13  Q     Is it a Superfund site?

14  A     It is.

15  Q     Do you know whether that study was done for purposes of

16  making remediation decisions as opposed to Natural Resources

17  Damages Assessment, if you know?

18  A     I'm not positive.  I -- I don't -- I'm not positive,

19  actually.

20  Q     Now, that was a study of robins on the Housatonic river,

21  correct?

22  A     Correct.

23  Q     And it was conducted by a consultant to General Electric

24  company?

25  A     Ah, yes.

1   Q      Now, you characterized that, I think, as a more thorough

2   study of robins and PCBs than the Jackson study was concerning

3   mercury in Carolina wrens; is that -- is that fair?

4   A      More thorough in the -- in the context that they've

5   actually measured a whole range of reproductive success --

6   success parameters and, also, considered confounding factors.

7   Q      In that study, how many years did GE collect data on the

8   Housatonic?  Do you remember?

9   A      I don't recall off the top of my head.

10  Q      If I told you it was one, would that ring a bell?

11  A      No, it wouldn't ring a bell.

12  Q      Okay.  Do you -- do you -- do you -- we can look at it,

13  if you like.  You don't recall?

14  A      No, I don't recall.

15  Q      All right.  Let me see if I have it.  It's Defendants'

16  Exhibit 740.  Do you recognize that, the Housatonic study, as

17  -- as the first page?

18  A      Um, yeah, there's -- it's actually been published in the

19  peer-reviewed literature, so --

20  Q      Well, this looks like it was -- it's a manuscript in

21  press, right?

22  A      Right, hm-hmm.

23  Q      Okay.  So let me see if I can get you -- here, right in

24  the abstract.

25  A      Ah, there we go.

1   Q     Just look at the beginning.  It's a little small, but

2   see if you can read it.  Breeding in the Housatonic were

3   studied in the field in 2001.  Do you see that?

4   A     I do.

5   Q     Okay.  So does that refresh your recollection that it

6   was a one-year sampling effort?

7   A     Yes.

8   Q     Okay.  Now --

9   A     I also noticed that they collect -- did it say 106 nests

10  on there?  I think they -- they actually collected 106 nests,

11  which I thought was interesting.

12        One of my criticisms of Jackson, et al., is the data set

13  is so small.  In fact, the data set that was used to create

14  that curve, which Evers is using to identify 1.2, is about 40

15  nests.

16  Q     You can't control for all confounding factors in a

17  one-year survey, can you?

18  A     It depends on the data you collect.  The issue with

19  confounding factors is you need to collect the data in order

20  to decide if you've controlled for confounding factors.  So if

21  the data are collected that would, for example, assess, um,

22  different attributes of vegetation or proximity to prey

23  sources or prey items, you could actually assess whether

24  you've controlled for confounding factors.

25  Q     Do you think that interannual variation is relevant when

1    you're considering the effects of mercury on a bird

2    population?

3    A    I do.

4    Q    Okay.  Can you assess interannual variation in a

5    one-year study?

6    A    Ah, by definition, no.

7    Q    Now, the Henning study -- Henning is the lead author of

8    the robin study on the Housatonic -- Housatonic for GE,

9    correct?

10   A    That's right.  She's a colleague of Dr. Whipple's.

11   Q    And did you -- did you mention that study in your expert

12   report?  Do you remember?

13   A    Hm, no, I don't think I did.

14   Q    And it's not in your list of references in the expert

15   report, is it?

16   A    No.

17   Q    Now, you cite a Brasso and Cristol 2008 study of tree

18   swallows in the South River, correct?

19   A    Yes.

20   Q    Okay.  And that -- that's a study you know well?

21   A    Yes.

22   Q    Okay.  It's a good study, you think?

23   A    It was good in the sense that it measured a range of,

24   um, attributes or measurement endpoints for reproductive

25   success.

1    Q    And there -- Brasso and Cristol you consider to be good

2    investigators?

3    A    Well, Dan Cristol is a professor at the College of

4    William & Mary, so he's actually published a lot.

5         Brasso is a student, so I'm not sure I'd attest to

6    whether or not they are -- good researcher.

7    Q    How about Dr. Cristol, is he a good investigator?

8    A    Yes.

9    Q    Okay.  Is he a coauthor on the Jackson Carolina wren

10   study?

11   A    Yes, he is.

12   Q    Okay.  Now, did Brasso and Cristol report -- do you

13   recall -- in their 2008 study information on the relative

14   vegetation between the target sites and the control sites that

15   they looked at in their study?

16   A    No.

17   Q    And was that one of the criticisms you lodged of the

18   Jackson study, that it did not include information on

19   vegetation at the -- at the control and target sites?

20   A    That's correct.  That's why I was actually rather

21   pleased to hear Dr. Evers defend it so vehemently, hm-hmm.

22   Q    Now, the Brasso and Cristol study lasted for two years.

23   Do you remember that?

24   A    Yes.

25   Q    2005 and 2006?

1   A      Yes.

2   Q      Okay.  And they -- they found profound differences

3   during the two years; is that correct?

4   A      That's correct.

5   Q      And I think you mentioned this during your direct

6   testimony, they found in the second year of the study, there

7   was -- there had been a draught, right?

8   A      That's correct.

9   Q      Okay.  And the draught could have generated

10  environmental stress for the tree swallows; is that fair?

11  A      Yes.

12  Q      Okay.  And there might have been reduced food

13  availability, right?  And it might have increased the

14  bioavailability of methylmercury, correct?

15  A      That's correct.

16  Q      Okay.  Now, did Brasso and Cristol directly measure

17  mercury levels during the draught year, 2006?  Do you remember

18  that?

19  A      Did they -- they measured mercury concentrations in

20  blood.

21  Q      Did they measure food availability?

22  A      Ah, no.

23  Q      Okay.  So they didn't control for all possibly

24  confounding factors; is that fair to say?

25  A      That's correct.

1   Q     Okay.  Now, do you recall what Brasso and Cristol said

2   about the relationship between behavior and reproductive

3   success?

4   A     No, I don't recall.

5   Q     Let me see if I can get it for you.  This is Joint

6   Exhibit 102.  Is this the Brasso and Cristol study we've been

7   talking about, Ecotoxicology, 2008.  Do you see that?

8   A     Yes, that looks like it.

9   Q     Okay.  Let me show you on Page -- so this is Joint

10  Exhibit 102, and this is Page 139, the pagination is within

11  the study.  And, again, if you need to read around this for

12  context, feel free.  I'm -- but I'm just going to show you one

13  little thing.

14        So here in the discussion section -- okay -- I'll just

15  show you the -- make sure you know that it's still the

16  discussion section --

17  A     Hm-hmm.

18  Q     -- they're talking about their results, and they say,

19  contaminated females could suffer reduced reproduction success

20  -- reproductive success if they -- and then, one,

21  under-provisioned eggs, two, deposited enough mercury into

22  eggs to reduce embryo viability, or -- and this is the one I

23  want to call your attention to -- three, failed to feed

24  nestlings properly due to behavioral problems.  Do you see

25  that?

1    A    Yes, I do.

2    Q    Okay.  And do you have any reason to doubt or disagree

3    with that, that failing to feed nestlings properly due to

4    behavioral problems could generate reduced reproduction in the

5    tree swallows that Brasso and Cristol were studying?

6    A    That's a possibility.

7    Q    Okay.  Now, one other thing I want to show you about

8    Brasso and Cristol, and this was back in 2008, as we've seen,

9    do you remember what the female blood mercury concentrations

10   were in the tree swallows they studied?

11   A    Ah, they had two different, um, values reported -- one

12   for 2005 and one for 2006.

13   Q    Okay.  And I can show you this.  It's actually both in

14   the text and it's in the abstract.  So let me just show it to

15   you in the abstract because it's on the first page of Joint

16   Exhibit 102.

17        So, here, female swallows on the contaminated stretch of

18   river had significantly elevated blood and feather total

19   mercury, and the blood was -- you see -- 3.56, and then

20   there's an error range.  Do you see that?

21   A    Yes, I do.

22   Q    So referring to that, they say, possibly the highest

23   ever reported for an insectivorous songbird.  Do you see that?

24   A    Yes, I do.

25   Q    So as of 2 -- and do you have any reason to doubt that,

HENRY - CONTINUED CROSS-EXAMINATION/BERNARD

2884

1    that as of 2008, the 3.56 blood mercury level in the female

2    tree swallows was the highest or possibly the highest mercury

3    bird blood level reported for an invertivore?

4    A    Um, yeah, they said it was possibly the highest

5    reported.

6    Q    And do you have any reason to dispute that?  Do you have

7    any knowledge to the contrary?

8    A    No.

9    Q    Okay.  Now, that was 2008, correct?

10   A    The paper was published in 2008.

11   Q    Okay.  And that was before the Penobscot River Mercury

12   Study published its Phase II results, correct?

13   A    Ah, that's correct.

14   Q    All right.  So let me just show you, keeping that 3.56

15   value in mind, the appendix -- this is Joint Exhibit 10, so

16   this is Appendix No. 2 to the 2012 monitoring report that the

17   Study Panel published.  Are you familiar with this appendix?

18   A    Ah, yes.

19   Q    Okay.  So over here, just to orient us, these are

20   summary statistics and -- of raw data, correct?

21   A    Yes.

22   Q    And over here, we have Nelson's sparrows?

23   A    Yes.

24   Q    And then we have different sites, and then the age class

25   would be adult or hatch year, in the case of Nelson's sparrows

1  all adult, correct?

2  A    That's correct.

3  Q    And then there are various figures, minimum blood

4  levels, maximum blood levels, but let's focus on the mean.

5  Okay?

6  A    Okay.

7  Q    All right.  So that's this column here.  All right.  So

8  the highest mean is -- and the PRN1, I believe it says, that's

9  -- that's a reference site, correct, at the bottom of this --

10  right here, at the bottom of the first section?

11  A    Yeah, yeah, I can't remember what the PRN stands for,

12  but --

13  Q    Do you believe that's a reference area?

14  A    Yes.

15  Q    Okay.  And the top three sites are in Mendall Marsh

16  proper, southwest, and southeast?

17  A    Correct.

18  Q    And then two sites are in W17, which is a marsh to the

19  north of -- of Mendall?

20  A    Yes.

21  Q    Okay.  So what's the highest mean blood mercury for

22  Nelson's sparrows in 2012 in the Mendall Marsh sites?

23  A    Um, at one location, um, it's 10.29.

24  Q    So it's this one right here, right?

25  A    Ah, correct.

1    Q     Okay.  And if you were to average and just take a mean

2    of the means, right, for the Mendall Marsh sites, do you know

3    what you'd get there, you'd be averaging those top three

4    values?

5    A     Yeah, it would be averaged somewhat by the numbers of

6    samples.  So I would say it's probably somewhere around -- I

7    don't know -- 6 or 7, maybe.

8    Q     Well, if you want to take my word for it, I've done the

9    math, it's 8.3 if you don't weight it by sample.

10   A     Okay.

11   Q     Does that look about right if you take those -- those

12   top three, that that would be around 8, 8.3?

13   A     Yeah, I -- I can't calculate that fast --

14   Q     Okay.

15   A     -- in my head, but go with it.

16   Q     You don't have to.  I'm not going to give you a

17   calculator or anything.  This is not meant to be like that.

18         So if you weighted it for the number of samples, that

19   mean would actually be on the low side, right, because the

20   largest number of samples was at the SC1 cite, which has the

21   mean of 10.29 micrograms per gram?

22   A     Possibly, but there's eight samples at 4.77.

23   Q     Okay.  So if you take that -- just don't do the

24   weighting and take that as 8.3, that's more than twice of what

25   Brasso and Cristol found by way of blood mercury in female

1    tree swallows in the South River in their 2008 paper, correct?

2    A      Yeah, for that -- for that year.  I think there's also a

3    -- on the South River, there's data for a vireo, which I

4    mention in my report, which actually has higher levels than

5    the Carolina wren.  But I agree the mean here for 2012 for the

6    Nelson's sparrow is higher than the mean reported by Brasso

7    and Cristol for the South River, yes.

8    Q      Okay.  And it's more -- it's more than twice as high as

9    what Brasso and Cristol reported, correct?

10   A      Yep.

11   Q      And --

12   A      So it does show exposure, and as we're discussing, not

13   necessarily effects.

14   Q      And Brasso and Cristol reported that value, which was

15   less than half of what we see here at Mendall Marsh at -- in

16   2012, as possibly the highest ever reported up until that

17   time, correct?

18   A      Um, they did report that as possibly the highest, yep.

19   Q      Okay.  Now, if you include all of the sites, except for

20   the reference sites, but if you include the somewhat lower

21   values at W17, will you take my word that that's about 6.95,

22   or roughly 7, as the average of all those values?  Does that

23   look about right?

24   A      Sure.

25   Q      Okay.  And that's nearly twice as high as what Brasso

1    and Cristol reported as possibly the highest ever

2    concentrations of mercury in the blood of songbirds, correct?

3    A     Yes.

4    Q     Okay.  Now, for red-winged blackbirds, which is the next

5    column, what was the mean blood mercury at all the Penobscot

6    sites?  Now, the Penobscot sites would be -- first you have

7    two W17 sites, right, but the top one doesn't report any data,

8    correct?

9    A     That's correct.

10   Q     Okay.  So you have one W17 site, and then you have -- it

11   looks like -- a -- two Mendall Marsh sites, SW1 and SE2.  Do

12   you see that?

13   A     Ah, are we talking about red-winged blackbird.  There's

14   this yellow arrow here, so I'm a little confused.

15   Q     No.  Okay.  I -- I may have put that in inadvertently.

16   I think down here is another species, which would be maybe the

17   swamp sparrow or something?

18   A     Correct, swamp sparrow.

19   Q     Okay.  So in the middle, the middle column on the left

20   is RWBL, that's red-winged blackbird, right?

21   A     Yes.

22   Q     Okay.  So just quickly I want to go through this

23   exercise that we just went through for the Nelson's sparrow.

24         So if you look at the mean blood mercury at the Mendall

25   Marsh sites, which -- correct me if I'm wrong -- would be this

1    one, SW1, and this one, SE2, what does the mean of the means

2    look like for 2012?

3    A     It's somewhere between 11 and 14.

4    Q     Okay.  And that would be considerably more than --

5    considerably higher than those Brasso and Cristol values

6    reported in the 2008 paper, correct?

7    A     Yeah, the -- the concentrations are higher, but I think

8    the important thing to remember is that we are concerned with

9    what the effects are on the birds.

10          So given the uncertainty in the information that we have

11   in front of us for invertivorous birds, it's very important

12   for us to really get a handle on that.  When we're looking at

13   a large, complex site, like the Penobscot River, where action

14   in the river -- remedial action has potential negative

15   consequences, this assessment of risk and reduction of

16   uncertainty in what might or might not be there is extremely

17   important.

18          So comparing blood mercury concentrations is

19   interesting, but not particularly relevant.

20   Q     You don't think the concentrations of mercury in the

21   blood of songbirds in Mendall Marsh is relevant to an

22   assessment of possible harm to those birds?

23   A     That's not what I said.

24   Q     Okay.  Well, you -- say it your way, please.

25   A     Okay.  I said, just on the face of it, comparison to

1   other levels in other studies is not relevant.

2   Q    How that comparison -- how about just the raw numbers,

3   are they relevant?

4   A    Yeah, of course.

5   Q    Okay.  And how about compared to your own LOAEL, are

6   they relevant?

7   A    Sure.

8   Q    Okay.  Those numbers of -- in terms of red-winged

9   blackbirds in 2012 are four times the low end of your LOAEL;

10  is that correct?

11  A    That is correct, and because those numbers are higher, I

12  have identified two species -- Nelson's sparrow and red-winged

13  blackbird -- which deserve additional study.

14       The uncertainty in our knowledge about risks to

15  invertivorous birds is significant.

16  Q    Let's look at --

17  A    And when we're weighing possible action at a site like

18  the Penobscot River, it's very important to pin that down.

19  Q    Let's look at your Figure 2.  This is in Joint

20  Exhibit 53.  This is your expert report, and this is your

21  grand mean version of the data for Nelson's sparrow and

22  red-winged blackbirds and three other species, but let's focus

23  on the two on the left -- the Nelson's and -- and the

24  blackbirds.  Do you see those?

25  A    Yes.

1    Q    Okay.  So this reflects this, you know, value around 5

2    and for red-winged blackbirds a little bit less than 5, that

3    reflects this grand mean approach where you combined all

4    samples, all sites, all years, correct?

5    A    Right.  This is an appropriate representation of the

6    mean concentration for the population of each of these species

7    at Mendall Marsh.

8    Q    Now, let's just assume that you were going to represent

9    the data, as the Study Panel did, in part, by sampling

10   location by year, and refer back to the appendix that we just

11   looked at for the raw data from 2012.

12        Where would the Nelson's sparrow bar go up to on your

13   chart?

14   A    Well, if you did it from year to year, your -- it would

15   be different than what's shown here because, as I've said,

16   this is -- combines all the data.  So, yeah, it would be

17   different.

18   Q    It would be way off your chart; would it not?

19   A    Ah, for 2012, um, for some stations, it would be off the

20   chart, that's correct.

21   Q    For both the Nelson's sparrow and the red-winged

22   blackbird?

23   A    That's correct.  The important thing to remember is that

24   we're looking at populations and habit according to the Study

25   Panel, that whole area of Mendall Marsh and W17, and we're

1    looking at risks over the time period that the Study Panel is

2    sampling.

3    Q    Now, in your expert report and, again, during your

4    direct testimony this morning, you ruled out the possibility

5    of adverse effects on a number of bird species that the Study

6    Panel sampled; is that correct?

7    A    Ah, right.  Well, the Study Panel concluded there were

8    no risk to the fish-eating birds, and I added to that three

9    marsh birds based on comparison to the 3 to 4 ppm effects

10   level.

11   Q    For any of the bird species you ruled out in terms of

12   adverse impacts, did you examine the design of the sampling

13   that the Study Panel conducted?

14   A    Um, the Study Panel, um, sampled the -- early on the

15   bald eagle, the osprey, the belted kingfisher, cormorant,

16   blood in some egg concentrations, and they determined that

17   they were below levels of concern.

18   Q    Did you take an independent look at that?

19   A    Ah, did I?  No, my focus has been on the invertivorous

20   birds, so I went with the Study Panel's conclusions.

21   Q    So you just took the Study Panel's confusion --

22   conclusions at -- on face value in terms of all of the species

23   that you eliminated from consideration?

24   A    Um, I did look at the data, and the data were below

25   their thresholds, so, yes.

1    Q      You say you looked at the data.  Did you look at the

2    number of samples they took for any of those species you

3    eliminated from consideration?

4    A      Well, the number of samples would have been in the data

5    tables, so, yeah, I don't remember off the top of my head.

6    Q      Do you know how many samples they took of eagles?

7    A      No.

8    Q      Well, if I told you one, would that give you any pause?

9    A      Um, hm, one is not very many, but there does -- I mean,

10   that --

11   Q      I think we can agree on that.

12   A      Yeah.

13   Q      Didn't you say during your direct testimony that it's

14   perilous to rely on a sample size that small?

15   A      I did.  I -- it -- one sample is -- is kind of a poor

16   characterization of a population.

17   Q      Okay.  And did you look at other issues, like the

18   geographic reach of the samples that were taken on any of

19   these species that you eliminated from consideration?

20   A      I do remember looking at that, and I can't tell you off

21   the top of my head for each one where they were sampled, but I

22   do remember looking at that.

23   Q      Did you look at the time of year the samples were taken?

24   A      Ah, probably not.

25   Q      Did you look at the comparability of relevant ecological

HENRY - CONTINUED CROSS-EXAMINATION/BERNARD

2894

1    conditions at any reference area versus the Penobscot?

2    A      Ah, no.  As I've said before, I've been focused on the

3    invertivorous birds.  I think anyone who's worked on

4    mercury-contaminated sites can look at a set of data, and of

5    all of the species examined by the Study Panel, and I include

6    all of the mammals, the birds, the fish, the crabs, the

7    lobster, the only two species for which concentrations appear

8    elevated and of concern are Nelson's sparrow and the

9    red-winged blackbird.

10          The concentrations in the Penobscot are not particularly

11   elevated.

12   Q      If you -- withdrawn.

13          Is it part of ecological risk assessment when you look

14   at a set of data to look at how robust the data set is before

15   you eliminate from consideration a particular species?

16   A      Sure, and in this case, the Study Panel eliminated

17   species from consideration, identified them as not of concern.

18   I took a very close look at the marsh bird data collection and

19   data themselves.

20   Q      For any of the species that you eliminated, did you

21   examine them in a way that would allow you to determine

22   whether the study design met your standards for producing

23   reliable ecological risk assessment data?

24   A      I think in a -- in -- yeah.

25   Q      Did you describe any of that in your expert report?  Is

HENRY - CONTINUED CROSS-EXAMINATION/BERNARD

1    there one word in your expert report about that?

2    A    No, I'm just -- I am -- the way this worked is we were

3    given the raw data from the Study Panel, and I describe in the

4    expert report how I handled that data, um, and then presented

5    my, you know, findings and opinion.

6    Q    Let's turn to field toxicity studies.  You propose a

7    two- to three-year field study, is it?

8    A    Yeah, I think, in general, it would probably take two

9    years, um, possibly three.

10   Q    And the purpose would be to determine whether mercury is

11   having adverse population-level effects on either the Nelson's

12   sparrow or the red-winged blackbird or both?

13   A    Yeah, I would focus that on the Nelson's sparrow, which

14   is an obligate marsh feeder, and I think the issue here is

15   that you want to -- given the uncertainty in the invertivorous

16   bird literature, you want to pin down if there are impacts to

17   reproductive success, and if so, what the -- kind of the

18   relative magnitude is, and that information is very important

19   for the next step in decision-making.

20   Q    So you would study the one species, the Nelson's

21   sparrow?

22   A    I would focus on that one, yes.

23   Q    Well, when you say you would focus on it, would you

24   study a species other than the Nelson's sparrow?

25   A    Well, one thing that I think could be done with the

1    SHARP program, which I mentioned in my direct testimony, is

2    they actually do call surveys for a wide range of birds, so I

3    think there is information that could be gathered on other

4    birds.

5         But in terms of focusing on reproductive success, which

6    is quite labor-intensive, I would focus on the Nelson's

7    sparrow.

8    Q    How long has the SHARP program been going on?

9    A    Since 2011.

10   Q    And for how long have you been aware of it?

11   A    Ah, a couple of months, I think.

12   Q    Not before that?

13   A    No.

14   Q    You didn't mention it in your expert report, did you?

15   A    No, I wasn't aware of it at that time.

16   Q    Now, you would look at, in this focus on Nelson's

17   sparrows in Mendall Marsh, you would look at measures of

18   reproductive success?

19   A    Yes.

20   Q    Is that fair?

21   A    Hm-hmm.

22   Q    Okay.  Do you think you could design a study that would

23   pin down with certainty the effects mercury is having on

24   populations of songbirds in Mendall Marsh?

25   A    I think, um, given the best techniques -- and I think

HENRY - CONTINUED CROSS-EXAMINATION/BERNARD

2897

1    Dr. Evers mentioned a few in his testimony -- and the right

2    people and the right staffing, that we could pin down, to the

3    best of our ability, the impacts to reproductive success, and

4    I think that's extremely important to do, and I think we've

5    got -- my -- my -- I envision that we'd have the best people

6    at the table to do that.

7    Q    Now, the Jackson study looked at reproductive success

8    via nesting success of songbirds, right?

9    A    Correct.

10   Q    And that study was designed by some of the top

11   researchers in the field.  Do you agree?

12   A    Ah, yes.

13   Q    Evers, Cristol, you agree?

14   A    Yes.

15   Q    Okay.  And it had lots of input from the State of

16   Virginia, right?

17   A    Sure.

18   Q    From the federal government?

19   A    Sure.

20   Q    From the trustees who are responsible for remediation?

21   A    I assume.

22   Q    Okay.  And you wrote a 20-page critique of that study,

23   and you recommend that it not be used at all for making

24   remedial decisions in the Penobscot; is that correct?

25   A    Correct.

1   Q     Now, there are a number of possible pitfalls when you

2   try to undertake a field toxicity study like the one you're

3   proposing; is that fair?

4   A     That is fair.

5   Q     Okay.  Now, you might sample, for example, one species

6   that may turn out not to be the most mercury-sensitive species

7   in the system?

8   A     Um, possibly, but it's pretty much standard practice to

9   -- to select one representative species and run tests on it.

10  Q     Is it possible that your representative species would

11  not be the most mercury-sensitive species in the place you're

12  interested in?

13  A     Yes.

14  Q     Okay.  And you could find reduced reproductive success

15  in the species you are focusing on and still not know to what

16  degree that diminished reproductive success was affecting the

17  whole population; is that fair?

18  A     Um, I think that information on reduced reproductive

19  success, um, would be informative to population.

20  Q     Could you find reduced reproductive success in the

21  species you're studying and still not know whether or to what

22  degree it was affecting the whole population?

23  A     I think you could extrapolate to the population, so I

24  think -- a lot of this has to do with, um, how much

25  uncertainty you can live with.  So I think the important thing

1  is here we've got a site where we've got a functioning

2  ecosystem -- I mean, Nelson's sparrows are abundant in Mendall

3  Marsh, according to the Study Panel -- taking any action in a

4  system like this has negative consequences, so that's

5  different from, you know, advocating for mercury emissions

6  controls, and it's important that we understand what's going

7  on with these birds.

8       I mean, at this point, given the level of knowledge of

9  invertivorous bird populations and that uncertainty, I don't

10 think we have enough information to proceed.

11 Q    We're talking about the study you're proposing.  Okay?

12 Will you stay with me on that, please?

13 A    Sure.

14 Q    Could you find an adverse population-level effect in the

15 study and not know whether it's a significant adverse

16 population effect?

17 A    Well, the -- I mean, the definition of significant would

18 be discussed, I would presume, by the -- the group that's

19 working on it.

20 Q    You don't know what reduction in the population of

21 Nelson's sparrows at Mendall Marsh you would consider to

22 constitute a significant adverse effect on the population; is

23 that fair?

24 A    Well, I would think, as I've said before, um, that

25 Dr. Evers' number of 20 percent is a reasonable starting

HENRY - CONTINUED CROSS-EXAMINATION/BERNARD

2900

1    point.  I think, as he's talked before, when you look at

2    population-level impacts in the ecosystem, one assumes that

3    you could -- I mean to be frank -- lose some organisms and

4    have no impact overall on the population.

5         So 20 percent has been proposed as a rule of thumb.

6    Q    And you would accept that, his effects concentration 20?

7    A    I think it's reasonable to start with that.

8    Q    Okay.  And -- now, could you also find a significant

9    adverse effect on a population, let's say 20-percent

10   diminished reproductive success, and not know whether it's

11   caused by mercury?

12   A    Ah, it's possible.  I mean, what's the context you're

13   talking about?

14   Q    What's the context?

15   A    Right.

16   Q    How about the study you're proposing for looking at

17   Nelson's sparrows in Mendall Marsh, isn't that -- do you

18   understand that to be the context of what we're talking about?

19   A    Now I do.

20   Q    Okay.  Well, I do, too.  So what is your -- does that

21   change your answer?

22   A    Well, what I would say there is another reason I like

23   this SHARP program is they're looking at ranges -- because

24   they're looking at reproductive success of marsh birds and

25   they recognize that things like elevation of the marsh and

HENRY - CONTINUED CROSS-EXAMINATION/BERNARD

1   vegetation type have an impact on nest success, they're --

2   they are basically collecting enough information on potential

3   confounding variables to do that.

4       The other great thing about a program like that, where

5   you've got a body of -- or a -- it'll be a body of research

6   since 2011, is you'll have, um, robust data set for comparison

7   with an intensively-studied marsh, like Scarborough Marsh,

8   that will give you the context of what you would expect for

9   the Nelson's sparrow or the closely-related salt marsh

10  sparrow.

11  Q    Could you find a significant adverse effect and

12  attribute it to mercury and be uncertain as to whether the

13  mercury came from the Penobscot?

14  A    Um, I would think -- these are migratory birds, so their

15  exposure during the breeding season is from Mendall Marsh.

16      Um, the source of that mercury is likely a combination

17  of legacy mercury in the system from numerous sources in the

18  watershed, as well as ongoing atmospheric deposition.  I'm not

19  sure if that's what you were asking.

20  Q    Do you think it's fair to assume that the study design

21  and execution will be subject to criticism?

22  A    Scientists are, by nature, skeptical, so, sure, there's

23  -- there's a lot of opportunity for, um, disagreement.  But

24  that's -- one reason I had -- I was excited to see this SHARP

25  program because, with a multistate effort, someone from Maine

1    Inland Fisheries and Wildlife, um, academic researchers,

2    Dr. Gary Shriver, who Dr. Evers mentioned, is a researcher at

3    the University of Delaware that works on Nelson's sparrow,

4    he's involved in this project, so I think -- not that it would

5    be unassailable, but it really would be the best group of

6    people working on it.

7    Q    Some people thought that about the Jackson study.  Do

8    you think?

9    A    Some people thought about that, yeah.

10   Q    Okay.

11   A    But I've seen a lot of criticism of the Jackson, et al.,

12   paper.

13   Q    Well, criticism is part of science, right?

14   A    That is true.

15   Q    And sometimes in a situation where there are

16   adversaries, a study can be subject to criticism by a party

17   who's unhappy with the results; is that fair?

18   A    Um, I like to think that as scientists, we look at the

19   data and make a determination based on the data.

20   Q    Now, you criticized the Study Panel in your expert

21   report for not doing work sufficient to demonstrate adverse

22   effects on populations of Penobscot birds; is that correct?

23   A    Yeah, I don't remember my wording, but --

24   Q    Okay.  Well, look at -- look at Joint Exhibit 53, which

25   is your expert report, Page 19.

1    A    Oh, there it is.  I see it.

2    Q    Okay.

3    A    Yeah.

4    Q    So -- here we go, right?

5    A    Yes.

6    Q    Okay.  I emphasize that the Study Panel documented

7    exposure only, and that is not sufficient to demonstrate

8    adverse effects on populations given the scientific

9    literature, etc., right?  So is it fair to say that you were

10   criticizing them because they didn't do work sufficient to

11   demonstrate adverse population effects?

12   A    Ah, that's correct.

13   Q    Okay.

14   A    And that was also an issue, I think, within the Study

15   Panel, there was a lot of discussion on that.

16   Q    Now, would your -- your proposed study wouldn't

17   demonstrate adverse population effects, would it?

18   A    Um, the objective of the study would be to see if there

19   are adverse impacts on reproduction, and -- and there is a

20   component of population there in the SHARP program.

21   Q    I didn't mean to ask about the objective.  I meant to

22   ask about what the study would accomplish.

23        Would it accomplish the objective of demonstrating

24   adverse population-level effects?

25   A    I think it would demonstrate, um, to the best of our

1    ability, impacts on populations with reproductive success

2    being a surrogate for that.

3    Q    So let's look at what you wrote in the expert report,

4    and this is where you're talking about this study.

5         Ideally, results of a properly designed field study

6    should be able to address:  Whether or not there are

7    measurable effects on reproduction that would be considered

8    indicative of potential population-level effects.  Do you see

9    that?

10   A    Yes, I do.

11   Q    Did you write that language?

12   A    Yes, I did.

13   Q    Can you squeeze any more equivocation into that

14   sentence?

15   A    That's an odd question.  I -- I'm not sure how to

16   respond to that.

17   Q    Well, look at the language.  First of all, ideally, so

18   are you assuming the study is going to be ideal?

19   A    What I -- what I'm -- what I'm proposing is a field

20   study.  Field studies have pluses, they have minuses.  Um,

21   field studies had been proposed by Dr. Evers.  They've been

22   discussed within the Study Panel.  It's a -- it's an approach

23   that is used in ecological risk assessment.

24        My point here is that you have two species of birds with

25   elevated blood mercury concentrations above my screening

HENRY - CONTINUED CROSS-EXAMINATION/BERNARD

2905

1    levels.  The state of the knowledge for invertivorous birds is

2    pretty weak at this point.  We've got a huge, complex system,

3    Mendall Marsh that is already functioning as an ecological

4    resource.

5        I think we need to nail down the uncertainty that's

6    demonstrated in the data.

7    Q    Okay.

8    A    And we've got a program, the SHARP program, which is

9    ongoing, best scientists around, that are evaluating exactly

10   this issue for these species of birds.

11   Q    And your way to pin down the uncertainty, based on the

12   language in your expert report, is to propose a study ideally,

13   if it's properly designed, it should -- not will -- should be

14   able to address whether or not there are measurable,

15   undefined, effects on reproduction that would be considered,

16   by whom you don't say, indicative of potential population

17   effects.  That's your idea of demonstrating adverse impacts

18   and -- and closing the gap between where we are now and some

19   degree of scientific certainty?

20   A    I'll just have to say I'm not an attorney.  So when I

21   wrote that, I think I've explained numerous times why I'm

22   proposing a field study.  So I would caution you about reading

23   anything into the words that I've chosen here.

24       My point is that we can design a field study and that we

25   can go out and measure impacts on reproductive success.  If

1    we -- if it turns out impacts are immeasurable, that's

2    important information.  I mean, if we have no evidence there's

3    an impact to a population, why would you proceed with

4    remediation?

5    Q    Is there any language here in the part I've highlighted

6    that you want to revise in order to make it more accurate in

7    terms of what you have to say?

8    A    I feel like I'm taking an SAT test.  I'm not quite sure

9    what you're getting at.

10   Q    Let me ask one more question.

11        MR. BERNARD:  Because, Your Honor, I know we're

12   getting close to the time.

13   BY MR. BERNARD:

14   Q    Do you agree with this statement:  Assessing ecological

15   risk is difficult, but can be based on tissue concentrations

16   documented to cause population-level impacts at other sites?

17   A    Ah, no, that sounds like something out of the EPA

18   guidance.

19   Q    Let me just show you, before we break for the day,

20   Plaintiffs' Exhibit 112, which is Dr. Connolly's memorandum to

21   the Study Panel of October 11, 2010.  So this is Plaintiffs'

22   Exhibit 112.  And on Page 3 of that exhibit, he writes,

23   ecological risk is expressed as the risk that populations and

24   communities are impaired, except for threatened and endangered

25   species, for which the individual is the assessment endpoint.

HENRY - CONTINUED CROSS-EXAMINATION/BERNARD

2907

```
 1        And you and I covered that earlier, right?

 2   A    Yes.

 3   Q    Okay.  Assessing this risk is difficult, but can be

 4   based on evidence of altered community structure, a depressed

 5   population, or documented reductions in fecundity or tissue

 6   concentrations documented to cause population-level impacts at

 7   other sites.  Do you see that?

 8   A    Yes, I do.

 9   Q    So it's not EPA; it's your colleague, Dr. Connolly,

10   representing Mallinckrodt.  Do you agree with the statement

11   that he makes in this document, Plaintiffs' Exhibit 112?

12   A    Sure, and I think, you know, and it's -- we evaluate

13   this on a site-specific basis with the information we have

14   available, so I would agree with that.

15   Q    Okay.

16        THE COURT:  All right.  I guess we're going to break

17   for the day, and we'll see you all tomorrow.  Thank you.

18        (Proceedings concluded at 2:30 p.m.)

19                         CERTIFICATION

20        I certify that the foregoing is a correct transcript from

21   the record of proceedings in the above-entitled matter.

22

23

24   /s/ Julie G. Edgecomb_____        June 24, 2014_____
     Julie G. Edgecomb, RMR, CRR          Date
25   Official Court Reporter
```