1              UNITED STATES DISTRICT COURT

2                   DISTRICT OF MAINE

3    MAINE PEOPLE'S ALLIANCE      )
     and NATURAL RESOURCES        )
4    DEFENSE COUNCIL, INC.,       )
                                  )
5               Plaintiffs        )
                                  )              CIVIL ACTION
6                                 )
         vs.                      )   Docket No. 1:00-cv-00069-JAW
7                                 )
                                  )              BENCH TRIAL
8    HOLTRACHEM MANUFACTURING     )
     and MALLINCKRODT LLC,        )
9                                 )
                Defendants.       )
10

11                    VOLUME XVII

12              TRANSCRIPT OF PROCEEDINGS

13        Pursuant to notice, the above-entitled matter came on

14   for BENCH TRIAL before the HONORABLE JOHN A. WOODCOCK, JR.,

15   Chief District Judge, in the United States District Court,

16   Bangor, Maine, on the 25th day of June, 2014, at 8:37 a.m.

17   APPEARANCES:

18   For the Plaintiffs:            Mitchell S. Bernard, Esquire
                                    Aaron S. Colangelo, Esquire
19                                  Rachel E. Heron, Esquire
                                    Jared J. Thompson, Esquire
20
     For the Defendants:            Patricia H. Duft, Esquire
21                                  Sigmund D. Schutz, Esquire
                                    Jeffrey D. Talbert, Esquire
22

23                 Julie G. Edgecomb, RMR, CRR
                     Official Court Reporter

24

25   Proceedings recorded by mechanical stenography; transcript
     produced by computer.

1

<u>INDEX OF PROCEEDINGS</u>

Page:

2

Testimony:  (see below)

3

<u>INDEX OF WITNESSES</u>

4

Page:

5

ELIZABETH ANN HENRY  (called by Mr. Schutz)

6

Continued Cross-Examination by Mr. Bernard        2910
Redirect Examination by Mr. Schutz                2956

7

8

DIMITRI VLASSOPOULOS  (called by Mr. Talbert)

9

Direct Examination by Mr. Talbert                 2961
Continued Direct Examination by Mr. Talbert       2995
Cross-Examination by Mr. Colangelo                3038
Redirect Examination by Mr. Talbert               3058

10

11

EDWARD C. GLAZA  (called by Mr. Talbert)

12

Direct Examination by Mr. Talbert                 3063

13

<u>INDEX OF EXHIBITS</u>

14

Defendants'
<u>Exhibit No.</u>      <u>Description</u>           <u>Offered</u>    <u>Admitted</u>

15

   844         Kupryianchyk, et al.       3051       3051

16

17

18

19

20

21

22

23

24

25

1          (Counsel present in open court.)

2          (Elizabeth Ann Henry, having been previously duly sworn,

3    resumed the witness stand.)

4               THE COURT:  Good morning.

5               MR. BERNARD:  Good morning.

6               THE COURT:  Mr. Bernard?

7               MR. BERNARD:  Thank you, Your Honor.

8                    CONTINUED CROSS-EXAMINATION

9    BY MR. BERNARD:

10   Q     We were discussing yesterday the subject of field

11   toxicity studies.  Do you recall that?

12   A     Yes, I do.

13   Q     Now, are you aware that the court-appointed Study Panel

14   debated the question and discussed the question whether to

15   conduct field toxicity studies in Mendall Marsh?

16   A     Yes.

17   Q     Okay.  And you're aware that they decided not to?

18   A     Yes.

19   Q     Now, have you read the Phase II Report, the Study Panel

20   report?

21   A     The Phase II Report?

22   Q     Yeah, the one that was issued in April 2013 that had 23

23   chapters in it.

24   A     Yes, I've read that report.

25   Q     Okay.  And you're aware that the findings that the Study

1    Panel made that are set forth in the report?

2    A    Yes.

3    Q    And the recommendation that it made to the court in

4    terms of active remedies?

5    A    Yes.

6    Q    Okay.  Now, do you think the question whether field

7    toxicity studies were a prerequisite to making the findings

8    and recommendation the Study Panel made is a matter on which

9    reasonable scientists can differ?

10   A    Ah, yes.

11   Q    You say that mercury levels in songbirds in Mendall

12   Marsh are insufficient to infer toxicity; is that fair?

13   A    I've said that the levels of mercury in two of the

14   songbirds, we can't rule out the potential for reproductive

15   impacts, so I am recommending additional field study.

16   Q    Is it your view that toxicity can be inferred from the

17   methylmercury levels in those two species of songbirds in

18   Mendall Marsh?

19   A    It's my view that the levels are high enough, that means

20   they're above my screening level, so there's a potential for

21   reproductive impact, and field study would help determine if

22   there actually is and the magnitude of it.

23   Q    Now, you work on the Berry's Creek remediation site; is

24   that right?

25   A    The Berry's Creek study area, yes.

1   Q      And you work for Dow chemical?

2   A      Yes.

3   Q      And is that a Superfund site?

4   A      Yes, it is.

5   Q      And Dow is a potentially responsible party?

6   A      One of many.

7   Q      Okay.  Now, is EPA in charge of that remediation?

8   A      Yes, it is.

9   Q      Okay.  Did EPA require any biota toxicity studies at

10  Berry Creek?

11  A      They are -- we've done a lot of sediment toxicity

12  studies, but no bird studies.

13  Q      Okay.  Sediment toxicity studies have to do with taking

14  sediment and maybe adding some invertebrate organisms in a

15  laboratory; is that fair?

16  A      That's correct.

17  Q      Okay.  So in terms of biota, the kind of thing we're

18  talking about here, like birds, for example, EPA has not

19  required field toxicity studies at Berry's Creek; is that

20  correct?

21  A      That's correct.

22  Q      Now, you've also worked on Onondaga Lake; is that

23  correct?

24  A      Yes.

25  Q      In behalf of Honeywell?

1   A     Yes.

2   Q     Okay.  And were any bird toxicity studies done at

3   Onondaga Lake prior to the decision to remediate the lake?

4   A     No, it's interesting because a lot of the work that was

5   done, um, in -- on vertivorous -- in invertivorous bird

6   populations was done subsequent to that.  So the whole issue

7   of transfer of mercury from sediment or from terrestrial

8   systems to songbirds was not evaluated at Onondaga Lake or

9   other studies prior to the time the South River work came out.

10  Q     Okay.  Now, there were no bird toxicity studies done at

11  Onondaga Lake prior to a decision to remediate; is that

12  correct?

13  A     That's correct.  Bird toxicity studies are not often

14  recommended, and I think the situation here is unique.  We've

15  got a system that has very low concentrations of mercury in

16  sediment relative to most contaminated sites, concentrations

17  in biota are not of risk for any biota, with the exception of

18  potential impacts to tidal marsh birds.

19        Given the complexity of the site, hydrodynamically, sand

20  waves, sand chip waves, a tidal system, in combination with a

21  marsh, like Mendall Marsh, which is a valuable ecological

22  resource, I think it's important to nail down that

23  uncertainty.

24  Q     Now, if you were in charge in the Penobscot, you would

25  conduct this study for, let's say, the next three years or so;

1    is that correct?

2    A     I'm recommending a study that might take two to three

3    years.

4    Q     Okay.  And during that time, again, if you -- just

5    assuming you were in charge, would you do nothing else on the

6    site?

7    A     I'd have to think about that.  I've been very much

8    focused on the invertivorous birds, and so that's been my

9    focus really with the recommendation for additional work on

10   that.

11   Q     So whether or not you would commence, if you were in

12   charge, a process that would bring together engineers and

13   mercury scientists to begin to look hard at possible active

14   remedies, is that something you would -- you would be open to?

15   A     I think we need more information before we can bring

16   that together.

17         Um, it's important in the context of looking at a site,

18   that you've got some goals and objectives and enough

19   information to make decisions.  So that's why the focus on the

20   -- assessing the risk to birds.

21   Q     Okay.  And what's essential, in your mind, to -- as a --

22   withdrawn.

23         In order to initiate that process, you would want to

24   have the results of these field toxicity studies on the two

25   species of birds?

1    A    Yes.

2    Q    Is that correct?  Now -- so -- so you think that those

3    toxicity studies on the birds are essential before moving

4    forward with any active remediation process in -- in

5    connection with Mendall Marsh?

6    A    Yes.

7    Q    Do you know whether Mallinckrodt, during the study

8    period, in words or substance, expressed that point of view to

9    the Study Panel?

10   A    I don't know.

11   Q    Did you ask?

12   A    No.

13   Q    You mentioned yesterday the SHARP program a number of

14   times.  Do you remember that?

15   A    Yes, it's the Saltmarsh Habitat Avian Research Program.

16   Q    Okay.  And --

17   A    S-H-R-P (sic).

18   Q    Okay.  And that's been going on since 2011?

19   A    Yes.

20   Q    Okay.  And you think that might be an important element

21   of some ongoing study; is that fair to say?

22   A    Yes, from what I've read about it, it seems like it's an

23   excellent fit with this.

24   Q    Did you mention that in your expert report that you

25   filed in January?

1   A     No, I didn't.  I was not aware of the program at that

2   time.  I was a little bit surprised that Dr. Evers and

3   Dr. Kopec didn't seem to be aware of it.

4         I found it when I was looking through one of Evers'

5   proposals for study, and he was proposing a study that

6   involved a researcher from the University of New Hampshire who

7   I'd never heard of, who was looking at how you could use

8   genetic markers to trace populations of Nelson's sparrow,

9   which I thought sounded rather interesting.

10        And so I kind of followed that trail on the Internet,

11  and that's how I found out about SHARP.

12  Q     You filed a supplemental expert report in March of this

13  year.  Do you remember that?

14  A     Yes.

15  Q     Did you mention the SHARP program in that?

16  A     I did not know about it at the time.

17  Q     You were deposed later in March of this year.  Do you

18  remember that?

19  A     Yes.

20  Q     Did you mention the SHARP program during your

21  deposition?

22  A     I did not know about it at the time.

23  Q     Since -- between your deposition and yesterday, when you

24  testified on direct, did you prepare any disclosure to the

25  plaintiffs concerning the SHARP program and your views about

HENRY - CONTINUED CROSS-EXAMINATION/BERNARD

2917

1    its relevance?

2    A    No.

3    Q    You mentioned yesterday that you and Mr. Bigham, when

4    you were at E$^x$ponent, kind of applied to be -- or put in a

5    proposal to be the project leaders for the Penobscot River

6    Mercury Study, remember?

7    A    Yes, I believe we were asked to submit a proposal.

8    Q    And you did; is that correct?

9    A    Yes, we did.

10   Q    Okay.  So this is Defendants' 258, which is your letter

11   to the three Study Panelists, or maybe it's Mr. Bigham's

12   letter, but the E$^x$ponent letter.  Do you remember looking at

13   that?

14   A    Yes, I do.

15   Q    Okay.  Now, attached to the letter is a -- just a little

16   document, kind of like a firm resume for qualifications for

17   managing the project.  Do you see that?

18   A    Yes, I do.

19   Q    Okay.  So I just want to show you one thing, which is on

20   Page 1 of that document, Defendants' 258.

21        Now, you pointed out to the Study Panel that E$^x$ponent

22   had particular expertise in ecological and human health risk

23   assessment; is that correct?

24   A    Yes.

25   Q    Okay.  And so you see this, just at the bottom of the

HENRY - CONTINUED CROSS-EXAMINATION/BERNARD

2918

1   page, should their input be required, other members of

2   E$^x$ponent's mercury team with specialized skills and ecological

3   risk assessment, human health risk assessment, etc., will also

4   be available, right?

5   A    Yes.

6   Q    Okay.  So the Study Panel knew, from your submission,

7   that you had this expertise within E$^x$ponent; is that fair?

8   A    That's correct.  But as I mentioned yesterday, it's

9   highly unlikely and my experience is talking with academics

10  that they were aware of what ecological risk assessment means,

11  so --

12  Q    Now, that's consistent with a characterization I think

13  you had yesterday of the Study Panel being more on the

14  academic side of things; is that fair?

15  A    Yes.

16  Q    Okay.  Now, is that true?  Is that true that the Study

17  Panel was comprised of academics?

18  A    The majority of them were academics, in particular, the

19  mercury scientists.  Dr. Whipple's with Environ and --

20  Q    What is Environ?

21  A    Environ is a consulting company.

22  Q    Like E$^x$ponent?

23  A    Similar.

24  Q    Similar to Anchor QEA?

25  A    No.

1    Q     He's not an academic, is he?

2    A     No, he's not.

3    Q     Okay.  Do you know what his area of expertise is?

4    A     I believe it's human health risk assessment.

5    Q     Do you have any reason to -- I -- it is.

6    A     Hm-hmm.

7    Q     Do you have any reason to believe that he's not aware of

8    the EPA Superfund guidance on conducting risk assessments?

9    A     I think Dr. Whipple is probably aware of it.  I think a

10   lot of what I spoke about yesterday were mercury scientists,

11   and I don't consider Dr. Whipple to be a mercury scientist.

12   Q     But you do consider him to be a member of the Study

13   Panel, don't you?

14   A     Sure.

15   Q     Okay.  Now, do you know Dr. Whipple's view regarding the

16   need to do field toxicity studies before proceeding to active

17   remediation in the Penobscot?

18   A     No.

19   Q     Do you know Dr. Whipple's view concerning the need for

20   the Study Panel to conduct a formal ecological or human health

21   risk assessment?

22   A     No.

23   Q     Do you know Dr. Whipple's view concerning the validity

24   of the evaluation and the recommendations that the Study Panel

25   made to this court?

HENRY - CONTINUED CROSS-EXAMINATION/BERNARD

2920

1   A    I assume, because he signed the report, that he agrees

2   with the conclusions of the Study Panel.

3   Q    Let's turn to mammals.  Now, in your opinion, the Study

4   Panel hasn't demonstrated that mercury is having significant

5   adverse effects on mammal populations in the Penobscot,

6   correct?

7   A    That's correct.  The Study Panel concluded that there

8   were no risks to mink and otters, and they suggested there was

9   risk to bats.

10  Q    Okay.  So let's focus on bats.  All right?

11  A    Yes.

12  Q    Now, the Study Panel set a threshold for bats, correct?

13  A    Yes.

14  Q    And it was 10 micrograms per gram for bat fur?

15  A    That's right.

16  Q    Okay.  And you don't think that's an appropriate number?

17  A    No.

18  Q    Okay.  Now, the Study Panel based its threshold for bats

19  on biochemical effects in the bat brain; is that correct?

20  A    I would say they based their effects level on the low

21  end of an inflection point for one out of four biochemical

22  markers in the bat brain of unknown relevance.

23  Q    Okay.  Now, your view is that you shouldn't use

24  biochemical markers or sublethal behavioral changes in looking

25  at potential impact on populations of bats; is that fair?

1    A    I have said you should not use biochemical markers to

2    set adverse effects levels relevant to growth, survival, and

3    reproduction.

4    Q    Okay.  Now, in criticizing the Study Panel threshold --

5    or in differing from it, you rely on the Wada study; is that

6    right, W-a-d-a?

7    A    That's one of them, yes.

8    Q    Okay.  Now, in Wada, there were no adverse impacts found

9    on adrenocortical levels in bats at around 28 micrograms per

10   gram?

11   A    That's correct.

12   Q    Okay.  Are adrenocortical levels a physiological

13   endpoint?

14   A    Yes.

15   Q    Okay.  And that's the only endpoint they studied in

16   Wada?

17   A    That's the main one I can recall at the moment.

18   Q    Is that related to reproduction, adrenocortical levels?

19   A    No, as I said before, I think these biochemical markers

20   are not relevant for setting adverse effects thresholds --

21   Q    So this is --

22   A    -- for growth, survival, and reproduction.

23   Q    Sorry.

24        MR. BERNARD:  Did the reporter get that?  Okay.

25   BY MR. BERNARD:

HENRY - CONTINUED CROSS-EXAMINATION/BERNARD

2922

1  Q     So this is just a sort of biomarker that you said

2  shouldn't be considered in setting toxicity thresholds?

3  A     In considering potential effects to bats, we've got to

4  work with the information that we have.  So I used the studies

5  that were mentioned by the Study Panel, evaluated them.  All

6  we have at this point is studies that some do and some don't

7  show changes in biochemical markers.

8        Now, the way that toxicologists think about biochemical

9  markers is that they appear due to stress of any sort, perhaps

10 mercury, perhaps other things.  They vary a lot by species, by

11 age, by gender, by season.

12       Our understanding of what those biochemical markers

13 means is very limited in the wild population, and the

14 scientists assumed that effects that would actually be

15 manifested at a cellular level, an individual level, a

16 behavioral level, and a population level would occur at

17 concentrations higher, in this case, if we're talking about

18 mercury, than concentrations that have caused changes in

19 biochemistry.

20 Q     Is it relevant when you study the level of mercury in

21 fur to know when the samples were taken relative to fur molt?

22 A     It can be informative, similar to birds, ah, bats molt

23 their fur.  So the fur on a bat can represent longer-term

24 exposure, and the fur that's recently grown is more recent

25 exposure.

1    Q      Do you know --

2    A      And the fur -- sorry.

3    Q      No, no, please finish.

4    A      The fur also, like it does for birds, provides a means

5    for depurating or removing mercury from the system.  So that's

6    one way, unlike humans, that bats and other mammals can

7    actually remove mercury from their system.  It's a

8    detoxification mechanism.

9    Q      When were the adrenocortical samples taken in the Wada

10   study relative to the bats' fur molt?

11   A      I believe we discussed this at my deposition, and I

12   think it was two months after molting, or was it before?

13   Q      Okay.  Do -- you said at your deposition you didn't

14   recall.

15   A      Right.  But you reminded me of that.

16   Q      I believe it was after.  But that's not something you

17   knew as of the time of your deposition; is that fair?

18   A      That's correct.  I didn't think it was that relevant.

19   Q      Okay.

20   A      I was reporting results that were reported in the paper.

21   Q      Okay.  And is it relevant when you study mercury levels

22   in female bats to know when blood samples were -- fur samples

23   were taken relative to lactation?

24   A      It could be.

25   Q      Okay.  And were the -- when were the female bats in the

1   Wada study sampled in relation to lactation?  Do you know?

2   A    Again, you reminded me of that at my deposition.  I

3   believe they were taken after lactation?

4   Q    Okay.  And that's not something you knew at your

5   deposition; is that correct?

6   A    No.

7   Q    Okay.

8   A    I was reporting the results of the study --

9   Q    Okay.

10  A    -- which found that at 28 parts per million, there was

11  no effect on adrenocortical response, but -- in the little

12  brown bat -- big brown bat.

13  Q    Did you review --

14  A    Sorry.  Big brown bat.

15  Q    Did you review the Wada study in detail?

16  A    I did.

17  Q    Okay.  Now, is it fair to say that with regard to the

18  effects of mercury on reproduction in bats, that there's a

19  paucity of data in the scientific literature?

20  A    Yes, I agree.

21  Q    And you don't have an alternative bat fur mercury

22  threshold to offer for little brown bats in the Penobscot, in

23  other words, an alternative to their 10 micrograms per gram;

24  is that correct?

25  A    Well, as we've discussed, there is not a study in the

1    literature on bats that shows that mercury has impacted

2    growth, survival, and reproduction, so that's correct, we

3    don't have that information.

4         So working with the information we have, which is

5    biochemistry, and the general understanding is that effects at

6    a cellular level, behavioral level, organism population level

7    occurs much later than when you first see any biochemical

8    effects, assuming it's a response to mercury.  I've used the

9    biochemical marker papers to say that if there are impacts on

10   bats, it's occurring at much higher exposure than what we have

11   at the Penobscot River.

12   Q    Okay.  Now, this is Defendants' Exhibit 566, which is

13   the Wada study.  Do you remember that?  Do you recognize it?

14   A    Yes, I do.

15   Q    Okay.  And you were shown something from the abstract

16   yesterday by Defendants' counsel.  Do you remember that?

17   A    Yes.

18   Q    I want to show you something from the actual text of the

19   study.  So this is Defendants' 566 at Page 1282.  That's

20   internal pagination to the study.

21        And this is the concluding paragraph of the study --

22   okay -- and, again, you can read the whole paragraph if you

23   want, but I'm just going to point your attention to one thing:

24   Our findings indicate that bats can be exposed to very high

25   mercury contam -- concentrations in the environment -- sorry

HENRY - CONTINUED CROSS-EXAMINATION/BERNARD

1    -- but the physiological fate and effects of ingested mercury

2    remains poorly understood.  Do you see that?

3    A    Yes, I do.

4    Q    And you agree with that?

5    A    Yes.

6    Q    Okay.  And then they say, suggest important next steps

7    in eco -- ecotoxilogical research on mercury in bats, and here

8    they propose, No. 2, to determine the blood and fur mercury

9    concentrations associated with altered reproduction and

10   survival.  Do you see that?

11   A    Yes, I do.

12   Q    And so what they're saying is we don't understand this

13   very well, we should study it more to figure out at what level

14   in blood or fur of bats mercury can cause adverse reproductive

15   effects; is that fair?

16   A    That's correct.

17   Q    Okay.  Now, you haven't proposed any further study of

18   bats in the Penobscot to pin down more precisely what level of

19   mercury exposure might create adverse reproductive effects; is

20   that correct?

21   A    That's correct.  The -- our state of knowledge of bats

22   is, I would say, even worse than our state of knowledge of

23   invertivorous bird populations.

24        I think we don't have enough techniques and methodology

25   and field biologists working on this to be able to conduct a

HENRY - CONTINUED CROSS-EXAMINATION/BERNARD

2927

1    field study for bats.

2    Q    So you don't think a field study for bats could even be

3    designed?

4    A    I think it would be very difficult to do that and come

5    up with results.

6    Q    Have you conferred with anyone who's actually an expert

7    at -- at designing such studies prior to rendering that

8    opinion?

9    A    I am not aware of any studies on bat populations related

10   to toxicants that are affecting growth, survival, and

11   reproduction.  I don't think anyone is working in that field.

12        The information we have so far on bats and mercury is

13   really mainly Biodiversity Research Institute going out and

14   collecting bat samples.  They're not documenting anything

15   related to growth, survival, and reproduction.  It's merely

16   going out and measuring concentrations.

17   Q    The fact that it hasn't been done, does that mean that

18   it can't be done?

19   A    I think at this stage, it cannot be done.

20   Q    Okay.  And is that the reason you're -- you're not

21   proposing further bat studies in the Penobscot, because you

22   think they can't be done?

23   A    No, the reason I'm not proposing further bat studies is

24   the information that we have, collected by the Study Panel, on

25   mercury concentrations in fur are below the no observed affect

1    on adrenocortical response and below a concentration range

2    suggested by Nam, et al., based on research that shows only

3    subtle neurochemical effects at 50 to 200 part per million,

4    assuming a 1-to-10 conversion, and the mean concentrations in

5    the Penobscot River are all well below that.

6    Q    The Nam range is in -- an inferred range?

7    A    Correct.

8    Q    And it's 10 to 50, I think was the -- was the range?

9    A    The Nam, et al. -- what they reported was 1 to 10 -- 1

10   to -- sorry -- 1 to 5 parts per million mercury in the bat

11   brain where they saw, I believe in their paper, an interesting

12   biphasic response in one neurochemical enzyme.

13        What Dr. Evers did is converted that to fur based on the

14   information, took the low end of that range, and that's what

15   he used to set as a screening level.

16   Q    Based on --

17   A    I think that's inappropriate.

18   Q    Okay.  Based on the scientific literature you've

19   reviewed and the information generated by the Penobscot Study,

20   your opinion is that adverse reproductive effects on bats in

21   the Penobscot is unlikely, right?

22   A    Correct.

23   Q    Okay.  And you've -- you propose no further inquiry into

24   that subject.

25   A    Correct.

1    Q    Okay.  Let's turn to total mercury and methylmercury.

2    Your opinion is that the Study Panel hasn't demonstrated that

3    reducing total mercury in Mendall Marsh soils and pore water

4    would reduce Mendall (sic) mercury in biota who feed there?

5    A    That's correct.  They've assumed that there's a

6    one-to-one proportional relationship between the total mercury

7    in sediment and methyl -- methylmercury in sediment and biota.

8    Q    Okay.  And so you -- your opinion -- and correct me if

9    I'm wrong -- my understanding of your opinion is that the

10   remedies that were suggested by the Study Panel in Chapter 1

11   of the Phase II Report wouldn't necessarily bring about a

12   reduction of methylmercury in the bird populations in Mendall

13   Marsh?

14   A    That is correct.

15   Q    Okay.  Now, in rendering that opinion about the possible

16   success of remedies in the marsh, did you consider any

17   possible remedy other than what the Study Panel set forth in

18   Chapter 21?

19   A    I was not focused on coming up with remedies for Mendall

20   Marsh.  I was focused on the strength of that assumption that

21   the Study Panel made between total mercury and methylmercury.

22   Q    Okay.  So let's -- let's stick with that.  Now, you do

23   believe that the Study Panel has shown that total mercury is

24   at least part of what is controlling methylmercury

25   concentrations in the marsh; is that correct?

HENRY - CONTINUED CROSS-EXAMINATION/BERNARD

2930

1    A     That's correct.  It's part of what's controlling

2    methylmercury, and then as we discussed yesterday, there are a

3    lot of other factors that come into determining what the

4    methylmercury concentrations are in sediment, and then another

5    whole suite of factors that control bioaccumulation into

6    ecological receptors.

7    Q     Now, the Penobscot ecosystem overall is complex; is that

8    fair to say?

9    A     Yes.

10   Q     And Mendall Marsh, as a subcomponent of the ecosystem,

11   has some of its own complexity; is that also fair?

12   A     Correct.

13   Q     Okay.  Now, is it realistic to think that in a component

14   of the ecosystem like Mendall Marsh, methylmercury

15   concentrations would be governed by one factor alone?

16   A     No, that would be simplistic.

17   Q     Right.  There are always going to be a lot of factors

18   that affect particular methylmercury concentrations at a point

19   in time in an area like the marsh; is that fair?

20   A     That's correct.

21   Q     Okay.  Now, you didn't find any direct support for the

22   Study Panel finding of a relationship between mercury

23   concentrations in sediment and biota; is that correct?

24   A     I didn't find direct support for a one-to-one

25   relationship between total mercury in sediment and

1    methylmercury in sediment or biota.

2    Q    Did you find support for a relationship other than

3    one-to-one?

4    A    I believe what I said is there's -- or I should have

5    said is there's a tremendous amount of variability, and it's

6    extremely difficult to predict methylmercury concentrations in

7    sediment or biota from total mercury concentrations in

8    sediment.

9    Q    Okay.  Did you conduct any of your -- any analysis of

10   your own on this question?

11   A    No, I was reviewing the Study Panel Chapter 11 that

12   presented the data.

13   Q    Okay.  And did you review any data other than -- well,

14   withdrawn.

15        Did you review anything on this question other than

16   whatever you read in Chapter 11?

17   A    Whatever I read in Chapter 11 in text and also reviewing

18   the figures, the presentation of the data.

19   Q    Okay.  Now, did you -- are you aware of a -- you know

20   Dr. Gilmour, right?

21   A    Yes, I do.

22   Q    You've worked with her, right?

23   A    Yes, I do now.

24   Q    You respect her as a scientist?

25   A    Yes, I do.

1    Q     And one of her specialties is marsh soil chemistry?

2    A     Yes.

3    Q     Okay.  Now, did you read an analysis -- or are you aware

4    of an analysis that she performed regarding the relationship

5    between total mercury and methylmercury in the marsh soils?

6    A     Yes.

7    Q     Okay.  And have you read it?

8    A     I did read it when it came out.  As you know, I have not

9    commented on it or said anything about it.

10   Q     Okay.  So let me just show it to you, and if it's beyond

11   what you did, just tell me, and then we'll move on.

12         But this is Plaintiffs' Exhibit 71, which is a document

13   called Statistical Models for Methylmercury in Penobscot

14   Sediments and Soils by Dr. Gilmour in March of this year.  Do

15   you see that?

16   A     Yes, I do.

17   Q     Is that the document you reviewed?

18   A     Yes.

19   Q     Okay.  So it's got some text and a bunch of figures, as

20   you'll recall, but I just want to call your attention to the

21   summary.  This is on Page 4 of Plaintiffs' 71.  And she ran a

22   series of models trying to parse the relationship between

23   methylmercury and various of these factors that influence

24   methylmercury production; is that fair?

25   A     That's correct.

1    Q     Okay.  So her summary is, in conclusion, these models

2    show that mercury in sediments and soils is a significant

3    explanatory variable for methylmercury when other explanatory

4    variables are included in predictive models.  Additionally,

5    the models support the assumption that the slope of the

6    relationship between total mercury and methylmercury in

7    Penobscot sediments and soils is one-to-one.

8         Is that -- does that comport with your understanding of

9    what she found after conducting this analysis?

10   A     That's -- that's -- that's her conclusion.

11   Q     Okay.  Did you independently evaluate what she did?

12   A     No, I didn't.  I would note in this table what it

13   doesn't provide is any sense of the variability around that

14   one-to-one line.  And if you look at a previous table in this

15   document, it basically supports her information that she

16   presented in Chapter 11, that in -- in Mendall Marsh soils,

17   total mercury explains, I believe it's between 30 and

18   40 percent of methylmercury in sediment.  So her previous

19   table is consistent.

20   Q     Okay.

21   A     I imagine you'll hear more about this from

22   Dr. Vlassopoulos.

23   Q     And that's really more his area; is that fair?  This is

24   not really something that you delved into in the course of

25   working on the case?

1    A     I did not delve into her statistical analysis.

2    Q     Okay.

3    A     I think her findings are consistent with what we've seen

4    at a lot of mercury sites, that there is over and over and

5    over again a lack of relationship between total mercury and

6    methylmercury.  That's one thing -- that's one reason why

7    mercury is still on the table after 30 years of research.

8    It's very difficult to predict from site to site.

9    Q     Do you think a reasonable scientist reviewing the Study

10   Panel data and Dr. Gilmour's analysis of the data could find

11   that reducing total mercury in the soils of Mendall Marsh will

12   reduce methylmercury in those soils?

13   A     Sure.  It's an obvious and, you know, very simplistic

14   assumption.

15         My point has been that that ability to predict exactly

16   how much that might impact methylmercury formation and

17   bioaccumulation is challenging, and when we're looking at a

18   contaminated site, like the Penobscot River, it behooves us to

19   understand what the actual risks are because there is a

20   potential for spending a lot of time and effort in conducting

21   a remediation for which you don't know where you're going to

22   end up.

23   Q     If you assume that a reduction in total mercury will

24   reduce methylmercury production, could you test that

25   assumption?

1  A     In the laboratory, you could.  I think it would be

2  difficult to test that in the field.

3  Q     Difficult or impossible?

4  A     I can't come up with an experimental scenario on the

5  fly.

6  Q     Okay.  But is it -- I take it that's not something

7  you've given deep thought to before this morning; is that

8  fair, or -- or have you?

9  A     Well, I think -- was your question whether you could do

10  an experiment in the field to -- I'm sorry.  Could you repeat

11  your question?

12  Q     Sure.  And it's a -- let me -- let me try to be clear

13  about it.  I want to get your view about this.

14        If -- if there's some disagreement, if there's some

15  question about whether or to what degree reducing total

16  mercury in the marsh soils will reduce methylmercury --

17  A     Hm-hmm.

18  Q     -- can you go out and test that?  Can you get -- can you

19  do a pilot study?  Can you get some information that would

20  inform that debate?

21  A     I can't think of something on the fly.  Sorry.

22  Q     All right.  Now, you mentioned yesterday -- and you

23  mentioned it again today, actually, in passing -- that the --

24  compared to some of the sites you've worked on or are working

25  on, the total mercury concentrations in the Penobscot and, in

HENRY - CONTINUED CROSS-EXAMINATION/BERNARD

2936

1   particular, in the marsh are relatively low; is that right?

2   A     That's correct.

3   Q     Okay.  Now, some of the sites you've worked on are

4   heavily contaminated; is that -- with mercury; is that fair?

5   A     Yes, that's fair.

6   Q     And -- and they're -- they've been designated a

7   Superfund site, some of them?

8   A     That's correct.

9   Q     And there were years of studies and remedial measures

10  going on?

11  A     They're at various stages, but, yes.

12  Q     Okay.  And the government is involved -- federal

13  government, maybe the state government?

14  A     Correct.

15  Q     And lots of potentially responsible parties?

16  A     Yes.

17  Q     Okay.  And costs in the many, many millions, maybe tens

18  of millions, maybe even hundreds of millions of dollars?

19  A     In some cases.

20  Q     Okay.  Now, in considering the potential harms from

21  mercury, is it methylmercury that we're concerned about?

22  A     Yes, it is.

23  Q     Okay.  And do you agree that nearly all mercury in bird

24  blood is methylmercury?

25  A     Correct.

1    Q    Okay.  Now, are methylmercury levels in Mendall Marsh

2    low compared to the other highly contaminated mercury sites

3    you've worked on?

4    A    They are a lot lower than what we've seen at Onondaga

5    Lake, and they are about comparable to what we see at Berry's

6    Creek.

7    Q    Okay.  Let me show you Plaintiffs' Exhibit 58, and it's

8    from Chapter 11, which you said you've reviewed, so I assume

9    you've seen this before.  Have you?

10   A    Yes.

11   Q    Okay.  And do you know what it shows?

12   A    The figure is showing pore water methylmercury

13   concentrations versus total mercury concentrations on a

14   dry-weight basis in sediment.

15   Q    Okay.  So will you agree that methylmercury

16   concentrations in pore water are important in terms of

17   possible uptake by biota?

18   A    Yes.

19   Q    Okay.  So this shows on the horizontal axis total

20   mercury, right?

21   A    Yes.

22   Q    And pore water methylmercury on the vertical axis,

23   right?

24   A    Yes.

25   Q    Okay.  And do you understand the Penobscot dots to be

1   red?

2   A      Yes, I do.

3   Q      Okay.  So they're up in here, correct?

4   A      Correct.

5   Q      All right.  Now, is the New Jersey salt marsh site, the

6   Berry's Creek site?

7   A      I'm not positive, but I think in other depictions of

8   this, she has identified that, but I'm not positive.

9   Q      Okay.

10  A      Looking at this figure.

11  Q      Will you -- will you assume for the purpose of these

12  questions that it is the Berry's Creek site?

13  A      My hesitation is that there's a lot more data than

14  what's depicted on this figure.

15  Q      Okay.

16  A      So this might be a subset of the data collected in

17  Berry's Creek.

18  Q      Okay.  Let's assume it's a subset of the data collected

19  at Berry's Creek.  Okay?

20  A      Okay.

21  Q      All right.  Now, what do you see here in terms of the

22  relationship between the data depicted inside the two circles

23  I've drawn, the red dots in the middle -- and I guess they're

24  blue, but they're not red -- dots over on the right?

25  A      Concentrations are similar between -- I mean, it -- the

1    Penobscot River concentrations vary from down here to up here.

2    The subset of data, which we're assuming is Berry's Creek,

3    vary from here to here.  So I -- I would say they're in the

4    similar range.

5    Q    Okay.  Now, that's the methylmercury concentrations,

6    right?

7    A    Ah, that's correct.  And one of the points I've been

8    making is that if you've got even, say, just -- just pick one

9    total mercury concentration, you've got a tremendous range in

10   methylmercury concentrations, and that's what makes it so

11   difficult to predict what's going to happen if you change your

12   total mercury concentration.

13   Q    What is the difference you see from the data depicted on

14   this chart in terms of the production of methylmercury per

15   unit of total mercury as between the Penobscot, red dots, and

16   the subset of Berry's Creek, blue dots?

17   A    I would phrase it a little differently, and I think what

18   the Study Panel has pointed out is that Mendall Marsh is a

19   unique setting, where methylmercury is produced at a rate that

20   is more than one might expect from the total mercury

21   concentration.

22        It seems to be just the right combination of

23   geochemistry for that to occur, but, again, there's just a

24   tremendous amount of variability, as we discussed already.

25   Q    Is it fair to say that one of the things that we see in

HENRY - CONTINUED CROSS-EXAMINATION/BERNARD

2940

1    this chart is that at roughly, let's say, 500 or between 500

2    and a thousand nanograms per gram dry weight of total mercury

3    in Mendall Marsh, methylmercury is being produced that is

4    comparable to the methylmercury being produced at Berry's

5    Creek, even though Berry's Creek is two and a half orders of

6    magnitude, as I read the chart -- feel free to correct me --

7    greater in total mercury?

8    A    No, I think, in general, you're correct.  I won't

9    quibble with the numbers.  And I think the -- Mendall Marsh

10   has been just a fascinating research project for Dr. Gilmour

11   and the other scientists because it is a unique finding.

12        Wetlands are known to be producers of methylmercury, and

13   they are known, even in pristine environments, to produce a

14   lot of methylmercury.  So, for example, a lot of the research

15   in pristine environments is looking at the proportion of

16   wetlands in the watershed that actually has a huge determinant

17   on methylmercury concentrations in water and fish tissue.

18   Q    Have you seen production of methylmercury in a pristine

19   environment that compares to the production of methylmercury

20   depicted on this chart in the Penobscot?

21   A    As I just said, this seems to be a unique setting, as

22   described by the Study Panel.

23   Q    Let's turn to activated carbon.

24   A    We're on the homestretch.

25   Q    No comment.  Now, in your opinion, the Study Panel

HENRY - CONTINUED CROSS-EXAMINATION/BERNARD

2941

1    hasn't adequately evaluated the potential for adverse effects

2    associated with the application of activated carbon in Mendall

3    Marsh; is that fair?

4    A    That is correct.

5    Q    Okay.  Do you read the Phase II Report as saying that

6    the potential for adverse effects associated with the

7    application of activated carbon to Mendall Marsh has been

8    adequately evaluated?

9    A    No.  There -- in the deposition by Dr. Calhoun, who is a

10   plant biologist that was called in to evaluate potential

11   impacts on plants, basically to do a plant survey, I was a --

12   became aware that there had been no baseline survey done.

13        So, in effect, the panel did not evaluate adverse

14   impacts.

15   Q    Okay.

16   A    So my opinion has to do with, ah, that it's important to

17   evaluate adverse impacts of any addition to a natural system.

18   Q    Okay.  Now, in your expert report -- let's just stay

19   with that for a second -- you said the study data -- I'll show

20   you the language if you want to see it.  I'm reading a

21   quotation.  You can read it, too, just tell me if you want to.

22   You said, the study data suggest devegetation or changes in

23   plant community structure.  Do you remember that?

24   A    I -- I do remember that, and I think we went over this

25   in the deposition, that it was -- when I read the deposition

1    of Dr. Calhoun, I realized that they had not done an initial

2    baseline survey, and, therefore, it was inappropriate to

3    compare the results in terms of if there was an actual effect.

4         I think they did see obvious impacts of some of the

5    amendments.

6    Q    Knowing what you know now, is it fair to say that the

7    study data do not suggest devegetation in the plant community

8    structure in the test plots?

9    A    No, I don't think you can conclude that.  As I said

10   before, there was no baseline survey done.  There was no

11   attempt to ascertain whether there were adverse impacts.  And

12   in what I wrote in my expert report is that many of the

13   adverse impacts noted in the literature for activated carbon,

14   which is the active ingredient of SediMite, have to do with

15   impacts to the benthic community, and by that, I mean, the

16   invertebrate organisms that are living in or on the marsh

17   surface.

18   Q    Let's just stay with vegetation for a second, and then I

19   promise you we'll return to invertebrates.

20        The -- when you talk about a baseline survey, I just

21   want to make sure it's clear, are you talking about a -- kind

22   of a before and after survey, in other words, you go out and

23   you look before you apply the activated carbon, you survey,

24   see what vegetation is there, then you apply the activated

25   carbon, then you go back after and compare the vegetation to

1    what was there before the application so you can measure the

2    impact of the application; is that what you're referring to?

3    A    Yes, that's correct.

4    Q    Okay.  And that wasn't done here, right?

5    A    Correct.

6    Q    Okay.  Now, there's lots of work going on with activated

7    carbon out there in the remediation world; is that fair?

8    A    I would say there's a lot of work going on with

9    activated carbon with respect to PCB sites and possibly some

10   PAH sites.  There's less work -- very little work going on

11   with respect to mercury sites.

12   Q    Now, do PCBs bind to activated carbon?

13   A    They do.  They bind very strongly to activated carbon.

14   Q    Does mercury bind to activated carbon?

15   A    It does bind to activated carbon, but probably a factor

16   of a hundred times less than PCBs, which is of concern in

17   terms of whether it would actually be effective.

18   Q    Is there lab work that suggests that activated carbon

19   might be effective for mercury remediation?

20   A    There is a study that was published in 2013 that was a

21   mud and bucket study, so it was a laboratory study that

22   suggested, depending on the site and the geochemical

23   conditions, and, of course, within the constraints of a

24   laboratory test, that activated carbon could be effective in

25   reducing methylmercury concentrations in pore water.

HENRY - CONTINUED CROSS-EXAMINATION/BERNARD

2944

1  Q    Was that a Dr. Gilmour study?

2  A    Yes, it was.

3  Q    Now, just to be clear for the record, my understanding

4  is that you didn't review the activated carbon test plots in

5  Mendall Marsh for the effectiveness of activated carbon,

6  rather, you were looking at kind of the other side, which is

7  the potential for harm from it; is that correct?

8  A    That's correct.

9  Q    Okay.  Now, is activated carbon used to filter drinking

10  water?

11  A    Yes, it is.  In fact, the activated carbon that's being

12  tested at a lot of these PCB sites comes from regenerated

13  activated carbon that's been used in water filtration.

14  Q    Okay.  Now, are you aware of other sites where activated

15  -- involving mercury where activated carbon is being tested on

16  a pilot or other basis now?

17  A    Well, there are two sites I'm aware of.  One is the

18  South River in a pond in the flood plain, and one is at

19  Berry's Creek study area.

20  Q    And those studies are underway now, to your knowledge?

21  A    Yes.

22  Q    Okay.  Now, are you aware of a site in Delaware where --

23  a PCB and mercury-contaminated site where activated carbon has

24  recently been applied?

25  A    Yes, Dr. Ghosh is involved with that.  I would hesitate

1    to call that a mercury site, and if you look at the backup

2    information, I think the hope is that it will reduce PCB

3    concentrations.

4         To my knowledge, they are not even monitoring mercury

5    concentrations there in terms of effectiveness.

6    Q    Are you aware whether there is mercury -- whether the

7    site is -- is characterized as both a PCB and

8    mercury-contaminated site?

9    A    Yes, I did read that press release when it came out.

10   It's an urban setting.  So because -- when you have an urban

11   setting or an industrial setting, the Penobscot River, for

12   example, is an industrialized watershed, you expect that

13   mercury concentrations are going to be elevated above some

14   background level.

15   Q    Now, in Berry's Creek, are you working on the --

16   actively on the activated carbon experiments, or are you in

17   more kind of a review role?

18   A    On Berry's Creek, in more of a review role.

19   Q    Okay.  And is it fair to say that you had not stayed up

20   with the literature on activated carbon?

21   A    No.

22   Q    It's not fair to say that.

23   A    Correct.

24   Q    Okay.  So let me just show you something.  Just give me

25   one moment, please.

1       Okay.  So let me just show you your deposition.  Let's

2  clarify this.  This is Plaintiffs' Exhibit 164 at Page 241.

3  And we're talking about, you know, whether activated carbon

4  remedial work is being done at other sites.  You remember we

5  discussed that at your deposition, right?

6  A    Yes, I remember.

7  Q    Okay.  So you say, activated carbon has received a lot

8  of interest because it's an in-situ amendment, so there are a

9  number of sites where it's being tested out.  I haven't stayed

10  up on the literature because most of it deals with

11  contaminants other than mercury.  Do you see that?

12  A    Hm, yeah.

13  Q    So have you stayed up with the literature on activated

14  carbon?

15  A    I'd say to the best of my ability.  I can't guarantee

16  I've read every paper that came out.  But I -- there's a -- a

17  group of us that are interested in it, so we share papers.

18  Q    Do you oppose further pilot-testing of activated carbon

19  in Mendall Marsh?

20  A    As I said at my deposition, I don't have an opinion on

21  whether or not -- on the basis of the results of that pilot

22  study whether that should be continued in Mendall Marsh.

23       The point I was making yesterday is that in the context

24  of site management and risk assessment and given the

25  complexity of the system and the value of Mendall Marsh, it's

1    important to nail down the uncertainty we have with regard to

2    potential reproductive success impacts on the tidal marsh

3    birds.

4         And I also feel like conducting additional pilot studies

5    in the marsh at the same time that we would be conducting --

6    or one would be conducting field studies of the marsh birds,

7    we'd be working at cross-purposes.

8    Q    Would that be true even if -- it's a pretty big marsh,

9    isn't it?  And you just need to speak.

10   A    Yes, it is a large marsh.  I think it's about -- about

11   900 acres.

12   Q    And would it not be possible to do some reasonable size

13   test without interfering with these studies that you're

14   proposing, should such studies go forward?

15   A    I can't really comment on that.  I mean, the field

16   studies are, I have stated, very important.  It's a rather

17   labor-intensive project.  The neat thing about doing it with

18   state agencies and universities is that the field staff -- or

19   a lot of them -- are students or graduate students that can

20   get out in the field at a pretty reasonable cost, to be frank.

21   They're out there almost daily.

22        So I'd have to look at the extent of the field study

23   versus what would possibly be proposed with a pilot study.

24   Q    So --

25   A    So, in general, I'd say no.

HENRY - CONTINUED CROSS-EXAMINATION/BERNARD
2948

1    Q    Okay.  But it's something that could be explored; is

2    that fair?

3    A    Yeah, I think we'd have to evaluate, you know, the

4    extent of the field study and what might be proposed for pilot

5    study.

6         In terms of our understanding, though, about risk, we

7    are at this -- we're past the screening level risk assessment.

8    We're now at this baseline ecological risk assessment phase

9    where it's important to look at effects on populations and

10   communities of birds in the marsh.  So I think it's premature

11   to be looking at remedial options.

12   Q    You mentioned yesterday a paper that collected kind of

13   the information that had been published about whether

14   activated carbon applications had had adverse effects perhaps

15   on benthic communities or some other aspect of -- of the

16   environment.  Do you remember that?

17   A    Yes.

18   Q    And I think you said in -- the author found in

19   20 percent of the studies, there was some adverse effect

20   found?

21   A    Yes.

22   Q    Does that mean that in 80 percent, there was not an

23   adverse effect found?

24   A    That's correct.

25   Q    Okay.  Have you ever been to Mendall Marsh?

1    A      Yes.

2    Q      When did you go there?

3    A      I went in October.

4    Q      Okay.  Have you been there during breeding season?

5    A      No, I haven't.

6    Q      Okay.  Now, in your expert report, you write that given

7    the value of the marsh as a habitat, it would be unfortunate

8    to cause wide-scale destruction of the marsh while attempting

9    to improve it; is that correct?

10   A      Yes, that's a basic tenent of, um, how we look at

11   contaminated site assessment because at -- at each site, we

12   want to make sure that any remediation proposed is not going

13   to cause more harm than the contamination is posing to the

14   ecosystem.

15   Q      I would say that's one of the less controversial

16   statements in your expert report.

17          Do you have any evidence that the application of

18   activated carbon will cause wide-scale destruction of Mendall

19   Marsh?

20   A      I'm not sure I said that.  But the application of

21   SediMite could have -- or activated carbon could have impacts

22   on the ecosystem, and what I've said in my expert report is

23   that that would need to be evaluated if additional work was

24   done on application to the marsh.

25   Q      Isn't that the way it's done at contaminated sites?  In

1   other words, you have a remedy that you're going to try, and

2   you try it out and you monitor as you go along for any effects

3   that you think might occur, and then you -- you stop or you

4   adapt or you keep going, depending on the -- on the new

5   information?  Isn't that -- that the way it goes?

6   A     Well, I think maybe you're getting to the adaptive

7   management, which is something that I think is very relevant

8   for contaminated sites.

9         In most cases, though, we want to know what we're

10  getting ourselves in for.  So in terms of a new technology,

11  like SediMite, I would be more cautious about that.  We have,

12  in the toolbox for mercury-contaminated sites, primarily

13  dredging, capping, and monitor natural recovery.  Those we can

14  understand pretty well.

15        In-situ amendments are of interest, but I think they're

16  an untested technology, so it's important to understand what

17  impacts might be in the ecosystem.

18  Q     Do you see any reason why you couldn't develop that

19  understanding by an incremental approach to applying activated

20  carbon in Mendall Marsh, start out with a small area, test,

21  see what's happening?  Is there any reason you couldn't do

22  that?

23  A     On paper it sounds great.  I think the -- the challenge

24  is, looking at these plots, the scale of the plots, for

25  example, it's very hard to draw conclusions on -- on -- on a

HENRY - CONTINUED CROSS-EXAMINATION/BERNARD

1    project like that.

2         So I don't know.  You should -- repeat your question,

3    please.

4    Q    Well, you haven't drawn a conclusion on this subject; is

5    that fair?

6    A    What was the subject?

7    Q    All right.  We'll try it one more time, and then we'll

8    move on.

9    A    I apologize.

10   Q    You're -- you're talking about the -- you're raising the

11   specter of wide-scale destruction.  That's the language in

12   your expert report.

13   A    As we said in my deposition --

14   Q    Of the marsh.

15   A    -- I did not use the word specter.

16   Q    You didn't use the word specter.  Well, did you use the

17   words wide-scale destruction?

18   A    Yes.

19   Q    Okay.  So take away specter.  Let's just stay with

20   wide-scale destruction.

21   A    Okay.

22   Q    Okay?

23   A    Hm-hmm.

24   Q    And what I'm asking you is whether if you're concerned

25   about an adverse impact from activated carbon, you can

HENRY - CONTINUED CROSS-EXAMINATION/BERNARD

2952

1  structure a remediation such that you can collect information

2  as you go along, and if the worst-case scenario seems to be

3  unfolding, you can arrest that process?

4  A     I agree with that, and I think I've said that in my

5  expert report, which is that if the studies were to proceed,

6  one would take measures to be able to document and understand

7  the potential for adverse impacts.

8  Q     Now, you don't want to destroy the marsh because it's an

9  important habitat, right?

10  A     Correct.

11  Q     And it sustains important species of birds; is that

12  correct?

13  A     Yes.

14  Q     And the Nelson's sparrow is one?

15  A     Yes.

16  Q     And the red-winged blackbird is another?

17  A     Yes.

18  Q     Okay.  Now, they breed there, correct?

19  A     Yes.

20  Q     And they return there each summer, every year, to -- to

21  do that; is that correct?

22  A     Yes.

23  Q     And every day during that breeding season, they're

24  returning to the same or similar locations?

25  A     They're returning to Mendall Marsh.  I'm not sure if

HENRY - CONTINUED CROSS-EXAMINATION/BERNARD

2953

1   they're returning to a subset of that.

2   Q     They're returning to the marsh, correct?

3   A     Yes.

4   Q     Okay.  Now, given the value of Mendall Marsh, do you

5   think it would be unfortunate to leave it alone, given the

6   current methylation rates and the blood mercury levels in the

7   songbirds if there was something that could be done to

8   accelerate its recovery?

9   A     At this point in our understanding of what's going on in

10  Mendall Marsh, we have a -- two bird species whose blood

11  mercury concentrations exceed my screening level.  We don't

12  have evidence of impacts on growth, survival, and

13  reproduction.

14        So I'm recommending additional field study to basically

15  reduce that uncertainty before we go mucking around.

16  Q     Do you agree that the mercury levels in songbirds at

17  Mendall Marsh may cause significant adverse harm at the

18  population level?

19  A     I think the way I've discussed that is in my screening

20  assessment, that there is the potential for impacts on

21  reproductive success for two birds.

22  Q     Let me just show you something from Joint Exhibit 45

23  because I don't want to quibble about language.  I want to

24  make sure the record is clear.  This is Dr. Connolly's expert

25  report at Page 59.

HENRY - CONTINUED CROSS-EXAMINATION/BERNARD

1    And he says -- and, again, read around this if you want,

2 but this is the only point that I'm going to ask you about --

3 after studying numerous biota, data collected show that only

4 the Nelson's sparrow and red-winged blackbirds, so he's

5 talking about those two species.  Do you see that?

6 A    Yes, I do.

7 Q    Okay.  Have levels of mercury that may cause significant

8 adverse harm at the population level.  Do you see that?

9 A    Yes, I do.

10 Q    And he cites to you.  Do you see that?  Is that an

11 accurate citation?  Does that accurately --

12 A    That is an accurate citation.

13 Q    Okay.

14 A    I'm reading it, yes.

15 Q    Okay.  That accurately states your view, that -- which

16 is that levels of mercury in those two species of songbirds in

17 Mendall Marsh may cause significant adverse harm at the

18 population level.

19 A    There is a potential at the mercury concentrations in

20 blood for these two species, there's a potential for impacts

21 on reproductive success.

22    There's significant uncertainty in that, and because of

23 that, I would recommend additional field study.  As Dr. Evers

24 said, that would be useful information, and it's feasible.

25 Q    Please look at the sentence I've underlined and tell me

1    whether you agree with it.

2    A    The level of mercury in these two birds have the

3    potential for an impact on reproductive success.

4    Q    You can't just tell me that you agree or disagree with

5    this sentence?

6    A    I'm very cautious about agreeing with you on anything.

7    I also think you're raising the specter of mercury toxicity to

8    birds.

9    Q    Your LOAEL is exceeded in two species of songbirds in

10   Mendall Marsh; is that correct?

11   A    That's correct.

12   Q    And your LOAEL is based on a reproductive endpoint,

13   correct?

14   A    Correct.

15   Q    And reproductive endpoint is a measure of effects on

16   population, correct?

17   A    Yes.

18   Q    Is it possible that populations of Nelson's sparrows and

19   red-winged blackbirds in Mendall Marsh are suffering

20   reproductive harm?

21   A    It's possible.  As I've said, we can't rule that out.

22   Because of the uncertainty, I think it's important to nail

23   that down before we move forward.

24   Q    Is it possible that leaving the marsh alone will prolong

25   and expand the potential harm you've identified?

1   A    Prolong and expand?  No, I would disagree with that.

2   Q    Okay.  Now, you say that for any remedial measure, you

3   should weigh the risk -- the downside risk; is that correct?

4   A    That's correct.

5   Q    Should you weigh the upside, too?

6   A    Yes, that's part of what we do at the risk management

7   phase, which feeds into feasibility study, is weighing the

8   relative -- on a risk level, the relative cost to the

9   ecosystem of contamination and the relative cost to the

10  ecosystem of taking action.

11  Q    You should weigh the upside, too; is that correct?

12  A    That's correct.

13          MR. BERNARD:  For now, that's all I have.

14          THE COURT:  Thank you.

15      Redirect?

16          MR. SCHUTZ:  Thank you, Your Honor.

17                    REDIRECT EXAMINATION

18  BY MR. SCHUTZ:

19  Q    Good morning, Dr. Henry.

20  A    Good morning.

21  Q    You were asked about this clip from your deposition by

22  Mr. Bernard.  You were asked, is there any activated carbon

23  in-situ remedial work being tested or done at any other site,

24  remediation site, that you're aware other than Berry's Creek?

25  And then you mention your familiarity with literature.  Were

1    you commenting on your familiarity with mercury sites or

2    generally?

3    A    Ah, that was a general comment because the question had

4    to do with activated carbon.

5    Q    And is activated carbon a remedial tool that may be used

6    to address a wide variety of contaminants that aren't the

7    focus of your work?

8    A    Yeah, I wouldn't -- I wouldn't actually call it a wide

9    variety.  It's really PCBs has been the -- been the main

10   driver.

11        And I would also add that even for PCBs, the activated

12   carbon applications to date have been in -- not in marsh

13   settings.  They've been in lake beds or riverbeds, which is a

14   very different system hydrodynamically.  So the application of

15   activated carbon to marsh settings has had very little testing

16   done either for PCBs and even less for mercury.

17   Q    And in forming opinions concerning activated carbon, are

18   you aware and familiar with the literature on the use of

19   activated carbon at mercury sites?

20   A    Yes.

21   Q    And are you aware not only with the literature on

22   activated carbon at mercury sites, but also unpublished data

23   being gathered?

24   A    Yes.

25   Q    Has activated carbon ever been successfully used to

1   remediate a mercury site anywhere?

2   A    No, it has not been used to remediate a mercury site.

3   Q    You were asked some questions about the Nam, et al., bat

4   paper.  We talked about Figure 4 on direct.  This is the

5   figure showing in Graph A the inflection point that we talked

6   about.

7   A    Yes.

8   Q    So the inflection point is -- is kind of a -- a U at 1

9   to 5?

10  A    Right.  The inflection point is where the slope of the

11  line changes.  So because the -- there's no data in the

12  middle, the authors conclude that somewhere between 1 and 5

13  parts per million in brain, there's a change in the slope of

14  the line.

15  Q    And the conversion from brain to fur is?

16  A    That was based on data presented in the paper.

17  Q    And what is the conversion?

18  A    1 to 10.  So for every part per million mercury in brain

19  tissue, ah, there was 10 part per million mercury in fur.

20  Q    And just briefly on the -- you mentioned a 5 to 20 part

21  per million in brain figure that was associated by the authors

22  of the paper with a subclinical possible change in

23  neurological or neurochemical effects?

24  A    Yes.  I think, as I've mentioned before, the information

25  we have -- we as a scientific community have on effects on bat

1    is minimal, and you can see that in the qualifying language in

2    the statement.

3          So what they've tried to do is at least report what's

4    available in the literature, and at this point, it really is

5    just subclinical, which means effects that can't be observed

6    on a -- basically on an organism or cellular level.

7    Q     And the conversion from the 5 to 20 subclinical

8    threshold values that may cause subtle neurological and

9    neurochemical effects is what?

10   A     1 to 10.  So the 5 to 20 translates to 50 to 200 parts

11   per million mercury in fur of bats.  That's the level that is

12   in the table in my expert report, and I think is one way that

13   we could at least put in context the concentrations of mercury

14   in fur in the -- in the Penobscot River.  All of those mean

15   concentrations are well below that range.

16   Q     And, Dr. Henry, you were asked some questions about

17   Dr. Connolly.  When did you join Dr. Connolly's firm, Anchor

18   QEA?

19   A     I joined Anchor QEA in September of 2012.

20   Q     And did you form your opinions in this case independent

21   of Dr. Connolly?

22   A     Yes.

23   Q     Did he have any input into your opinions in this case?

24   A     No.  This is the first case I've ever worked on, and I

25   guess I was expecting there would be more interaction because

1    when we usually work on projects, it's usually a team effort.

2    In this case, I had no input from Dr. Connolly on my expert

3    report.

4    Q    Have you ever testified at trial before?

5    A    No.

6    Q    You were asked by Mr. Bernard about areas of

7    disagreement with Dr. Evers, but I think you also mentioned

8    that there are areas of agreement between you and Dr. Evers?

9    A    Yes.  Dr. Evers and I agree that a field study to

10   evaluate the reproductive success of the Nelson's sparrow --

11   sparrow would be useful at this site and that it would be

12   feasible.  We have the technology to do that and the ability

13   -- ability to design such a study.

14   Q    And, again, your recommendation to the court?

15   A    My recommendation to the court is based on my review of

16   both the Study Panel's conclusions and data, as well as my own

17   analysis, that there are no risks to fish-eating birds or

18   mammals at the study site, the Penobscot River.

19   Concentrations in two species of tidal marsh birds exceed

20   levels of possible effects on reproduction.  Given the state

21   of uncertainty, the complexity of the site, the value of

22   Mendall Marsh, I think it's important that we nail down that

23   uncertainty and do field study, in particular, on the Nelson's

24   sparrow, which is an obligate marsh feeder.

25         MR. SCHUTZ:  Thank you very much.

1           THE COURT:  Mr. Bernard?

2           MR. BERNARD:  Nothing further, Your Honor.

3           THE COURT:  Thank you.  You may stand down, ma'am.

4           THE WITNESS:  Thank you.

5           THE COURT:  Thank you.

6       (The witness left the witness stand.)

7           MR. TALBERT:  Your Honor, we call Dr. Vlassopoulos.

8           THE CLERK:  Do you solemnly swear that the testimony

9   you shall give in the matter now in hearing shall be the

10  truth, the whole truth, and nothing but the truth, so help you

11  God?

12          THE WITNESS:  I do.

13          THE CLERK:  Please be seated.  Please state your

14  name and spell your last name for the record.

15          THE WITNESS:  Dimitri Vlassopoulos,

16  V-l-a-s-s-o-p-o-u-l-o-s.

17  DIMITRI VLASSOPOULOS, having been duly sworn, was examined and

18  testified as follows:

19                      DIRECT EXAMINATION

20  BY MR. TALBERT:

21  Q     Dr. Vlassopoulos, what are your primary areas of

22  expertise?

23  A     Environmental geochemistry and contaminant hydrology.

24  Q     What is environmental geochemistry?

25  A     It's the study of the interactions of chemical and

VLASSOPOULOS - DIRECT EXAMINATION/TALBERT

2962

1  biological processes and physical processes in the

2  environment.

3  Q    What are your specific areas of expertise?

4  A    In my practice, I focus on fate and transport analysis

5  of environmental contaminants, environmental forensics, and

6  in-situ remediation.

7  Q    What is in-situ remediation?

8  A    Ah, those are technologies that involve reduction of

9  mobility, toxicity, and exposure of contaminants through

10  manipulating conditions in place, so that the contaminants

11  aren't actually removed from their set -- their place of

12  setting.

13  Q    Is activated carbon an example of a potential in-situ

14  remediation?

15  A    It is one of the amendments that is used.

16  Q    Do you do modeling related to your areas of expertise?

17  A    Yes, I have developed models to evaluate both the fate

18  and transport of contaminants, as well as potential

19  effectiveness of innovative technologies in-situ.

20  Q    And where are you currently employed?

21  A    I am a principal scientist with Anchor QEA.

22  Q    How long have you been at Anchor QEA?

23  A    Since 2010.

24  Q    And what is Anchor QEA?

25  A    Anchor QEA is an environmental science and engineering

VLASSOPOULOS - DIRECT EXAMINATION/TALBERT

2963

1    consulting firm with about -- over 300 employees currently and

2    about 25 or so offices across the country.

3    Q     Where were you employed before Anchor QEA?

4    A     Prior to Anchor QEA, I was employed with a firm -- a

5    similar firm that focused more on groundwater problems, S.S.

6    Papadopulos and Associates.

7    Q     What is your educational background?

8    A     I have a bachelor's degree in geology, a master's degree

9    in geological sciences from McGill University in Montreal, a

10   master's degree in geochemistry from the California Institute

11   of Technology, and a Ph.D. in environmental sciences from the

12   University of Virginia.

13   Q     And have you worked on remediation of contaminated

14   sediment sites before?

15   A     I have.

16   Q     How many years have you worked on contaminated sites?

17   A     I've worked on contaminated sites since I started

18   working in consulting in 1992.  I've worked on contaminated

19   sediment sites probably since around 2000.

20   Q     And how many contaminated sites have you worked on?

21   A     Ah, probably a few dozen.

22   Q     Has any of your work involved mercury-contaminated

23   sediment sites?

24   A     Yes, a number of the projects have involved mercury

25   contamination.

1    Q    Could you please briefly describe those projects?

2    A    Ah, you've probably heard about Berry's Creek this

3    morning.  Berry's Creek study area is one that I'm currently

4    involved in that involves contaminated sediments.

5         I've also worked on Onondaga Lake and continue to

6    provide some support on that project.

7         I've done work at the Sulphur Bank Mercury Mine in

8    California, a mercury-contaminated site, um, as well as the

9    Port of Bellingham mercury-contaminated industrial sites that

10   are under redevelopment.  And some work at the Seattle-Tacoma

11   International Airport.

12   Q    In the course of your career, have you worked for a wide

13   range of clients?

14   A    Yes, I have.  I've worked for industry clients,

15   government, nongovernment organizations, as well as tribes.

16   Q    Have you worked with the Department of Justice before?

17   A    I have.

18   Q    How about the Environmental Protection Agency?

19   A    Yes, I have.

20   Q    What percentage of your professional time do you spend

21   evaluating site-specific remedial work?

22   A    Probably about three-quarters of my time.

23            MR. TALBERT:  For the record, a copy of

24   Dr. Vlassopoulos' expert report, as well as his CV, which is

25   in Appendix A, is in Joint Exhibit 59.

1           THE COURT:  Thank you.

2    BY MR. TALBERT:

3    Q     What did you do with respect to this matter?

4    A     I was asked to review specific aspects of the Study

5    Panel report, and specifically, to evaluate the methylation

6    processes occurring within the system, the effect -- the

7    extent to which the geochemical properties of the system

8    impact methylation, and, finally, the -- the impact of -- of

9    those conditions on potential in-situ remediation options.

10   Q     And what did you do to evaluate those topics?

11   A     Well, first, I reviewed Chapters, specifically, 11, 12,

12   19, and 20, I believe, as well as the recommendations chapter

13   at the end.

14         Um, I reviewed the data that was associated with those

15   chapters, and conducted my own analyses of the data, including

16   some modeling, as well as reviewed relevant scientific

17   literature.

18   Q     And what are your main findings?

19   A     My main findings is that mercury methylation in the

20   system is quite efficient as a process, and that's really an

21   overarching characteristic of -- of the marshes in particular

22   in the Penobscot System.

23         Um, mercury and methylmercury are also quite mobile in

24   the system when compared to other systems that have been

25   studied, and so that's another characteristic.  And both of

VLASSOPOULOS - DIRECT EXAMINATION/TALBERT

2966

1    these are really important in terms of determining what kind

2    of remediation approaches might be applied ultimately, should

3    -- should those be necessary.

4         Um, and in terms of that and the implications of those

5    characteristics, two such remediation approaches -- two

6    conclusions that I was able to come to regarding two specific

7    recommendations or -- or suggestions in the Study Panel report

8    was one based on the potential for use of hot -- mercury

9    hotspot removal as a potential approach to reduce

10   methylmercury in the system.  I find that it would be a very

11   ineffective tool, essentially, in this situation.

12        And the second is -- regards the in-situ amendments that

13   were tested and their potential for use as an effective remedy

14   in the system, and I find that those would probably not be

15   effective, at least not the ones that have been tested so far.

16   Q    All right.  Let's -- let's back up and -- and talk a

17   little bit about mercury cycling.

18        Is it important to understand mercury cycling if you're

19   evaluating remedial in-situ remedies?

20   A    For mercury, it's more important than for most

21   contaminants because of the complexities at various

22   environmental compartments.

23   Q    Let's take a look at Defense Exhibit 1124.

24   Dr. Vlassopoulos, can you explain what -- what this is?

25   A    So this is a cartoon pictorial description of the

VLASSOPOULOS - DIRECT EXAMINATION/TALBERT

2967

1   mercury biogeochemical cycle, and essentially what this shows

2   is the various sources of mercury to the environment, the

3   various pathways through which it moves within aquatic

4   systems, and exposure to biota -- I should probably be

5   pointing -- so sources include industrial emissions, air

6   emissions, as well as discharges, as well as natural sources,

7   which may not be shown here, such as volcanic emissions.

8   Those also contribute to some degree in some areas.

9        Within the water, there are a number of processes that

10  go on in terms of the transport and -- and transformations of

11  mercury and uptake into biota.

12       But the most important part is probably down here

13  because the form of mercury that's most toxic and most

14  important from the point of view of environmental issues is

15  methylmercury, which can bioaccumulate into the food chain,

16  and in most methylation, occurs under anoxic conditions, which

17  are typically found in sediments.  Therefore, as mercury

18  enters aquatic systems, it binds to particles and so forth.

19  It sinks into the sediments, and that's where this process

20  occurs, and that's what's highlighted in this red box here.

21       And that process particularly is a biological process.

22  It occurs through the action of bacteria, but there are also

23  some very specific requirements for that to happen.

24  Q    And I understand your -- your primary focus is the

25  chemistry that occurs within that red box; is that correct?

VLASSOPOULOS - DIRECT EXAMINATION/TALBERT

2968

1    A      Right.

2    Q      Let's -- can you just, for this demonstrative, explain

3    the rest of this?  I think you've started with the mercury

4    emissions and then working, I guess, past the red box, as we

5    work our way up.

6    A      So as -- as mercury can be methylated or transformed to

7    methylmercury within sediments, it can also flux back out of

8    the sediments, and that's the path of exposure to biota.

9           And so it initially can be exposed to the -- the lower

10   levels of the food web, and as it's taken up by higher orders

11   in the food web, it becomes bioaccumulated, in other words,

12   the concentrations increase as you go through higher trophic

13   levels.

14   Q      All right.  Let's --

15   A      And, ultimately, that leads to, you know, concerns about

16   human consumption of fish and so forth.

17   Q      Let's focus on this red box.  I'd like to pull up

18   Defense Exhibit 1227.

19          Can you explain what -- what this is?

20   A      Okay.  And so this is a sort of simplified

21   representation of the important processes or pathways within

22   the sediment that lead to mercury -- methylmercury production

23   and accumulation.  And it is more complicated than this, but I

24   think as a first step, it's important to show that the mercury

25   concentration in sediments, which is this box down here, is

1    not directly linked to the methylmercury concentration in

2    sediment.  There are a couple of steps in between, and that's

3    a large part that goes to explain the variability we see

4    between mercury levels and methylmercury levels.

5        And if I may point out some of these, so when we have

6    mercury in particles in sediment, it partitions to pore water

7    through processes described by this $K_d$, which we'll talk about

8    probably later, I think.  And so when you have inorganic

9    mercury in pore water, that's when it becomes available for

10   these bacteria, and these are specific types of bacteria that

11   can carry out the methylation process.  But, essentially, they

12   can lead to methylmercury production in pore water.

13       There are also other processes that lead to

14   demethylation, so some of that methylmercury will be

15   transformed back into inorganic forms.  And it's important to

16   remember that methylmercury's not a stable component.  It's

17   something that's being generated all the time.  And so if

18   those bacteria stop making it, eventually it decays away.  It

19   all converts back into inorganic.  It's not a stable endpoint;

20   it's a transitory form.

21       But because it's being formed continuously, it also

22   partitions back into the sediments, and so the sediments

23   ultimately act as a reservoir of methylmercury.

24       And so there's not a -- you know, although there's --

25   there is a connection between actual mercury in sediment, you

1    need mercury to make methylmercury, the connection between

2    mercury concentrations and methylmercury concentrations is not

3    very direct.

4    Q    You have to go through these several steps that you've

5    outlined here?

6    A    Correct.  And there's quite a bit of variability because

7    these are all environmental processes.

8    Q    Let's -- what is -- what is -- you have partitioning $K_d$.

9    What is the partitioning $K_d$?

10   A    In the simplest of terms, we can think of that as the

11   extent to which mercury binds to sediment when it's in contact

12   with pore water, so partitioning between water and the

13   sediment.

14       The $K_d$ value represents the extent to which that binding

15   occurs, how strongly it binds.  So think of it as the

16   concentration in the sediment divided by the concentration in

17   the water.  So a high value of $K_d$ means that the mercury binds

18   more strongly to the sediment, therefore, is less soluble,

19   less mobile, less available.  Low $K_d$ is the opposite of that.

20   Q    Okay.  And if there's a -- a low $K_d$ or a low

21   partitioning, that means that the total mercury would be more

22   available in -- in this -- in this box for methylation?

23   A    Right, a larger fraction of it would be available,

24   correct.

25   Q    And then you also have a -- another partitioning $K_d$ on

VLASSOPOULOS - DIRECT EXAMINATION/TALBERT

2971

1    -- on the other side.

2    A      Right.

3    Q      Can you just explain what that is?

4    A      So that's -- that's the same concept for methylmercury,

5    but those two $K_d$'s are not equal numerically.  They depend on

6    a number of factors -- the nature of the sediment, the

7    chemistry in the pore water, and so forth.  And so there's no

8    -- there's no equivalency between the $K_d$ for partitioning of

9    total mercury and the $K_d$ for partitioning of methylmercury.

10   Q      Okay.  And if you wanted to understand the ability to

11   predict methylmercury in the sediment or -- or pore water from

12   the available amount of total mercury, is it important to

13   understand the relationships you've outlined here?

14   A      It is, and the first place we would look is in the pore

15   water.

16   Q      Okay.  Let's turn to that now.  Let's look at Defense

17   Exhibit 1125.

18          What does this show?

19   A      So, again, this is a cartoon simplification of that

20   mercury methylation process in pore water that we talked

21   about, and just points out to the -- at least in this -- this

22   is still quite simplified, just to get the major aspects

23   across, but the key features that we have to think about in

24   terms of mercury methylation and how -- how efficient it is in

25   different systems.

1        And as a first approximation, it's carried out --

2  mercury methylation is carried out by only certain types of

3  bacteria.  All of these bacteria are anaerobic bacteria, which

4  means they can only operate in the absence of oxygen, which is

5  why methylation largely happens in environments absent oxygen,

6  such as sediments, below the sediment water interface.

7        And how these bacteria work or what their lifestyle or

8  lifecycle is is they decompose organic matter that's available

9  in the sediment.  They eat it, so to speak, and convert it

10  into carbon dioxide.  But they also need to breathe while

11  they're doing that, and sulfate-reducing bacteria is one class

12  of bacteria that are most commonly associated with mercury

13  methylation.

14        And those bacteria essentially breathe sulfate and

15  convert it to sulfide.  Sulfide is the rotten egg smell that

16  you get when you're out on mudflats and so forth.  You've

17  probably experienced that at some point.

18        So in doing this, eating organic matter, breathing

19  sulfate, as a -- as a by-product, when there's inorganic

20  mercury around, it can actually get into the -- the cells.  It

21  enters the -- it crosses the cell membrane walls, and within

22  the cells, we believe is where the methylation occurs, and

23  then once that happens, the methylmercury is excreted again.

24        And so, essentially, you have inorganic mercury in pore

25  water being converted to methylmercury in pore water, and if

VLASSOPOULOS - DIRECT EXAMINATION/TALBERT

2973

1    we just look at that part of the system and understand that it

2    -- this is all going on because there's a biological process

3    involved -- a microbiological process, we can get some sense

4    of the efficiency of that process by just comparing the

5    concentrations of inorganic mercury and methylmercury.

6         And the one thing that was quite interesting and perhaps

7    unique about the system and, in particular, in Mendall Marsh,

8    is that when we look at, on average, the inorganic mercury

9    concentrations in pore water are approximately equal to

10   methylmercury concentrations in pore water.

11        So if you think about that as a -- from a chemical

12   engineering point of view, of -- of a chemical reactor or a

13   bioreactor, that's running at a hundred-percent efficiency.

14   What's available to go in comes out.  At a steady state, the

15   concentrations are approximately equal.

16        And that also reflects, in terms of long-term operation

17   of this process, this is as high as it could get on a

18   sustainable basis.  And so we have essentially a -- a

19   perfectly efficient methylmercury-producing system within

20   these sediments.

21   Q    What are the main drivers of methylation?

22   A    And so if -- this arrow here's probably a very important

23   piece of that.  Um, how does mercury get into -- how does the

24   inorganic mercury get into the cells?  And -- and there are a

25   number of theories that have -- have come out in recent years,

VLASSOPOULOS - DIRECT EXAMINATION/TALBERT

2974

1    but one of the earlier ones that seemed to explain a lot of

2    this had to do with the pore water chemistry itself.

3         And so that was the one that I focused on in particular.

4    Can we understand what's going on here in terms of just the

5    pore water chemistry, and particularly the sulfide chemistry,

6    the organic carbon, dissolved organic carbon and the pH.

7    Those are the three main factors that affect the forms of

8    inorganic mercury in pore water.

9    Q    And did you evaluate each of those main factors?

10   A    I did.

11   Q    And what did you do to evaluate them?

12   A    I did some theoretical speciation calculations, which

13   essentially look at what forms does dissolved mercury take in

14   pore water under different conditions of pH, sulfide

15   concentration and dissolved organic carbon concentrations to

16   try to see whether that helped to make sense of why this is so

17   efficient.

18   Q    Let's pull up Defense Exhibit 1127.  Now, this may not

19   make a whole lot of sense to a lot of us, but if you could do

20   your best, could you please explain what you've done and what

21   these results show.

22   A    Right.  I'll try to do that.

23        And so this is a -- is a plot of what's called a

24   speciation diagram or a species-predominance diagram where we

25   look at -- depending on the composition of the pore water, and

1   in this case, we have sulfide concentrations on the Y axis, on

2   a logarithmic scale, pH on the X axis from acidic down here to

3   basic up here.

4        We can see that under different chemical conditions in

5   pore water, different forms of mercury may be predominant, and

6   so that's what these dashed lines depict, kind of regions

7   between the different forms being predominant.

8        And in red, I've kind of labeled the different chemical

9   formulas of these ions, and so these are dissolved ions in

10  pore water, or in the case this HgS, it could be an ion or

11  a colloid, which is a very, very small particle.

12  Q    Dr. Vlassopoulos, just for the court reporter, I'm going

13  to ask if you could just speak a little slower.

14  A    I'm sorry.

15  Q    I'm sure she would appreciate that with the chemical

16  terms.

17  A    Yes.

18  Q    What is the Hg NOM here at the very bottom?

19  A    Okay.  That represents inorganic mercury that's bound to

20  dissolved organic matter, and dissolved organic matter is a

21  significant component of the pore water.

22       But what you see -- and I should mention that these dots

23  are essentially pore water data points that have been

24  collected by the Study Panel.  What you see is that none of

25  those actually plot within the range where that species would

1    be important.

2    Q      And what does that tell you?

3    A      And that tells us that primarily the -- the chemistry of

4    mercury in -- inorganic mercury in the pore water is dominated

5    by sulfide chemistry, and that's not unusual in these types of

6    systems.

7          But the real implication of it is it also helps us to

8    start to think about why is methylmercury so high in some

9    parts of the system in terms of the pore water, or why is it

10   approximately equal to inorganic?

11         And in terms of the model of how mercury enters the

12   cells, the sulfate-reducing bacterial cells, to be converted

13   into methylmercury, there are certain forms of it that are

14   more easily taken up, and so the ones that don't have a

15   charge, for example, these two ions have negative charges, and

16   they tend to be repelled by the bacterial wall, the bacterial

17   cell walls, and so they don't enter as easily, whereas these

18   complexes, such as this $HgHS_2$, or this dissolved colloidal

19   complex may have greater access into those cells.

20         And so what we see is essentially from about here

21   onward, we should expect that most of the dissolved mercury

22   should be available, most of the dissolved inorganic mercury

23   should be available for methylation.

24         As we go higher in pH, and so if we draw a line at

25   roughly a pH of 7, what we might predict is that if this model

VLASSOPOULOS - DIRECT EXAMINATION/TALBERT

2977

1    holds, to some degree, at higher pH's than about 7, we should

2    see less methylmercury than at lower pH's and that will give

3    us some confidence that this theoretical model actually does

4    explain why the system is such an efficient methylating

5    system.

6    Q    And did you evaluate further the relationship between pH

7    and -- and methylmercury?

8    A    I did, in fact.  We have data for dissolved

9    methylmercury and pH as shown on this graph, and that's a --

10   an independent test of this model.

11   Q    Let's take a look at Defense Exhibit 1128.  What does

12   this show?

13   A    And so this shows measured pH on the X axis in pore

14   waters, and dissolved methylmercury concentrations on the Y

15   axis, and the blue dots are Mendall Marsh, and you can see

16   that all of the higher values here are essentially limited to

17   pH's below 7.  And so that confirms that the pore water

18   chemistry is really what's controlling what's going on in

19   terms of the extent to which inorganic mercury is being

20   methylated.

21   Q    And, again, for this -- this chart, you -- you

22   evaluated, I believe, all of the data that was taken for --

23   for the Penobscot System, correct?

24   A    Right, these are all the data from Chapter 11, I

25   believe, which looked at the geochemical controls on mercury

1  methylation.

2  Q    And why is this analysis important for potential

3  remedial alternatives, in-situ remedies?

4  A    So the other side of this -- this story or the other

5  side of this conclusion is that, well, we understand why

6  methylation is so important, but we also now understand that

7  there's probably not a whole lot of demethylation occurring

8  in-situ, and in terms of reducing exposure to methylmercury

9  and uptake of methylmercury into the ecosystem, reducing

10  methylmercury concentrations would be a target, and so

11  understanding why methylmercury concentrations are what they

12  are starts to help you develop strategies for, what can you do

13  about it in terms of a remedial action.

14  Q    Let's -- let's go back to Defense Exhibit 1227.  And

15  just to orient ourselves, we just discussed some of the

16  chemical processes in that top blue box, correct?

17  A    Correct.

18  Q    Let's now switch and discuss the partitioning.  Did you

19  evaluate the mobility of mercury in the Penobscot marshes?

20  A    Yes, I did.

21  Q    And, in your opinion, are meth -- mercury and

22  methylmercury present in relatively mobile forms in the

23  Penobscot?

24  A    Ah, they are.

25  Q    And why is that important?

VLASSOPOULOS - DIRECT EXAMINATION/TALBERT

2979

1   A     Well, it's important, again, in terms of potential

2   remediation strategies.  It's something you need to

3   understand.  Ah, it's something you need to understand the

4   extent to which can be manipulated if an in-situ remedy is

5   going to be applied.

6   Q     What did you do to evaluate these partitioning $K_d$'s?

7   A     Well, I -- I looked at the actual data that was

8   collected by the Study Panel, and then also compared it to

9   ranges of values that are -- have been reported elsewhere in

10  the literature.

11  Q     Let's take --

12  A     As well as values that I've seen in other studies that

13  I've looked at -- that I've worked on.

14  Q     Let's take a look at Defense Exhibit 1130.  And can you

15  please explain what this figure shows?

16  A     Okay.  This is a scatter plot of total mercury in

17  sediment on the X axis, and it's -- you'll notice it's on a

18  logarithmic scale, in nanograms per gram, and total mercury in

19  pore water on the Y axis, again, in nanograms per liter on a

20  logarithmic scale.

21        If you recall what I said earlier about the $K_d$ or the

22  partitioning coefficient, it's simply the ratio of the

23  concentration of mercury in sediment, divided by the

24  concentration in water.  So the lower the concentration in

25  water, the higher that number gets.

VLASSOPOULOS - DIRECT EXAMINATION/TALBERT

2980

1          And for reference, I've plotted these diagonal lines

2    here on this plot for different values of the $K_d$, ranging from

3    a low of a thousand to a high of a million, and, again, the

4    scatter plot shows all the data that was collected as part of

5    Chapter 11 in the Study Panel report, the biogeochemical

6    controls chapter, and they're color-coded by the different

7    areas where these data come from.

8          And you can see, particularly Mendall Marsh, which

9    represents a large portion of the data, there's quite a bit of

10   range of variation in the $K_d$ values represented at these

11   locations, from a couple of thousand, if we kind of draw

12   parallel lines here, up to just over a -- a couple -- maybe a

13   couple hundred thousand.

14         So we're looking at a range of approximately two orders

15   of magnitude in the $K_d$.  That's one point.

16         The other point is when we compare these ranges of

17   values, um, typically $K_d$ values that have been measured in

18   other sites maybe range from roughly this low end up here to

19   something well above a million, and so these values represent

20   the lower end of the range of what's been documented elsewhere

21   in other systems.

22         And so the conclusion there is that, well, while there

23   is quite a bit of variability, um, it's also generally, as --

24   as a whole, mercury is more mobile here than in other systems.

25   Q    And, again, just to orient ourselves, this is the

1   partitioning from total mercury into pore water.

2   A      Right.

3   Q      Did you also evaluate the partitioning from

4   methylmercury in pore water to sediment?

5   A      Yes, similar -- similar analysis.

6   Q      Let's take a look at Defense Exhibit 1131.  What does

7   this figure show?

8   A      Very similar to the last figure, except here we're

9   looking at methylmercury in sediment against methylmercury in

10  pore water, and, again, these diagonal lines are drawn for

11  reference for various values of the $K_d$.

12         And what we see, again, is a large range and

13  particularly as displayed by Mendall Marsh, of more than two

14  orders of magnitude in the $K_d$.

15         And, again, when we compare these values to the ranges

16  that have been published elsewhere and ranges I've seen at

17  other sites that I've worked on, they are in the lower end of

18  the scale.

19         And so, again, the conclusion is that methylmercury is

20  also generally more -- is highly variable, but also on -- on

21  the whole, more mobile than we see in other systems.

22  Q      And what is this -- you've discussed the -- the

23  variability within the $K_d$ values, particularly in Mendall

24  Marsh, which is the -- the blue dots.  What does that

25  variability indicate to you with respect to implications for

1  remediation?

2  A      Well, one -- the first thing is just given the

3  variabilities in the $K_d$'s of inorganic mercury and the $K_d$'s of

4  -- of methylmercury, there's not going to be a very strong

5  relationship between the two in the sediment.  That's the

6  first thing.  You don't even need to do this analysis to see

7  that.  You can do that just by looking at the data.  But it

8  suggests that there are a lot of other factors that go into

9  that relationship and makes it -- makes total mercury a poor

10 predictor of methylmercury in the system.

11 Q      And did you evaluate the extent to which you could

12 predict methylmercury levels in marsh sediments based on total

13 mercury?

14 A      Yes, I did.

15 Q      And what did you do?

16 A      Ah, I did a number of things.  One is to look at the

17 proportionality and how variable that is.  Ah, essentially if

18 there is some relationship between total and methyl, we might

19 expect that the ratio of total and methyl is within some

20 manageable range.

21 Q      And what did you find?

22 A      That it varies quite widely across the system.

23 Q      Let's take a look at Defense Exhibit 1134, and this is

24 Figure 11-2.20 from the Study Panel report.

25        Did you evaluate Chapter 11 of the Study Panel report?

VLASSOPOULOS - DIRECT EXAMINATION/TALBERT

2983

1    A    Yes, I did.

2    Q    And what -- what does this -- this figure show?

3    A    This is a figure, I believe, that shows samples of marsh

4    soils collected across part of Mendall Marsh, an area known as

5    the west platform, and it was part of a vegetation survey, and

6    so what you see there is different types of vegetation that

7    have -- that were identified at each of these stations.

8        But I just wanted to focus on the -- the numbers that

9    are associated with each of those boxes.  Those are the ratio

10   of methylmercury to total mercury at each of those locations,

11   and you can see a wide range of variation from a low of about

12   2 percent out here to 18 percent here, and you can also see

13   that there's quite a bit of variability in heterogeneity such

14   that, you know, smaller numbers are not very far away from

15   larger numbers.

16       And so there's no real spatial pattern to this in terms

17   of, you know, how far you are from the edge of the marsh or

18   something like that.

19       So what that shows is that there's quite a bit of

20   variability, and so one conclusion from that is that from

21   total mercury, you really can't tell how much methylmercury

22   you can produce.  It's really a function of a lot of other

23   factors.

24   Q    This is the Mendall Marsh west platform.  Let's take a

25   look at the Mendall Marsh east platform, which is Defense

1   Exhibit 1135.

2        And what are you seeing in this figure?

3   A    Similar plot for another part of Mendall Marsh, and,

4   again, you see values ranging from 2 percent to 9 percent

5   here, and what's interesting is that the highest and the

6   lowest values are quite close to each other in terms of

7   locations of the samples.

8   Q    Did you examine the correlations between total mercury

9   and methylmercury?

10  A    Yes, we can look at the entire data set to get a better

11  picture of this.

12  Q    Okay.  And -- and what did you do to evaluate that?

13  A    It's as simple as plotting the total mercury versus

14  methylmercury in sediment on a scatter plot.

15  Q    Let's take a look at Defense Exhibit 1139.  What does

16  this figure show?

17  A    And so this figure shows all of the data from Chapter 11

18  where we're plotting on the X axis, total mercury, and on the

19  Y axis, methylmercury.  You'll notice that in this case, I've

20  plotted these on a straight linear scale because if there is

21  some useful relationship, it should be immediately obvious

22  visually.

23       And the one thing you do see is that -- and in terms of

24  the relationship between methyl and total mercury, we might

25  expect that it would follow some line, but what you see is

1    there are a number of lines that define the data and they

2    range over quite a vary -- variety of ratios of methyl to

3    total from 1 to over 20 percent, up here.

4        And perhaps more importantly is that you can have

5    samples with relatively high total mercury, for example, and

6    modest amounts of methylmercury.  You could have the same

7    levels of methylmercury in samples that have much lower total

8    mercury.  You can also have samples, such as this one, where

9    you have lower methyl -- lower total mercury and yet much

10   higher methylmercury.

11       And so that really goes to the point that the production

12   and accumulation of methylmercury in these sediments, although

13   it requires mercury as the starting point, it's the function

14   of a much more complicated process and makes it very difficult

15   to predict what the levels of methylmercury at any given

16   location at any given time would be.

17   Q    So based on your evaluation of the data, does it appear

18   to you that it would be difficult to predict levels of

19   methylmercury just looking at total mercury?

20   A    Certainly, yes.

21   Q    Looking at the Mendall Marsh dots in particular, I think

22   you noted the wide span and variability.  Does this also

23   indicate that you could have a situation where you have high

24   levels of total mercury, but then if you went down this range,

25   literally going to a drop from -- what is that -- about 2,250,

1   something on that order?

2   A     Right.

3   Q     Down to 500, and you could have a lot more

4   methylmercury?

5   A     Right, that's the implication.  This relationship is not

6   predictive.

7   Q     Are you aware that Dr. Gilmour has rendered an opinion

8   that she would expect there to be a proportional reduction in

9   methylmercury if you reduced total mercury by a certain

10  percentage?

11  A     Yes.

12  Q     And do you agree with her?

13  A     Um, I think -- I don't agree with her in general just

14  because this data does not support that conclusion.

15  Q     Let's take a look at Defense Exhibit 1140.  This is a

16  chart taken right out of Dr. Gilmour's Chapter 11 -- on Page

17  11-115.  Are you familiar with this chart?

18  A     Yes, I am.

19  Q     And what does it show?

20  A     This shows the results of a correlation analysis for

21  various sediment parameters that were measured in the samples

22  that Dr. Gilmour collected and analyzed.

23        Um, what I've highlighted here, is -- what this matrix

24  of numbers shows is the correlation between various parameters

25  that were measured, so it includes a number of things here --

VLASSOPOULOS - DIRECT EXAMINATION/TALBERT

2987

1    methylation rate, density of sediment, porosity, loss of

2    ignition, which refers to organic content.

3        But I really highlighted here two specific variables --

4    total mercury, which is one of these that's of interest -- and

5    methylmercury here.  And so at the intersection here is the

6    correlation coefficient between total and methylmercury, and

7    that gives you an idea of how well these two variables track

8    each other in the data set.

9        And correlation coefficient R, which is .32, essentially

10   the R values go from minus 1 to plus 1.  0 means there's no

11   correlation.  Plus 1 means there's a perfect correlation.

12   Minus 1 means there is a perfect negative correlation or

13   anti-correlation.

14       And a value of .32, although in this data set because

15   there's a large number of samples, is statistically

16   significantly different than 0, we conclude that it is a

17   significant relationship, and when we look at how good it is

18   in terms of our ability to use it for predictive purposes, and

19   that's determined by looking at the R-squared or the

20   coefficient of determination, which is essentially taking this

21   number and multiplying it by itself, we get a value of .11.

22       And what that number represents is the amount of the

23   variability in methylmercury that's explained by total

24   mercury, and .11 is essentially 11 percent.  That means that

25   total mercury only explains 11 percent of what's causing

VLASSOPOULOS - DIRECT EXAMINATION/TALBERT

2988

1    methylmercury to vary in the system, and perhaps just as

2    importantly, or in our case more importantly, almost

3    90 percent of what's causing the variation in methylmercury

4    has nothing to do with total mercury.

5         And so, again, using total mercury as a predictor of

6    what future methylmercury levels might be is not a very sound

7    thing.  It's just fraught with a lot of uncertainty just

8    because of this weak relationship.

9    Q    Are you aware that after the Phase II Report was issued

10   and your expert report was submitted, Dr. Gilmour did an

11   additional statistical analysis?

12   A    Yes, I am.

13   Q    If we could please pull up Plaintiffs' Exhibit 71.  And

14   do you recognize this document?

15   A    Yes, I do.

16   Q    What is this?

17   A    Ah, this is a -- a report authored by Dr. Gilmour on

18   statistical models for methylmercury in Penobscot sediments

19   and soils.

20   Q    And did you review this document?

21   A    Yes, I did.

22   Q    What did Dr. Gilmour do?

23   A    She developed a number of regression models that

24   include, in addition to total mercury, regression models for

25   predicting methylmercury, essentially.  In addition to total

1    mercury, it included various other factors that she thought

2    were important in explaining variability in methylmercury.

3    Q    Let's take a look -- she has two tables here.  Let's --

4    let's take a look at Table 1 on Page 3.

5         And what does -- what does this table show?

6    A    And so this table shows the different models that were

7    developed.  The first line is the simple model that we just

8    talked about, the correlation between methyl and total

9    mercury, and that's essentially similar to what we saw

10   earlier, 12 percent, approximately, as an R-squared, or .12.

11        She added additional variables, including a sample depth

12   or pH of the sediment or porosity or various chem -- chemical

13   parameters in the pore water, as well as seasonality and tried

14   to see what effect those had on -- on essentially the goodness

15   of the fit of the model, when you add more parameters.

16        And what you do see is that the R-squared values do

17   increase as you add more variables to the model, but that's

18   also to be expected.  The more variables you add, the higher

19   the correlation should be.  And she showed that, in addition,

20   that there was some increase in the amount of variability

21   explained by total mercury in this case.

22        But, still, you know, even when we look at the range of

23   these -- the variability explained is still -- there's more

24   than half of the variability.  Variability doesn't have

25   anything to do with total mercury, regardless of which models

1    you use.  And I would argue some of these models, um, you're

2    looking at some factors that account for the variability, but

3    maybe not the most important ones, which might be more related

4    to pore water chemistry.

5         There are a few models here that were not included that

6    I might have thought would have been interesting to see.

7    Q    Did Dr. Gilmour's subsequent analysis change your

8    opinion?

9    A    Not at all.

10   Q    And can you explain why?

11   A    Again, the -- the bottom line is that total mercury is

12   not really a good predictor of methylmercury.  We can try to

13   use these additional variables, but at the end of the day, we

14   still end up with a significant amount of unexplained

15   variability in methylmercury.

16        So in terms of predictive utility, it's very limited.

17   Q    Did you review the -- the error surrounding these

18   values?

19   A    Yes, I did.

20   Q    Let's take a look at Page 7 of this document, and if we

21   can just highlight this box here.

22        Did you evaluate the root mean square error?

23   A    Yes.

24   Q    And what does this tell us?

25   A    And so that's the -- the root mean square error or MS

VLASSOPOULOS - DIRECT EXAMINATION/TALBERT

2991

1   error is a measure of the predictive uncertainty of the model.

2   In other words, how well can it replicate the data that it was

3   used to calibrate?  And the value for the -- the RMS error in

4   this case -- and this is the first model, the simplest model,

5   total mercury versus methylmercury -- your MS error is .46 or

6   approximately.5.

7        What you have to realize is that the concentrations in

8   these models were converted to their logarithms.  Therefore,

9   we're not looking at .46 ppm or something like that.  We're

10  looking at .46 orders of magnitude.  Half an order of

11  magnitude is one standard error in this -- or one standard

12  error in terms of the prediction interval.

13       Usually when we do -- when we use these kind of models

14  for predictions, we try to have some kind of confidence level

15  in the prediction.  We want to understand what our error

16  margin is.  And so a commonly used error margin which

17  corresponds to 95-percent confidence would be two standard

18  errors.  And so if we double that number, roughly, we're at

19  about 1, which means an order of magnitude.

20       So, for example, if the model were predicting a

21  methylmercury concentration based on a reduction of total

22  mercury of, say, a hundred, within error, that number, that

23  prediction could be as high as a thousand, an order of

24  magnitude.

25  Q    And using this root mean square error, if the prediction

VLASSOPOULOS - DIRECT EXAMINATION/TALBERT

2992

1   was a hundred, what could the range be?

2   A     The range could be anywhere from 10 to say a thousand.

3   Again, this is approximate, but to give you an idea, that's

4   the level of error we're talking about in the predictiveness.

5   Q     Let's take a look at -- I know -- I know she ran seven

6   different model scenarios.

7   A     Right.

8   Q     The last one adds the most variables, correct?

9   A     Right.

10  Q     So that one you would think would have the highest

11  R-squared value?

12  A     Right.

13  Q     Or has the --

14  A     Yeah, the highest R-squared value and perhaps the lowest

15  RMS error, as well.

16  Q     Let's -- let's take a look at that, and -- and if we

17  could just blow up the summary to fit.

18        And, again, did you evaluate the root mean square

19  error --

20  A     Yes.

21  Q     -- of the model 7?

22  A     Yes, and you can see that number there is .28, and so,

23  again, taking the -- the rule of thumb that we want 95-percent

24  confidence in our predictions, we double that number to .56,

25  or so, and what that means is there's .5 orders of magnitude

1   error around that.

2        So, essentially, the numbers are only good to within an

3   order of magnitude, the predictions.  And, again, you know,

4   given that the range of the values in the system are only

5   about -- you know, 1 to 2 orders of magnitude overall, that's

6   not a very good error range.

7   Q    Did you also plot this data to have a visual evaluation

8   of the fit to the curve?

9   A    Yeah, I -- I tried to kind of illustrate a little

10  further in terms of, you know, what this implies in terms of

11  what we can do with the predictions.

12  Q    Let's take a look at Defense Exhibit 1141.  And what --

13  what does this demonstrative show?

14  A    So this is a -- just a very visual indication of how

15  good the predictions work for the different models that have

16  been developed by Dr. Gilmour.  And, um, I apologize, they're

17  probably a little bit busy and scrunched up here, but

18  essentially we're looking at -- on each of these, they're the

19  same, they're just different models in terms of the number of

20  explanatory variables that were included.

21       But we're looking at the predictive methylmercury on the

22  X and the measured methylmercury on the Y, when we convert it

23  back to actual numeric values.  One of the weaknesses of the

24  models that Dr. Gilmour developed is that all of the

25  concentrations were converted to their logarithms.  That has

1    the effect of taking a range of numbers from, say, a hundred

2    to a couple of thousand and crunching them down into a much

3    smaller range of numbers because you're taking the logarithm.

4         And so that tends to blow up the errors at the high end

5    of the range, and you can see that.  If -- if we had a really

6    good model, I'd expect the predictions to match the measured

7    values with some error, but would try to follow, say, along

8    one of these diagonal lines, which would be the perfect match.

9         But what you see is -- well, the simple model obviously

10   doesn't look very well at all.  The predictions don't really

11   match the measured values at all, except for a very small

12   portion.  But even all these other more complex models include

13   additional variables, the errors blow up as you go up in

14   concentration.  And so that just means there's a lot of

15   uncertainty, even including the 7 -- or what it is, four or

16   five variables down here in model 7, you still have a quite

17   large margin of error in terms of the predictive ability of

18   these models.

19        And that's something that gets lost when you're looking

20   at tables that get spit out of a statistical analysis and

21   you're just looking at numbers on a page, but when you look at

22   the results visually, I think it gives you a more -- a clearer

23   picture of just how good these models are.

24             THE COURT:  Is this a good time to break?

25             MR. TALBERT:  Yes, Your Honor.

1          THE COURT:  All right.  We'll take our 20-minute

2     break.

3          (Court recessed from 10:33 a.m. to 11:05 a.m.)

4          THE COURT:  Mr. Talbert?

5                  CONTINUED DIRECT EXAMINATION

6     BY MR. TALBERT:

7     Q     Dr. Vlassopoulos, let's pull up Plaintiffs' Exhibit 71

8     again and look at Table 2 on Page 4.

9          Are you aware that Dr. Gilmour also did some modeling

10    analysis?

11    A     Ah, yes, as we've been discussing.

12    Q     And what -- what did she find in Table 2?

13    A     This analysis was related to establishing the

14    relationship or the slope parameter for total mercury in these

15    various models that predict methylmercury.  And for each of

16    the models, excluding the simple model, which was the

17    methylmercury to total mercury relationship, she finds that

18    the values of that slope parameter -- or at least the

19    coefficient for total mercury in each of these models ranges

20    from about .9 -- 8.8 to 1.13 and averages -- 1.19, I should

21    say, averaging above 1.

22    Q     And let's back out of this box, and she has a summary at

23    the bottom.

24         And from that analysis, she states, the models support

25    the assumption that the slope of the relationship between

1    total and methylmercury in Penobscot sediments and soils is

2    one-to-one.  Do you see that?

3    A    Yes.

4    Q    Do you agree with her?

5    A    I -- I agree on the -- the part that says total mercury

6    is a significant correlate of methylmercury, but that's not

7    the same as how well you can use that or -- or any

8    relationship to predict methylmercury that involves total

9    mercury.

10        And so this one-to-one is actually not correct.

11   Q    And can you explain why?

12   A    So if we go back to that table --

13   Q    Yeah.

14   A    -- so what's kind of not -- what's a little bit lost

15   here and maybe not quite correct and maybe a misinterpretation

16   on the part of Dr. Gilmour is that she's not really looking at

17   the parameter estimate for total mercury, it's parameter

18   estimate for log of total mercury -- the logarithm, and it's

19   predicting a logarithm of methylmercury.

20        And so in these different models, when you are looking

21   at the relationship between the logarithm of those two

22   variables, and, in fact, it was a logarithm of total mercury

23   and ten times -- or the logarithm of ten times methylmercury.

24   And so the numbers have been transformed quite a bit so that

25   they actually more or less match to the extent possible, but

VLASSOPOULOS - CONTINUED DIRECT EXAMINATION/TALBERT

1   if you look at the scatter between those, you'd probably

2   almost always get something close to 1 in these models because

3   there's not a lot of range of variability of methylmercury

4   that's explained by total mercury.

5        And so it's just an artifact of the way the models work.

6   You're explaining a lot more in terms of -- you know, the

7   coefficiency you're getting for these other variables might be

8   significant, but the ones for total mercury -- this is -- this

9   is strictly artifactual, and also the value if it's 1 does not

10  mean it's a slope of 1.  It means the relationship between the

11  logarithms of these two values is approximately 1, which if

12  you sort of think about the math a little bit, it means that

13  the power relationship between total and methyl is linear

14  rather than a power relationship.  In other words, the power's

15  closer to 1.

16       And there's just not enough range in those values to --

17  to be able to get anything other than 1, and so it's just an

18  artifact of the analysis and the -- the small range of the

19  numeric values that are included.

20  Q    Let's -- let's break that down a little bit.

21  A    Right.

22  Q    Let's start off.  What's a -- what's a -- what's a --

23  what does it mean to make it logarithmic?

24  A    I think I mentioned this earlier, if we're starting with

25  a range of numeric values for mercury concentrations that

1   range from, say, just off the top of my head, probably from

2   about a hundred to 1,500, that's approximately two orders of

3   magnitude.  So if you take the logarithms of those numbers,

4   although the range is actually over a thousand in -- in the

5   actual concentrations, when you take the logarithms, you're

6   going from about 2 to 3 point something.  So you're crunching

7   down that numerical range from -- to basically 1, 1 point

8   something.  And so you lose a lot of that -- that spread in

9   terms of how -- how it impacts the outcome of these models.

10  Q    You're changing the scale in multiples of 10, correct?

11  A    Right, right.

12  Q    And that -- that has the result of compressing the data?

13  A    Right.

14  Q    And changing the slope of the curve?

15  A    Right.

16  Q    And is that where the .99 comes from?

17  A    That's -- the .99 is the relationship of those

18  compressed values.

19  Q    So, in your view, does this -- does her analysis change

20  your opinion in any way?

21  A    No.

22  Q    And do you believe it's appropriate to use this model to

23  suggest that there is a one-to-one relationship between total

24  and methylmercury?

25  A    No, because it's based on logarithmic transformations

1    and manipulations of the actual concentrations.

2    Q    Did you do your own evaluation of the predictive power

3    of the model?

4    A    I did.  I wanted to look at just how well can we predict

5    anything from total mercury in terms of methylmercury

6    concentrations.

7    Q    Let's pull up Defense Exhibit 1143.  Can you explain

8    what this demonstrative shows?

9    A    And so this graph shows total mercury in sediment along

10   the X, and, again, we're going back to the log scale just

11   because this is how these models are generated, and

12   methylmercury in sediment on the Y, again, in log, both in

13   nanograms per gram.

14        This thick red line that's labeled regression line,

15   that's the actual predictive model curve for the simple model

16   that Dr. Gilmour presented, and I'm just using that as an

17   example here.  It was just simpler to do that way for visual

18   purposes.

19        And the first thing you see is that on this logarithmic

20   scale where the values of -- in order to get this plot as a

21   linear model like this, you had to convert the values to their

22   logarithms anyways.  And so you -- the first thing you notice

23   is the slope of that curve is less than 1.  Okay.  And even

24   though we're looking at logarithms, less than 1 also means

25   that it's not going to be 1 even if they're linear.

1      The second thing you notice is that there's a prediction

2  interval, what we call a prediction interval, which is

3  essentially the margin of error around the prediction.  So if

4  you were to predict a value from this relationship based on --

5  if you use an input value of, say, total mercury and use that

6  to predict a value of methylmercury, how far off could you be

7  based on that observed relationship that was used to calibrate

8  this linear model?

9      And that prediction interval is based on, again, that

10  95-percent confidence interval which is a pretty common level

11  of confidence that we use in predictive analyses.

12  Q    And so if we move down this regression line, the range

13  of values that you would expect on any given point in the line

14  would be in a range between the dotted lines; is that correct?

15  A    Right, and so -- so the model might predict a value

16  that's on the dotted line, for example, but because of the

17  uncertainty in the actual model calibration, you could be

18  anywhere within this line 19 out of 20 times, you'd still have

19  one time out of 20 where the prediction could be wrong, could

20  be outside those bounds.  But that's about as good as we can

21  get.

22      And if you look at the scale again, you're looking at a

23  logarithmic scale, it's about -- as I said earlier, it's about

24  an order of magnitude on each side.  So a factor of a hundred,

25  basically.

VLASSOPOULOS - CONTINUED DIRECT EXAMINATION/TALBERT

1  Q     Let's take a look at a concrete example, Defense

2  Exhibit 1144.  And what does this show?

3  A     And so this kind of -- to more closely illustrate the

4  implications of -- of the -- how useful this relationship

5  would be in terms of predictions, and again, this is a

6  data-based relationship, and it's the best we have right now

7  in terms of what we can do with this system.

8        If we were, say, starting at a level in the sediments in

9  -- you know, again this is hypothetical, but it's just to

10  follow this relationship up here, of total mercury, that has

11  some associated range of -- of methylmercury, let's say we had

12  a -- a methylmercury of 90, and we used total mercury based on

13  this model, and we wanted to achieve a reduction on an order

14  of magnitude, 10 times reduction in methylmercury.

15        Just using the model itself, the linear relationship,

16  that would mean that you would need to -- in order to get a

17  tenfold reduction in methylmercury, you'd need a 50-fold

18  reduction in total mercury.  Okay.  That's the first thing.

19  Q     And -- and then what would it say about the variability

20  within --

21  A     And so that --

22  Q     -- methyl --

23  A     -- prediction that we need a 50-fold reduction, you

24  could still have values that are almost as close, within the

25  predictive accuracy of the model, you could still have values

VLASSOPOULOS - CONTINUED DIRECT EXAMINATION/TALBERT

3002

1    that are almost as close as what you started with, just

2    because of that wide error band.

3    Q    So is what her -- her model essentially shows that you

4    could have a 50-percent reduction in total mercury, but in

5    certain places, have not reduced methylmercury by --

6    A    Over 50 times reduction, which --

7    Q    I'm sorry.  50 times reduction.

8    A    -- is more than that, yes, and -- and you may still have

9    areas that have as high levels of methylmercury as you -- as

10   you initially wanted to reduce from.

11   Q    So what does this tell you with respect to your ability

12   to predict levels of methylmercury in Penobscot marsh

13   sediments using total mercury?

14   A    Again, these kind of analyses highlight the limited

15   usefulness of any predictive model because of the large

16   variability.  That doesn't have anything to do with total

17   mercury in sediment.

18   Q    If you were to reduce total mercury in marsh sediments

19   by, say, 10 percent, could you predict what percentage change

20   you would have in methylmercury?

21   A    Not to any degree of accuracy.  In fact, it may have no

22   effect at all.  10 percent may have no effect at all given --

23   we're looking at a logarithmic scale here.

24   Q    Is there a point at which this analysis breaks down,

25   where we don't have actual data?  Do you get to a point in the

VLASSOPOULOS - CONTINUED DIRECT EXAMINATION/TALBERT

3003

1   model where it's not based on any actual data from the system?

2   A    We actually have -- have probably no data below about a

3   hundred or so.

4   Q    Hm-hmm.

5   A    And so the left part of this diagram is -- is completely

6   an extrapolation and has no founding in actual data.  And --

7   and what you can see there is that it actually breaks down

8   mathematically, as well.

9   Q    And what are the implications for remedial measures?

10  A    Again, because of the relatively small range of

11  concentrations of total mercury in -- in the marsh sediments,

12  we can't really use that as a predictor of what would happen,

13  you know, in terms of a remedial strategy that -- that targets

14  reduction of total mercury.  We have no way of gauging what

15  the effect would be.

16  Q    So if what we're really interested in doing is changing

17  or lowering the methylation rates, it would be difficult to do

18  that by setting a specific target for total mercury; is that

19  correct?

20  A    Right, it would be difficult to estimate what the effect

21  would be of setting the -- such a target.

22  Q    Do you know what a principal component analysis is?

23  A    Ah, yes.

24  Q    And what is that?

25  A    It's a -- a multivariant statistical analysis that is

1  done to try to extract some sense out of large, complex data

2  sets that have many samples and many variables.  And what it

3  attempts to do is to take those -- that entire data set and

4  try to explain as much variability within a data set using a

5  smaller number of constructed variables or components that are

6  essentially combinations of the original variables, such as

7  total mercury, methylmercury, various things that you measure,

8  for example, in sediments.

9  Q    Did Dr. Gilmour do a principal component analysis?

10 A    She did include that in Chapter 11, yes.

11 Q    Let's pull up Defense Exhibit 1146.  And did you

12 evaluate her principal component analysis?

13 A    I did.

14 Q    And can you just talk us through -- this is a fairly

15 busy figure, but can you try to talk us through what these

16 various quadrants are and the different arrows?

17 A    Yes, trying, I guess, not to get too much down into the

18 nitty-gritty, I'll try to explain the key features and what we

19 can take away from this analysis.

20       As I said, the -- the goal of the principal component

21 analysis is to reduce the original variables in the data set

22 to a smaller number of variables that are constructed of the

23 original variables.  And so what it tries to do is identify

24 associations between the -- the different variables so they

25 can be lumped together into components, and then see whether

1  or not, you know, how much of the -- the -- how much of the

2  overall variability in the data set can be explained that way.

3      And so one thing that comes out of this, because it is

4  based on a correlation analysis or a covariance analysis,

5  which is similar, is that things that are highly correlated

6  will -- will tend to plot together on such a plot.  The -- the

7  arrows here are telling you on which component the different

8  variables tend to load or are associated with.  Think of it

9  that way.

10      So arrows that point along -- we have component 1, along

11  the X axis, so, again, this would be -- a component is a

12  combination of the original variables that are -- that show

13  some amount of correlation.  Component 2 is a second one, and

14  the way these are labeled, the first component accounts for as

15  much of the variability in the total data set as possible.

16  The second component amount accounts for the -- the maximum

17  amount of the remaining variability, and the third so on and

18  so on until we have nothing left, or we have noise,

19  essentially.

20      So usually, the first couple of components are usually

21  the most interesting in these kind of analyses.  And so what

22  this plots here is the results for those two components, in

23  terms of how the original variables that were measured are

24  associated together.

25          And the key thing here is that the arrows that kind

VLASSOPOULOS - CONTINUED DIRECT EXAMINATION/TALBERT

3006

1    of point in the same directions are associated together in

2    terms of how they fall out into the different components.  And

3    the length of the arrows, um, unfortunately, this is a little

4    bit squashed, this circle should essentially be a circle of

5    equal height and width, but the length of the arrows indicates

6    the degree to which they're correlated, how strongly they're

7    correlated.  So long arrows mean a very strong correlation,

8    shorter arrows mean a weaker correlation, but the direction is

9    also important.

10   Q    So just to break this down, what does it mean if you

11   have variables within the same quadrant?

12   A    That to a large degree, they are -- they are tracking

13   each other, and variables that are not in the same quadrant

14   are generally not tracking each other.

15   Q    And when you say that they're not tracking each other,

16   what does that indicate to you?

17   A    That they're -- they're not associated, essentially.

18   Q    Did you pull out some of the variables so that it's a

19   little bit cleaner so you could evaluate the relationships?

20   A    Yes, because this shows all the variables that were

21   evaluated, but there are a couple of relationships that are

22   really informative here.

23   Q    Let's take a look at Defense Exhibit 1150.  And what

24   does this show?

25   A    So kind of greatest interest to me was, how does total

VLASSOPOULOS - CONTINUED DIRECT EXAMINATION/TALBERT

3007

1    mercury in sediment and methylmercury in sediment fall out in

2    terms of this analysis and what are they largely related?  The

3    first thing you notice I've got here in dark red, total

4    mercury and methylmercury.  First thing you notice is they --

5    the arrows are in different quadrants, which, again, is

6    consistent with all the other lines of evidence we've seen in

7    terms of this poor or weak relationship between the two.

8        Total mercury is not really what's driving

9    methylmercury.  It's more a function of -- of processes that

10   are going on and conditions that are established within the

11   marsh.  So I wasn't surprised to see that.

12       But when we take another -- a little bit closer look at

13   some of the other variables that these things are associated

14   with, it actually helps us understand what's -- what's going

15   on and what is controlling this variability.

16       So just to start with the total mercury, a couple of the

17   interesting variables that do track with total mercury are

18   iron and aluminum in sediments.  And those are usually an

19   indication of, in this particular case, of mineral matter,

20   mineral particles that are coming down the river and

21   depositing onto the marshes.  And so essentially, what we have

22   here is this analysis reveals that the total mercury loading

23   to the sediments appears to be related to mineral particles

24   that are coming down the sediments.  And so mercury tends to

25   sorb onto mineral particles in -- in the mineral water, and as

VLASSOPOULOS -- CONTINUED DIRECT EXAMINATION/TALBERT

3008

1    those get trapped in the salt marshes, that's how the mercury

2    is loaded onto the system.  It makes sense.

3        Methylmercury, on the other hand, is kind of pointing in

4    the same direction as a couple of other things.  One is this

5    methylation rate, which is really a function of the rate at

6    which methylmercury is generated in an incubation, when you

7    take a sediment and you measure how much methylmercury is made

8    over some period of time.  It's not surprising that meth --

9    this methylation rate should correlate with methylmercury.

10       Obviously, it's directly related to the process, but the

11   other two things that were also strongly associated with that

12   are a loss of ignition, which is organic matter content of

13   sediments and -- and sulfide in sediments.  And if you

14   remember from an earlier exhibit where we were looking at the

15   process of methylation, um, the organic matter is the food for

16   the bacteria that reduce sulfate to sulfide, and so these are

17   -- this is the food, this is the product of the respiration of

18   those bacteria.

19       And so methylmercury, not surprisingly, is much more

20   strongly associated with the conditions and the processes that

21   create it than with, you know, mercury load indirectly.

22   Q    So from this principal component analysis, you're taking

23   a look at which variables are in this lower quadrant, and we

24   have total mercury, aluminum, and -- and iron, correct?

25   A    Correct.

1    Q      And is it fair to say that your -- your review of this

2    suggests that aluminum and iron may have a stronger

3    correlation with total mercury than, say, methylmercury?

4    A      Or a stronger association.

5    Q      And then if --

6    A      Right.

7    Q      -- we go into this -- this upper quadrant, this

8    indicates that methylmercury may have a stronger association

9    with sulfide and loss of ignition and $K_{meth}$ than total mercury?

10   A      Correct.

11   Q      What is your conclusion based on doing the principal

12   component analysis?

13   A      I think it -- again, sort of at the end of the day, the

14   -- what we're left with in terms of an understanding is that

15   methylation in the system is really more a function of

16   conditions specifically established within -- excuse me --

17   within the marsh soils than it is with the mercury that's

18   already present there.

19   Q      Are you -- are you suggesting that there is no

20   relationship between total and methylmercury?

21   A      No, I think we've already said that there is a

22   statistically-significant relationship.  The -- the key

23   difference there is that there's a lower level of confidence,

24   if you will, required to conclude that a -- a relationship is

25   statistically-significant than whether it's good enough to be

VLASSOPOULOS - CONTINUED DIRECT EXAMINATION/TALBERT

3010

1   used for predictive purposes, and that's the bar that's not

2   met by that relationship.

3   Q    For this principal component analysis, did you evaluate

4   all of the data, so data for the entire system, not just marsh

5   sediment?

6   A    Yes, all the data that were included in -- well, this --

7   this analysis was Dr. Gilmour's analysis, so it was all the

8   data that were included in her chapter.

9   Q    Did you also conduct an evaluation of the distribution

10   of total and methylmercury in sediments in Mendall Marsh, in

11   particular?

12   A    Yes, I did.

13   Q    And what did you do to evaluate that?

14   A    Um, I essentially took the sample data for surface

15   soils, um, and, again, as a test of, well, if -- if we were to

16   reduce total mercury concentrations in surface soils, what

17   would the distribution of methylmercury look like based on

18   just looking at the data that we have?

19        And so I essentially broke the surface soil data down

20   into ranges of total mercury and looked at the distribution of

21   methylmercury concentrations within each of those ranges to

22   see if there were any trends.

23   Q    Let's take a look at Defense Exhibit 1151.  And what

24   does this figure show?

25   A    And so this is a result of that analysis.  On the X

VLASSOPOULOS - CONTINUED DIRECT EXAMINATION/TALBERT

3011

1   axis, you see different ranges of total mercury, nanograms per

2   gram, from less than 200, 200 to 400, 400 to 600, and so on,

3   ending with greater than a thousand, and I tried to bring the

4   number of samples within each of those ranges, I tried to use

5   cutoffs that would give you roughly an equivalent number of

6   samples in each box to make it comparable.  There are some

7   variations, of course, you can't really control for that, but

8   those are essentially the ranges I came up with.

9        And then what you see in terms of the red dots and boxes

10  and whiskers for each of those ranges are the concentration

11  ranges we have for methylmercury in those samples.  And so the

12  red circle is the median value or the 50th percentile, and

13  it's also indicated there as a number.  The --

14  Q    Those?

15  A    -- boxes --

16  Q    Those are these numbers here?

17  A    Yes, that's right.

18  Q    Okay.

19  A    And so the red dots are the medians, and those numbers

20  are the actual numeric value.

21       The boxes enclose the 25th to 75th percentile values of

22  -- of the data within each range, and so think about -- those

23  are half of the data in each of those boxes.

24       The other half, the -- the minimum to maximum

25  essentially are the extents of the whiskers, and so that shows

VLASSOPOULOS - CONTINUED DIRECT EXAMINATION/TALBERT

3012

1   you sort of visually the distribution of the data in a very

2   compact form.

3   Q     Does the extent of the whiskers also show you the high

4   variability?

5   A     Yes.

6   Q     Of the samples?

7   A     Yes.

8   Q     And so you have total on the X axis and methylmercury on

9   the Y axis, is this just the data from the Mendall Marsh

10  surface sediments?

11  A     Yes.

12  Q     And what do you conclude from this analysis?

13  A     And so this idea would be looking at what happens if you

14  were to remove certain kinds of -- certain concentrations of

15  mercury, hotspot removal, for example, in terms of what would

16  be left behind, just -- just based on this data.  This is a

17  strict data analysis, empirical, but it's also the best we can

18  do at this point.  This is what we have.

19        And so what you can do is you can see that the median

20  values, first of all, jump around a little bit, but there's

21  not really a very strong relationship between total mercury

22  range and what these actual values are.  In fact, going from

23  -- from the highest set of samples, highest concentration

24  samples in terms of mercury, methylmercury seems to be higher

25  in some of these groups with lower concentrations.  Again, we

1    saw that in -- in the -- the graph showing all the data from

2    the study, but this is strictly within Mendall Marsh surface

3    sediments.

4           Again, what we see also is that some of the maximum

5    values you see at fairly high levels of total mercury in terms

6    of high methylmercury concentrations, we still have high

7    maximum values even at very low -- relatively low levels of

8    total mercury.

9    Q    And does this also suggest that it's -- it's possible

10   within Mendall Marsh to have a reduction in -- in total

11   mercury, but actually still have high levels of methylmercury?

12   A    That -- that's what -- comparing, say, this -- this

13   range to this range, that's what you would conclude.

14   Q    What are the implications, then, from this analysis with

15   respect to hotspot removal as a remedial alternative?

16   A    Again, just based on this analysis, it doesn't seem that

17   there would be a sensible endpoint you could target for

18   hotspot removal that would result in some meaningful reduction

19   in methylmercury levels across the marsh.

20   Q    Did you also review the Study Panel's plot study of

21   in-situ amendments?

22   A    Yes, I did.

23   Q    And what did you do?

24   A    Well, I reviewed the -- the study design and setup, the

25   results from that, and -- and arrived at my conclusions which

VLASSOPOULOS — CONTINUED DIRECT EXAMINATION/TALBERT

3014

1    are in my expert report.

2    Q     And did you also do some of your own additional research

3    and -- and modeling?

4    A     Yes, I did some research into some of the more recent

5    publications, things that actually came out in press after the

6    -- the report was produced, as well as my only analysis of,

7    you know, the processes involved in some of these amendment

8    applications and -- and what are realistic expectations for

9    performance of these amendments.

10   Q     And what's your understanding of what the Study Panel

11   did to evaluate in-situ amendments?

12   A     They established some field-scale plots where amendments

13   were applied, and there are several different amendments.

14   They looked at -- they looked at some iron salts, lime, or

15   limestone, and two forms of carbon, an activated carbon and a

16   biochar.  The activated carbon was -- was applied as -- in the

17   form of pellets called SediMite.

18         And in addition to those plots, which they set up in

19   triplicate -- because one of the important variables when you

20   go out in the field to do these studies is to really be able

21   to replicate what you're doing so you can have some confidence

22   that you're seeing real results.

23         They also established control plots because in order to

24   be able to document an effect of an amendment, you also have

25   to have a control to compare it against.

1    Q      What were the size of the plots that the Study Panel

2    used for testing the amendments?

3    A      The individual plots were a square meter.

4    Q      Let's pull up Defense Exhibit 1153.  This is Figure 19-3

5    from the Phase II Report.  Do you recognize this figure?

6    A      Ah, yes, I do.

7    Q      And what does this shown?

8    A      Well, the -- the objective of the plot studies was to

9    evaluate how well these various amendments could reduce the

10   concentrations of dissolved mercury and methylmercury in the

11   pore water, surficial pore water in these plots.

12          And so this summarizes the results for dissolved mercury

13   in pore water, and I can kind of walk through these.

14   Q      Please do.

15   A      So the different colored bars -- well, first, we have

16   two panels.  The upper panel and the lower panel, those are

17   two areas in Mendall Marsh where the plots were established,

18   and it was to look at changes in spatial locations in terms of

19   having two different areas to look at performance,

20   essentially, of the different amendments.

21          Um, within each of these, you have groups of bars that

22   span from left to right, different dates, and so these

23   represent different times at which the plots were sampled for

24   pore water and various other things.  Um, this plot shows

25   dissolved mercury in pore water, of course.

VLASSOPOULOS - CONTINUED DIRECT EXAMINATION/TALBERT

3016

1          And so the times represent -- the plots were established
2     in September of 2010.  The times represent October 2010, one
3     month after installation; and June of the next year,
4     approximately nine months after installation; then September
5     of 2011, which would be one year; and September of 2012, which
6     would be the second year.
7          Um, and so the -- the plot study lasted two years.  And
8     the different bars, as I said, the different colors represent
9     the different amendments that were evaluated.  The white bars
10    represent the control plots.  The red bars represent the iron
11    salt amendment plots.  Green represents the lime additions.
12    Blue is the biochar, which is a form of activated -- well, not
13    activated, but a form of carbon, organic carbon that is
14    derived from plant material.  And the black is an activated
15    carbon, the SediMite.
16         And in terms of what these plots are showing, the height
17    of the bars is the average concentration among the triplicates
18    that were laid out at each time point.  And the error bars
19    that are associated with each of those is the standard
20    deviation of that average.  You can see the error bars extend
21    above, they also extend below that mean.  And how we evaluate
22    this kind of data is we look at whether the means are
23    different between the different treatments and the control.
24    And you don't simply evaluate that by looking at the
25    difference in the means.  You also have to look at how

VLASSOPOULOS - CONTINUED DIRECT EXAMINATION/TALBERT

3017

1    reproducible the data was, and so you also have to take into

2    account how much the error bars overlap.

3          And there's a statistical test that does that, so the

4    difference of the means given the standard deviation, which is

5    called a T test, which Dr. Gilmour performed on these.  And

6    for the ones where we can conclude that there was an effect of

7    the amendment observed relative to the control, she has added

8    a star on top of those columns.  And so we can see which ones

9    showed a significant reduction in dissolved mercury relative

10   to the control over time.

11   Q    And -- and that would indicate a

12   statistically-significant reduction, correct?

13   A    Right.  If it's not statistically significant, we cannot

14   conclude that there was any effect.  That's the only way we

15   can observe an effect.

16   Q    So can you just talk us through the results for -- for

17   the central plots?

18   A    Um, sure.  And so if we look at the red bars first, at

19   month one, there was a significant difference between the

20   amendment -- the iron amendment plot and the control.  That's

21   indicated by the star here, and so you can see that at the

22   first month, there was approximately a three -- roughly a

23   threefold reduction in the pore water concentration relative

24   to the control.

25         In the iron amendment plot, that was the only time a

1    significant difference was observed.  Ah, in subsequent

2    samplings, it was never different, and, in fact, it was

3    discontinued at the second year.  There was no sampling of

4    that plot after the first year.

5        The lime plot showed no difference throughout the

6    duration of the -- the tests, and so that was also

7    discontinued at the second year -- or after the first year.

8        The biochar plots showed some reduction in -- in the

9    dissolved mercury in pore water relative to controls, but

10   because of the high variability, it wasn't significant after

11   the first month.  It did become significant in June, so nine

12   months, but then, again, that was the only time where we saw

13   any significant effect of -- of the biochar in -- in the

14   central plot.

15       The activated carbon was significantly different

16   initially, after a month, and so we see a reduction of

17   approximately threefold, from 70 to 20-something nanograms per

18   liter in -- in the averages.  Those are statistically

19   significant.  It's about a 60-, 70-percent reduction roughly,

20   I don't remember the exact number, but threefold.

21       That difference was, again, observed in June of 2011,

22   but by the first year, there was no longer any significant

23   difference.  The variability in the controls and the -- and

24   the different amendments were such that you couldn't detect it

25   anymore.

VLASSOPOULOS - CONTINUED DIRECT EXAMINATION/TALBERT

1    And so what we can conclude from that is that biochar

2    showed some effective -- effectiveness on reducing dissolved

3    mercury concentrations in pore water through about the ninth

4    month, but by a year after the application, there was no

5    longer an effect that could be detected.

6        And the same could be said for the biochar

7    Q    You mean for activated carbon?

8    A    Yes, did I say -- yes.  So for biochar and activated

9    carbon showed no effectiveness after about nine months in the

10   central plots.

11   Q    And just so I'm clear, the lime and iron were -- were

12   dropped at --

13   A    Right, that's why there's no red or green.

14   Q    In either the central or the west plots.

15   A    Right, hm-hmm.

16   Q    And in -- in both the central and the west sites, after

17   about one year, there was no statistically-significant

18   difference between the control and biochar or activated

19   carbon, correct?

20   A    Right, at one year.  And so, actually, it's somewhere

21   between nine months, which is the last time we did see that.

22   So between nine months and one year is when the -- the

23   effectiveness wore off.

24       And that's normally how we evaluate these kind of

25   treatability or pilot studies.  The way that amendments work

VLASSOPOULOS -CONTINUED DIRECT EXAMINATION/TALBERT

3020

1    is you're essentially trying to engineer a reaction in-situ,

2    in place, to cause some effect, reduction of concentrations or

3    some other desired effect.  And because it's a reaction,

4    you're adding a reactant, the reaction will go to its endpoint

5    at some point, and so it runs out, and so that's an important

6    factor.  There -- there are kind of two things we look at is,

7    what's the magnitude of the reaction, or what's the magnitude

8    of the effects, how much reduction can you get, for example,

9    in this case if we're looking to reduce pore water

10   concentrations, and, also, how long will that last.

11       Those are the two key parameters that you need to take

12   into account to evaluate whether any particular remedy will be

13   suitable to achieve some endpoint based on the risk and so

14   forth.

15   Q    And in this case, how do you -- how do you read that

16   data with respect to total mercury in pore water?

17   A    Well, it showed some effectiveness, and, again, we're

18   looking at a -- maybe a 60- to 70-percent reduction initially

19   in these plots, but it was relatively short-lived.  Within a

20   year, there was no longer any -- any observable effect.

21   Q    And what does that tell you regarding the usefulness of

22   biochar, SediMite as an amendment -- an in-situ amendment?

23   A    Again, it would be very short-lived, and so that would

24   be part of -- you know, in terms of any kind of strategy,

25   you'd have to take that into account.  It's not apply it once

VLASSOPOULOS-CONTINUED DIRECT EXAMINATION/TALBERT

3021

1    and walk away sort of remedy.

2    Q     Did you also then create your own charts using these,

3    and just -- just evaluating biochar, activated carbon, and --

4    and basically including the entire error bar, the whiskers?

5    A     Yes, just to illustrate this a little further.

6    Q     Okay.  Let's take a look at Defense Exhibit 1154.

7          And what does -- what does this show?

8    A     So this is essentially the same data we were looking at

9    on the previous chart, except I've taken out the iron and the

10   lime amendments, since those were ineffective, and it gives

11   you a better sense of the overlap in the error bars that we

12   talked about.

13         So, you know, even though these two numbers, the

14   averages may look different for biochar in the control,

15   because of the variability and the overlap in the error bars,

16   there was no significant difference.  So you can't really

17   conclude that there was any observable effect here, and -- and

18   that's the way this -- this sort of evaluation is done.

19         You can conclude, you know, October of 2010, that

20   definitely the activated carbon had some effect because it was

21   clearly different than the control.

22   Q     Did you also evaluate the impact on pore water --

23   methylmercury in pore water?

24   A     Yes, that's the other target, trying to reduce

25   methylmercury in pore water.

VLASSOPOULOS - CONTINUED DIRECT EXAMINATION/TALBERT

3022

1    Q      Let's take a look at Defense Exhibit 1156.  And what

2    does -- what does this show?

3    A      Similar to the previous diagram, except here we're

4    looking at dissolved methylmercury in pore water, rather than

5    in total mercury, and so this shows directly the impact of the

6    amendments on methylmercury.

7    Q      And can you similarly just talk us through what the

8    results showed for methylmercury in pore water?

9    A      Sure.  And so with both the activated carbon, the green,

10   and the biochar, blue, after -- a month after the

11   installation, we saw some significant reductions in

12   methylmercury in pore water relative to the control.  And they

13   were perhaps on the order of 70 percent or so for biochar and

14   almost 90 percent for -- for the activated carbon.

15          But then over time, as we continued the comparison, we

16   see that eventually the error bars -- after nine months, we're

17   still seeing some effect here in terms of both of these

18   amendments, but by a year, again, the error bars are

19   essentially overlapping.  So there's no difference between the

20   controls and the amendments.  So our conclusion here is

21   there's no longer any effect observable of the amendments.

22          And, so, again, within one year.  The -- that was the

23   central plot.

24          The west plot just showed slightly longer effectiveness,

25   so even at the one-year time point, there was still observable

VLASSOPOULOS - CONTINUED DIRECT EXAMINATION/TALBERT

3023

1  differences between the control and the amendments, but by the

2  second-year time point, there was no longer any difference.

3  Q    So in the west plot, did you see a -- a smaller

4  percentage reduction in -- between the control plot and

5  activated carbon and biochar than --

6  A    The percentages are smaller.  It lasted a little longer,

7  but I think the bottom line from this is that these amendments

8  only had a detectable effect on the order of one year.

9  Q    All right.  Let's take a look -- did you also look at

10  the impact on methylmercury in sediment?

11  A    Ah, yes, and so --

12  Q    Let's take a look at Defense Exhibit 1158.  And can you

13  similarly just talk us through the results for what you're

14  seeing in methylmercury levels in sediment after application

15  of the in-situ amendments?

16  A    Yes, actually, none of the amendments were effective at

17  reducing methylmercury concentrations in sediment, and, in

18  fact, in the case of biochar, they actually increased the

19  concentrations of methylmercury over time.

20  Q    And, collectively, what do these results show you?

21  A    It shows that we have a limited effect of --

22  carbon-based amendments have a limited effect on pore water

23  concentrations of total and methylmercury that is relatively

24  short-lived, on the order of a year, and that they're actually

25  ineffective at reducing methylmercury concentrations in

1    sediments.

2    Q    Let's pull up Defense Exhibit 1162.  This is a statement

3    from Chapter 19, Dr. Gilmour's chapter, and she states, carbon

4    amendments were effective in reducing mercury and especially

5    methylmercury concentrations in pore waters at both study

6    sites in Mendall Marsh.  Across all four sampling dates,

7    activated carbon, she has in parens, SediMite, amendments

8    resulted in significant reductions in pore water mercury and

9    methylmercury at both test sites in the marsh.

10         Do you agree with the statement?

11   A    No, I don't.

12   Q    Can you explain?

13   A    Well, although this statement is based on a statistical

14   analysis of whether there's a difference, it lumps all the

15   sampling dates together and may be in the purely statistical

16   sense correct, it's really irrelevant because that's not how

17   we evaluate amendments, ah, in -- in -- in remediation

18   practice.

19         We know that they have a limited lifetime, and one of

20   the key objectives of field plots is to try to determine what

21   that lifetime is under site-specific conditions.

22         And so this statement ignores that aspect of it.

23   Q    And in actual remediation sites, how would you evaluate

24   the effectiveness of the in-situ amendments evaluated by the

25   Study Panel?

VLASSOPOULOS - CONTINUED DIRECT EXAMINATION/TALBERT

3025

1  A     And so there are -- there are two parameters, again,

2  that we look at.  The first is the magnitude of the effect; in

3  other words, how much reduction can we get if we're looking at

4  reducing concentrations for a particular contaminant?  And the

5  second is, how long will it last?  That plays into how long it

6  needs to last because it usually -- these types of amendments

7  are part of a bigger remedial strategy that involves natural

8  recovery and so forth.  And so the time frame is really

9  important.

10  Q     And did you do your own modeling analysis to evaluate

11  the effect of these carbon amendments?

12  A     I did.

13  Q     And what did you do?

14  A     I -- I applied a model that -- recently developed to

15  look at mercury partitioning in sediments, and I --

16  essentially, the model is used specifically to look at the

17  effect of adding carbon to sediments -- activated carbon on

18  the partitioning between the sediment and the pore water in

19  order to get a more quantitative and -- and theoretically-

20  based estimate of realistically, what can we expect from

21  carbon amendments?

22        There's been laboratory studies done.  There's been

23  field plots done.  There's a lot of variability in the field

24  data.  And one of the things I wanted to evaluate is within

25  that variability, is it possible that we should expect

VLASSOPOULOS — CONTINUED DIRECT EXAMINATION/TALBERT

3026

1   something better than what we're already seeing in the field?

2   Is there any reason to think there should be anything better

3   than what we've already seen?

4        That was really the purpose of the modeling is to really

5   put this in a perspective of, what does a theoretical model

6   that -- that incorporates all the processes that are involved

7   in the partitioning at a very detailed level, what does that

8   predict, and how does that compare to what we actually see in

9   the field?

10  Q    Let's pull up Defense Exhibit 1159.  And what does this

11  figure show?

12  A    This figure shows results of the modeling exercise that

13  I just described.

14  Q    And --

15  A    And --

16  Q    -- can you explain for the court what the modeling

17  results showed?

18  A    Right.  And so the -- the model incorporates, as I said,

19  the various reactions involved in partitioning of mercury

20  between sediment compartments and pore water, and it includes

21  sorption on organic carbon, as well as any other geochemical

22  reactions that we think are important.  And so we've

23  represented the sorption on -- on organic carbon in terms of a

24  published model for how mercury sorbs to organic matter.

25       And in the model, what I've done is I've taken the

VLASSOPOULOS - CONTINUED DIRECT EXAMINATION/TALBERT

3027

1    sediment with some initial concentration of total organic

2    carbon, natural organic carbon, and in this case, I used a

3    value of 10 percent, so it's relevant to something we see in

4    Mendall Marsh, so sort of representative.  Pore water

5    chemistry representative of Mendall Marsh.  And I just added

6    in increasing amounts of total organic carbon in the form of

7    activated carbon.  So we increased the initial amount, so here

8    this value of 1 on the X, this ratio is the amount of carbon

9    relative to the natural organic carbons present.

10        So if we added enough activated carbon to double that

11   concentration, we're over here at 2, if we added enough to

12   triple it, at 3, and so on and so on, so we're increasing --

13   we're continuously increasing the amount of carbon added and

14   looking at what that does to the dissolved concentrations in

15   pore water.  And I've done this for -- for three different

16   levels of total mercury in sediment -- okay -- to kind of

17   cover the range of what we observed in Mendall Marsh.

18        And what we see is that we get roughly similar results

19   regardless of what the total mercury is because most of the

20   partitioning is governed by sorption to the carbon -- to the

21   natural carbon and -- and to the added carbon.  And so what we

22   see is that if we add enough carbon to, say, double the

23   initial amount that was present there, we'd roughly get a

24   50-percent reduction in the dissolved concentrations.  These

25   are nanograms per liter.

VLASSOPOULOS - CONTINUED DIRECT EXAMINATION/TALBERT

3028

1           And I assume within this model that, you know, inorganic
2    mercury or methylmercury would be approximately equal based on
3    what we talked about earlier in terms of the -- the
4    methylation in the pore water is very efficient.  So we can
5    take inorganic mercury as a proxy of methylmercury.  There's
6    going to be some disconnect, but the -- the large-scale
7    features are going to be the same.
8           And we see about a 50-percent reduction for doubling the
9    organic carbon content.  We see further reductions as we
10   further increase the organic carbon content, but they always
11   level off, and so the maximum amount we expect to see in terms
12   of realistically at this point over here, I kind of stopped
13   the model here, but this is five times more than what was
14   originally present.  So now we have 50-percent carbon in the
15   sediment, pretty high concentration.  We've added 40-percent
16   activated carbon to the sediment.
17          We see that levels off, and the maximum amounts even at
18   these high levels -- the maximum reduction is roughly
19   90 percent.  And so somewhere between -- depending on what the
20   actual dose that the sediment sees in these systems -- and
21   this is a -- a closest -- again, we're trying to look at what
22   the maximum effect is when we -- we know what the flux of
23   carbon is, when we know what the flux of mercury is -- sorry
24   -- so it's close to mercury.
25          The maximum effect you can get is roughly 90 percent,

1    but we're probably expecting to get something between 50 to

2    90 percent, and that's also consistent with laboratory

3    studies.

4    Q     And just to clarify this, does this suggest, then, that

5    in the lab setting, what you're seeing is that in order to get

6    a 90-percent reduction, you would have to essentially add

7    enough carbon that 50 percent of the sediment would be carbon?

8    A     Right.

9    Q     So, in other words, it would take a lot of activated

10   carbon in order to see significant reductions?

11   A     It takes a relatively high dose to get down to those

12   maximum reductions.  But for any reasonable dose, I think the

13   pilot -- the pilot plots were established at a dose roughly

14   around 2 or so, and so what we expect is something in the

15   50-percent range reduction, which is not very different than

16   what we saw -- for example, we saw 50 to 70 or so initially.

17   Q     And because this was done in the lab, if you actually

18   were going to go out in the field and apply this, would you

19   expect to see the same wide range of variability?

20   A     Well, in the field, we see more variability, and so the

21   -- one of the reasons for doing this model was to try to

22   ignore that variability, just mathematically understand what

23   might be going on, assuming we understand the partitioning.

24   Q     And based on the -- the plots that you looked at earlier

25   regarding how long the effects would last, after about a year

VLASSOPOULOS - CONTINUED DIRECT EXAMINATION/TALBERT

3030

1   or two, would you expect the levels -- where would the levels

2   be then?

3   A    Right.  So this -- this analysis does not include that,

4   but that's -- I'd expect that after about a year, that you

5   would -- in the field, you would get the amendments to

6   essentially wear out their usefulness after about a year

7   because the one difference between this analysis and the

8   laboratory studies, which are all essentially closed systems

9   -- you can think of even this model is representing sediment

10  in a bucket, if you will, with pore water.  There's no

11  additional mercury coming from anywhere else, except within

12  that bucket.

13       In the field, you have this layer of amendment that's

14  placed on the ground, but there's several inches or -- or more

15  of sediment beneath that that contains mercury, as well, and

16  as we've talked about is in a mobile form.  And so there are

17  -- there are external fluxes to that treatment zone, and those

18  may be the dominant factor that limits how long these

19  amendments will last in the field.

20  Q    And what are the implications, then, for multiple

21  applications of activated carbon?

22  A    And so if you think of this as -- as a situation where

23  you add carbon, it lasts -- it's effective for a year

24  achieving some reduction.  You need to go back after a year

25  and add some more, and what you'd probably do is add about the

1   same amount again, and do that again and again.  Pretty soon,

2   you know, within a relatively short period of time, you're

3   basically looking at a marsh that's made of carbon rather than

4   sediment.

5   Q    Did you also evaluate what you think would be the -- the

6   reasons why the activated carbon and biochar don't seem to be

7   all that long-lasting?

8   A    Um, yes.

9   Q    And what did you do?

10  A    I considered what the flux is coming into that treatment

11  zone might be and what mercury would be associated with that

12  and then what other variables might affect, um, the

13  performance of the amendments in addition to this flux of

14  mercury.

15  Q    Let's pull up Defense Exhibit 1160.  What does -- what

16  does this demonstrative show?

17  A    So this is a cartoon representation of the sediment

18  column in the marsh, or soil column in the marsh, with the

19  carbon amendment layer, where -- where activated carbon has

20  been applied at the surface.  And essentially the pore water

21  within that layer will be treated, but then you've got all the

22  sediment beneath that layer that contains pore water and that

23  also -- and that sediment contains mercury, the mercury's

24  relatively mobile, as we've seen.  And so there's this huge

25  pool of mobile mercury that is potentially available to come

1    in here, eventually use up the capacity of that carbon to --

2    to do anything in terms of reducing pore water concentrations.

3    It uses up its capacity.

4         And that flux can come in a couple of different ways in

5    the system.  One is through just simple advection or tidal

6    movement of pore water up and down with the tides, so twice a

7    day, you have fresh pore water coming into that treatment

8    zone, bringing in more mercury from below.  And the other is

9    what I called an induced vertical flux, and that's a flux

10   that's induced by the fact that you added carbon.  And so if

11   you look at the chart on the right, it kind of tries to

12   explain that a little bit.  Hopefully this might make it a

13   little bit clearer

14   Q    Can you just -- can you talk us through that chart,

15   please?

16   A    Yes.  What this chart shows is on the X axis are pore

17   water concentrations, and they're on a relative scale.  So

18   what we have in the sediment originally below this amendment

19   zone, the amendment zone's up here, I've kind of blown it up

20   here, and this is the underlying sediment.  We have some level

21   of dissolved mercury in the pore water.

22        Now, as soon as we add carbon, the carbon takes up the

23   dissolved mercury within that part of the sediment where it's

24   been applied, and so we expect that profile to kind of drop

25   down to something.

1          And then over time, depending on what the effectiveness

2     of that carbon is initially, and we talked about that -- it's

3     50 to 90 percent or so -- and over time, though, because now

4     we've created a concentration gradient here, we have higher

5     concentrations in pore water below and lower above because the

6     carbon has been added, concentration gradients drive mass

7     transfer, and in this case, they would drive a diffusive mass

8     flux from below the sediment into that treatment zone.

9          And over time, what we'd expect is that the

10    concentrations of the mercury within that zone would

11    essentially rebound back to the point where everything's at

12    equilibrium, you've just moved mercury from below into the

13    zone, but now that zone no longer -- that carbon no longer has

14    any impact on that mercury because it's saturated with the

15    mercury that -- that has loaded onto the surfaces.

16         And according to the pilot studies, that takes about a

17    year in this system.

18    Q    So does this explain why -- why you think these

19    amendments are relatively short-lived in terms of --

20    A    I think it does.  There's also probably one other

21    reason, which was brought up by Dr. Gilmour, which is when you

22    add these amendments into these systems, activated carbon, in

23    particular, being something that's often used as a water

24    filter, and, you know, if you have a refrigerator with a

25    cooling system and so forth and you have to change that every

1    so often, so that kind of gives you an idea, an analogy in

2    terms of what we're talking about.

3         Now, it also removes organic matter, and so the surfaces

4    of the carbon may be fouling because of the organic matter

5    present -- the natural organic matter present in these

6    sediments and that reduces their effectiveness and their

7    performance.

8         And so all of these factors go to limiting how long you

9    can rely on such a -- an application in-situ.

10   Q    I'd like to pull up Exhibit 6-11 -- this is Joint

11   Exhibit 6-11, at Page 11-27.

12        This is Figure 11-2.3 from Chapter 11.  Do you recognize

13   this figure?

14   A    Ah, yes, I do.

15   Q    Is it -- is it your understanding that -- did -- well,

16   first of all, did the Study Panel evaluate the possibility of

17   upward flux that you have discussed?

18   A    No, it was not mentioned anywhere in the results or in

19   the report.

20   Q    Are you aware that Dr. Gilmour has questioned whether

21   that type of flux is actually occurring based on the data she

22   has pulled?

23   A    Yes, I am.

24   Q    And have you evaluated her data, as well?

25   A    Yes, I did.

1    Q     Do you believe that her data shows that vertical flux is

2    not something that could cause activated carbon to be short-

3    lived on the marsh in terms of its effectiveness?

4    A     I don't believe her data shows that at all.

5    Q     Can you explain for the court, please?

6    A     Well, my understanding was that Dr. Gilmour looked at

7    this data to evaluate whether there were vertical fluxes in

8    the sediments, and -- and upward vertical fluxes is what I was

9    most concerned about; in other words, mercury coming from pore

10   water below the treatment zone into that treated zone.

11         Um, and so she used these profiles of soils in the marsh

12   that she collected, but these are irrelevant to the point

13   because there's no activated carbon applied here.  And so any

14   -- any comparison of this data to evaluate vertical fluxes has

15   really no bearing on my comment about -- that it's induced by

16   the fact that you're adding carbon.  There's been no carbon

17   added here.

18   Q     And, to your knowledge, did Dr. Gilmour do any of the

19   vertical flux analysis on the test plots?

20   A     No.

21   Q     So based on that, would she be able to conclude that

22   vertical flux is not occurring?

23   A     No.

24   Q     Are you aware that activated carbon has been used for

25   PCBs?

1   A     Ah, yes, it has.

2   Q     And do you have any understanding of whether or not

3   there -- it is effective for PCBs?

4   A     I believe it has been shown to be quite effective for

5   PCBs in a number of different applications, both in-situ, as

6   well as ex-situ.

7   Q     Do you think there are differences between PCBs and

8   mercury that make the effectiveness -- make it less effective

9   for mercury?

10  A     Well, they're very different chemicals, and, um, their

11  interaction with activated carbon is also very different, and

12  so I think that's a very key feature, and, um, the

13  partitioning of -- of mercury to activated carbon is very

14  different than the partitioning of PCBs, in fact.

15  Q     Is there any research to suggest this?

16  A     Ah, I believe Dr. Gilmour's group has published research

17  on this topic last year.

18  Q     After reviewing all the Study Panel's data and doing

19  your own analysis and your over 20 years of experience in the

20  area of biogeochemistry, do you believe that concentrations of

21  total mercury in the Penobscot marsh sediments can be used to

22  predict concentrations of methylmercury in marsh sediments?

23  A     No.

24  Q     Does the data indicate that a reduction in total mercury

25  in Mendall Marsh sediments could result in an increase in

1    methylmercury in certain locations?

2    A    Yes.

3    Q    In light of the variability of methylation rates in

4    Mendall Marsh, would a removal of mercury hotspots in Mendall

5    Marsh result in overall reduction in methylmercury levels?

6    A    No.

7    Q    Do the sorptive amendments tested in the Penobscot River

8    study represent feasible options for in-situ remediation in

9    Mendall Marsh?

10   A    No, they don't.

11   Q    Are you aware of any sites where activated carbon has

12   been used as an in-situ remedy for mercury?

13   A    No.

14   Q    Are you aware of any field studies where larger plots

15   have been used to study the effectiveness of activated carbon

16   to treat mercury in sediments or pore water?

17   A    Yes.

18   Q    In your experience, would increasing the plot sizes

19   change the results shown in this study?

20   A    No.

21   Q    In your opinion, should the court order a larger plot

22   study of activated carbon or biochar in Mendall Marsh?

23   A    No.

24            MR. TALBERT:  No further questions.

25            THE COURT:  Thank you.

1        Mr. Colangelo?

2                        CROSS-EXAMINATION

3    BY MR. COLANGELO:

4    Q      Dr. Vlassopoulos, you looked at the methylation rates in

5    Mendall Marsh based on the Study Panel's data; is that

6    correct?

7    A      Correct.

8    Q      And, in your view, Mendall Marsh is especially

9    productive in terms of methylmercury?

10   A      Ah, yes.

11   Q      In terms of mercury methylation.

12   A      In terms of mercury methylation, yes.

13   Q      And the conditions in the Penobscot favor forms of

14   mercury that are available for methylation?

15   A      In the salt marshes, yes, and, in particular, in Mendall

16   Marsh.

17   Q      And you looked at the relationship between total mercury

18   and methylmercury, and you've testified to that this morning;

19   is that right?

20   A      Yes.

21   Q      Okay.  And you've said that's based on the data

22   presented in Chapter 11 of the Penobscot River Mercury Study,

23   Dr. Gilmour's chapter; is that right?

24   A      Right.  I also looked at Chapter 12, as well.

25   Q      Right.  And I believe you said first thing this morning

1    that you reviewed Chapters 11, 12, 19, 20, the data underlying

2    those chapters, and the re -- and the recommendation chapter;

3    is that right?

4    A    Right.

5    Q    Okay.  So you stated that R-squared -- the R-squared

6    value tells you the amount of variability in methylmercury

7    explained by total mercury.

8    A    In that simple model?  Yes.

9    Q    Yes.  And in -- in the set of data that you evaluated

10   reported in Chapter 11, that R-squared value was, you said,

11   11 percent, or -- or .11?

12   A    .11, roughly, yes.

13   Q    I'm sorry?

14   A    .11 or .12, depending on which data set you use.

15   Q    Okay.  Which equates to about 11 percent or

16   12 percent --

17   A    Right.

18   Q    -- of the variability in methylmercury --

19   A    Right.

20   Q    -- in sediment is explained by total mercury in

21   sediments.

22   A    Correct.

23   Q    Okay.  And you reviewed Dr. Gilmour's subsequent

24   statistical analysis -- this was Plaintiffs' Exhibit 71 -- in

25   which she added a number of different variables on top of

VLASSOPOULOS CROSS-EXAMINATION/COLANGELO

3040

1    total mercury to look at how much of the -- of the variability

2    in methylmercury those groups of variables explained; is that

3    right?

4    A    Right.

5    Q    Okay.  And in analyzing her subsequent statistical

6    analysis, you based your review on the data that she used,

7    correct?

8    A    Correct.

9    Q    Okay.  You didn't add any data or subtract any data from

10   what she was looking at.

11   A    Right.  I -- I reviewed the -- the report that she

12   provided and -- and associated data that came with that.

13   Q    Okay.  You didn't conduct an analysis of the separate

14   data presented in Appendix 1-2 of Chapter 1 -- this is the

15   Phase I Report -- correct?

16   A    Ah, no, I did not.

17   Q    Okay.  So this is Joint Exhibit 6-1, Appendix 1-2, and

18   this is the Phase I Report by the Study Panel.

19        And starting on Page 49 of this report, there's a

20   discussion of -- this is Page 49 here -- there's a discussion

21   of mercury in sediments.  Do you see that?

22   A    Yep, yes.

23   Q    Okay.  And then the report goes through a series of

24   tables looking at total mercury in sediments in certain time

25   periods, and this is sorted by latitude north to south.  You

1    didn't review this data; is that correct?

2    A    Is this within Mendall Marsh?

3    Q    This is starting from the EB reach, all the way

4    upstream, OV reach, BO, OB, and then the estuary reach.  This

5    is not just within Mendall Marsh, no.  So you did not review

6    this data; is that correct?

7    A    I may have seen it.  I did not analyze this data.

8    Q    Okay.  And the Phase I Report for this data -- this is

9    Page 57 -- reports an R-squared of .862 between methylmercury

10   and total mercury in surface sediments across these time

11   periods, this was not part of your analysis; is that right?

12   A    Well -- well, now that you showed me this graph, now

13   that reminds me that I did look at this data set, and,

14   actually, what this shows is a relationship between average

15   values.

16        And so when you look at something like this, there's

17   already a lot of averaging that's going on; it takes out of a

18   lot of the variability.  So I wouldn't really place a lot of

19   importance on that R-squared value because we're not looking

20   specifically at the variability of the whole data set.  We're

21   looking -- this has already removed some variability by

22   averaging.

23   Q    Right.  And it's important to average if you're

24   interested in the average values, right?

25   A    Well, you can get the average values by averaging the

1   entire data set or individually.  It depends on what your

2   objective is, right?

3   Q    And in your analysis in your report and -- that you

4   testified to this morning, when you looked at the relationship

5   between methylmercury and total mercury, you did not include

6   this data.  You included the data reported in Chapter 11,

7   correct?

8   A    Right.  I was specifically looking at the marshes.

9   Q    Okay.  And just to confirm, this is the Phase I Update

10  Report from the following year, this is Joint Exhibit 6-1,

11  Appendix 1-3.  You didn't include this data in the conclusions

12  that you presented this morning, correct?

13  A    Can you show me the date of that report, please?

14  Q    Sure.  This is May 2009.

15  A    Okay.  That wasn't in the analysis I discussed this

16  morning.

17  Q    Okay.  And this reports on Page Roman numeral 13 at the

18  top, methylmercury and total mercury in surface sediments,

19  this adds two time periods, 35 sites sampling periods 1

20  through 6, and the R-squared is .889, and then in the lower

21  chart, you see it reports for Penobscot wetlands August 2007,

22  methyl versus total, and the R-squared is .816.

23       This was not part of the analysis you testified to this

24  morning, correct?

25  A    No, but I'm not sure if these are individual or

1    averaged.  I'm not sure what you're showing me here.

2    Q     Yeah.  Well, my question really was whether you factored

3    this into the conclusions you presented this morning, and your

4    answer is you did not.

5    A     No, I -- I looked at the data for Mendall Marsh and the

6    other marshes that were presented by Dr. Gilmour.

7    Q     In Chapter 11.

8    A     Yes.

9    Q     Okay.  And this -- the Phase I Update includes a plot --

10   this is Page 40 of Joint Exhibit 6-1, Appendix 1-3, and let me

11   zoom out so you can see the whole thing -- this is a map of

12   all the wetland locations sampled for this part of the report

13   for mercury in August 2007.  So let me zoom back in.

14         And you can see the wetland locations indicated along

15   the river from north to south.  This is Mendall Marsh here.

16   And then this includes additional wetland locations, including

17   here in the Orland River, Verona Island, and then some further

18   south.  Do you see that?

19   A     Yes.

20   Q     Okay.  So this -- a broader set of the wetland sampling,

21   this was not part of the analysis that you testified about

22   this morning.

23   A     Well, if it predates the data that was provided with the

24   Phase II Report, it -- it probably wasn't.

25   Q     Okay.  And this is Figure 20, on Page 42 of the Phase I

1    Update, Exhibit 6-1, and this reports -- let me know if you

2    want to see more of this chart.  There's a legend at the

3    bottom here, Figure 20, that says, relationships between

4    methylmercury and total mercury concentrations in wetland

5    sediments at four different wetland elevations.

6         And then you see in the lower figure here, for medium

7    and high elevation, the R-squared between methyl and total

8    mercury, it reports an R-squared of .545 for high elevation

9    and .685 for medium elevation, and then you see in the upper

10   chart, it reports an R-squared for low elevation of .810 and

11   an R-squared for intertidal elevation of .920.  Do you see

12   that?

13   A    Where are these from?

14   Q    This is from the --

15   A    I'm sorry.

16   Q    -- Phase I Update Report.

17   A    No, I understand that.  But which locations are these

18   from?  It doesn't say where --

19   Q    These are the locations on the -- on the map I just

20   showed you, and I just want to confirm that this was not part

21   of your analysis.

22   A    Unless it was in Chapter 11, it wouldn't be, but I'm

23   just curious as to what these locations are.  This doesn't

24   indicate where these locations are.  Are they Mendall Marsh,

25   or are we looking at something else?

1    Q      This is --- well, my question really for now is whether

2    this was part of your analysis, and the answer --

3    A      No.

4    Q      -- is no?

5    A      I guess not.  I -- I can't tell.

6    Q      Okay.  And you said if this was from the Phase I Update

7    Report, it was not part of your analysis.

8    A      If it was not in the spreadsheets that were provided

9    with the report, I -- I wouldn't have analyzed it.

10   Q      Now, you testified that looking at the subset of the

11   data that you reviewed, that total and methylmercury in

12   sediment are not strongly correlated.  There's a correlation,

13   but you don't think it's a strong correlation; is that right?

14   A      Right.

15   Q      Okay.  But there is a much better correlation between

16   mercury and methylmercury in pore water; is that right--

17   A      Yes.

18   Q      -- within that data set?

19   A      Right.

20   Q      Okay.  And looking at, just very quickly, with the

21   principal component analysis -- this is Defendants'

22   Exhibit 1146 -- for the figure that you testified to earlier,

23   you pulled out methylmercury and total mercury in sediment.

24   Do you see that?

25   A      Yes.

VLASSOPOULOS CROSS-EXAMINATION/COLANGELO

3046

1   Q      Okay.  But you didn't pull out separately filter-passing

2   methylmercury and filter-passing total mercury; is that right?

3   A      I didn't show those, right.

4   Q      Okay.  And are those -- are those -- are those the same

5   thing as pore water mercury and pore water methylmercury?

6   A      I believe that's what's shown here.

7   Q      Okay.  Turning to activated carbon effectiveness, you

8   ran a computer model to determine the expected effectiveness

9   of activated carbon in a closed system is how you described

10  it?

11  A      Under ideal conditions.

12  Q      Under ideal conditions.  Okay.  And you found that in a

13  closed system, you could expect to see 50- to 90-percent

14  reduction as a result of application of activated carbon; is

15  that right?

16  A      Right.

17  Q      Okay.  And what was observed here?  I think you said it

18  was about -- in the field here, with one application, it was

19  between 50- and 70-percent reductions with limited duration;

20  is that right?

21  A      Correct.

22  Q      And declining effectiveness over time?

23  A      Correct.

24  Q      Okay.  In your model, you used total mercury as a proxy

25  for methylmercury; is that right?

1    A    Right.

2    Q    And that's because even though the link is complicated,

3    to the extent you can reduce total mercury in pore water, you

4    can expect that you'll be reducing methylmercury in pore

5    water, too; is that right?

6    A    Based on the observed relationship between total and

7    methylmercury in pore water, that would be a reasonable

8    assumption.

9    Q    Okay.  And when you look at the pore water data that

10   Dr. Gilmour collected, there's a much better correlation

11   between mercury and methylmercury in pore water, right?

12   A    That's what I just said, yes.

13   Q    You also talked about the reason why you think activated

14   carbon's effectiveness diminished over time in the Penobscot,

15   correct?

16   A    Yes.

17   Q    And, in your view, you testified first to this -- the

18   possibility that there is vertical flux, mercury from below

19   the treatment zone is coming up?

20   A    Correct.

21   Q    And then you also said that the carbon may be, just like

22   in your water filter, getting clogged or losing its

23   effectiveness just because it's --

24   A    Right.

25   Q    -- getting bound --

VLASSOPOULOS/CROSS-EXAMINATION/COLANGELO

3048

1    A      Yes.

2    Q      -- to -- to the things that it's picking up.

3    A      Right.

4    Q      Is that right?

5    A      Yes.

6    Q      Okay.  Now, Dr. Gilmour testified to an additional

7    reason.  Are you familiar that she said she believes that

8    active -- that the effectiveness diminished over time because

9    new sediment was accreting over top of it.  Are you aware of

10   that?

11   A      She said that, but I don't think there's any hard data

12   collected to support that statement.

13   Q      Did -- and are you aware that she observed in the field,

14   when she went to the test plots, new sediment on top of the

15   activated carbon when she looked a year later and two years

16   later?

17   A      My recollection was that the -- the carbon had appeared

18   to have sunk down into the sediment about a centimeter or so.

19   Ah, I don't recall as to the new sediment --

20   Q      Okay.

21   A      -- specifically.

22   Q      Okay.  So do you recall whether she testified that she

23   observed new sediment accreting on top of the activated carbon

24   layer?

25   A      That may have been the case, but I don't recall for

VLASSOPOULOS CROSS-EXAMINATION/COLANGELO

1    sure.

2    Q    Okay.  Did you do anything to test the different

3    theories between whether vertical flux was causing or

4    contributing to the declining effectiveness as opposed to the

5    activated carbon either working further down into the sediment

6    or new sediment coming on top of it?

7    A    Well, that wouldn't really impact my conclusion

8    regarding vertical flux.  If there's vertical flux, it's

9    bringing mercury up into the surface continuously or over time

10   periodically with tides, etc.

11   Q    I had -- I had a different question, which is, did you

12   do anything to assess whether, in the field, in these plots,

13   new sediment is coming in on top of the activated carbon, or

14   the activated carbon is working its way down into the

15   sediment?

16   A    I didn't do anything in the field, no.

17   Q    You testified that if you apply activated carbon

18   multiple times, you know, two, three, four, five times -- I

19   forget the -- the number you gave -- there's no longer --

20   there's no longer a marsh there, it's activated carbon instead

21   of sediment; is that right?

22   A    Right.

23   Q    Okay.  Now, you didn't study whether sediment at the

24   site was accumulating on top of activated carbon in the

25   interim between when you would be applying, if you needed to,

1  a new layer?

2  A     Well, what I was pointing out was that that is really a

3  concern, that just continued application -- you know,

4  obviously, there may be some sediment accumulation over time

5  depending on the specific conditions at the marshes.

6        But continued application, you know, it's easy to see

7  how if -- if you're doing it every year, you may end up

8  converting the sediment to some high percentage of activated

9  carbon, regardless how much is accumulating.  It would have to

10 accumulate very quickly -- the new sediment would have to

11 accumulate very quickly to dilute out the activated carbon and

12 that would also diminish the effectiveness of the activated

13 carbon.

14       And so those things go hand in hand.  If there's no

15 sedimentation, you'll turn this into a carbon platform.  If

16 there is a lot of sedimentation, it reduces the effectiveness

17 because it's going to be diluted into this new sediment coming

18 in.

19 Q     And you didn't make any measurements in Mendall Marsh to

20 look at how much new sediment is coming in or how much would

21 be coming in in the intervening period between when a new

22 application would be necessary?

23 A     No, I did not.

24 Q     And you state in your report -- I think this is an

25 expression of the same thing -- that if you're looking at

1   repeated applications, you say, within a short time, the

2   nature of the surface sediment would be drastically and

3   permanently altered with potentially adverse ecological

4   effects.  Do you see that?

5   A    Yes.

6   Q    Okay.  And then you site this study Kupryianchyk 2011;

7   is that right?

8   A    Yes.

9   Q    Okay.  Let me show you the Kupryianchyk study.  This is

10  Defendants' Exhibit 844.

11       MR. COLANGELO:  Which I'd like to move into

12  evidence.

13       THE COURT:  844, any objection?

14       MR. TALBERT:  No objection.

15       THE COURT:  844's admitted without objection,

16  Defendants'.

17  BY MR. COLANGELO:

18  Q    Okay.  And reading just from the abstract, and then I'll

19  show you from the -- from the text of the study, this is the

20  Kupryianchyk 2011 cited in your report, and it states, in

21  clean sediment, activated carbon amendment caused no

22  behavioral effects on both species -- this is referring to

23  these two test benthic species -- after three to five days

24  exposure, no effect on the survival of A. aquaticus, moderate

25  effect on the survival of G. pulex, and no effects on growth.

1    In contrast, no survivors were detected in PAH-contaminated

2    sediment without activated carbon.

3        Addition of 1-percent activated carbon, however,

4    resulted in substantial reduction of water-exposure

5    concentration and increased survival of G. pulex and A.

6    aquaticus by 30 and a hundred percent in eight days and five

7    and 50 percent after 28 days exposure, respectively.

8        We conclude that activated carbon leads to substantial

9    improvement of habitat quality in contaminated sediments and

10   outweighs ecological side effects.  Do you see that?

11   A    Yeah, there's a couple of things here that, you know,

12   bear mentioning because the results of this study are in some

13   ways relevant and in other ways probably not applicable.

14       When they talk about -- these are PAH-contaminated

15   sediments.

16   Q    Right.

17   A    They're a very different contaminant than mercury.  And

18   the PAHs can be highly toxic, and depending on the levels that

19   were present here, and can lead to mortality directly.

20       I think the -- the relevant piece of information from

21   this study was that at a relatively low level of application

22   of activated carbon, that there was a moderate effect on

23   survival of the Gammarus species --

24   Q    Hm-hmm.

25   A    -- and I think that's the thing to take away.  That's

VLASSOPOULOS/CROSS-EXAMINATION/COLANGELO

3053

1    only 3-percent addition of carbon and that impacted -- you

2    know, there was 50-percent mortality in Gammarus at 3 percent.

3    Q    Right.

4    A    And if we're going into 10, 20, 30 percent, we don't

5    know what's that's going to cause.

6    Q    And we'll get into that in a second.  But do you recall

7    that that was in the part of the study where activated carbon

8    was applied to clean sediment?

9    A    Right.

10   Q    And do you recall --

11   A    That would be the -- the control would be to look at

12   what it does to clean sediment, right, in absence of any

13   effects.

14   Q    And do you recall that the study authors said that

15   although they saw this effect, which they described as

16   moderate, in clean sediment, activated carbon at a site in the

17   field would not be applied to clean sediment, it would be

18   applied to contaminated sediment?

19   A    Right.  But what are we talking about here, PAHs or

20   mercury?  There's a difference, and I think that's -- the key

21   thing here is we're comparing sort of apples and oranges in

22   terms of what kind of contaminated sediment we're talking

23   about.

24   Q    Well, I was starting with the statement in your report,

25   which is relevant to this circumstance, which is a

1    mercury-contaminated site.

2    A      Right.

3    Q      And you cited this paper for the statement that the

4    nature of the surface sediment would be drastically and

5    permanently altered with potentially adverse ecological

6    effects.

7    A      Right.

8    Q      Okay.  So just to go to the conclusion of the -- of the

9    paper, it states -- and starting with implications here --

10   given the complexity of ecosystems -- this is Defendants' 844

11   again -- complete certainty regarding the absence of

12   ecological side effects of activated carbon amendments cannot

13   be given.  And there was a discussion earlier, as you

14   mentioned, about the effect in the test study in clean

15   sediment.

16          And then the authors go on to say, it must be noted that

17   activated carbon will never be applied to clean sediment, only

18   to contaminated sediment.  Our study used a highly-

19   contaminated sediment representing a hotspot-contaminated

20   site.  In such a case, addition of 1- to 4-percent activated

21   carbon yielded a striking improvement of sediment quality in

22   28-day chronic whole sediment bioassays.

23          And then going to the conclusion, the authors report, in

24   conclusion, application of 2- to 4-percent activated carbon to

25   remediate contaminated sediments can be considered beneficial

1   and favorable for benthic species, especially those linked to

2   the water column.  Do you see that?

3   A     Yes.  But I think there's still something that you're

4   maybe missing the point is that the application to the contam

5   -- highly-contaminated sediment is not the same as what we're

6   talking about in Mendall Marsh.

7          The effect of the carbon itself would have to be

8   evaluated by looking at what it does to assist -- and it has

9   no impacts -- or that essentially you're just looking at the

10  effect of carbon.  You need to have a clean sediment to

11  evaluate the effect of carbon on the soil function and

12  structure.

13         And that's why the relevant comparison would be to the

14  clean sediment in this case.  Of course, you don't apply

15  carbon to a clean sediment, but to understand its effects, you

16  have to look at them in absence of the contaminant effect.

17  And, of course, for PAHs and PCBs, it is a very strong

18  sorbent; it takes them up; it reduces bioavailability; and you

19  would expect some positive net effect.

20         But that sediment's already highly contaminated.  We're

21  not talking about the same thing here.

22  Q     The -- the paper we're discussing did not look at the

23  effect of multiple applications of activated carbon, correct?

24  A     It looked at some low levels of application and found

25  some impacts at relatively modest application levels in terms

1    of what the carbon effects are.  Not -- not the beneficial

2    effects, that's separate, whether it's effective and so on.

3         But what it does to ecological receptors in terms of

4    affecting habitat, that's a separate issue.

5    Q    And it didn't look at the question of reapplication of

6    activated carbon; is that right?

7    A    I don't believe it did.  I'd -- I'd have to go back and

8    see, but I don't think they did.  I think it was a one-time

9    application.

10   Q    You did not form any opinion about whether to undertake

11   remediation in Mendall Marsh; is that right?

12   A    About whether?

13   Q    Yes.

14   A    Ah, only to the extent that a couple of the -- of the

15   strategies that were considered don't appear to be ones that

16   would be successful.

17   Q    Okay.  So you did not form any opinion about whether --

18   A    That was not --

19   Q    -- remediation --

20   A    That was not my -- yeah, that wasn't part of my scope.

21   Q    Okay.  Let me just finish the question.  Sorry.

22   A    Sorry.  I apologize.

23   Q    You did not form any opinion about whether remediation

24   in Mendall Marsh should be undertaken?

25   A    No, I did not.

1    Q      And you did not evaluate any possible remedial options

2    other than the ones identified in the Phase II Report; is that

3    right?

4    A      Correct.

5    Q      Okay.  And among those, you -- your review was limited

6    to the possible effect of what you referred to as hotspot

7    removal, correct?

8    A      Right.

9    Q      And activated carbon.

10   A      And -- and amendments.

11   Q      And the amendments.

12   A      Sorbent amendments --

13   Q      Sorbent.  Okay.

14   A      -- as a class.

15   Q      And among those, you did not offer any opinion about the

16   possible effectiveness of any sorbent amendments other than

17   the ones tested by Dr. Gilmour in Chapter 19?

18   A      Well, ah, there are probably not that many that would be

19   relevant.  Sorbent amendments sorb up carbon.  She tested a

20   range of things.  We've looked at a range of things for other

21   projects.  There really isn't a very good option.

22   Q      You -- earlier this morning, you said that you were

23   offering an opinion about in-situ amendment options related to

24   just the ones that have been tested here; is that right?

25   A      Right.

1          MR. COLANGELO:  That's all I have.  Thank you.

2          THE COURT:  Thank you.

3     Redirect?

4          MR. TALBERT:  Just a couple of questions, Your

5   Honor.

6                    REDIRECT EXAMINATION

7   BY MR. TALBERT:

8   Q    Dr. Vlassopoulos, you were asked a few questions about

9   some figures in the -- in the Phase I Update Report, correct?

10  A    Yes.

11  Q    To your knowledge, did Dr. Gilmour discuss data from the

12  Phase I Update Report in her chapter?

13  A    I didn't come across it there.

14  Q    And your focus was primarily on marsh sediments and, in

15  particular, Mendall Marsh, correct?

16  A    That's correct.

17  Q    You -- you were asked about the principal component

18  analysis?

19  A    Yes.

20  Q    And I believe Mr. Colangelo stated that there were a

21  couple that -- that you -- of filtered methylmercury and

22  filtered total mercury that you didn't add into that separate

23  chart you did where you analyzed certain parameters, certain

24  variables.

25  A    Right.  We were looking at sediment concentrations, and

1   so those wouldn't have been really relevant to look at

2   directly.  Those would have been more relevant to look at if

3   you were trying to compare partitioning, if you were going to

4   look at dissolved versus total mercury, for example.

5   Q    So including those would not have changed your

6   conclusions.

7   A    It wouldn't.  And, in fact, what's interesting here is

8   you can see that, if we just highlight those arrows, see,

9   that's filtered -- that's dissolved mercury in pore water,

10  that's methylmercury in pore water.  You do see that they

11  trend towards the same quadrant.  They have a significant

12  component of the arrow that loads in this direction.

13       And so that really reflects the fact that there is some

14  correlation to them.  And so perhaps -- maybe to clarify my

15  previous statement about what we see in different quadrants, I

16  think you broke these down in terms of the quadrants, it's not

17  so much the quadrants, but the degree of separation between

18  the arrows that's important.

19       So the closer the arrows are in terms of how far apart

20  they're pointing, the stronger the correlation, and so that's

21  not a bad thing to see the dissolved and methyl -- dissolved

22  and total and methylmercury in pore water actually are more or

23  less pointing in the same direction and with the same rough

24  length of arrows.

25       And so, overall, in terms of explaining the overall

VLASSOPOULOS - REDIRECT EXAMINATION/TALBERT

3060

1   variability, those things do go together.  That's all it's
2   showing.
3   Q    You were asked also about a statement that you made in
4   your expert report regarding potential adverse ecological
5   effects?
6   A    Yes.
7   Q    And that wasn't the purpose of your opinion, to evaluate
8   potential adverse ecological effects from application of
9   either activated carbon or biochar, correct?
10  A    No, it just seemed relevant to point it out because of
11  the short lifespan of the carbon that it would require
12  multiple applications, and so this would be a potential factor
13  that would need to be considered in any kind of remediation
14  strategy that might be developed as part of that.
15  Q    And you -- you say there's potential adverse ecological
16  effects.
17  A    Right.
18  Q    Is that the reason where -- for which you were citing
19  this paper?
20  A    Yes, ah, ecological effects in terms of what -- what an
21  application of a lot of carbon would do.  There's -- there's
22  evidence for mortality.
23       There are other papers that also cite to a reduction in
24  nutrient availability because the carbon's actually such a
25  good sorbent, it takes up some of the nutrients and then it --

1    you can actually start to see starvation effects.  You see

2    that in growth.

3         And so -- but the relevant way to look at that is to

4    compare it with what the carbon does when you add it to a

5    healthy system because if the system's already sick, that's

6    not telling anything about, you know, the -- the downside of

7    doing it.  You need to look at those things separately.

8    Q    In this case, after your evaluation, it's your opinion

9    that activated carbon and biochar are not feasible in-situ

10   amendments for Mendall Marsh, correct?

11   A    They wouldn't be feasible just because of the short time

12   frame and the limited effectiveness, I think.

13   Q    And Mr. Colangelo asked you about whether you had tested

14   other types of amendments.  Are you aware of any other

15   amendments that have been tested that would be feasible for

16   mercury that are at -- are at any scale at this stage that

17   could be applied?

18   A    I think that's kind of the holy grail right now.  There

19   are a number of people looking for -- you know, in-situ

20   treatments are -- are -- on the face value, are very

21   attractive.  They represent a potentially nice alternative to

22   digging things up or just covering them over.

23        Um, it's been quite successful for hydrophobic organic

24   contaminants, PCBs, for example, and things like that.  We

25   have a longer history of working on these kind of amendments

Case 1:00-cv-00069-JAW   Document 792   Filed 06/25/14   Page 155 of 208   PageID #:
11676
VLASSOPOULOS   REDIRECT EXAMINATION/TALBERT

3062

1  for arsenic.  I myself have been involved in looking at

2  arsenic in-situ treatments for many, many years.

3       Mercury is one that's still undergoing a lot of

4  research.  There's no silver bullet yet.  We're all hoping to

5  find something.  There's things that are going on in the

6  laboratory right now that might down the road, but at this

7  point, we have nothing.

8            MR. TALBERT:  No further questions.

9            THE COURT:  Recross?

10           MR. COLANGELO:  No, Your Honor.

11           THE COURT:  Thank you.  You may stand down, sir.

12  Thank you very much.

13           THE WITNESS:  Thank you, Your Honor.

14       (The witness left the witness stand.)

15           THE COURT:  It's a good time to take our second

16  break.  We'll take a break for about 20 minutes.

17       (Court recessed from 12:34 p.m. to 1:05 p.m.)

18           THE COURT:  Mr. Talbert, next witness?

19           MR. TALBERT:  Call Edward Glaza.

20           THE CLERK:  Please raise your right hand.  Do you

21  solemnly swear that the testimony you shall give in the matter

22  now in hearing shall be the truth, the whole truth, and

23  nothing but the truth, so help you God?

24           THE WITNESS:  I do.

25           THE CLERK:  Please be seated.  Please state your

1    name and spell your last name for the record.

2         THE WITNESS:  Edward C. Glaza, G-l-a-z-a.

3    EDWARD C. GLAZA, having been duly sworn, was examined and

4    testified as follows:

5                        DIRECT EXAMINATION

6    BY MR. TALBERT:

7    Q    Mr. Glaza, can you please explain your educational

8    background?

9    A    Yes, I have a bachelor's degree in mechanical

10   engineering from Michigan State University and a master's

11   degree in environmental engineering from the University of

12   Wisconsin.

13   Q    What year did you complete your education?

14   A    Ah, 1990.

15   Q    And do you hold any licenses or certifications?

16   A    I do.  I'm a certified professional engineer in the

17   state of New York.

18   Q    Are you also a certified project manager at Parsons?

19   A    Yes, I am.

20   Q    How does one become a licensed professional engineer?

21   A    In the state of New York, you need to have at least a

22   bachelor's degree from an accredited university in

23   engineering.  You need a minimum of five years of directly

24   applicable experience.  And you need to pass two different

25   exams:  The first exam focuses on the principles of

1   engineering; the second exam focuses on the application and

2   practice of engineering.  Both of those exams are eight hours.

3   Q     And what does it mean to be a licensed professional

4   engineer?

5   A     In the state of New York, any -- any engineering product

6   that potentially impacts human health, human life, or

7   property, um, requires the seal and signature from a

8   professional engineer.

9   Q     As a licensed professional engineer, are you required to

10   complete continuing education?

11   A     Yes, I am.  I'm required to complete 36 hours every

12   three years of continuing education.

13   Q     You also stated that you're a certified project manager

14   at Parsons.  How did you obtain that certification?

15   A     As a senior project manager, I am deemed to be qualified

16   to manage projects up to a value of -- constructed value of

17   $50 million.  In practice, I have managed projects exceeding

18   $500 million in constructed value.

19         And the Parsons project management certification program

20   is specific to Parsons.  It is for senior managers and is --

21   typically requires six months to a year to complete.  There's

22   about 25 different modules, covering a broad range of topics,

23   including schedule and budget development and management,

24   quality control, staffing, health and safety.

25         And after each of those 25 different modules, there's a

1    quiz that you need to pass, and then there is a final eight-

2    hour comprehensive exam, followed by a two- to three-hour

3    interview by the senior executives of the corporation.

4    Q    Do you publish any of your work?

5    A    I do.  The standard venue for communicating lessons

6    learned and experience that I've gained within the engineering

7    world is professional societies, such as the Battelle

8    Conference, which is a very big sediment conference, the

9    Sediment Management Work Group or other organizations, such as

10   -- such as American Society of Civil Engineers.

11        So if you look at my bio, that's where the vast majority

12   of my presentations and publications have appeared as opposed

13   to more research-oriented, peer-reviewed journals and

14   publications that you would expect from somebody in academia.

15   Q    Do you keep up with the pertinent literature in your

16   field?

17   A    I do.

18   Q    Have you testified as an expert witness before?

19   A    This is the first time.

20   Q    And you're currently employed by Parsons, correct?

21   A    That is correct.

22   Q    What does Parsons do?

23   A    Parsons is a very large international design and

24   construction firm.  It has about 15,000 people worldwide.  And

25   the focus is on studies, design, construction, and operation

GLAZA - DIRECT EXAMINATION/TALBERT

1    of very large projects, such as bridges, tunnels, airports,

2    railway systems, large manufacturing facilities, as well as

3    large remediation projects.

4    Q    And how long have you worked at Parsons?

5    A    23 years.

6    Q    What's your current title?

7    A    Senior project manager.

8    Q    And what does that job entail?

9    A    It involves providing technical leadership and project

10   management on large sediment remediation projects, and that

11   spans the full, um, range from the up-front investigation

12   through technology evaluation and feasibility study, um,

13   through design, as well as through the implementation phases.

14   Q    Do you specialize in a particular field?

15   A    I do.

16   Q    And what is that specialty?

17   A    It is remediation of large contaminated sediment

18   remediation sites.

19   Q    And how long have you worked in this field?

20   A    I have worked solely in cleanup of contaminated sites

21   for the 23 years that I've been at Parsons.  Over the last

22   15 years, um, at least 90 percent of the work that I have done

23   has focused exclusively on cleanup of -- of sediment sites.

24   Q    And how much of that work takes place at sites that are

25   impacted by mercury contamination?

1    A    Um, over the last, ah, 10 to 12 years, approximately

2    90 percent.

3    Q    Do you have experience working in contaminated estuaries

4    and tidal rivers?

5    A    Ah, yes, I do.  I've been providing technical guidance

6    and direction on Berry's Creek, which is a large mercury-

7    impacted site down in the Meadowlands in New Jersey, um, and

8    that is a tidally-influenced system, estuary and marsh.

9    Q    And what is your role at Berry's Creek?

10   A    Um, for the last couple years, it's focused primarily on

11   providing technical guidance, particularly pertaining to

12   remedial technologies and treatability testing, but recently I

13   have taken over a project management role on that project.

14   Q    Do you also have experience at the Con Edison Arthur

15   Kill site?

16   A    That is correct.

17   Q    And what did you do on that site?

18   A    Um, that was a sediment remediation site on a

19   tidally-influenced portion -- the tidally-influenced portion

20   of the Hudson River, down in the lower reaches of the Hudson

21   River, and I was the project manager and certifying engineer

22   for the feasibility study and was also the certifying engineer

23   for the design.

24   Q    What other mercury-contaminated sediment remediation

25   projects have you worked on?

1   A      Ah, Onondaga Lake has probably been the largest project

2   and the one that's consumed, ah, the most significant portion

3   of my time over the last ten years.  That's a large mercury-

4   contaminated lake in upstate New York.

5        On that project, I served as the certifying engineer for

6   the feasibility study, as well as the project manager and

7   certifying engineer for the design of the lake remedy.

8        In addition to that, I've been significantly involved in

9   four additional mercury-impacted sites that are in the

10  vicinity of Onondaga Lake that are directly contiguous with or

11  that served as sources of contamination to Onondaga Lake.

12       The first of those was the LCP site, which was the

13  original chlor-alkali facility, where there was a significant

14  source of mercury -- elemental mercury in the ground, as well

15  as onsite contaminated wetlands.  For that project, I served

16  as the certifying engineer for both the feasibility study and

17  the design.  That was back in the late '90s.

18       Downstream of that, there is Geddes Brook and Ninemile

19  Creek, which are independent mercury-impacted streams and

20  wetlands, and I provided technical direction on those two

21  projects.

22       And then the fourth was a -- a large mercury-impacted

23  wetland adjacent to Onondaga Lake, and I was the -- the

24  certifying engineer for the feasibility study and the project

25  manager and certifying engineer for the design and continue to

1   provide guidance throughout the construction phases on those

2   projects, um, particularly Onondaga Lake, which is in the

3   middle of construction right now.

4   Q    Is your -- is Parsons' client -- is Parsons' client at

5   these various sites typically responsible parties?

6   A    Yes, it is.

7            MR. TALBERT:  Your Honor, Mr. Glaza's full CV is at

8   Joint Exhibit 54.

9            THE COURT:  Thank you.

10  BY MR. TALBERT:

11  Q    Mr. Glaza, when did you become involved in this case?

12  A    In the July or August time frame of last year.

13  Q    And what were you asked to do?

14  A    I was specifically asked to look at recommendations 1

15  and 2 from the Study Panel Phase II Report.  Um,

16  recommendation 1 pertains to a sediment trap within the

17  Penobscot River.  Recommendation 2 pertains to a sediment trap

18  at the mouth of Mendall Marsh.

19       I was asked to look at both of those recommendations

20  from an engineering perspective to see whether they would be

21  effective or whether they were -- basically, whether they were

22  good ideas and should be pursued further for the site.

23            MR. TALBERT:  And those recommendations are

24  described further at Joint Exhibit 6-21, Pages 21-7 through

25  21-15.

1    BY MR. TALBERT:

2    Q     What did you do to evaluate recommendations 1 and 2?

3    A     Um, I started with reading the entire Phase II Report.

4    A lot of it was not directly relevant, but I did want to read

5    the entire report.  But I focused specifically on Sections 21,

6    which provides the recommendation; Section 23, which provides

7    the basis -- scientific basis for those recommendations; and

8    also Section 7 was also particularly relevant.  That's the

9    section that was authored by Dr. Geyer pertaining to the

10   hydrodynamics of the river and the characterization of the

11   mobile pool.

12         In addition, um, I reviewed relevant scientific and

13   engineering literature and guidance documents, as well as the

14   professional reports and depositions of the various technical

15   experts and members of the scientific panel.  And then with

16   that background, applied my engineering knowledge and

17   experience to evaluate -- develop and evaluate those two

18   recommendations.

19   Q     And after conducting this evaluation, what did you

20   conclude?

21   A     I concluded that neither of those recommendations would

22   be effective or provide long-term protection of human health

23   and the environment.  They would also involve significant

24   short-term risks to the environment if they were to be

25   implemented.  And based on that, I concluded that neither of

1   those alternatives should be pursued further.

2   Q    Let's talk in detail now about these two recommendations

3   and your evaluation.

4        Can you describe for the court what the Study Panel's

5   first recommendation was?

6   A    Certainly.  The Study Panel's recommendation No. 1 was

7   to build a large sediment trap in the bottom of the Penobscot

8   River.  They believed that the -- the mobile pool is the

9   primary limiting factor on natural recovery.  Their goal was

10  to cut the concentrations within the mobile -- the mercury

11  concentrations within the mobile pool in half.  They suggested

12  -- basically, they wanted to take it from roughly 900

13  nanograms to -- per gram down to about 450 nanograms per gram.

14       They suggested that the way to do that was to build a

15  large sediment trap, which is essentially a big pit in the

16  bottom of the river, allow half of the sediments to collect in

17  that pit, in that sediment trap.  Ah, they would then dig a --

18  a confined aquatic disposal facility out at Penobscot Bay.

19  That's essentially another large hole in the sediment.

20       Once they had collected the mobile sediment in the

21  sediment trap, they would dredge it out of there and place it

22  into the -- the CAD in Penobscot Bay.  The deeper, clean

23  sediments that they removed during construction of the CAD,

24  they would then disperse back into the river, replacing the

25  material that had been removed, thereby diluting the remaining

1    pool.  They identified that there was about 320,000 tons of

2    sediment in the mobile pool.  That equates to -- and they

3    wanted to replace half of that, which is 160,000 tons.  So

4    160,000 tons is about 400,000 cubic yards using the conversion

5    factor.

6        So that was the volume of material that they wanted to

7    transfer from -- capture and then transfer from the trap to

8    the CAD.

9    Q    Let's pull up Defense Exhibit 1171.  Can you explain in

10   concept how a sediment trap is designed to work?

11   A    Certainly.  It's a fairly simple concept.  It's

12   essentially creating a deeper spot within a flowing body of

13   water.  Your goal is to create a larger cross section so that

14   the water velocity flowing over the trap slows down, providing

15   sufficient time and a low spot so that the sediment will

16   collect in that sediment trap.

17       A couple of things to -- to note, um, is, No. 1, that

18   that's the primary consideration.  If you're going to design a

19   trap to capture a certain volume of material, you'd also want

20   to make sure that it was oversized so that as material

21   collected in the bottom of it, it continued to function.  So

22   it would need to be effective even with the targeted, in this

23   case, 400,000 cubic yards of material in it.

24       The second thing to think about is also -- obviously the

25   velocities and flow within a river or stream are not constant.

1    Those velocities change during storm events or, in the case of

2    the Penobscot, tidal events.  So you'd also want to make sure

3    that the sediment trap was designed so that higher-flow events

4    did not remobilize and scour that sediment out of the trap.

5    Q    Does this demonstrative that we just pulled up contain

6    an illustration of a sediment trap design?

7    A    Yes, it does.  Yes, it does.

8    Q    Let's take a look at Defense Exhibit 1172.  Where did

9    the Study Panel propose to place the sediment traps?

10   A    Ah, the Study Panel was not definitive on the location

11   of the sediment traps.  However, they did identify five areas

12   where they felt that there was at least temporary trapping of

13   the sediments, um, occurring, and they felt that that would be

14   the logical place to consider altering the -- the

15   configuration of the river bottom to promote permanent

16   trapping of the sediments.

17        They also were not specific on how many sediment traps

18   would be required.  It was always referred to in the plural,

19   implying that there would be more than one required, but,

20   again, no specific details on a -- on that.

21   Q    Before evaluating the feasibility of the sediment trap,

22   was there some level of development and optimization that you

23   had to do?

24   A    Yes, there was.  Um, as it was presented in the report,

25   it was very much a -- a conceptual idea.  So the first step in

1   order to allow me to do a more thorough engineering evaluation

2   was to put some additional thought into it, to develop it so

3   that I would have a basis for completing an engineering

4   evaluation.

5   Q    And what did you do to develop and optimize

6   recommendation 1?

7   A    The -- the first step was to look at the, um, sediment

8   trap itself, to see how large that sediment trap would need to

9   be.  That was an aspect which really had not been developed in

10  any detail at all within the -- within the Phase II Report.

11  And they, you know, did not, even in evaluating removal

12  volumes or -- or any of the other things that they looked at,

13  they did not consider the volume of material that would need

14  to be generated during construction of the sediment trap.

15  Q    Could you please explain what you did to develop the

16  minimum sediment trap size?

17  A    Certainly.  My -- my goal was not to design the sediment

18  trap.  My goal was to come up with a sediment trap

19  configuration that I was absolutely sure would conservatively

20  underestimate the size of the trap so that I was

21  underestimating the removal volumes and so that when I went

22  forward with my engineering evaluation, if anything, if there

23  were challenges or issues, all of those would likely be

24  conservatively underestimated.

25        So I started, um, with that goal in mind, um, and based

1  on engineering judgment, developed a preliminary configuration

2  for the sediment trap.

3  Q    And what was the configuration you came up with?

4  A    Um, in Dr. Geyer's deposition, he identified that he

5  thought a sediment trap would need to be at least a kilometer

6  long to be effective, so I used that as the length.

7       Normally, you would want a sediment trap to be the full

8  width of the river because you're trying to capture sediments

9  across the entire width of the river.  However, again, to go

10  into this conservative and to underestimate the volume, I

11  assumed that the sediment trap would only need to be half the

12  width of the river.

13      So, obviously, with that configuration, half of the

14  sediment particles would not be passing over the sediment

15  trap, again, to be on the -- err on the low side.

16      And, finally, on the -- the water depth, the water

17  depth, it -- excuse me.  I should also point out the location

18  that I assumed, um, and that was the location of temporary

19  sediment trapping that's immediately north of Verona Island.

20  Q    Let's -- let's pull Defense Exhibit 1172 back up.

21  A    Sorry about that.

22  Q    Could you just point out for the court the location that

23  you used?

24  A    Yeah, it's this location right here, just to the left of

25  the word Bucksport.

1    Q      Okay.

2    A      And I chose that particular location because it was one

3    of two locations where water velocity data was provided in the

4    Phase II Report.

5           Also, if there was only going to be one required, this

6    would seem to me to be the most centrally located one.  Um, so

7    it -- and, also, um, it was identified as one of the areas of

8    the strongest sediment deposition.

9           So, um -- and -- and based on the configuration there,

10   the channel is roughly 500 meters wide, so I chose a width of

11   250 meters.  And the water depth in that area is approximately

12   18 meters.  As I mentioned previously, the goal of the

13   sediment trap is to create a zone of deeper and, therefore,

14   slower water.  So I picked a very conservative estimate for

15   deepening the river there, assuming that we would dig the --

16   the sediment trap 3 meters deep.

17          3 meters deep represents only a 15-percent increase in

18   the depth of the river there, so, again, a very modest

19   increase in the water depth, again, erring on -- on the low

20   side.

21   Q      You mentioned that settling velocity was also important.

22   A      Yes.

23   Q      Let's pull up Defense Exhibit 1173.  For the settling

24   velocities, did you take those from Chapter 7?

25   A      I did.  After I had developed this, um, um, estimate of

1    a minimum size of the sediment trap, then I looked

2    specifically at data provided in the Phase II Report

3    pertaining to the two most important variables and how a

4    sediment trap works.  That's river velocity and particle

5    settling velocity.  I wanted to take a look and see if this --

6    this estimate of a sediment trap size actually made sense, had

7    any hope at all of -- of working or was consistent with those

8    -- those two parameters.

9         So, um, this particular slide shows the data that I used

10   for that evaluation.

11        The upper graph is the river velocity.  The vertical

12   scale is the velocity in meters per second, and you can see

13   that varies from 1.5 to what they call negative 1.5.  That

14   just means that it's flowing in one direction or the other as

15   the tide changes.

16        And, specifically, the data that I was looking at is the

17   data that's represented by the -- the red here.  That's the

18   data on the Bucksport channel.  The -- the blue is the

19   Frankfort channel, they had a much longer record for that, but

20   this is -- this is specific to the Bucksport area, and you can

21   see there that the velocity varies from -- plus or minus

22   1.5 meters per second.

23        Um, again, I wanted to go into this with a conservative

24   assumption.  Um, things settle better with slower velocities,

25   therefore, rather than picking .75 as an average, I used .5 as

1    an average velocity.

2         And for particle settling velocity, um, they looked at

3    that two different years, 2010, 2011.  In 2010, they

4    identified the range as 2 to 3 millimeters per second.  In

5    2011, they identified that as about .5 to 2 millimeters per

6    second.  So, again, the faster that velocity is, the more

7    efficient a trap would work.  So I picked a value closer to

8    the upper end of the range of data that was provided here.  I

9    used 2 millimeters per second.

10   Q    And this red-dashed line, does this depict the -- the

11   river velocity that you assumed?

12   A    Yes, that represents the .5 meters per second velocity.

13   Q    Let's take a look at Defense Exhibit 1174.  What does

14   this figure depict?  What is this demonstrative?

15   A    This is a conceptual cross section of the sediment trap

16   that I developed and used for my engineering evaluation.

17        In this case, the river is flowing from the left side of

18   the page to the right side of the page.  You can see that the

19   water depth there is 18 meters.  Um, the sediment trap itself

20   is 3 meters deep and 1 kilometer long.  And into and out of

21   the page, it would be 250 meters wide, half the width of --

22   width of the river.

23   Q    And can you please just talk us through what you're

24   depicting here with the settlement particles?

25   A    Certainly.  This is looking at, what happens to an

1    average particle of sediment as it travels 1 kilometer?  So if
2    you start at time A at the very head of the sediment trap, by
3    the time it travels this distance, the width of the sediment
4    trap, it has dropped 4 meters.  So this particle of sediment,
5    as it gets pushed along by the river 1 kilometer, only drops
6    by 4 meters.
7         So based on that, with a 3-meter-deep sediment trap, it
8    seemed like that it was at least feasible that this might
9    collect some sediment, again, ignoring things like the fact
10   that I did not account for the sediment that would collect in
11   it and it would still need to be effective after that, nor did
12   I look at scour velocity and remobilization from at the bottom
13   of it.
14       So this basically validated that it was a reasonable
15   low-end estimate.
16   Q    And when you talk about the particles staying in the
17   trap, you didn't evaluate the likelihood that a particle could
18   land in the trap and then be remobilized, correct?
19   A    No, no, for my simplification, I ignored that -- that
20   potential factor.
21       And another thing that I did not, you know, really take
22   a look at was that sediment traps work best for those
23   particles that settle the fastest.  Um, the most contaminated
24   particles are those -- those particles that are the
25   finest-grained.

1        So this sediment traps -- or any sediment trap is going
2   to work best on the coarsest and, therefore, the least
3   contaminated sediment in the sediment pool.  Again, did not
4   take that into consideration.  This was just designed for --
5   based on consideration of an average-settling particle.
6   Q    So for purposes of your evaluation, you're taking --
7   you're making several very conservative assumptions, correct?
8   A    That is correct.  As I said, my -- my primary goal here
9   was to come up with a volume of sediment that would have to be
10  removed to create the sediment trap that I was a hundred-
11  percent sure was an underestimation of that volume, so that as
12  I went forward with all of the other evaluations, that it was
13  a conservative evaluation.
14  Q    So you've assumed a conservative size for the trap,
15  correct?
16  A    Absolutely.
17  Q    You've assumed a conservative settling velocity?
18  A    Yes.
19  Q    And you're assuming that the sediments would actually
20  stay in the trap?
21  A    Yes.
22  Q    And you've not specifically done an evaluation of the
23  different settling velocities for a very fine-grained
24  particle?
25  A    That's correct.

1    Q     How confident are you that if a sediment trap were

2    actually implemented, it would have to be larger than the one

3    that you assumed?

4    A     I'm absolutely certain of that.

5    Q     Did you also evaluate the sequencing of -- for

6    recommendation 1 to implement the sediment trap?

7    A     I did.  Ah, that was another specific area.  It needed

8    some significant thought, and there was just a little bit of a

9    -- a disconnect in the timing in the way that the Study Panel

10   explained the alternative.

11         Um, they wanted to create this CAD, um, which is where

12   all of the sediments that accumulated in the sediment trap

13   would be placed.  So, obviously, the very first step in the

14   process would be to dig the CAD.  The material generated from

15   the CAD, they want to add back to the river after the dirty

16   sediment has been collected in the trap.

17         You've got to have some -- so that's the last step.

18   You've got to have someplace to park that sediment in the

19   interim.  So certainly the development of a reasonable

20   sequencing was also a significant part of my development of

21   the alternative.

22   Q     Let's take a look at Defense Exhibit 1176 -- I'm sorry

23   -- 1175.  Does this demonstrative depict the construction

24   sequence that you outlined?

25   A     It does.

GLAZA - DIRECT EXAMINATION/TALBERT

3082

1    Q      And can you just talk us through the sequence?

2    A      Um, certainly.  The numbers in the circles show the

3    steps that would need to be taken.

4           The first step would be to build the -- I don't know if

5    you can see the highlight there or not -- would be to build

6    the temporary sediment storaging area -- temporary sediment

7    storage area.  That would give you a place to put the

8    sediments that you create during step 2, which is excavation

9    of the CAD.  And, again, that's about a million cubic yards.

10   Um, that's the same volume that's coming out of the sediment

11   trap, which was that -- that sediment volume from the -- the

12   conceptual design of the trap.

13          Step 3, then, would be to excavate the sediment traps

14   and place that material into the CAD.

15          Step 4 allows the traps to accumulate sediment over

16   time.

17          Ah, step 5 is after you've collected the target volume

18   of -- of mobile sediment, then you would cap that trap.

19          And then the final step would be to disperse the clean

20   sediments, um, from the temporary storage unit back into the

21   river.  And then, you know, not shown here, but then obviously

22   there's the decommissioning and close-out and removal of that

23   temporary storage area.

24   Q      This step 5, capping the sediment trap, is that an

25   optimization that you assumed for purposes of your evaluation?

GLAZA - DIRECT EXAMINATION/TALBERT

3083

1   A      Yes, it is.  The Study Panel, they had sized the CAD

2   only to hold the volume of material from the sediment trap.

3   They had neglected to take into consideration the volume

4   that's required for construction of the sediment trap.

5        So they assumed that the CAD would be 400,000 cubic

6   yards.  Based on the need to hold the material from the

7   sediment trap, it would need to be a minimum of a million

8   cubic yards.

9        However, I said, well, once that sediment is in the

10  sediment trap, why do you need to pick it up and move it

11  again?  That just creates more challenges, more risks, extends

12  the schedule.  So I assumed that that sediment, once it's in

13  the trap, would be capped in place.  That allowed me to

14  decrease the size of the CAD by, um, 400,000.  So it reduced

15  it to a million instead of a 1,400,000 cubic yards.

16  Q      Did you evaluate what would be required in terms of size

17  for a -- the sediment storage area?

18  A      I did.

19  Q      And what did you do to evaluate that -- the sediment

20  storage area?

21  A      Well, primarily looked at the volume of material that

22  would need to be stored there, and then based on my experience

23  in similar projects, conceptualized what that might look like

24  and what would be required.

25  Q      Let's take a look at Defense Exhibit 1176.  Can you

1   explain what this demonstrative shows?

2   A     Um, yes, it is.  I just wanted to put some perspective

3   to what a million cubic yards of sediment is, um, and what a

4   facility might consist of to temporarily store that material.

5         Um, a million cubic yards would cover 60 acres, about

6   10 feet deep.  Or to give it a different perspective, that

7   would cover the TD Garden stadium, about 200 feet deep with

8   sediment.  So that's a very large volume of sediment.

9         And you need to bear in mind that we need to move that

10  three times.  We need to move it during construction of the

11  CAD up to the temporary facility.  We need to move a million

12  cubic yards when we construct the sediment trap and move that

13  material to the CAD.  And then we've got another million cubic

14  yards that we have now parked that we need to move into the

15  river or otherwise manage.

16        So that is a -- just a -- a massive material management

17  and moval process.  I also wanted to give a little perspective

18  on what that would look like.

19        Just by chance, this -- that does correlate to the size

20  of the permanent sediment disposal area that we designed and

21  built for Onondaga Lake.  That was the lined area.  You can

22  think of -- it's roughly equivalent to a landfill.  It's got

23  an impermeable liner, a drainage layer, and then the sediments

24  are placed there.  And then there's also a facility to manage

25  all of the water.  Anytime you're dredging sediment, you're

1    going to be generating water.  So there is also a large

2    water-treatment component to that.

3    Q    What would be required in terms of dewatering

4    operations?

5    A    Um, well, that's really a function of how you dredge.

6    Hydraulic dredging, like we're doing at Onondaga Lake, is

7    essentially a -- you can think about it as a -- more like a

8    vacuum cleaner, underwater vacuum cleaner, for lack of a

9    better terminology, and it's got an auger on the bottom of it,

10   and it draws up sediment and sucks it into a pipeline.

11         Um, that draws in a lot of water, as well.  So by the

12   time you're hydraulically dredging the sediment, you're

13   creating what looks like muddy water.  It's only got 5- to

14   10-percent solids, and the rest is water.  So that's really an

15   efficient way to dredge and to move sediments, but then you've

16   got a tremendous amount of water to deal with.

17         So you can either let that gravity move water, or you

18   use Geotubes, which we've done on Onondaga Lake, or there's

19   other methods -- filter presses.

20         The other method is mechanical dredging where you're

21   using like a clamshell or conventional equipment.  That

22   results in lower volumes of water, but offers some other

23   disadvantages from productivity and other standpoints.

24         So either way, you're going to be generating a

25   significant volume of water.  Any water that has come in

1    contact with the contaminated sediments, such as would be

2    generated during removal, they identified that there's a -- a

3    layer of contaminated sediments over the clean sediments at

4    the site of the CAD, um, that material would require

5    segregation, because you wouldn't want to put that back into

6    the river.

7         Long-term management, water that touches that would need

8    treatment.  But from what I've seen, even water that comes in

9    contact -- large volumes of water that comes in contact with

10   what may be relatively clean sediment, that would probably

11   require treatment for something, as well.

12        For example, in Onondaga Lake, one of our biggest

13   challenges was to remove ammonia because it's a large point

14   source of -- of water discharge to a surface body.  So we had

15   to remove ammonia, even though that wasn't a site-specific

16   contaminant.  Or maybe it's for iron or for other things that

17   might be naturally occurring.

18        So the water treatment is usually a very significant

19   component to any sediment-management project.

20   Q    Is there an odor that is typical of sediment storage

21   areas?

22   A    Um, yes, there is, um, and that would certainly be a --

23   a siting consideration.  Anytime you are removing sediment,

24   which, as Dimitri mentioned, is reduced and it has

25   sulfur-reducing compounds, the sulfur is reduced, there will

1   be an odor, and certainly when you're putting that in and

2   spreading that out over 60 acres, that does present a

3   significant odor issue.

4       At other sites, it's even more of an issue if you have

5   contaminants that are -- present an odor.

6       There's also other things to consider such as, you know,

7   if you're just placing it there and it dries out, there's dust

8   management.  These are very big construction projects.

9   Q   Did you evaluate any additional considerations with

10  respect to what's required for the confined aquatic disposal?

11  A   I did.

12  Q   And what did you do?

13  A   Well, primarily, I looked at the volume of material that

14  would be -- that would need to be stored there and thought

15  about, you know, what that would look like.

16  Q   And what did you find?

17  A   Well, basically, as we -- as we said before, that it

18  would need to be -- they recommended it would be located out

19  in Penobscot Bay, and that it would need to be sized to hold

20  at least a million cubic yards of material.  But, again, that

21  was a very conservatively low estimate, so probably much

22  larger than that.

23  Q   Once you built out the design of recommendation 1, did

24  you then use a certain feasibility study framework to evaluate

25  the remedy?

1    A     I did.  I looked at it, um, within the framework -- the

2    EPA-recommended procedures for completing a feasibility study.

3    That's from the 1988 EPA guidance.  Um, but that's very

4    parallel to what state agencies have also, um, issued, in I

5    believe it was 19 -- maybe it was 2000 that EPA issued a -- a

6    very parallel guidance for how to do it on RCRA sites.

7    Q     And is the feasibility study framework commonly used at

8    contaminated sediment sites?

9    A     It is.  I'm not aware of any sites, um, sediment or

10   otherwise, where that has not been the framework that's been

11   used.

12   Q     Let's pull up Defense Exhibit 1177.  Can you just

13   provide us with a -- first of all, are these the feasibility

14   study evaluation criteria?

15   A     Yes, these are the nine criteria.

16   Q     Can you just, from a high level, walk us through what

17   these criteria provide?

18   A     Certainly.  They break it down into three categories:

19   The first category is threshold criteria.  Those are the

20   criteria that absolutely have to be met in order for an

21   alternative to be acceptable and recommended.

22         Then there is a primary balancing criteria.  The

23   feasibility study process is not intended to look at one

24   isolated alternative.  It develops a range of alternatives,

25   um, and then gives you the balancing criteria as a framework

1   for picking the best of those different options.  So you look

2   at these five different criteria and pick the alternative

3   which provides the best balance of all of these criteria.

4        The final one is what they deem modifying criteria, and

5   that is community acceptance and support agency acceptance.

6   Those are not evaluated in the feasibility study.  They're

7   typically evaluated by the regulatory agency that's leading

8   the effort near the end of the process, when there is a formal

9   community outreach program, where there's typically public

10  meetings, there's a release of a proposed approach, and that's

11  the opportunity for the community to -- to comment, as well as

12  to receive formal commentary and then input from other support

13  agencies.

14  Q    And have you personally applied these evaluation

15  criteria to different remedial options at contaminated

16  sediment sites?

17  A    Yes, on -- on numerous occasions.

18  Q    And when is the feasibility study analysis typically

19  performed on a project?

20  A    Um, I would say it's -- it's always performed at the end

21  of the remedial investigation and risk assessment phases of a

22  project.

23       Um, you need to have a very good characterization and

24  understanding of the physical and chemical characteristics of

25  a site.  You also need to have a very clear definition of what

1   the unacceptable risks are to human health and the

2   environment, and also to know what the severity of those risks

3   are.

4        Then once you've got that -- that baseline

5   understanding, um, understand the risks -- I'd also like to

6   add that, in addition to just knowing what the risks are, you

7   need to have a very good understanding of what those -- what's

8   causing those risks.

9        For example, if you have fish that you determine have

10  elevated levels of mercury, where is it coming from?  Is it

11  coming from the water column, or is it -- and up the food

12  chain from zooplankton that live in the -- in the water

13  column, or is it coming from the contaminated sediment, or

14  maybe there is benthics that live in the bottom sediment and

15  get into the food chain that way.

16       So you need to understand the risks, but you also really

17  need to understand what those exposure pathways are.

18       Once you've got a really good idea, a really good

19  understanding, and those things are well-documented, then you

20  enter into the feasibility study stage.

21  Q     Even if these criteria are not required to be applied in

22  an evaluation of the contaminated sediment site at a RCRA --

23  in the RCRA feasancy context, do you think it makes sense to

24  consider them in this case?

25  A     Absolutely.  As a practicing engineer, I don't know how

1    you would make a -- a reasonable decision without

2    consideration of these factors.  From a logical standpoint,

3    this, to me, is just what makes sense.  It's also -- it's also

4    stood the test of time.  This guidance has, you know, been in

5    existence since 1988 and has not changed, and this is the

6    standard of practice for completing a feasibility study and

7    coming up with an appropriate remedial approach.

8    Q    In -- in this particular case, do you believe that the

9    remedial investigation has been completed such that you could

10   perform a full feasibility study?

11   A    Um, no, I believe that there -- based on my review of

12   the various documents associated with the project, I don't

13   believe that the site characteristics, physical and chemical,

14   in particular, the risks are sufficiently identified, um, to

15   begin to determine what might be a range of -- of alternatives

16   to consider.

17   Q    What information would you need?

18   A    Pardon?

19   Q    What information would you need?

20   A    Um, well, just at a high level, as I said before, the

21   No. 1 thing is to have a clear understanding of what the risks

22   are.  And, you know, certainly Betsy Henry has identified some

23   bird species where additional investigation is recommended to

24   determine what -- whether or not there's unacceptable risk, so

25   that would certainly be a big part of the focus.

1          Also would need to understand if there is an

2     unacceptable risk to those bird populations, what's causing

3     that risk?  Is it water from -- ambient water from upstream?

4     Is it insects that are living in the marsh?  Is it exposure to

5     mudflat sediments?  You know, the primary goal of a remedial

6     alternative is to break that chain of exposure.

7          So really until you know what the risk is and what that

8     exposure is, you're not at the point where you can

9     meaningfully develop and evaluate alternatives.

10    Q     Did you conduct a full feasibility study analysis for

11    recommendation 1?

12    A     Absolutely not.  As I -- as I just explained, we're --

13    we're not at that point yet, um, and a feasibility study would

14    be a much more detailed, um, evaluation of more than one

15    alternative.

16         What I did is I looked at recommendations 1 and

17    recommendations 2 within the framework of this criteria and

18    looked at each of -- or most of these criteria within the

19    framework or -- or within the context of those

20    recommendations.

21    Q     Let's pull up Defense Exhibit 1178.  Are there certain

22    of the evaluation criteria that you did not evaluate?

23    A     Yes, there are.

24    Q     And can you just talk us through why you couldn't

25    evaluate certain criteria and which ones you could not?

1   A      Yes.   Um, compliance with applicable or relevant --

2   relevant and appropriate requirements is essentially

3   compliance with laws, rules, and regulations, and that

4   typically entails consideration of what they call

5   location-specific, action-specific, and chemical-specific

6   ARARs.   That is a -- can be a very detailed and tedious

7   process that also typically involves involvement from the

8   legal side, and was really beyond the scope of my evaluation.

9         So I proceeded basically with the assumption that these

10  could be implemented in compliance with -- with ARARs.   So I

11  discounted that factor.

12  Q      How about reduction of toxicity, mobility, or volume

13  through treatment?

14  A      Ah, yes, that one is a -- an EPA or regulatory

15  preference.   It is typically applied in consideration of areas

16  of -- you might call them hotspots, where there's significant

17  risk, or areas that are areas of ongoing contamination to

18  other areas, or areas what they would term as principal threat

19  waste.

20        In this situation, it's primarily a low level of

21  contamination.   It's very dispersed.   So consideration of this

22  particular criteria is not really applicable based on

23  site-specific considerations and the low levels of -- of

24  mercury.

25  Q      Is -- in the modifying criteria, is support agency

1    acceptance another one that you did not consider?

2    A     Yes, I'm really not in a position to, you know,

3    determine what other agencies might consider acceptable.  So I

4    -- I also ignored that one.

5    Q     Okay.  Let's turn to your -- your evaluation.  Did you

6    evaluate recommendation 1 for the sediment trap looking at the

7    threshold criteria?

8    A     I did.

9    Q     And what did you do?  Well, first of all, what is this

10   first factor, this overall protection of human health and the

11   environment, what does that entail?

12   A     Ah, primarily, once you've got the risk assessment

13   completed and it has some very specific risk-based goals, um,

14   this answers the question, will this alternative eliminate

15   those unacceptable risks?  Since we're not at that point yet,

16   I looked at it from a little bit more of a relaxed standpoint,

17   is it likely this would result in significant risk reduction?

18         Um, the second part of that is, um, taken -- takes into

19   consideration the short-term effect of this.  There's a little

20   bit of overlap with this -- with this threshold criteria, some

21   of the balancing criteria, but it looks at whether or not

22   there are any significant or unacceptable short-term risks

23   presented by the -- the implementation.

24   Q     And what did you conclude?

25   A     Um, I concluded that it would not provide significant

1    risk reduction.  That it would be very unlikely to provide

2    long-term protection of human health and the environment.  And

3    during implementation, would prevent -- or would present very

4    significant risks to the environment.

5    Q    Let's take a look at the primary balancing criteria.

6    Did you also evaluate recommendation 1 for the sediment trap

7    to look at short-term effectiveness?

8    A    Yes, I did.

9    Q    And could you please define for the court what

10   short-term effectiveness looks at?

11   A    Ah, certainly.  Short-term effectiveness looks at those

12   impacts that result from the implementation of the remedy.

13   Um, the easiest thing to think about are if you're doing a

14   removal action, are there releases to the environment?  Are

15   you volatilizing contaminants to the air?  Are you releasing

16   them to the water column?  So that is certainly a very big

17   part of the consideration of short-term effectiveness.

18        However, it also takes into consideration other factors,

19   such as if you decided that you wanted to remove and transport

20   a large volume of material to a landfill, it could consider

21   the risks associated with that transportation.

22        And it also could include looking at, what are the

23   impacts to the environment just through the disruption of the

24   activities?  In other words, if you were going to dig up a

25   very large bottom -- a large area of sediment within a water

1    body, you're destroying that habitat on a temporary basis.  So

2    it looks at those types of impacts, as well.

3         Um, the other part of it is schedule.  Um, it entails

4    development of a -- a schedule, an estimate of how long it's

5    going to take to implement it, and that's important for a

6    couple of reasons.

7         Number 1, it tells you how long those short-term risks

8    might be presented.  Obviously, it's different if it's going

9    to be presented over three years than if it's over three

10   months.  It also gives you an indication of how long it will

11   take you to get to that -- that desired level of risk

12   reduction.

13   Q    What did you do to evaluate this factor?

14   A    Um, well, based on the -- um, the remedy, the

15   recommendation, as I developed it, and looking at the volumes

16   of material, I, um, you know, developed and looked at what

17   might be those short-term risks and also developed a

18   conceptual schedule.

19   Q    And did you identify short-term risks associated with

20   implementation of recommendation 1?

21   A    I did.

22   Q    What are those risks?

23   A    Um, the primary short-term risks are those associated

24   with release of contaminated sediment to the water column

25   during the major construction activities.  That would include

GLAZA - DIRECT EXAMINATION/TALBERT

3097

1    the construction of the sediment trap itself, um, the

2    construction of the CAD, particularly the removal of the

3    overlying contaminated sediments, um, as well as the placement

4    of the contaminated materials into the CAD.

5         Those would -- those steps would represent the primary

6    risks during implementation.

7    Q    Let's take a look at Defense Exhibit 1179.  What does --

8    what does this demonstrative show?

9    A    Um, the -- the -- the concept of -- of the risks during

10   dredging are very well-developed, both in case-study

11   literature, as well as in regulatory guidance document,

12   including EPA's 2005 sediment remediation guidance document.

13        This particular demonstrative is a -- a conceptual cross

14   section showing what's termed the four Rs, and this comes out

15   of an Army Corps of Engineering guidance document, and the

16   four Rs associated with -- associated with environmental

17   dredging, as they define it, is resuspension, release,

18   residual, and risk.

19   Q    And can you just talk us through each of those four Rs?

20   A    Sure.  Um, the -- the resuspension component, dredging,

21   whether it's hydraulic dredging or mechanical dredging, is a

22   very high-energy activity.  You're coming down there with

23   large construction equipment, and you're stirring up the

24   sediments.  In many cases, and in the Penobscot specifically,

25   you're exposing material that has been long buried and

1  sequestered from the environment, um, and as you're moving

2  that material, as you're disturbing it, um, you're going to be

3  releasing a fairly significant amount of that material to the

4  water column.

5      In -- in the EPA 2005 guidance, they summarized results

6  of a -- a bunch of studies that were conducted to evaluate how

7  much was generated, and they set ranges anywhere from .1 to

8  9 percent.  More typically, I -- I, you know, see values in

9  that 1- to 5-percent range.  So what that means is that for

10  everything you think you're dredging, you're actually losing 1

11  to 5 percent of that material to the water column.

12      The next -- the next R is the release.  As you're

13  disturbing this material, you're obviously releasing this

14  contamination to the water body.  That's in the form of the

15  particulate matter itself, as well as releasing pore water and

16  putting this contaminated material out there, and it's going

17  to release and transfer its contamination to the -- to the

18  water body itself, um, and, obviously, this is a very site-

19  specific consideration.

20      But you can think about it on the -- on the Penobscot,

21  this plume would go this direction and this direction,

22  obviously, because we have the tides, um, and also think back

23  to the prior demonstrative, where we said that once a particle

24  is suspended, on average, it has to travel 1 kilometer before

25  it's going to fall 4 meters.  So once it's suspended in this

1    site, it's going to move a long ways.

2         The third R is residual.  That refers to the -- this

3    fine-grained material which gets resuspended, then falls back

4    to the bottom of the water body.  That can fall back into the

5    hole you just dug, or very close to it, considered a near-

6    field effect, or that can be carried a long ways downstream

7    and redeposited in a far field, significantly -- a significant

8    distance away.

9         Um, and, again, the guidance document has estimated that

10   range of -- anywhere from 2 to 9 percent of everything that's

11   dredged falls back in that fashion, and it's one of the

12   reasons why dredging to a specific numeric criteria is very

13   difficult.  What happens is you dredge, you think you're to

14   clean, the dirty material settles back on top, you take a

15   sample, it's still dirty.  You go back in there and do it

16   again.  And so frequently that might be three, four, five

17   times that you have to dredge the same area before you've

18   finally gotten all of that residual.

19        So -- and then, finally, is the risk.  Obviously, you're

20   releasing this material that's previously been sequestered

21   back into the environment, so that presents a risk to whatever

22   -- whatever becomes exposed to it.

23   Q    How well documented are the risks associated with

24   dredging?

25   A    I would say that they're -- they're very well

GLAZA - DIRECT EXAMINATION/TALBERT

3100

1    documented, and that's both in guidance documents, um, from

2    various authors, including the EPA, as well as in, you know,

3    case-study literature.  I think it's presented in the form of

4    papers or presentations, and it's been documented at, you

5    know, some of the higher-profile sediment remediation sites.

6         Cumberland Bay, Hudson River, the Duwamish, there's a

7    lot of studies out there that have demonstrated where they've

8    actually seen increases in contaminant concentrations in biota

9    as a result of dredging.

10   Q    Is there anything in particular about the Penobscot

11   System that makes you concerned about the risks from dredging?

12   A    Um, yes, as I said before, it's a very site-specific

13   evaluation, and, um, there's several strikes against it at

14   this site.

15        Number 1, we're working in very deep water.  I think

16   this is deeper than I can ever recall seeing environmental

17   dredging.  So you're going to have a harder time doing

18   everything in that deep of water.  You're going to have a hard

19   time controlling the bucket and, um, those types of things.

20        Um, also, the most contaminated material is the finest-

21   grained material.  That means that that's the material -- the

22   material that's most likely to get stirred up and spread is

23   the material that, um, has the highest levels of

24   contamination.  Um, again, as I mentioned before in that prior

25   demonstrative, where you can see that even on average a

1    particle can travel a kilometer before it settles out or

2    settles 4 meters, and the fact that these tidal currents, that

3    this contamination is going to go in both directions are

4    certainly very significant considerations.

5         Another one is that one of the most effective and

6    standard methods for controlling some of these releases are

7    silt curtains.  Those are just like they sound.  They're --

8    they're porous fabric.  They're suspended from floats on the

9    surface, and they would be constructed around the dredging

10   activity, and that would limit spread of the contamination.

11   They don't work in tidal environments and high-current events,

12   and they don't work in this deep of water.

13        So one of our best methods of trying to control these

14   types of -- of releases and risks is not available to us.

15   Q    What about the -- from your review of Chapter 7, are you

16   aware that Dr. Geyer has identified a -- a mobile pool in the

17   Penobscot?

18   A    Yes, I am.

19   Q    And does that cause you any additional concerns

20   regarding resuspension of material associated with dredging?

21   A    Um, yes, conceptually.  Um, what you're going to be

22   doing is releasing, um, the most mobile and most highly-

23   contaminated materials when you dredge.

24        By definition, I would think that that means it's going

25   to join the mobile pool, and once it's in the mobile pool, as

1    Dr. Geyer's envisioned, it has a fairly significant residence

2    time and it's going -- it's going to move up and down the

3    river.  So another significant site-specific concern.

4    Q    Is it your understanding at the Penobscot that the --

5    some of the highest concentrations of mercury are -- are

6    buried at depth?

7    A    Yes, that's correct.  The -- um, the surface

8    concentrations are, um, in the neighborhood of typically five

9    to ten times lower than the underlying sediments.  So the most

10   contaminated sediments that are right now currently buried and

11   sequestered from the environment are the sediments that would

12   get stirred up and released to the environment during dredging

13   of the sediment trap.

14   Q    Apart from the risks associated with dredging, did you

15   examine risks associated with placement of sediment in the

16   confined aquatic disposal?

17   A    I did.

18   Q    Let's pull up Defense Exhibit 1180.  What does this

19   demonstrative show?

20   A    Well, um, very similar to the risks associated with

21   dredging, the, um, risks associated with placement of material

22   in a CAD are also well documented within the case-study

23   literature, as well as in the guidance document.

24        This particular demonstrative is taken from a guidance

25   document called Evaluating Environmental Effects of Dredged

GLAZA - DIRECT EXAMINATION/TALBERT

1    Material Management Alternatives by U.S. EPA, and it shows

2    what will happen, the most common methods of placing sediments

3    into a CAD.

4         Pipeline placement, like I said, if you're hydraulically

5    dredging and trying to place this material, I would say that

6    that's more applicable to a hydraulic dredging -- or -- excuse

7    me -- to a navigational dredging --

8    Q    And that's this --

9    A    -- an environmental dredging.  That's the one on the

10   left, yeah, that's this one here.  Or the concept of a -- you

11   know, a self-propelled hopper placement or a barge pulled by a

12   tug.  That's, by far, the most common method for placing

13   sediments in a CAD.

14        And what happens is, you know, you place the

15   mechanically-dredged material into the boat, into the -- into

16   the hopper.  It drives over the top of the CAD, and the bottom

17   just falls out of the -- out of the barge or the hopper,

18   allowing the sediment to free-fall into the CAD.

19        And, you know, you can think about it as throwing a -- a

20   handful of mud into your bathtub.  You can imagine what that's

21   going to look like.  It's not going to all make it to the

22   bottom, and it's going to stir up a lot of material.

23        And, again, let's think back to what happens once we get

24   that in the water column, it's going to take -- it's going to

25   travel a long ways, in the prior example, a kilometer before

1    it settles 4 meters.

2        It's a little bit different out here.  There might be --

3    you know, velocities are a little bit different, depths are a

4    little bit different, but the concept holds that this material

5    is going to travel a long ways with the tidal currents before

6    it -- it settles out.

7        And then once it settles out, that leaves you with a

8    layer of contaminated material on the bottom of -- of an area

9    that was previously not impacted, and those -- those impacts

10   have been documented by post -- postplacement sampling.  Um,

11   the bullet down here at the bottom identifies a couple of

12   sites -- I just want to be clear that didn't come from the --

13   the reference document.  Those are independent case studies.

14       Um, one of them was a CAD in Puget Sound, where they --

15   after they placed the material, they found several inches of

16   material that was supposed to go into the CAD actually landed

17   200 meters away.  And just by chance, the -- the gentleman who

18   was the project manager during construction of that is a

19   colleague of mine at Parsons, and he reluctantly agreed that

20   -- you know, that that happened and that the degree of

21   contamination spread was much, much greater than they

22   anticipated going into the project.

23       Um, and the second example is a similar example where

24   they documented that this material was visible at least 300

25   mile -- 300 meters from the CAD.  The first example actually

1  led to -- you know, it was a fairly high-profile project
2  executed by the Navy, and it led to the headlines of Navy, top
3  polluter, botched cleanup.  So it was certainly a -- a high-
4  profile problem at the time.
5  Q    Is there anything in particular about the -- the
6  Penobscot System that makes you concerned about placing
7  sediment in a CAD in Penobscot Bay?
8  A    Yes.  Um, the physical characteristics, as we've
9  mentioned before, the fact that you're trying to get a high
10 volume of material that is fine-grained and where that fine-
11 grained -- the finest-grained material has the highest levels
12 of contamination, getting that to drop through a -- a long
13 water column, um, you know, 20 meters or so, and then with the
14 tidal currents present, to spread that contamination.
15     Um, so all of those things, things we've talked about,
16 in combination with the fact that this is proposed to be
17 located in Penobscot Bay, um, which, um, is prime lobster-
18 fishing ground, certainly, to me, would raise a -- a
19 significant concern.
20 Q    Have you ever implemented a -- a CAD, or a confined
21 aquatic disposal, at one of the sites you've worked on?
22 A    We gave it consideration on Onondaga Lake initially, um,
23 but it was quickly rejected by the regulators as a nonstarter
24 for basically the same reasons that I've outlined here, um.
25 And, again, it's essentially just moving large volumes of

GLAZA - DIRECT EXAMINATION/TALBERT

1  sediment from one place to another, which I certainly have a
2  lot of experience in.
3  Q    Is the use of a CAD, in your experience, common?
4  A    Ah, no, absolutely not.  These are absolutely the
5  exception, not the rule.  Um, this is, by far, the least
6  expensive method for managing sediments once it's been
7  dredged.  If it was a good idea, I think everybody'd be doing
8  it.
9       In actuality, they're very rare.  The Study Panel report
10  presented a list of about 30 CADs, and I believe that that was
11  provided by Todd Bridges of the Army Corps of Engineers, and
12  -- however, if you take -- bore down into that list a little
13  bit, there was only three of them in the last ten years in the
14  United States that they had on their list.
15       Um, the last -- the most recent one was Port Hueneme --
16  I'm not sure I got that pronunciation right -- um, it was Port
17  Hueneme out in the west coast.  Um, that was about eight years
18  ago.  And that was at a -- essentially within a Navy turning
19  basin, where there was a large area, almost totally surrounded
20  by land, so it was a very contained area within what would be
21  considered, you know -- it was Navy property, basically.  So
22  that was the most recent one on the list that they provided.
23       Ah, the most recent one that I'm -- the only one since
24  then that I'm aware of is New Bedford Harbor.  That's a big
25  PCB-contaminated site in Massachusetts.  In that particular

1  application, they're siting it in the middle of an area that's

2  already contaminated, and even then, they're putting a --

3  totally enclosing it with sheet pile all the way around the

4  outside to ensure that they're not spreading contamination.

5      So I'm certainly not saying that there aren't specific

6  applications where they might make sense.  Um, but this is not

7  one of those sites.

8  Q    Did you review the Study Panel's statements and findings

9  regarding dredging in the Phase II Report?

10 A    Um, I did.

11 Q    And do you agree with those statements and findings?

12 A    Yes, essentially, they concluded, um, that large-scale

13 dredging would not be a recommended approach for this project.

14 Ah, I certainly applaud them for recognizing the significant

15 risks that are presented by large-scale dredging, um, and as

16 I've gone through today, I certainly support that position.

17     So that was essentially their -- their conclusion, that

18 large-scale dredging would not be a recommended approach for

19 this project.

20 Q    How does the size of the dredging that would be required

21 to implement recommendation 1 compare with dredging sites

22 across the country that you're familiar with?

23 A    Um, this would be one of the largest dredging projects

24 in the nation.  Um, as I mentioned, I came up with a very

25 conservative estimate of a sediment trap size of 1 million

1    cubic yards.

2         Um, John Connolly's independent modeling came up with,

3    looking at the smallest sediment trap size that he modeled

4    that had any effectiveness, was over 5 million cubic yards,

5    and as I mentioned, the Study Panel's recommendation or

6    implication was that multiple ones would be required.

7         So, you know, in the 1 million-plus category, there's

8    only a handful in the United States that have been done that

9    -- that large, the Hudson River, Onondaga Lake, Fox River, um,

10   there's a couple others out there, but this would put it

11   definitely in the -- in the upper echelons.

12        And also, another -- maybe another perspective is the

13   National Research -- National Research Council several years

14   ago put out a publication looking at all the dredge projects

15   that had been completed or were in process, and they

16   identified what they called dredging mega sites, is the

17   terminology they used to define it.  They used a cutoff of

18   about $50 million, and at that time, I believe they identified

19   13 sites in the United States that exceeded that criteria.

20        The Study Panel recommended -- excuse me -- estimated

21   that this remedy would cost about $42 million.  However, based

22   on my cost evaluation, I think that underestimates it by

23   several factors.  So this would -- within that framework,

24   would also be considered a -- a mega dredging site as they --

25   is the term they coined.

1   Q      Since this recommendation 1 would involve significant

2   dredging, would some of the same concerns that the Study Panel

3   raised regarding bank-to-bank dredging also apply to

4   recommendation 1?

5   A      Absolutely.  In my mind, the -- this would put this into

6   the large-scale dredging project, which the Study Panel

7   identified would not be an appropriate approach.

8   Q      As a part of your evaluation of short-term risk, did you

9   also evaluate the schedule?

10  A      Yes, I did.

11  Q      Let's pull up Defense Exhibit 1181.  How long did the

12  Study Panel estimate it would take to implement recommendation

13  1?

14  A      Ah, five years.  That included one year of study, with

15  going to construction immediately the following year.

16  Q      Do you agree with the Study Panel's estimate?

17  A      No, I do not.

18  Q      And why not?

19  A      Based on my experience at projects with similar

20  magnitude and complexity, um, I think they've significantly

21  underestimated that schedule.

22         Um, I think that it would take at least 15 years, and I

23  think that that's an aggressive minimalist schedule.

24  Q      And what did you do to evaluate the -- the schedule for

25  recommendation 1, implementation?

1   A      Um, I did two things.  I -- first of all, I said, what

2   are the steps that are required at a high level?  And then

3   based on my experience on similar projects, I -- you know, how

4   can we -- how can we sequence those, how can we overlap those,

5   and what's the likely duration?  And that formed the basis for

6   the schedule here.

7          And then after that, I just stepped back and said, how

8   does this compare with the schedules for other mega projects,

9   if you will?  So --

10  Q      Let's take a look at your Figure 1 here, and if we can,

11  let's blow up the first validation of remedial approach.

12         What does this first phase entail?

13  A      Ah, this is similar to the Study Panel's anticipated,

14  um, first phase.  However, I think that was rather optimistic

15  to think that they could collect and analyze all the necessary

16  data in one year, given the amount of data gaps that remain

17  and the amount of time that the investigation has already been

18  going on.

19         In my estimation, that that would be -- I assumed two

20  years of fieldwork, with an additional year to analyze the

21  data, if there's additional modeling or whatever additional

22  analysis is required to come to a conclusion regarding whether

23  or not the recommendation makes sense.

24         Now, there's a little bit of break in logic here in that

25  based on my evaluation, we already have enough information to

GLAZA - DIRECT EXAMINATION/TALBERT

1   say that, no, it does not make sense to go forward with this

2   remedy, but in order to allow me to go through this exercise,

3   I assumed that the results of further analysis would say, yes,

4   it did make sense to -- to proceed further with this.

5        And, actually, just independently, I think this

6   corresponds relatively close with Dr. Henry's estimate of, you

7   know, the type of duration it would take to do the bird risk

8   studies.

9   Q    Let's pull this back and go to the predesign

10  investigation sequence.  What's involved in this -- in this

11  phase?

12  A    Um, this is the collection of all the additional data

13  that's necessary to allow you to do a complete design, as well

14  as completing the design.  As you come out of a -- a

15  decision-making process, you never have all of the information

16  necessary to actually do the detailed design, um, so that you

17  can implement the remedy appropriately.

18       So this includes that, as well.  I assumed that that

19  would -- that data collection would proceed in parallel and

20  was not on a critical path.  That's a conservative assumption.

21       Um, and then it also includes the design of the various

22  steps or the various components that would need to be

23  incorporated.  And I've included an overlap in all of that.

24  But there also is a certain sequence that would need to be

25  done.  Obviously, you can't size and design your storage

1    facility until you know how much material it needs to hold.

2    You can't design your CAD until you know how big your sediment

3    trap is.

4         So there's ways of overlapping some of that, um, but it

5    can't all be done in parallel.

6         So I -- it also includes the permitting.  Permitting on

7    a project like this, the CAD placement would be very long,

8    arduous, um, involving numerous agencies.  Certainly on some

9    projects, that becomes a schedule impact.  Again, as a

10   conservative assumption, I assumed that that all runs in

11   parallel and does not contribute to the overall schedule.

12   Q    In -- in reality, is it possible that the permitting

13   would have to be done after you've completed more of the

14   design?

15   A    Absolutely.  A lot of times for the submittal of the

16   permit applications, that needs to be accompanied with a

17   design.  I'd assumed that there is ways of doing this more on

18   a collaborative process and in parallel with the design.

19   Q    So how long in total do you assume for the predesign

20   investigation and design sequence?

21   A    Four years.

22   Q    And how does that compare to other sites that you've

23   worked on?

24   A    Ah, this is very fast.  Ah, the projects that I was

25   specifically involved in, I would consider Onondaga Lake of

1    similar magnitude and complexity, ah, that was about a six and

2    a half-year design schedule.  Um -- excuse me -- Ninemile

3    Creek, um, Geddes Brook was a smaller project, was actually

4    much smaller and simpler than this project, but it was one

5    where we very much had an expedited schedule.  Both Onondaga

6    Lake and Ninemile Creek were expedited to the best of our

7    abilities.  Ninemile Creek took three years.

8         Um, I also looked at what's available -- publicly

9    available on other projects, um, such as the Hudson River,

10   Grand Calumet, Phase I of the Fox, and based on that, the

11   typical range is from the low end of three years that I

12   mentioned for -- for Ninemile Creek, up to about seven years,

13   with about a five and a half-year average.

14        So, again, this is, in my mind, expedited and faster

15   than what you see is the norm for the industry.

16   Q    Let's pull this out and go to the next one, the

17   construction sequence.

18        What's -- what's involved in this stage?

19   A    Um, this, um, involves construction of each of those

20   steps, um, that we saw on the prior demonstrative, the steps 1

21   through 6, assigned a specific estimated duration to the

22   construction of the storage facility, the CAD, placement in

23   the CAD, sediment accumulation, all of those steps.

24   Q    And what have you estimated in terms of time to complete

25   the construction sequence?

1    A     Ah, this actually shows, um, eight and a half years.

2    There is a final year for decommissioning.  I did not include

3    that in the 15-year estimate.  But there would be an

4    additional year afterwards to -- to tear that down.

5         And, also, I assumed that we actually started

6    construction six months before the, um, design and contracting

7    process was completed, so, um, this added eight years to the

8    schedule.

9    Q    And, in your experience, how does this compare with --

10   with -- schedules at other sites for implementation?

11   A     Ah, again, if you take a look at each step, ah, I think

12   that I've made conservative assumptions regarding how long

13   each of these steps is going to take.

14   Q    Did you make an effort throughout this schedule to try

15   to optimize and overlap tasks?

16   A     Ah, yes, and certainly on the -- the design, and as

17   you're transitioning into the construction, there are

18   opportunities for that.  It gets a little bit harder to

19   overlap things in the construction phase.  Those need to come

20   more sequential.  Obviously, you need to have the CAD built

21   before you can put any material into it.  So --

22   Q    In total, how long do you think it would take to

23   implement recommendation 1, the sediment trap, going from

24   validation of the remedial approach through construction?

25   A     15 years total.

1   Q     And what's your level of confidence in that estimate?

2   A     I have a very high level of confidence based on my

3   experience at projects of -- of similar complexity and size

4   that -- that this would be a -- a very difficult schedule to

5   meet.  And during the construction, a significant driver on

6   that construction schedule is the volume of material that has

7   to be removed.

8         This is all predicated on the assumption of a 1 million

9   cubic yard single sediment trap.  So if you double that

10  volume, that could double the schedule.

11        So, again, this is all based on very conservative

12  assumptions along the way.

13             MR. TALBERT:  Your Honor, we're at a good breaking

14  point.

15             THE COURT:  Very good.  Thank you.  I'll see you all

16  tomorrow at 8:30.

17        (Proceedings concluded at 2:29 p.m.)

18                        CERTIFICATION

19     I certify that the foregoing is a correct transcript from

20  the record of proceedings in the above-entitled matter.

21

22

23  /s/ Julie G. Edgecomb_____          June 25, 2014____
    Julie G. Edgecomb, RMR, CRR             Date
24  Official Court Reporter

25