**UNITED STATES DISTRICT COURT**

**DISTRICT OF MAINE**

| | |
|---|---|
| MAINE PEOPLES ALLIANCE<br>and<br>NATURAL RESOURCES DEFENSE<br>COUNCIL, INC.,<br>   Plaintiffs<br>v.<br>HOLTRACHEM MANUFACTURING<br>COMPANY, LLC, and<br>MALLINCKRODT, LLC,<br>   Defendants | 1:00-cv-00069-JAW |

**ORDER OF REFERENCE**

  In accordance with Fed. R. Civ. P. 53 and the inherent equitable powers of this Court to enforce its orders, it is hereby ORDERED that Susan Calkins be, and she is hereby, appointed Special Master to oversee the Evaluation of Potential Active Remedies as described in the Order for Evaluation of Potential Active Remedies dated October  , 2015 (Order for Evaluation).  The duties of the Special Master are as described in the Order for Evaluation.  The provisions of the Order for Evaluation are incorporated herein.

  This Order of Reference replaces the previous Order of Reference dated October 17, 2008.

  The Special Master shall be paid a fee of $350 per hour plus all reasonable expenses incurred in carrying out her assigned duties.  Such payments shall be made from the court-ordered account funded by the defendant Mallinckrodt.  Reasonable expenses shall include, but are not limited to, travel and lodging, postage, mailing and express

delivery costs, telephone calls, photocopying and printing, office supplies, part-time research assistance and part-time clerical assistance. The Special Master shall be paid a fee of $100 per hour for travel time.

The Special Master shall file with the Court and submit to the parties on a quarterly basis an account of activities and an accounting of expenses incurred in this matter in the previous quarter. Any objection to the statement and accounting shall be filed by the parties within ten days of the receipt of the statement and accounting. In the absence of an objection, the Court shall review the statement and accounting and order payment. Hearings on any objections shall be at the discretion of the Court. The quarterly account of activities shall contain a progress report.

The Court will have direct supervisory power over the Special Master. The Special Master may use all the powers in Fed. R. Civ. P. 53 and all the powers described in the Order for Evaluation to recommend to the Court that which is deemed necessary to achieve the goals of the Evaluation of Potential Active Remedies.

Dated: October 16, 2015         /s/ John A. Woodcock, Jr.
                                JOHN A. WOODCOCK, JR.
                                UNITED STATES DISTRICT JUDGE