UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| MAINE PEOPLE'S ALLIANCE and NATURAL RESOURCES DEFENSE COUNCIL, INC., <br><br> Plaintiffs, <br><br> v. <br><br> HOLTRACHEM MANUFACTURING COMPANY, LLC and MALLINCKRODT US LLC, <br><br> Defendants. | Case No. 1:00-cv-00069-JAW |

**SECOND AMENDED SCHEDULING ORDER**

The Order to Amend Scheduling Order (ECF No. 998) is hereby further amended as follows to reflect the new date certain for trial and to provide adequate time for the parties to complete expert and fact witness discovery and prepare for trial:

Depositions of Party Witnesses. The parties shall complete depositions of the parties' expert and fact witnesses by October 4, 2019.

Second-Round Depositions of Amec Foster Wheeler and Phase III Contractors. The parties shall complete any second-round depositions of Amec's employees and Phase III contractors by October 25, 2019. Without leave of the Court, each deposition will last no longer than one day, with each side limited to one-half day of questioning.

Close of Discovery. Discovery shall close on October 25, 2019.

Pretrial Motions. Pretrial motions shall be filed by November 15, 2019.

Pretrial Briefs. Pretrial briefs shall be filed by January 10, 2020.

Witness and Exhibit Lists. The parties shall exchange witness and exhibit lists by January 24, 2020.

Pretrial Conference. The parties will be available for a pretrial conference on February 3, 2020, or such date thereafter as set by the Court.

Trial. Trial will begin on February 10, 2020, and will last for up to four weeks.

Dated: June 10, 2019

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
U.S. DISTRICT JUDGE