# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| MAINE PEOPLES ALLIANCE and NATURAL RESOURCES DEFENSE COUNCIL, INC., <br><br> Plaintiffs <br><br> v. <br><br> HOLTRACHEM MANUFACTURING COMPANY, LLC, and MALLINCKRODT LLC, <br><br> Defendants | Civil No. 1:00-cv-00069-JAW |

## ORDER FOR ADDITIONAL FUNDS TO THE PENOBSCOT RIVER STUDY PANEL FUND

It is hereby ORDERED that Defendant Mallinckrodt LLC deposit into the registry of this Court, on or before October 30, 2020, a check made payable to "Clerk, U.S. District Court" in the amount of One Hundred Thousand Dollars ($100,000.00) to be deposited into a separate interest-bearing account designated "The Penobscot River Study Panel Fund." Once deposited, such funds are to be drawn only on written order of the Court.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 19th day of October, 2020.