# UNITED STATES DISTRICT COURT

## DISTRICT OF MAINE

| | |
|---|---|
| MAINE PEOPLES ALLIANCE<br>and<br>NATURAL RESOURCES DEFENSE COUNCIL, INC.,<br><br>    Plaintiffs<br><br>v.<br><br>HOLTRACHEM MANUFACTURING COMPANY, LLC, and<br>MALLINCKRODT, LLC,<br><br>    Defendants | Civil No. 1:00-cv-00069-JAW |

## ORDER FOR DISBURSEMENT OF FUNDS

Following review and approval of the Court, it is hereby **ORDERED** that the Clerk of Court issue a check from the Penobscot River Study Panel Fund in the amount of One Thousand Nine Hundred Ninety-Five and 00/100ths Dollars ($1,950.00) in payment of the attached statement, made payable to:

>   Susan W. Calkins
>   2112 Promontory Point Lane
>   Gold River CA 95670

Dated this 4th day of January 2021

>   /s/ John A. Woodcock, Jr.
>   JOHN A. WOODCOCK, JR.
>   UNITED STATES DISTRICT JUDGE