UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| MAINE PEOPLE'S ALLIANCE and NATURAL RESOURCES DEFENSE COUNCIL, INC., <br><br> Plaintiffs, <br><br> v. <br><br> HOLTRACHEM MANUFACTURING COMPANY, LLC and MALLINCKRODT US LLC, <br><br> Defendants. | Case No. 1:00-cv-00069-JAW |

**JOINT WITNESS LIST FOR FAIRNESS HEARING**

Plaintiffs Maine People's Alliance and Natural Resources Defense Council, Inc., and Defendant Mallinckrodt US LLC (collectively, "the Parties"), by and through their undersigned counsel, hereby jointly identify the following witnesses they plan to call at the Fairness Hearing:

1. **Nelson Walter, P.E.**
   Wood Environment and Infrastructure Solutions, Inc.
   511 Congress Street
   Portland, ME 04101

2. **Cynthia N. Brooks**
   Greenfield Environmental Trust Group, Inc.
   11 Flagg Street, Unit #1
   Cambridge, MA 02138

3. **Charles T. Driscoll, Jr., Ph.D.**
   Department of Civil and Environmental Engineering
   Syracuse University
   Syracuse, NY 13244

1

4. **Danny D. Reible, Ph.D., P.E., BCEE, NAE**
   Department of Civil and Environmental Engineering
   Texas Tech University
   Lubbock, TX 79409

5. **Jesse Graham**
   Maine People's Alliance
   27 State St., Suite 44
   Bangor, Maine 04401

6. **David S. Kelley**
   Medtronic, Inc.
   710 Medtronic Parkway LC300
   Minneapolis, MN 55432

The Parties reserve the right to call additional witnesses as may be necessary to address issues that may arise during the Fairness Hearing and each of the Parties reserves the right to oppose the calling of additional witnesses.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Date: September 24, 2021 | /s/ Mitchell S. Bernard |
|  | Mitchell S. Bernard, Esq., *pro hac vice* |
|  | (NY Bar No. 1684307) |
|  | Jared J. Thompson, Esq., *pro hac vice* |
|  | (DC Bar No. 1004120) |
|  | Natural Resources Defense Council, Inc. |
|  | 40 West 20th Street |
|  | New York, New York 10011 |
|  | Phone: (212) 727-4469 |
|  | mbernard@nrdc.org |
|  | jared.thompson@nrdc.org |

| | |
|---|---|
| Date: September 24, 2021 | /s/ Eric J. Uhl |
| | Eric J. Uhl, Esq., Bar No. 7244 |
| | Richardson, Whitman, Large & Badger |
| | 465 Congress Street, P.O. Box 9545 |
| | Portland, Maine, 04112-9545 |
| | Phone: (207) 774-7474 |
| | euhl@rwlb.com |
| | |
| | Attorneys for Plaintiffs |
| | |
| Date: September 24, 2021 | /s/ Jeffrey D. Talbert |
| | Jeffrey D. Talbert, Esq., Bar No. 4358 |
| | Benjamin S. Piper Esq., Bar No.  4720 |
| | Preti Flaherty Beliveau & Pachios LLP |
| | One City Center, P.O. Box 9546 |
| | Portland, Maine 04112-9546 |
| | Phone: 207-791-3000 |
| | jtalbert@preti.com |
| | bpiper@preti.com |
| | |
| | Attorneys for Mallinckrodt US LLC |

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 24, 2021, I electronically filed the foregoing Joint Witness List for Fairness Hearing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record in the above-captioned matter.

      /s/Jeffrey D. Talbert
      Jeffrey D. Talbert, Esq., Bar No. 4358
      Preti Flaherty Beliveau & Pachios LLP
      One City Center, P.O. Box 9546
      Portland, Maine 04112-9546
      Phone: 207-791-3000
      jtalbert@preti.com

      Attorney for Mallinckrodt US LLC