UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| MAINE PEOPLE'S ALLIANCE and NATURAL RESOURCES DEFENSE COUNCIL, INC., <br><br> Plaintiffs, <br><br> v. <br><br> HOLTRACHEM MANUFACTURING COMPANY, LLC and MALLINCKRODT US LLC, <br><br> Defendants. | Case No. 1:00-cv-00069-JAW |

**WITNESS LIST FOR
PUBLIC COMMENTS DURING FAIRNESS HEARING**

Plaintiffs Maine People's Alliance and Natural Resources Defense Council, Inc., and Defendant Mallinckrodt US LLC (collectively, "the Parties"), by and through their undersigned counsel, hereby jointly submit the following list of people who have expressed a desire to be heard during the public comment portion of the Fairness Hearing in this matter on October 5, 2021. This list is organized alphabetically by last name and includes each person's short description of their intended comments.

1. Chris Backman: I would like to request the opportunity to provide comment in support of the proposed settlement decree being presented before the court on October 5, 2021. As Town Manager in the Town of Orrington, ME I have been privy and knowledge to the efforts and energy that has been expended over the last 20 years and considering this agreement appears to be a final phase of an extensive process. I

1

certainly hope to see this decree approved and move forward with the proposed remediation.

2. Phil Bailey: Camden and Hancock Maine. Member of Maine People's Alliance and have followed this issue for 20 years. In support of the agreement to clean up the mercury. It is long overdue as the original plan was to clean it up some years ago.

3. Dick Bissell: I live in Bangor, I am a retired nurse, a veteran and an MPA board member. I have been following this issue for many years and believe that the mercury should be cleaned up.

4. Sam Bullard: I would like to testify in support of the case Maine Peoples' Alliance v. HoltraChem Mfg. Co. as a representative of the Peace & Justice Center of Eastern Maine. In my statement I wish to emphasize the importance of fighting the pollution of the Penobscot Waters and the importance it holds for our Wabanaki community.

5. Tim Conmee: MPA Board Member who lives in Orrington, works as a nurse and has followed this issue for a long time and wants to see the mercury cleaned up that is in the Penobscot River.

6. Ambassador Maulian Dana: Would present comments as Penobscot Nation Ambassador.

7. John Dieffenbacher-Krall: I would briefly outline my historical involvement with the case including my role as one of the participants in the inner decision-making group that conceptualized the lawsuit. I will offer my assessment of the proposed settlement based on 37 years working on environmental issues in three states. I will offer

some of the same reasons for implementing a cleanup as stated in my deposition of 9/5/2019.

8.  David Dietrich: This is to inform of my intent to provide in person testimony regarding the cleanup of toxic mercury in the Penobscot River. My testimony will be short: I grew up in Orrington near the Penobscot River. In the 50's and 60's the river was not much more than a very polluted open sewer. The clean water act changed that. As a teenager my brother and I lobstered along the shores of Cape Rosier. I read in the Bangor Daily several years ago that lobstering around the Stockton Springs area had been closed because of mercury contamination. This situation needs to be carefully addressed so that more such seafood harvesting closures don't occur.

9.  Rep. Jan Dodge: My name is Representative Jan Dodge of House District #97 that includes the towns of Belfast and Northport. The Penobscot River and Penobscot Bay are and have been important influences in my life. I grew up in Belfast, taught in a school district a couple of bays to the east for thirty years and have returned to Belfast in retirement. The mercury contamination by HoltraChem has negatively affected the lobster industry, recreation and the quality of life below Orrington. That these conditions have not been appropriately remediated since the confirmation of the negative public health and environmental impacts in 2002 is unjust. I totally support the implementation of the restoration efforts!

10. Captain David Gelinas, President Penobscot Bay & River Pilots Association: I am writing to voice my support for the proposed settlement to address mercury contamination in the Penobscot River. While the focus of this effort is the removal of

legacy mercury contamination, I would hope that the Court and the Trustee will also consider the historic use of the River as an alternative transportation corridor which has served central and northern Maine for nearly 200 years. To this day, ocean going vessels from tankers to tugboats still utilize the River to access ports from Bucksport to Brewer. Due to the legacy mercury contamination, much needed maintenance dredging has not been performed in decades, leading to a reduction in the available depth of water for safe navigation. The Federally maintained 22' channel leading to Bangor/Brewer is now reduced to as little as 15'. I urge the Court to ensure that the continued use of the Penobscot River for navigation is a fundamental component of the Penobscot River Mercury Remediation effort. I intend to expand upon my previously submitted statement during public comments on October 5th.

11. James Gillway: Mr. Gillway is the Town Manager for the Town of Searsport, member of the Maine Port Authority Board, and former member of the Maine House of Representatives. Mr. Gillway has concerns that including large-scale environmental dredging in the final remedy risks undoing the natural recovery the river has recently undergone and impede further revitalization and economic growth in communities throughout the region. Nonetheless, because the health of the Penobscot River and Penobscot Bay are critical to future economic and community development initiatives in Searsport and elsewhere across the region, Mr. Gillway would support limited environmental dredging if it meant that the settlement would be approved and the parties could proceed with the cleanup.

12. Adam Goode: Grew up in Bangor, worked as canvasser and community organizer for MPA and served Bangor in the Maine State Legislature for 8 years.

13. Ernest Kilbride: Mr. Kilbride was the former CIANBRO senior executive tasked with overseeing acquisition, permitting, site cleanup and build-out of CIANBRO manufacturing facility at the former Eastern Fine Paper Co. mill in the Town of Brewer. Considering the arduous and drawn-out permitting process CIANBRO was required to navigate to get approval for a dredging component of the project, Mr. Kilbride would caution against relying heavily on large-scale environmental dredging as part of the remedy out of fear the permitting process would risk unreasonable delay to the cleanup efforts. Despite Mr. Kilbride's reservations about utilizing large-scale environmental dredging, he nonetheless is in favor of its limited and targeted use if it meant the settlement would be approved.

14. Dianne Kopec: I ask to submit oral testimony in strong support of the proposed consent decree on the remediation of mercury contamination in the lower Penobscot River and estuary and to discuss opportunities to strengthen the planned remediation that address all areas impacted by mercury discharges from the former HoltraChem chlor-alkali plant in Orrington. The proposed settlement builds on fifteen years of research documenting and interpreting the extent of mercury contamination in the river's aquatic and wetland habitats. Adoption of the Consent Decree will commit essential funding to address that contamination, allowing the remediation work to begin without the delay of a court trial. Yet there are several opportunities to strengthen the remediation outlined in the Consent Decree. The repair of Mendall Marsh would benefit

from a proactive approach with dedicated funding through the Remediation Trust to address the high levels of mercury exposure to biota in the marsh. Remediation goals in the larger system should clearly aim to reduce mercury concentrations in waterfowl and lobster muscle below Maine's mercury action level of 200 ppb ww, eliminating the need for waterfowl consumption advisories and fishery closure zones for lobster and crab. I will discuss regional background concentrations of mercury in relation to that goal. The selection of capping as the sole remediation method in the pocket marshes lining the river in the Orrington reach may have long-term maintenance implications. While dredging and removing contaminated sediments are essential to the remediation effort, this work must accommodate fish spawning migrations and the presence of listed species in the river, and use the best possible technology to minimize resuspension of contaminated sediment. Finally, I plan to suggest including two federally listed species, shortnose sturgeon and Atlantic sturgeon, in the long-term monitoring program.

15. Bill Lippincott: Chair of Don't Waste ME, http://dontwasteme.com/, and a resident of Hampden, which is on the opposite bank of the Penobscot River to where the HoltraChem plant was located. And my concern for the devastating impact of mercury to the water quality of the river and to the fish, birds and mammals that depend on the river, and also the danger to human beings were they to eat any fish or shellfish with high mercury levels from HoltraChem's contamination of the Penobscot.

16. Negina Lowe: My two biggest reasons for wanting to testify are that one, rivers should not have mercury in them and two, I know that the Penobscot is considered to be living by The Penobscot Nation and this falls under Native Sovereignty.

17. Debra-Jo Middleswart: I would like to provide oral comment on Oct. 5, 2021, as a very concerned Waldo County long time resident, and retired teacher. My concerns will address the damage done to the Mendall Marsh, the Penobscot River, and the Estuary at the mouth of the river into Penobscot Bay. I am gravely concerned about the lack of remedies to address the environmental impact on the marine life, the wildlife, and the surrounding communities, for the next 2 generations who reside near this serious pollution of our waters.

18. Rep. Laurie Osher, Ph.D.: Represents Orono in the Maine House of Representatives; Small business owner and active member of Maine Small Business Coalition.

19. Catherine Preston-Schreck: I would like to provide oral testimony on October 5th, 2021. In the early 2000's I was involved with the Penobscot Alliance for Mercury Elimination (PAME) which pushed for cleanup at the former HoltraChem site in Orrington and for the cleanup of the mercury that was released by Mallinckrodt into the Penobscot River. I believe it is imperative that the decades of severe mercury pollution of the Penobscot River be reckoned with, particularly through careful, well-managed, robustly funded clean-up work. It is important this process is transparent and in companion with public education and feedback.

20. Rebecca Scarborough: I plan to provide oral testimony in support of cleaning up mercury in the Penobscot river on October 5, 2021. I am a Mainer in Camden.

21. Ryan Tipping: My name is Ryan Tipping. I grew up in a house right on the river in Orono. I worked at MPA as a canvasser and community organizer during the

early 2000s before serving eight years in the Maine Legislature representing Orono in the House.

22. Ragan Toppan: We have a duty to keep the Penobscot River clean and natural, and part of that preservation includes cleaning out mercury that has been carelessly dumped into the river. Not only is it an ecosystem that is home to plants and animals, but rivers also were not meant to be filled with mercury. We must hold companies accountable for the damage done and prevent further harm to one of Maine's beautiful rivers.

23. David White: President of Imported Car Service located in Bar Harbor, Maine. Was a board member of Maine People's Alliance for 10 years, have followed this issue for close to 20 years, and in support of a thorough cleanup. It's been far too long: the cleanup must proceed.

Respectfully submitted,

Date: September 24, 2021         /s/ Mitchell S. Bernard
Mitchell S. Bernard, Esq., *pro hac vice*
(NY Bar No. 1684307)
Jared J. Thompson, Esq., *pro hac vice*
(DC Bar No. 1004120)
Natural Resources Defense Council, Inc.
40 West 20th Street
New York, New York 10011
Phone: (212) 727-4469
mbernard@nrdc.org
jared.thompson@nrdc.org

Date: September 24, 2021         /s/ Eric J. Uhl
Eric J. Uhl, Esq., Bar No. 7244
Richardson, Whitman, Large & Badger
465 Congress Street, P.O. Box 9545
Portland, Maine, 04112-9545
Phone: (207) 774-7474
euhl@rwlb.com

Attorneys for Plaintiffs

Date: September 24, 2021         /s/ Jeffrey D. Talbert
Jeffrey D. Talbert, Esq., Bar No. 4358
Benjamin S. Piper Esq., Bar No.   4720
Preti Flaherty Beliveau & Pachios LLP
One City Center, P.O. Box 9546
Portland, Maine 04112-9546
Phone: 207-791-3000
jtalbert@preti.com
bpiper@preti.com

Attorneys for Mallinckrodt US LLC

9

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 24, 2021, I electronically filed the foregoing Witness List for Public Comments During Fairness Hearing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record in the above-captioned matter.

/s/Jeffrey D. Talbert
Jeffrey D. Talbert, Esq., Bar No. 4358
Preti Flaherty Beliveau & Pachios LLP
One City Center, P.O. Box 9546
Portland, Maine 04112-9546
Phone: 207-791-3000
jtalbert@preti.com

Attorney for Mallinckrodt US LLC