UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

CASE NAME: Maine People's Alliance and Natural Resources Defense Council v. HoltraChem Manufacturing Co., LLC and Mallinckrodt US LLC

DOCKET NO: 1:00-cv-00069-JAW

# Joint Exhibit List

| Jt. Ex. No. | Description | Obj | Date Mentioned | Date Offered | Date Admitted |
|---|---|---|---|---|---|
| 1. | Proposed Consent Decree (ECF No. 1114-1) | | | | |
| 2. | Statement of Work (ECF No. 1114-2) | | | | |
| 3. | Remediation Trust Agreement (ECF No. 1114-3) | | | | |
| 4. | Project Trust Agreement (ECF No. 1114-4) | | | | |
| 5. | Phase III Engineering Study Report (ECF No. 972—972-2) | | | | |
| 6. | Integral Consulting, Penobscot River—Orrington Reach Thin Layer Capping Preliminary Conceptual Design Overview (June 15, 2020) | | | | |
| 7. | Daniel Reible CV | | | | |
| 8. | Charles Driscoll CV | | | | |
| 9. | Nelson Walter CV | | | | |
| 10. | Cynthia Brooks CV | | | | |

| Jt. Ex. No. | Description | Obj | Date Mentioned | Date Offered | Date Admitted |
|---|---|---|---|---|---|
| 11. | Lauri Gorton CV | | | | |
| 12. | Greenfield Environmental Trust Group, Inc. Statement of Qualifications with appendices (June 23, 2020)[1] | | | | |
| 13. | Greenfield Environmental Trust Group, Inc. Supplemental Response to Statement of Qualifications (Nov. 2, 2020) | | | | |
| 14. | Legal Notice of Settlement | | | | |
| 15. | Proof of publication of Legal Notice in *Portland Press Herald* | | | | |
| 16. | Proof of publication of Legal Notice in *Bangor Daily News* | | | | |
| 17. | Screenshots of PenobscotRiverRemediation.com website | | | | |
| 18. | PowerPoint Slide Deck for Public Outreach Meetings | | | | |
| 19. | September 10, 2021 email notice to stakeholders | | | | |
| 20. | List of recipients of September 10, 2021 email notice to stakeholders | | | | |
| 21. | Expert report of Janet Anderson | | | | |
| 22. | Rebuttal expert report of Janet Anderson | | | | |
| 23. | Expert report of Betsy Henry | | | | |

---

[1] The Greenfield Environmental Trust Group, Inc. Statement of Qualifications, its appendices, and the Supplemental Response to the Statement of Qualifications are subject to a confidentiality agreement between Greenfield Environmental Trust Group, Inc. and the Parties. Confidentiality may be waived by written consent. Use of these documents as exhibits is contingent upon receipt of such a waiver.

| Jt. Ex. No. | Description | Obj | Date Mentioned | Date Offered | Date Admitted |
|---|---|---|---|---|---|
| 24. | Rebuttal expert report of Betsy Henry | | | | |
| 25. | Expert report of Craig Jones | | | | |
| 26. | Rebuttal expert report of Craig Jones | | | | |
| 27. | Expert report of Russell Keenan | | | | |
| 28. | Rebuttal expert report of Russell Keenan | | | | |
| 29. | Expert report of Dana Valleau | | | | |
| 30. | Rebuttal expert report of Dana Valleau | | | | |
| 31. | Expert report of Michael Palermo | | | | |
| 32. | Rebuttal expert report of Michael Palermo | | | | |
| 33. | Expert report of Danny Reible | | | | |
| 34. | Rebuttal expert report of Danny Reible | | | | |
| 35. | Amended expert report of Greg Shriver (September 10, 2019) | | | | |
| 36. | Rebuttal expert report of Greg Shriver (May 24, 2019) | | | | |
| 37. | Amended expert report of Greg Shriver (November 1, 2019) | | | | |
| 38. | Supplemental expert report of Greg Shriver (December 22, 2020) | | | | |

| Jt. Ex. No. | Description | Obj | Date Mentioned | Date Offered | Date Admitted |
|---|---|---|---|---|---|
| 39. | Rebuttal expert report of Brian Olsen | | | | |
| 40. | Rebuttal expert report of Edward J. Calabrese | | | | |
| 41. | Rebuttal expert report of Edward Glaza | | | | |
| 42. | Rebuttal expert report of Guy Vaillancourt | | | | |
| 43. | Rebuttal expert report of Paul LaRosa | | | | |
| 44. | Expert report of David Burdick | | | | |
| 45. | Rebuttal expert report of David Burdick | | | | |
| 46. | Expert report of Daniel Cristol | | | | |
| 47. | Rebuttal expert report of Daniel Cristol | | | | |
| 48. | Expert report of Charles Driscoll | | | | |
| 49. | Rebuttal expert report of Charles Driscoll | | | | |
| 50. | Expert report of Adam Finkel (with May 15, 2019 errata) | | | | |
| 51. | Rebuttal expert report of Adam Finkel | | | | |
| 52. | Rebuttal expert report of Edward Garvey | | | | |
| 53. | Expert report of Roxanne Karimi | | | | |

| Jt. Ex. No. | Description | Obj | Date Mentioned | Date Offered | Date Admitted |
|---|---|---|---|---|---|
| 54. | Rebuttal expert report of Roxanne Karimi | | | | |
| 55. | Expert report of Darren Ranco | | | | |
| 56. | Expert report of Theodore Willis | | | | |
| 57. | Rebuttal expert report of Theodore Willis | | | | |
| 58. | Deposition transcript of Todd Bridges (November 8, 2019) | | | | |
| 59. | Deposition transcripts of Emmet Curtis (January 14 and 15, 2019) | | | | |
| 60. | Deposition transcript of Emmet Curtis (September 13, 2019) | | | | |
| 61. | Deposition transcripts of Karen Merritt (January 28 and 29, 2019) | | | | |
| 62. | Deposition transcript of Karen Merritt (October 23, 2019) | | | | |
| 63. | Deposition transcripts of Corry Platt (February 5 and 6, 2019) | | | | |
| 64. | Deposition transcript of Corry Platt (October 15, 2019) | | | | |
| 65. | Deposition transcripts of Rod Pendleton (December 4 and 5, 2018) | | | | |
| 66. | Deposition transcript of Rod Pendleton (October 21, 2019) | | | | |
| 67. | Deposition transcripts of Eugene Shephard (January 23 and 24, 2019) | | | | |
| 68. | Deposition transcript of Eugene Shephard (October 18, 2019) | | | | |

| Jt. Ex. No. | Description | Obj | Date Mentioned | Date Offered | Date Admitted |
|---|---|---|---|---|---|
| 69. | Deposition transcript of Laura Smith (February 12, 2019) | | | | |
| 70. | Deposition transcript of Laura Smith (September 25, 2019) | | | | |
| 71. | Deposition transcript of Rocky Geyer (February 8, 2019) | | | | |
| 72. | Deposition transcript of Maine Department of Marine Resources Deputy Commissioner Meredith Mendelson (August 16, 2019) | | | | |
| 73. | Deposition transcript of Maine Department of Marine Resources Rule 30(b)(6) designee Meredith Mendelson (February 11, 2019) | | | | |
| 74. | Deposition transcript of Maine State Toxicologist Andrew Smith, Sc.D. (August 21, 2019) | | | | |
| 75. | Deposition transcript of Maine Center for Disease Control and Prevention Rule 30(b)(6) designee Andrew Smith, Sc.D. (February 14, 2019) | | | | |
| 76. | Deposition transcript of Janet Anderson (August 29, 2019) | | | | |
| 77. | Deposition transcript of Betsy Henry (August 8, 2019) | | | | |
| 78. | Deposition transcript of Craig Jones (August 26, 2019) | | | | |
| 79. | Deposition transcript of Russell Keenan (August 20, 2019) | | | | |
| 80. | Deposition transcript of Dana Valleau (August 2, 2019) | | | | |
| 81. | Deposition transcript of Michael Palermo (August 9, 2019) | | | | |
| 82. | Deposition transcript of Brian Olsen (July 31, 2019) | | | | |

| Jt. Ex. No. | Description | Obj | Date Mentioned | Date Offered | Date Admitted |
|---|---|---|---|---|---|
| 83. | Deposition transcript of Danny Reible (August 30, 2019) | | | | |
| 84. | Deposition transcript of Ed Glaza (October 10, 2019) | | | | |
| 85. | Deposition transcript of Edward Calabrese (July 31, 2019) | | | | |
| 86. | Deposition transcript of Guy Vaillancourt (October 4, 2019) | | | | |
| 87. | Deposition transcript of Paul LaRosa (October 11, 2019) | | | | |
| 88. | Deposition transcript of Adam Finkel (September 24, 2019) | | | | |
| 89. | Deposition transcript of Charley Driscoll (August 23, 2019) | | | | |
| 90. | Deposition transcript of Roxanne Karimi (August 7, 2019) | | | | |
| 91. | Deposition transcript of Theo Willis, (August 28, 2019) | | | | |
| 92. | Deposition transcript of Darren Ranco (July 30, 2019) | | | | |
| 93. | Deposition transcript of Ed Garvey (September 26, 2019) | | | | |