UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

CASE NAME: Maine People's Alliance and Natural Resources Defense Council v. HoltraChem Manufacturing Co., LLC and Mallinckrodt US LLC

DOCKET NO: 1:00-cv-00069-JAW

# Amended Joint Exhibit List

| Jt. Ex. No. | Description | Obj | Date Mentioned | Date Offered | Date Admitted |
|---|---|---|---|---|---|
| 1. | Proposed Consent Decree (ECF No. 1114-1) | | | | |
| 2. | Statement of Work (ECF No. 1114-2) | | | | |
| 3. | Remediation Trust Agreement (ECF No. 1114-3) | | | | |
| 4. | Project Trust Agreement (ECF No. 1114-4) | | | | |
| 5. | Phase III Engineering Study Report (ECF No. 972—972-2) | | | | |
| 6. | Integral Consulting, Penobscot River—Orrington Reach Thin Layer Capping Preliminary Conceptual Design Overview (June 15, 2020) | | | | |
| 7. | Daniel Reible CV | | | | |
| 8. | Charles Driscoll CV | | | | |
| 9. | Nelson Walter CV | | | | |
| 10. | Cynthia Brooks CV | | | | |

| Jt. Ex. No. | Description | Obj | Date Mentioned | Date Offered | Date Admitted |
|---|---|---|---|---|---|
| 11. | Lauri Gorton CV | | | | |
| 12. | [REMOVED][1] | | | | |
| 13. | [REMOVED] | | | | |
| 14. | Legal Notice of Settlement | | | | |
| 15. | Proof of publication of Legal Notice in *Portland Press Herald* | | | | |
| 16. | Proof of publication of Legal Notice in *Bangor Daily News* | | | | |
| 17. | Screenshots of PenobscotRiverRemediation.com website | | | | |
| 18. | PowerPoint Slide Deck for Public Outreach Meetings | | | | |
| 19. | September 10, 2021 email notice to stakeholders | | | | |
| 20. | List of recipients of September 10, 2021 email notice to stakeholders | | | | |
| 21. | Expert report of Janet Anderson | | | | |
| 22. | Rebuttal expert report of Janet Anderson | | | | |
| 23. | Expert report of Betsy Henry | | | | |

---

[1] The initial Joint Exhibit List explained that Joint Exhibits 12 and 13—the Greenfield Environmental Trust Group, Inc. Statement of Qualifications and appendices and the Supplemental Response to the Statement of Qualifications—were subject to a confidentiality agreement and may not be used as exhibits at the Fairness Hearing. Those two exhibits are removed from the Amended Joint Exhibit List and are not expected to be used at the Fairness Hearing.

| Jt. Ex. No. | Description | Obj | Date Mentioned | Date Offered | Date Admitted |
|---|---|---|---|---|---|
| 24. | Rebuttal expert report of Betsy Henry | | | | |
| 25. | Expert report of Craig Jones | | | | |
| 26. | Rebuttal expert report of Craig Jones | | | | |
| 27. | Expert report of Russell Keenan | | | | |
| 28. | Rebuttal expert report of Russell Keenan | | | | |
| 29. | Expert report of Dana Valleau | | | | |
| 30. | Rebuttal expert report of Dana Valleau | | | | |
| 31. | Expert report of Michael Palermo | | | | |
| 32. | Rebuttal expert report of Michael Palermo | | | | |
| 33. | Expert report of Danny Reible | | | | |
| 34. | Rebuttal expert report of Danny Reible | | | | |
| 35. | Amended expert report of Greg Shriver (September 10, 2019) | | | | |
| 36. | Rebuttal expert report of Greg Shriver (May 24, 2019) | | | | |
| 37. | Amended expert report of Greg Shriver (November 1, 2019) | | | | |
| 38. | Supplemental expert report of Greg Shriver (December 22, 2020) | | | | |

| Jt. Ex. No. | Description | Obj | Date Mentioned | Date Offered | Date Admitted |
|---|---|---|---|---|---|
| 39. | Rebuttal expert report of Brian Olsen | | | | |
| 40. | Rebuttal expert report of Edward J. Calabrese | | | | |
| 41. | Rebuttal expert report of Edward Glaza | | | | |
| 42. | Rebuttal expert report of Guy Vaillancourt | | | | |
| 43. | Rebuttal expert report of Paul LaRosa | | | | |
| 44. | Expert report of David Burdick | | | | |
| 45. | Rebuttal expert report of David Burdick | | | | |
| 46. | Expert report of Daniel Cristol | | | | |
| 47. | Rebuttal expert report of Daniel Cristol | | | | |
| 48. | Expert report of Charles Driscoll | | | | |
| 49. | Rebuttal expert report of Charles Driscoll | | | | |
| 50. | Expert report of Adam Finkel (with May 15, 2019 errata) | | | | |
| 51. | Rebuttal expert report of Adam Finkel | | | | |
| 52. | Rebuttal expert report of Edward Garvey | | | | |
| 53. | Expert report of Roxanne Karimi | | | | |

| Jt. Ex. No. | Description | Obj | Date Mentioned | Date Offered | Date Admitted |
|---|---|---|---|---|---|
| 54. | Rebuttal expert report of Roxanne Karimi | | | | |
| 55. | Expert report of Darren Ranco | | | | |
| 56. | Expert report of Theodore Willis | | | | |
| 57. | Rebuttal expert report of Theodore Willis | | | | |
| 58. | Deposition transcript of Todd Bridges (November 8, 2019) | | | | |
| 59. | Deposition transcripts of Emmet Curtis (January 14 and 15, 2019) | | | | |
| 60. | Deposition transcript of Emmet Curtis (September 13, 2019) | | | | |
| 61. | Deposition transcripts of Karen Merritt (January 28 and 29, 2019) | | | | |
| 62. | Deposition transcript of Karen Merritt (October 23, 2019) | | | | |
| 63. | Deposition transcripts of Corry Platt (February 5 and 6, 2019) | | | | |
| 64. | Deposition transcript of Corry Platt (October 15, 2019) | | | | |
| 65. | Deposition transcripts of Rod Pendleton (December 4 and 5, 2018) | | | | |
| 66. | Deposition transcript of Rod Pendleton (October 21, 2019) | | | | |
| 67. | Deposition transcripts of Eugene Shephard (January 23 and 24, 2019) | | | | |
| 68. | Deposition transcript of Eugene Shephard (October 18, 2019) | | | | |

| Jt. Ex. No. | Description | Obj | Date Mentioned | Date Offered | Date Admitted |
|---|---|---|---|---|---|
| 69. | Deposition transcript of Laura Smith (February 12, 2019) | | | | |
| 70. | Deposition transcript of Laura Smith (September 25, 2019) | | | | |
| 71. | Deposition transcript of Rocky Geyer (February 8, 2019) | | | | |
| 72. | Deposition transcript of Maine Department of Marine Resources Deputy Commissioner Meredith Mendelson (August 16, 2019) | | | | |
| 73. | Deposition transcript of Maine Department of Marine Resources Rule 30(b)(6) designee Meredith Mendelson (February 11, 2019) | | | | |
| 74. | Deposition transcript of Maine State Toxicologist Andrew Smith, Sc.D. (August 21, 2019) | | | | |
| 75. | Deposition transcript of Maine Center for Disease Control and Prevention Rule 30(b)(6) designee Andrew Smith, Sc.D. (February 14, 2019) | | | | |
| 76. | Deposition transcript of Janet Anderson (August 29, 2019) | | | | |
| 77. | Deposition transcript of Betsy Henry (August 8, 2019) | | | | |
| 78. | Deposition transcript of Craig Jones (August 26, 2019) | | | | |
| 79. | Deposition transcript of Russell Keenan (August 20, 2019) | | | | |
| 80. | Deposition transcript of Dana Valleau (August 2, 2019) | | | | |
| 81. | Deposition transcript of Michael Palermo (August 9, 2019) | | | | |
| 82. | Deposition transcript of Brian Olsen (July 31, 2019) | | | | |

| Jt. Ex. No. | Description | Obj | Date Mentioned | Date Offered | Date Admitted |
|---|---|---|---|---|---|
| 83. | Deposition transcript of Danny Reible (August 30, 2019) | | | | |
| 84. | Deposition transcript of Ed Glaza (October 10, 2019) | | | | |
| 85. | Deposition transcript of Edward Calabrese (July 31, 2019) | | | | |
| 86. | Deposition transcript of Guy Vaillancourt (October 4, 2019) | | | | |
| 87. | Deposition transcript of Paul LaRosa (October 11, 2019) | | | | |
| 88. | Deposition transcript of Adam Finkel (September 24, 2019) | | | | |
| 89. | Deposition transcript of Charley Driscoll (August 23, 2019) | | | | |
| 90. | Deposition transcript of Roxanne Karimi (August 7, 2019) | | | | |
| 91. | Deposition transcript of Theo Willis, (August 28, 2019) | | | | |
| 92. | Deposition transcript of Darren Ranco (July 30, 2019) | | | | |
| 93. | Deposition transcript of Ed Garvey (September 26, 2019) | | | | |
| 94. | Deposition transcript of Amec/Wood 30(b)(6) designee Nelson Walter (November 6, 2018) | | | | |
| 95. | Deposition transcripts of Nelson Walter (March 11 and 12, 2019) | | | | |
| 96. | Deposition transcript of Nelson Walter (October 25, 2019) | | | | |
| 97. | Affidavit of Dean Bennett (ECF No. 1155-15) | | | | |

| Jt. Ex. No. | Description | Obj | Date Mentioned | Date Offered | Date Admitted |
|---|---|---|---|---|---|
| 98. | Affidavit of Sheila Dassatt (ECF No. 1155-16) | | | | |
| 99. | Affidavit of James Gillway (ECF No. 1155-17) | | | | |
| 100. | Affidavit of Ernest Kilbride (ECF No. 1155-18) | | | | |
| 101. | Affidavit of Richard Rosen (ECF No. 1155-19) | | | | |
| 102. | Affidavit of W. Tom Sawyer (ECF No. 1155-20) | | | | |
| 103. | Notice of Written Public Comments (ECF No. 1156) | | | | |
| 104. | Public Comments submitted to PenobscotRiverRemediation.com website (ECF No. 1156-1) | | | | |
| 105. | Public Comments from MPA members (ECF No. 1156-2) | | | | |
| 106. | Public Comments from NRDC members (ECF No. 1156-3) | | | | |
| 107. | Nelson Walter Demonstrative - Penobscot Project Organizational Chart | | | | |
| 108. | Nelson Walter Demonstrative - Phase III Supporting Reports | | | | |
| 109. | Nelson Walter Demonstrative - Summary of Phase III Remedies | | | | |
| 110. | Danny Reible Demonstrative - Site Reach Map | | | | |
| 111. | Danny Reible Demonstrative - Intertidal Zone Image | | | | |
| 112. | Danny Reible Demonstrative - Capping Image 1 | | | | |

| Jt. Ex. No. | Description | Obj | Date Mentioned | Date Offered | Date Admitted |
|---|---|---|---|---|---|
| 113. | Danny Reible Demonstrative - Capping Image 2 | | | | |